UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| AUTUMN CORDELLIONÉ, also known as JONATHAN RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, in her official capacity,<br><br>Defendant. | No. 3:23-cv-00135-RLY-CSW |

**Motion for Preliminary Injunction**

Plaintiff, by her counsel, moves this Court for a preliminary injunction, enjoining Indiana Code § 11-10-3-3.5(a), so that plaintiff may receive all the necessary steps preparatory to the performance of gender-affirming surgery and so the surgery can be performed. In support of this motion, plaintiff says that:

1. This action challenges the constitutionality of Indiana Code § 11-10-3-3.5(a), which prohibits "sexual reassignment surgery," also known as "gender-affirming surgery" for prisoners.

2. Ms. Cordellioné is likely to prevail in her challenge to the constitutionality of this statute.

3. In the absence of a preliminary injunction, Ms. Cordellioné is suffering, and will continue to suffer, irreparable harm for which there is no adequate remedy at law.

[1]

4. This harm outweighs any harm that an injunction would cause defendant.

5. The preliminary injunction should issue without bond as the issuance of a preliminary injunction would impose comparatively minimal costs on the Indiana Department of Correction, which in Fiscal Year 2022 had total operating expenses of more than $652 million.[1]

6. Ms. Cordellioné intends to separately submit documentary or other evidence in support of her preliminary injunction-request prior to or at a preliminary injunction hearing in this matter. Additionally, Ms. Cordellioné will timely submit her memorandum of law in support of this motion within the time period established by any briefing schedule set by the Court. That to-be-filed memorandum is incorporated herein by reference.

7. Ms. Cordellioné further requests that the Magistrate Judge conduct a conference for the purpose of establishing a briefing schedule for this motion.

WHEREFORE, plaintiff requests that this Court issue a preliminary injunction prohibiting the enforcement of Indiana Code § 11-10-3-3.5(a) and ordering that defendant take all the necessary steps preparatory to the performance of gender-affirming surgery and that the surgery be performed, and for all other proper relief.

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor

---

[1] *See* https://www.in.gov/idoc/files/FY22-Per-Diem.pdf at 6.

        ACLU of Indiana
        1031 E. Washington St.
        Indianapolis, IN 4602
        317/635-4059
        fax: 317/635-4105
        kfalk@aclu-in.org
        grose@aclu-in.org
        spactor@aclu-in.org

        Attorney for Plaintiff

## Certificate of Service

I certify that on this 5th day of September 2023, a copy of the foregoing was filed electronically with the Clerk of this Court and was served on the below-named party by first class U.S. Postage, pre-paid.

Commissioner
Indiana Department of Correction
IGCS—E-334
302 W. Washington St.
Indianapolis, IN 46204

Additionally, a courtesy copy was served, via e-mail on the 5th day of September 2023, on:

Thomas M. Fisher
Solicitor General
Office of the Indiana Attorney General
Tom.Fisher@atg.in.gov

        Kenneth J. Falk
        Attorney at Law

[3]