UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| AUTUMN CORDELLIONÉ, also known as JONATHAN RICHARDSON, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, in her official capacity, <br><br> Defendant. | ) ) ) ) ) ) ) No. 3:23-cv-00135-RLY-CSW ) ) ) ) ) ) ) |

**Order Setting Conference**

Plaintiff having filed his Motion for Preliminary Injunction, the Court hereby sets this matter for a telephonic conference before the Magistrate Judge on the _____ day of _____, 2023, at _____.M. The purpose of the conference is to establish a briefing schedule on the preliminary injunction motion. Call-in information will be separately provided to counsel of record in advance of the conference.

If no attorney has yet appeared for the defendant, counsel for plaintiff is hereby ordered to promptly serve this order on the defendant and on the office of the Indiana Attorney General.

_____     _____
Date                          Judge, United States District Court

[1]

Cc: All ECF-registered counsel of record