UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

JONATHAN RICHARDSON a.k.a.
AUTUMN CORDELLIONÈ,

        Plaintiff,

    v.

COMMISSIONER, INDIANA
DEPARTMENT OF CORRECTION, in her
official capacity,

        Defendant.

Case No. 3:23-cv-135-RLY-CSW

## DEFENDANT'S NOTICE OF FILING OF EXHIBITS

The Defendant, by counsel, designates the following evidence in support of her response in opposition to the Plaintiff's motion for preliminary injunction:

| No. | Exhibit |
|-----|---------|
| 5 | HCSD 2.17A Transgender Health Services |
| 6 | DSM Criteria Gender Dysphoria |
| 15 | Policy No. 02-01-118 Inclusive Gender Practices |
| 16 | Policy No. 02-01-115 Sexual Abuse PREA (1 of 2) |
| 16 | Policy No. 02-01-115 Sexual Abuse PREA (2 of 2) |
| 18 | Miller et al., Breast Augmentation in male-to-female transgender patients |
| 19 | Alcon et al., Quantifying the Psychosocial Benefits of Masculinizing Mastectomy in Trans Male Patients (abstract only) |
| 20 | Newfield et al., Female-to-male transgender quality of life |
| 21 | Weigert et al., Patient Satisfaction with Breasts and Psychosocial, Sexual, and Physical Well-Being after Breast Augmentation in Male-to-Female Transsexuals |
| 22 | Horbach et al., Outcome of Vaginoplasty in Male-to-Female Transgenders: A Systematic Review of Surgical Techniques |
| 23 | Hess et al., Satisfaction With Male -to -Female Gender Reassignment Surgery |
| 24 | Hadj-Moussa, Feminizing Genital Gender-Confirmation Surgery |
| 25 | Papadopulos et al., Male-to-Female Sex Reassignment Surgery Using the Combined Technique Leads to Increased Quality of Life in a Prospective Study |
| 26 | Frederick et al., Chest Surgery in Female to Male Transgender Individuals |
| 27 | Agarwal et al., Quality of life improvement after chest wall masculinization in female-to-male transgender patients |

| 28 | Olson-Kennedy et al., Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults |
| 30 | Bishop et al., Pain and Dysfunction Reported After Gender-Affirming Surgery |
| 31 | Stephen B. Levine, M.D., CV |
| 32 | Stephen B. Levine, M.D., Expert Report |
| 33 | Dunford et al., Genital Reconstructive Surgery in Male to Female Patients: a Systematic Review of Primary Surgical Techniques, Complication Profiles, and Functional Outcomes from 1950 to Present Day |
| 34 | Buncamper et al., Surgical Outcome after Penile Inversion Vaginoplasty: A Retrospective Study of 475 Transgender Women |
| 35 | Djordjevic et al., Reversal Surgery in Regretful Male-to-Female Transsexuals After Sex Reassignment Surgery |
| 36 | Littman et al., Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners |
| 37 | Dhejne et al., Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden |
| 38 | Almazan et al., Association Between Gender-Affirming Surgeries and Mental Health Outcomes |
| 39 | Miller et al., Patients' Perceived Level of Clinician Knowledge of Transgender Health Care, Self-rated Health, and Psychological Distress Among Transgender Adults |
| 40 | Heylens et al., Effects of Different Steps in Gender Reassignment Therapy on Psychopathology: A Prospective Study of Persons with a Gender Identity Disorder |
| 41 | da Silva et al., WHOQOL-100 Before and After Sex Reassignment Surgery in Brazilian Male-to-Female Transsexual Individuals |
| 48 | van der Sluis et al., Genital gender-affirming surgery for transgender women |
| 51 | Plaintiff's Gender Dysphoria Protocol Responses |
| 52 | Plaintiff's Hormonal Therapy Records |
| 53 | Plaintiff's 2010 Medical Records |
| 54 | Plaintiff's 2022-2023 Medical Records (1 of 6) |
| 54 | Plaintiff's 2022-2023 Medical Records (2 of 6) |
| 54 | Plaintiff's 2022-2023 Medical Records (3 of 6) |
| 54 | Plaintiff's 2022-2023 Medical Records (4 of 6) |
| 54 | Plaintiff's 2022-2023 Medical Records (5 of 6) |
| 54 | Plaintiff's 2022-2023 Medical Records (6 of 6) |
| 55 | Plaintiff's 2020-2021 Medical Records (1 of 4) |
| 55 | Plaintiff's 2020-2021 Medical Records (2 of 4) |
| 55 | Plaintiff's 2020-2021 Medical Records (3 of 4) |
| 55 | Plaintiff's 2020-2021 Medical Records (4 of 4) |
| 56 | Transgender Placement Review |
| 61 | Sexual Harassment Report of Investigation |
| 62 | Plaintiff's 7/22/19 Medical Record |
| 63 | Plaintiff's 4/24/19 Medical Record |

| 64 | CMS 2016 Decision Memo (1 of 3) |
|----|----|
| 64 | CMS 2016 Decision Memo (2 of 3) |
| 64 | CMS 2016 Decision Memo (3 of 3) |
| 65 | Branstrom & Pachankis, Reduction in Mental Health Treatment Utilization Among Transgender Individuals After Gender-Affirming Surgeries |
| 67 | Zamaryte et al., Pharmacovigilance and Principle of Nonmaleficence in Sex Reassignment |
| 68 | English et al., Men with coronary artery disease have lower levels of androgens than men with normal coronary angiograms |
| 69 | Plaintiff's 2019 Medical Records (1 of 2) |
| 69 | Plaintiff's 2019 Medical Records (2 of 2) |
| 70 | Hruz, Deficiencies in Scientific Evidence for Medical Management of Gender Dysphoria |
| 71 | Dahlen et al., International clinical practice guidelines for gender minority/trans people |
| 72 | Plaintiff's 2023-2024 Medical Records |
| 73 | Email from Stephen B. Levine, M.D. |
| 74 | Deposition Transcript Stephen B. Levine, M.D. (1 of 4) |
| 74 | Deposition Transcript Stephen B. Levine, M.D. (2 of 4) |
| 74 | Deposition Transcript Stephen B. Levine, M.D. (3 of 4) |
| 74 | Deposition Transcript Stephen B. Levine, M.D. (4 of 4) |
| 75 | Deposition Transcript Loren Schechter, M.D. (1 of 3) |
| 75 | Deposition Transcript Loren Schechter, M.D. (2 of 3) |
| 75 | Deposition Transcript Loren Schechter, M.D. (3 of 3) |
| 76 | Deposition Transcript Randi Ettner, Ph.D. (1 of 3) |
| 76 | Deposition Transcript Randi Ettner, Ph.D. (2 of 3) |
| 76 | Deposition Transcript Randi Ettner, Ph.D. (3 of 3) |
| 77 | Deposition Transcript Plaintiff (1 of 4) |
| 77 | Deposition Transcript Plaintiff (2 of 4) |
| 77 | Deposition Transcript Plaintiff (3 of 4) |
| 77 | Deposition Transcript Plaintiff (4 of 4) |
| 78 | Declaration Michael Farjellah, Psy.D. |
| 79 | Declaration Dan Mitchell |
| 80 | Declaration Linda Thomas |
| 81 | Demonstrative Exhibit Regarding Plaintiff's Medical Literature |
| 82 | Plaintiff's 4/1/14 Medical Record |
| 83 | Video Recording Deposition Plaintiff |
| 84 | Schlich, Cutting the body to cure the mind |
| 85 | Lindqvist, Quality of life improves early after gender reassignment surgery in transgender women |
| 86 | Marique et al., Complications and Patient-Reported Outcomes in Male-to-Female Vaginoplasty—Where We Are Today |

| 87 | Smith et al., Sex reassignment: outcomes and predictors of treatment for adolescent and adult transexuals |
| 88 | Van de Grift et al., Surgical Indications and Outcomes of Mastectomy in Transmen |
| 89 | Jarolim et al, Gender Reassignment Surgery in Male-to-Female Transsexualism: A Retrospective 3-Month Follow-up Study with Anatomical Remarks |
| 90 | Gijs et al., Surgical Treatment of Gender Dysphoria in Adults and Adolescents (1 of 2) |
| 90 | Gijs et al., Surgical Treatment of Gender Dysphoria in Adults and Adolescents (2 of 2) |
| 91 | Ainsworth et al., Quality of life of individuals with and without facial feminization surgery or gender reassignment surgery |
| 92 | Lawrence, Factors Associated With Satisfaction or Regret Following Male-to-Female Sex Reassignment Surgery |
| 93 | Lawrence, Measurement of Sexual Arousal in Postoperative Male-to-Female Transsexuals Using Vaginal Photoplethysmography |
| 94 | Lawrence, Patient-Reported Complications and Functional Outcomes of Male-to-Female Sex Reassignment Surgery |
| 95 | Lobato et al., Follow-Up of Sex Reassignment Surgery in Transsexuals: A Brazilian Cohort |
| 96 | De Cuypere et al., Sexual and Physical Health After Sex Reassignment Surgery |

Respectfully submitted,

Theodore E. Rokita
Indiana Attorney General
Attorney No. 18857-49

Date: March 7, 2024          By:     Adrienne N. Pope, No. 31911-49
Section Chief
Government Litigation

Alexander R. Carlisle, No. 34533-49
Assistant Section Chief
Government Litigation

Katherine A. Meltzer, No. 37932-49
Rebekah P. Durham, No. 37840-49
Bradley S. Davis, No. 38172-53
Deputy Attorneys General

OFFICE OF ATTORNEY GENERAL TODD ROKITA
302 West Washington Street
Indiana Government Center South, Fifth Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-6201
Fax:     (317) 232-7979
Email:  Alexander.Carlisle@atg.in.gov

*Counsel for Defendant Commissioner, IDOC*