# Quantifying the Psychosocial Benefits of Masculinizing Mastectomy in Trans Male Patients with Patient-Reported Outcomes: The University of California, San Francisco, Gender Quality of Life Survey : Plastic and Reconstructive Surgery

May 2021 - Volume 147 - Issue 5

- Previous Abstract
- Next Abstract
- Cite
  - Copy
  - Export to RIS
  - Export to EndNote
- Share
  - Email
  - Facebook
  - Twitter
  - LinkedIn
- Favorites
- Permissions
- More
  - Cite
  - Permissions

Breast: Original Articles

## Quantifying the Psychosocial Benefits of Masculinizing Mastectomy in Trans Male Patients with Patient-Reported Outcomes: The University of California, San Francisco, Gender Quality of Life Survey

Alcon, Andre M.D.; Kennedy, Adrienne M.S.; Wang, Eric M.D.; Piper, Merisa M.D.; Loeliger, Kelsey M.D., Ph.D.; Admassu, Natnaelle B.A.; Lentz, Rachel M.D.; Kim, Esther A. M.D.

Author Information

San Francisco, Calif.; and New Haven, Conn.



From the Division of Plastic and Reconstructive Surgery, Department of Surgery, University of California, San Francisco; and Yale University School of Medicine.

Received for publication July 10, 2018; accepted October 20, 2020.

**Disclosure:***The authors have no financial interest to declare in relation to the content of this article.*

Presented at the 69th Annual Meeting of the California Society of Plastic Surgeons, in Sacramento, California, May 30 through June 2, 2019; the 25th Biennial Conference of the World Professional Association for Transgender Health Conference, in Buenos Aires, Argentina, November 2 through 6, 2018; and the 62nd Annual Meeting of the Plastic Surgery Research Council, in Durham, North Carolina, May 4 through 7, 2017.

Related digital media are available in the full-text version of the article on www.PRSJournal.com.

Esther A. Kim, M.D., 505 Parnassus, M593, San Francisco, Calif. 94143, esther.kim@ucsf.edu, Instagram: @ucsfplasticsurgery, @drestherkim

Plastic and Reconstructive Surgery 147(5):p 731e-740e, May 2021. | DOI: 10.1097/PRS.0000000000007883

- Buy
- SDC
- Expert Discussion
- Outcomes: Patient-reported Health

Metrics

# Abstract

### Background:

Gender-affirming surgery is a medically necessary treatment to alleviate gender dysphoria for transgender patients. Although previous studies suggest improved psychosocial outcomes after gender-affirming surgery, there are no transgender-specific instruments available to assess its effects on patient quality of life.

### Methods:

Using qualitative methods, the authors developed the first quality-of-life survey, the University of California, San Francisco, Gender Quality of Life (UCSF Gender QoL) survey, for trans male patients undergoing gender-affirming mastectomy. The UCSF Gender QoL survey was then administered prospectively to 51 trans male patients undergoing inframammary mastectomy with free nipple grafting at the University of California, San Francisco. The brief version of the World Health Organization Quality of Life survey was also given as a measure of external validity. The Cronbach alpha was value calculated to measure internal validity.

### Results:

Thirty-six patients completed surveys 6 weeks after surgery, and 22 patients completed surveys 1 year after surgery, for response rates of 71 percent and 43 percent, respectively. The UCSF Gender QoL

survey detected a significant improvement in quality of life 6 weeks and 1 year after chest surgery. The effect sizes were large, and the Cronbach alpha exhibited excellent internal validity.

## Conclusions:

This study establishes the UCSF Gender QoL survey as one of the first patient-reported outcomes tools for evaluating quality of life in trans male patients after gender-affirming chest reconstruction. Although the study is limited by a small cohort at a single center, establishing the validity of the UCSF Gender QoL survey provides an invaluable tool for future research into various aspects of gender-affirming chest surgery.

Copyright © 2021 by the American Society of Plastic Surgeons

## Full Text Access for Subscribers:



**Individual Subscribers**

Log in for access



**ASPS Members**

Log In
Ovid

**Institutional Users**

Access through Ovid®

## Not a Subscriber?

Buy
Subscribe
Request Permissions
Become a Society Member

You can read the full text of this article if you:

Select an option
Log In  Access through Ovid