Curriculum Vita
# Stephen B. Levine, M.D.

I)        **Brief Introduction**

    Dr. Levine is Clinical Professor of Psychiatry at Case Western Reserve University School of Medicine.  He is the solo author of five books, <u>Sex Is Not Simple</u> in 1989 (translated to German in 1992 and reissued in English in 1997 as <u>Solving Common Sexual Problems</u>); <u>Sexual Life: A clinician's guide</u> in 1992; <u>Sexuality in Midlife</u> in 1998 and <u>Demystifying Love: Plain talk for the mental health professional</u> in 2006; <u>Barriers to Loving: A clinician's perspective</u> in 2013; Psychotherapeutic Approaches to Sexual Problems: An Essential Guide for Mental Health Professionals in 2020.  He is the Senior Editor of the first (2003), second (2010) and third (2016) editions of the <u>Handbook of Clinical Sexuality for Mental Health Professionals</u>. He has been teaching, providing clinical care, and writing since 1973 and has generated original research, invited papers, commentaries, chapters, and book reviews. He has served as a journal manuscript and book prospectus reviewer for many years. He was co-director of the Center for Marital and Sexual Health/ Levine, Risen & Associates, Inc. in Beachwood, Ohio from 1992-2017. He and two colleagues received a lifetime achievement Masters and Johnson's Award from the Society for Sex Therapy and Research in March 2005. He was given his Department of Psychiatry's Hall of Fame  Award in 2021.

II)        **Personal  Information**

Date of birth 1942

- A)  Medical license no. Ohio 35-03-0234-L
- B)  Board Certification 6/76 American Board of Neurology and Psychiatry
- C)  Office-23425 Commerce Park, Beachwood, Ohio 44122-5402 phone 216-831-2900 x 13  fax 216-831-4306, direct dial 216-998-9905

III)        **Education**

- A)  1963 BA Washington and Jefferson College
- B)  1967 MD Case Western Reserve University School of Medicine
- C)  1967-68 internship in Internal Medicine University Hospitals of Cleveland
- D)  1968-70 Research associate, National Institute of Arthritis and Metabolic Diseases, Epidemiology Field Studies Unit, Phoenix, Arizona, United States Public Health Service
- E)  1970-73 Psychiatric Residency, University Hospitals of Cleveland
- F)  1974-77 Robert Wood Johnson Foundation Clinical Scholar

Exhibit 31

IV)    **Appointments at Case Western Reserve University School of Medicine**
- A) 1973- Assistant Professor of Psychiatry
- B) 1979-Associate Professor
- C) 1982-Tenure
- D) 1985-Full Professor
- E) 1993-Clinical Professor

V)    **Honors**
- A) Summa Cum Laude, Washington & Jefferson
- B) Teaching Excellence Award-1990 and 2010 (residency program)
- C) Visiting Professorships
  1) Stanford University-Pfizer Professorship program (3 days)–1995
  2) St. Elizabeth's Hospital, Washington, DC –1998
  3) St. Elizabeth's Hospital, Washington, DC--2002
- D) Named to America's Top Doctors consecutively since 2001
- E) Masters and Johnson Lifetime Achievement Award from the Society of Sex Therapy and Research, April 2005 along with Candace Risen and Stanley Althof
- F) 2006 SSTAR Book Award for The Handbook of Clinical Sexuality for Mental Health Professionals:  Exceptional Merit
- G) 2018—Albert Marquis Lifetime Achievement Award from Marquis Who's Who. (excelling in one's field for at least twenty years)
- H) Invitations to present various Grand Rounds at Departments of Psychiatry and Continuing Education Lectures and Workshops during 2019-2022
  1) March 12, 2021-The Mental Health Professionals' Role with the Transgendered: Making the Controversies Clear Grand Rounds University Hospitals of Cleveland
  2) May 1, 2021 Psychotherapeutic Approaches to Sexual Problems Invited lecture to the American Psychiatric Association Annual Meeting (similar lecture in May 2020
  3) Seven years of Continuing Education Courses at the American Psychiatric Association Meetings on Love and Sexuality
  4) Grand Rounds at Cleveland Clinic Foundation on Sexuality Education of Psychiatric Residents  June 25, 2020
  5) Grand Rounds at Cleveland Clinic Foundation June 2019 Transgenderism: Beware! Repeated by invitation at Akron General Hospital and at National meeting of American Association of Partial Hospitalization in 2019

Exhibit 31

6) Three-hour workshop at Society of Sex Therapy and Research in 2020 on Therapy for Sexual Problems
7) Workshop on Teaching Sexuality to residents at the American Association of Residency Training Directors 2020 annual meeting
8) Three-hour continuing education seminar with Massachusetts Department of Corrections Gender Identity Staff Fall 2019
9) Four-hour seminar on Gender Dysphoria at Harvard Student Health Service Staff
10)    Three grand rounds presentations at Henry Ford Hospital on Transgender Evaluation and Treatment of Children, Adolescents, and Adults
11)    Symposium (90 minutes) at the American Psychiatric Association 2022 meeting The Management of Adolescent-Onset Transgender Identity: Should "Best Practices" Change?

VI)    **Professional Societies**
   A) 1971- American Psychiatric Association; fellow; #19909
   B) 2005-American Psychiatric Association- **Distinguished Life Fellow**
   C) 1973- Cleveland Psychiatric Society
   D) 1973-Cleveland Medical Library Association
      1) 1985-Life Fellow
      2) 2003 Distinguished Life Fellow
   E) 1974-Society for Sex Therapy and Research
      1) 1987-89-President
   F) 1983- International Academy of Sex Research
   G) 1983- Harry Benjamin International Gender Dysphoria Association
      1) 1997-8 Chairman, Standards of Care Committee
   H) 1994- 1999 Society for Scientific Study of Sex

VII)    **Community Boards**
   A) 1999-2002Case Western Reserve University Medical Alumni Association
   B) 1996-2001 Bellefaire Jewish Children's Bureau
   C) 1999-2001 Physicians' Advisory Committee, The Gathering Place (cancer rehabilitation)

VIII)    **Editorial Boards**
   A) 1978-80 Book Review Editor Journal Sex and Marital Therapy
   B) Manuscript Reviewer for
      1) Archives of Sexual Behavior*
      2) Annals of Internal Medicine

Exhibit 31

3) British Journal of Obstetrics and Gynecology
4) JAMA
5) Diabetes Care
6) American Journal of Psychiatry
7) Maturitas
8) Psychosomatic Medicine
9) Sexuality and Disability
10) Journal of Nervous and Mental Diseases
11) Journal of Neuropsychiatry and Clinical Neurosciences
12) Neurology
13) Journal Sex and Marital Therapy*
14) Journal Sex Education and Therapy
15) Social Behavior and Personality: an international journal (New Zealand)
16) International Journal of Psychoanalysis
17) International Journal of Transgenderism
18) Journal of Urology
19) Journal of Sexual Medicine* named Gold reviewer in 2021
20) Current Psychiatry
21) International Journal of Impotence Research
22) Postgraduate medical journal
23) Academic Psychiatry
24) Expert Opinion on Drug Safety
25) Clinical Psychology Reviews
26) Heliyon
27) Andrologia
28) Children and Youth Services Review
29) Women and Criminal Justice
30) Children
31) European Journal of Child and Adolescent Psychiatry
32) International Journal of Environmental and Public Health
33) Journal of Controversial Ideas
34) Journal of Pediatric Nursing
35) Archives of Diseases of Childhood
*frequent

C) Book Prospectus Reviewer
1) Guilford

Exhibit 31

2) Oxford University Press
3) Brunner/Routledge
4) Routledge

IX)   **Administrative Responsibilities**
  A)  Co-director, Center for Marital and Sexual Health/ Levine, Risen & Associates, Inc. until June 30, 2017
  B)  Principal Investigator of approximately 70 separate studies involving pharmacological interventions for sexual dysfunction since 1989.
  C)  Co-leader of case conferences at DELR. LLC.com
  D)  **Expert Witness Appearances in Depositions or at Trial**
    1)  US District Court, Judge Mark L. Wolf's witness in Michelle Kosilek vs. Massachusetts Dept of Corrections et al. case (transsexual issue) in Boston 2007
    2)  Deposition in the Battista vs. Massachusetts Dept of Corrections case (transsexual issue) in Cleveland October 2009
    3)  Witness for Massachusetts Dept. of Corrections in their defense of a lawsuit brought by prisoner Katheena Soneeya.  March 22, 2011 Deposition in Boston and October 2018 in Cleveland and 2019 in Boston.
    4)  Witness for State of Florida vs. Reyne Keohane July 2017
    5)  Witness for State of North Carolina in 2021 Kadel et al v. Folwell et al No.1:19-cv-00272-LCB-LPA

X)   **Consultancy and Educational Contributions**
  A)  Massachusetts Department of Corrections—evaluation of 12 transsexual prisoners and the development of a Gender Identity Disorders Program for the state prison system.  Monthly consultation with the GID treatment team since February 2009 and the GID policy committee since February 2010. Ongoing
  B)  California Department of Corrections and Rehabilitation; 2012-2015; education, inmate evaluation, commentary on inmate circumstances, suggestions on future policies
  C)  Virginia Department of Corrections –evaluation of an inmate for management purposes
  D)  New Jersey Department of Corrections—evaluation of an inmate for management purposes
  E)  Idaho Department of Corrections—workshop 2016

Exhibit 31

F) Florida Department of Corrections-workshop 2016 or 2017

G) Ohio-evaluation of a prisoner for management purposes 2015

H) Massachusetts—continuing education seminar for GID clinic staff. 2019

I) Washington State—workshop on Gender Dysphoria for mental health professionals in DOC and evaluation of two women and one male transgender inmate 2018-9

J) Evaluation of trans inmate in Boston, Massachusetts 2022

K) New Jersey Department of Corrections: Four lectures, one week apart, Jan-Feb.2023

XI) **Expert Witness Reports, Depositions, or Testimony**

A) Expert Witness report in Charlene Paige Fuller litigation against Massachusetts DOC. 2015

B) NORSWORTHY, Plaintiff,v.JEFFREYBEARD,etal, Defendants.United StatesDistrict Court,Northern Districtof California,CaseNo.C14-  -00695JST. 2015

C) SHILOH QUINE (a/k/a RODNEY JAMES QUINE), Plaintiff, Vs. JEFFREY BEARD; S. PAJONG; D. )BRIGHT; J. DUNLAP; J. LEWIS; ) and DOES 1-30, Defendants.  California 2015

D) Pennsylvania legislative testimony. Written submission and live testimony before a committee of the Pennsylvania legislature. March 2020. (Engaged by Pennsylvania Family Institute.)

E) In the Interests of the Younger Children. Expert testimony by deposition and at trial in Dallas, TX. (Engaged by Texas counsel Odeneal & Odeneal.) (Dallas Cty. Dist. Ct. 2019). Testimony at trial

F) Doe v. Madison Metropolitan School District. Expert declaration submitted February 19, 2020, rebuttal declaration submitted August 14, 2020.

G) Hecox v. Idaho. Expert declaration submitted June 4, 2020

H) Testimony to Subcommittee on Health to Pennsylvania legislature in March 2020

I) Claire et. a. v. DMS et. Al November 16, 2020

J) Kadel et al vs. Folwell et al. North Carolina insurance case deposition September 2021

K) Rhys & Lynn Crawford (Washington State). 3/30/2021

L) Tingley v. Washington State.. (W.D. Wa.)   2021

Exhibit 31

M) Queen (Quincy Bell) vs. Tavistock and Portman Clinics and NHS in High Court of London, Decision handed down on December 1, 2020.

N) IN THE HIGH COURT OF JUSTICE QUEEN'S BENCH DIVISION ADMINISTRATIVE COURT B E T W E E N: THE QUEEN (on the application of) L and Hampshire County Council-2021

O) *Hennessy-Waller v. Snyder, Case No. CV-20-00335-TUC-SHR, 2021 WL 1192842, at \*5-6 & n.10 (D. Ariz. Mar. 30, 2021. Supplemental report 2022 (court prevents access because it involves a minor).*

P) Fain v. PEIA. West Virginia Medicaid Case submitted Feb.18, 2022.

Q) B.P.J. v. West Virginia Board of Education, et al.; Case No. 2:21-cv-316 (United States District Court, Southern District of West Virginia IN DEVELOPMENT **March 30, 2022--deposition**

R) DYLAN BRANDT, et al., V. LESLIE RUTLEDGE, et al., LESLIE RUTLEDGE, et al.,
No. 4:21-CV-00450-JM Eastern Division of Arkansas , Central Division—deposition May 26, 2022; court testimony 11/28/2022

S) L.E. vs. Lee MD Tenn. No.3:21-cv-00835.—deposition August 18, 2022

T) Siefert v Hamilton County—deposition January 19, 2023

U) AURORA REGINO v. KELLY STALEY, Chico United School District. (CASE NO: 2:23−CV−00032−JAM−DMC)  expert reported provided December 27, 2022

V) JESSICA KONEN and A.G., her minor child v. SPRECKELS UNION SCHOOL DISTRICT; CASE NO: 5:22-CV-05195-EJD); report not yet filed

W) Dekker et al v Marsteller et al. Case no. 4:22-ev-00325 RH-MAF expert opinion filed February 14, 2023; testimony May 17,2023

X) Greenland v Greenland testimony March 21, 2023 Third District Circuit Madison County, Illinois Case no. 15D1070

Y) Doe 1 et al. v Thornbury et al.and ,Commonwealth of Kentucky 3:23-cv-00230-DJH (W.D.Ky) expert opinion submitted  June 9, 2023

Z) Vivian Geraghty vs. Jackson County Local Schoo Districtl Board of Education *Case No. 5:22-cv-2237* expert opinion submitted *July 2023*

AA)  LW et al v.Jonathan Skrmetti et al. Tennessee Law Challenge No. 3:23-cv-00376 expert opnion submitted July 2023

BB)  Noe vs Parson as Governor of Missouri expert witness testimony August 23, 2023 in Sprngfield Missouri

CC)  Short v NJ Department of Education, Cherry Hill School District. Expert Declaration file d` November, 2023

Exhibit 31

XII)  **Grant Support/Research Studies**

A)  TAP–studies of Apomorphine sublingual in treatment of erectile dysfunction

B)  Pfizer–Sertraline for premature ejaculation

C)  Pfizer–Viagra and depression; Viagra and female sexual dysfunction; Viagra as a treatment for SSRI-induced erectile dysfunction

D)  NIH- Systemic lupus erythematosis and sexuality in women

E)  Sihler Mental Health Foundation
   1) Program for Professionals
   2) Setting up of Center for Marital and Sexual Health
   3) Clomipramine and Premature ejaculation
   4) Follow-up study of clergy accused of sexual impropriety
   5) Establishment of services for women with breast cancer

F)  Alza–controlled study of a novel SSRI for rapid ejaculation

G)  Pfizer–Viagra and self-esteem

H)  Pfizer- double-blind placebo control studies of a compound for premature ejaculation

I)  Johnson & Johnson – controlled studies of Dapoxetine for rapid ejaculation

J)  Proctor and Gamble: multiple studies to test testosterone patch for post menopausal sexual dysfunction for women on and off estrogen replacement

K)  Lilly-Icos—study of Cialis for erectile dysfunction

L)  VIVUS – study for premenopausal women with FSAD

M)  Palatin Technologies- studies of bremelanotide in female sexual dysfunction—first intranasal then subcutaneous administration

N)  Medtap – interview validation questionnaire studies

O)  HRA- quantitative debriefing study for Female partners os men with premature ejaculation, Validation of a New Distress Measure for FSD,

P)  Boehringer-Ingelheim- double blind and open label studies of a prosexual agent for hypoactive female sexual desire disorder

Q)  Biosante- studies of testosterone gel administration for post menopausal women with HSDD

R)  J&J a single-blind, multi-center, in home use study to evaluate sexual enhancement effects of a product in females.

Exhibit 31

S) UBC-Content validity study of an electronic FSEP-R and FSDS-DAO and usability of study PRO measures in premenopausal women with FSAD, HSDD or Mixed FSAD/HSDD

T) National registry trial for women with HSDD

U) Endoceutics—two studies of DHEA for vaginal atrophy and dryness in post menopausal women

V) Palatin—study of SQ Bremelanotide for HSDD and FSAD

W) Trimel- a double-blind, placebo controlled study for women with acquired female orgasmic disorder.

X) S1 Biopharma- a phase 1-B non-blinded study of safety, tolerability and efficacy of Lorexys in premenopausal women with HSDD

Y) HRA – qualitative and cognitive interview study for men experiencing PE

XIII) **Publications**

A) Books

1) Pariser SR, Levine SB, McDowell M (eds.), Clinical Sexuality, Marcel Dekker, New York, 1985

2) Sex Is Not Simple, Ohio Psychological Publishing Company, 1988

    (a) Translated into German as Angstfreie Sexualitat: Gluck und Erfullung in der Liebe, Wilhelm Heyne Verlag, Muchen, 1992

    (b) Reissued in paperback as: Solving Common Sexual Problems: Toward a Problem Free Sexual Life, Jason Aronson, Livingston, NJ. 1997

3) Sexual Life: A Clinician's Guide. Plenum Publishing Corporation. New York, 1992

    (a) See review in Archives of Sexual Behavior 28(4): 361-363,1999

4) Sexuality in Midlife. Plenum Publishing Corporation. New York, 1998

    (a) See review in Am Journal of Psychiatry 156((9):1468, 1999

    (b) See review in Contemporary Psychology APA Review of Books 44(4):293-295, 1999

    (c) See review J Sex Education and Therapy January, 2000

    (d) See review J Sex and Marital Therapy, Winter, 2000

5) Editor. Clinical Sexuality. Psychiatric Clinics of North America, March, 1995.

Exhibit 31

6) Editor, (Candace Risen and Stanley Althof, associate editors) <u>Handbook of Clinical Sexuality for Mental Health Professionals</u>. Routledge, New York, 2003
   1. see review American Journal of Psychiatry April, 2005
   2. 2006 SSTAR Book Award:  Exceptional Merit
   3. see review in Archives of Sexual Behavior 35(6):757-758
   4. see two reviews in Journal of Sex and Marital Therapy 33(3):272-276

7) <u>Demystifying Love:  Plain Talk For The Mental Health Professional</u>. Routledge, New York, 2006
   (a) See review in Psychiatric Times, August 2008 by Leonore Tiefer
   (b) See review in Journal of Sex and Marital Therapy 34(5)-459-460.

8) Senior editor, (Candace B. Risen and Stanley E. Althof, Associate editors), Handbook of Clinical Sexuality for Mental Health Professionals. 2nd edition Routledge, New York, 2010.  See review by Pega Ren, JSex&Marital Therapy

9) Barriers to Loving: A Clinician's Perspective.  Routledge, New York, 2014.

10)   Senior editor Candace B. Risen and Stanley E. Althof, Associate editors), <u>Handbook of Clinical Sexuality for Mental Health Professionals</u>. 3rd edition Routledge, New York, 2016

11)   <u>Psychotherapeutic Approaches to Sexual Problems: An essential guide for mental health professionals,</u> 2020
   (i) See review in J Sex and Marital Therapy

B)  <u>Research and Invited Papers</u>    When his name is not listed in a citation, Dr. Levine is either the solo or the senior author
   1) Sampliner R. Parotid enlargement in Pima Indians. Annals of Internal Medicine 1970; 73:571-73
   2) Confrontation and residency activism: A technique for assisting residency change: World Journal of Psychosynthesis 1974; 6: 23-26
   3) Activism and confrontation: A technique to spur reform.  Resident and Intern Consultant 173; 2

Exhibit 31

4) Medicine and Sexuality. Case Western Reserve Medical Alumni Bulletin 1974:37:9-11.

5) Some thoughts on the pathogenesis of premature ejaculation. J. Sex & Marital Therapy 1975; 1:326-334

6) Marital Sexual Dysfunction: Introductory Concepts. Annals of Internal Medicine 1976;84:448-453

7) Marital Sexual Dysfunction: Ejaculation Disturbances . Annals of Internal Medicine 1976; 84:575-579

8) Yost MA: Frequency of female sexual dysfunction in a gynecology clinic: An epidemiological approach. Archives of Sexual Behavior 1976;5:229-238

9) Engel IM, Resnick PJ, Levine SB: Use of programmed patients and videotape in teaching medical students to take a sexual history. Journal of Medical Education 1976;51:425-427

10)    Marital Sexual Dysfunction: Erectile dysfunction. Annals of Internal Medicine 1976;85:342-350

11)    Articles in Medical Aspects of Human Sexuality

   (a)    Treating the single impotent male. 1976; 10:123, 137

   (b)    Do  men enjoy being caressed during foreplay as much as women do? 1977; 11:9

   (c)    Do men like women to be sexually assertive? 1977;11:44

   (d)    Absence of sexual desire in women: Do some women never experience sexual desire? Is this possibility genetically determined? 1977; 11:31

   (e)    Barriers to the attainment of ejaculatory control. 1979; 13:32-56.

   (f)    Commentary on sexual revenge.1979;13:19-21

   (g)    Prosthesis for psychogenic impotence? 1979;13:7

   (h)    Habits that infuriate mates. 1980;14:8-19

   (i)    Greenberger-Englander, Levine SB. Is an enema an erotic equivalent?1981; 15:116

   (j)    Ford AB, Levine SB. Sexual Behavior and the Chronically Ill Patients. 1982; 16:138-150

   (k)    Preoccupation with wife's sexual behavior in previous marriage 1982; 16:172

   (l)    Co-existing organic and psychological impotence. 1985;19:187-8

Exhibit 31

(m)     Althof SE, Turner LA, Kursh ED, Bodner D, Resnick MI, Risen CB. Benefits and Problems with Intracavernosal injections for the treatment of impotence. 1989;23(4):38-40

12)     Male Sexual Problems. Resident and Staff Physician 1981:2:90-5

13)     Female Sexual Problems. Resident and Staff Physician 1981:3:79-92

14)     How can I determine whether a recent depression in a 40 year old married man is due to organic loss of erectile function or whether the depression is the source of the dysfunction? Sexual Medicine Today 1977;1:13

15)     Corradi RB, Resnick PJ Levine SB, Gold F. For chronic psychologic impotence: sex therapy or psychotherapy? I & II Roche Reports; 1977

16)     Marital Sexual Dysfunction: Female dysfunctions 1977; 86:588-597

17)     Current problems in the diagnosis and treatment of psychogenic impotence. Journal of Sex & Marital Therapy 1977;3:177-186

18)     Resnick PJ, Engel IM. Sexuality curriculum for gynecology residents. Journal of Medical Education 1978; 53:510-15

19)     Agle DP. Effectiveness of sex therapy for chronic secondary psychological impotence Journal of Sex & Marital Therapy 1978;4:235-258

20)     DePalma RG, Levine SB, Feldman S. Preservation of erectile function after aortoiliac reconstruction. Archives of Surgery 1978;113-958-962

21)     Conceptual suggestions for outcome research in sex therapy Journal of Sex & Marital Therapy 1981;6:102-108

22)     Lothstein LM.  Transsexualism or the gender dysphoria syndrome. Journal of Sex & Marital Therapy 1982; 7:85-113

23)     Lothstein LM, Levine SB. Expressive psychotherapy with gender dysphoria patients Archives General Psychiatry 1981; 38:924-929

24)     Stern RG Sexual function in cystic fibrosis. Chest 1982; 81:422-8

Exhibit 31

25) Shumaker R. Increasingly Ruth: Towards understanding sex reassignment surgery Archives of Sexual Behavior 1983;12:247-61

26) Psychiatric diagnosis of patients requesting sex reassignment surgery. Journal of Sex & Marital Therapy 1980; 6:164-173

27) Problem solving in sexual medicine I. British Journal of Sexual Medicine 1982;9:21-28

28) A modern perspective on nymphomania. Journal of Sex & Marital Therapy 1982;8:316-324

29) Nymphomania. Female Patient 1982;7:47-54

30) Commentary on Beverly Mead's article: When your patient fears impotence. Patient Care 1982;16:135-9

31) Relation of sexual problems to sexual enlightenment. Physician and Patient 1983 2:62

32) Clinical overview of impotence. Physician and Patient 1983; 8:52-55.

33) An analytical approach to problem-solving in sexual medicine: a clinical introduction to the psychological sexual dysfunctions. II. British Journal of Sexual Medicine

34) Coffman CB, Levine SB, Althof SE, Stern RG Sexual Adaptation among single young adults with cystic fibrosis. Chest 1984;86:412-418

35) Althof SE, Coffman CB, Levine SB. The effects of coronary bypass in female sexual, psychological, and vocational adaptation. Journal of Sex & Marital Therapy 1984;10:176-184

36) Letter to the editor: Follow-up on Increasingly Ruth. Archives of Sexual Behavior 1984;13:287-9

37) Essay on the nature of sexual desire Journal of Sex & Marital Therapy 1984; 10:83-96

38) Introduction to the sexual consequences of hemophilia. Scandanavian Journal of Haemology 1984; 33:(supplement 40).75-

39) Agle DP, Heine P. Hemophila and Acquired Immune Deficiency Syndrome: Intimacy and Sexual Behavior. National Hemophilia Foundation; July, 1985
    (a) Translated into German
    (b) Translated into Spanish

Exhibit 31

40) Turner LA, Althof SE, Levine SB, Bodner DR, Kursh ED, Resnick MI. External vacuum devices in the treatment of erectile dysfunction: a one-year study of sexual and psychosocial impact. Journal of Sex & Marital Therapy

41) Schein M, Zyzanski SJ, Levine SB, Medalie JH, Dickman RL, Alemagno SA. The frequency of sexual problems among family practice patients. Family Practice Research Journal 1988; 7:122-134

42) More on the nature of sexual desire. Journal of Sex & Marital Therapy 1987;13:35-44

43) Waltz G, Risen CB, Levine SB. Antiandrogen treatment of male sex offenders. Health Matrix 1987; V.51-55.

44) Lets talk about sex. National Hemophilia Foundation January, 1988

45) Sexuality, Intimacy, and Hemophilia: questions and answers . National Hemophilia Foundation January, 1988

46) Prevalence of sexual problems. Journal Clinical Practice in Sexuality 1988;4:14-16.

47) Kursh E, Bodner D, Resnick MI, Althof SE, Turner L, Risen CB, Levine SB. Injection Therapy for Impotence. Urologic Clinics of North America 1988; 15(4):625-630

48) Bradley SJ, Blanchard R, Coates S, Green R, Levine S, Meyer-Bahlburg H, Pauly I, Zucker KJ. Interim report of the DSM-IV Subcommittee for Gender Identity Disorders. Archives of Sexual Behavior 1991;;20(4):333-43.

49) Sexual passion in mid-life. Journal of Clinical Practice in Sexuality 1991 6(8):13-19

50) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DR, Resnick MI. Intracavernosal injections in the treatment of impotence: A prospective study of sexual, psychological, and marital functioning. Journal of Sex & Marital Therapy 1987; 13:155-167

51) Althof SE, Turner LA, Risen CB, Bodner DR, Kursh ED, Resnick MI. Side effects of self-administration of intracavernosal injection of papaverine and phentolamine for treatment of impotence. Journal of Urology 1989;141:54-7

52) Turner LA, Froman SL, Althof SE, Levine SB, Tobias TR, Kursh ED, Bodner DR.  Intracavernous injection in the

Exhibit 31

management of diabetic impotence.  Journal of Sexual Education and Therapy 16(2):126-36, 1989

53)    Is it time for sexual mental health centers? Journal of Sex & Marital Therapy 1989**;**

54)    Althof SE, Turner LA, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI.  Sexual, psychological, and marital impact of self injection of papaverine and phentolamine: a long-term prospective study.  Journal of Sex & Marital Therapy

55)    Althof SE, Turner LA, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Why do so many men drop out of intracavernosal treatment?   Journal of Sex & Marital Therapy. 1989;15:121-9

56)    Turner LA, Althof SE, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Self injection of papaverine and phentolamine in the treatment of psychogenic impotence. Journal of Sex & Marital Therapy. 1989; 15(3):163-78

57)    Turner LA, Althof SE, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Treating erectile dysfunction with external vacuum devices: impact upon sexual, psychological, and marital functioning.  Journal of Urology 1990;141(1):79-82

58)    Risen CB, Althof SE.  An essay on the diagnosis and nature of paraphilia Journal of Sex & Marital Therapy 1990; 16(2):89-102.

59)    Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Through the eyes of women: the sexual and psychological responses of women to their partners' treatment with self-injection or vacuum constriction therapy. International Journal of Impotence Research (supplement 2)1990;346-7.

60)    Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. A comparison of the effectiveness of two treatments for erectile dysfunction: self injection vs. external vacuum devices. . International Journal of Impotence Research (supplement 2)1990;289-90

61)    Kursh E, Turner L, Bodner D, Althof S, Levine S. A prospective study on the use of the vacuum pump for the treatment of impotence.International Journal of Impotence Research (supplement 2)1990;340-1.

Exhibit 31

62) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Long term use of intracavernous therapy in the treatment of erectile dysfunction in Journal of Sex & Marital Therapy 1991; 17(2):101-112

63) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Long term use of vacuum pump devices in the treatment of erectile dsyfunction in Journal of Sex & Marital Therapy 1991;17(2):81-93

64) Turner LA, Althof SE, Levine SB, Bodner DB, Kursh ED, Resnick MI. A 12-month comparison of the effectiveness of two treatments for erectile dysfunction: self injection vs. external vacuum devices. Urology 1992;39(2):139-44

65) Althof SE, The pathogenesis of psychogenic impotence.  J. Sex Education and Therapy. 1991; 17(4):251-66

66) Mehta P, Bedell WH, Cumming W, Bussing R, Warner R, Levine SB. Letter to the editor. Reflections on hemophilia camp. Clinical Pediatrics 1991; 30(4):259-260

67) Successful Sexuality. Belonging/Hemophilia. (Caremark Therapeutic Services), Autumn, 1991

68) Psychological intimacy. Journal of Sex & Marital Therapy 1991; 17(4):259-68

69) Male sexual problems and the general physician, Georgia State Medical Journal 1992; 81(5): 211-6

70) Althof SE, Turner LA, Levine SB, Bodner DB, Kursh E, Resnick MI. Through the eyes of women: The sexual and psychological responses of women to their partner's treatment with self-injection or vacuum constriction devices. Journal of Urology 1992; 147(4):1024-7

71) Curry SL, Levine SB, Jones PK, Kurit DM. Medical and Psychosocial predictors of sexual outcome among women with systemic lupus erythematosis.  Arthritis Care and Research 1993;  6:23-30

72) Althof SE, Levine SB. Clinical approach to sexuality of patients with spinal cord injury. Urological Clinics of North America 1993; 20(3):527-34

73) Gender-disturbed males. Journal of Sex & Marital Therapy 19(2):131-141, 1993

Exhibit 31

74) Curry SL, Levine SB, Jones PK, Kurit DM. The impact of systemic lupus erythematosis on women's sexual functioning. Journal of Rheumatology 1994; 21(12):2254-60

75) Althof SE, Levine SB, Corty E, Risen CB, Stern EB, Kurit D. Clomipramine as a treatment for rapid ejaculation: a double-blind crossover trial of 15 couples. Journal of Clinical Psychiatry 1995;56(9):402-7

76) Risen CB, Althof SE. Professionals who sexually offend: evaluation procedures and preliminary findings. Journal of Sex & Marital Therapy 1994; 20(4):288-302

77) On Love, Journal of Sex & Marital Therapy 1995; 21(3):183-191

78) What is clinical sexuality? Psychiatric Clinics of North America 1995; 18(1):1-6

79) "Love" and the mental health professions: Towards an understanding of adult love. Journal of Sex & Marital Therapy 1996; 22(3)191-202
   (a) Reprinted in Issues in Human Sexuality: Current & Controversial Readings with Links to Relevant Web Sites, 1998-9, Richard Blonna, Editor, Engelwood, Co. Morton Publishing Company, 1998

80) The role of Psychiatry in erectile dysfunction: a cautionary essay on the emerging treatments. Medscape Mental Health 2(8):1997 on the Internet. September, 1997.

81) Discussion of Dr. Derek Polonsky's SSTAR presentation on Countertransference. Journal of Sex Education and Therapy 1998; 22(3):13-17

82) Understanding the sexual consequences of the menopause. Women's Health in Primary Care, 1998
   (a) Reprinted in the International Menopause Newsletter

83) Fones CSL, Levine SB. Psychological aspects at the interface of diabetes and erectile dysfunction. Diabetes Reviews 1998; 6(1):1-8

84) Guay AT, Levine SB, Montague DK. New treatments for erectile dysfunction. Patient Care March 15, 1998

85) Extramarital Affairs. Journal of Sex & Marital Therapy 1998; 24(3):207-216

Exhibit 31

86)   Levine SB (chairman), Brown G, Cohen-Kettenis P, Coleman E, Hage JJ, Petersen M,  Pfäfflin F, Shaeffer L, vanMasdam J, Standards of Care of the Harry Benjamin International Gender Dysphoria Association, 5th revision, 1998. International Journal of Transgenderism at http://www.symposion.com/ijt

   (a)   Reprinted by the  Harry Benjamin International Gender Dysphoria Association, Minneapolis, Minnesota

87)   Althof SE, Corty E, Levine SB, Levine F, Burnett A, McVary K, Stecher V, Seftel. The EDITS: the development of questionnaires for evaluating satisfaction with treatments for erectile dysfunction. Urology 1999;53:793-799

88)   Fones CSL, Levine SB, Althof SE, Risen CB. The sexual struggles of 23 clergymen: a follow-up study. Journal of Sex & Marital Therapy 1999

89)   Levine, S. B. (1999). The newly revised standards of care for gender identity disorders. Journal of Sex Education & Therapy, 24, 117-127.

90)   Melman A, Levine SB, Sachs B, Segraves RT, Van Driel MF. Psychological Issues in Diagnosis of Treatment (committee 11) in Erectile Dysfunction (A.Jarden, G.Wagner, S.Khoury, F. Guiliano, H.Padma-nathan, R. Rosen, eds.) Plymbridge Distributors Limited, London, 2000

91)   Pallas J, Levine SB, Althof SE, Risen CB. A study using Viagra in a mental health practice. J Sex&Marital Therapy.26(1):41-50, 2000

92)   Levine SB, Stagno S. Informed Consent for Case Reports: the ethical dilemma between right to privacy and pedagogical freedom. Journal of Psychotherapy: Practice and Research, 2001, 10 (3): 193-201.

93)   Alloggiamento T., Zipp C., Raxwal VK, Ashley E, Dey S. Levine SB, Froelicher VF. Sex, the Heart, and Sildenafil. Current Problems in Cardiology 26 June 2001(6):381-416

94)   Re-exploring The Nature of Sexual Desire. Journal of Sex and Marital Therapy 28(1):39-51, 2002.

Exhibit 31

95)     Understanding Male Heterosexuality and Its Disorders in Psychiatric Times XIX(2):13-14, February, 2002

96)     Erectile Dysfunction: Why drug therapy isn't always enough. (2003) Cleveland Clinic Journal of Medicine, 70(3): 241-246.

97)     The Nature of Sexual Desire: A Clinician's Perspective. Archives of Sexual Behavior 32(3):279-286, 2003 .

98)     Laura Davis. What I Did For Love: Temporary Returns to the Male Gender Role. International Journal of Transgenderism, 6(4), 2002 and http://www.symposion.com/ijt

99)     Risen C.B., The Crisis in the Church: Dealing with the Many Faces of Cultural Hysteria in The International Journal of Applied Psychoanalytic Studies, 1(4):364-370, 2004

100)    Althof SE, Leiblum SR (chairpersons), Chevert-Measson M. Hartman U., Levine SB, McCabe M., Plaut M, Rodrigues O, Wylie K., Psychological and Interpersonal Dimensions of Sexual Function and Dysfunction in World Health Organization Conference Proceedings on Sexual Dysfunctions, Paris, 2003. Published in a book issued in 2004.

101)    Commentary on Ejaculatory Restrictions as a Factor in the Treatment of Haredi (Ultra-Orthodox) Jewish Couples: How Does Therapy Work? Archives of Sexual Behavior, 33(3):June 2004

102)    What is love anyway? J Sex & Marital Therapy 31(2):143-152,2005.

103)    A Slightly Different Idea, Commentary on Y.M.Binik's Should Dyspareunia Be Retained as a Sexual Dysfunction in DSM-V? A Painful Classification Decision. Archives of Sexual Behavior 34(1):38-39, 2005. http://dx.doi.org/10.1007/s10508-005-7469-3

104)    Commentary. Pharmacologic Treatment of Erectile Dysfunction: Not always a simple matter. BJM USA; Primary Care Medicine for the American Physician, 4(6):325-326, July 2004

105)    Leading Comment: A Clinical Perspective on Infidelity. Journal of Sexual and Relationship Therapy, 20(2):143-153, May 2005.

106)    Multiple authors.  Efficacy and safety of sildenafil citrate (Viagra) in men with serotonergic antidepressant-associated

Exhibit 31

erectile dysfunction: Results from a randomized, double-blind, placebo-controlled trial. Submitted to Journal of Clinical Psychiatry Feb 2005

107) Althof SE, Leiblum SR, Chevert-Measson M, Hartman U,Levine SB,McCabe M, Plaut M, Rodrigues O, Wylie K. Psychological and Interpersonal Dimensions of Sexual Function and Dysfunction. Journal of Sexual Medicine, 2(6): 793-800, November, 2005

108) Shifren JL, Davis SR, Moreau M, Waldbaum A, Bouchard C., DeRogatis L., Derzko C., Bearnson P., Kakos N., O'Neill S., Levine S., Wekselman K., Buch A., Rodenberg C., Kroll R. Testosterone Patch for the Treatment of Hypoactive Sexual Desire Disorder in Naturally Menopausal Women: Results for the INTIMATE NM1 Study. Menopause: The Journal of the North American Menopause Society 13(5) 2006.

109) Reintroduction to Clinical Sexuality. Focus: A Journal of Lifelong Learning in Psychiatry Fall 2005. III (4):526-531

110) PDE-5 Inhibitors and Psychiatry in J Psychiatric Practice 12 (1): 46-49, 2006.

111) Sexual Dysfunction: What does love have to do with it? Current Psychiatry 5(7):59-68, 2006.

112) How to take a Sexual History (Without Blushing), Current Psychiatry 5(8): August, 2006.

113) Linking Depression and ED: Impact on sexual function and relationships in Sexual Function and Men's Health Through the Life Cycle under the auspices of the Consortium for Improvement of Erectile Function (CIEF),12-19, November, 2006.

114) The First Principle of Clinical Sexuality. Editorial. Journal of Sexual Medicine,4:853-854, 2007

115) Commentary on David Rowland's editorial, "Will Medical Solutions to Sexual Problems Make Sexological Care and Science Obsolete?" Journal of Sex and Marital Therapy, 33(5), 2007

116) Real-Life Test Experience: Recommendations for Revisions to the Standards of Care of the World Professional Association for Transgender Health International Journal of Transgenderism, Volume 11 Issue 3, 186-193, 2009

Exhibit 31

117) Sexual Disorders: Psychiatrists and Clinical Sexuality. Psychiatric Times XXIV (9), 42-43, August 2007

118) I am not a sex therapist! Commentary to I. Binik and M. Meana's article Sex Therapy: Is there a future in this outfit? Archives of Sexual Behavior, Volume 38, Issue 6 (2009), 1033-1034

119) Solomon A (2009) Meanings and Political Implications of "Psychopathology" in a Gender Identity Clinic: Report of 10 cases. Journal of Sex and Marital Therapy 35(1): 40-57.

120) Perelman, MA., Levine SB, Fischkoff SA. Randomized, Placebo-Controlled, Crossover Study to Evaluate the Effects of Intranasal Bremelanotide on Perceptions of Desire and Arousal in Postmenopausal Women with Sexual Arousal Disorder submitted to Journal of Sexual Medicine July 2009, rejected

121) What is Sexual Addiction? Journal of Sex and Marital Therapy.2010 May;36(3):261-75

122) David Scott (2010) Sexual Education of Psychiatric Residents. Academic Psychiatry, 34(5) 349-352.

123) Chris G. McMahon, Stanley E. Althof, Joel M. Kaufman, Jacques
Buvat, Stephen B. Levine, Joseph W. Aquilina, Fisseha Tesfaye,
Margaret Rothman, David A. Rivas, Hartmut Porst. Efficacy and Safety
of Dapoxetine for the Treatment of Premature Ejaculation: Integrated
Analysis of Results From 5 Phase 3 Trials Journal of Sexual Medicine
2011 Feb;8(2):524-39.

124) Commentary on Consideration of Diagnostic Criteria for Erectile Dysfunction in DSM V. Journal of Sexual Medicine July 2010

125) Hypoactive Sexual Desire Disorder in Men: Basic types, causes, and treatment. Psychiatric Times 27(6)4-34. 2010

126) Male Sexual Dysfunctions, an audio lecture, American Physician Institute 2013

127) Fashions in Genital Fashion: Where is the line for physicians?

Exhibit 31

Commentary on David Veale and Joe Daniels' Cosmetic
    Clitoridectomy in a 33-
year-old woman.  Archives of Sexual Behavior, epub ahead of print
    Sept 24,
2011. Arch Sex Behav (2012) 41:735–736    DOI 10.1007/s10508-
    011-9849-7
    128)    Review: Problematic Sexual Excess.  Neuropsychiatry
2(1):1-12, 2012
    129).    The Essence of Psychotherapy.  Psychiatric Times 28 (2):
    August 2,
2012 translated into Portuguese and republished in Revista
    Latinoamericana de
Psicopatologia Fundamental (latin-American Journal of Fundamental
Psychopathology) in press 2012. Reprinted by Psychiatric Times on
    July 26,
2019 https://www.psychiatrictimes.com/articles/essence-
    psychotherapy
130)    Parran TV, Pisman, AR,  Youngner SJ, Levine SB.Evolution
of                     remedial CME course in professionalism:
Addressing learner needs,                developing content, and
evaluating outcomes. *Journal of Continuing                Education in
the Health Professions,* 33(3): 174-179, 2013.
131)    Love and Psychiatry.  Psychiatric Times November 2013
132)    Orgasmic Disorders, Sexual Pain Disorders, and Sexual
    Dysfunction
Due to a Medical Condition.  Board Review Psychiatry 2013-2014
    Audio
Digest CD 27.  Audio recording of a one-hour lecture available
    October 2013.
133)    Towards a Compendium of the Psychopathologies of  Love.
    Archives of
Sexual Behavior Online First December 25, 2013 DOI
    10.1007/s10508-013
0242-6   43(1)213-220.
134)    Flibanserin. (editorial) Archives of Sexual Behavior 44 (8),
    2015
November 2015. DOI: 10.1007/s10508-015-0617-y

Exhibit 31

135)   Martel C, Labrie F, Archer DF, Ke Y, Gonthier R, Simard JN, Lavoie L, Vaillancourt M, Montesino M, Balser J, Moyneur É; other participating members of the Prasterone Clinical Research Group. (2016) Serum steroid concentrations remain within normal postmenopausal values in women receiving daily 6.5mg intravaginal prasterone for 12 weeks.J Steroid Biochem Mol Biol. 2016 May;159:142-53. doi: 10.1016/j.jsbmb.2016.03.016

136) Reflections of an Expert on the Legal Battles Over Prisoners with Gender  Dysphoria.  J Am Acad Psychiatry Law 44:236–45, 2016

137)   Cooper E, McBride J, Levine SB.  Does Flibanserin have a future
Psychiatric Times accepted October 23, 2015.

138   Levine SB, Sheridan DL, Cooper EB. The Quest for a Prosexual Medication for Women, Current Sexual Health Reports (2016) 8: 129. doi:10.1007/s11930-016-0085-y

139)   Why Sex Is Important: Background for Helping Patients with Their
Sexual Lives., British Journal of Psychiatry Advances (2017), vol. 23(5)
300-306; DOI: 10.1192/apt.bp.116.016428

140)   Flibanserin: Offene Forshungsfragen , Zeitschrift für Sexualforschung. 29:170-175, 2016.  This is a translation of 134).

141)  Commentary on "Asexuality: Orientation, paraphilia, dysfunction, or none  of the above? Archives Sexual Behavior, Archives of Sexual Behavior April 2017,  Volume 46, Issue 3, pp 639–642 DOI: 10.1007/s10508-017-0947-z

142)   Sexual Dysfunction in Clinical Psychiatry, Psychiatric Times, March 2017

143)   Ethical Concerns About the Emerging Treatment of Gender Dysphoria.  Journal of Sex and Marital Therapy, 44(1):29-44.  2017.  DOI                         10.1080/0092623X.2017.1309482

144)  The Psychiatrist's Role in Managing Transgender Youth: Navigating Today's Politicized Terrain. CMEtoGO® Audio Lecture Series, May 2017

145)  Transitioning Back to Maleness, Archives of Sexual  Behavior, 2018 May;47(4):1295-1300. doi: 10.1007/s10508-017-1136-9.

Exhibit 31

146) Informed Consent for Transgender Patients, Journal of Sex and Marital Therapy, 2019;45(3):218-229. doi: 10.1080/0092623X.2018.1518885

147)  Life Processes are Illuminated by Sexual History.  (2019) Psychiatric Times, December Volume XXXVI. No.12

148) video made for Ohio State Medical Board on Duty to Report MD-patient sexual contact 2021
https://www.youtube.com/watch?v=cLBQnxqnZeM

149)  Basic Concepts That Are Important for Clinicians to Understand About Sexuality (2022). Psychoanalysis and Psychotherapy in China. Phoenix Publishing House, UK 5(1):55-66.

150). Levine S. B. (2021). Reflections on the Clinician's Role with Individuals Who Self-identify as Transgender. *Archives of sexual behavior*, *50*(8), 3527–3536. https://doi.org/10.1007/s10508-021-02142-1

151).  Levine SB, Abbruzzese, E. & Mason, JW. (2022). Reconsideration of Informed Consent for Trans-identified Children, Adolescents, and Young Adults. J. Sex and Marital Therapy. DOI: 10.1080/0092623X.2022.2046221.  On line March 17, 2022 published at 48 (7);707-727.
          Translated into French on August 6, 2022.

152) . Stephen B. Levine, E. Abbruzzese & Julia W. Mason (2022) What Are We Doing to These Children? Response to Drescher, Clayton, and Balon Commentaries on Levine et al., 2022, Journal of Sex & Marital Therapy, DOI: 10.1080/0092623X.2022.2136117

153). E. Abbruzzese, Stephen B. Levine & Julia W. Mason (2022). The Myth of "Reliable Research" in Pediatric Gender Medicine: A critical evaluation of the Dutch Studies—and research that has followed since. J Sex Marital Ther.          2023 Jan 2:1-27. doi: 10.1080/0092623X.2022.2150346. Online ahead of print. PMID: 36593754

     Ayad S, D'Angelo R, Kenney D, Levine SB, Marchiano L, & O'Malley S.  (2022) A Clinical Guide for Therapists Working with Gender-Questioning Youth, sponsored by Gender Exploratory Therapy Association (GETA) and Society for  Evidence-Based Gender Medicine (SEGM). https://genderexploratory.com/clinical-guide/

Exhibit 31

155)  Should Transgender Youth Care be Guided by Beliefs or Science? Psychology.net. January,2023

156) Levine SB, Abbruzzese E, (2023) Current concerns about gender affirming therapy in adolescents" Current Sexual Health Reports, 10.1007/s11930-023-00358-x  published April 14, 2023

C.        Chapters

1. Overview of Sex Therapy.  In Sholevar GP (ed) The Handbook of Marriage and Marital Therapy. New York. Spectrum Publications, 1981 pp417-41

2. Why study sexual functioning in diabetes? In Hamburg BA, Lipsett LF, Inoff GE, Drash A (eds) Behavioral & Psychosocial Issues in Diabetes: Proceedings of a National conference. Washington, DC. US Dept. of Health & Human Services. PHS NIH, Pub. #80-1933

3. Sexual Problems in the Diabetic in Bleicher SJ, Brodoff B (eds) Diabetes Mellitus and Obesity. Williams and Wilkins, 1992

4. Clinical Introduction to Human Sexual Dysfunction. In Pariser SF, Levine SB, McDowell M (eds) Clinical Sexuality. New York, Marcel Dekker Publisher, 1983.

5. Psychodynamically-oriented clinician's overview of psychogenic impotence. In RT Segraves (ed) Impotence. New York, Plenum, 1985

6. Origins of sexual preferences. In Shelp EE (ed) Sexuality and Medicine. D. Reidel Publishing co. 1987. Pp39-54.

7. Hypoactive Sexual Desire and Other Problems of Sexual Desire. In H. Lief (ed). The Treatment of Psychosexual Dysfunctions/ III. American Psychiatric Press, chapter 207.pp2264-79, 1989

8.        Psychological Sexual Dysfunction. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

9.        Male sexual dysfunction. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

10. Sexuality and Aging. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

Exhibit 31

11. Homosexuality. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

12. Individual and intrapsychic factors in sexual desire. In Leiblum SR, Rosen RC (eds). Clinical Perspectives on Sexual Desire Disorders. Guilford Press, New York, 1988, pp21-44

13. Gender Identity Disorders. In Sadock B, Kaplan H(eds). Comprehensive Textbook of Psychiatry, Baltimore, William and Wilkins, 1989, pp 1061-9

14. Intrapsychic and Interpersonal Aspects of Impotence: Psychogenic Erectile Dysfunction. In Leiblum SR, Rosen RC (eds). Erectile Disorders: Assessment and Treatment. Guilford Press, New York, 1992

15. Psychological Factors in Impotence. In Resnick MI, Kursh ED, (eds.) Current Therapy in Genitourinary Surgery, 2nd edition. BC Decker, 1991, pp549-51

16. The Vagaries of Sexual Desire. In Leiblum SR, Rosen RC (eds). In Case Studies in Sex Therapy. Guilford Press, New York, 1995

17. Rosenblatt EA. Sexual Disorders (chapter 62). In Tasman A, Kay J, Liberman JA (eds). Psychiatry Volume II, W.B.Saunders, Philadelphia. 1997, pp 1173-2000.

18. Althof SE. Psychological Evaluation and Sex Therapy. In Mulcahy JJ (ed) Diagnosis and Management of Male Sexual Dysfunction Igaku-Shoin, New York, 1996, pp74-88

19. Althof SE, Levine SB. Psychological Aspects of Erectile Dysfunction. In Hellstrum WJG (ed) Male Infertility and Dysfunction. Springer-Verlag, New York, 1997. pp 468-73

20. Paraphilias. In Comprehensive Textbook of Psychiatry/VII. Sadock BJ, Sadock VA (eds.) Lippincott Williams & Wilkins, Baltimore, 1999, pp1631-1645.

21. Women's Sexual Capacities at Mid-Life in The Menopause: Comprehensive Management B. Eskind (ed). Parthenon Publishing, Carnforth, UK, 2000.

22. Male Heterosexuality in Masculinity and Sexuality:Selected Topics in the Psychology of Men, (Richard C. Friedman and Jennifer I. Downey, eds) Annual Review of Psychiatry, American Psychiatric Press, Washington, DC, W-18. pp29-54.

Exhibit 31

23. R.T.Segraves. Introduction to section on Sexuality: Treatment of Psychiatric Disorders-III (G.O.Gabbard, ed), American Psychiatric Press, Washington, DC, 2001

24. Sexual Disorders (2003) in Tasman A, Kay J, Liberman JA (eds). Psychiatry 2nd edition, Volume II, W.B.Saunders, Philadelphia. Chapter 74

25. What Patients Mean by Love, Psychological Intimacy, and Sexual Desire (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp.21-36.

26. Infidelity (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp57-74

27. Preface (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp xiii-xviii

28. A Psychiatric Perspective on Psychogenic Erectile Dysfunction (2004) in T.F. Lue (ed) Atlas of Male Sexual Dysfunction, Current Medicine, Philadelphia Chapter 5

29. Levine, SB., Seagraves, RT. Introduction to Sexuality Section, Treatment of Psychiatric Disorders, 3rd edition (Gabbard GO, editor), American Psychiatric Press, 2007

30. Risen CB, (2009)Professionals Who Are Accused of Sexual Boundary Violations *In Sex Offenders: Identification, Risk Assessment, Treatment, and Legal Issues* edited by Fabian M. Saleh, Albert J. Grudzinskas, Jr., and John M. Bradford, Oxford University Press, 2009

31. What Patients Mean by Love, Intimacy, and Sexual Desire, in Handbook of Clinical Sexuality for Mental Health Professionals edited by Levine SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

32. Infidelity in Handbook of Clinical Sexuality for Mental Health Professionals edited by Levine SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

33. Scott DL, Levine, SB. Understanding Gay and Lesbian Life in Handbook of Clinical Sexuality for Mental Health Professionals edited by Levine SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

Exhibit 31

34. Levine, SB, Hasan, S., Boraz M. (2009) Male Hypoactive Sexual Desire Disorder (HSDD) in Clinical Manual of Sexual Disorders (R. Balon and RT Segraves, eds), American Psychiatric Press, Washington, DC.

35. Levine, SB. Sexual Disorders in  Fundamentals of Psychiatry (by Allan Tasman and Wanda Mohr,eds.) <http://eu.wiley.com/WileyCDA/WileyTitle/productCd-0470665777.html>, .

36. Infidelity in Principles and Practices of Sex Therapy (I Binik, K. Hall, editors), 5th edition, Guilford Press, New York, 2014.

37. Why is Sex Important? In Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016, Chapter 1

38. The Rich Ambiguity of Key Terms: Making Distinctions. In Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016. Chapter 4

39. The Mental Health Professional's Treatment of Erection Problems . In Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016 Chapter 11

40.  Why is Sex Important? In Sexual Health in the Couple: Management of Sexual Dysfunction in Men and Women [L Lipshultz, A Pastuszak, M Perelman, A Giraldi, J Buster, eds.] New York, Springer, 2016.

41. Sommers, B., Levine, S.B., Physician's Attitude Towards Sexuality
Psychiatry and Sexual Medicine: A Comprehensive Guide for Clinical Practitioners, Springer, Heidelberg, Germany,2020

42. Levine, SB & Courtois, CA.  Boundaries and Ethics in Professional Conduct. In Sexual Boundary Violations in Psychotherapy: Facing Therapist indiscretions, transgressions, and misconduct.  A. Steinberg, J.L.Alpert, C A. Courtois(  Eds.) (2021) American Psychological Association. Washington, DC.

43.   Levine, SB, Risen CB. (2021). Professionals Who Are Accused of Sexual Boundary Violations *In Sex Offenders: Identification, Risk Assessment,Treatment, and Legal Issues, 2nd edition.*  edited by Fabian M. Saleh, ,   Oxford University Press,

Exhibit 31

44. Forward to Evans M and Evans S. Psychotherapy of Gender Dysphoria of Children and Young Adults, Phoenix Publication, UK 2021.

C) **Book Reviews**

1) Homosexualities: A Study of Diversity Among Men and Women by Alan P. Bell and Martin S. Weinberg, Simon and Schuster, New York, 1978.  In Journal of Sex & Marital Therapy 1979; 5:

2) Marriage and Marital Therapies: Psychoanalytic, Behavioral & System Theory Perspectives by TJ Paolino and BS McCrady. Brunner/Mazel, New York, 1978. In Journal of Sex & Marital Therapy 1979; 5:

3) Management of Male Impotence. Volume 5 International Perspectives in Urology AH Bennett, (ed) Williams and Wilkins, Baltimore, 1992. In American Journal of Psychiatry, 1984

4) The Sexual Relationship by DE Scharff, Routledge & Kegan Paul, 1982 in Family Process 1983;22:556-8

5) Phenomenology and Treatment of Psychosexual Disorders, by WE Fann, I Karacan, AD Pokorny, RL Williams (eds). Spectrum Publications, New York, 1983. In American Journal of Psychiatry 1985;142:512-6

6) The Treatment of Sexual Disorders: Concepts and Techniques of Couple Therapy, G Arentewicz and G Schmidt. Basic Books, New York, 1983. In  American Journal of Psychiatry 1985;142:983-5

7)   Gender Dysphoria: Development, Research, Management. BN Steiner (ed). Plenum Press, 1985 in Contemporary Psychology 1986:31:421-2 [titled, The Limitations of Science, the Limitations of Understanding]

8)   Psychopharmacology of Sexual Disorders by M Segal (ed) John Libbey & Co Ltd, London, 1987 in American Journal of Psychiatry 1987;144:1093

9) "The Sissy Boy Syndrome" and the Development of Homosexuality by R Green. Yale University Press, New Haven, 1987.  In  American Journal of Psychiatry 1988;145:1028

Exhibit 31

10) Male Homosexuality: A contemporary psychoanalytic perspective by RC Friedman, Yale University Press, New Haven, 1988 in Journal of Clinical Psychiatry 1989;50:4, 149

11) Sexual Landscapes: Why we are what we are, why we love whom we love. By JD Weinrich, Charles Schribner's Sons, New York, 1987 in Archives of Sexual Behavior 21 (3):323-26, 1991

12) How to Overcome Premature Ejaculation by HS Kaplan, Brunner/Mazel, New York, 1989 in Journal of Clinical Psychiatry 51(3):130, 1990

13) Clinical Management of Gender Identity Disorders in Children and Adults R. Blanchard, BN Steiner (eds) American Psychiatry Press, Washington, DC, 1990. In Journal of Clinical Psychiatry 52(6):283, 1991

14) Psychiatric Aspects of Modern Reproductive Technologies. NL Stotland (ed) American Psychiatric Press, Washington DC, 1990. In Journal of Clinical Psychiatry 1991;52(9):390

15) Homosexualities: Reality, Fantasy, and the Arts. CW Socarides, VD Volkan (eds). International Universities Press, Madison, Connecticut, 1990. In Journal of Clinical Psychiatry 1992;(10)

16) Reparative Therapy of Male Homosexuality: A New Clinical Approach. J Nicolosi, Jason Aronson, Northvale NJ, 1992. In Contemporary Psychology 38(2):165-6, 1993 [entitled Is Evidence Required?]

17) Male Victims of Sexual Assault, GC Mezey, MB King (eds) Oxford University Press, New York, 1992. In Journal of Clinical Psychiatry 1993;54(9):358,

18) AIDS and Sex: An Integrated Biomedical and Biobehavioral Approach. B Voeller, JM Reinisch, M Gottlieb, Oxford University Press, New York, 1990. In American Journal of Psychiatry

19) Porn: Myths for the Twentieth Century by RJ Stoller, Yale University Press, New Haven, 1991. In Archives of Sexual Behavior 1995;24(6):663-668

20) Sexual Dysfunction: Neurologic, Urologic, and Gynecologic Aspects. R Lechtenberg, DA Ohl (eds) Lea & Febiger, Philiadelphia, 1994. In Neurology

Exhibit 31

21) The Sexual Desire Disorders: Dysfunctional Regulation of Sexual
Motivation. HS Kaplan Brunner/Mazel, New York, 1995. In Neurology            1996; 47:316

22) Femininities, Masculinities, Sexualities: Freud and Beyond. N. Chodorow. The University Press of Kentucky, Lexington, 1994. Archives of Sexual Behavior 28(5):397-400,1999

23) Sexual Function in People with Disability and Chronic Illness:A Health Professional's Guide by ML Sipski, CJ Alexander. Aspen Publishers, Gaitersburg, Md, 1997. In Journal of Sex Education and Therapy, 1998;23(2):171-2

24) Sexual Aggression by J Shaw (ed). American Psychiatric Press, Washington, DC, 1998. In American Journal of Psychiatry, May, 1999

25) The Wounded Healer: Addiction-Sensitive Approach to the Sexually Exploitative Professional by Richard Irons and Jennifer P. Schneider. Jason Aronson, Northvale, N.J., 1999 in American Journal of Psychiatry 157(5):8-9,2000.

26) Culture of the Internet by Sara Kiesler (editor), Lawrence Erlbaum Associates, Mahway, New Jersey, 1997. 463pp in Journal of Sex Research in press, 2001

27) Psychological Perspectives on Human Sexuality. Lenore T. Szuchman and Frank Muscarella (editors), Wiley and Sons, New York, American Journal of Psychiatry, April, 2002

28) "How Sexual Science Operates" a review of Sex, Love, and Health in America: Private Choices and Public Policies. EO Laumann and RT Michael, editors. Chicago, University of Chicago, 2001 in Second Opinion, The Park Ridge Center for the Study of Health, Faith, and Ethics, 11:82-3, April, 2004.

29) Sexual Orientation and Psychoanalysis: Sexual Science and Clinical Practice.  R.C.Friedman and J.I. Downey (eds). New York. Columbia University Press. in Archives of Sexual Behavior (2003) 31(5):473-474

30) Prozac on the Couch:  Prescribing Gender in the Era of Wonder Drugs, Jonathon Michel Metzl.  Duke University Press, Durham, 2003 in American Journal of Psychiatry, November, 2004.

Exhibit 31

31) Sex and Gender by M. Diamond and A.Yates Child Psychiatric Clinics of North America W. B. Saunders, Philadelphia, Pennsylvania, 2004, 268 pp in Archives of Sexual Behavior April 2007 on line publication in Dec.2006 at http://dx.doi.org/10.1007/s10508-006-9114-7

32) Getting Past the Affair: A program to help you cope, heal, and move on—together or apart by Douglas K. Snyder, Ph.D, Donald H. Baucom, Ph.D, and Kristina Coop Gordon, Ph.D, New York, Guilford Press, 2007 in Journal of Sex and Marital Therapy,34:1-3, 2007

33) Dancing with Science, Ideology and Technique. A review of Sexual Desire Disorders: A casebook Sandra R. Leiblum editor, Guilford Press, New York, 2010. In Journal of Sex Research 2011.

34) What is more bizarre: the transsexual or transsexual politics?  A review of Men Trapped in Men's Bodies: Narratives of Autogynephilic Transsexualism by Anne A. Lawrence, New York, Springer, 2014. In Sex Roles: a Journal of Research, 70, Issue 3 (2014), Page 158-160, 2014. DOI: 10.1007/s11199-013-0341-9

35) There Are Different Ways of Knowing.  A review of: How Sexual Desire Works: The Enigmatic Urge by Frederick Toates, Cambridge, UK, Cambridge University Press, in Sexuality and Culture (2015) 19:407–409 DOI 10.1007/s12119-015-9279-0

36) The Dynamics of Infidelity: Applying Relationship Science to Clinical Practice by Lawrence Josephs, American Psychological Association, Washington, DC, 2018, pp. 287, $69.95   in Journal of Sex and Marital Therapy10.1080/0092623X.2018.1466954,  2018.  For free access: https://www.tandfonline.com/eprint/UgiIHbWbpdedbsXWXpNf/full

37) Transgender Mental Health by Eric Yarbrough, American Psychiatric Association Publications, 2018, Journal and Marital & Sexual Therapy, https://doi.org/10.1080/0092623X.2018.1563345 .

38) Seduced into Darkness:Transcending My Psychiatrist's Sexual Abuse by Carrie T. Ishee, Terra Nova Books, Santa Fe, in

Exhibit 31

Journal of Sex and Marital Therapy, in press 2020. 10.1080/0092623X2020.175847

39) Principles and Practices of Sex Therapy, 6th edition, (2020) KSK Hall, IM Binik (editors), Guilford Press, New York in Journal of Sex and Marital Therapy i47(4):   May 2021. Doi 10.1080/0092623X2021.1920736

40)      The Existential Importance of the Penis: A guide to understanding male sexuality by Daniel N. Watter,  (2023) Routledge, New York,  Journal of Sex and Marital Therapy in press 10.1080/0092623X.2023.2236495

(a) Podcasts

1.    Ayad & O'Malley, series: Gender: A wider lens. 2022 https://podcasts.apple.com/us/podcast/gender-a-wider-lens-podcast/id1542655295?i=1000549259922

2.    Physician burnout 2022 https://drive.google.com/drive/folders/1O5ENno71IzKtYslhyZfqja4SrV5lQcic?usp=sharing

3.    Humanize with Wesley Smith. May 11, 2023. https://humanize.today/podcast/stephen-b-levine-m-d-on-the-science-of-gender-affirming-care/

4.    Gender a wider lens, with Ayad and O-Malley and Julia Mason, May 12, 2023

Exhibit 31