Confidential #: 844


EXHIBIT 51

Jonathan Richardson
DOC# 127630
DOB: ▮

## Gender Dysphoria/Transgender Protocol Attachment 1

### Psychosocial Development and Adjustment Related to Gender Identity

*The goal is to elicit the story of how they came to identify their gender. Ask open-ended questions as much as possible and see what they spontaneously provide. An initial open-ended question or statement is provided, then follow up questions, if needed, are suggested.*

**CHILDHOOD**
What was it like growing up? Follow up questions to help with the discussion as needed could include:

- What are the earliest memories of your gender?
- When did you first realize there was something different about your gender?
- When did you understand that people saw you as a boy/girl?
- How did you feel about your gender?
- How did you handle your feelings?
- How did your parents/siblings relate to your gender?
- What kind of toys and activities did you like?
- Tell me about your friends. (Interested in whether they preferred male or female friends)
- What kind of clothing did you prefer to wear?
    - If applicable, i.e., it was clothing more typical of the other gender, Were you allowed to wear that?
    - If tried to hide clothing, Did you get caught?
- Did you sit or stand to urinate?
- When did you first come out to someone about your gender?
- When did you tell your mother? Reaction?
- When did you tell your father? Reaction?
- **HOW DID YOU COPE?**

Earliest memories of gender start around age 6. Started wondering/becoming aware of the differences between girls' and boys' bodies. I started realizing that male gender didn't really make sense to me. It felt to me like girls' bodies made more sense, and I wished I could have what they have. I started feeling that it was not fair that I couldn't change it. I would push my penis into my body and stand that way and look in the mirror, and I liked that better. As a kid, I don't think I ever specifically knew I wanted to be a woman, I just knew I admired and envied them.

I was much closer to my mother than my father growing up, and I tended to spend more time with her in the kitchen, sewing, and doing other "women's work," and less time with dad working on the car, in the yard, etc. Sometimes when mom was painting her nails, she would paint mine, and I enjoyed that.

Over time, started doing things like trying on women's garments (underwear, bras, etc.). Mother caught me dressing in her clothing and my sister's, and she scolded me and corrected me. She told me that's not right and I am not to do that again. My family was very religious (Pentecostal), and they were not accepting of differences like being gay or transgender. There was some sexual play with my brother, who was 3 years older, where he would have us get naked and get into bed together. No sex, but fondling and touching. It felt good and right to me at the time, but I had some awareness that it was not allowed and needed to be kept secret.

Name: RICHARDSON, JONATHAN    DOB: ▮    Date: 10/21/201▮

STATE006185

Jonathan Richardson
DOC# 127630
DOB: ███

- Did you get teased?
- What kind of games did you play? Sports or Clubs?
- Did you tell friends? What was their response?
- Did you have any transgender friends?
- **HOW DID YOU COPE?**

**ADULTHOOD**
As an adult, how do you express your gender? Follow questions may include:
- Who are you attracted to? (e.g., Males/females/transgender and/or gender-non conforming)
- If you are/have been sexual: What kinds of challenges do you experience?
    - How do you feel about your body during sex?
    - Are there parts of your body you don't feel comfortable having touched or things you are not comfortable doing?
    - Are there parts of your body that you don't feel comfortable being visible during sex?
- How do your sexual fantasies relate to your gender?
- Did you live as a man/woman?
    - If yes,
        - Did you dress in men's/women's clothes?
        - Did you make any alterations to your appearance?
        - Did you make any physical changes? What/where/when/result (what happened?)
    - If no, Why not?
- What kind of employment did you take? What was that like?
- What kind of activities did you get involved with in the community?
- Were you treated in the community?
    - If yes, what was the treatment, when/where?
    - If no, Why not?
- **HOW DID YOU COPE?**

After I was out of Boys' School, I started getting some piercings and expressing myself more freely. I would wear makeup, died my hair wild colors like pink and purple, and dressing more the way I wanted to. I still had no relationships right up until I got married. I met a girl at work who was in the late stages of pregnancy, and she asked me out. We had sex, I stayed the night, and she asked me to stay. Less than 6 months later, we were married and raising her daughter. We would have sex in our marriage, but I wanted to play more of the woman's role, and she wanted me to be more of a man. She caught me wearing her clothing, and sometimes I would also secretly dress as a woman and go out walking at night so that others who saw me at a distance would think I was a woman. She was mad when she caught me wearing her clothing.

I often had trouble performing sexually. It was hard to get and maintain an erection, and she would speak to me in a belittling way when this happened. During this time, I started working at a pornographic store, and I would sometimes engage in homosexual activities in the back room. I did not feel entirely good about this because I had to be secretive and knew I was betraying my wife by doing it.

Jonathan Richardson
DOC# 127630

### Gender Dysphoria/Transgender Protocol Attachment 2

#### Assess Readiness for Hormone Therapy for Gender

*This assessment is meant to be a discussion to explore and help manage expectations. The below questions are meant to feed this discussion, rather than just be a series of questions to answer. The goal is to unearth concerns, ensure the consequences of undergoing this treatment have been thoughtfully considered, and identify any areas of support that may be needed going forward.*

- What leads you to come for assessment at this time in your life?
  New DOC policy. I got a hold of a California brochure that is kind of being used as a basis for all this. I read about side effects, what to expect, what not to expect, how California is handling this, etc. Now that there is actually some legal precedent for this, I figured there was actually a chance of something positive happening if I pursued it now.

- What kept you from pursuing this in the community (unless did)? Incarcerated since age 18. Didn't know a lot of this stuff existed. Was in Boy's School for almost 4 years prior to that. No opportunities.
  o What's different now? See above.

- What are your hopes and dreams related to hormones (explore physical, emotional, relational)?
  o What do you expect hormones to change? Take on more feminine characteristics that will reflect how I feel like I should look. Some of my more masculine characteristics may soften some. I want to see myself reflected as a female so that I can bring my internal experience and my external presentation into congruence. I want to grow breasts, that will be the most noticeable aspect. A lowering of my testosterone may cause mood swings, possibly shrinkage of the testicles, which is fine with me. The primary thing is the breasts.
  o What do you think is not likely to change? I'm hairy, that won't change without laser surgery. I won't regrow a head of hair. My voice won't change. I hope that my muscle tissue will soften some, but I know that's not a guarantee.

- How do you think things will change for you during incarceration (explore placement, programming, allowables, names change, pronouns, etc.)? I would expect my friends and others to call me "Autumn." Be referred to as "she." Would love to be able to wear a bra, pantyhose, panties... I would love to wear makeup but I'm not sure if that is allowed in prison.

- What will you do if the change process doesn't turn out as you had hoped? I would be extremely disappointed, saddened, but at least I would have discovered that hormones aren't effective by themselves for me and I would need to start to pursue other means.

- Have you taken any other steps to change your outward appearance? Shaved entire body. Have been using lotion to soften up my skin. Wearing chapstick that gives my lips a little gloss.
  o If so, what was that like for you? It's different for me and it makes me feel nervous, but also empowered.

- How do you think others will react (family, friends, work, community)? I don't know... I don't really care. I suspect people will think that I'm weird, or not normal, or a freak, or a lunatic, or an oddity,

*Revised 12/12/2017*

Jonathan Richardson
DOC# 127630

a man, there's the "me" that was the confused part of myself, and there's the "me" inside that is a woman. I'm letting go of the one that other people perceive me as, and that doesn't feel like a loss to me. The "confused me," when he/she/it goes away, that will be a time of happiness as I become my true self.

- How do you anticipate your employment opportunities will be affected?

I guess it depends. If I undergo treatment for several years in prison and leave looking more like a woman, then I don't think it will be that hard for me. If I leave and don't get to start pursuing treatment until I leave, then it will make it more difficult. I'd have to try to find employment while undergoing treatment and becoming a woman. It would be 10 times harder to do that.

- Do you have plans for how you will be able to continue hormones upon release if you start here?

Well, there are plenty of free clinics where these things could be procured. Especially if I have already started, I would be able to continue it then. I'm also saving up re-entry money to help me to pursue medication. I could seek psychological help for it as well, and government assistance.

Adapted in part from Bockting, W. O., Knudson, G., & Goldberg, J. M. (2006). Counseling and Mental Health Care for Transgender Adults and Loved Ones. *International Journal of Transgenderism,* 9(3-4), 35-82. doi:10.1300/j485v09n03_03

Revised 12/12/2017

Name: RICHARDSON, JONATHAN   DOB:   Date: 10/21/2019

STATE006188