**EXHIBIT**
tabbies **52**

STATE002937

# MEDICATION ADMINISTRATION RECORD

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

**Month:** August 2022

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED (MAX 1 INHALER /3-4 MONTHS)- Prescriber OSBURN, VERNON Rx#12628226 DAYS: 179 Order Date 5/6/2022  Start Date 5/6/2022  Stop Date 11/1/2022 | AM NOON HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL H 2MG TAB** (2) TAKE TWO TABLET(S) BY MOUTH DAILY- Prescriber OSBURN, VERNON Rx#12616902 DAYS: 179 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SIMVASTATIN 10MG TAB** TAKE 1 TABLET(S) BY MOUTH EVERY EVENING- Prescriber OSBURN, VERNON Rx#12617593 DAYS: 179 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE H 100MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY- Prescriber OSBURN, VERNON Rx#12616917 DAYS: 179 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:**

**Allergies:** PENICILLINS, Ibuprofen, Ceftriaxone Sodium

127630

**DOB/Inmate #:**

**Location:**

**Name:**

**RICHARDSON, JONATHAN**

STATE002938

# MEDICATION ADMINISTRATION RECORD

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

**Month:** July 2022

| Init. | Drug – Dose – Mode – Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED (MAX 1 INHALER /3-4 MONTHS)- DAYS: 179 Prescriber OSBURN, VERNON Rx#12628226 Order Date 5/8/2022  Start Date 5/8/2022  Stop Date 11/1/2022 | AM / NOON / HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE TWO TABLET(S) BY MOUTH DAILY- DAYS: 179 Prescriber OSBURN, VERNON Rx#12616902 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SIMVASTATIN 10MG TAB** TAKE 1 TABLET(S) BY MOUTH EVERY EVENING- DAYS: 179 Prescriber OSBURN, VERNON Rx#12617593 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 100MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY- DAYS: 179 Prescriber OSBURN, VERNON Rx#12616917 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, Ibuprofen, Ceftriaxone Sodium

**Allergies:**

127630

**DOB/Inmate #:**

**Location:**

**RICHARDSON, JONATHAN**

**Name:**

STATE002939

# MEDICATION ADMINISTRATION RECORD

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN          **Month:** June 2022



| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED (MAX 1 INHALER /3-4 MONTHS)- DAYS: 179 Prescriber OSBURN, VERNON Rx#12628226 Order Date 5/8/2022  Start Date 5/8/2022  Stop Date 11/1/2022 | AM NOON HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| G | **ESTRADIOL 2MG TAB** TAKE TWO TABLET(S) BY MOUTH DAILY- DAYS: 179 Prescriber OSBURN, VERNON Rx#12816902 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| G | **SIMVASTATIN 10MG TAB** TAKE 1 TABLET(S) BY MOUTH EVERY EVENING- DAYS: 179 Prescriber OSBURN, VERNON Rx#12817583 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| G | **SPIRONOLACTONE 100MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY- DAYS: 179 Prescriber OSBURN, VERNON Rx#12816917 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, Ibuprofen, Ceftriaxone Sodium

127630

**Name:** RICHARDSON. JONATHAN

STATE002940

## MEDICATION ADMINISTRATION RECORD

**Month:** July 2022

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

| Drug Dose / Route / Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED (MAX 1 INHALER /3-4 MONTHS)- DAYS: 179 Prescriber OSBURN, VERNON Rx#12628226 Order Date 5/8/2022    Start Date  5/8/2022    Stop Date  11/1/2022 | AM NOON HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **ESTRADIOL 2MG TAB** TAKE TWO TABLET(S) BY MOUTH DAILY- DAYS: 179 Prescriber OSBURN, VERNON Rx#12616902 Order Date 5/5/2022    Start Date  5/5/2022    Stop Date  10/31/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **SIMVASTATIN 10MG TAB** TAKE 1 TABLET(S) BY MOUTH EVERY EVENING- DAYS: 179 Prescriber OSBURN, VERNON Rx#12617593 Order Date 5/5/2022    Start Date  5/5/2022    Stop Date  10/31/2022 | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **SPIRONOLACTONE 100MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY- DAYS: 179 Prescriber OSBURN, VERNON Rx#12616917 Order Date 5/5/2022    Start Date  5/5/2022    Stop Date  10/31/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, Ibuprofen, Ceftdaxone Sodium

127630

**RICHARDSON. JONATHAN**

STATE002941

# MEDICATION ADMINISTRATION RECORD

**Month:** June 2022

**Facility:** CORRECTIONAL INDUST FAC (IN) – COIN



| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ALBUTEROL SULFATE HFA 90 MCG AER**
INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED (MAX 1 INHALER /3-4 MONTHS)
DAYS: 179
Prescriber OSBURN, VERNON Rx#12628226
Order Date 5/6/2022  Start Date 5/6/2022  Stop Date 11/1/2022

**ESTRADIOL 2MG TAB**
TAKE TWO TABLET(S) BY MOUTH DAILY-
DAYS: 179
Prescriber OSBURN, VERNON Rx#12616902
Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022

**SIMVASTATIN 10MG TAB**
TAKE 1 TABLET(S) BY MOUTH EVERY EVENING-
DAYS: 179
Prescriber OSBURN, VERNON Rx#12617593
Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022

**SPIRONOLACTONE 100MG TAB**
TAKE ONE TABLET(S) BY MOUTH EVERY DAY-
DAYS: 179
Prescriber OSBURN, VERNON Rx#12616917
Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022

Prescriber
Order Date  Start Date  Stop Date

Prescriber
Order Date  Start Date  Stop Date

Diagnosis: PENICILLINS, Ibuprofen, Ceftriaxone Sodium

127630

**RICHARDSON, JONATHAN**
Name:

STATE002942

# MEDICATION ADMINISTRATION RECORD

**Month:** May 2022

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ACETAMINOPHEN 500MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY 8 HOURS AS NEEDED- DAYS: 89 Prescriber JONES, JOHN Rx#12004732 Order Date 2/8/2022 Start Date 2/8/2022 Stop Date 5/8/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *NON-FORMULARY APPROVED UNTIL 06/14/2022- DAYS: 179 Prescriber JONES, JOHN Rx#11643036 Order Date 12/17/2021 Start Date 12/17/2021 Stop Date 6/14/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *KEEP ON PERSON*- DAYS: 179 Prescriber OSBURN, VERNON Rx#12455703 Order Date 4/13/2022 Start Date 4/13/2022 Stop Date 10/9/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | *Simvastatin 10mg tab tab PO every evening* Prescriber Osburn Order Date 5/5/22 Start Date Stop Date 10/31/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | *Albuterol 90 mcg 2 puff q 4-6 hrs PRN* Prescriber Osburn Order Date Start Date 5/6/22 Stop Date 11/1/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date Start Date Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, Ibuprofen, Ceftriaxone Sodium

127630

**RICHARDSON, JONATHAN**

DOB/Inmate #: Location: Name:

STATE002943

# MEDICATION ADMINISTRATION RECORD

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

**Month:** May 2022

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ACETAMINOPHEN 500MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY 8 HOURS AS NEEDED- DAYS: 89 Prescriber JONES, JOHN Rx#12004732 Order Date 2/8/2022 Start Date 2/8/2022 Stop Date 5/8/2022 | AM / 2PM / HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *NON-FORMULARY APPROVED UNTIL 06/14/2022- DAYS: 179 Prescriber JONES, JOHN Rx#11643036 Order Date 12/17/2021 Start Date 12/17/2021 Stop Date 6/14/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *KEEP ON PERSON*- DAYS: 179 Prescriber OSBURN, VERNON Rx#12455703 Order Date 4/13/2022 Start Date 4/13/2022 Stop Date 10/9/2022 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Estradiol 2mg tab 2u tab PO everyday Prescriber Osburn Order Date 5/6/22 Start Date Stop Date 10/31/22 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Spironolactone 100mg tab 1 PO everyday Prescriber Osburn Order Date 5/6/22 Start Date Stop Date 10/31/22 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date Start Date Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, Ibuprofen, Ceftriaxone Sodium

127630

**RICHARDSON, JONATHAN**

9B3E

DOB/Inmate #          Location:          Name:

STATE002944

# MEDICATION ADMINISTRATION RECORD

**Month:** April 2022

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ACETAMINOPHEN 500MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY 8 HOURS AS NEEDED- | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DAYS: 89 | 2PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber JONES, JOHN Rx#12004732 Order Date 2/8/2022  Start Date 2/8/2022  Stop Date 5/8/2022 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *NON-FORMULARY APPROVED UNTIL 06/14/2022- | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DAYS: 179 Prescriber JONES, JOHN Rx#11643036 Order Date 12/17/2021  Start Date 12/17/2021  Stop Date 6/14/2022 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *KEEP ON PERSON*- | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DAYS: 179 Prescriber CRAWFORD, VICTORIA Rx#11205639 Order Date 10/21/2021  Start Date 10/21/2021  Stop Date 4/18/2022 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Spironolactone 50mg tab, AM PO daily Prescriber OSborn Order Date 4/13/22 Start Date  Stop Date 10/09/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber  Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber  Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, Ibuprofen, Ceftriaxone Sodium

127630

**RICHARDSON. JONATHAN**

DOB/Inmate #:          Location:          Name:

BRANCHVILLE CORR FAC (IN) - BRAN **MEDICATION ADMINISTRATION RECORD**     July 2023

**Facility:**     **Month:**

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH FOUR TIMES DAILY AS NEEDED- DAYS: 179 Prescriber BYRD, SAMUEL Rx#15275868 Order Date 5/23/2023 Start Date 5/23/2023 Stop Date 11/18/2023 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 4PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ALBUTEROL SULFATE 2.5 MG/0.5ML NEB** INHALE ONE VIAL VIA NEBULIZER THREE TIMES DAILY- DAYS: 179 Prescriber NUDI, CHRISTINA Rx#15346604 Order Date 6/2/2023 Start Date 6/2/2023 Stop Date 11/28/2023 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | LA | | KC | | | | | | | | | | | | | | | | | | | KC 8pm | | | | | | | |
| | | 2PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL - H 2 MG TAB** TAKE THREE TABLET(S) BY MOUTH DAILY- DAYS: 179 Prescriber CARTER, JASON Rx#14831986 Order Date 3/22/2023 Start Date 3/22/2023 Stop Date 9/17/2023 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **FLUTICASONE-SALM 113-14MCG BLI** INHALE ONE INHALATION(S) BY MOUTH TWICE DAILY APPROXIMATELY 12 HOURS APART AT THE SAME TIMES EACH DAY- DAYS: 179 Prescriber NUDI, CHRISTINA Rx#15346632 Order Date 6/2/2023 Start Date 6/2/2023 Stop Date 11/28/2023 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **MONTELUKAST SODIUM 10 MG TAB** TAKE ONE TABLET(S) BY MOUTH IN THE EVENING- DAYS: 179 Prescriber BYRD, SAMUEL Rx#15274698 Order Date 05/23/2023 Start Date 5/23/2023 Stop Date 11/18/2023 | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 100 MG TAB** TAKE TWO TABLET(S) BY MOUTH DAILY- DAYS: 179 Prescriber WILLIAMS, KELLY Rx#14813831 Order Date 3/20/2023 Start Date 3/20/2023 Stop Date 9/15/2023 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** Eggs or Egg-derived Products, PENICILLINS, IBUPROFEN, cefTRIAX(

**127630**

DOB/ Inmate #:     Location:     Name: **RICHARDSON. JONATHAN**

STATE002945

## MEDICATION ADMINISTRATION RECORD

BRANCHVILLE CORR FAC (IN) - BRAN

Month: June 2023

Facility:

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH FOUR TIMES DAILY AS NEEDED- DAYS: 179 Prescriber BYRD, SAMUEL Rx#15275868 Order Date 5/23/2023 Start Date 5/23/2023 Stop Date 11/18/2023 | AM NOON 4PM HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL - H 2 MG TAB** TAKE THREE TABLET(S) BY MOUTH DAILY- DAYS: 179 Prescriber CARTER, JASON Rx#14831986 Order Date 3/22/2023 Start Date 3/22/2023 Stop Date 9/17/2023 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **MONTELUKAST SODIUM 10 MG TAB** TAKE ONE TABLET(S) BY MOUTH IN THE EVENING- DAYS: 179 Prescriber BYRD, SAMUEL Rx#15274698 Order Date 05/23/2023 Start Date 5/23/2023 Stop Date 11/18/2023 | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **PREDNISONE - 20 COUNT 10MG TAB** TAKE ONE TABLET(S) BY MOUTH TWICE DAILY- DAYS: 9 Prescriber BYRD, SAMUEL Rx#15274697 Order Date 05/23/2023 Start Date 5/23/2023 Stop Date 6/1/2023 | AM HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE H 100MG TAB** TAKE TWO TABLET(S) BY MOUTH DAILY- DAYS: 179 Prescriber WILLIAMS, KELLY Rx#14813631 Order Date 3/20/2023 Start Date 3/20/2023 Stop Date 8/15/2023 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | albuterol Sulfate (mini-Nebulized) inhale 0.5mL/2.5mg 3 times a day (Neb) from stock Prescriber Nudi Order Date 6/2/23 Start Date 6/2/23 Stop Date 11/28/23 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

127630

Diagnosis: PENICILLINS, IBUPROFEN, EGG, CEFTRIAXONE SODIUM

DOB/ Inmate #:    Location:    Name: **RICHARDSON. JONATHAN**

STATE002946

# MEDICATION ADMINISTRATION RECORD

**Facility:** BTC

**Month:** MAY 2023

| Init. | Drug – Dose – Mode – Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JB | ALBUTEROL SULFATE 2.5mg/3mL INHALE 3mL BY NEB TID PRN SOB  Prescriber: BYRA  Order Date: Start Date 5-23-23 Stop Date 5-29-23 | | | | | | | | | | | | | | | | | | | | | | | | JB " MH " | | | | | | | | |
| MH | Prednisone 10mg po BID X 10 day  Prescriber:  Order Date 5/23/22 Start Date 5/23/23 Stop Date 6/2/23 | AM  AM | | | | | | | | | | | | | | | | | | | | | | | MH | /KOP | | | | | | | |
| | Prescriber:  Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber:  Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber:  Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber:  Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*(handwritten note in grid):* Give @ pill call window 1st KOP @ reues 5/23/22

**Diagnosis:** ANI PCN. CEFTRIAXONE SODIUM

127630

**DOB/ Inmate #:**

**Location:**

**Name:** RICHARDSON, JONATHAN

STATE002947

# MEDICATION ADMINISTRATION RECORD

**Month:** April 2023

**Facility:** NEW CASTLE CORR FAC (IN) - NECA

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ESTRADIOL H 2MG TAB**<br>TAKE THREE TABLET(S) BY MOUTH DAILY-<br><br>DAYS: 179<br>Prescriber CARTER, JASON Rx#14831986<br>Order Date 3/22/2023  Start Date 3/22/2023  Stop Date 9/17/2023 | AM | | | | | | | | | | | | | TS | | | | | | | TS | | | TS | TS | | | | | | | | |
| | **SPIRONOLACTONE H 100MG TAB**<br>TAKE TWO TABLET(S) BY MOUTH DAILY-<br><br>DAYS: 179<br>Prescriber WILLIAMS, KELLY Rx#14813631<br>Order Date 3/20/2023  Start Date 3/20/2023  Stop Date 9/15/2023 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | <br><br><br><br>Prescriber<br>Order Date      Start Date      Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | <br><br><br><br>Prescriber<br>Order Date      Start Date      Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | <br><br><br><br>Prescriber<br>Order Date      Start Date      Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | <br><br><br><br>Prescriber<br>Order Date      Start Date      Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Diagnosis:
PENICILLINS, IBUPROFEN, EGG, CEFTRIAXONE SODIUM

127630

DOB/ Inmate #:

B3-112

Location:

**RICHARDSON, JONATHAN**

Name:

STATE002948

# (PRINTABLE) ANNUAL KOP MED[illegible]ATION ADMINISTRATION RECORD

Facility: BTC 2023

| Init. | Drug - Dose - Mode - Interval | Jan Qty / Nurse | Jan Date / Pat | Feb Qty / Nurse | Feb Date / Pat | Mar Qty / Nurse | Mar Date / Pat | Apr Qty / Nurse | Apr Date / Pat | May Qty / Nurse | May Date / Pat | Jun Qty / Nurse | Jun Date / Pat | Jul Qty / Nurse | Jul Date / Pat | Aug Qty / Nurse | Aug Date / Pat | Sep Qty / Nurse | Sep Date / Pat | Oct Qty / Nurse | Oct Date / Pat | Nov Qty / Nurse | Nov Date / Pat | Dec Qty / Nurse | Dec Date / Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | Estradiol 2mg tab 3 tabs PO daily Carter 3/22/23 9/17/23 | | | | | | | 66 pt | 4/25 [illegible] | | | | | | | | | | | | | | | | |
| [illegible] | Spironolactone 100mg tab 2 tabs PO daily Williams 3/20/23 9/15/23 | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |

Diagnosis:

Allergies: Ceftriaxone sodium, PCN, ibuprofen

[redacted]
127630
DOB/Inmate #:

Location:

Name: Richardson, Jonathan

STATE002949

# MEDICATION ADMINISTRATION RECORD

**Month:** January 2023

**Facility:** NEW CASTLE CORR FAC (IN) - NECA

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ESTRADIOL H 2MG TAB**<br>TAKE THREE TABLET(S) BY MOUTH DAILY-<br><br>DAYS: 179<br>Prescriber HEFLIN, JOHN Rx#13554369<br>Order Date 9/21/2022  Start Date 9/21/2022  Stop Date 3/19/2023 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber<br>Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber<br>Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber<br>Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber<br>Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:**

**Allergies:** PENICILLINS, IBUPROFEN, Ceftriaxone Sodium

127630

**DOB/ Inmate #:**

**Location:**

**Name:** RICHARDSON, JONATHAN

STATE002950

# MEDICATION ADMINISTRATION RECORD

**Month:** January 2023

**Facility:** NEW CASTLE CORR FAC (IN) - NECA

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE 0.083% NEB** **INHALE 3ML VIA NEB FOUR TIMES A DAY AS NEEDED-** DAYS: 89 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | SR | | | |
| | | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | SR | | | |
| | Prescriber CARTER, JASON  Rx#14068750 | 4PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Order Date 12/7/2022   Start Date 12/7/2022   Stop Date 3/6/2023 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, IBUPROFEN, Ceftriaxone Sodium

127630

**DOB/ Inmate #:**   **Location:**

**RICHARDSON. JONATHAN**

**Name:**

STATE002951

STATE002952

# MEDICATION ADMINISTRATION RECORD

**Facility:** NCCF

**Month:** NOVEMBER, 2022

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estradiol 2mg Tablet Take 3 tabs by PO everyday Prescriber Heffin MD Order Date Start Date 09/21/22 Stop Date 03/19/23 | Am | | | | | | | | ? | | | | | | | | | | | | | | | | | | | | | | | | |
| | Spironolactone 100mg tablet Take 2 tabs PO everyday Prescriber Crawford FNP Order Date Start Date 10/25/22 Stop Date 04/23/23 | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:**

127630

**Name:** RICHARDSON JONATHAN

**Location:**

STATE002953

# MEDICATION ADMINISTRATION RECORD

**Facility:** NEW CASTLE CORR FAC (IN) - NECA                    **Month:** November 2022

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **SPIRONOLACTONE H 100MG TAB** TAKE TWO TABLET(S) BY MOUTH DAILY- | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **DAYS: 179** Prescriber CRAWFORD, VICTORIA Rx#13784671 Order Date 10/25/2022  Start Date 10/25/2022  Stop Date 4/22/2023 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL H 2MG TAB** TAKE THREE TABLET(S) BY MOUTH DAILY- | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **DAYS: 179** Prescriber HEFLIN, JOHN Rx#13554369 Order Date 9/21/2022  Start Date 9/21/2022  Stop Date 3/19/2023 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date     Start Date     Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date     Start Date     Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date     Start Date     Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date     Start Date     Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, IBUPROFEN, EGG, CEFTRIAXONE SODIUM
**Allergies:**

127630

DOB/Inmate #

Location:

**RICHARDSON. JONATHAN**

Name:

STATE002954

# MEDICATION ADMINISTRATION RECORD

**Month:** October 2022



**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| · | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED (MAX 1 INHALER /3-4 MONTHS)- DAYS: 179 Prescriber OSBURN, VERNON Rx#12628226 Order Date 5/6/2022  Start Date 5/6/2022  Stop Date 11/1/2022 | AM NOON HS | | | | | | | | | | D'ed | | | | | | | | 10-25-22 | | | | | | | | | | | | | | | |
| | **ESTRADIOL H 2MG TAB** TAKE THREE TABLET(S) BY MOUTH DAILY- DAYS: 179 Prescriber HEFLIN, JOHN Rx#13554369 Order Date 9/21/2022  Start Date 9/21/2022  Stop Date 3/19/2023 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SIMVASTATIN 10MG TAB** TAKE 1 TABLET(S) BY MOUTH EVERY EVENING- DAYS: 179 Prescriber OSBURN, VERNON Rx#12617593 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | PM | | | | | | | | | | D'ed | | 10-25-22 | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE H 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY- DAYS: 179 Prescriber HEFLIN, JOHN Rx#13556023 Order Date 9/21/2022  Start Date 9/21/2022  Stop Date 3/19/2023 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, cefTRIAXone Sodium 100 SOLR, Ibuprofen 200 TABS,

127630

**DOB/Inmate #:**   **Location:**

**Name:** RICHARDSON. JONATHAN

STATE002955

# MEDICATION ADMINISTRATION RECORD

**Month:** October 2022



**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ALBUTEROL SULFATE HFA 90 MCG AER** — INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED (MAX 1 INHALER /3-4 MONTHS)- DAYS: 179
Prescriber: OSBURN, VERNON Rx#12828226
Order Date 5/6/2022  Start Date 5/6/2022  Stop Date 11/1/2022

**ESTRADIOL H 2MG TAB** — TAKE THREE TABLET(S) BY MOUTH DAILY- (3) DAYS: 179
Prescriber: HEFLIN, JOHN Rx#13554369
Order Date 9/21/2022  Start Date 9/21/2022  Stop Date 3/19/2023

**SIMVASTATIN 10MG TAB** — TAKE 1 TABLET(S) BY MOUTH EVERY EVENING- DAYS: 179
Prescriber: OSBURN, VERNON Rx#12817593
Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022

**SPIRONOLACTONE H 50MG TAB** — TAKE ONE TABLET(S) BY MOUTH EVERY DAY- DAYS: 179
Prescriber: HEFLIN, JOHN Rx#13558023
Order Date 9/21/2022  Start Date 9/21/2022  Stop Date 3/18/2023

Aldactone 50mg (3) tabs po QD
Heflin
Start Date 9-28-22  Stop Date 3-26-23

Aldactone 100mg 2 T po dly
Crawford
Start Date 10/25/22  Stop Date 4/22/23

**Diagnosis:** PENICILLINS, cefTRIAXone Sodium 100 SOLR, ibuprofen 200 TABS,

127630

**RICHARDSON, JONATHAN**

STATE002956

# MEDICATION ADMINISTRATION RECORD

Month: Sept. 2022

Facility: CIF

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spironolactone 100mg ī PO dly ī 50mg  Prescriber Osburn  Order Date   Start Date 5/5/22  Stop Date 10/31/22 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber  Order Date   Start Date   Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber  Order Date   Start Date   Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber  Order Date   Start Date   Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber  Order Date   Start Date   Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber  Order Date   Start Date   Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Diagnosis:

127630

DOB/Inmate #:   Location:

Name: Richardson, Jonathan

STATE002957

# MEDICATION ADMINISTRATION RECORD

**Month:** September 2022

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN



| Init. | Drug – Dose – Mode – Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED (MAX 1 INHALER /3-4 MONTHS)- Prescriber OSBURN, VERNON Rx#12628226 DAYS: 179 Order Date 5/8/2022  Start Date 5/8/2022  Stop Date 11/1/2022 | AM NOON HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ᵐ | **ESTRADIOL H 2MG TAB** (2) TAKE TWO TABLET(S) BY MOUTH DAILY- Prescriber OSBURN, VERNON Rx#12616902 DAYS: 179 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SIMVASTATIN 10MG TAB** TAKE 1 TABLET(S) BY MOUTH EVERY EVENING- Prescriber OSBURN, VERNON Rx#12817593 DAYS: 179 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ᵐ | **SPIRONOLACTONE H 100MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY- Prescriber OSBURN, VERNON Rx#12616917 DAYS: 179 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Spironolactone 50mg tab i tab PO OD Prescriber Heflin Order Date  Start Date 9/21/22  Stop Date 3/17/23 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | estradiol 2mg tab (3) take 3 tablets PO OD Prescriber Heflin Order Date  Start Date 09/21/22  Stop Date 3/19/23 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, Ibuprofen, Ceftriaxone Sodium

127630

DOB/Inmate #:                    Location:

**RICHARDSON. JONATHAN**

Name:

STATE002958

# MEDICATION ADMINISTRATION RECORD

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

**Month:** September 2022

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED (MAX 1 INHALER /3-4 MONTHS)- | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **DAYS: 179** Prescriber OSBURN, VERNON Rx#12628226 Order Date 5/6/2022  Start Date 5/8/2022  Stop Date 11/1/2022 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL H 2MG TAB** TAKE TWO TABLET(S) BY MOUTH DAILY- | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **DAYS: 179** Prescriber OSBURN, VERNON Rx#12616902 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SIMVASTATIN 10MG TAB** TAKE 1 TABLET(S) BY MOUTH EVERY EVENING- | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **DAYS: 179** Prescriber OSBURN, VERNON Rx#12617593 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE H 100MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY- | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **DAYS: 179** Prescriber OSBURN, VERNON Rx#12616917 Order Date 5/5/2022  Start Date 5/5/2022  Stop Date 10/31/2022 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:**

**Allergies:** PENICILLINS, Ibuprofen, Ceftriaxone Sodium

127630

DOB/Inmate #:

Location:

Name: **RICHARDSON, JONATHAN**

STATE002959

# MEDICATION ADMINISTRATION RECORD



**Month:** August 2022

Facility: CORRECTIONAL INDUST FAC (IN) - COIN

| Drug · Dose · Mode · Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED (MAX 1 INHALER /3-4 MONTHS)- Prescriber OSBURN, VERNON Rx#12828228 DAYS: 179 Order Date 5/6/2022 Start Date 5/6/2022 Stop Date 11/1/2022 | AM / NOON / HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **ESTRADIOL H 2MG TAB** TAKE TWO TABLET(S) BY MOUTH DAILY- Prescriber OSBURN, VERNON Rx#12616902 DAYS: 179 Order Date 5/5/2022 Start Date 5/5/2022 Stop Date 10/31/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **SIMVASTATIN 10MG TAB** TAKE 1 TABLET(S) BY MOUTH EVERY EVENING- Prescriber OSBURN, VERNON Rx#12617593 DAYS: 179 Order Date 5/5/2022 Start Date 5/5/2022 Stop Date 10/31/2022 | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **SPIRONOLACTONE H 100MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY- Prescriber OSBURN, VERNON Rx#12616917 DAYS: 179 Order Date 5/5/2022 Start Date 5/5/2022 Stop Date 10/31/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber Order Date Start Date Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber Order Date Start Date Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Allergies: PENICILLINS, Ibuprofen, Ceftriaxone Sodium | 127630 | | RICHARDSON, JONATHAN |
|---|---|---|---|
| | DOB: DOC/Inmate #: | Location: | Name: |

STATE002960

# MEDICATION ADMINISTRATION RECORD

**Month:** March 2022

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ACETAMINOPHEN 500MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY 8 HOURS AS NEEDED- DAYS: 89 Prescriber JONES, JOHN Rx#12004732 Order Date 2/8/2022 Start Date 2/8/2022 Stop Date 5/8/2022 | AM 2PM HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *NON-FORMULARY APPROVED UNTIL 06/14/2022- DAYS: 179 Prescriber JONES, JOHN Rx#11643036 Order Date 12/17/2021 Start Date 12/17/2021 Stop Date 6/14/2022 | AM | | | | | | | | | | | | *DOT* | | | | | | | | | | | | | | | | | | | | |
| | albuterol 90 mcg/act 2P PO Q4-6° PRN Prescriber Jones Order Date Start Date 2/8/22 Stop Date 5/8/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date Start Date Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date Start Date Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date Start Date Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, Ibuprofen, Ceftriaxone Sodium

127630

**DOB/Inmate #:**   **Location:**   **Name:** RICHARDSON, JONATHAN

STATE002961

# MEDICATION ADMINISTRATION RECORD

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

**Month:** March 2022

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ACETAMINOPHEN 500MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY 8 HOURS AS NEEDED- DAYS: 89 Prescriber JONES, JOHN Rx#12004732 Order Date 2/8/2022   Start Date 2/8/2022   Stop Date 5/8/2022 | AM / 2PM / HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *NON-FORMULARY APPROVED UNTIL 06/14/2022- DAYS: 179 Prescriber JONES, JOHN Rx#11643036 Order Date 12/17/2021   Start Date 12/17/2021   Stop Date 6/14/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Spironolactone 50 mg PO qd Prescriber Crawford Order Date   Start Date 10/21/21   Stop Date 4/18/22 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date   Start Date   Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date   Start Date   Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date   Start Date   Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:**

**Allergies:** PENICILLINS, Ibuprofen, Ceftriaxone Sodium

**127630**

DOB/Inmate #:

Location:

Name:

**RICHARDSON, JONATHAN**

STATE002962

8B-3E

# MEDICATION ADMINISTRATION RECORD

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

**Month:** February 2022

| Init. | Drug – Dose – Mode – Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED *KEEP ON PERSON* DAYS: 179 Prescriber PIERCE, DUAN Rx#11082544 Order Date 9/27/2021 Start Date 9/27/2021 Stop Date 3/25/2022 | AM NOON HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *NON-FORMULARY APPROVED UNTIL 06/14/2022- DAYS: 179 Prescriber JONES, JOHN Rx#11643036 Order Date 12/17/2021 Start Date 12/17/2021 Stop Date 6/14/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *KEEP ON PERSON*- DAYS: 179 Prescriber CRAWFORD, VICTORIA Rx#11205639 Order Date 10/21/2021 Start Date 10/21/2021 Stop Date 4/18/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | *Acetaminophen 500 mg PO q 8 hrs PRN* Prescriber Jones Order Date Start Date 2/8/22 Stop Date 5/8/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | *Prednisone 10 mg Taper 6/5/4/3/2/1* Prescriber Jones Order Date Start Date 2/8/22 Stop Date 2/13/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date Start Date Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Diagnosis: PENICILLINS, EGG PROTEIN PRODUCTS, Ibuprofen, cefTRIAXone (

**127630**

**RICHARDSON, JONATHAN**

DOB / Inmate #:

Location:

Name:

STATE002963

# MEDICATION ADMINISTRATION RECORD

**Month:** February 2022

Facility: CORRECTIONAL INDUST FAC (IN) - COIN



| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED *KEEP ON PERSON*- DAYS: 179 Prescriber: PIERCE, DUAN Rx#11082544 Order Date 9/27/2021  Start Date  9/27/2021  Stop Date  3/25/2022 | AM NOON HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *NON-FORMULARY APPROVED UNTIL 06/14/2022- DAYS: 179 Prescriber: JONES, JOHN Rx#11643036 Order Date 12/17/2021  Start Date  12/17/2021  Stop Date  6/14/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *KEEP ON PERSON*- DAYS: 179 Prescriber: CRAWFORD, VICTORIA Rx#11205839 Order Date 10/21/2021  Start Date  10/21/2021  Stop Date  4/18/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber: Order Date     Start Date     Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date     Start Date     Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date     Start Date     Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Diagnosis: PENICILLINS, EGG PROTEIN PRODUCTS, Ibuprofen, cefTRIAXone S | 127630 | | **RICHARDSON. JONATHAN** |
|---|---|---|---|
| Allergies: | DOB/Inmate #: | Location: | Name: |

STATE002964

# MEDICATION ADMINISTRATION RECORD

**Month:** January 2022

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED *KEEP ON PERSON*- DAYS: 179 Prescriber PIERCE, DUAN Rx#11082544 Order Date 9/27/2021  Start Date 9/27/2021  Stop Date 3/25/2022 | AM NOON HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *NON-FORMULARY APPROVED UNTIL 06/14/2022- DAYS: 179 Prescriber JONES, JOHN Rx#11643036 Order Date 12/17/2021  Start Date 12/17/2021  Stop Date 6/14/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *KEEP ON PERSON*- DAYS: 179 Prescriber CRAWFORD, VICTORIA Rx#11205639 Order Date 10/21/2021  Start Date 10/21/2021  Stop Date 4/18/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:**

**Allergies:** PENICILLINS, ibuprofen, cefTRIAXone Sodium, Ceftriaxone Sodium

127630 ▮▮▮▮

**DOB/ Inmate #:**

**Location:** 8B 3E

**Name:** RICHARDSON. JONATHAN

STATE002965

21B-1E

# MEDICATION ADMINISTRATION RECORD

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

**Month:** January 2022

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED *KEEP ON PERSON*- **DAYS: 179** Prescriber PIERCE, DUAN Rx#11082544 Order Date 9/27/2021  Start Date 9/27/2021  Stop Date 3/25/2022 | AM NOON HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *NON-FORMULARY APPROVED UNTIL 06/14/2022- **DAYS: 179** Prescriber JONES, JOHN Rx#11643036 Order Date 12/17/2021  Start Date 12/17/2021  Stop Date 6/14/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *KEEP ON PERSON*- **DAYS: 179** Prescriber CRAWFORD, VICTORIA Rx#11205639 Order Date 10/21/2021  Start Date 10/21/2021  Stop Date 4/18/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Diagnosis: | 127630 | | RICHARDSON, JONATHAN |
|---|---|---|---|
| PENICILLINS, ibuprofen, cefTRIAXone Sodium, Ceftriaxone Sodium | | | |
| Allergies: | DOB/ Inmate #: | Location: | Name: |

STATE002966

# MEDICATION ADMINISTRATION RECORD

**Month:** December 2021

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED *KEEP ON PERSON*- | AM | / | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DAYS: 179 Prescriber PIERCE, DUAN Rx#11082544 Order Date 9/27/2021  Start Date 9/27/2021  Stop Date 3/26/2022 | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE 1 TABLET(S) BY MOUTH DAILY- | AM | | | DOT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DAYS: 179 Prescriber SAVINO, YOKO Rx#10823351 Order Date 06/23/2021  Start Date 6/23/2021  Stop Date 12/19/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *KEEP ON PERSON*- | AM | | | DOT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DAYS: 179 Prescriber CRAWFORD, VICTORIA Rx#11205839 Order Date 10/21/2021  Start Date 10/21/2021  Stop Date 4/18/2022 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*(handwritten:)* Clopidogrel Bisulfate 75mg
Jones

| Diagnosis: | PENICILLINS, EGG PROTEIN PRODUCTS, Ibuprofen, Ceftriaxone So |
|---|---|

Allergies:

**127630**

DOB/ Inmate #:   Location:

**RICHARDSON, JONATHAN**

Name:

STATE002967

# MEDICATION ADMINISTRATION RECORD

**Month:** December 2021

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN



| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED *KEEP ON PERSON*- DAYS: 179 Prescriber PIERCE, DUAN Rx#11082544 Order Date 9/27/2021  Start Date 9/27/2021  Stop Date 3/26/2022 | AM / NOON / HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE 1 TABLET(S) BY MOUTH DAILY- DAYS: 179 Prescriber SAVINO, YOKO Rx#10623351 Order Date 08/23/2021  Start Date 8/23/2021  Stop Date 12/19/2021 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY *KEEP ON PERSON*- DAYS: 179 Prescriber CRAWFORD, VICTORIA Rx#11205639 Order Date 10/21/2021  Start Date 10/21/2021  Stop Date 4/18/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Estradiol 2 mg PO gd Prescriber Jones Order Date  Start Date 12/17/21  Stop Date 6/14/21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, EGG PROTEIN PRODUCTS, Ibuprofen, Ceftriaxone So

127630

DOB / Inmate #:  Location:  Name:

**RICHARDSON, JONATHAN**

STATE002968

# MEDICATION ADMINISTRATION RECORD

**Month:** November 2021

**Facility:** CORRECTIONAL INDUST FAC (IN) - COIN



| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALBUTEROL SULFATE HFA 90 MCG AER** INHALE TWO PUFF(S) BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED "KEEP ON PERSON"- DAYS: 179 Prescriber PIERCE, DUAN Rx#11082544 Order Date 9/27/2021 Start Date 9/27/2021 Stop Date 3/25/2022 | AM / NOON / HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ESTRADIOL 2MG TAB** TAKE 1 TABLET(S) BY MOUTH DAILY- DAYS: 179 Prescriber SAVINO, YOKO Rx#10623351 Order Date 06/23/2021 Start Date 6/23/2021 Stop Date 12/19/2021 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY "KEEP ON PERSON"- DAYS: 179 Prescriber CRAWFORD, VICTORIA Rx#11205639 Order Date 10/21/2021 Start Date 10/21/2021 Stop Date 4/18/2022 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date Start Date Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date Start Date Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date Start Date Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, EGG PROTEIN PRODUCTS, ibuprofen, Ceftriaxone So

127630

DOB/Inmate #:     Location:

**Name:** RICHARDSON, JONATHAN

STATE002969

# MEDICATION ADMINISTRATION RECORD

**Month:** October 2021



**Facility:** CORRECTIONAL INDUST FAC (IN)-A - COIN

Drug - Dose - Mode - Interval

**ESTRADIOL 2MG TAB**
TAKE 1 TABLET(S) BY MOUTH DAILY-

Prescriber SAVINO, YOKO Rx#10623351
DAYS: 179
Order Date 06/23/2021  Start Date 8/23/2021  Stop Date 12/40/2021

**SPIRONOLACTONE 25MG TAB**
TAKE 1 TABLET(S) BY MOUTH DAILY-

Prescriber SAVINO, YOKO Rx#10623350
DAYS: 179
Order Date 06/23/2021  Start Date 8/23/2021  Stop Date 12/40/2021

*Spironolactone 50mg*
*↑ po QD*

Prescriber Crawford
Order Date  Start Date 10-21-21  Stop Date 4-18-22

D'd 10-21-21

Prescriber
Order Date  Start Date  Stop Date

Prescriber
Order Date  Start Date  Stop Date

Prescriber
Order Date  Start Date  Stop Date

Diagnosis:

Allergies: PENICILLINS, cefTRIAXone Sodium, Ibuprofen

127630

DOB/Inmate #:

Location:

Name: **RICHARDSON, JONATHAN**

STATE002970

# MEDICATION ADMINISTRATION RECORD

**Month:** September 2021

**Facility:** CORRECTIONAL INDUST FAC (IN)-A - COIN

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ESTRADIOL 2MG TAB** <br> TAKE 1 TABLET(S) BY MOUTH DAILY- <br><br> DAYS: 179 <br> Prescriber SAVINO, YOKO Rx#10623351 <br> Order Date 08/23/2021  Start Date 6/23/2021  Stop Date 12/19/2021 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 25MG TAB** <br> TAKE 1 TABLET(S) BY MOUTH DAILY- <br><br> DAYS: 179 <br> Prescriber SAVINO, YOKO Rx#10623350 <br> Order Date 08/23/2021  Start Date 6/23/2021  Stop Date 12/19/2021 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber <br> Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber <br> Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber <br> Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber <br> Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, cefTRIAXone Sodium, Ibuprofen

127630

**RICHARDSON, JONATHAN**

DOB/Inmate #:    Location:    Name:

STATE002971

# MEDICATION ADMINISTRATION RECORD

**Facility:** CORRECTIONAL INDUST FAC (IN)-A - COIN

**Month:** August 2021

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ESTRADIOL 2MG TAB** <br> TAKE 1 TABLET(S) BY MOUTH DAILY- <br><br> DAYS: 179 <br> Prescriber SAVINO, YOKO Rx#10623351 <br> Order Date 06/23/2021  Start Date 6/23/2021  Stop Date 12/19/2021 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 25MG TAB** <br> TAKE 1 TABLET(S) BY MOUTH DAILY- <br><br> DAYS: 179 <br> Prescriber SAVINO, YOKO Rx#10623350 <br> Order Date 06/23/2021  Start Date 6/23/2021  Stop Date 12/19/2021 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **XOPENEX HFA AER** <br> INHALE 2 PUFF(S) BY MOUTH EVERY 6 HOURS <br> AS NEEDED (MAY REFILL EVERY 4-6 MONTHS)- <br><br> DAYS: 179 <br> Prescriber SAVINO, YOKO Rx#10598501 <br> Order Date 04/07/2021  Start Date 4/7/2021  Stop Date 10/3/2021 | AM <br> NOON <br> 4PM <br> HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber <br> Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber <br> Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber <br> Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, cefTRIAXone Sodium, Ibuprofen

127630

**RICHARDSON, JONATHAN**

Name:

STATE002972

# MEDICATION ADMINISTRATION RECORD

**Month:** August 2021

**Facility:** CORRECTIONAL INDUST FAC (IN)-A - COIN



| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ESTRADIOL 2MG TAB** TAKE 1 TABLET(S) BY MOUTH DAILY- DAYS: 179 Prescriber SAVINO, YOKO Rx#10623351 Order Date 06/23/2021  Start Date 6/23/2021  Stop Date 12/19/2021 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **SPIRONOLACTONE 25MG TAB** TAKE 1 TABLET(S) BY MOUTH DAILY- DAYS: 179 Prescriber SAVINO, YOKO Rx#10623350 Order Date 06/23/2021  Start Date 6/23/2021  Stop Date 12/19/2021 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **XOPENEX HFA  AER** INHALE 2 PUFF(S) BY MOUTH EVERY 6 HOURS AS NEEDED (MAY REFILL EVERY 4-6 MONTHS)- DAYS: 179 Prescriber SAVINO, YOKO Rx#10598501 Order Date 04/07/2021  Start Date 4/7/2021  Stop Date 10/3/2021 | AM NOON 4PM HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber Order Date  Start Date  Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** PENICILLINS, cefTRIAXone Sodium, Ibuprofen

127630

DOB/Inmate #    Location:

**Name:** RICHARDSON, JONATHAN

STATE002973

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PRESCRIPTION CENTER
888-629-6694 • Fax: 844-448-5397

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 3/23/2021 Discontinue 12/19/2021 Rx # 5699321 | ESTRADIOL 2MG TAB SUB FOR: ESTRACE          SAVINO, YOKO TAKE 1 TABLET(S) BY MOUTH DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 3/23/2021 Discontinue 12/19/2021 Rx # 5699320 | SPIRONOLACTONE 25MG TAB SUB FOR: ALDACTONE          SAVINO, YOKO TAKE 1 TABLET(S) BY MOUTH DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order PRN 4/7/2021 Discontinue 10/3/2021 Rx # 5696680 | XOPENEX HFA 45MCG AER SUB FOR: LEVALBUTEROL          SAVINO, YOKO INHALE 2 PUFF(S) BY MOUTH EVERY 6 HOURS AS NEEDED (MAY REFILL EVERY 4-6 MONTHS) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|

Allergies: PENICILLINS, cefTRIAXone Sodium, Ibuprofen

| Location | | Date of Birth or Soc. Sec. No. | | Charting for 07/01/2021 | Through 07/31/2021 | Diagnosis |
|---|---|---|---|---|---|---|

Inmate Name and Number: RICHARDSON, JONATHAN  127630

Facility: CORRECTIONAL INDUSTRIAL

STATE002974

# MEDICATION ADMINISTRATION RECORD    BOSWELL PRESCRIPTION CENTER
### 888-629-6694 • Fax: 844-448-5397

| EFFECTIVE DATES / MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 12-29-20 **ESTRADIOL 2MG TAB** SUB FOR: ESTRACE  SAVINO, YOKO  TAKE 1 TABLET(S) BY MOUTH DAILY  Discontinue 1/6/2021  Rx #5504471 | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order **SPIRONOLACTONE 25MG TAB** SUB FOR: ALDACTONE  SAVINO, YOKO  TAKE 1 TABLET(S) BY MOUTH DAILY  Discontinue 1/4/2021  Rx #5503484 | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order  Discontinue  Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order  Discontinue  Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order  Discontinue  Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|

| Allergies | | | |
|---|---|---|---|
| PENICILLINS, cefTRIAXone Sodium, Ibuprofen | | | |

| Inmate Name and Number | Facility | Charting for | Through | Diagnosis |
|---|---|---|---|---|
| RICHARDSON, JONATHAN 127630 | CORRECTIONAL INDUSTRIAL | 12/01/2020 | 12/31/2020 | 8B-3E |

Form # 6182LMR1   (05/17)    Reorder From: **MED·PASS** 800-438-8884