EXHIBIT
54

# NextGen Patient Record

**Name:** RICHARDSON, JONATHAN C
**DOB:** ██████████

## CONTENTS

### Encounter: 10/9/2023 8:19:27 PM

Nurse Visit

### Encounter: 10/1/2023 9:24:38 AM

Nurse Visit

### Encounter: 9/30/2023 9:34:48 AM

Nurse Visit

### Encounter: 9/26/2023 3:44:01 PM

med_chm_provider_visit

### Encounter: 9/21/2023 6:23:38 PM

chm_administrative_note

### Encounter: 9/19/2023 8:28:48 AM

med_chm_provider_visit

### Encounter: 9/12/2023 2:10:55 PM

med_bh_indiv_prog_note
Mental Status Classification

### Encounter: 7/26/2023 9:31:31 AM

Disability Classification
Heat Stress Quesionnaire
med_chm_annual_nurse_enc
Medical Status Classification

### Encounter: 7/24/2023 11:01:07 AM

med_chm_restriction_orders
Nurse Visit

### Encounter: 7/22/2023 2:11:21 PM

med_chm_restriction_orders
Nurse Visit

STATE001022

## Encounter: 7/16/2023 7:45:51 PM

Nurse Visit

## Encounter: 7/15/2023 10:59:24 AM

chm_administrative_note

## Encounter: 7/13/2023 8:34:30 AM

med_chm_provider_visit
med_chm_restriction_orders

## Encounter: 7/12/2023 1:07:43 PM

med_chm_restriction_orders
Nurse Visit

## Encounter: 7/10/2023 10:07:51 AM

med_chm_restriction_orders

## Encounter: 7/8/2023 9:04:40 AM

Nurse Visit

## Encounter: 7/5/2023 1:51:29 PM

Nurse Visit

## Encounter: 7/2/2023 8:44:07 AM

med_chm_restriction_orders
Nurse Visit

## Encounter: 7/1/2023 12:08:13 PM

med_chm_restriction_orders
Nurse Visit

## Encounter: 6/25/2023 5:37:08 PM

med_chm_restriction_orders
Nurse Visit

## Encounter: 6/19/2023 11:10:24 PM

med_bh_indiv_prog_note

## Encounter: 6/16/2023 6:34:18 PM

chm_administrative_note

### Encounter: 6/12/2023 2:40:47 PM

med_chm_restriction_orders
Nurse Visit

### Encounter: 6/6/2023 10:40:33 AM

Nurse Visit

### Encounter: 6/5/2023 3:59:58 PM

in_m_cpct_mental_health

### Encounter: 6/4/2023 10:19:13 AM

Nurse Visit

### Encounter: 6/2/2023 7:18:31 PM

chm_administrative_note

### Encounter: 6/2/2023 7:46:51 AM

med_chm_provider_visit

### Encounter: 5/31/2023 10:33:59 AM

in_m_cpct_physical_health

### Encounter: 5/30/2023 2:36:52 PM

med_chm_restriction_orders
Nurse Visit

### Encounter: 5/23/2023 11:47:29 PM

chm_class_orders
Nurse Visit

### Encounter: 5/23/2023 1:42:28 PM

Nurse Visit

### Encounter: 5/23/2023 11:41:48 AM

med_chm_provider_visit
med_chm_restriction_orders

### Encounter: 5/21/2023 9:16:54 AM

med_bh_indiv_prog_note

### Encounter: 5/8/2023 1:40:31 PM

STATE001024

med_bh_indiv_prog_note

### Encounter: 5/5/2023 11:05:22 AM

in_m_cpct_mental_health

### Encounter: 5/1/2023 11:01:38 PM

Nurse Visit

### Encounter: 5/1/2023 3:02:55 AM

in_m_cpct_physical_health

### Encounter: 4/28/2023 7:54:44 PM

chm_class_orders
Flu Screening Form
Heat Stress Quesionnaire
med_chm_intake
Syphilis Screening Form

### Encounter: 4/28/2023 7:33:15 AM

med_chm_transfer_send

### Encounter: 3/22/2023 1:22:08 PM

Nurse Visit

### Encounter: 3/22/2023 7:15:15 AM

chm_class_orders
med_chm_provider_visit

### Encounter: 3/1/2023 11:39:46 AM

med_bh_indiv_prog_note

### Encounter: 12/21/2022 12:22:00 PM

med_bh_indiv_prog_note

### Encounter: 12/8/2022 7:57:37 AM

LimitsOfConf
MED Telehealth Services Consent
med_bh_comp_assess
med_bh_eval_suicide_risk
med_bh_iap
Mental Status Classification

STATE001025

### Encounter: 11/18/2022 7:38:14 AM

med_bh_indiv_prog_note

### Encounter: 11/7/2022 6:32:08 PM

Disability Classification
Flu Screening Form
Heat Stress Quesionnaire
med_chm_intake
Medical Status Classification
Syphilis Screening Form

### Encounter: 11/7/2022 12:08:30 PM

Flu Screening Form
med_chm_transfer_send

### Encounter: 10/26/2022 2:33:47 PM

Nurse Visit

### Encounter: 10/25/2022 8:13:08 AM

Master_lm

### Encounter: 10/21/2022 12:31:36 PM

med_bh_indiv_prog_note

### Encounter: 10/14/2022 1:49:07 PM

chm_administrative_note

### Encounter: 10/6/2022 12:43:25 PM

chm_class_orders
Nurse Visit

### Encounter: 9/27/2022 9:32:36 AM

med_chm_provider_visit

### Encounter: 9/21/2022 10:08:25 AM

med_bh_indiv_prog_note

### Encounter: 9/21/2022 8:23:38 AM

Nurse Visit

### Encounter: 9/7/2022 1:07:22 PM

med_bh_indiv_prog_note

### Encounter: 8/17/2022 1:04:35 PM

med_bh_indiv_prog_note

### Encounter: 8/11/2022 1:04:05 PM

med_bh_indiv_prog_note

### Encounter: 7/26/2022 4:28:49 PM

med_bh_indiv_prog_note

### Encounter: 7/25/2022 6:50:31 AM

med_bh_indiv_prog_note

### Encounter: 7/20/2022 2:29:19 PM

Disability Classification
Flu Screening Form
Heat Stress Quesionnaire
med_chm_annual_nurse_enc
Medical Status Classification
Mental Status Classification

### Encounter: 7/6/2022 1:21:03 PM

med_bh_indiv_prog_note

### Encounter: 7/1/2022 6:59:29 AM

med_bh_indiv_prog_note

### Encounter: 5/24/2022 4:12:46 PM

med_bh_indiv_prog_note

### Encounter: 5/7/2022 12:15:50 PM

Nurse Visit

### Encounter: 5/5/2022 10:34:03 AM

med_chm_provider_visit

### Encounter: 4/26/2022 6:37:03 AM

med_bh_iap
med_bh_indiv_prog_note

### Encounter: 4/15/2022 11:09:44 AM

STATE001027

chm_class_orders

Nurse Visit

## Encounter: 4/13/2022 9:34:51 AM

Nurse Visit

## Encounter: 4/6/2022 1:21:04 PM

chm_class_orders

Nurse Visit

## Encounter: 3/31/2022 1:34:08 PM

med_bh_indiv_prog_note

## Encounter: 3/2/2022 3:05:13 PM

med_bh_indiv_prog_note

## Encounter: 2/8/2022 1:55:28 PM

med_chm_provider_visit

## Encounter: 2/1/2022 11:53:14 AM

Nurse Visit

## Encounter: 1/24/2022 9:09:08 AM

med_bh_indiv_prog_note

STATE001028



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

### Facility: BTC

PATIENT:                    JONATHAN C RICHARDSON
DATE OF BIRTH:             ███████████
DOC #:                      127630
DATE:                       10/09/2023 8:19 PM
VISIT TYPE:                 Nurse Visit

## Nurse Visit

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 4 tablet by oral route every day | N | | |
| fluticasone 232 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Minerin Creme topical | apply 1 unit by topical route 2 times every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| completed | VITAMIN D, 1-25 OH | | | | |
| completed | IRON | | | | |
| completed | TSH | | | | |
| completed | VITAMIN B12 | | | | |

STATE001029

**General Comments**

VP completed in the left wrist with 23g butterfly needle x3 attempts, tolerated well. Collected 1 SST.


Document generated by: Carla J. Bollinger, RN  10/09/2023 11:21 PM

-----------------------------------------------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001030

**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

PATIENT:                     JONATHAN C RICHARDSON
DATE OF BIRTH:               ▆▆▆▆▆▆
DOC #:                       127630
DATE:                        10/01/2023 9:24 AM
VISIT TYPE:                  Nurse Visit

## Nurse Visit

Reason for visit: HCR # 249618/ chipping of nails

Statement of complaint (in patient's words): " My nails are chipping and breaking off in shards and wanting to get some keratin vitamins"

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:25 AM | | | | 10/01/2023 | |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 9:25 AM | 213.0 | | 96.615 | | | |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:25 AM | 138/88 | sitting | left | arm | manual | adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:25 AM | 97.10 | 36.2 | ear | 89 | regular | 18 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 9:25 AM | 97 | | RA | | | | | | |

### Measured By

| Time | Measured by |
|---|---|
| | |

STATE001031

9:25 AM     Diane S. ChapmanHoffman LPN

**Nurse Protocols:**

| ALTERATION IN SKIN INTEGRITY |
|---|

**Subjective:**
Affected body part?  fingernails
Recent allergen exposure? no

"my nails just keep chipping off"

Signs  & symptoms of infection: No evidence of infection.

Date of last tetanus booster: 06/09/2019

**Assessment:**
Alteration in skin integrity.

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 4 tablet by oral route every day | N | | |
| fluticasone 232 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| completed | Patient education provided | | | | |

**General Comments**

I/I submitted a hcr for fingernails breaking off. has chipping and breaking off in shards on fingernails. states takes a vitamin E daily.  is requesting keratin vitamin for this issue. states they do not have keratin on commissary.. states its gotten worse in the last year. will refer this HCR to NP for evaluation.

| Education | Date Provided | Provided By |
|---|---|---|
| Patient education provided | 10/01/2023 | Diane S. ChapmanHoffman LPN |

Document generated by: Diane S. ChapmanHoffman LPN  10/01/2023 09:35 AM

---
---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001033



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:                JONATHAN C RICHARDSON
DATE OF BIRTH:          ▮▮▮▮▮▮▮
DOC #:                  127630
DATE:                   09/30/2023 9:34 AM
VISIT TYPE:             Nurse Visit

## Nurse Visit

Reason for visit  Sick Call
HCR#: 244767

Statement of complaint (in patient's words):  my arms have lopious amounts of scar tissue that constantly drys out and cracks and itches, could you see me about this.

### Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:36 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 9:36 AM | 213.0 | | 96.615 | dressed with shoes | 29.70 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:36 AM | 110/70 | sitting | right | arm | manual | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:36 AM | 98.60 | 37.0 | ear | 68 | | 18 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 9:36 AM | 97 | | RA | | | 21 | | | |

STATE001034

**Measured By**

| Time | Measured by |
|------|-------------|
| 9:36 AM | Patricia Thompson, RN |

**Nurse Protocols:**

| MISCELLANEOUS AND OTHER COMPLAINTS |
|---|

**Subjective:**

Associated symptoms: dry cracked skin
Previous history? Yes.
Previous treatment? No.
Result of injury? No.

**Review/Comments**

Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|------------|-----|-----------|------------|---------|
| estradiol 2 mg tablet | take 4 tablet by oral route every day | N | | |
| fluticasone 232 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|--------|-------|-----------|-----------|----------|-----------|
| completed | Medication allergies and contraindications reviewed and pregnancy ruled out prior to treatment | | | | |
| completed | Patient education provided | | | | |
| completed | Sick call if signs and symptoms of infection develop or symptoms do not subside | | | | |

STATE001035

**General Comments**

ii has dry and craked skin from scar tissue where ii was burned years ago, wants to try minerin cream will ask np Gatwood for further evaluation.

| Education | Date Provided | Provided By |
|---|---|---|
| Medication allergies and contraindications reviewed and pregnancy ruled out prior to treatment | 09/30/2023 | Patricia Thompson, RN |
| Patient education provided | 09/30/2023 | Patricia Thompson, RN |

Document generated by: Patricia Thompson, RN  09/30/2023 09:39 AM

-----------------------------------------------------------------------------------------------------------------------
---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: BTC

PATIENT:           JONATHAN RICHARDSON
DATE OF BIRTH:
DOC#:              127630
DATE:              09/26/2023 03:44 PM
VISIT TYPE:        Provider Visit

Established patient

## History of Present Illness:

1. Update

Rubicon consult was done with endocrinology for possible hormone increase. Response stated it is appropriate to increase estradiol in 2mg increments as long as LDL is not increasing. States Spironolactone is already optimized. Will increase estradiol at this time and recheck lipid panel in December.

## PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Asthma | 06/06/2023 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD. Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |
| Recurrent major depressive episodes, mild | 10/21/2019 | N | | |

## Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |

RICHARDSON, JONATHAN   C. 000000127630 07/21/1982 09/26/2023 03:44 PM 16/291

| | |
|---|---|
| major depression in remission | 01/17/2011 |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 |
| Epilepsy | 06/11/2015 |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

## Suicide Risk Screening

Medications *(Added, Continued or Stopped this visit)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 09/26/2023 | estradiol 2 mg tablet | take 4 tablet by oral route every day | N | | | 03/23/2024 |
| 09/19/2023 | fluticasone 232 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | | 03/16/2024 |
| 09/19/2023 | Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | Please send as no inhaler at this time. | 03/16/2024 |
| 05/23/2023 | Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | | 11/18/2023 |
| 08/28/2023 | spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | | 02/23/2024 |

*Provider:*
Gatwood, NP, Sara  09/26/2023 3:46 PM
*Document generated by:*  Sara Gatwood, NP 09/26/2023 03:46 PM

--------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN   C. 000000127630 ▮▮▮▮▮ 09/26/2023 03:44 PM 17/291

## DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE NOTE

**SITE: BTC**
**COMPLETED BY: Patricia Thompson, RN  09/21/2023 6:23 PM**



**State of Indiana**                           Division of Medical and Clinical Healthcare Services

**Department of Correction**                   Indiana Government Center South
                                               302 W. Washington Street
                                               Indianapolis, IN 46204

---

**Facility: BTC**

---

PATIENT:                        JONATHAN C RICHARDSON
DATE OF BIRTH:
DOC #:                          127630
DATE:                           09/21/2023 6:23 PM
VISIT TYPE:                     Chart Update

**Issue**
chart check complete

**Provider: Sara Gatwood, NP**
**Document generated by: Patricia Thompson, RN 09/21/2023 06:27 PM**

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001039

**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:         JONATHAN RICHARDSON
DATE OF BIRTH:   ████████
DOC#:            127630
DATE:            09/19/2023 08:28 AM
HISTORIAN:       self
VISIT TYPE:      Chronic Care Visit

Established patient

Historian: self

## History of Present Illness:

1. Asthma
 l/I states symptoms occur daily and he uses rescuer inhaler about twice a day.  States albuterol/rescue inhaler does provide symptom relief.  Exacerbating factors include heat and allergy. l/I wakes with cough or dyspnea about once a week. Denies dyspnea or wheezing at rest, cough, chest pain or heart palpitations.
2. GENDER DSY
    Currently taking 6mg of estradial and 100mg sprinolactone. States that changes have leveled off and she is hoping to have surgery when she leaves prison. In this case she is hoping to have a high level of
3. PATIENT EDUCATION PROVIDED

## PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Asthma | 06/06/2023 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD.  Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |

RICHARDSON, JONATHAN   C. 000000127630 ████████ 09/19/2023 08:28 AM 19/291

STATE001040

| Recurrent major depressive episodes, mild | 10/21/2019 | N |

Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 | |
| Epilepsy | 06/11/2015 | |

Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Weight gain. |
| Constitutional | Negative | Fever and weight loss. |
| Respiratory | Negative | Cough and dyspnea. |
| Cardio | Negative | Chest pain and irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, constipation, diarrhea, nausea and vomiting. |
| Neuro | Negative | Dizziness, headache and seizures. |

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:47 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 9:47 AM | 213.0 | | 96.615 | dressed with shoes | 29.70 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:47 AM | 138/82 | sitting | left | arm | manual | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:47 AM | 96.50 | 35.8 | ear | 80 | regular | 18 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox | Pulse Ox | O2 Sat | O2 L/Min | Timing | FiO2 | L/min | Delivery | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|

| | (Rest %) | (Amb %) | | | % | Method | |
|---|---|---|---|---|---|---|---|
| 9:47 AM | 97 | | RA | | 21 | | |

**Comments**

| Time | Comments | | | | |
|---|---|---|---|---|---|
| 9:47 AM | PEAK FLOW: 350 400 350. | | | | |

**Measured By**

| Time | Measured by | | | | |
|---|---|---|---|---|---|
| 9:47 AM | Brittany R. Brumfield, MA | | | | |

**Physical Exam**

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Respiratory | * | Auscultation - Findings: mild wheezing. |
| Respiratory | Normal | Effort - Normal. |
| Cardiovascular | Normal | Regular rhythm. No murmurs, gallops, or rubs. |
| Abdomen | Normal | No abdominal tenderness. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Suicide Risk Screening

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Asthma (493.90). |
| | Impression | Poor control of moderate persistent asthma. Will add Airduo inhaler. No recent exacerbations. Educated I/I on avoiding exacerbating factors and limiting use of inhaler to only as needed. Notify healthcare staff if using inhaler more than 2 timers per day consistently. Return for CCC in 90 days. |
| 2. | Assessment | Gender identity disorder in adults (302.85). |
| | Impression | Rubicon consult submitted. Waiting for response to help determine appropriateness of hormone increase.. |

**Medications** *(Added, Continued or Stopped this visit)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 08/03/2023 | estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | | 01/29/2024 |
| 09/19/2023 | fluticasone 232 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | | 03/16/2024 |

RICHARDSON, JONATHAN    C. 000000127630          09/19/2023 08:28 AM 21/291

| 09/19/2023 | Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SO8 and wheezing | Y | Please send as no inhaler at this time. | 03/16/2024 |
| 05/23/2023 | Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | 11/18/2023 |
| 08/28/2023 | spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | 02/23/2024 |

*Provider:*
Gatwood, NP, Sara  09/21/2023 11:46 AM
*Document generated by:* Sara Gatwood, NP 09/21/2023 11:46 AM

--------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN  C. 000000127630▮▮▮▮▮ 09/19/2023 08:28 AM 22/291

STATE001043



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: BTC

| | |
|---|---|
| PATIENT: | JONATHAN C RICHARDSON |
| DATE OF BIRTH: | |
| DOC #: | 127630 |
| DATE: | 09/12/2023 2:10 PM |
| VISIT TYPE: | Onsite Consult |

### Individual Counsel/Psych Prog Note
**General**

Program Name: Outpatient

HCR#: 245438

Start time: 1:00 PM

End time: 00 hours, 30 minutes

Duration: 00 hours, 30 minutes

### Individuals Present/Support Resources
Contact type:
Onsite
Individual present

### Subjective Information
New issues/stressors/extraordinary events presented today: New issue resolved, no update required

Explanation: Met with I/I Richardson in MPB MH Office per HCR. I/I requested to have their MH Code reevaluated to a B-code for purposes of being able to transfer to a facility/programming that required a B MH code or above. No current psychiatric meds. Self-report is they have been stable. Staff is not aware of any documentation or secondhand reporting that disputes this. I/I discussed their recent ACLU case that landed them on various news stations and articles. Informed staff about some of their past psychiatric history included a reported stint in the SNU. I/I also disclosed about Hx of self-harm, a previous attempt at self-castration using rubber bands that has resulted in permanent damage, "boiling" a finger off, and substantial amounts of cutting. Denied current SI/HI, and any plans of self-harm. Staff verbally safety-planned with I/I and instructed them to report any significant MH instability/thoughts about self-harm etc. and utilize MH services ASAP. I/I verbally agreed to the safety planning. Advised to submit HCR as otherwise needed.

STATE001044

Update 9/14/23: After staffing with Dr. Verdon, recommend returning MH Code back to C until further evaluation of status can be reviewed.

## Current Assessment

Assessment:
The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments | |
|---|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. | |
| Patient denies property damage ideation, plan, intent, and/or attempt. | |
| Patient denies homicidal ideation, plan, intent, and/or attempt. | |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 09/12/2023 | 09/12/2023 | No | | | | |
| Property | Denies | | 09/12/2023 | 09/12/2023 | No | | | | |
| Homicide | Denies | | 09/12/2023 | 09/12/2023 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description | |
|---|---|---|---|---|---|
| | | | | | |

SAFETY MANAGEMENT PLAN
Instructed to contact MH staff/submit HCR if significant MH instability, intent to self-harm, SI, and emotional dysregulation is experienced.

## Assessment/Diagnosis

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description | |
|---|---|---|---|
| Primary Support Group | Yes | Very little external support | |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates | |
| Legal system/crime | Yes | Incarcerated | |

AXIS V
Current GAF: 59
Date: 09/12/2023.

Highest GAF: 72
Date: 05/08/2023.

STATE001045

SIGNATURES

Staff: Signed by Elijah C. Sowry, MHP, MSW,  on 09/14/2023
**Behavioral Health Billing**

Start time:          1:00 PM
End time:            1:30 PM
Duration:            00 hours, 30 minutes
Modifier:            N/A

*Document generated by: Elijah C. Sowry, MHP, MSW  09/14/2023 04:16 PM*

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001046



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

| | |
|---|---|
| **Date:** | 09/12/2023 02:10 PM |
| **Offender Name:** | JONATHAN C. RICHARDSON |
| **DOB:** | ▉▉▉▉▉ |
| **Gender:** | male |
| **DOC nbr:** | # 127630 |

## BEHAVIORAL HEALTH STATUS CLASSIFICATION
**BH Code: C**

**A.**     Free of functional behavioral health impairment in the current living environment; individuals with short-term, self-limiting condition requiring minimal behavioral health intervention limited to (30) day's duration.

**B.**     Psychiatric disorder that causes little functional impairment and requires infrequent psychiatric services. These services are routine in nature.

STATE001048



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| **Completed By** | Cheryl A. Hauser, RN |
| **Date Completed:** | 07/26/2023 |
| **Offender Name:** | JONATHAN C. RICHARDSON |
| **DOB:** | ▮▮▮▮▮ |
| **Name of Facility:** | BTC |
| **IDOC Number:** | # 127630 |

**DISABILITY CLASSIFICATION**
**Disability Code: A**

**Section A**

**A.** __x__    No Disability. This category applies to all incarcerated individuals without significant physical, visual, hearing impairment.

**B.**    Incarcerated individuals who are blind or have other significant visual impairments: This category applies to those incarcerated individuals who are blind or visually impaired with bilateral vision defects that even with the best correction seriously adversely affects the incarcerated individual's ability to participate independently in ADLs.

This category is not used for incarcerated individuals who wear contact lenses or who have functional vision in one eye.

Incarcerated individuals with dual sensory impairment in which there is a disturbance of both vision and hearing which seriously adversely affects an offender's ability to participate in ADLs will be also classified to this category.

**C.**    Incarcerated individuals with a mobility or ambulation impairment, including wheelchairs and crutches: This category applies to those incarcerated individuals with a neuromuscular impairment that seriously adversely affects the incarcerated individual's locomotion or gross motor functions. The impairment must be such that is seriously interferes with the incarcerated individual's ability to participate independently in ADLs. Examples include but are not limited to: paralysis; neuromuscular disorders which impair strength such as myasthenia gravis; or, spastic disorders such as cerebral palsy.

**D.**    Incarcerated individuals who are deaf or have other profound hearing loss, or who have certain communication impaired disorders. This category applies to those incarcerated individuals who are deaf or suffer from a profound hearing loss in which there is a bilateral disturbance of

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

hearing that cannot be corrected with amplification and that seriously adversely affects the incarcerated individual's ability to participate independently in ADLs. Incarcerated individuals with a hearing loss corrected with a hearing aid do not belong in this category.

Incarcerated individuals with other communication impairment disorders in which there is a disturbance of articulation, speech, voice, or language which seriously adversely affects the incarcerated individual's ability to participate in ADLs despite maximal therapeutic measures will also be assigned to this category.

**Date:** 07/26/2023 09:32 AM
**Provider:** Christina Nudi FNP
**Document generated by:** Cheryl A. Hauser, RN 07/26/2023 09:32 AM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001050



**State of Indiana**   Division of Medical and Clinical Healthcare Services

**Department of Correction**   Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Cheryl A. Hauser, RN

**Completed By:**
**Date Completed:**    07/26/2023
**Offender Name:**    JONATHAN C. RICHARDSON
**DOB:**    ███████
**Gender:**    male
**Name of Facility:**    BTC
**IDOC Number:**    # 127630

## HEAT STRESS QUESTIONNAIRE

Do you weight more than the weight indicates for your age and height on the weight table on the reverse of this form? yes

Are you pregnant and in the second half of the pregnancy? no

Do you have emphysema? no

Do you have chronic obstructive lung disease? no

Do you have congestive heart failure?  no

Do you have chronic kidney disease? no

Do you have cirrhosis of the liver? no

Do you take medication to relax the urinary bladder and help control urination? no

Do you take water pills (diuretic medication)? yes

Do you take ·medication to control allergies? yes

Do you take medication to control mental illness? yes

Do you take medication to control the side effects of medication used to control mental illness? no

-------------------------------------------------------------------------------------------------------
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001051



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Do you take medication to control intestinal spasm? no

Do you take any other medication that has been prescribed by a doctor? no

**Date:** 07/26/2023 09:36 AM
**Provider:** Christina Nudi FNP
**Document generated by:** Cheryl A. Hauser, RN 07/26/2023 09:36 AM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001052

# DEPARTMENT OF CORRECTIONS
## ANNUAL NURSE WELL ENCOUNTER

**SITE:  BTC**
**COMPLETED BY:  Cheryl A. Hauser, RN  07/26/2023 9:31 AM**



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

PATIENT:               JONATHAN C RICHARDSON
DATE OF BIRTH:
DOC #:                 127630
DATE:                  07/26/2023 9:31 AM
VISIT TYPE:            Nurse Visit

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:37 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 9:37 AM | 213.0 | | 96.615 | dressed with shoes | 29.70 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:37 AM | 126/86 | sitting | | arm | manual | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:37 AM | 96.90 | 36.1 | ear | 66 | | 20 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 9:37 AM | 96 | | | | | | | | |

**Measured By**

| Time | Measured by |
|---|---|
| 9:37 AM | Cheryl A. Hauser, RN |

STATE001053

## DEPARTMENT OF CORRECTIONS
## ANNUAL NURSE WELL ENCOUNTER

**SITE: BTC**
**COMPLETED BY: Cheryl A. Hauser, RN 07/26/2023 9:31 AM**

Hemoptysis: Hemoptysis: No

Known TB exposure: no

**TB Review**

| Placed | Site | Side | Read | Result |
|--------|------|------|------|--------|
| 07/20/2022 | arm | left | 07/23/2022 | 0 mm |
| 07/10/2021 | arm | left | 07/11/2021 | 0 mm |
| 07/19/2020 | arm | right | 07/21/2020 | 0 mm |
| 10/12/2019 | LA | left | 10/14/2019 | 0 mm |
| 07/21/2018 | arm | right | 07/23/2018 | 0 mm |
| 07/21/2017 | arm | left | 07/23/2017 | 0 mm |
| 07/22/2016 | arm | left | 07/24/2016 | 0 mm |
| 05/08/2014 | | left | 05/10/2014 | 0 mm |
| 07/17/2012 | arm | left | 07/19/2012 | 0 mm |
| 07/08/2007 | RA | | 07/11/2007 | 0 mm |

Past Positive Symptom Check
Reviewed and all responses negative.

Comments: Denies black or tarry stools

**Medical Observations**
Tattoos/body piercing
Seen a doctor within the past 6
months
Other: thumb and index finger
missing right hand contractures
as well to this hand /nerve
damage to

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right Normal, Left Normal. Pupil - Right Normal, Left Normal. |
| Ears | Normal | Inspection - Right Normal, Left Normal. Canal - Right Normal, Left Normal. TM - Right Normal, Left Normal. Hearing - Right Normal, Left Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. Tonsils - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | * | Auscultation - Location: anterior, Findings: bilateral insp and exp wheezin. |
| Respiratory | Normal | Inspection - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. |

RICHARDSON, JONATHAN  C. 000000127630█████████ 07/26/2023 09:31 AM Page: 33/291

# DEPARTMENT OF CORRECTIONS
## ANNUAL NURSE WELL ENCOUNTER

**SITE:  BTC**
**COMPLETED BY:  Cheryl A. Hauser, RN  07/26/2023 9:31 AM**

| | | |
|---|---|---|
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. No abdominal tenderness. No hepatic enlargement. No spleen enlargement. |
| Skin | Normal | Inspection - Normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

**Review/Comments**
Chronic disease current
Health maintenance current
Communicable disease testing current
Medical classification current
Disability status code current
Patient smokes 14.00 packs a year

Comments:  STE paper education sheet to patient, TDAP done 2019, HAV 2019 Lipids 2023  ROI signed, Has had CPCT in the past 12 months,  Glucose done 4-1-23  IS not at risk for falls,  States just had STD testing completed/with negative results  Cleared to work

**Suicide Risk Screening**

1.  Arresting or transporting officer believes subject may be suicide risk. No

2.  Lacks close family/friends in community. No

3.  Experienced a significant loss within last 6 months (loss of job, relationship, death of close family member). No

4.  Worried about major problems other than legal situation (terminal illness). No

5.  Family member or significant other has attempted or committed suicide (spouse, parent, sibling, close friend, and lover). Yes

6.  Has psychiatric history (psychotropic medication or treatment). Yes

7.  Holds position of respect in community (i.e., professional, public official) and/or alleged crime is shocking in nature.  Expresses feelings of embarrassment/shame. No

8.  Expresses thoughts about killing self. No

9.  Has a suicide plan and/or suicide instrument in possession. No

10. Has previous suicide attempts.  (Note methods and dates). Yes

11. Expresses feelings there is nothing to look forward to in the future

RICHARDSON, JONATHAN  C. 000000127630                07/26/2023 09:31 AM Page: 34/291

STATE001055

# DEPARTMENT OF CORRECTIONS
## ANNUAL NURSE WELL ENCOUNTER

**SITE: BTC**
**COMPLETED BY: Cheryl A. Hauser, RN  07/26/2023 9:31 AM**

(feelings of helplessness and hopelessness). No

12. Shows signs of depression (crying, emotional flatness). No

13. Appears overly anxious, afraid or angry. No

14. Appears to feel unusually embarrassed or ashamed. No

15. Is acting and/or talking in a strange manner.  Cannot focus attention;
hearing or seeing things not there). No

16. History of substance abuse treatment? No

17. Is apparently under the influence of alcohol or drugs. No

18. If YES to #17, is individual incoherent or showing signs of withdrawal
or mental illness. No

Total Yes's: 3

Comments:
5) GF commited suicide about a month ago after losing a baby , he has seen MHP for this   6) Gender idenity
Depression

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001056



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| **Completed By:** | Cheryl A. Hauser, RN |
| **Date Completed:** | 07/26/2023 |
| **Offender Name:** | JONATHAN C. RICHARDSON |
| **DOB:** | ▮▮▮▮▮▮ |
| **Gender:** | male |
| **Name of Facility:** | BTC |
| **IDOC Number:** | # 127630 |

## PHYSICAL HEALTH STATUS CLASSIFICATION
**Medical Code: G2**

**A.**     Free of illness or injury; free of physical impairment; individuals with short term self-limiting condition requiring minimal surgical, medical, nursing or dental intervention limited to 30 days duration.

This category includes all minor health care conditions such as colds or other short-lived viral conditions, simple lacerations requiring sutures and plaster casts or fixation devices which do not dramatically interfere with ambulation or work.
Conditions in this classification do not require accessibility housing or residential (impatient or infirmary) support. Heath care intervention, if necessary, is limited to periodic consultation, treatment or evaluation by a physical health provider, nursing or dental personnel.
Patients requiring ongoing clinical assessments or treatments, which must be performed by health care staff several times a week or more, may not be assigned to this classification. Patients capable of performing self-care (i.e. can do their own dressing changes) may remain in this category if they would otherwise qualify.

**B.**     Illnesses that do or will recurrently require skilled nursing care of any chronic physical or cognitive disability which requires on-going nursing care. Needs inpatient bed or immediate access to an inpatient bed.

This category incudes all conditions in which continuous or intermittent impatient or infirmary care is needed. Conditions in this classification include terminal illnesses in the late stages such as cancer, AIDS, end stage cardiac, respiratory or liver disease, and chronic physical or cognitive conditions which severely restricts the patient's ability to participate in activities of daily living such as quadriplegia, severe neuromuscular disorders, or late state Alzheimer's disease requiring skilled nursing care.

**C.**     Renal failure requiring hemodialysis or peritoneal dialysis.

This category may also include patients with significant renal insufficiency in which a restrictive renal diet is necessary.

**F.**     Physical health condition (including chronic care) requiring frequent monitoring/surveillance and the on-site availability of licensed health care personnel twenty-four-hours per day or the incarcerated

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001057



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

individual is frail and debilitated.

This category includes any condition or illness that is chronic and requires frequent or recurring consultation, evaluation and/or treatment by health care personnel and the immediate availability of licensed health care personnel. Uncontrolled diabetes (e.g. HbgA1C is greater than 8), uncontrolled hypertension, seizure disorders with poor control, asthmatics prone to exacerbations and unstable angina are examples.

This code should also be used for patients who are frail or debilitated residing on a "medical dorm." In general, before an F code may be changed to a "G" code, the health status of the patient must be stable, without medication for at least 90 days.

**G. __ x __** Any stabilized, permanent or chronic physical or medical condition in which:
**1.** Frequent monitoring/surveillance is not needed;
**2. __ x __** The incarcerated individual demonstrates an appropriate degree of knowledge and motivation and is able to perform self-care;
**3.** A twenty (20) pound or greater weight lifting restriction is needed.
**4.** Negative Air Flow Room;
**5.** Traumatic Brain Injury or Dementia.

This category includes any condition or illness in which frequent consultaticn, evaluation and/or treatment by medical or nursing personnel is not needed. Examples include stable angina, controlled diabetes (e.g, HbgA1C is less than 8) stable asthmatics, controlled seizure disorders.

This category also includes any condition or illness in which the patient has completed a course or rehabilitation and/or received special training or instructions and demonstrates an ability to perform self-care. Examples of these conditions include stable insulin dependent diabetics, patients with ostomies and conditions which require restrictions in lifting to 20 pounds or less.

Patients with reactive TB skin test (not active disease) receiving TB prophylactic medication such as isoniazid (INH) should be assigned to this category; patients with active disease are to be placed in this code category when they are stable on oral medication and no longer contagious.

**I.** Short term self-limiting conditions of 31 to 180 days duration: conditions which may require a placement in an observation/short stay infirmary bed or requires that an inmate be placed in a negative pressure room.

This category includes any condition or illness which is not permanent or progressive and not expected to last longer than 180 consecutive days. Conditions in this classification may require a limited stay in an observation/short stay infirmary bed. Examples of such conditions are extensive dental treatment, awaiting or recuperating from surgery, fractures requiring casts, stabilizing braces or pins which dramatically affects a patient's ability to ambulate or work for a period of time not to exceed six (6) months or a patient who is being worked up for tuberculosis.

**J.** Pregnancy.

This category includes all pregnant women up to the six (6) weeks post-partum exam.

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Date:** 07/26/2023 09:32 AM
**Provider:** Christina Nudi FNP
**Document generated by:** Cheryl A. Hauser, RN 07/26/2023 09:32 AM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001059

## SPECIAL NEEDS / URGENT ORDERS

**SITE: BTC**



**State of Indiana**                    Division of Medical and Clinical Healthcare Services
**Department of Correction**            Indiana Government Center South
                                        302 W. Washington Street
                                        Indianapolis, IN 46204

### Facility: BTC

PATIENT:                    JONATHAN C RICHARDSON
DOB:                        ████████
DOC#:                       127630
DATE:                       07/24/2023 11:01 AM
DOCUMENT GENERATED BY:      Melissa G. Overstreet, RN

**Restriction Orders**

| Order | Start | End | Comments | Ordered By |
|-------|-------|-----|----------|-----------|
| No work in the kitchen | 07/24/2023 | 07/24/2026 | | Melissa G. Overstreet, RN |

--------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN  C
NUMBER: 127630



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:           JONATHAN C RICHARDSON
DATE OF BIRTH:     ███████
DOC #:             127630
DATE:              07/24/2023 11:01 AM
VISIT TYPE:        Nurse Visit

## Nurse Visit

Reason for visit: Reclass/restrict

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| ordered | No work in the kitchen | | | | |

STATE001061

ordered    Medical Restrictions

**General Comments**

No work in the kitchen due to unstable asthma and environmental conditions.

Document generated by: Melissa G. Overstreet, RN  07/24/2023 11:04 AM

------------------------------------------------------------------------------------------------------------------------------

---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

# SPECIAL NEEDS / URGENT ORDERS

**SITE:  BTC**



**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:                                  JONATHAN C RICHARDSON
DOB:                                          ▇▇▇▇▇▇▇
DOC#:                                        127630
DATE:                                        07/22/2023 2:11 PM
DOCUMENT GENERATED BY:       Amy L. Johnson, LPN

**Restriction Orders**

| Order | Start | End | Comments | Ordered By |
|---|---|---|---|---|
| Medical Restrictions | 07/22/2023 | 07/23/2023 | Restriction not related to work. Lay-in for 2 days (out of cell/bunk only for meals, medications, and bathroom). | Amy L. Johnson, LPN |

restriction ends 7/24/23

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN  C
NUMBER: 127630
D.O.B : ▇▇▇▇▇

STATE001063



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Facility: BTC**

PATIENT:               JONATHAN C RICHARDSON
DATE OF BIRTH:
DOC #:                 127630
DATE:                  07/22/2023 2:11 PM
VISIT TYPE:            Nurse Visit

## Nurse Visit

Reason for visit: nebulizer tx

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|------|-----|------|-----|---------------|-----------------|
| 8:18 PM | 5.0 | 11.0 | | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|------|-------|-----|--------|---------------------|-----------|--------|
| 8:18 PM | 213.0 | | 96.615 | dressed with shoes | 29.70 | 2.20 |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|------|----------|----------|------|------|--------|-----------|
| 8:20 PM | 130/86 | sitting | left | arm | manual | adult large |
| 8:18 PM | 128/88 | sitting | right | arm | manual | adult large |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|------|--------|--------|-----------|-----------|---------|-----------|
| 8:20 PM | | | | 93 | regular | 20 |
| 8:18 PM | | | | 88 | regular | 20 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|-------------------|------------------|--------|----------|--------|--------|-------|-----------------|--------------|
| 8:20 PM | 96 | | RA | | | | | | |
| 8:18 PM | 96 | | RA | | | | | | |

**Peak Flow**

| Time | PeakFlow L/min | Timing | Method |
|------|----------------|--------|--------|
| 8:20 PM | 208 | Post-tx | |
| 8:18 PM | 233 | Pre-tx | |

**Comments**

| Time | Comments |
|------|----------|
| 8:20 PM | patietn coughing, non productive rubs heard in upper lobes. |
| 8:18 PM | wheezing and rubbing throughout. |

**Measured By**

| Time | Measured by |
|------|-------------|
| 8:20 PM | Amy L Johnson, LPN |
| 8:18 PM | Amy L Johnson, LPN |

**Nurse Protocols:**

**Review/Comments**

Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|------------|-----|------------|------------|---------|
| albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|--------|-------|-----------|-----------|----------|-----------|
| ordered | Medical Restrictions | | | | |

**General Comments**

patient sent to medical for breathing tx from kitchen, coughing, lungs wheezing/rubbing, tx given. patient sat in medical until cough quitened and felt better, patient was sweating upon arrival to medical, patient getting hot and then has difficulty breathing, 2 day lay in given, patient should utilize txs more oftern.

Document generated by: Amy L. Johnson, LPN  07/22/2023 08:25 PM

----------------------------------------------------------------------------------------------------------------------------------
---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001066



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** | |
|---|---|

PATIENT:              JONATHAN C RICHARDSON
DATE OF BIRTH:        ██████████
DOC #:                127630
DATE:                 07/16/2023 7:45 PM
VISIT TYPE:           Nurse Visit

## Nurse Visit

Reason for visit: lab draw

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| prednisone 20 mg tablet | take 3  tablet by oral route  x4 days, 2 tabs x4 days, 1 tab x 2 days | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

STATE001067

## Orders

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|--------|-------|-----------|-----------|----------|-----------|
| completed | HIV, 4TH GEN AG/AB (DIAG)/C REF | | | | |
| completed | CHLAMYDIA/GC BY URINE | | | | |
| completed | HEP C AB | | | | |
| completed | RAPID PLASMA REAGIN | | | | |

## General Comments

VP completed in LAC with 23g butterfly needle x1 attempt, tolerated well. Collected 1 SST and a urine specimen.

Document generated by: Carla J. Bollinger, RN  07/16/2023 11:10 PM

------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE NOTE

**SITE: BTC**
**COMPLETED BY: Patricia Thompson, RN  07/15/2023 10:59 AM**



**State of Indiana**        Division of Medical and Clinical Healthcare Services
**Department of Correction**        Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

### Facility: BTC

PATIENT:                                JONATHAN C RICHARDSON
DATE OF BIRTH:                          ▉▉▉▉▉▉▉
DOC #:                                  127630
DATE:                                   07/15/2023 10:59 AM
VISIT TYPE:                             Chart Update

**Issue**
chart check complete

**Provider: Samuel J. Byrd MD**
**Document generated by: Patricia Thompson, RN 07/15/2023 10:59 AM**

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001069



**State of Indiana**                    Division of Medical and Clinical Healthcare Services

**Department of Correction**                    Indiana Government Center South
                                                302 W. Washington Street
                                                Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:          JONATHAN RICHARDSON
DATE OF BIRTH:
DOC#:             127630
DATE:             07/13/2023 08:34 AM
HISTORIAN:        self
VISIT TYPE:       Provider Visit

Established patient

Historian: self

History of Present Illness:
1. ASTHMA FLARE UP
Reports is having SOB issues.
Was started on inhalers, has been coming for neb tx.
Has had 7 tx over past 2w.
Reports that the heat is making his SOB worse.
Reports the SOB has increased over past 2 mos.
Kitchen duties are increasing SOB due to the nature of the kitchen work.
Feels lungs are getting squeezed, is coughing at this time.
2. DISCUSS HORMONE MEDS
Reports he has been on hormones for 3y.
Is wanting his meds increased.
wants progesterone increased to 8mg, wants spirilactone increased to 300mg.
feels he is not getting any benefit from what he is currently taking.
Is watching his numbers so when he gets out he can get surgery.

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Asthma | 06/06/2023 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD. Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping |

RICHARDSON, JONATHAN   C. 000000127630          07/13/2023 08:34 AM 49/291

STATE001070

Utility. The mapped diagnosis code
was Borderline personality disorder,
301.83, added by Darla Hinshaw,
MD, with responsible provider .
Onset date 05/04/2010; Axis II.

| | | |
|---|---|---|
| Recurrent major depressive episodes, mild | 10/21/2019 | N |

Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 | |
| Epilepsy | 06/11/2015 | |

Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | trace edema to feet bilateral |
| Constitutional | * | Overall appearance – chronically ill-appearing. |
| Respiratory | * | Auscultation - Side: bilateral, Location: posterior, Findings: wheezing-moderate. |
| Respiratory | Normal | Inspection - Normal. Effort – Normal. |
| Psychiatric | * | Poor insight. Poor judgment. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Suicide Risk Screening

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Asthma (493). |
| | Impression | Given steroids to help w/ breathing, chest full of wheezing Discussed how to take steroids, he reports he has taken them before. hydrate no other NSAIDs while taking steroids. |
| | Patient Plan | The patient verbalized an understanding of the plan. Medication instructions were provided to the patient. |
| 2. | Assessment | Gender identity disorder in adults (302.85). |
| | Impression | Prefers to be addressed as she is concerned about doseage of meds Wants them higher |

RICHARDSON, JONATHAN   C. 000000127630 ▆▆▆▆ 07/13/2023 08:34 AM 50/291

STATE001071