Estrodial level is 62.1-high range, is on 6mg, wants to go up to 8 mg-denied, does not need increased dose

Testosterone 186.74.

**Patient Plan**    The patient verbalized an understanding of the plan. The patient verbalized an understanding of the plan.

## Labs

| Date Ordered | Status | Test Status | Description | Order# | Provider | Test Location |
|---|---|---|---|---|---|---|
| 07/13/2023 08:34 AM | Ordered | Pending | CHLAMYDIA/GC BY URINE / HEP C AB / HIV, 4TH GEN AG/AB (DIAG)/C REF / RAPID PLASMA REAGIN | 1161966 0 | Nudi, Christina | BTC |

## Medications *(Added, Continued or Stopped this visit)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 06/02/2023 | albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | | 11/28/2023 |
| 03/22/2023 | estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | | 09/17/2023 |
| 06/02/2023 | fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | | 11/28/2023 |
| 07/13/2023 | prednisone 20 mg tablet | take 3 tablet by oral route x4 days, 2 tabs x4 days, 1 tab x 2 days | N | | | 07/22/2023 |
| 05/23/2023 | Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | Please send as no inhaler at this time. | 11/18/2023 |
| 05/23/2023 | Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | | 11/18/2023 |
| 03/20/2023 | spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | | 09/15/2023 |

*Provider:*
Nudi, Christina  07/14/2023 12:58 PM
*Document generated by:*  Christina Nudi, FNP 07/14/2023 12:58 PM

---

Indiana Government Center South
302 W. Washington Street

RICHARDSON, JONATHAN   C. 000000127630 ▮▮▮▮▮▮ 07/13/2023 08:34 AM 51/291

Indianapolis, IN 46204

RICHARDSON, JONATHAN   C. 000000127630 ▮▮▮▮▮ 07/13/2023 08:34 AM 52/291

STATE001073

# SPECIAL NEEDS / URGENT ORDERS

**SITE: BTC**



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

## Facility: BTC

PATIENT:                                    JONATHAN C RICHARDSON
DOB:
DOC#:                                        127630
DATE:                                        07/13/2023 8:34 AM
DOCUMENT GENERATED BY:          Christina Nudi, FNP

### Restriction Orders

| Order | Start | End | Comments | Ordered By |
|-------|-------|-----|----------|------------|
| Medical Restrictions | 07/13/2023 | 07/17/2023 | Restriction not related to work, having increased SOB, needs to take meds to get better, needs a few days off work to get breathing better. | Christina Nudi, FNP |

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME: RICHARDSON, JONATHAN C
NUMBER: 127630
D.O.B :

STATE001074

## SPECIAL NEEDS / URGENT ORDERS

**SITE:  BTC**



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

### Facility: BTC

| | |
|---|---|
| PATIENT: | JONATHAN C RICHARDSON |
| DOB: | ▮ |
| DOC#: | 127630 |
| DATE: | 07/12/2023 1:07 PM |
| DOCUMENT GENERATED BY: | Katie N. Goffinet, RN |

**Restriction Orders**

| Order | Start | End | Comments | Ordered By |
|---|---|---|---|---|
| Medical Restrictions | 07/12/2023 | 07/12/2023 | Lay-in for 1 days (out of cell/bunk only for meals, medications, and bathroom). Lay-in for 1 days (out of cell/bunk only for meals, medications, and bathroom). Lay-in for 1 days (out of cell/bunk only for meals, medications, and bathroom). | Katie N. Goffinet, RN |

Return to work on 07/13/2023.

--------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN  C
NUMBER: 127630
D.O.B : ▮



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:           JONATHAN C RICHARDSON
DATE OF BIRTH:
DOC #:             127630
DATE:              07/12/2023 1:07 PM
VISIT TYPE:        Nurse Visit

## Nurse Visit

Reason for visit: Breathing Tx

## Vital Signs

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 2:16 PM | | | | | | 16 |
| 2:16 PM | | | | | | 15 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 2:16 PM | 96 | | | | | | | | |
| 2:16 PM | 98 | | RA | | | | | | |
| 1:13 PM | 98 | | | | | | | | |

**Measured By**

| Time | Measured by | | |
|---|---|---|---|
| 2:16 PM | Katie N. Goffinet, RN | | |
| 2:16 PM | Katie N. Goffinet, RN | | |
| 1:13 PM | Katie N. Goffinet, RN | | |

## Nurse Protocols:

## Review/Comments
Patient smokes 14.00 packs a year

## Medications

STATE001076

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| ordered | Medical Restrictions | | | | |

**General Comments**

Patient came to medical for breathing tx. Out of albuterol tx at this time. Will consult provider for alternate tx. Patient in no distress, 02 sat 98%.

Patient given lay in for rest of day and returned to dorm.

Albuterol tx arrived from pharmacy. Patient called to medical and tx administered. Wheezing heard in bil lungs, improved but not completely resolved after tx.

Document generated by: Katie N. Goffinet, RN  07/12/2023 02:17 PM

-------------------------------------------------------------------------------------------------------------
---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

# SPECIAL NEEDS / URGENT ORDERS

**SITE: BTC**



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

| PATIENT: | JONATHAN C RICHARDSON |
|---|---|
| DOB: | |
| DOC#: | 127630 |
| DATE: | 07/10/2023 10:07 AM |
| DOCUMENT GENERATED BY: | Tonda K. Snyder, RN |

## Restriction Orders

| Order | Start | End | Comments | Ordered By |
|---|---|---|---|---|
| No kitchen duty | 07/10/2023 | 07/11/2023 | Work related restriction: breathing issues Lay-in for 1 days (out of cell/bunk only for meals, medications, and bathroom). | Tonda K. Snyder, RN |
| Medical Restrictions | 07/10/2023 | 07/11/2023 | Work related restriction: breathing issues Lay-in for 1 days (out of cell/bunk only for meals, medications, and bathroom). | Tonda K. Snyder, RN |

--------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN  C
NUMBER: 127630
D.O.B :

STATE001078



**State of Indiana**                    Division of Medical and Clinical Healthcare Services ·
**Department of Correction**            Indiana Government Center South
                                        302 W. Washington Street
                                        Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:                    JONATHAN C RICHARDSON
DATE OF BIRTH:              ████████
DOC #:                      127630
DATE:                       07/08/2023 9:04 AM
VISIT TYPE:                 Nurse Visit

## Nurse Visit

Reason for visit: Sick Call
HCR#: 242470

Statement of complaint (in patient's words):   I have a otip  cotton down in my ear I was sat down to see
see medical  about it on 7/7/2023  but they sent me back not willing to see me without  this health form

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:06 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 9:06 AM | 213.0 | | 96.615 | | 29.70 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:06 AM | 124/62 | sitting | left | arm | manual | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:06 AM | 97.60 | 36.4 | ear | 78 | regular | 20 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 9:06 AM | 96 | | | | | | | | |

**Pain Scale**

STATE001079

| Time | Pain Score | Method |
|------|-----------|--------|
| 9:06 AM | 4 | |

**Measured By**

| Time | Measured by |
|------|-------------|
| 9:06 AM | Susan G. Nation, LPN |

**Nurse Protocols:**

**HEENT**

**Subjective:**
Date of Onset: 07/07/2023.
Previous history? No.
Previous treatment? No.
Result of injury? Yes.
Associated complaints of:
Pain? Yes.
Burning? No.
Itching? Yes.
Blurred vision? No.
Vertigo/dizziness? Yes.
Trouble swallowing? No
Trouble hearing? Yes

Offender stated A Qtip was broke off in ear tried to retrieve

**Objective:**
Eye
N/A to complaint.

Ear
Both external ears normal? No.
Both ear canals normal? No.
Both tympanic membranes visualize? Yes.
Erythema? Yes.
Bulging? Yes.
Able to hear fingers rubbed together or watch ticking? No.

Nose
N/A to complaint

Throat
N/A to complaint.

Mouth
N/A to complaint.

Cervical Lymph Nodes
N/A to complaint.

Patient Name: RICHARDSON, JONATHAN C
ID: 127630    Date of Birth: ▬▬▬▬

Page 59 of 291
Encounter Date: 07/08/2023 09:04 AM

STATE001080

**Assessment:**
Alteration in comfort.
Related to: earache,

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| ordered | Referred to provider - impaired ear status | | | | |
| completed | Medication allergies and other contraindications reviewed and pregnancy ruled out prior to tx | | | | |
| completed | Patient education provided | | | | |
| completed | Sick call if signs and symptoms do not subside or become more severe | | | | |
| completed | Ear irrigation completed | | | | |
| completed | Foreign body removed | | | | |
| completed | Activity restriction not indicated | | | | |

**General Comments**

Offender stated that she broke of a cotton tip in her right ear while in the shower. Offender stated she tried to retrieve with tweezer and was unable to get out. Offender , stated  she can't hear out of her ear because it is down there.  I used scope  to visualize  area no cotton tip was noted in ear did note that redness and bleeding from use of sharp object appeared irratied . Ask offender to try heat and educated on cleaning of ear canal and not to insert qtip in ear. Educated if ear got infected and painful to issue an HCR and we would reffer to NP  verbalized unstanding

| Education | Date Provided | Provided By |
|---|---|---|
| Activity restriction not indicated | 07/08/2023 | Susan G. Nation, LPN |
| Medication allergies and other contraindications reviewed and pregnancy ruled out prior to tx | 07/08/2023 | Susan G. Nation, LPN |
| Patient education provided | 07/08/2023 | Susan G. Nation, LPN |

Document generated by: Susan G. Nation, LPN  07/08/2023 09:43 AM

-----------------------------------------------------------------------------------------------------------------------------
---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001082



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Facility: BTC**

PATIENT:                          JONATHAN C RICHARDSON
DATE OF BIRTH:
DOC #:                            127630
DATE:                             07/05/2023 1:51 PM
VISIT TYPE:                       Nurse Visit

## Nurse Visit

Reason for visit: Short of air

## Vital Signs

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|------|--------|--------|-----------|-----------|---------|-----------|
| 1:57 PM | | | | 97 | regular | 16 |
| 1:53 PM | | | | 81 | regular | 16 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|-------------------|------------------|--------|----------|--------|--------|-------|-----------------|--------------|
| 1:57 PM | 95 | | RA | | Post-tx | 21 | | | R Index |
| 1:53 PM | 78 | | RA | | Pre-tx | | | | R Index |

### Peak Flow

| Time | PeakFlow L/min | Timing | Method |
|------|----------------|--------|--------|
| 1:57 PM | | Post-tx | |
| 1:53 PM | 250 | Pre-tx | hand held |

### Pain Scale

| Time | Pain Score | Method |
|------|------------|--------|
| 1:57 PM | 0 | |
| 1:53 PM | 0 | |

### Comments

| Time | Comments |
|------|----------|
| 1:57 PM | Pre tx: pk flows   250, 250 and 300.   Light inspiratory wheezing throughout all lung fields.
Post tx: pk flows   250, 250 and 260.  Light inspiratory wheezing throughout all lung fields. |

STATE001083

**Measured By**

| Time | Measured by |
|------|-------------|
| 1:57 PM | Karen Casey |
| 1:53 PM | Karen Casey |

**Nurse Protocols:**

**Review/Comments**

Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|------------|-----|------------|------------|---------|
| albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**General Comments**

States feels better, however,no signifigant breath soounds difference between and post Albuteral breathing tx. Advised to continue drinking lots of fluid and see medical PRN.

Document generated by: Karen Casey  07/05/2023 02:07 PM

-------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001084

# SPECIAL NEEDS / URGENT ORDERS

**SITE: BTC**



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
| --- |

| | |
| --- | --- |
| PATIENT: | JONATHAN C RICHARDSON |
| DOB: | ▮▮▮▮▮▮ |
| DOC#: | 127630 |
| DATE: | 07/02/2023 8:44 AM |
| DOCUMENT GENERATED BY: | Lavinia Arms, RN |

**Restriction Orders**

| Order | Start | End | Comments | Ordered By |
| --- | --- | --- | --- | --- |
| Medical Restrictions | 07/02/2023 | 07/02/2023 | Restriction not related to work. Lay-in for 1 days (out of cell/bunk only for meals, medications, and bathroom). | Lavinia Arms, RN |

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME: RICHARDSON, JONATHAN C

NUMBER: 127630

D.O.B : ▮▮▮▮▮▮



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:                                    JONATHAN C RICHARDSON
DATE OF BIRTH:                         ███████
DOC #:                                       127630
DATE:                                         07/02/2023 8:44 AM
VISIT TYPE:                                Nurse Visit

## Nurse Visit

Reason for visit: Sick Call

Statement of complaint (in patient's words):  DORM CALLED STATED I/I STATED NEEDED A BREATHING TREATMENT SENT TO MEDICAL

### Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 8:47 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |
| 8:45 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 8:47 AM | 213.0 | | 96.615 | dressed with shoes | 29.70 | |
| 8:45 AM | 213.0 | | 96.615 | dressed with shoes | 29.70 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 8:47 AM | 114/66 | sitting | left | | manual | adult large |
| 8:45 AM | 112/62 | sitting | left | | manual | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 8:47 AM | 96.40 | 35.8 | ear | 85 | regular | |
| 8:45 AM | 96.20 | 35.7 | ear | 88 | regular | 17 |

**Pulse Oximetry/FIO2**

STATE001086

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|-------------------|------------------|--------|----------|--------|--------|-------|-----------------|--------------|
| 8:45 AM | 98 | | RA | | | | | | |

**Peak Flow**

| Time | PeakFlow L/min | Timing | Method | | |
|------|----------------|--------|--------|--|--|
| 8:47 AM | 236 | Post-tx | hand held | | |
| 8:45 AM | 226 | Pre-tx | hand held | | |

**Measured By**

| Time | Measured by | | |
|------|-------------|--|--|
| 8:47 AM | Lavinia Arms,RN | | |
| 8:45 AM | Lavinia Arms,RN | | |

**Nurse Protocols:**
Patient education was given

**RESPIRATORY**

**Subjective:**
Previous history? Yes. Comments:  asthma
Previous treatment effective? Yes.
History of seasonal allergies? Yes.
Productive cough? Yes. Comments:  NON PRODUCTIVE WHILE IN MEDICAL
Recent fever? No.
Night sweats? No.
Weight loss? No.

**Objective:**
Nasal Mucosa
N/A to complaint.

Cervical Lymph Nodes
N/A to complaint.

Lungs
Left lung:
Clear to auscultation? No.
Wheezes? Yes.

Right lung
Clear to auscultation? No.
Wheezes? Yes.

Throat
N/A to complaint

Eyes
N/A to complaint.

**Assessment:**
Alteration in health maintenance related to: asthma, .

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| ordered | Medical Restrictions | | | | |

**General Comments**

I/I PRESENTED TO MEDICAL STATING  NEEDED A BREATHING TREATMENT THIS MORNING. I/I ALSO STATED WAS NOT FEELING UP TO GOING TO WORK, ONE DAY LAY-IN GIVEN AND SENT OUT TO CUSTODY.  I/I STATED HAS A LONG HISTORY OF ASTHMA SINCE CHILD HOOD AND HAS FLARED UP OVER THE LAST THREE WEEKS. I/I HAS MINI-NEB AND RESCUE INHALERS.  BILATERAL WHEEZING NOTED BOTH ANTERIOR AND POSTERIOR INCREASED ON EXHALING. AFEBRILE: (SEE VITALS ABOVE). NON PRODUCTIVE DRY COUGH NOTED WHILE IN MEDICAL.  I/I BEING REFERRED TO PROVIDER FOR FOLLOW UP.

Document generated by: Lavinia Arms,RN  07/10/2023 09:20 AM

STATE001088

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

# SPECIAL NEEDS / URGENT ORDERS

**SITE: BTC**



**State of Indiana**                    Division of Medical and Clinical Healthcare Services

**Department of Correction**            Indiana Government Center South
                                        302 W. Washington Street
                                        Indianapolis, IN 46204

## Facility: BTC

PATIENT:                    JONATHAN C RICHARDSON
DOB:                        ▉▉▉▉▉▉
DOC#:                       127630
DATE:                       07/01/2023 12:08 PM
DOCUMENT GENERATED BY:      Amy L. Johnson, LPN

**Restriction Orders**

| Order | Start | End | Comments | Ordered By |
|---|---|---|---|---|
| Medical Restrictions | 07/01/2023 | 07/01/2023 | Lay-in for 1 days (out of cell/bunk only for meals, medications, and bathroom). | Amy L Johnson, LPN |

lay in for remainder of this day, expires tomorrow.

------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204


lay


NAME: RICHARDSON, JONATHAN C
NUMBER: 127630
D.O.B : ▉▉▉▉▉

STATE001090



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** | | |
|---|---|---|

PATIENT: **JONATHAN C RICHARDSON**
DATE OF BIRTH:
DOC #: 127630
DATE: 07/01/2023 12:08 PM
VISIT TYPE: Nurse Visit

## Nurse Visit

Reason for visit: breathing tx

## Vital Signs

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 12:09 PM | 128/80 | sitting | right | arm | manual | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 12:09 PM | | | | 91 | regular | 21 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 12:09 PM | 97 | | RA | | | | | | |

**Peak Flow**

| Time | PeakFlow L/min | Timing | Method | |
|---|---|---|---|---|
| 12:09 PM | | Pre-tx | | |

**Comments**

| Time | Comments | |
|---|---|---|
| 12:09 PM | wheezing heard throughout lungs on inspiration/expiration. | |

**Measured By**

| Time | Measured by | |
|---|---|---|
| 12:09 PM | Amy L Johnson, LPN | |

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| ordered | Medical Restrictions | | | | |

**General Comments**

Breathing tx given peak flow was 285 pre tx, 300 after tx  pulse 92 pulse ox 99, patient continues to have rubs and wheezing throughout, patient has some productive cough,, advised to drink alot of fluid and to return this evening for another tx.  this nurse is going to put a lay in for patient this day.

Document generated by: Amy L Johnson, LPN  07/01/2023 12:31 PM

-------------------------------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001092

# SPECIAL NEEDS / URGENT ORDERS

**SITE: BTC**



**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: BTC

| PATIENT: | JONATHAN C RICHARDSON |
|---|---|
| DOB: | |
| DOC#: | 127630 |
| DATE: | 06/25/2023 5:37 PM |
| DOCUMENT GENERATED BY: | Patricia Thompson, RN |

**Restriction Orders**

| Order | Start | End | Comments | Ordered By |
|---|---|---|---|---|
| Medical Restrictions | 06/25/2023 | 06/26/2023 | Lay-in for 1 days (out of cell/bunk only for meals, medications, and bathroom). | Patricia Thompson, RN |

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN  C

NUMBER: 127630

D.O.B :



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:                    JONATHAN C RICHARDSON
DATE OF BIRTH:             ▇▇▇▇▇▇
DOC #:                     127630
DATE:                      06/25/2023 5:37 PM
VISIT TYPE:                Nurse Visit

## Nurse Visit

Reason for visit:  breathing tx

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 5:37 PM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 5:37 PM | 213.0 | | 96.615 | dressed with shoes | 29.70 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 5:37 PM | 130/78 | sitting | left | arm | manual | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 5:37 PM | 98.10 | 36.7 | ear | 72 | regular | 18 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 5:37 PM | 97 | | RA | | | 21 | | | |

**Measured By**

| Time | Measured by |
|---|---|
| 5:37 PM | Patricia Thompson, RN |

STATE001094

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**General Comments**

II came to medical for breathing tx for asthma. lay in given due to oc spray being sprayed at work.

Document generated by: Patricia Thompson, RN  06/25/2023 05:40 PM

---------------------------------------------------------------------------------------------------------------------------------
---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001095



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: BTC

| | |
|---|---|
| PATIENT: | JONATHAN C RICHARDSON |
| DATE OF BIRTH: | ▮▮▮▮▮▮ |
| DOC #: | 127630 |
| DATE: | 06/19/2023 11:10 PM |
| VISIT TYPE: | Psychotherapy - Individual |

### Individual Counsel/Psych Prog Note
**General**
Program Name: Outpatient

Start time: 12:30 PM

End time: 00 hours, 30 minutes

Duration: 00 hours, 30 minutes

**Individuals Present/Support Resources**
Contact type:
Telemedicine
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Appearance:  Other:  multiple facial tattoos
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Mood:  Depressed
Affect:     Labile
Speech: Clear
Thought process: Logical
Perception: WNL

STATE001096

Hallucination: Denied None evidenced
Thought content:    Depressive
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment:  Impaired ability to make reasonable decisions: Moderate

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Verbalizes increased feelings of self worth |

Interventions/Methods Provided:
Pt describes that she met a 19-yo woman thru a friend in prison several years ago. She said that the young woman found a surrogate to get pregnant, but the I/I would be the father. However, she recently had a miscarriage and is currently in the hospital with suicidal thoughts, and apparently she came from an abusive environment too. This caused Ms. Richardson  to cry uncontrollably which is spilling over into problems on the dorm. She requested to be allowed to not attend work for a few days which she says she was allowed to do at other facilities. MHP Mr. Eli Sowry arranged this to happen through I/I's case manager.

Impressions: Complex case because the loss of this child may remind or haunt Pt of the loss of her own child whom she britally murdered in the early 2000s. Tearful and appreciative in session.

Plan: Maintain C code. F/u per policy.
## Current Assessment
Assessment:
Anxiety is significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. The patient is compliant with medications. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment
CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 06/19/2023 | 06/19/2023 | No | | | | |
| Property | Denies | | 06/19/2023 | 06/19/2023 | No | | | | |
| Homicide | Denies | | 06/19/2023 | 06/19/2023 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---|---|---|---|---|
| | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

**Assessment/Diagnosis**
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 65
Date: 06/19/2023.

Highest GAF: 72
Date: 05/08/2023.

SIGNATURES

Staff: Signed by Michael R. Farjellah, PsyD,  on 06/19/2023
**Behavioral Health Billing**

Start time:          12:30 PM
End time:            1:00 PM
Duration:           00 hours, 30 minutes
Modifier:           N/A

*Document generated by: Michael R. Farjellah, PsyD  06/19/2023 11:25 PM*

-------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001098

## DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE NOTE

**SITE: BTC**
**COMPLETED BY: Patricia Thompson, RN  06/16/2023 6:34 PM**



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

PATIENT:                              JONATHAN C RICHARDSON
DATE OF BIRTH:                       ▮▮▮▮▮▮
DOC #:                               127630
DATE:                                06/16/2023 6:34 PM
VISIT TYPE:                          Chart Update

**Issue**
HCR# 240443 NP Nudi referred to eye DR.

**Provider: Samuel J. Byrd MD**
**Document generated by: Patricia Thompson, RN 06/16/2023 06:35 PM**

------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001099

## SPECIAL NEEDS / URGENT ORDERS

**SITE: BTC**



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:                          JONATHAN C RICHARDSON
DOB:
DOC#:                             127630
DATE:                             06/12/2023 2:40 PM
DOCUMENT GENERATED BY:            Lavinia Arms,RN

**Restriction Orders**

| Order | Start | End | Comments | Ordered By |
|---|---|---|---|---|
| Medical Restrictions | 06/12/2023 | 06/12/2023 | Restriction not related to work. Lay-in for 1 days (out of cell/bunk only for meals, medications, and bathroom). | Lavinia Arms,RN |

LAY IN FOR TODAY: 06/12/2023.

----------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME: RICHARDSON, JONATHAN C
NUMBER: 127630
D.O.B :

STATE001100

**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

PATIENT:                    JONATHAN C RICHARDSON
DATE OF BIRTH:
DOC #:                      127630
DATE:                       06/12/2023 2:40 PM
VISIT TYPE:                 Nurse Visit

## Nurse Visit

Statement of complaint (in patient's words):  I/I comes to medical with complaints of shortenss of air requesting mini-neb treatment.

## Vital Signs

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 2:52 PM | 122/76 | sitting | left | | manual | adult |
| 2:49 PM | 122/76 | sitting | left | | manual | adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 2:52 PM | 98.40 | 36.9 | ear | 87 | | 17 |
| 2:49 PM | 98.00 | 36.7 | ear | 84 | regular | 17 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 2:52 PM | 98 | | RA | | | | | | |
| 2:49 PM | 97 | | RA | | | | | | |

### Peak Flow

| Time | PeakFlow L/min | Timing | Method |
|---|---|---|---|
| 2:52 PM | 213 | Post-tx | hand held |
| 2:49 PM | 180 | Pre-tx | hand held |

### Pain Scale

| Time | Pain Score | Method |
|---|---|---|
| 2:49 PM | 0 | |

## Comments

| Time | Comments |
|------|----------|
| 2:52 PM | 1:25 pm. |
| 2:49 PM | 1:15 pm. |

## Measured By

| Time | Measured by |
|------|-------------|
| 2:52 PM | Lavinia Arms,RN |
| 2:49 PM | Lavinia Arms,RN |

## Nurse Protocols:

### Review/Comments
Patient smokes 14.00 packs a year

## Medications

| Medication | Sig | PRN Status | PRN Reason | Comment |
|------------|-----|------------|------------|---------|
| albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

## Orders

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|--------|-------|-----------|-----------|----------|-----------|
| ordered | Medical Restrictions | | | | |

## General Comments

I/I came to medical requesting breathing treatment stated feeling a little short of air. Slight posterior expiratory wheezing noted upper lobes prior mini-neb treatment with albuterol sol 2.5 mg/0.5 ml. Stated felt better post treatment, wheezing resolved after treatment/cough. Peak flow went from 180 pre to 213 post treatment.  Lay-in given for the remainder of their shift for today.

Patient Name: RICHARDSON, JONATHAN C
ID: 127630     Date of Birth:

Page 81 of 291
Encounter Date: 05/12/2023 02:40 PM

STATE001102

Document generated by: Lavinia Arms,RN  06/12/2023 03:01 PM

---
---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001103



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:                          JONATHAN C RICHARDSON
DATE OF BIRTH:
DOC #:                            127630
DATE:                             06/06/2023 10:40 AM
VISIT TYPE:                       Nurse Visit

## Nurse Visit

Reason for visit:  Neb treatment

### Vital Signs

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 10:41 AM | 136/64 | | | | | |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 11:21 AM | | | | 90 | regular | 14 |
| 10:41 AM | | | | | | 14 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 11:21 AM | 98 | | RA | | | | | | |
| 10:41 AM | 92 | | RA | | | | | | |

**Peak Flow**

| Time | PeakFlow L/min | Timing | Method |
|---|---|---|---|
| 11:21 AM | 265 | Post-tx | |
| 10:41 AM | 225 | Pre-tx | |

**Measured By**

| Time | Measured by |
|---|---|
| -11:21 AM | Susan G. Nation, LPN |
| 10:41 AM | Susan G. Nation, LPN |

STATE001104

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**General Comments**

Offender Lungs Rubs and wheezing noted during osculating  pretreatment  Peakflcw 225
Post treatment  Rubs  peakflow 265

Document generated by: Susan G. Nation, LPN  06/06/2023 11:22 AM

----------------------------------------------------------------------------------------------------------------------------------------
---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001105

**State of Indiana**                    Division of Medical and Clinical Healthcare Services

**Department of Correction**            Indiana Government Center South
                                        302 W. Washington Street
                                        Indianapolis, IN 46204

---

**Facility: BTC**

---

PATIENT:             JONATHAN RICHARDSON
DATE OF BIRTH:       ██████
DATE:                06/05/2023 03:59 PM
VISIT TYPE:          CPCT

**Identified Goals**

Mental Health

Comply with medication regimen
Comply with Treatment Plan
Maintain mental health stability

**Goal Measurement**

Goals previously set

Comply with medication regimen
Maintain mental health stability

Documentation that supports progress or lack thereof towards goals: Attended scheduled appts with psychologist. Appears compliant in treatment.

**Scoring of compliance with mental health goals**

Acceptable – has completed 51% or more of assigned goals – 1

I have reviewed this patient's medical record and verify that his/her progress toward identified goals is accurate

Document generated by: Elijah C. Sowry, MHP, MSW  06/05/2023 04:03 PM

-------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001106



**State of Indiana**          Division of Medical and Clinical Healthcare Services
**Department of Correction**          Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

**Facility: BTC**

---

PATIENT:              JONATHAN C RICHARDSON
DATE OF BIRTH:        ▮▮▮▮▮▮▮
DOC #:                127630
DATE:                 06/04/2023 10:19 AM
VISIT TYPE:           Nurse Visit

## Nurse Visit

Reason for visit: REFUSED
HCR#: 240442/443

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**General Comments**

SIGNED REFUSAL

Document generated by: Jessica N. Bean, LPN   06/04/2023 10:20 AM

-----------------------------------------------------------------------------------------------------------------------------------------
---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001108

# DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE NOTE

**SITE:  BTC**
**COMPLETED BY:  Lavinia Arms,RN  06/02/2023 7:18 PM**



**State of Indiana**                    Division of Medical and Clinical Healthcare Services

Department of Correction                Indiana Government Center South,
                                        302 W. Washington Street
                                        Indianapolis, IN 46204

| Facility: BTC |
|---|

PATIENT:                                JONATHAN C RICHARDSON
DATE OF BIRTH:
DOC #:                                  127630
DATE:                                   06/02/2023 7:18 PM
VISIT TYPE:                             Administrative Note

**Tracking Information**
Date of occurrence 06/02/2023
Time of occurrence 6:00 pm

**Issue**
CHART REVIEWED COMPLETED, NEW ORDERS NOTED.

**Provider: Samuel J. Byrd MD**
**Document generated by: Lavinia Arms,RN 06/02/2023 07:21 PM**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001109



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

## Facility: BTC

PATIENT:               JONATHAN RICHARDSON
DATE OF BIRTH:         ████████
DOC#:                  127630
DATE:                  06/02/2023 07:46 AM
HISTORIAN:             self
VISIT TYPE:            Provider Visit

Established patient

Historian: self

### History of Present Illness:
1. DISCUSS ASTHMA
Reports he was at NCF and fell off the CC for asthma last month. has had asthma since childhood.
Reports he has had issues for a long time.
Works in the kitchen, does not bother him, but the climate chg coming to Branchville has bothered him.
Having wheezing and SOB since weather has changed.
Received a rescue inhaler last week, has used it 3-4x/day.
Has used a maintenance inhaler in past.

### PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD. Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |
| Recurrent major depressive episodes, mild | 10/21/2019 | N | | |

RICHARDSON, JONATHAN   C. 000000127630 ████████ 06/02/2023 07:46 AM 89/291

STATE001110

Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 | |
| Epilepsy | 06/11/2015 | |

Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:37 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 9:37 AM | 213.0 | | 96.615 | dressed with shoes | 29.70 | |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:37 AM | 118/66 | sitting | left | arm | manual | adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:37 AM | 98.80 | 37.1 | ear | 74 | regular | 16 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 9:37 AM | 98 | | RA | | | 21 | | | |

### Comments

| Time | Comments |
|---|---|
| 9:37 AM | PEAK FLOW: 200 300 300. |

### Measured By

| Time | Measured by |
|---|---|
| 9:37 AM | Brittany R. Brumfield, MA |

Physical Exam
RICHARDSON, JONATHAN   C. 000000127630 ▮▮▮▮▮▮ 06/02/2023 07:46 AM 90/291

| Exam | Findings | Details |
|------|----------|---------|
| General Exam | Comments | trace edema to feet bilateral |
| Constitutional | Normal | Well developed. |
| Respiratory | * | Auscultation - Side: bilateral, Location: posterior, Findings: wheezing-inspiratory. |
| Respiratory | Normal | Inspection - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rhythm. No murmurs, gallops, or rubs. |
| Extremity | * | Edema. |
| Psychiatric | * | Poor insight. Poor judgment. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Suicide Risk Screening

### Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Asthma (493.90). |
| | Impression | added maintenance inhaler<br>continue to use rescue inhaler as needed.<br>If you feel you are getting worse, or do not feel you are getting relief and more control over SOB, send slip to medical. |
| | Patient Plan | The patient verbalized an understanding of the plan. |

Medications *(Added, Continued or Stopped this visit)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|------------|-----------|------------|------------|------------|-------------|-----------|
| 06/02/2023 | albuterol sulfate concentrate 2.5 mg/0.5 mL solution for nebulization | inhale 0.5 milliliter by nebulization route 3 times every day (to be given from stock) | N | | | 11/28/2023 |
| 03/22/2023 | estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | | 09/17/2023 |
| 06/02/2023 | fluticasone 113 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | | 11/28/2023 |
| 05/23/2023 | Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | Please send as no inhaler at this time. | 11/18/2023 |
| 05/23/2023 | Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | | 11/18/2023 |
| 03/20/2023 | spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | | 09/15/2023 |

*Provider:*
Nudi, Christina  06/02/2023 11:47 AM
RICHARDSON, JONATHAN  C. 000000127630 ▇▇▇▇ 06/02/2023 07:46 AM 91/291

STATE001112

*Document generated by:* Christina Nudi, FNP 06/02/2023 11:47 AM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN   C. 000000127630          06/02/2023 07:46 AM 92/291

STATE001113



**State of Indiana**                    Division of Medical and Clinical Healthcare Services

**Department of Correction**            Indiana Government Center South
                                        302 W. Washington Street
                                        Indianapolis, IN 46204

**Facility: BTC**

PATIENT:            JONATHAN RICHARDSON
DATE OF BIRTH:      ▮▮▮▮▮▮▮
DATE:               05/31/2023 10:33 AM
VISIT TYPE:         CPCT

**Scoring of compliance with physical health goals**

Acceptable - Has completed 51% or more of assigned goals

Document generated by: Richard Wright, Admin  05/31/2023 10:34 AM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN   C. 000000127630 ▮▮▮▮▮▮ 05/31/2023 10:33 AM 93/291

STATE001114

# SPECIAL NEEDS / URGENT ORDERS

**SITE:  BTC**



**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: BTC

| | |
|---|---|
| PATIENT: | JONATHAN C RICHARDSON |
| DOB: | |
| DOC#: | 127630 |
| DATE: | 05/30/2023 2:36 PM |
| DOCUMENT GENERATED BY: | Patricia Thompson, RN |

**Restriction Orders**

| Order | Start | End | Comments | Ordered By |
|---|---|---|---|---|
| Medical Restrictions | 05/30/2023 | 05/31/2023 | Lay-in for 1 days (out of cell/bunk only for meals, medications, and bathroom). | Patricia Thompson, RN |

expires on 6/1/23

-----------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN  C
NUMBER: 127630
D.O.B :



**State of Indiana**                    Division of Medical and Clinical Healthcare Services

**Department of Correction**            Indiana Government Center South
                                        302 W. Washington Street
                                        Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:              JONATHAN C RICHARDSON
DATE OF BIRTH:        █████████
DOC #:                127630
DATE:                 05/30/2023 2:36 PM
VISIT TYPE:           Nurse Visit

## Nurse Visit

Reason for visit: Sick Call Sick Visit.
HCR#: 238974

Statement of complaint (in patient's words): asthma. breathing

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 2:44 PM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 2:44 PM | 224.0 | | 101.605 | dressed with shoes | 31.24 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 2:44 PM | 138/86 | sitting | left | arm | manual | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 2:44 PM | 97.10 | 36.2 | ear | 84 | regular | 16 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 2:44 PM | 97 | | RA | | | 21 | | | |

## Comments

| Time | Comments |
|------|----------|
| 2:44 PM | peak flow 150 |
| | 150 |
| | 160 |

**Measured By**

| Time | Measured by |
|------|-------------|
| 2:44 PM | Patricia Thompson, RN |

**Nurse Protocols:**

**RESPIRATORY**

**Subjective:**
Date of Onset: 05/30/2023
Previous history? Yes.
Previous treatment effective? No.
History of seasonal allergies? No.
Productive cough? No.
Recent fever? No.
Night sweats? No.
Weight loss? No.

**Objective:**
Nasal Mucosa
N/A to complaint.

Ears
N/A to complaint.

Cervical Lymph Nodes
N/A to complaint.

Lungs
Left lung:
Clear to auscultation? No.
Rales? No.
Crackles? No.
Wheezes? Yes.
Diminished/absent? No.

Right lung
Clear to auscultation? No.
Rales? No.
Crackles? No.
Wheezes? Yes.
Diminished/absent? No.

Throat

N/A to complaint

Eyes
N/A to complaint.

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| prednisone 10 mg tablet | take 1 tablet by oral route 2 times every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| completed | Medication allergies reviewed, other contraindications and pregnancy ruled out prior to treatment | | | | |
| completed | Sick call if signs and symptoms of infection develop or symptoms do not subside | | | | |
| completed | Patient education provided. | | | | |
| ordered | Medical Restrictions | | | | |

**General Comments**

ii came from kithen with sob, wheezing and trouble breathing, lay in given, expires on 6/1/23, peak flow done. 150,150, 160, use inhaler as prescribed, referred to np for further evaluation.

| Education | Date Provided | Provided By |
|---|---|---|
| Medication allergies reviewed, other contraindications | 05/30/2023 | Patricia |

and pregnancy ruled out prior to treatment                                         Thompson, RN
Patient education provided.                          05/30/2023        Patricia
                                                                       Thompson, RN

Document generated by: Patricia Thompson, RN  05/30/2023 02:54 PM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## SPECIAL NEEDS / URGENT ORDERS

**SITE: BTC**



**State of Indiana**    Division of Medical and Clinical Healthcare Services

**Department of Correction**    Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

### Facility: BTC

| | |
|---|---|
| PATIENT: | JONATHAN C RICHARDSON |
| DOB: | |
| DOC#: | 127630 |
| DATE: | 05/23/2023 11:47 PM |
| DOCUMENT GENERATED BY: | Marla Hoke, LPN |

### Classification Orders

| Order | Reason | Status | Start | End |
|---|---|---|---|---|
| Leave for work<br>May return to work 5/27/23 | per medical | ordered | 05/24/2023 | 05/26/2023 |

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:                    JONATHAN C RICHARDSON
DATE OF BIRTH:     ███████
DOC #:                        127630
DATE:                          05/23/2023 11:47 PM
VISIT TYPE:                Nurse Visit

## Nurse Visit

Reason for visit: SOA

Statement of complaint (in patient's words): " I feel like my throat is swollen and I am breathing through pudding"

## Vital Signs

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 11:49 PM | 96 | | RA | | | | | | |

### Peak Flow

| Time | PeakFlow L/min | Timing | Method |
|---|---|---|---|
| 11:49 PM | 200 | Pre-tx | |

### Comments

| Time | Comments |
|---|---|
| 11:49 PM | 225/200. |

### Measured By

| Time | Measured by |
|---|---|
| 11:49 PM | Marla Hoke, LPN |

### Nurse Protocols:
| RESPIRATORY |
|---|

**Subjective:**
Date of Onset 05/22/2023

Patient Name: RICHARDSON, JONATHAN C
ID: 127630     Date of Birth: ███████

Encounter Date: 05/23/2023 11:47 PM

STATE001121