Previous history? Yes.
Previous treatment effective? Yes.
History of seasonal allergies? Yes.
Productive cough? Yes. Comments: yellow phlegm
Recent fever? No.
Night sweats? No.
Weight loss? No.

**Objective:**
Nasal Mucosa
N/A to complaint.

Ears
N/A to complaint.

Cervical Lymph Nodes
N/A to complaint.

Lungs
Left lung:
Rales? Yes.
Wheezes? Yes.

Right lung
Clear to auscultation? Yes.
Rales? Yes.
Wheezes? Yes.

Throat
Erythematous? Yes.

Eyes
N/A to complaint.

**Assessment:**
Alteration in health maintenance related to: sore throat.
Signs and symptoms of infection related to: enlarged cervical lymph nodes.

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 3 times every day, as | N | | |

| | | |
|---|---|---|
| | needed for shortness of breath. | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N |
| prednisone 10 mg tablet | take 1 tablet by oral route 2 times every day | N |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N |

## Orders

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| ordered | Referred to provider - Seen by provider 5/23/23 - awaiting med delivery | | | | |
| completed | Medication allergies reviewed, other contraindications and pregnancy ruled out prior to treatment | | | | |
| completed | Activity restriction for 2 days. Facility notification completed. | | | | |
| completed | Sick call if signs and symptoms of infection develop or symptoms do not subside | | | | |
| completed | Patient education provided. | | | | |
| ordered | Leave for work | | | | 05/26/2023 |

### General Comments

Patient arrived in medical with SOA and outwardly audible wheezing. Lungs with wheezing and rhales throughout. Sp02 97% Saw the provider on 5/23/23 with new orders for prednisone and inhaler - awaiting those meds to be delivered. Med neb completed. with some relief with HR of 106 Sp02 96% Peak flow 175/200/210.
Patient given first dose of prednisone at this time from stock. and instructed to come to pill call window in the AM and PM until medications arrive to carry on person.
Extended lay in until 5/27/23
Released back to dorm and instructed to notify medical staff asap with continued SOA.

Document generated by: Marla Hoke, LPN  05/24/2023 12:09 AM

----------------------------------------------------------------------------------------------------
---

Indiana Government Center South

STATE001123

302 W. Washington Street
Indianapolis, IN 46204

STATE001124



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:           JONATHAN C RICHARDSON
DATE OF BIRTH:     ███████
DOC #:             127630
DATE:              05/23/2023 1:42 PM
VISIT TYPE:        Nurse Visit

## Nurse Visit

Reason for visit: NEB TX

Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 1:43 PM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min |
|---|---|---|---|---|---|---|
| 1:44 PM | | | | 88 | regular | 20 |
| 1:43 PM | | | | 81 | | 20 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 1:44 PM | 97 | | RA | | | 21 | | | |
| 1:43 PM | 97 | | | | | 21 | | | |

**Comments**

| Time | Comments |
|---|---|
| 1:44 PM | POST-TX 225, 200, 200. |
| 1:43 PM | PRE-TX 200, 250, 200 |

**Measured By**

| Time | Measured by |
|---|---|
| 1:44 PM | Jessica N. Bean, LPN |

1:43 PM     Jessica N. Bean, LPN

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 3 times every day, as needed for shortness of breath. | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| prednisone 10 mg tablet | take 1 tablet by oral route 2 times every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**General Comments**

I & E wheezes in right lung
E wheezes in left lung

Document generated by: Jessica N. Bean, LPN  05/23/2023 01:45 PM

---------------------------------------------------------------------------------------------------------------------------
---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001126

## State of Indiana
### Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ███████ |
| DOC#: | 127630 |
| DATE: | 05/23/2023 11:41 AM |
| VISIT TYPE: | Provider Visit |

Established patient

## History of Present Illness:

1. Med Management
   Pt with asthma exacerbation per Nursing staff.  He is needing albuterol nebulizer treatments until HFA available.  I am going to start prednisone to resolve current exacerbation and Singulair to avoid future exacerbations.  Nursing notified.

## PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD.  Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |
| Recurrent major depressive episodes, mild | 10/21/2019 | N | | |

Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |

RICHARDSON, JONATHAN   C. 000000127630 07/21/1982 05/23/2023 11:41 AM 106/29?

STATE001127

| | |
|---|---|
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 |
| Epilepsy | 06/11/2015 |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

## Suicide Risk Screening

### Medications *(Added, Continued or Stopped this visit)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 05/23/2023 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 3 times every day, as needed for shortness of breath. | N | | | 05/29/2023 |
| 03/22/2023 | estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | | 09/17/2023 |
| 08/08/2023 | | | N | | | 08/08/2023 |

Byrd, Samuel J 05/23/2023 11:49 AM

*Document generated by:* Samuel J. Byrd, MD 05/23/2023 11:49 AM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN   C. 000000127630 ▮▮▮▮▮ 05/23/2023 11:41 AM 107/291

## SPECIAL NEEDS / URGENT ORDERS

**SITE: BTC**



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

| PATIENT: | JONATHAN C RICHARDSON |
|---|---|
| DOB: | |
| DOC#: | 127630 |
| DATE: | 05/23/2023 11:41 AM |
| DOCUMENT GENERATED BY: | Jessica N. Bean, LPN |

**Restriction Orders**

| Order | Start | End | Comments | Ordered By |
|---|---|---|---|---|
| Medical Restrictions | 05/23/2023 | 05/23/2023 | Lay-in for 1 days (out of cell/bunk only for meals, medications, and bathroom). | Jessica N. Bean, LPN |

# MAY RETURN TO FULL DUTY 5/24/23

--------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN  C
NUMBER: 127630
D.O.B :

STATE001129



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

### Facility: BTC

PATIENT:                      JONATHAN C RICHARDSON
DATE OF BIRTH:          ▆▆▆▆▆
DOC #:                          127630
DATE:                            05/21/2023 9:16 AM
VISIT TYPE:                  Onsite Consult

## Individual Counsel/Psych Prog Note
**General**
Program Name: Outpatient

## Individuals Present/Support Resources
Individual not present.

## Goals, Objectives, and Interventions Addressed Today

Interventions/Methods Provided:
Correction from MH Intake note on 5/8/2023. Writer noted that Pt was approved for transgender surgery in 2020 by the GD MDT, but was approved for hormone therapy only for which she appears to be stable now for the past 3 years.

Clarification: Pt was referred to writer by the MH staff upon arrival and she was inquiring about transgender surgery. We discussed the fact that IDOC leadership is currently undergoing some debate about the direction that transgender surgeries may go in the future and whether they are halted altogether or the process may resume. Richardson acknowledged understanding and did not seem distressed expressing "I'm used to disappointments. The surgery will eventually happen even if in not in here" (IDOC).

Clinical Impressions: Pt has active diagnosis of borderline personality disorder. Given the gruesome history of murder, 20 years of incarceration, extensive history of suicidality (remote), numerous allegations/incidents of sexual abuse while incarcerated, extreme appearance, and active diagnosis of borderline personality disorder it appears she meets criteria for BPD. Writer does not recommend moving forward with surgery. Regional Leadership made aware of recommendation.

Plan: F/u per policy. Maintain C code.

## Risk Assessment
SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

STATE001130

**Assessment/Diagnosis**

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 72
Date: 05/08/2023.

Highest GAF: 72
Date: 05/08/2023.

---

SIGNATURES

Staff: Signed by Michael R. Farjellah, PsyD,  on 05/21/2023
**Behavioral Health Billing**

Modifier:              N/A

*Document generated by: Michael R. Farjellah, PsyD  05/21/2023 09:20 AM*

-----------------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

## Facility: BTC

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                      127630
DATE:                       05/08/2023 1:40 PM
VISIT TYPE:                 Psychotherapy - Individual

### Individual Counsel/Psych Prog Note
### General
Program Name: Outpatient

### Individuals Present/Support Resources
Contact type:
Telemedicine
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Appearance:  Other:  extreme facial tattoos
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full
Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average

STATE001132

Insight: Within normal limits
Judgment: Within normal limits

## Goals, Objectives, and Interventions Addressed Today

Interventions/Methods Provided:
Pt recently transferred from NCF. She identifies as transgender. She has been incarcerated for murder in 2001 in which she admitted that "All I know is I killed the little fucking bitch" and the coroner stated that asphyxiation was the cause of death of her infant daughter. WRT her transgender status, she has been on hormone therapy for 4 years. Writer informed her that IDOC has decided to not go further with transgender surgery. She took the news well and·said, "I'm used to disappointments. I used to self-harm and have attempted suicide, but I'm at peace now. I always knew I was a girl, but when I was younger I was a degenerate fag. That doesn't define me now."

Impressions: Pt has been through an extensive evaluation process and met with Transgender MDT in mid-2020 and was approved for surgery. She appears to be articulate, engaging, and forward looking, and has come to terms with her identity to a great extent. Not taking any psychotropic meds for many years. Likes to engage in psychotherapy to try and better herself.

Plan: Maintain C code. Refer to psychiatry. F/u per policy.

## Current Assessment

Assessment:
Patient does not present any mental health issues at this time. Patient is responding to treatment plan. The patient is compliant with medications. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
| --- |

Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Suicide | Denies | | 05/08/2023 | 05/08/2023 | No | | | | |
| Property | Denies | | 05/08/2023 | 05/08/2023 | No | | | | |
| Homicide | Denies | | 05/08/2023 | 05/08/2023 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV

Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 72
Date: 05/08/2023.

Highest GAF: 72
Date: 05/08/2023.

SIGNATURES

Staff: Signed by Michael R. Farjellah, PsyD,  on 05/08/2023
**Behavioral Health Billing**

Modifier:                  N/A

*Document generated by: Michael R. Farjellah, PsyD  05/08/2023 02:00 PM*

-----------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Patient Name:  RICHARDSON, JONATHAN                    Page 113 of 291
ID: 127630    Date of Birth: ███████        Encounter Date: 05/08/2023 01:40 PM

STATE001134



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: NCF

PATIENT:          JONATHAN RICHARDSON
DATE OF BIRTH:
DATE:             05/05/2023 11:05 AM
VISIT TYPE:       CPCT

**Goal Measurement**

Goals previously set

Comply with Treatment Plan

Documentation that supports progress or lack thereof towards goals: There has not been any MH involvement during this review period.

**Scoring of compliance with mental health goals**

Unacceptable - has completed 50% or less of assigned goals - 0

I have reviewed this patient's medical record and verify that his/her progress toward identified goals is accurate

Document generated by: Nicole Kelly, Psy.D, HSPP  05/05/2023 11:05 AM

-------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN   127630   05/05/2023 11:05 AM 114/291

STATE001135



**State of Indiana**                    Division of Medical and Clinical Healthcare Services

**Department of Correction**            Indiana Government Center South
                                        302 W. Washington Street
                                        Indianapolis, IN 46204

| **Facility: BTC** | | |
| --- | --- | --- |

PATIENT:              JONATHAN RICHARDSON
DATE OF BIRTH:        ███████
DOC #:                127630
DATE:                 05/01/2023 11:01 PM
VISIT TYPE:           Nurse Visit

## Nurse Visit

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
| --- | --- | --- | --- | --- |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**General Comments**

State labs were drawn. 25 gauge butterfly was used 1 attempt in RAC. Patient tolerated well, 1 SST

Document generated by: Susan R. Deck, RN  05/01/2023 11:02 PM

---------------------------------------------------------------------------------------------

---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Patient Name: RICHARDSON, JONATHAN                    Page 115 of 291
ID: 127630    Date of Birth: ███████                 Encounter Date: 05/01/2023 11:01 PM

STATE001136



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: NCF

PATIENT:          JONATHAN RICHARDSON
DATE OF BIRTH:
DATE:             05/01/2023 03:02 AM
VISIT TYPE:       CPCT

**Goal Measurement**

Physical Health
Goals Previously Set

Comply with treatment plan for physical health condition(s)
Comply with medication regiment to treat physical health condition(s)

**Scoring of compliance with physical health goals**

Acceptable - Has completed 51% or more of assigned goals

**Progress**

I have reviewed this patient's medical record and verify that his/her progress toward identified goals was Accurate

Document generated by: Marrissa B. Runyan, RN  05/01/2023 03:03 AM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001137

## SPECIAL NEEDS / URGENT ORDERS

**SITE: BTC**



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Facility: BTC**

PATIENT:                          JONATHAN RICHARDSON
DOB:
DOC#:                             127630
DATE:                             04/28/2023 7:54 PM
DOCUMENT GENERATED BY:            Patricia Thompson, RN

### Classification Orders

| Order | Reason | Status | Start | End |
|-------|--------|--------|-------|-----|
| Bottom bunk | | ordered | 04/28/2023 | 9/28/23 |

EXPIRES 9-29-23

----------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN
NUMBER: 127630
D.O.B :



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Completed By: | Patricia Thompson, RN |
|---|---|
| Date Completed: | 04/28/2023 |
| Offender Name: | JONATHAN RICHARDSON |
| DOB: | ▇▇▇▇▇▇ |
| Gender: | male |
| Name of Facility: | BTC |
| IDOC Number: | #127630 |

FLU SCREENING FORM

**In the last 24-48 hours, denies experiencing any flu symptoms.**

Flu vaccine received this year  NEWCASTLE

**Date:** 04/28/2023 08:03 PM
**Provider:** Monica Weissling NP
**Document generated by:** Patricia Thompson, RN 04/28/2023 08:03 PM

-------------------------------------------------------------------------------------------------------
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001139



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Patricia Thompson, RN

| | |
|---|---|
| **Completed By:** | |
| **Date Completed:** | 04/28/2023 |
| **Offender Name:** | JONATHAN RICHARDSON |
| **DOB:** | ███████ |
| **Gender:** | male |
| **Name of Facility:** | BTC |
| **IDOC Number:** | #127630 |

## HEAT STRESS QUESTIONNAIRE

Do you weight more than the weight indicates for your age and height on the weight table on the reverse of this form? no

Are you pregnant and in the second half of the pregnancy? no

Do you have emphysema? no

Do you have chronic obstructive lung disease? no

Do you have congestive heart failure?  no

Do you have chronic kidney disease? no

Do you have cirrhosis of the liver? no

Do you take medication to relax the urinary bladder and help control urination? no

Do you take water pills (diuretic medication)? yes

Do you take medication to control allergies? no

Do you take medication to control mental illness? yes

Do you take medication to control the side effects of medication used to control mental illness? no

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001140



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Do you take medication to control intestinal spasm? no

Do you take any other medication that has been prescribed by a doctor? yes

**Date:** 04/28/2023 08:03 PM
**Provider:** Monica Weissling NP
**Document generated by:** Patricia Thompson, RN 04/28/2023 08:03 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
|---|

PATIENT:                      JONATHAN RICHARDSON
DOC#:                         127630
DATE OF BIRTH:                ▮▮▮▮▮▮
DATE:                         04/28/2023 7:54 PM
VISIT TYPE:                   Intake

## Intake

Reason for intake: Intra-facility transfer

**General**
Completed by: Patricia Thompson, RN, 04/28/2023, 7:54 PM

Language: English

Completed date: 04/28/2023     Completed time: 8:04 PM

### Vital Signs

| Exam | Findings | Details |
|---|---|---|
| Eyes | * | Visual acuity - OD: Corrected: 20/25, Uncorrected: 20/200, OS: Corrected: 20/50, Uncorrected: 20/200, OU: Corrected: 20/20, Uncorrected: 20/200. |

| Time | Height Ft | Height In | Weight | BMI | Systolic | Diastolic | Pulse | Resp | Temp | Sp O2 | Peak Flow |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7:55 PM | 5.0 | 11.0 | 224.0 | 31.24 | 120 | 80 | 82 | 18 | 98.00 | 98 | |

| Date | Time | Blood Glucose | Pain Score | Comments |
|---|---|---|---|---|
| 04/28/2023 | 7:55 PM | | | j 7 ON THE SNELLEN CHART. |

### Subjective/Inmate Questionnaire

1. The patient has been told they have:     seizure activity,

2. Have you ever been told you have diabetes? No

3. Do you take prescription medications? Yes

STATE001142

| Medication Name | Sig | Quantity | Refills |
|---|---|---|---|
| estradiol 2 mg tablet | take 3 tablet by oral route every day | 90 | 5 |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | 60 | 5 |

4. Do you currently have any of the following?  No

6. Has been treated for:  mental health,

7. Do you have a painful dental condition? No

8. Do you wear dentures? No

9. Do you wear glasses or contacts? Yes
Are they with you? Yes

10. Do you wear a prosthesis? No

11. Do you use drugs or alcohol? No

12. Have you fainted or had a head injury in the last 72 hours? No

**Allergies**

| Ingredient | Medication Name | Comment |
|---|---|---|
| PENICILLINS | | |
| IBUPROFEN | | |
| CEFTRIAXONE SODIUM | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |
| EGG | | |

**Alcohol and Drug Screening**

Alcohol
Drinks alcohol? Yes

Type: Whiskey.  consumed daily.
1 fifth
Last alcoholic drink was MARCH 2006.

Drug
Uses drugs? The patient uses illicit drugs.

marijuana
 occasionally

Are you currently withdrawing or detoxing from any drug, alcohol or prescription medication? No
Have you ever had blackouts or withdrawal symptoms e.g. seizures, tremors etc from drugs or alcohol?  No

STATE001143

Do you drink alcohol or take drugs regularly and have never stopped? No

Is this person known to facility to have a history of substance
withdrawal in the past? No

**Suicide Risk Screening**

1. Arresting or transporting officer believes subject may be suicide risk. No

2. Lacks close family/friends in community. No

3. Experienced a significant loss within last 6 months (loss of job,
   relationship, death of close family member). No

4. Worried about major problems other than legal situation (terminal illness). No

5. Family member or significant other has attempted or committed suicide
   (spouse, parent, sibling, close friend, and lover). No

6. Has psychiatric history (psychotropic medication or treatment). No

7. Holds position of respect in community (i.e., professional, public official)
   and/or alleged crime is shocking in nature.  Expresses feelings of
   embarrassment/shame. No

8. Expresses thoughts about killing self. No

9. Has a suicide plan and/or suicide instrument in possession. No

10. Has previous suicide attempts.  (Note methods and dates). Yes

11. Expresses feelings there is nothing to look forward to in the future
    (feelings of helplessness and hopelessness). No

12. Shows signs of depression (crying, emotional flatness). No

13. Appears overly anxious, afraid or angry. No

14. Appears to feel unusually embarrassed or ashamed. No

15. Is acting and/or talking in a strange manner.  Cannot focus attention;
    hearing or seeing things not there). No

16. History of substance abuse treatment? No

17. Is apparently under the influence of alcohol or drugs. No

18. If YES to #17, is individual incoherent or showing signs of withdrawal
    or mental illness. No

Total Yes's: 1

Comments:
#6 ATTEMPTED SUCICIDE 2010

**Psychiatric Screening**

History of inpatient mental health treatment?  Yes

History of outpatient mental health treatment? Yes

Currently on psychotropic medications? No
History of cerebral trauma or seizure? Yes

PREA Screening

|  | Risk? |
|---|---|
| 1. How old are you? 41 | No |
| 2. What is your height and weight? Height:  feet,   inches, Weight: |  |
| 3. Were you in special classes at school? | Yes |
| 4. Do you have any physical or mental disabilities? | No |
| 5. Is this your first major incarceration? | Yes |
| 6. Is your criminal history exclusively non-violent? | No |
| 7. Do you have any reason to fear placement in general population? | No |
| 8. Were you ever sexually assaulted or abused as a child? | Yes |
| 9. Have you ever been approached for sex/threatened with sexual assault while incarcerated? | Yes |
| 10. Do you consider yourself any of the following?<br>    Homosexual (No)<br>    Transgender (No)<br>    Intersex  (No)<br>    Bisexual  (No)<br>    Gender Nonconforming  (No) |  |
| 11. Have you had consensual sex while incarcerated? | No |
| 12. Criminal history of sex offenses with adult/child victims? | No |
| 13. Have you ever been sexually assaulted while incarcerated? | Yes |

**Score: 7**

**Category: At risk of victimization (refer for additional screening)**

Detainee reports history of learning
disability or special education services? No

Marital status? Marital status: Single

Highest grade or education level completed? GED

Family /Significant Other Supportive: Yes

Patient Name:  RICHARDSON, JONATHAN                                    Page 124 of 291
ID: 127630     Date of Birth: ▮▮▮▮                          Encounter Date: 04/28/2023 07:54 PM

STATE001145

Employed? Yes

Apparent Level of Cognitive Functioning: average

Current Mental Status
Appearance
Neat and Clean

Activity
Within Normal Limits

Orientation
Alert, oriented x 4

Mood
Euthymic

Affect
Full Range

Speech
Clear

Hallucinations
Denied
None Evidenced

Delusions
None Reported
None Evidenced

**Objective/Visual Observations**

1. Is inmate unconscious or stuporous? No

2. Does the inmate exhibit symptoms/illness requiring emergency medical care? No

3. Has the inmate been seen in a hospital/care facility within the last 24hrs? No

4. Based on my assessment, this inmate requires an evaluation at a hospital/emergency facility before acceptance at this facility. No

5. Does the inmate appear to be under the influence of drugs or alcohol? No

6. Are there any signs of abnormality or visible signs of alcohol/drug withdrawal? No

7. Does the inmate's behavior suggest the risk of suicide or mental illness? No

STATE001146

9. Does the inmate exhibit any of the these? No

10. Are there signs of breathing difficulties or chest pain? No

11. Are there any signs of restricted or compromised movement? No

12. Does inmate exhibit characteristics of potentially being at risk for victimization? No

**TB Review**

Have you ever tested positive for PPD?  No

Do you suffer from any of these? No

**TST:**
TB Screening: PPD Not Placed

**TB Screening**
Skin Lesions: No
Hemoptysis: Hemoptysis: No
Known TB exposure:  no

**Assessment/Plan**

| Status | Order | Reason | Frequency | Duration | Stop Date |
|--------|-------|--------|-----------|----------|-----------|
| ordered | CLEARED FOR KITCHEN | | | | |

Intake Reviewed By: Patricia Thompson, RN  on 04/28/2023  at 8:02 PM

*Document generated by: Patricia Thompson, RN  04/28/2023 08:04 PM*

------------------------------------------------------------------------
------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Patient Name:  RICHARDSON, JONATHAN
ID: 127630    Date of Birth: ███████

Encounter Date: 04/28/2023 07:54 PM

STATE001147



**State of Indiana**          Division of Medical and Clinical Healthcare Services
**Department of Correction**          Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Completed By:**          Patricia Thompson, RN
**Date Completed:**        04/28/2023
**Offender Name:**         JONATHAN RICHARDSON
**DOB:**                   ▮▮▮▮▮▮▮▮
**Gender:**                male
**Name of Facility:**      BTC
**IDOC Number:**           # 127630

## SYPHILIS SCREENING FORM

**1.** Are you or have you ever been diagnosed or treated for syphilis:  no
**2.** HIV infected: no
**3.** Had sex with other men: yes
**4.** Diagnosed with sexually transmitted disease within the past year:  no
**5.** Exchanged sex for drugs or money or had a sex a sexual partner who did: no
**6.** Had multiple sex partners within the past year: no
**7.** Been a victim of sexual assault: yes

**REFER FOR SYPHILIS SEROLOGY**

**Date:** 04/28/2023 08:03 PM
**Provider:** Monica Weissling NP
**Document generated by:** Patricia Thompson, RN 04/28/2023 08:03 PM

------------------------------------------------------------------------------------------------------------------------
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001148

## DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE:  NCF**
**COMPLETED BY:  Melissa K. Isaacs, RN  04/28/2023 7:33 AM**



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: NCF |
|---|

PATIENT:                              JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                               127630
DATE:                                04/28/2023 7:33 AM
VISIT TYPE:                          Transfer Documentation

**Transfer information**
Type of transfer:          intrasystem
Transferring facility:     NCF
Receiving facility:        BTC
Date of transfer:          04/28/2023
**Problem List**
Polysubstance Dependence
Nonspecific reaction to
tuberculin skin test witho
major depression in remission
Esophageal reflux
Epilepsy
Borderline personality disorder
Asthma

**Medication**
Current Medications

| Medication | Instructions | Stop Date |
|---|---|---|
| spironolactone 100 mg tablet | take 2 tablet by oral route  every day | 09/15/2023 |
| estradiol 2 mg tablet | take 3 tablet by oral route  every day | 09/17/2023 |

Medications Amount Sent

| Medication Name | Amount Sent | Date Sent | Time Sent | Doc By |
|---|---|---|---|---|
| estradiol 2 mg tablet | 69 | 04/28/2023 | 7:33 AM | Melissa K. Isaacs, RN |

**Current TB status**

| Obtained/Plac ed | Read | Result |
|---|---|---|
|  |  |  |

RICHARDSON, JONATHAN    127630            04/28/2023 07:33 AM Page: 128/291

## DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: NCF**
**COMPLETED BY: Melissa K. Isaacs, RN  04/28/2023 7:33 AM**

| | | |
|---|---|---|
| 07/08/2007 | 07/11/2007 | 0 mm |
| 07/17/2012 | 07/19/2012 | 0 mm |
| 05/08/2014 | 05/10/2014 | 0 mm |
| 07/22/2016 | 07/24/2016 | 0 mm |
| 07/21/2017 | 07/23/2017 | 0 mm |
| 07/21/2018 | 07/23/2018 | 0 mm |
| 10/12/2019 | 10/14/2019 | 0 mm |
| 07/19/2020 | 07/21/2020 | 0 mm |
| 07/10/2021 | 07/11/2021 | 0 mm |
| 07/20/2022 | 07/23/2022 | 0 mm |

**Current TB/Last Health Assessment**

| Obtained/Placed | Read | Result | Side |
|---|---|---|---|
| 07/08/2007 | 07/11/2007 | 0 mm | |
| 07/22/2008 | 07/25/2008 | 0 mm | left |
| | | | left |
| 07/17/2012 | 07/19/2012 | 0 mm | left |
| 05/08/2014 | 05/10/2014 | 0 mm | left |
| 07/22/2016 | 07/24/2016 | 0 mm | left |
| 07/21/2017 | 07/23/2017 | 0 mm | left |
| 07/21/2018 | 07/23/2018 | 0 mm | right |
| 10/12/2019 | 10/14/2019 | 0 mm | left |
| 07/19/2020 | 07/21/2020 | 0 mm | right |
| 07/09/2021 | | | left |
| 07/10/2021 | 07/11/2021 | 0 mm | left |
| 07/20/2022 | 07/23/2022 | 0 mm | left |

**Labs**

| Status | Ordered | Lab Order | Timeframe | Comments |
|---|---|---|---|---|
| result received | 05/31/2007 | (PT / INR) Prothrombin Time | Routine | |
| result received | 05/31/2007 | PTT | Routine | |
| result received | 06/05/2007 | Comp Panel + CBC/Plt | Routine | |
| result received | 06/15/2007 | CBC with Differential | Routine | |
| result received | 03/18/2009 | CMP 12 + BAC + CBC/PLT | Routine | |
| result received | 08/10/2009 | Dilantin (Phenytoin), Serum -F | Routine | |
| result received | 08/17/2009 | Dilantin (Phenytoin), Serum -F | Routine | |
| result received | 08/31/2009 | Dilantin (Phenytoin), Serum -F | Routine | |
| result received | 09/19/2009 | Dilantin (Phenytoin), Serum -F | STAT | lab sent to scch as ordered, dilantin level |
| result received | 11/23/2009 | CMP 12 + BAC + | Routine | Fasting. |

RICHARDSON, JONATHAN    127630 ████████    04/28/2023 07:33 AM Page: 129/291

STATE001150

## DEPARTMENT OF CORRECTIONS
### INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: NCF**
**COMPLETED BY: Melissa K. Isaacs, RN  04/28/2023 7:33 AM**

| | | | | |
|---|---|---|---|---|
| | | CBC/PLT -F | | |
| result received | 11/23/2009 | Lipid panel -F | Routine | Fasting. |
| result received | 11/23/2009 | Tegretol (Carbamazepine), Serum -F | Routine | Fasting. |
| result received | 01/12/2010 | CMP 12 + BAC + CBC/PLT -F | Routine | |
| result received | 01/12/2010 | Thyroid Panel (T4, TSH, T3U) -F | Routine | |
| result received | 01/12/2010 | Dilantin (Phenytoin), Serum -F | Routine | |
| ordered | 0S/23/2016 | CH24/HDL,CBC/D/PLT | | |
| ordered | 04/28/2017 | CBC WITH DIFF | | |
| ordered | 04/28/2017 | COMPREHENSIVE METABOLIC PANEL | | |
| ordered | 04/28/2017 | HEMOGLOBIN A1C | | |
| ordered | 04/28/2017 | TSH | | |
| ordered | 07/13/2017 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) | | |
| ordered | 09/21/2017 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) | | |
| ordered | 09/21/2017 | COMPREHENSIVE METABOLIC PANEL | | |
| ordered | 09/21/2017 | CBC WITH DIFF | | |
| ordered | 03/26/2018 | HEPATIC FUNCTION PANEL (LFTs) | | |
| ordered | 03/26/2018 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) | | |
| ordered | 09/24/2018 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) | | |
| ordered | 09/24/2018 | CBC WITH DIFF | | |
| ordered | 09/24/2018 | COMPREHENSIVE METABOLIC PANEL | | |
| ordered | 11/19/2018 | CULTURE, WOUND | | |
| ordered | 11/19/2018 | COMPREHENSIVE METABOLIC PANEL | | |
| ordered | 11/19/2018 | CBC WITH DIFF | | |
| ordered | 03/25/2019 | LIPID (CARDIAC) PANEL(INCL | | |

RICHARDSON, JONATHAN    127630 ▓▓▓▓    04/28/2023 07:33 AM Page: 130/291

STATE001151

# DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: NCF**
**COMPLETED BY: Melissa K. Isaacs, RN  04/28/2023 7:33 AM**

| | | |
|---|---|---|
| | | CHOLESTEROL, TRIG, HDL, LDL) |
| ordered | 03/25/2019 | HEPATIC FUNCTION PANEL (LFTs) |
| ordered | 06/23/2020 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) |
| ordered | 06/23/2020 | PROLACTIN |
| ordered | 06/23/2020 | TESTOSTERONE, TOTAL |
| ordered | 06/23/2020 | COMPREHENSIVE METABOLIC PANEL |
| ordered | 06/23/2020 | ESTRADIOL |
| ordered | 06/23/2020 | CBC WITH DIFF |
| ordered | 08/21/2020 | BASIC METABOLIC PANEL |
| ordered | 09/24/2020 | CBC WITH DIFF |
| ordered | 09/24/2020 | ESTRADIOL |
| ordered | 09/24/2020 | COMPREHENSIVE METABOLIC PANEL |
| ordered | 09/24/2020 | TESTOSTERONE, TOTAL |
| ordered | 09/24/2020 | PROLACTIN |
| ordered | 09/24/2020 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) |
| ordered | 03/05/2021 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) |
| ordered | 03/05/2021 | TESTOSTERONE, TOTAL |
| ordered | 03/05/2021 | COMPREHENSIVE METABOLIC PANEL |
| ordered | 03/05/2021 | CBC WITH DIFF |
| ordered | 03/05/2021 | ESTRADIOL |
| ordered | 06/03/2021 | ESTRADIOL |
| ordered | 06/03/2021 | TESTOSTERONE, TOTAL |
| ordered | 06/03/2021 | PROLACTIN |
| ordered | 02/08/2022 | PROLACTIN |
| ordered | 02/08/2022 | URINALYSIS |
| ordered | 02/08/2022 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) |
| ordered | 02/08/2022 | TESTOSTERONE, TOTAL |
| ordered | 02/08/2022 | COMPREHENSIVE METABOLIC PANEL |

STATE001152

## DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: NCF**
**COMPLETED BY: Melissa K. Isaacs, RN  04/28/2023 7:33 AM**

| | | |
|---|---|---|
| ordered | 02/08/2022 | CBC WITH DIFF |
| ordered | 02/08/2022 | ESTRADIOL |
| ordered | 03/22/2023 | ESTRADIOL |
| ordered | 03/22/2023 | CBC WITH DIFF |
| ordered | 03/22/2023 | COMPREHENSIVE METABOLIC PANEL |
| ordered | 03/22/2023 | TSH |
| ordered | 03/22/2023 | TESTOSTERONE, TOTAL |
| ordered | 03/22/2023 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) |

Diagnostics

| Status | Ordered | Order | Location | Timeframe |
|---|---|---|---|---|
| obtained | 05/02/2016 | Chest two views | | |
| ordered | 05/11/2016 | Chest X-ray; AP/Lat (2 views) | | -today |
| ordered | 01/01/2014 | Chest two views | | |
| ordered | 01/01/2014 | Chest two views | | |
| ordered | 01/02/2014 | Chest two views | | |
| ordered | 12/15/2014 | Chest two views | | |
| ordered | 11/16/2015 | Sacrum and coccyx (minimum two views) | | |
| ordered | 03/04/2019 | Chest two views Bilateral | | |
| ordered | 11/07/2013 | Fingers minimum two views Right | | |
| ordered | 01/01/2014 | 12 lead EKG | | |

Classifications

| Order | Reason | Frequency | Ordered Date |
|---|---|---|---|
| Bottom bunk | claw hand | | 03/22/2023 |

Office Procedures

| Status | Ordered | Procedures | Location | Time | Date |
|---|---|---|---|---|---|
| result received | 03/14/2011 | Ear irrigation | | | 03/14/2011 |

Office Services part 1

| Status | Ordered | Order | Timeframe | Completed |
|---|---|---|---|---|
| specimen obtained | 07/22/2008 | PPD 0.1 mL ID | | 07/25/2008 |
| result received | 08/31/2009 | discharge from infirmary | | 09/29/2010 |
| result received | 08/31/2009 | MDSC within 7 days | | 09/29/2010 |
| result received | 09/21/2009 | Please make full admit to infirmary | | 09/29/2010 |

RICHARDSON, JONATHAN    127630 ████    04/28/2023 07:33 AM Page: 132/291

# DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: NCF**
**COMPLETED BY: Melissa K. Isaacs, RN  04/28/2023 7:33 AM**

| | | | |
|---|---|---|---|
| result received | 09/21/2009 | MDSC within 7d of discharge | 09/29/2010 |
| result received | 09/21/2009 | vitals q shift | 09/29/2010 |
| result received | 11/16/2009 | suture removal 11/26 | 09/29/2010 |
| result received | 12/07/2009 | Send to SCCH ER via ambulance for head/neck injury | 09/29/2010 |
| result received | 12/08/2009 | Release from infirmary | 09/29/2010 |
| result received | 12/08/2009 | MDSC within 7 days | 09/29/2010 |
| result received | 01/12/2010 | Admit to infirmary-ACUTE | 09/29/2010 |
| result received | 01/12/2010 | Please place IV-saline lock | 09/29/2010 |
| result received | 01/12/2010 | Seizure precautions | 09/29/2010 |
| result received | 01/12/2010 | MD to see patient daily M-F and prn | 09/29/2010 |
| result received | 01/12/2010 | Vitals q shift | 09/29/2010 |
| result received | 03/01/2010 | Discharge from infirmary | 09/29/2010 |
| result received | 03/01/2010 | MDSC within 7d | 09/29/2010 |
| result received | 03/24/2010 | Suture removal 3/28 | 09/29/2010 |
| result received | 03/26/2010 | admit to infirmary-acute | 09/29/2010 |
| result received | 03/26/2010 | MD to see weekdays and prn | 09/29/2010 |
| result received | 03/26/2010 | Fall precautions | 09/29/2010 |
| obtained | 04/06/2010 | PPD 0.1 mL ID | |
| result received | 03/14/2011 | Ear irrigation | 03/22/2011 |
| ordered | 01/01/2014 | 12 lead EKG | |
| specimen obtained | 07/09/2021 | PPD 0.1 mL ID | |

Office Services part 2

| Status | Ordered | Order | Timeframe | Completed |
|---|---|---|---|---|
| ordered | 02/08/2022 | splint/brace - wrist | | |

Referrals

| Status | Ordered | Provider | Specialty | Timeframe | Reason |
|---|---|---|---|---|---|
| completed' | 07/15/2011 | | | | |
| ordered | 05/10/2016 | | | | |
| ordered | 02/08/2022 | | | | Carpal tunnel syndrome |
| ordered | 12/15/2014 | | Provider | | |
| ordered | 07/02/2014 | | | ASAP | |
| ordered | 02/05/2019 | | | | |
| ordered | 02/12/2013 | | | | |
| ordered | 02/09/2013 | | | Routine | |
| ordered | 10/07/2013 | | | Routine | |

RICHARDSON, JONATHAN    127630 ▬▬▬    04/28/2023 07:33 AM Page: 133/291

## DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: NCF**
**COMPLETED BY: Melissa K. Isaacs, RN  04/28/2023 7:33 AM**

| | | | |
|---|---|---|---|
| ordered | 08/26/2014 | | |
| ordered | 08/26/2014 | | Routine |
| ordered | 11/10/2015 | | Routine |
| ordered | 03/16/2016 | | |
| ordered | 05/02/2016 | | |
| ordered | 11/07/2022 | | |
| ordered | 11/07/2022 | | |
| ordered | 11/07/2022 | | |
| ordered | 11/07/2022 | | |
| ordered | 11/07/2022 | | |
| ordered | 11/07/2022 | | |
| ordered | 11/07/2022 | | |
| ordered | 11/08/2014 | | ASAP |
| ordered | 11/08/2014 | | ASAP |
| ordered | 10/01/2014 | Provider | |
| ordered | 10/16/2014 | Provider in four weeks | |
| ordered | 11/19/2014 | Provider | |
| ordered | 10/22/2015 | | Routine |
| ordered | 01/18/2017 | | ASAP |
| ordered | 04/17/2016 | | Routine |
| ordered | 09/25/2018 | | ASAP |
| ordered | 09/25/2018 | | ASAP |
| ordered | 11/17/2018 | | |
| ordered | 06/15/2019 | | |
| ordered | 02/01/2022 | | Routine |
| ordered | 04/15/2022 | | |
| result received | 06/01/2010 | | 1 Month |
| result received | 06/01/2010 | | |
| result received | 02/27/2010 | | |

| Clinic | Enroll Date | Last Visit | Disenroll Date | Disenroll Reason |
|---|---|---|---|---|
| Asthma | 07/08/2020 | 10/25/2022 | | |
| Asthma | 04/08/2020 | | 05/05/2022 | |
| Asthma | 01/14/2020 | | 05/05/2022 | |
| Asthma | 01/14/2020 | | | |
| Asthma | 10/14/2019 | 10/14/2019 | | |
| Asthma | 07/16/2019 | | | |
| Asthma | 04/05/2019 | 04/05/2019 | | |
| Asthma | 04/05/2019 | | | |
| Asthma | 10/16/2018 | 10/16/2018 | | |
| Asthma | 05/11/2016 | | | |
| Other | 10/21/2021 | 10/25/2022 | | |

*Document generated by:* Melissa K. Isaacs, RN 04/28/2023 07:34 AM

-------------------------------------------------------------------------------------------

RICHARDSON, JONATHAN    127630    ▮▮▮▮    04/28/2023 07:33 AM Page: 134/291

## DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE:  NCF**
**COMPLETED BY:  Melissa K. Isaacs, RN  04/28/2023 7:33 AM**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN    127630 ███████    04/28/2023 07:33 AM Page: 135/291

STATE001156

 **State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

**Facility: NCF**

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                      127630
DATE:                       03/22/2023 1:22 PM
VISIT TYPE:                 Nurse Visit

## Nurse Visit

Reason for visit: False HCR-
HCR#: 572734

Statement of complaint (in patient's words): STD testing. Asked "Ma'am What I am here for?" Shown HCR to pt, States ma'am i didn't write this.

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**General Comments**

pt didn't write HCR 572734 to be tested for STD. Claims someone else wrote it

Document generated by: Attarah Waller  03/22/2023 01:28 PM

---

Indiana Government Center South
302 W. Washington Street

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth:

STATE001157

Indianapolis, IN 46204

# SPECIAL NEEDS / URGENT ORDERS

**SITE:  NCF**



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: NCF** |
|---|

PATIENT:                                          JONATHAN RICHARDSON
DOB:
DOC#:                                              127630
DATE:                                              03/22/2023 7:15 AM
DOCUMENT GENERATED BY:       Nicolle Courtney, MA

## Classification Orders

| Order | Reason | Status | Start | End |
|---|---|---|---|---|
| Bottom bunk | claw hand | ordered | 03/22/2023 | 09/22/2023 |

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN
NUMBER: 127630
D.O.B :

STATE001159



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: NCF

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ▓▓▓▓ |
| DOC#: | 127630 |
| DATE: | 03/22/2023 07:15 AM |
| VISIT TYPE: | Provider Visit |

Established patient

## History of Present Illness:
1. hormone replacement therapy

### PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD. Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |
| Recurrent major depressive episodes, mild | 10/21/2019 | N | | |

### Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 | |
| Epilepsy | 06/11/2015 | |

RICHARDSON, JONATHAN    127630▓▓▓▓    03/22/2023 07:15 AM 139/291

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | telehealth visit - heart/lung sounds not assessed. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rhythm. No murmurs, gallops, or rubs. |

## Suicide Risk Screening

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Gender identity disorder in adults (302.85). |
| | Provider Plan | 1. HRT: has not gotten labs in quite some time, check testosterone, estradiol, cbc, cmp. on 6 mg estradiol, will likely not go above this level. cont. spironolactine at 200 mg daily. rtc 4 weeks after labs are back. |

## Labs

| Date Ordered | Status | Test Status | Description | Order# | Provider | Test Location |
|---|---|---|---|---|---|---|
| 03/22/2023 07:15 AM | Ordered | Sent | CBC WITH DIFF / COMPREHENSIVE METABOLIC PANEL / LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) / TSH / ESTRADIOL / TESTOSTERONE, TOTAL | 1159155 2 | Carter, Jason G | NCF |

## Medications *(Added, Continued or Stopped this visit)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 03/22/2023 | estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | | 09/17/2023 |
| 03/20/2023 | spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | | 09/15/2023 |

*Provider:*
 Carter, Jason G 03/22/2023 10:22 AM
*Document generated by:* Jason G. Carter, MD 03/22/2023 10:22 AM
 RICHARDSON, JONATHAN   127630   ███████   03/22/2023 07:15 AM 140/291

STATE001161

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN   127630       03/22/2023 C7:15 AM 141/291

STATE001162

**State of Indiana**          Division of Medical and Clinical Healthcare Services
**Department of Correction**          Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: NCF** |
|---|

PATIENT:                     JONATHAN RICHARDSON
DATE OF BIRTH:          ▓▓▓▓▓▓
DOC #:                        127630
DATE:                         03/01/2023 11:39 AM
VISIT TYPE:                 Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
HCR#: 672309

**Subjective Information**
Individual's report of progress towards goals/objectives since last session:
"Dr. keris; i would like to speak with her concerning my gender dysphoria and my requests for gender reassignment surgery. thank you in advance, sincerely, autumn cordellione

**Goals, Objectives, and Interventions Addressed Today**
Interventions/Methods Provided:
response: "you're on the list for evaluation."

**Risk Assessment**
SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

**Assessment/Diagnosis**
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 08/17/2022.

Highest GAF: 70
Date: 08/17/2022.

STATE001163

SIGNATURES

Staff: Signed by Ellen L. Keris, PhD, on 03/01/2023
**Behavioral Health Billing**

Modifier:                  N/A

*Document generated by: Ellen L. Keris, PhD  03/01/2023 11:41 AM*

-----------------------------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001164



**State of Indiana** · Division of Medical and Clinical Healthcare Services

**Department of Correction**       Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

**Facility: NCF**

---

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                      127630
DATE:                       12/21/2022 12:22 PM
VISIT TYPE:                 Psychotherapy - Individual

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

**Individuals Present/Support Resources**
Contact type:
Telemedicine
Individual present.


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Appearance:  Other:  bright eye shadow, make up on cheeks
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full
Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average

STATE001165

Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
IP seen in rm 13 for SVAT fu.

New issues/stressors/extraordinary events presented today: None reported

Explanation: IP was assessed by MHP Ingalls via telehealth on 12/21/2022. MH Clerk Smith was present with IP during the encounter. The IP was located at NCCF in lower education room 13. MHP Ingalls delivered telehealth service from office located in Indianapolis, IN.

IP scheduled for SVAT f/u. IP denies any mh concerns this date. She reports some stress with the upcoming holidays and being "sad." She reports spending her time engaging in self care activities "that make me happy" to help her cope. She reports having a dorm detail job and things are going well in the pod. There are no overt mh sxs noted this date. Her only concerns are in regards to surgery and if she will be approved for a women's prison. Will f/u with regional. IP will be scheduled per policy.

## Current Assessment

Assessment:
The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
| --- |

Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Suicide | Denies | | 12/21/2022 | 12/21/2022 | No | | | | |
| Property | Denies | | 12/21/2022 | 12/21/2022 | No | | | | |
| Homicide | Denies | | 12/21/2022 | 12/21/2022 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV
Severity: Moderate

STATE001166

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 08/17/2022.

Highest GAF: 70
Date: 08/17/2022.

---

SIGNATURES

Staff: Signed by Kyleigh J. Ingalls, MHP, on 12/21/2022
**Behavioral Health Billing**

Modifier:            N/A

*Document generated by: Kyleigh J. Ingalls, MHP  12/21/2022 02:04 PM*

--------------------------------------------------------------------------------------------------------------------
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001167

INDIANA DEPARTMENT OF CORRECTION
**CONFIDENTIAL**

**MENTAL HEALTH SERVICES CONSENT FOR TREATMENT AND LIMITS OF CONFIDENTIALITY**
<u>Understanding and Agreement</u>

Mental Health Services staff provide counseling and psychological evaluations for offenders in this facility. The mental health staff wants you to feel comfortable in discussing your personal concerns with them, but you need to be aware of special situations in which confidentiality will be limited.

Security and safety are very important in jails and prisons. To ensure the safety of everyone, mental health staff must report situations which could be harmful to yourself or others, or a threat to the orderly operation of the facility, such as, but not limited to:

1. Escape Planning
2. Planned violence toward others
3. Risk of suicide
4. Hunger strikes
5. Drug sale or trafficking during incarceration
6. Inappropriate relationships with staff
7. Child abuse or neglect
8. Behavior that endangers another person

For many problems and concerns, group settings are the best mode of treatment or intervention. However, while mental health staff encourage all group members to follow the instruction to keep anything said during group sessions to themselves, we cannot guarantee that information discussed during group counseling will not be shared by group members with others. You need to be aware that confidentiality leaks can happen. Offenders found to be sharing information from the group with others may be removed from the group.

Progress notes regarding your attendance, level of participation, and treatment progress will be entered into your health record. This information will be released under the same conditions as any other health care treatment information.

I have read the information above and have been given the opportunity to ask questions about the limits of confidentiality. Having understood and agree to the above, I hereby apply for mental health treatment.

| Date (month, day, year) | Signature of offender/student | Printed name |
|---|---|---|
| Date (month, day, year) | Signature of staff and title | Printed name |
| Date (month, day, year) | Signature of Superintendent (juveniles only) | Facility |

***Appearance of this document in the electronic medical record affirms that the signed form has been placed in the patient's paper chart.***

Provider: Dana D. Killingsworth PsyD - Document generated by: Dana D. Killingsworth, Psy  12/08/2022

PATIENT:  JONATHAN  RICHARDSON
IDOC#:    127630
DATE OF BIRTH:  ███████
FACILITY:  NCF

STATE001169

 **TELEHEALTH SERVICES CONSENT OR REFUSAL AND RELEASE FROM RESPONSIBILITY FOR MEDICAL OR OTHER TREATMENT**
State Form 55977 (3-16)
DEPARTMENT OF CORRECTION

| CONFIDENTIAL |
| --- |

*To the patient:*
It is your legal right to determine the extent of your medical care. Please read this form carefully and if you have any questions, ask your physician or nurse <u>now</u>, before you sign this form.

| Name of Patient | DOC |
| --- | --- |
| JONATHAN RICHARDSON | # 127630 |

| Date/Time | Dorm/Unit |
| --- | --- |
| 12/08/2022 03:11 PM | |

**CONSENT**

I hereby authorize the Indiana Department of Correction Health Services Staff to perform the following services via Telehealth with a contractual hospital.

**Treatment:**

**to be performed by:**

I also give my consent to use any Telehealth equipment needed in order to perform a full examination according to hospital/physician recommendations.

I certify that i have read fully, understand and have had explained to me the above informed consent for Telehealth services and that it is my intention to have the above proposed visit carried out as stated. I verify that all blanks requiring insertion were completed and any inapplicable paragraphs, if any, were stricken and personally initiated before i signed.

| Signature of Patient | Date |
| --- | --- |
| {SIGNATURE PAD} | |

STATE001170



**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: NCF** |
|---|

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ▮▮▮▮▮▮ |
| DOC #: | 127630 |
| DATE: | 12/08/2022 7:57 AM |
| VISIT TYPE: | Intake No Medical Services |

**Reasons for Visit**
This 40 year old male.

## Substance Use / Addictive Behavior History

Individual reports current use or a history of the following:
Drinks alcohol: Yes

## Medication Information
Active medications:

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 4 times every day, as needed for shortness of breath. | N | | |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

## Mental Status Evaluation
## Mental Status Exam

### General Observations
Appearance:     Other:  wearing bright eye shadow
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

STATE001171