**Mental Status**
Unremarkable
Mood: Euthymic
Affect: Full
Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

Written narrative:
Patient was seen via telehealth for inter facility transfer screen.

Patient identifies as female and uses she/her pronouns. She arrived to NCF from RDC. Reviewed the Consent for Treatment and Limits of Confidentiality form and telehea th consent with Patient. Patient signed the forms and signed copies have been placed in his medical record.

MH Clerk Smith was present with the Patient during the encounter. Patient was at NCCF, while this writer delivered telehealth services from Pennsylvania. Patient's ID was verified by name/DOC#. The Patient was given the opportunity to ask questions regarding the use of the telehealth.

EMR reviewed for psychiatric history. Current mental health code, diagnosis, and treatment plan have been reviewed and updated to reflect current needs.

Patient is not currently prescribed psychotropic medication. She says that she prefers therapy because she is prone to overdose.

Patient arrived as a C MH code with active GID and MDD diagnosis.

HCR submitted 11/29, received/triaged 11/30 "I would like to speak to mental health, preferably a female as Im transgender. (The missed appointment on 11/18 was your fault, if you wondering why I'm repeating this, it's in the hopes that repetition will assure your comprehension of this material and your assured compliance!!!) If not, grievances will follow, thank you and have a good day"
HCR submitted 11/29/22, received/triaged 11/30 "I requested to have my gender reaffirming surgery. I was scheduled to see a specialist with the medical provider for my gender dysphoria. Mental health was the initiator of this request for review. Do I have to start this process over at NCF? If so, please schedule me to begin this process again. Thanks in advance (The missed appointment on 11/18 was your fault, please see that this doesn't happen again!!!)"

Pt says that she has been on the hormones for almost 4 years. Based on chart review, however, it appears that she started hormones 7/9/2020 following MDT call on 6/17/2020
Pt reports the following symptoms:

She says that she deals with a lot of stressors and tends to suffer from PTSD, manic depression. Pt says that people put her down and approach her sexually when she does not want it. She says that she deals with "internal sexual frustration". She says that she is an OCD type person and must keep her are a certain way and her makeup must be a certain way. Pt says that she spends a significant amount of time each day shaving her entire body because she does not like to feel any bumps.

Pt says that when manic or depressive, she eats less. She also says that she sleeps too much and feels "apathy" Reports mania consists of "hyperfocused activities", irrational thinking, bursts of energy. She reportedly copes by taking a moment to close eyes and focus on breathing. Lasts a few minutes to a few hours. Reports being easily distracted, racing thoughts. Pt says depression last 10-15 mins.

Pt reports multiple suicide attempts. She reportedly overdosed on tegretol in 2008 and Elavil in 2004, which resulted in her being in a coma x 25 days. No SSA in the past year.
PTSD - pt says she has been incarcerated for almost 22 years. Loud noises make her on alert, hyperarousal, violence, hostility lead to worry. Pt says she was raped a couple times in the early 2000s. She also says she was "locked" in the past. Pt denies any nightmares, saying she does not get REM sleep so does not dream at all. She says that she has a lot of fears and awakens startled.

SVAT
Patient experienced prior sexual victimization/perpetration and reports the desire for MH 14 day f/u regarding these reported events.
Pt denies any current fear in her dorm.

Pt reports sister-in-law is supportive. the rest of her family has passed away.

Diagnostic Impression:
Pt's presentation is consistent with current dx.

Patient will continue to be monitored for diagnostic clarification. Will re-class to C MH code. Patient will be followed by mental health per policy, treatment plan, or request. Patient will be added to waitlist for depression group.

Statewide MH Director notified of pt's desire to pursue gender re-affirming surgery.

## RISK ASSESSMENTS

CURRENT ENCOUNTER

| Risk Assessments |
|---|
Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| # | Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Homicide | Denies | | 12/08/2022 | 12/08/2022 | No | | | | |
| 2 | Property | Denies | | 12/08/2022 | 12/08/2022 | No | | | | |
| 3 | Suicide | Denies | | 12/08/2022 | 12/08/2022 | No | | | | |

| # | Attempt | Planned/I mpulsive | Drug/Alcohol Influenced | Medically Treated | Plan | Attempt Description |
|---|---|---|---|---|---|---|
| 1 | | | | | | |

STATE001173

2
3

## SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

### Past Risk and Alerts
Did violence result in injury? No

Did violence ever involve the use of a weapon? No

Was individual under the influence of drugs or alcohol at the time? No

### Psychiatric Screening

Marital status? Marital status: Single

### Suicide Risk Screening

### Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 08/17/2022.

Highest GAF: 70
Date: 08/17/2022.

### Treatment Recommendations/Assessed Needs

| Number | Priority | Needs | Status | Identified | Resolved | Rationales |
|---|---|---|---|---|---|---|
| 3 | | Depression | | 06/09/2016 | | |
| 4 | 1 | Depression | active | 07/22/2019 | | |
| 5 | 1 | Evaluation for gender dysphoria | active | 07/22/2019 | | |

### SIGNATURES

STATE001174

Staff: Signed by Dana D. Killingsworth, Psy, on 12/08/2022

*Document generated by: Dana D. Killingsworth, Psy  12/08/2022 03:12 PM*

------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001175



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: NCF** |
|---|

PATIENT:              JONATHAN RICHARDSON
DATE OF BIRTH:        ███████████
DOC #:                127630
DATE:                 12/08/2022 7:57 AM
VISIT TYPE:           Intake No Medical Services

### Evaluation of Suicide Risk

**Reason for Suicide Risk Assessment (as applicable):**

Encounter type: Initial intake screening

**Historical Risk Factors (static):**

Family/close friends history of suicide: Yes.  father, 2 brothers by hanging, OD

Prior suicidal/self-injurious behavior: Yes.  2008 OD on tegretol, 2004 OD on Elavil and in a coma for 25 days

Prior suicidal/self-injurious ideation: Yes.

History of substance abuse: No.

History of physical or sexual abuse: Yes.  sexually assaulted in prison

History of severe impulsivity: No.

History of mental illness/psychiatric treatment: Yes.

**Clinical Risk Factors:**

The following clinical risk factors were validated in regards to the patient:No clinical risk factors were noted.

The following clinical risk factors were denied by the patient: recent suicidal/self-injurious behavior, recent/current impulsivity, recent assaultive/violent behavior, recent suicidal/self-injurious ideation, premeditated and lethal plan/behavior, lack of future orientation or plans, rigid all-or-nothing thinking, fatalistic delusions or fantasies, belief that death will bring relief, fixed determination to harm/kill self, treatment noncompliance, suicide notes/giving belongings away, auditory command hallucinations, hopelessness and/or helplessness, feelings of worthlessness, current insomnia with poor appetite,

STATE001176

social withdrawal atypical for patient, shame or threat to self-esteem or guilt, intense turmoil/agitation/anxiety/anguish or despair, elevated anger or hostility or alienation, sudden calm following suicide attempt, affective instability or lability, fearfulness regarding safety and chronic pain.

**Situational Risk Factors (current, dynamic):**

Signs of withdrawal/detoxification: No.

Chronic, serious or terminal illness: No.

Recent loss, rejection or separation: No.
Other recent bad news: No.

Trauma or sexual/physical abuse in facility: No. .

Conflicts with peers/staff: No.

New disciplinary charge or sanctions: No.

Single cell placement: No.

Administrative/disciplinary segregation: No.

High profile/heinous/shocking crime: No.

Potential for long/life sentence: No.

Recent parole violation/new charge: No.

**Protective Factors:**
The protective factors for this patient include: family support, support from spouse/significant other, positive and supportive peer relations, strong and protective spiritual/religious beliefs, realistic future orientation and plans, positive goal orientation, treatment compliance and positive coping skills.

The protective factors that this patient does not have include: role in caring for children or dependants and high school or greater level of education.

journaling, "self-introspection" for coping; plans to get out in 2027 (2025 with good time); has GED; Theosophical Society in America

**Suicide/Homicide Risk:**

| Date | Instrument | Severity | Comments | Completed By |
|------|-----------|----------|----------|--------------|
| 01/20/2015 | Suicidal/Homicidal Risk | Low risk | | Melissa Sprinkle, PsyD |
| 12/17/2014 | Suicidal/Homicidal Risk | Low risk | | Melissa Sprinkle, PsyD |
| 10/16/2014 | Suicidal/Homicidal Risk | Low risk | | Melissa Sprinkle, PsyD |
| 10/14/2014 | Suicidal/Homicidal Risk | Low risk | | Melissa Sprinkle, PsyD |
| 10/03/2014 | Suicidal/Homicidal Risk | Low risk | | Melissa Sprinkle, PsyD |
| 09/15/2014 | Suicidal/Homicidal Risk | Low risk | | Melissa Sprinkle, PsyD |

**Recommendations:**
No acute interventions needed

RICHARDSON, JONATHAN    127630    12/08/2022 07:57 AM Page: 156/291

STATE001177

Documented by: Dana D. Killingsworth, Psy        Date: 12/08/2022        Time: 9:51 AM

Document generated by: Dana D. Killingsworth, Psy  12/08/2022 03:12 PM

---

------------
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN    127630█████    12/08/2022 07:57 AM Page: 157/291

STATE001178



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Facility: NCF**

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC#:                       127630
DATE:                       12/08/2022 7:57 AM
VISIT TYPE:                 Intake No Medical Services

**INDIVIDUALIZED ACTION PLAN**
Program name:
Admission date: 06/09/2016
Effective date of initial IAP:
Next review date: 06/08/2023
GOALS, OBJECTIVES AND INTERVENTIONS

**Goal 3: Depressive symptoms do not impair daily functioning (continued)**

Target date: 10/27/2022
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 05/01/2018)

Assessed need: Depression

Individual's strength/skills: {local.txt_stengths}

Potential barriers: {local.txt_barriers}

   - Objective 1: Identifies negative thinking supporting depression (continued)
     Start date: 06/30/2012
Target date: 10/27/2022
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 05/01/2018)
   - Objective 2: Verbalizes increased feelings of self worth (continued)
     Start date: 06/30/2012
Target date: 10/27/2022
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 03/07/2017)

     -- Intervention 3: Depression group
        Modality: Group therapy       Frequency: prn       Type of provider: MHP

**Goal 4: Mismatch between assigned gender and gender identity no longer causes marked distress. (continued)**

Start date: 07/22/2019
Target date: 10/27/2022

Assessed need: Evaluation for gender dysphoria

Individual's strength/skills: {local.txt_stengths}

Potential barriers: {local.txt_barriers}

    - Objective 1: Identify ways in which gender identity leads to distress, exacerbates symptoms of depression, and contributes to other concerns such as irritability and self-destructive behavior. (continued)
    Start date: 08/27/2020
Target date: 10/27/2022
Adjusted target date:  (Adjusted as per IAP review dated 05/01/2018)

        -- Intervention 2: person-centere, supportive, solution-focused interventions
        Modality: Group therapy        Frequency: prn        Type of provider: MHP

## TRANSITION/DISCHARGE CRITERIA

Discharge plan:
12/8/22: TA completed and ITP updated. Next review in 6 months.

4/26/22: TP updated to reflect group therapy needs.

8/23/21: Patient Autumn (Richardson) was seen for her 90 day routine monitoring and TPR. She denied significant mental health concerns, but acknowledged symptoms of grief over her two best friends being moved to another facility. She described being grateful to them for accepting who she is. She will continue to be monitored every 90 days.

8/27/20 - Richardson has been diagnosed with gender dysphoria and started hormone therapy. She has shown an improvement in mood, irritability, and interpersonal relatedness. An overarching goal for the next treatment period will be to continue to explore and grow into her role living as a woman.

Individual has participated in the development of this plan:
Yes

Others participated in the development of this plan:
No

STATE001180

**SIGNATURES**

Staff: Signed by Dana D. Killingsworth, Psy,  on 12/08/2022

*Document generated by: Dana D. Killingsworth, Psy  12/08/2022 03:11 PM*

--------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001181



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: NCF** | |
|---|---|

**Date:** 12/08/2022 07:57 AM
**Offender Name:** JONATHAN RICHARDSON
**DOB:**
**Gender:** male
**DOC nbr:** # 127630

## BEHAVIORAL HEALTH STATUS CLASSIFICATION
**BH Code: C**

**A.** Free of functional behavioral health impairment in the current living environment; individuals with short-term, self-limiting condition requiring minimal behavioral health intervention limited to (30) day's duration.

**B.** Psychiatric disorder that causes little functional impairment and requires infrequent psychiatric services. These services are routine in nature.

**C.** _ x _ Psychiatric disorder that causes some functional impairment and requires psychiatric and/or psychological services to support an acute need or recent mental health crisis such as situational social stressors. Services necessary to provide stability, support and skills for self-management such as evidence-based group treatment, peer-led support, or regular psychiatric services. These services may be routine and/or unplanned in nature and may involve mental health monitoring.

STATE001182

STATE001183



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: NCF

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | |
| DOC #: | 127630 |
| DATE: | 11/18/2022 7:38 AM |
| VISIT TYPE: | Psychotherapy - Individual |

### Individual Counsel/Psych Prog Note
**General**
Program Name: Outpatient

### Individuals Present/Support Resources
Contact type:
Telemedicine
Individual not present.

### Subjective Information
Individual's report of progress towards goals/objectives since last session:
IP did not show for scheduled appointment for TA/HCR. Will reschedule per policy

### Goals, Objectives, and Interventions Addressed Today
Interventions/Methods Provided:
HCR 569932 submitted 11/14, received/triaged 11/15 "I would like to speak to mental health, preferably a female as I'm transgender"
HCR 569919 submitted 11/12, recieved/triaged 11/14 "I requested to have my gender-reaffirming surger, I was scheduled to see a specialist with the medical provider for my gender dysphoria mental health was the initiator of this request for review. Do I have to start this process over at NCF? If so, please schedule me to begin this process again. Thank you in advance.
HCR 569918 submitted 11/12/22, received/triaged 11/14 "I have been transitioning for 3 yrs and take hormone therapy for my gender dysphoria. I need to speak with the PRE corrdinator about having a card for the representation of my status, pronouns, strip-out requirements. Thank you in advance. My info is as follows..."
HCR 569887 submitted 11/7, received/triaged 11/14 "I am on estradial and sivastatin for my gender dysphoria. I take it on monings and I haven't had my dosage today. I've been on it for 3 yrs. Can you please make sure I receive these?"

### Risk Assessment
SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 08/17/2022.

Highest GAF: 70
Date: 08/17/2022.

SIGNATURES

Staff: Signed by Dana D. Killingsworth, Psy, on 11/21/2022
**Behavioral Health Billing**

Modifier:              N/A

*Document generated by: Dana D. Killingsworth, Psy  11/21/2022 08:54 AM*

------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**State of Indiana**                                   Division of Medical and Clinical Healthcare Services
**Department of Correction**                           Indiana Government Center South
                                                       302 W. Washington Street
                                                       Indianapolis, IN 46204

| | |
|---|---|
| Completed By | Ogechukwu Onuigbo, RN |
| Date Completed: | 11/07/2022 |
| Offender Name: | JONATHAN RICHARDSON |
| DOB: | ██████ |
| Name of Facility: | NCF |
| IDOC Number: | # 127630⁻ |

## DISABILITY CLASSIFICATION
**Disability Code:  A**

### Section A

**A.  _ x _**       No Disability. This category applies to all incarcerated individuals without significant physical, visual, hearing impairment.

**B.**       Incarcerated individuals who are blind or have other significant visual impairments:  This category applies to those incarcerated individuals who are blind or visually impaired with bilateral vision defects that even with the best correction seriously adversely affects the incarcerated individual's ability to participate independently in ADLs.

This category is not used for incarcerated individuals who wear contact lenses or who have functional vision in one eye.

Incarcerated individuals with dual sensory impairment in which there is a disturbance of both vision and hearing which seriously adversely affects an offender's ability to participate in ADLs will be also classified to this category.

**C.**       Incarcerated individuals with a mobility or ambulation impairment, including wheelchairs and crutches:  This category applies to those incarcerated individuals with a neuromuscular impairment that seriously adversely affects the incarcerated individual's locomotion or gross motor functions.  The impairment must be such that is seriously interferes with the incarcerated individual's ability to participate independently in ADLs.  Examples include but are not limited to:  paralysis; neuromuscular disorders which impair strength such as myasthenia gravis; or, spastic disorders such as cerebral palsy.

**D.**       Incarcerated individuals who are deaf or have other profound hearing loss, or who have certain communication impaired disorders.  This category applies to those incarcerated individuals who are deaf or suffer from a profound hearing loss in which there is a bilateral disturbance of

--------------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001186



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

hearing that cannot be corrected with amplification and that seriously adversely affects the incarcerated individual's ability to participate independently in ADLs.  Incarcerated individuals with a hearing loss corrected with a hearing aid do not belong in this category.

Incarcerated individuals with other communication impairment disorders in which there is a disturbance of articulation, speech, voice, or language which seriously adversely affects the incarcerated individual's ability to participate in ADLs despite maximal therapeutic measures will also be assigned to this category.

**Date:** 11/07/2022 06:44 PM
**Provider:** Kelly Williams NP-C
**Document generated by:** Ogechukwu Onuigbo, RN 11/07/2022 06:44 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| Completed By: | Ogechukwu Onuigbo, RN |
| Date Completed: | 11/07/2022 |
| Offender Name: | JONATHAN RICHARDSON |
| DOB: | ████████ |
| Gender: | male |
| Name of Facility: | NCF |
| IDOC Number: | # 127630 |

## FLU SCREENING FORM

**In the last 24-48 hours, denies experiencing any flu symptoms.**

**Following chronic care conditions are indicated:**
GENDER DYSPHORIA AND EPILEPSY

Flu vaccine received this year on 10/12/2022 CIF

**Date:** 11/07/2022 06:46 PM
**Provider:** Kelly Williams NP-C
**Document generated by:** Ogechukwu Onuigbo, RN 11/07/2022 06:46 PM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Ogechukwu Onuigbo, RN

**Completed By:**
**Date Completed:**     11/07/2022
**Offender Name:**      JONATHAN RICHARDSON
**DOB:**                ████████
**Gender:**             male
**Name of Facility:**   NCF
**IDOC Number:**        # 127630

## HEAT STRESS QUESTIONNAIRE

Do you weight more than the weight indicates for your age and height on the weight table on the reverse of this form? yes

Are you pregnant and in the second half of the pregnancy? no

Do you have emphysema? no

Do you have chronic obstructive lung disease? no

Do you have congestive heart failure?  no

Do you have chronic kidney disease? no

Do you take medication to relax the urinary bladder and help control urination? yes

Do you take water pills (diuretic medication)? no

Do you take ·medication to control allergies? no

Do you take medication to control mental illness? no

Do you take medication to control the side effects of medication used to control mental illness? no

Do you take medication to control intestinal spasm? no

-------------------------------------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001189



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Do you take any other medication that has been prescribed by a doctor? yes

**Date:** 11/07/2022 06:45 PM
**Provider:** Kelly Williams NP-C
**Document generated by:** Ogechukwu Onuigbo, RN 11/07/2022 06:45 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001190



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: NCF** |
|---|

PATIENT:            JONATHAN RICHARDSON
DOC#:               127630
DATE OF BIRTH:      ███████
DATE:               11/07/2022 6:32 PM
VISIT TYPE:         Intake

## Intake

Reason for intake: Intra-facility transfer

**General**

Completed by: Ogechukwu Onuigbo, RN, 11/07/2022,  6:32 PM

Language: English

Completed date:  11/07/2022    Completed time:  6:43 PM

**Vital Signs**

| Time | Height Ft | Height In | Weight | BMI | Systolic | Diastolic | Pulse | Resp | Temp | Sp O2 | Peak Flow |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6:32 PM | | | 223.0 | | 136 | 77 | 96 | 18 | 97.20 | 98 | |

| Date | Time | Blood Glucose | Pain Score | Comments |
|---|---|---|---|---|
| 11/07/2022 | 6:32 PM | | | |

**Subjective/Inmate Questionnaire**

**HIV Screening**
Are you currently experiencing any of the following:

| | |
|---|---|
| Persistent shortness of breath: | No |
| Cough: | No |
| Thrush, or white patches in your mouth or throat for at least two weeks: | No |
| Unintentional weight loss of at least 10 lbs without dieting in the past 30 days: | No |
| Diarrhea for at least two weeks: | No |
| Tender or enlarged lymph nodes for at least two weeks: | No |

STATE001191

Sweating at night:                                                                                          No

**When did symptoms begin? (onset):**
**Are symptoms still present?**

1. The patient has never been told they have any chronic or infectious diseases.

2. Have you ever been told you have diabetes? No

3. Do you take prescription medications? No

| Medication Name | Sig | Quantity | Refills |
|---|---|---|---|
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | 60 | 5 |
| estradiol 2 mg tablet | take 3 tablet by oral route every day | 90 | 5 |

4. Do you currently have any of the following?  No

5. Have you been hospitalized by a physician within the last year? No

6. Has been treated for:  mental health,  hospitalized for mental health,    attempted suicide

7. Do you have a painful dental condition? No

8. Do you wear dentures? No

9. Do you wear glasses or contacts? No

10. Do you wear a prosthesis? No

11. Do you use drugs or alcohol? No

12. Have you fainted or had a head injury in the last 72 hours? No

13. Have you been prescribed a special diet by a physician? No

**Allergies**

| Ingredient | Medication Name | Comment |
|---|---|---|
| PENICILLINS | | |
| IBUPROFEN | | |
| CEFTRIAXONE SODIUM | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |
| EGG | | |

**Alcohol and Drug Screening**

Alcohol
Drinks alcohol? Yes

Type: Whiskey.  consumed daily.
1 fifth

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth ▮▮▮▮▮

STATE001192

Last alcoholic drink was MARCH 2006.

Drug
Uses drugs? The patient uses illicit drugs.

marijuana
occasionally

Are you currently withdrawing or detoxing from any drug, alcohol or prescription
medication? No
Have you ever had blackouts or withdrawal symptoms e.g. seizures, tremors etc from
drugs or alcohol?  No

Do you drink alcohol or take drugs regularly and have never stopped? No

Is this person known to facility to have a history of substance
withdrawal in the past? No

**Suicide Risk Screening**

1.  Arresting or transporting officer believes subject may be suicide risk. No

2.  Lacks close family/friends in community. Yes

3.  Experienced a significant loss within last 6 months (loss of job,
    relationship, death of close family member). No

4.  Worried about major problems other than legal situation (terminal illness). No

5.  Family member or significant other has attempted or committed suicide
    (spouse, parent, sibling, close friend, and lover). No

6.  Has psychiatric history (psychotropic medication or treatment). Yes

7.  Holds position of respect in community (i.e., professional, public official)
    and/or alleged crime is shocking in nature.  Expresses feelings of
    embarrassment/shame. No

8.  Expresses thoughts about killing self. No

9.  Has a suicide plan and/or suicide instrument in possession. No

10. Has previous suicide attempts.  (Note methods and dates). Yes

11. Expresses feelings there is nothing to look forward to in the future
    (feelings of helplessness and hopelessness). No

12. Shows signs of depression (crying, emotional flatness). No

13. Appears overly anxious, afraid or angry. No

STATE001193

14. Appears to feel unusually embarrassed or ashamed. No

15. Is acting and/or talking in a strange manner.  Cannot focus attention;
    hearing or seeing things not there). No

16. History of substance abuse treatment? No

17. Is apparently under the influence of alcohol or drugs. No

Total Yes's: 3

**Psychiatric Screening**

History of inpatient mental health treatment?  Yes

History of outpatient mental health treatment? Yes

Currently on psychotropic medications? No
History of cerebral trauma or seizure? No

PREA Screening

| | Risk? |
|---|---|
| 1. How old are you? 40 | No |
| 2. What is your height and weight? Height:   feet,   inches, Weight: | |
| 3. Were you in special classes at school? | No |
| 4. Do you have any physical or mental disabilities? | No |
| 5. Is this your first major incarceration? | Yes |
| 6. Is your criminal history exclusively non-violent? | No |
| 7. Do you have any reason to fear placement in general population? | No |
| 8. Were you ever sexually assaulted or abused as a child? | Yes |
| 9. Have you ever been approached for sex/threatened with sexual assault while incarcerated? | Yes |
| 10. Do you consider yourself any of the following? | Yes |
|      Homosexual (No) | |
|      Transgender (Yes) | |
|      Intersex  (No) | |
|      Bisexual (Yes) | |
|      Gender Nonconforming  (No) | |
| 11. Have you had consensual sex while incarcerated? | No |
| 12. Criminal history of sex offenses with adult/child victims? | No |
| 13. Have you ever been sexually assaulted while incarcerated? | Yes |

**Score: 7**

**Category: At risk of victimization (refer for additional screening)**

Detainee reports history of learning

Patient Name: RICHARDSON, JONATHAN                                        **Page 173 of 291**
ID: 127630    Date of Birth: ████                    Encounter Date: 11/07/2022 06:32 PM

STATE001194

disability or special education services? No

Marital status? Marital status: Single

Highest grade or education level completed? GED

Family /Significant Other Supportive: No

Employed? No

Apparent Level of Cognitive Functioning: average

Current Mental Status
Appearance
Neat and Clean

Activity
Within Normal Limits

Orientation
Alert, oriented x 4

Mood
Euthymic

Affect
Full Range

Speech
Clear

Hallucinations
Denied

Delusions
None Reported

**Objective/Visual Observations**

All Negative

1. Is inmate unconscious or stuporous? No

2. Does the inmate exhibit symptoms/illness requiring emergency medical care? No

3. Has the inmate been seen in a hospital/care facility within the last 24hrs? No

4. Based on my assessment, this inmate requires an evaluation at a hospital/emergency facility before  acceptance at this facility. No

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth:

Page 174 of 291
Encounter Date: 11/07/2022 06:32 PM

STATE001195

5. Does the inmate appear to be under the influence of drugs or alcohol? No

6. Are there any signs of abnormality or visible signs of alcohol/drug withdrawal? No

7. Does the inmate's behavior suggest the risk of suicide or mental illness? No

9. Does the inmate exhibit any of the these? No

10. Are there signs of breathing difficulties or chest pain? No

11. Are there any signs of restricted or compromised movement? No

12. Does inmate exhibit characteristics of potentially being at risk for victimization? No

**TB Review**

Have you ever tested positive for PPD?  No

Do you suffer from any of these? No

**TST:**
TB Screening: PPD Not Placed

**TB Screening**

**Assessment/Plan**

| Status | Order | Reason | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| ordered | Refer to mental health, routine for | | | | |
| ordered | Refer to medical, routine, for | | | | |
| ordered | Consent for Routine Health Care signed | | | | |
| ordered | General intake information reviewed and provided to patient | | | | |
| ordered | Instructions on How to Access Health Services given | | | | |
| ordered | The POE has been received and reviewed | | | | |
| ordered | Sexual Assault Facts and PREA education given | | | | |
| ordered | Patient education provided and patient voiced understanding | | | | |

Intake Reviewed By: Ogechukwu Onuigbo, RN  on 11/07/2022  at 6:43 PM

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth: ▮▮▮▮▮

Page 175 of 291
Encounter Date: 11/07/2022 06:32 PM

STATE001196

*Document generated by: Ogechukwu Onuigbo, RN  11/07/2022 06:43 PM*

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001197



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| **Completed By:** | Ogechukwu Onuigbo, RN |
| **Date Completed:** | 11/07/2022 |
| **Offender Name:** | JONATHAN RICHARDSON |
| **DOB:** | ■■■■■■ |
| **Gender:** | male |
| **Name of Facility:** | NCF |
| **IDOC Number:** | # 127630 |

## PHYSICAL HEALTH STATUS CLASSIFICATION
**Medical Code: G2**

**A.**  Free of illness or injury; free of physical impairment; individuals with short term self-limiting condition requiring minimal surgical, medical, nursing or dental intervention limited to 30 days duration.

This category includes all minor health care conditions such as colds or other short-lived viral conditions, simple lacerations requiring sutures and plaster casts or fixation devices which do not dramatically interfere with ambulation or work.
Conditions in this classification do not require accessibility housing or residential (impatient or infirmary) support. Heath care intervention, if necessary, is limited to periodic consultation, treatment or evaluation by a physical health provider, nursing or dental personnel.
Patients requiring ongoing clinical assessments or treatments, which must be performed by health care staff several times a week or more, may not be assigned to this classification. Patients capable of performing self-care (i.e. can do their own dressing changes) may remain in this category if they would otherwise qualify.

**B.**  Illnesses that do or will recurrently require skilled nursing care of any chronic physical or cognitive disability which requires on-going nursing care. Needs inpatient bed or immediate access to an inpatient bed.

This category incudes all conditions in which continuous or intermittent impatient or infirmary care is needed. Conditions in this classification include terminal illnesses in the late stages such as cancer, AIDS, end stage cardiac, respiratory or liver disease, and chronic physical or cognitive conditions which severely restricts the patient's ability to participate in activities of daily living such as quadriplegia, severe neuromuscular disorders, or late state Alzheimer's disease requiring skilled nursing care.

**C.**  Renal failure requiring hemodialysis or peritoneal dialysis.

This category may also include patients with significant renal insufficiency in which a restrictive renal diet is necessary.

**F.**  Physical health condition (including chronic care) requiring frequent monitoring/surveillance and the on-site availability of licensed health care personnel twenty-four-hours per day or the incarcerated

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001198

**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

individual is frail and debilitated.

This category includes any condition or illness that is chronic and requires frequent or recurring consultation, evaluation and/or treatment by health care personnel and the immediate availability of licensed health care personnel.  Uncontrolled diabetes (e.g. HbgA1C is greater than 8), uncontrolled hypertension, seizure disorders with poor control, asthmatics prone to exacerbations and unstable angina are examples.
This code should also be used for patients who are frail or debilitated residing on a "medical dorm.  In general, before an F code may be changed to a "G" code, the health status of the patient must be stable, without medication for at least 90 days.

**G. __ x __** Any stabilized, permanent or chronic physical or medical condition in which:
**1.** Frequent monitoring/surveillance is not needed;
**2. __ x __** The incarcerated individual demonstrates an appropriate degree of knowledge and motivation and is able to perform self-care;
**3.** A twenty (20) pound or greater weight lifting restriction is needed.
**4.** Negative Air Flow Room;
**5.** Traumatic Brain Injury or Dementia.

This category includes any condition or illness in which frequent consultation, evaluation and/or treatment by medical or nursing personnel is not needed.  Examples include stable angina, controlled diabetes (e,g, HbgA1C is less than 8) stable asthmatics, controlled seizure disorders.
This category also includes any condition or illness in which the patient has completed a course or rehabilitation and/or received special training or instructions and demonstrates an ability to perform self-care.  Examples of these conditions include stable insulin dependent diabetics, patients with ostomies and conditions which require restrictions in lifting to 20 pounds or less.
Patients with reactive TB skin test (not active disease) receiving TB prophylactic medication such as isoniazid (INH) should be assigned to this category; patients with active disease are to be placed in this code category when they are stable on oral medication and no longer contagious.

**L**

**Date:** 11/07/2022 06:44 PM
**Provider:** Kelly Williams NP-C
**Document generated by:** Ogechukwu Onuigbo, RN 11/07/2022 06:44 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001199



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| **Completed By:** | Ogechukwu Onuigbo, RN |
| **Date Completed:** | 11/07/2022 |
| **Offender Name:** | JONATHAN RICHARDSON |
| **DOB:** | ███████ |
| **Gender:** | male |
| **Name of Facility:** | NCF |
| **IDOC Number:** | # 127630 |

## SYPHILIS SCREENING FORM

**1.** Are you or have you ever been diagnosed or treated for syphilis:  no
**2.** HIV infected: no
**3.** Had sex with other men: yes
**4.** Diagnosed with sexually transmitted disease within the past year:  no
**5.** Exchanged sex for drugs or money or had a sex a sexual partner who did: no
**6.** Had multiple sex partners within the past year: no
**7.** Been a victim of sexual assault: yes

**REFER FOR SYPHILIS SEROLOGY**

**Date:** 11/07/2022 06:46 PM
**Provider:** Kelly Williams NP-C
**Document generated by:** Ogechukwu Onuigbo, RN 11/07/2022 06:46 PM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| **Completed By:** | Shannon S. McCord, LPN |
| **Date Completed:** | 11/07/2022 |
| **Offender Name:** | JONATHAN RICHARDSON |
| **DOB:** | █████████ |
| **Gender:** | male |
| **Name of Facility:** | CIC |
| **IDOC Number:** | # 127630 |

FLU SCREENING FORM

**In the last 24-48 hours, denies experiencing any flu symptoms.**

Flu vaccine received this year on 10/26/2022 CIF

**Date:** 11/07/2022 12:09 PM
**Provider:** John Heflin MD
**Document generated by:** Shannon S. McCord, LPN 11/07/2022 12:09 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001201

## DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: CIC**
**COMPLETED BY: Shannon S. McCord, LPN  11/07/2022 12:08 PM**



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
|---|

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ▮▮▮▮▮▮▮ |
| DOC #: | 127630 |
| DATE: | 11/07/2022 12:08 PM |
| VISIT TYPE: | Transfer Documentation |

**Transfer information**

| | |
|---|---|
| Type of transfer: | intrasystem |
| Transferring facility: | CIC |
| Receiving facility: | NCF |
| Date of transfer: | 11/07/2022 |

**Problem List**

Polysubstance Dependence
Nonspecific reaction to
tuberculin skin test witho
major depression in remission
Esophageal reflux
Epilepsy
Borderline personality disorder
Asthma

**Medication**
Current Medications

| Medication | Instructions | Stop Date |
|---|---|---|
| estradiol 2 mg tablet | take 3 tablet by oral route  every day | 03/19/2023 |
| spironolactone 100 mg tablet | take 2 tablet by oral route  every day | 04/22/2023 |

**Current TB status**

| Obtained/Placed | Read | Result |
|---|---|---|
| 07/08/2007 | 07/11/2007 | 0 mm |
| 07/17/2012 | 07/19/2012 | 0 mm |
| 05/08/2014 | 05/10/2014 | 0 mm |
| 07/22/2016 | 07/24/2016 | 0 mm |

RICHARDSON, JONATHAN    127630  ▮▮▮▮▮    11/07/2022 12:08 PM Page: 181/291

## DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

### SITE: CIC
### COMPLETED BY: Shannon S. McCord, LPN  11/07/2022 12:08 PM

| | | |
|---|---|---|
| 07/21/2017 | 07/23/2017 | 0 mm |
| 07/21/2018 | 07/23/2018 | 0 mm |
| 10/12/2019 | 10/14/2019 | 0 mm |
| 07/19/2020 | 07/21/2020 | 0 mm |
| 07/10/2021 | 07/11/2021 | 0 mm |
| 07/20/2022 | 07/23/2022 | 0 mm |

**Current TB/Last Health Assessment**

| Obtained/Placed | Read | Result | Side |
|---|---|---|---|
| 07/08/2007 | 07/11/2007 | 0 mm | |
| 07/22/2008 | 07/25/2008 | 0 mm | left |
| | | | left |
| 07/17/2012 | 07/19/2012 | 0 mm | left |
| 05/08/2014 | 05/10/2014 | 0 mm | left |
| 07/22/2016 | 07/24/2016 | 0 mm | left |
| 07/21/2017 | 07/23/2017 | 0 mm | left |
| 07/21/2018 | 07/23/2018 | 0 mm | right |
| 10/12/2019 | 10/14/2019 | 0 mm | left |
| 07/19/2020 | 07/21/2020 | 0 mm | right |
| 07/09/2021 | | | left |
| 07/10/2021 | 07/11/2021 | 0 mm | left |
| 07/20/2022 | 07/23/2022 | 0 mm | left |

Labs

| Status | Ordered | Lab Order | Timeframe | Comments |
|---|---|---|---|---|
| result received | 05/31/2007 | (PT / INR) Prothrombin Time | Routine | |
| result received | 05/31/2007 | PTT | Routine | |
| result received | 06/05/2007 | Comp Panel + CBC/Plt | Routine | |
| result received | 06/15/2007 | CBC with Differential | Routine | |
| result received | 03/18/2009 | CMP 12 + BAC + CBC/PLT | Routine | |
| result received | 08/10/2009 | Dilantin (Phenytoin), Serum -F | Routine | |
| result received | 08/17/2009 | Dilantin (Phenytoin), Serum -F | Routine | |
| result received | 08/31/2009 | Dilantin (Phenytoin), Serum -F | Routine | |
| result received | 09/19/2009 | Dilantin (Phenytoin), Serum -F | STAT | lab sent to scch as ordered, dilantin level |
| result received | 11/23/2009 | CMP 12 + BAC + CBC/PLT -F | Routine | Fasting. |
| result received | 11/23/2009 | Lipid panel -F | Routine | Fasting. |
| result received | 11/23/2009 | Tegretol (Carbamazepine), Serum -F | Routine | Fasting. |

RICHARDSON, JONATHAN     127630  ▆▆▆▆▆     11/07/2022 12:08 PM Page: 182/291

STATE001203

## DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: CIC**
**COMPLETED BY: Shannon S. McCord, LPN  11/07/2022 12:08 PM**

| | | | |
|---|---|---|---|
| result received | 01/12/2010 | CMP 12 + BAC + CBC/PLT -F | Routine |
| result received | 01/12/2010 | Thyroid Panel (T4, TSH, T3U) -F | Routine |
| result received | 01/12/2010 | Dilantin (Phenytoin), Serum -F | Routine |
| ordered | 05/23/2016 | CH24/HDL,CBC/D/PLT | |
| ordered | 04/28/2017 | CBC WITH DIFF | |
| ordered | 04/28/2017 | COMPREHENSIVE METABOLIC PANEL | |
| ordered | 04/28/2017 | HEMOGLOBIN A1C | |
| ordered | 04/28/2017 | TSH | |
| ordered | 07/13/2017 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) | |
| ordered | 09/21/2017 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) | |
| ordered | 09/21/2017 | COMPREHENSIVE METABOLIC PANEL | |
| ordered | 09/21/2017 | CBC WITH DIFF | |
| ordered | 03/26/2018 | HEPATIC FUNCTION PANEL (LFTs) | |
| ordered | 03/26/2018 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) | |
| ordered | 09/24/2018 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) | |
| ordered | 09/24/2018 | CBC WITH DIFF | |
| ordered | 09/24/2018 | COMPREHENSIVE METABOLIC PANEL | |
| ordered | 11/19/2018 | CULTURE, WOUND | |
| ordered | 11/19/2018 | COMPREHENSIVE METABOLIC PANEL | |
| ordered | 11/19/2018 | CBC WITH DIFF | |
| ordered | 03/25/2019 | HEPATIC FUNCTION PANEL (LFTs) | |
| ordered | 03/25/2019 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) | |
| ordered | 06/23/2020 | LIPID (CARDIAC) | |

RICHARDSON, JONATHAN    127630 ▮▮▮▮▮    11/07/2022 12:08 PM Page: 183/291

## DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: CIC**
**COMPLETED BY: Shannon S. McCord, LPN  11/07/2022 12:08 PM**

|         |            | PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) |
|---------|------------|------------------------------------------|
| ordered | 06/23/2020 | ESTRADIOL |
| ordered | 06/23/2020 | TESTOSTERONE, TOTAL |
| ordered | 06/23/2020 | PROLACTIN |
| ordered | 06/23/2020 | CBC WITH DIFF |
| ordered | 06/23/2020 | COMPREHENSIVE METABOLIC PANEL |
| ordered | 08/21/2020 | BASIC METABOLIC PANEL |
| ordered | 09/24/2020 | ESTRADIOL |
| ordered | 09/24/2020 | COMPREHENSIVE METABOLIC PANEL |
| ordered | 09/24/2020 | CBC WITH DIFF |
| ordered | 09/24/2020 | TESTOSTERONE, TOTAL |
| ordered | 09/24/2020 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) |
| ordered | 09/24/2020 | PROLACTIN |
| ordered | 03/05/2021 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) |
| ordered | 03/05/2021 | ESTRADIOL |
| ordered | 03/05/2021 | TESTOSTERONE, TOTAL |
| ordered | 03/05/2021 | CBC WITH DIFF |
| ordered | 03/05/2021 | COMPREHENSIVE METABOLIC PANEL |
| ordered | 06/03/2021 | ESTRADIOL |
| ordered | 06/03/2021 | TESTOSTERONE, TOTAL |
| ordered | 06/03/2021 | PROLACTIN |
| ordered | 02/08/2022 | PROLACTIN |
| ordered | 02/08/2022 | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) |
| ordered | 02/08/2022 | ESTRADIOL |
| ordered | 02/08/2022 | TESTOSTERONE, TOTAL |
| ordered | 02/08/2022 | URINALYSIS |
| ordered | 02/08/2022 | COMPREHENSIVE METABOLIC PANEL |
| ordered | 02/08/2022 | CBC WITH DIFF |

Diagnostics

| Status | Ordered | Order | Location | Timeframe |
|--------|---------|-------|----------|-----------|

RICHARDSON, JONATHAN    127630 ███████    11/07/2022 12:08 PM Page: 184/291

STATE001205

## DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: CIC**
**COMPLETED BY: Shannon S. McCord, LPN  11/07/2022 12:08 PM**

| | | | |
|---|---|---|---|
| obtained | 05/02/2016 | Chest two views | |
| ordered | 05/11/2016 | Chest X-ray; AP/Lat (2 views) | -today |
| ordered | 01/02/2014 | Chest two views | |
| ordered | 12/15/2014 | Chest two views | |
| ordered | 03/04/2019 | Chest two views Bilateral | |
| ordered | 01/01/2014 | Chest two views | |
| ordered | 01/01/2014 | Chest two views | |
| ordered | 11/16/2015 | Sacrum and coccyx (minimum two views) | |
| ordered | 11/07/2013 | Fingers minimum two views Right | |
| ordered | 01/01/2014 | 12 lead EKG | |

Classifications

| Order | Reason | Frequency | Ordered Date |
|---|---|---|---|
| Bottom bunk | RUE deformity | | 10/06/2022 |

Office Procedures

| Status | Ordered | Procedures | Location | Time | Date |
|---|---|---|---|---|---|
| result received | 03/14/2011 | Ear irrigation | | | 03/14/2011 |

Office Services part 1

| Status | Ordered | Order | Timeframe | Completed |
|---|---|---|---|---|
| specimen obtained | 07/22/2008 | PPD 0.1 mL ID | | 07/25/2008 |
| result received | 08/31/2009 | discharge from infirmary | | 09/29/2010 |
| result received | 08/31/2009 | MDSC within 7 days | | 09/29/2010 |
| result received | 09/21/2009 | Please make full admit to infirmary | | 09/29/2010 |
| result received | 09/21/2009 | MDSC within 7d of discharge | | 09/29/2010 |
| result received | 09/21/2009 | vitals q shift | | 09/29/2010 |
| result received | 11/16/2009 | suture removal 11/26 | | 09/29/2010 |
| result received | 12/07/2009 | Send to SCCH ER via ambulance for head/neck injury | | 09/29/2010 |
| result received | 12/08/2009 | Release from infirmary | | 09/29/2010 |
| result received | 12/08/2009 | MDSC within 7 days | | 09/29/2010 |
| result received | 01/12/2010 | Admit to infirmary-ACUTE | | 09/29/2010 |
| result received | 01/12/2010 | Please place IV-saline lock | | 09/29/2010 |
| result received | 01/12/2010 | Seizure precautions | | 09/29/2010 |
| result received | 01/12/2010 | MD to see patient daily | | 09/29/2010 |

RICHARDSON, JONATHAN    127630 ▬▬▬▬    11/07/2022 12:08 PM Page: 185/291

STATE001206

# DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: CIC**
**COMPLETED BY: Shannon S. McCord, LPN  11/07/2022 12:08 PM**

|  |  | M-F and prn |  |
|---|---|---|---|
| result received | 01/12/2010 | Vitals q shift | 09/29/2010 |
| result received | 03/01/2010 | Discharge from infirmary | 09/29/2010 |
| result received | 03/01/2010 | MDSC within 7d | 09/29/2010 |
| result received | 03/24/2010 | Suture removal 3/28 | 09/29/2010 |
| result received | 03/26/2010 | admit to infirmary-acute | 09/29/2010 |
| result received | 03/26/2010 | MD to see weekdays and prn | 09/29/2010 |
| result received | 03/26/2010 | Fall precautions | 09/29/2010 |
| obtained | 04/06/2010 | PPD 0.1 mL ID |  |
| result received | 03/14/2011 | Ear irrigation | 03/22/2011 |
| ordered | 01/01/2014 | 12 lead EKG |  |
| specimen obtained | 07/09/2021 | PPD 0.1 mL ID |  |

Office Services part 2

| Status | Ordered | Order | Timeframe | Completed |
|---|---|---|---|---|
| ordered | 02/08/2022 | splint/brace - wrist |  |  |

Referrals

| Status | Ordered | Provider | Specialty | Timeframe | Reason |
|---|---|---|---|---|---|
| completed' | 07/15/2011 |  |  |  |  |
| ordered | 08/26/2014 |  |  |  |  |
| ordered | 08/26/2014 |  |  | Routine |  |
| ordered | 05/02/2016 |  |  |  |  |
| ordered | 10/07/2013 |  |  | Routine |  |
| ordered | 11/10/2015 |  |  | Routine |  |
| ordered | 02/09/2013 |  |  | Routine |  |
| ordered | 02/12/2013 |  |  |  |  |
| ordered | 03/16/2016 |  |  |  |  |
| ordered | 02/08/2022 |  |  |  | Carpal tunnel syndrome |
| ordered | 12/15/2014 |  | Provider |  |  |
| ordered | 07/02/2014 |  |  | ASAP |  |
| ordered | 02/05/2019 |  |  |  |  |
| ordered | 05/10/2016 |  |  |  |  |
| ordered | 11/08/2014 |  |  | ASAP |  |
| ordered | 11/08/2014 |  |  | ASAP |  |
| ordered | 10/22/2015 |  |  | Routine |  |
| ordered | 04/15/2022 |  |  |  |  |
| ordered | 10/16/2014 |  | Provider in four weeks |  |  |
| ordered | 06/15/2019 |  |  |  |  |
| ordered | 09/25/2018 |  |  | ASAP |  |
| ordered | 09/25/2018 |  |  | ASAP |  |
| ordered | 04/17/2016 |  |  | Routine |  |

RICHARDSON, JONATHAN    127630 ███████  11/07/2022 12:08 PM Page: 186/291

STATE001207

## DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: CIC**
**COMPLETED BY: Shannon S. McCord, LPN  11/07/2022 12:08 PM**

| | | | |
|---|---|---|---|
| ordered | 10/01/2014 | Provider | |
| ordered | 11/19/2014 | Provider | |
| ordered | 01/18/2017 | | ASAP |
| ordered | 11/17/2018 | | |
| ordered | 02/01/2022 | | Routine |
| result received | 12/08/2009 | Provider | |
| result received | 11/18/2011 | Psychiatrist | |
| result received | 03/01/2010 | Provider | |
| result received | 02/28/2010 | | |
| result received | 10/17/2008 | | ASAP |
| result received | 02/28/2010 | | |
| result received | 04/01/2010 | | |
| result received | 02/28/2010 | | |
| result received | 02/28/2010 | | |
| result received | 05/28/2010 | | |
| result received | 05/28/2010 | | |
| result received | 03/28/2010 | | |
| result received | 01/12/2010 | Provider | |
| result received | 02/26/2010 | Provider | |
| result received | 03/26/2010 | Provider | |
| result received | 03/31/2010 | | |
| result received | 03/27/2010 | | |
| result received | 06/03/2010 | | 1 Month |
| result received | 06/03/2010 | | |
| result received | 02/26/2010 | Psychiatrist | |
| result received | 02/26/2010 | | |
| result received | 03/26/2010 | | |
| result received | 03/26/2010 | | |
| result received | 03/29/2010 | | |
| result received | 02/27/2010 | | |
| result received | 02/27/2010 | | |
| result received | 09/29/2010 | | |
| result received | 09/29/2010 | | |
| result received | 06/01/2010 | | 1 Month |
| result received | 06/01/2010 | | |
| result received | 05/28/2010 | | |

| Clinic | Enroll Date | Last Visit | Disenroll Date | Disenroll Reason | |
|---|---|---|---|---|---|
| Asthma | 07/08/2020 | 10/25/2022 | | | |
| Asthma | 04/08/2020 | | 05/05/2022 | | |
| Asthma | 01/14/2020 | | 05/05/2022 | | |
| Asthma | 01/14/2020 | | | | |
| Asthma | 10/14/2019 | 10/14/2019 | | | |
| Asthma | 07/16/2019 | | | | |
| Asthma | 04/05/2019 | 04/05/2019 | | | |
| Asthma | 04/05/2019 | | | | |
| Asthma | 10/16/2018 | 10/16/2018 | | | |
| Asthma | 05/11/2016 | | | | |
| Other | 10/21/2021 | 10/25/2022 | | | |

RICHARDSON, JONATHAN    127630 ▮▮▮▮▮    11/07/2022 12:08 PM Page: 187/291

STATE001208

# DEPARTMENT OF CORRECTIONS
## INTRASYSTEM TRANSFER SUMMARY-TRANSFERRING FACILITY

**SITE: CIC**
**COMPLETED BY: Shannon S. McCord, LPN  11/07/2022 12:08 PM**

**Comments**
DOT meds and MAR sent. Offender stable for transport. Offers no complaints.

*Document generated by:* Shannon S. McCord, LPN 11/07/2022 12:10 PM

----------------------------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN    127630 ███████    11/07/2022 12:08 PM Page: 188/291

STATE001209



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

## Facility: CIC

PATIENT:                        JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #: -                        127630
DATE:                           10/26/2022 2:33 PM
VISIT TYPE:                     Nurse Visit

## Nurse Visit

Reason for visit: Flu Shot

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

Document generated by: Lisa M. Walden, MRC  10/29/2022 02:35 PM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Electronically signed by John Heflin MD on 10/31/2022 08:06 AM



**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ▆▆▆▆▆ |
| DATE: | 10/25/2022 08:13 AM |
| VISIT TYPE: | Chronic Care Visit |

## History of Present Illness:

1. asthma
   The initial visit date was 02/12/2008. Symptoms of asthma began in 1984. The symptoms have been resolved. Pertinent negatives include irregular heartbeat/palpitations and wheezing.
2. hyperlipidemia
   The hyperlipidemia is resolved. Risk factors include sedentary life style. Pertinent negatives include chest pain, claudication, constipation, diarrhea, dyspnea, heartburn, hematuria, nausea, palpitations, polyuria and vomiting.
3. gender dysphoria

## PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD. Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | - | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |
| Recurrent major depressive episodes, mild | 10/21/2019 | N | | |

RICHARDSON, JONATHAN   127630  ▆▆▆▆  10/25/2022 08:13 AM 190/291

STATE001211

**Problem List (not yet mapped to SNOMED-CT®):**

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 | |
| Epilepsy | 06/11/2015 | |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, fatigue, fever, malaise, night sweats, weight gain and weight loss. |
| Respiratory | Negative | Chronic cough, cough, dyspnea, known TB exposure and wheezing. |
| Cardio | Negative | Chest pain, claudication, edema and irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, blood in stool, change in stool pattern, constipation, decreased appetite, diarrhea, heartburn, nausea and vomiting. |
| GU | Negative | Dribbling, dysuria, hematuria, polyuria, slow stream, urinary frequency, urinary incontinence and urinary retention. |
| Neuro | Negative | Dizziness, extremity weakness, gait disturbance, headache, memory impairment, numbness in extremity, seizures and tremors. |

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 8:13 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 8:13 AM | 213.0 | | 96.615 | dressed with shoes | 29.70 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 8:13 AM | 133/96 | sitting | left | arm | manual | adult large |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 8:13 AM | 97.30 | 36.3 | temporal | 111 | regular | 16 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FIO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|

RICHARDSON, JONATHAN   127630 ▮▮▮▮   10/25/2022 08:13 AM 191/291

STATE001212

| 8:13 AM | 98 | | RA |
|---------|----|--|----|

## Peak Flow

| Time | PeakFlow L/min | Timing | Method | |
|------|----------------|--------|--------|--|
| 8:13 AM | 300 | | | |

## Measured By

| Time | Measured by | | | |
|------|-------------|--|--|--|
| 8:13 AM | Alisha M. Richey, RN | | | |

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| General Exam | Comments | telehealth visit - heart/lung sounds not assessed. |
| Constitutional | Normal | Well developed. |
| Neck Exam | Normal | Inspection - Normal. |
| Respiratory | Normal | Effort - Normal. |
| Abdomen | Normal | Inspection - Normal. |
| Skin | Normal | Inspection - Normal. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Asthma (493.90). |
| | Impression | Offender has Albuterol ordered, but he states he has not used it in over a year. He states it was a childhood illness that he no longer struggles with. Lung sounds not assessed today d/t telehealth visit. Offender is breathing comfortably, speaking in complete sentences. |
| | Patient Plan | Albuterol DC'd Offender DC'd from asthma CCC, as he is no longer being tx for this condition. He is to notify medical immediately if he has SOB/wheezing. |
| 2. | Assessment | Mixed hyperlipidemia (272.2). |
| | Impression | LDL 108, ASCVD 1.2%. Offender is on a statin & is compliant with medication. No c/o SE's. Denies CP/SOB. |
| | Patient Plan | Statin DC'd d/t current AHA recommendations for ASCVD <7.5%. Offender DC'd from HLD CCC d/t no longer being tx for this condition. Encouraged healthy dietary choices, daily exercise & weight loss. |
| 3. | Assessment | Gender identity disorder in adults (302.85). |
| | Impression | Offender is on estradiol & spironolactone as he is transitioning from male to female. He is compliant with medications and has no c/o SE's. He is requesting an increase in his dosages because he wants to get his hormones to a level appropriate for surgery when he is released in 2 years. Estradiol: 44.8 Testosterone: 194.75. |
| | Patient Plan | No change in estradiol, as he is at the maximum recommended dose. Increase spironolactone to 200mg daily. Continue to monitor in CCC per protocol. |
| | Provider Plan | Offender was assessed via telehealth. A. Richey.RN was present with the patient during the entire encounter. Crawford.NP delivered services from her office located in Indiana. The patient consent for telehealth was present in the patient health record. The patient's ID was verified by having him hold his inmate ID in front of the telehealth camera for the provider |

RICHARDSON, JONATHAN　127630 07/21/1982 10/25/2022 08:13 AM 192/291

STATE001213

to verify. The patient was afforded the opportunity to ask questions regarding the use of the telehealth platform.

## Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 09/21/2022 | estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | | 03/19/2023 |
| 10/25/2022 | spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | | 04/22/2023 |

*Provider:*
Crawford, Victoria  10/26/2022 8:23 AM
*Document generated by:*  Victoria M. Crawford, FNP 10/26/2022 08:23 AM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN   127630 ███████ 10/25/2022 08:13 AM 193/291

STATE001214



**State of Indiana**    Division of Medical and Clinical Healthcare Services

**Department of Correction**    Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Facility: CIC**

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ▮▮▮▮▮ |
| DOC #: | 127630 |
| DATE: | 10/21/2022 12:31 PM |
| HISTORIAN: | self |
| VISIT TYPE: | Onsite Consult |

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 10:15 AM

End time: 00 hours, 30 minutes

Duration: 00 hours, 30 minutes

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Mood:  Depressed
Affect:  Constricted
Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported

Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

New issues/stressors/extraordinary events presented today: New issue resolved, no update required

Explanation: Patient was seen in MHP's office for her routine mental health monitoring session. During session, patient discussed her recent approval for transer to another facility. She stated that she fears she will be subjected to sexual abuse if she is transferred to an all male open dorm prison. Patient became teary eyed as she spoke about past trauma related to reportedly having been raped in prison over ten years ago. She expressed anxiety and symptoms of depression over her security at an open dorm facility.

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Verbalizes increased feelings of self worth |

Interventions/Methods Provided:
Validated patient's thoughts and concerns.
Reported to PREA coordinator patient's report of having been raped in prison.
Provided patient with feedback regarding her mental health progress.
Response to Interventions/Progress Toward Goals and Objectives:
Patient remained cooperative and respectful throughout the session. She was receptive to feedback given by MHP.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant and worsened. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 10/21/2022 | 10/21/2022 | No | | | | |
| Property | Denies | | 10/21/2022 | 10/21/2022 | No | | | | |
| Homicide | Denies | | 10/21/2022 | 10/21/2022 | No | | | | |

| Attempt | Planned/ | Drug/Alcohol | Medically | Plan Attempt Description | | |
|---|---|---|---|---|---|---|

STATE001216

| Impulsive | Influenced | Treated | | | | |
|-----------|-----------|---------|--|--|--|--|
| | | | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 08/17/2022.

Highest GAF: 70
Date: 08/17/2022.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 11/04/2022 | MHP follow-up for MH Monitoring |

SIGNATURES

Staff: Signed by Leticia Martinez-Mateos, MSW, LSW on 10/21/2022
**Behavioral Health Billing**

| | |
|--|--|
| Start time: | 10:15 AM |
| End time: | 10:45 AM |
| Duration: | 00 hours, 30 minutes |
| Modifier: | N/A |

*Document generated by: Leticia Martinez-Mateos  10/21/2022 12:38 PM*

--------------------------------------------------------------------------------
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

# DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE NOTE

**SITE: CIC**
**COMPLETED BY: Tina Collins, RN 10/14/2022 1:49 PM**



**State of Indiana**                    Division of Medical and Clinical Healthcare Services
**Department of Correction**                    Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
| --- |

PATIENT:                                        JONATHAN RICHARDSON
DATE OF BIRTH:                                  ███████
DOC #:                                          127630
DATE:                                           10/14/2022 1:49 PM
VISIT TYPE:                                     Administrative Note

### Issue
pt asks to get information about gender reassignment surgery risks and benefits.

### Additional comments
Printed an information sheet from Cleceland Clinic titles Gender affirmation (confirmation) or sex reassignment surgery

**Provider: John Heflin MD**
**Document generated by: Tina Collins, RN 10/14/2022 01:51 PM**

-----------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001218

## SPECIAL NEEDS / URGENT ORDERS

**SITE:  CIC**



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:                              JONATHAN RICHARDSON
DOB:
DOC#:                                 127630
DATE:                                 10/06/2022 12:43 PM
DOCUMENT GENERATED BY:       Andrea K. Fulton, MA

**Classification Orders**

| Order | Reason | Status | Start | End |
|---|---|---|---|---|
| Bottom bunk | RUE deformity | ordered | 10/06/2022 | 04/06/2023 |

--------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN
NUMBER: 127630
D.O.B :



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

**Facility: CIC**

---

PATIENT:                           JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                             127630
DATE:                              10/06/2022 12:43 PM
VISIT TYPE:                        Nurse Visit

## Nurse Visit

Reason for visit: Special Needs Order

Statement of complaint (in patient's words): BBP renewal

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 3 tablet by oral route every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 4 - 6 hours as needed | Y | | |
| spironolactone 50 mg tablet | take 3 tablet by oral route every day | N | | |
| Zocor 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |

Document generated by: Andrea K. Fulton, MA  10/06/2022 12:43 PM

-------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Electronically signed by John Heflin MD on 10/10/2022 08:59 AM