Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

New issues/stressors/extraordinary events presented today: None reported

Explanation: Patient was seen in MHP's office for her HCR submitted 5/17/22, received/screened 5/18/22 (routine), stating "I would like to speak with Ms. Martinez, Thanks in advance." During session, patient detailed traumatic events that she experienced as a child. She discussed her current charge and she processed her thoughts on her progress. Patient acknowledged having interpersonally exploitative traits and stated that she has tried to use them to her advantage. She discussed her upbringing in foster care and being separated from her siblings. Patient said that she would be open to participating in a mental health group should the opportunity arise. She expressed interest in being part of a mental health group focused on the LGBTQ population.

## Goals, Objectives, and Interventions Addressed Today

Interventions/Methods Provided:
Practiced active listening while patient discussed her past trauma.
Inquired about patient's coping mechanisms and how she continues utilizing make up as a coping skill.
Encouraged patient to continue being proactive in her mental health treatment.
Praised patient for being self reflective and processing her emotions.
Response to Interventions/Progress Toward Goals and Objectives:
Patient remained cooperative and respectful throughout the session. she was receptive to feedback given by MHP.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
| --- |
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Suicide | Denies | | 05/24/2022 | 05/24/2022 | No | | | | |
| Property | Denies | | 05/24/2022 | 05/24/2022 | No | | | | |
| Homicide | Denies | | 05/24/2022 | 05/24/2022 | No | | | | |

STATE001272

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|------------------------|-------------------|--------------------------|
|  |  |  |  |  |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 07/01/2021.

Highest GAF: 70
Date: 05/03/2021.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 08/22/2022 | MHP follow-up for MH Monitoring |

SIGNATURES

Staff: Signed by Leticia Martinez-Mateos, MSW, LSW on 05/24/2022
**Behavioral Health Billing**

| | |
|---|---|
| Start time: | 10:05 AM |
| End time: | 10:55 AM |
| Duration: | 00 hours, 50 minutes |
| Modifier: | N/A |

*Document generated by: Leticia Martinez-Mateos  05/24/2022 04:20 PM*

-------------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth: ▮▮▮▮▮

STATE001273

STATE001274



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

**Facility: CIC**

---

PATIENT: JONATHAN RICHARDSON
DATE OF BIRTH: ███████
DOC #: 127630
DATE: 05/07/2022 12:15 PM
VISIT TYPE: Nurse Visit

## Nurse Visit

Reason for visit: FER needed

**Nurse Protocols:**

**Review/Comments**
Patient smokes 16.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 2 tablet by oral route every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 4 - 6 hours as needed | Y | | |
| spironolactone 100 mg tablet | take 1 tablet by oral route every day | N | | |
| Zocor 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |

**General Comments**

FERS submitted for Estradiol and Spironolactone
FERS approved per Dr Wilks

Document generated by: Shannon S. McCord, LPN  06/16/2022 12:17 PM

------------------------------------------------------------------------------------
---
Indiana Government Center South

STATE001275

302 W. Washington Street
Indianapolis, IN 46204

STATE001276

**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:            JONATHAN RICHARDSON
DATE OF BIRTH:
DOC#:               127630
DATE:               05/05/2022 10:34 AM
VISIT TYPE:         Provider Visit

Established patient

| Clinic | Additional | Enroll Date | Last Visit Date | Dis-enroll Date | Dis-enroll Reason |
|---|---|---|---|---|---|
| Asthma | | 01/14/2020 | | 05/05/2022 | |
| Asthma | | 04/08/2020 | | 05/05/2022 | |

The following conditions were addressed during this chronic care visit:
Asthma
Other

## History of Present Illness:

1. Gender dysphoria
   She stated tolerating estradiol well, budding and is a b cup.
2. Hyperlipidemia
   Risk factors include sedentary life style. Additional information: stated do not like to take medications but after discussion about high cholesterol agreed.
3. asthma
   The initial visit date was 02/12/2008. Symptoms of asthma began in 1984. Additional information: pt stated had asthma as a kid and stated has not used an inhaler in years and has been stable without one and does not have a proair on hand or want one. She feels do not need to be on CCC for asthma anymore.
4. seiures
   she stated all the seizure medications offered on formulary are intolerable and do not want to take any medication for seizures. She reports no seizures awake from sleep like used to, cellmate may see occassional jerking in her sleep.

## PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot |

RICHARDSON, JONATHAN   127630          05/05/2022 10:34 AM 256/291

STATE001277

| | | | |
|---|---|---|---|
| Borderline personality disorder | 05/04/2010 | Y | MD. Onset date 02/19/2015. Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |
| Recurrent major depressive episodes, mild | 10/21/2019 | N | |

Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 | |
| Epilepsy | 06/11/2015 | |

Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| IBUPROFEN | Rash | | |
| PENICILLINS | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Respiratory | Negative | Dyspnea. |
| Cardio | Negative | Chest pain and edema. |
| GI | Negative | Abdominal pain. |

Vital Signs

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 11:12 AM | 215.0 | | 97.522 | | | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 11:12 AM | 140/83 | | | | | |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 11:12 AM | 97.30 | 36.3 | | 93 | | 16 |

**Pulse Oximetry/FIO2**

RICHARDSON, JONATHAN   127630 ███████   05/05/2022 10:34 AM 257/291

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|-------------------|------------------|--------|----------|--------|--------|-------|-----------------|--------------|
| 11:12 AM | 98 | | | | | | | | |

**Measured By**

| Time | Measured by |
|------|-------------|
| 11:12 AM | Vernon L. Osburn, NP |

**Physical Exam**

| Exam | Findings | Details |
|------|----------|---------|
| Respiratory | Normal | Auscultation - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. Murmurs - None. Extremities - No edema. |
| Abdomen | Normal | No abdominal tenderness. |
| Extremity | Normal | No edema. |

## Suicide Risk Screening

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Asthma (493). |
| | Patient Plan | The patient verbalized an understanding of the plan. |
| | Provider Plan | consider peak flow at next visit and if acceptable range consider discharge from CCC for this dx as been stable w/o inhaler |
| 2. | Assessment | Epilepsy (345). |
| | Patient Plan | The patient verbalized an understanding of the plan. |
| | Provider Plan | At this time pt is not ope to being on anti-seizure medications but if seizures recur may consider EEG and/or treatment |

Osburn, Vernon L 05/05/2022 11:21 AM
*Document generated by:* Vernon L. Osburn, NP 05/05/2022 11:21 AM

--------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN   127630⬛⬛⬛⬛   05/05/2022 10:34 AM  258/291

STATE001279



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
|---|

PATIENT:                        JONATHAN RICHARDSON
DATE OF BIRTH:          ▮▮▮▮▮▮
DOC#:                            127630
DATE:                            04/26/2022 6:37 AM
VISIT TYPE:                   Onsite Consult

## INDIVIDUALIZED ACTION PLAN
Program name:
Admission date: 06/09/2016
Effective date of initial IAP:
Next review date: 10/27/2022
GOALS, OBJECTIVES AND INTERVENTIONS

| Goal 3: Depressive symptoms do not impair daily functioning (continued) |
|---|

Target date: 10/27/2022
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 05/01/2018)

Assessed need: Depression

Individual's strength/skills: {local.txt_stengths}

Potential barriers: {local.txt_barriers}

    - Objective 1: Identifies negative thinking supporting depression (continued)
      Start date: 06/30/2012
Target date: 10/27/2022
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 05/01/2018)

        -- Intervention 1: LGBTQ group
          Modality: Group therapy      Frequency: prn      Type of provider: MHP
    - Objective 2: Verbalizes increased feelings of self worth (continued)
      Start date: 06/30/2012
Target date: 10/27/2022
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 03/07/2017)

        -- Intervention 2: LGBTQ Group
          Modality: Group therapy      Frequency: prn      Type of provider: MHP

**Goal 4: Mismatch between assigned gender and gender identity no longer causes marked distress. (continued)**

Start date: 07/22/2019
Target date: 10/27/2022

Assessed need: Evaluation for gender dysphoria

Individual's strength/skills: {local.txt_stengths}

Potential barriers: {local.txt_barriers}

    - Objective 1: Identify ways in which gender identity leads to distress, exacerbates symptoms of depression, and contributes to other concerns such as irritability and self-destructive behavior. (continued)
Start date: 08/27/2020
Target date: 10/27/2022
Adjusted target date:  (Adjusted as per IAP review dated 05/01/2018)

    -- Intervention 1: Person-centered, supportive, solution-focused interventions. LGBTQ Group
    Modality: Group therapy    Frequency: prn    Type of provider: Psychologist

## TRANSITION/DISCHARGE CRITERIA

Discharge plan:
4/26/22: TP updated to reflect group therapy needs.

8/23/21: Patient Autumn (Richardson) was seen for her 90 day routine monitoring and TPR. She denied significant mental health concerns, but acknowledged symptoms of grief over her two best friends being moved to another facility. She described being grateful to them for accepting who she is. She will continue to be monitored every 90 days.

8/27/20 - Richardson has been diagnosed with gender dysphoria and started hormone therapy. She has shown an improvement in mood, irritability, and interpersonal relatedness. An overarching goal for the next treatment period will be to continue to explore and grow into her role living as a woman.

Individual has participated in the development of this plan:
Yes

Others participated in the development of this plan:
No

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth: ▓▓▓▓

STATE001281

_____

SIGNATURES

Staff: Signed by Leticia Martinez Mateos, MSW, LSW on 04/27/2022

*Document generated by: Leticia Martinez Mateos  04/27/2022 06:59 AM*

-----------------------------------------------------------------------------------------------
-------------
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001282



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ▓▓▓▓▓▓ |
| DOC #: | 127630 |
| DATE: | 04/26/2022 6:37 AM |
| HISTORIAN: | self |
| VISIT TYPE: | Onsite Consult |

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

HCR#: 278077

Start time: 10AM

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full
Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits

STATE001283

Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

New issues/stressors/extraordinary events presented today: New issue resolved, no update required

Explanation: Patient was seen in MHP's office for her HCR submitted 4/20/22, received/screened 4/22/22 (routine), stating "I would like to see Ms. Martinez". During session, patient acknowledged issues with the LGBTQ community as she stated that she has been experiencing an increase in harassment in her unit. Patient acknowledged that she has been applying makeup in the bathroom as she has been embracing her femininity. Meanwhile, other incarcerated individuals have been writing the word "fag" in the bathroom she uses. Patient denied knowing who specifically is writing these words. She stated that she has been overcoming this harassment by continuing to use makeup as her therapeutic outlet. She expressed pride in herself and acknowledged her strengths.

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
| --- | --- |
| Depressive symptoms do not impair daily functioning | Identifies negative thinking supporting depression |

Interventions/Methods Provided:
MHP utilized active listening while patient discussed her current barriers.
Provided feedback regarding her coping strategies and praised her for utilizing makeup as a therapeutic outlet.
Encouraged patient to continue practicing assertiveness.
Spoke with patient regarding joining an LGBTQ mental health group.
Response to Interventions/Progress Toward Goals and Objectives:
Patient remained cooperative and respectful throughout the session. She was receptive to feedback given by MHP.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
| --- |
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Suicide | Denies | | 04/26/2022 | 04/26/2022 | No | | | | |
| Property | Denies | | 04/26/2022 | 04/26/2022 | No | | | | |
| Homicide | Denies | | 04/26/2022 | 04/26/2022 | No | | | | |

STATE001284

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description | | |
|---------|--------------------|-----------------------|-------------------|--------------------------|--|--|
| | | | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description | | |
|--------------|--------|-------------|--|--|
| Primary Support Group | Yes | Very little external support | | |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates | | |
| Legal system/crime | Yes | Incarcerated | | |

AXIS V
Current GAF: 70
Date: 07/01/2021.

Highest GAF: 70
Date: 05/03/2021.

## Plan and Additional Information

| Date | Order Description | | |
|------|-------------------|--|--|
| 07/25/2022 | MHP follow-up for MH Monitoring | | |

Plan/Additional Information:
Patient will be signed up for an LGBTQ mental health group PRN.

SIGNATURES

Staff: Signed by Leticia Martinez Mateos, MSW, LSW on 04/27/2022
## Behavioral Health Billing

| Start time: | 10AM |
|-------------|------|
| End time: | 10:30AM |
| Modifier: | N/A |

*Document generated by: Leticia Martinez Mateos  04/27/2022 06:53 AM*

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of

Page 264 of 291
Encounter Date: 04/26/2022 06:37 AM

STATE001285

STATE001286

## SPECIAL NEEDS / URGENT ORDERS

**SITE: CIC**



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Facility: CIC**

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DOB: | |
| DOC#: | 127630 |
| DATE: | 04/15/2022 11:09 AM |
| DOCUMENT GENERATED BY: | Abiola Amusan, RN |

### Classification Orders

| Order | Reason | Status | Start | End |
|---|---|---|---|---|
| Bottom bunk | RUE DEFORMITY | ordered | 04/06/2022 | 10/06/2022 |
| laying from work only | | ordered | 04/15/2022 | 04/17/2022 |

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN
NUMBER: 127630
D.O.B :



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

PATIENT:                           JONATHAN RICHARDSON
DATE OF BIRTH:                     ████████
DOC #:                             127630
DATE:                              04/15/2022 11:09 AM
VISIT TYPE:                        Nurse Visit

## Nurse Visit

Reason for visit:  Abdominal pain

Statement of complaint (in patient's words):  Frequent stooling over 24hrs

### Vital Signs

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|------|------|------|---------|---------|-----------|--------|
| 11:13 AM | 226.5 | | 102.739 | | | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|------|----------|----------|------|------|--------|-----------|
| 11:13 AM | 117/85 | | | | | |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|------|--------|--------|-----------|-----------|---------|-----------|
| 11:13 AM | 97.30 | 36.3 | | 82 | | 18 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|------|------|--------|----------|--------|--------|-------|-----------------|--------------|
| 11:13 AM | 98 | | RA | | | | | | |

**Measured By**

| Time | Measured by | | | | | |
|------|-------------|--|--|--|--|--|
| 11:13 AM | Jodean Ayres, RN | | | | | |

**Nurse Protocols:**

**EMERGENCY NURSING ABDOMINAL PAIN**

STATE001288

**Objective:**

| | |
|---|---|
| **Distress** | no acute distress |
| **Orientation** | alert |
| **Skin exam** | warm |

**Abdomen Exam**

| | |
|---|---|
| Auscultation | Bowel sounds present. |
| Palpation | soft non-tender |

**Assessment:  Abdominal pain**

**The following nursing interventions were completed**

Medication allergies reviewed; pregnancy ruled out

Patient education provided

**Follow-up:**

Sick call if symptoms do not subside or become worse

**Review/Comments**
Patient smokes 16.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 1 tablet by oral route every day | N | | |
| spironolactone 50 mg tablet | take 1 tablet by oral route every day | N | | |
| Tylenol Extra Strength 500 mg tablet | take 1 tablet by oral route every 8 hours as needed | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| ordered | Return to Housing Unit | | | | |
| ordered | laying from work only | | | | 04/17/2022 |

**General Comments**

He complains of abdominal pain with frequent stooling over 24hrs, not in obvious distress at the moment, educated on importance of hand hygiene and to return to NSC if condition changes. Lay of from work given from work (kitchen) till sunday.

STATE001289

Document generated by: Abiola Amusan, RN  04/15/2022 11:31 AM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

## Facility: CIC

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                      127630
DATE:                       04/13/2022 9:34 AM
VISIT TYPE:                 Nurse Visit

## Nurse Visit

Reason for visit:  Med Renewal

### Nurse Protocols:

**Review/Comments**
Patient smokes 16.00 packs a year

### Medications

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 1 tablet by oral route every day | N | | |
| spironolactone 50 mg tablet | take 1 tablet by oral route every day | N | | |
| Tylenol Extra Strength 500 mg tablet | take 1 tablet by oral route every 8 hours as needed | N | | |

### General Comments

CC Rx Renewal

Document generated by: Shannon S. McCord, LPN  04/13/2022 09:35 AM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001291

Electronically signed by Vernon L Osburn NP on 08/17/2022 04:45 PM

STATE001292

## SPECIAL NEEDS / URGENT ORDERS

**SITE: CIC**



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
|---|

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DOB: | |
| DOC#: | 127630 |
| DATE: | 04/06/2022 1:21 PM |
| DOCUMENT GENERATED BY: | Tina Collins,  RN |

**Classification Orders**

| Order | Reason | Status | Start | End |
|---|---|---|---|---|
| Bottom bunk | RUE DEFORMITY | ordered | 04/06/2022 | 10/06/2022 |

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN
NUMBER: 127630
D.O.B :



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                       127630
DATE:                        04/06/2022 1:21 PM
VISIT TYPE:                  Nurse Visit

## Nurse Visit

Reason for visit: Special Needs Order

**Nurse Protocols:**

**Review/Comments**
Patient smokes 16.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 1 tablet by oral route every day | N | | |
| spironolactone 50 mg tablet | take 1 tablet by oral route every day | N | | |
| Tylenol Extra Strength 500 mg tablet | take 1 tablet by oral route every 8 hours as needed | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| ordered | Bottom bunk | | | | 10/06/2022 |

**General Comments**

BBP DUE TO R HAND MISSING 2 DIGITS – THUMB AND INDEX FINGER

Document generated by: Tina Collins, RN  04/06/2022 01:29 PM

--------------------------------------------------------------------------------------------------------------------
---

STATE001294

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Electronically signed by John Jones MD on 04/07/2022 08:51 AM



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

### Facility: CIC

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                      127630
DATE:                       03/31/2022 1:34 PM
HISTORIAN:                  self
VISIT TYPE:                 Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

HCR#: 10446

Start time: 10AM

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Mood:  Depressed
Affect:  Constricted
Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average

STATE001296

Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Explanation: Patient was seen for her HCR submitted 3/21/22, received/screened 3/24/22 (routine), stating " I would like to see Ms. Martinez". During session, patient processed her childhood trauma and current prejudices that she has been exposed to. Patient discussed being a survivor and moving away from the victim mentality. She described her strengths and acknowledged that her experiences have made her stronger and more capable. Patient stated that she perceives one of her strengths to be her vulnerability but she does not often get to practice it due to her prison environment.

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Identifies negative thinking supporting depression |

Interventions/Methods Provided:
Actively listened to patient as he described his barriers.
Encouraged patient to continue practicing recognizing her strengths.
Inquired about patient's progress in the last two months.
Validated patient's thoughts, feelings and experiences.
Response to Interventions/Progress Toward Goals and Objectives:
Patient remained cooperative and respectful throughout the session. He was receptive to feedback given by MHP.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 03/31/2022 | 03/31/2022 | No | | | | |
| Property | Denies | | 03/31/2022 | 03/31/2022 | No | | | | |
| Homicide | Denies | | 03/31/2022 | 03/31/2022 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---|---|---|---|---|
| | | | | |

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth:

STATE001297

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 07/01/2021.

Highest GAF: 70
Date: 05/03/2021.

## Plan and Additional Information

| Date | Order Description |
|---|---|
| 06/29/2022 | MHP follow-up for MH Monitoring |

SIGNATURES

Staff: Signed by Leticia Martinez Mateos, MSW, LSW on 04/01/2022

## Behavioral Health Billing

Start time:        10AM
End time:         10:50AM
Modifier:         N/A

*Document generated by: Leticia Martinez Mateos  04/01/2022 01:43 PM*

-------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001298



**State of Indiana**
Division of Medical and Clinical Healthcare Services

**Department of Correction**
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                       127630
DATE:                        03/02/2022 3:05 PM
HISTORIAN:                   self
VISIT TYPE:                  Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

HCR#: 278753

Start time: 1pm


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full
Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits

Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

New issues/stressors/extraordinary events presented today: New issue resolved, no update required

Explanation: Patient was seen in MHP's office for his HCR submitted 2/27/22, received/screened 2/28/22 (routine), stating "I would like to speak with Ms. Martinez, thanks in advance". During session, patient spoke about a recent incident in which he was called a "fag" by another offender. Patient stated he reported it to staff. She acknowledged that she has traits of being "manipulative" and spoke about those behavior patterns.

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Identifies negative thinking supporting depression |

Interventions/Methods Provided:
Actively listened to patient as she spoke about her "manipulative" traits.
Praised patient for her resiliency.
Challenged patient's belief that she is manipulative.
Inquired bout her coping skills and strengths.
Response to Interventions/Progress Toward Goals and Objectives:
Patient remained cooperative and respectful throughout the session. She was receptive to feedback given by MHP.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments | | | | | |
|---|---|---|---|---|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. | | | | | |
| Patient denies property damage ideation, plan, intent, and/or attempt. | | | | | |
| Patient denies homicidal ideation, plan, intent, and/or attempt. | | | | | |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 03/02/2022 | 03/02/2022 | No | | | | |
| Property | Denies | | 03/02/2022 | 03/02/2022 | No | | | | |
| Homicide | Denies | | 03/02/2022 | 03/02/2022 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description | | |
|---|---|---|---|---|---|---|

STATE001300

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 07/01/2021.

Highest GAF: 70
Date: 05/03/2021.

## Plan and Additional Information

| Date | Order Description | | |
|---|---|---|---|
| 05/31/2022 | MHP follow-up for MH monitoring | | |

SIGNATURES

Staff: Signed by Leticia Martinez Mateos, MSW, LSW on 03/02/2022
**Behavioral Health Billing**

Start time:      1pm
End time:       1:45pm
Modifier:       N/A

*Document generated by: Leticia Martinez Mateos  03/02/2022 03:20 PM*

----------------------------------------------------------------------------------------------------
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:      JONATHAN RICHARDSON
DATE OF BIRTH:
DOC#:      127630
DATE:      02/08/2022 01:55 PM
VISIT TYPE:      Provider Visit

Established patient

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD. Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |
| Recurrent major depressive episodes, mild | 10/21/2019 | N | | |

Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 | |
| Epilepsy | 06/11/2015 | |

Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |

RICHARDSON, JONATHAN    127630    02/08/2022 01:55 PM 281/291

STATE001302

| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, fatigue, fever, malaise, night sweats, weight gain and weight loss. |
| ENMT | Negative | Ear drainage, hearing loss, nasal drainage, otalgia, sinus pressure and sore throat. |
| Eyes | Negative | Eye discharge, eye pain and vision changes. |
| Respiratory | Negative | Chronic cough, cough, dyspnea, known TB exposure and wheezing. |
| Cardio | Negative | Chest pain, claudication, edema and irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, blood in stool, change in stool pattern, constipation, decreased appetite, diarrhea, heartburn, nausea and vomiting. |
| GU | Negative | Dribbling, dysuria, erectile dysfunction, hematuria, polyuria, slow stream, urinary frequency, urinary incontinence and urinary retention. |
| Endocrine | Negative | Cold intolerance, heat intolerance, polydipsia and polyphagia. |
| Neuro | Negative | Dizziness, extremity weakness, gait disturbance, headache, memory impairment, numbness in extremity, seizures and tremors. |
| Psych | Negative | Anxiety, depression and insomnia. |
| Integumentary | Negative | Brittle hair, brittle nails, change in shape/size of mole(s), hair loss, hirsutism, hives, pruritus, rash and skin lesion. |
| MS | Positive | Joint pain. |
| MS | Negative | Back pain, joint swelling, muscle weakness and neck pain. |
| Hema/Lymph | Negative | Easy bleeding, easy bruising and lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, environmental allergies, food allergies and seasonal allergies. |
| Reproductive | Negative | Penile discharge and sexual dysfunction. |

All other review of systems are negative.

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 2:04 PM | 5.0 | 11.0 | | 02/08/2014 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 2:04 PM | 231.0 | | 104.780 | dressed with shoes | 32.21 | 2.29 |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 2:04 PM | 120/78 | sitting | left | arm | manual | adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 2:04 PM | 97.70 | 36.5 | temporal | 82 | regular | 18 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 2:04 PM | 97 | | RA | | | | | | |

RICHARDSON, JONATHAN    127630⬛⬛⬛    02/08/2022 01:55 PM 282/291

**Measured By**

| Time | Measured by |
|------|-------------|
| 2:04 PM | Elizabeth A. Holloway, MHC |

**Physical Exam**

| Exam | Findings | Details |
|------|----------|---------|
| General Exam | Comments | +Finkelstein's on L |
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right Normal, Left Normal. Pupil - Right Normal. |
| Nose/Mouth/Throat | Normal | Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rhythm. No murmurs, gallops, or rubs. |
| Vascular | Normal | Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. No abdominal tenderness. No hepatic enlargement. No spleen enlargement. No hernia. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Suicide Risk Screening

**Assessment/Plan**

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Carpal tunnel syndrome (354.0), left. |
|   | Patient Plan | Brace |
|   |   | Prednisone |
|   |   | Tylenol |
|   | Provider Plan | The patient verbalized an understanding of the plan. |
|   | Plan Orders | splint/brace - wrist on 02/08/2022. |

**Labs**

| Date Ordered | Status | Test Status | Description | Order# | Provider | Test Location |
|--------------|--------|-------------|-------------|--------|----------|---------------|
| 02/08/2022 09:54 AM | Ordered | Pending | COMPREHENSIVE METABOLIC PANEL / CBC WITH DIFF / LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) / URINALYSIS / TESTOSTERONE, TOTAL / ESTRADIOL / PROLACTIN | 1146786 8 | Jones, John | CIC |

**Medications** *(Added, Continued or Stopped this visit)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|------------|------------|------------|-----------|-----------|-------------|-----------|
| 12/17/2021 | estradiol 2 mg | take 1 tablet by oral route | N |  | FER submitted | 06/14/2022 |

RICHARDSON, JONATHAN    127630⬛⬛⬛⬛    02/08/2022 01:55 PM 283/291

STATE001304

| | | tablet | every day | | | | |
|---|---|---|---|---|---|---|---|
| 02/08/2022 | prednisone 10 mg tablet | Taper 6/5/4/3/2/1. | N | | KOP | 02/13/2022 |
| 09/27/2021 | Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 4 - 6 hours as needed | Y | | DO NOT SEND - MAX REFILL ONCE Q 3-4M | 03/25/2022 |
| 10/21/2021 | spironolactone 50 mg tablet | take 1 tablet by oral route every day | N | | KOP | 04/18/2022 |
| 02/08/2022 | Tylenol Extra Strength 500 mg tablet | take 1 tablet by oral route every 8 hours as needed | N | | KOP | 05/08/2022 |

*Provider:*
Jones, John  02/08/2022 2:04 PM
*Document generated by:*  Elizabeth A. Holloway, MHC 02/08/2022 02:04 PM

--------------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001305



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:                JONATHAN RICHARDSON
DATE OF BIRTH:      ███████
DOC #:                 127630
DATE:                  02/01/2022 11:53 AM
VISIT TYPE:         Nurse Visit

## Nurse Visit

Reason for visit: Numbness
HCR#: 11025

Statement of complaint (in patient's words):  "Numbness in left hand"

## Vital Signs

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 11:55 AM | 213.0 | | 96.615 | dressed with shoes | | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 11:55 AM | 128/82 | sitting | left | arm | manual | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 11:55 AM | 97.50 | 36.4 | | 97 | regular | 18 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 11:55 AM | 97 | | RA | | | 21 | | | |

**Measured By**

| Time | Measured by | | | |
|---|---|---|---|---|
| 11:55 AM | Jodean Ayres, RN | | | |

STATE001306

**Nurse Protocols:**

**MUSCULOSKELETAL**

**Subjective:**
Date of Onset: 02/01/2022.
Previous history? Yes.
Recent injury? No.
Pain? Yes. Comments:  Pins and needles feeling
**Objective:**
Examination of Left hand.
Tenderness? No.
Palpable distal pulses? Yes.
Pain with movement? No.
Sensation intact? No.
Spasms? No.
Range of motion (WNL)? Yes.
Weakness? Yes.
Discoloration? No.
Warm to touch? Yes.
Tingling? Yes.
Gait (WNL)? Yes.
Numbness? Yes.
Swelling? No.

Bowel & Bladder Function
N/A to complaint (no complaints of back pain).

Urine dipstick?:  Not indicated.

**Assessment:**
Alteration in comfort
Related to: strain/sprain.

**Review/Comments**
Patient smokes 16.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
| --- | --- | --- | --- | --- |
| estradiol 2 mg tablet | take 1 tablet by oral route every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 4 - 6 hours as needed | Y | | |
| spironolactone 50 mg tablet | take 1 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|--------|-------|-----------|-----------|----------|-----------|
| ordered | Referred to provider – condition not responding to protocol | Routine | | | |
| completed | Patient education provided | | | | |
| completed | Sick call if symptoms do not subside or become more severe | | | | |

**General Comments**

39yr old male presents to medical from the kitchen with complaints of having weakness and numbness in his left hand. Pt reports having issue all the time with periods of weakness / numbness then it returns to normal. Pt has ROM in hand / fingers. Pins and needles feeling. He reports at this time the numbness is lasting longer. Pt refer to MD for assessment.

| Education | Date Provided | Provided By |
|-----------|---------------|-------------|
| Patient education provided | 02/01/2022 | Jodean Ayres, RN |

Document generated by: Jodean Ayres, RN  02/01/2022 12:03 PM

----------------------------------------------------------------------------------------------------
---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                      127630
DATE:                       01/24/2022 9:09 AM
HISTORIAN:                  self
VISIT TYPE:                 Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

HCR#: 12150

Start time: 10:30AM


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full
Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits

Patient Name: RICHARDSON, JONATHAN                              Page 288 of 291
ID: 127630    Date of Birth:                    Encounter Date: 01/24/2022 09:09 AM

STATE001309

Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

New issues/stressors/extraordinary events presented today: New issue resolved, no update required

Explanation: Patient was seen in MHP's office for his HCR submitted 1/3/22, received/screened 1/4/22 (routine), stating "I would like to see Ms. Martinez, please." During session, patient stated that she has been trying to "work on" her femininity. She described trying to make her voice sound more high pitched as her natural voice is deeper. She stated that she looks forward to being released from prison so that she may continue her physical transition into womanhood. She described being more comfortable in her own skin and acknowledged that she feels less afraid of showing her feminine side.

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Mismatch between assigned gender and gender identity no longer causes marked distress. | Identify ways in which gender identity leads to distress, exacerbates symptoms of depression, and contributes to other concerns such as irritability and self-destructive behavior. |

Interventions/Methods Provided:
Practiced active listening as patient discussed her coping strategies
Validated her thoughts and emotions given the transition she is currently making
Developed positive affirmations to remind patient of her strengths.
Response to Interventions/Progress Toward Goals and Objectives:
Patient remained cooperative and respectful throughout the session. She was receptive to feedback given by MHP.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |  |  |
|---|---|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. | | |
| Patient denies property damage ideation, plan, intent, and/or attempt. | | |
| Patient denies homicidal ideation, plan, intent, and/or attempt. | | |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 01/24/2022 | 01/24/2022 | No | | | | |
| Property | Denies | | 01/24/2022 | 01/24/2022 | No | | | | |
| Homicide | Denies | | 01/24/2022 | 01/24/2022 | No | | | | |

STATE001310

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description | |
|---------|--------------------|-----------------------|-------------------|------------------------|--|
|         |                    |                       |                   |                        |  |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 07/01/2021.

Highest GAF: 70
Date: 05/03/2021.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 04/24/2022 | MHP follow-up for MH Monitoring |

SIGNATURES

Staff: Signed by Leticia Martinez Mateos, MSW, LSW on 01/26/2022
**Behavioral Health Billing**

Start time:          10:30AM
End time:           10:55AM
Modifier:            N/A

*Document generated by: Leticia Martinez Mateos  01/26/2022 03:28 PM*

-------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001311

STATE001312