**EXHIBIT**

**55**

tabbies

# NextGen Patient Record

**Name:** RICHARDSON, JONATHAN C
**DOB:** ▨▨▨▨▨▨▨

## CONTENTS

**Encounter: 12/23/2021 8:22:55 PM**

med_chm_restriction_orders
Nurse Visit

**Encounter: 12/17/2021 11:32:44 AM**

Nurse Visit

**Encounter: 12/1/2021 12:33:04 PM**

Nurse Visit

**Encounter: 11/27/2021 11:02:01 AM**

chm_class_orders
chm_xray_requisition

**Encounter: 11/10/2021 12:14:24 PM**

med_bh_indiv_prog_note

**Encounter: 10/21/2021 8:44:01 AM**

Master_lm

**Encounter: 10/14/2021 11:37:11 AM**

med_bh_indiv_prog_note

**Encounter: 9/27/2021 11:58:56 AM**

Nurse Visit

**Encounter: 8/23/2021 2:46:56 PM**

med_bh_iap
med_bh_indiv_prog_note

**Encounter: 7/9/2021 2:33:22 PM**

Disability Classification
med_chm_annual_nurse_enc
Medical Status Classification
Mental Status Classification

STATE001596

## Encounter: 7/1/2021 10:00:49 AM

med_bh_indiv_prog_note

## Encounter: 6/22/2021 9:05:07 AM

Nurse Visit

## Encounter: 5/3/2021 10:33:58 AM

med_bh_indiv_prog_note

## Encounter: 4/14/2021 10:00:14 AM

med_bh_indiv_prog_note

## Encounter: 4/5/2021 3:51:03 PM

Master_lm

## Encounter: 3/31/2021 2:02:32 PM

med_bh_indiv_prog_note

## Encounter: 3/8/2021 3:02:48 PM

chm_administrative_note

## Encounter: 3/8/2021 2:06:40 PM

med_bh_indiv_prog_note

## Encounter: 12/3/2020 4:02:58 PM

med_bh_indiv_prog_note

## Encounter: 11/12/2020 5:23:08 PM

med_bh_indiv_prog_note

## Encounter: 10/19/2020 5:06:42 PM

med_bh_indiv_prog_note

## Encounter: 10/8/2020 4:56:54 PM

med_bh_indiv_prog_note

## Encounter: 10/8/2020 1:38:38 PM

Flu Screening Form
Nurse Visit
vis-flu

STATE001597

## Encounter: 10/7/2020 10:23:56 AM

med_chm_provider_visit

## Encounter: 9/24/2020 2:25:05 PM

med_bh_indiv_prog_note

## Encounter: 9/10/2020 4:29:37 PM

med_bh_indiv_prog_note

## Encounter: 8/27/2020 1:10:57 PM

med_bh_iap
med_bh_indiv_prog_note

## Encounter: 8/23/2020 11:36:01 AM

chm_administrative_note

## Encounter: 7/19/2020 10:04:55 AM

Disability Classification
Flu Screening Form
Heat Stress Quesionnaire
med_chm_annual_nurse_enc
Medical Status Classification
Mental Status Classification

## Encounter: 7/8/2020 10:14:45 AM

Master_lm

## Encounter: 7/7/2020 2:04:24 PM

med_bh_indiv_prog_note

## Encounter: 6/30/2020 12:01:40 PM

med_bh_indiv_prog_note

## Encounter: 6/23/2020 9:45:53 AM

Nurse Visit

## Encounter: 6/17/2020 12:30:05 PM

bh_testing_results
med_bh_indiv_prog_note

## Encounter: 6/11/2020 10:00:30 AM

med_bh_indiv_prog_note

## Encounter: 5/19/2020 1:00:19 PM

med_bh_indiv_prog_note

## Encounter: 4/28/2020 3:18:06 PM

med_bh_indiv_prog_note

## Encounter: 4/8/2020 10:32:43 AM

Master_lm

## Encounter: 4/7/2020 5:18:02 PM

med_bh_indiv_prog_note

## Encounter: 4/6/2020 5:22:28 AM

chm_administrative_note

## Encounter: 4/2/2020 5:57:40 PM

med_bh_psychopharm

## Encounter: 3/31/2020 4:21:52 PM

chm_administrative_note

## Encounter: 3/26/2020 11:27:14 AM

chm_administrative_note

## Encounter: 3/24/2020 6:48:41 PM

Nurse Visit

## Encounter: 3/16/2020 1:03:26 PM

med_bh_indiv_prog_note

## Encounter: 2/25/2020 4:43:16 PM

med_bh_iap
med_bh_indiv_prog_note

## Encounter: 2/3/2020 1:18:23 PM

med_bh_indiv_prog_note

## Encounter: 1/14/2020 12:00:11 PM

med_bh_indiv_prog_note

STATE001599

STATE001600

## SPECIAL NEEDS / URGENT ORDERS

**SITE:  CIC**



**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

### Facility: CIC

PATIENT:                               JONATHAN RICHARDSON
DOB:
DOC#:                                  127630
DATE:                                  12/23/2021 8:22 PM
DOCUMENT GENERATED BY:        Ruby L. Beeny, LPN

**Restriction Orders**

No Work, No Rec x 24 hours
Starting 12/24/21 Ending 12/25/21

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN

NUMBER: 127630

D.O.B :

STATE001601



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

**Facility: CIC**

PATIENT:              JONATHAN RICHARDSON
DATE OF BIRTH:        ▮▮▮▮▮▮
DOC #:                127630
DATE:                 12/23/2021 8:22 PM
VISIT TYPE:           Nurse Visit

## Nurse Visit

Reason for visit:  Sick Visit.
HCR#: 127630

Statement of complaint (in patient's words):  I took my COVID booster shot on Dec. 22nd and and havinga lot of side effects:  body aches, bruning up, chills, lethragy, headache, trouble breathing , numbness in the extremities, nausea

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|------|-----|------|-----|------------|----------------|
| 3:12 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|------|----------|----------|------|------|--------|-----------|
| 3:12 AM | 120/80 | sitting | right | | automatic | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|------|--------|--------|-----------|-----------|---------|-----------|
| 3:12 AM | 97.20 | 36.2 | temporal | 115 | regular | |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|-------------------|------------------|--------|----------|--------|--------|-------|-----------------|--------------|
| 3:12 AM | 97 | | RA | | | | | | |

**Comments**

| Time | Comments |
|------|----------|
| 3:12 AM | Historical entry 12/23/2021. |

---

STATE001602

**Measured By**

| Time | Measured by |
|------|-------------|
| 3:12 AM | Ruby L Beeny, LPN |

**Nurse Protocols:**

Patient education was given

**Review/Comments**

Patient smokes 16.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|------------|-----|-----------|-----------|---------|
| estradiol 2 mg tablet | take 1 tablet by oral route every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 4 - 6 hours as needed | Y | | |
| spironolactone 50 mg tablet | take 1 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|--------|-------|-----------|-----------|----------|-----------|
| ordered | No kitchen duty | | | | |
| ordered | No Work, No Rec | | | | |
| ordered | Medical Restrictions | | | | |

**General Comments**

This nurse discussed SE of the COVID vaccines and normal expected Reactions. Due to offender having warm clammy skin, chills and body aches this nurse did offer one day lay in as the normal time frame to adjust to booster is 24-48 hours. Offender to monitor his pulse and report if it continues to be elevated to fill out a health care and let medical know. Offender voiced undestand,

Document generated by: Ruby L Beeny, LPN  12/24/2021 03:15 AM

-------------------------------------------------------------------------------------------------------------------
---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth: ▮▮▮▮

Page 8 of 182
Encounter Date: 12/23/2021 08:22 PM

STATE001603



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Facility: CIC**

PATIENT: JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #: 127630
DATE: 12/17/2021 11:32 AM
VISIT TYPE: Chart Update

## Nurse Visit

Reason for visit: Med Renewal

**Nurse Protocols:**

**Review/Comments**
Patient smokes 16.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 1 tablet by oral route every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 4 - 6 hours as needed | Y | | |
| spironolactone 50 mg tablet | take 1 tablet by oral route every day | N | | |

**General Comments**

FER SUBMITTED
FER approved per Dr. Wilks

Document generated by: Shannon S. McCord, LPN  12/20/2021 07:51 AM

---

---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001604

Electronically signed by John Jones MD on 12/21/2021 07:06 AM



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Facility: CIC**

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ▮▮▮▮▮ |
| DOC #: | 127630 |
| DATE: | 12/01/2021 12:33 PM |
| VISIT TYPE: | Chart Update |

## Nurse Visit

Reason for visit: X-Ray Report

**Nurse Protocols:**

**Review/Comments**
Patient smokes 16.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 1 tablet by oral route every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 4 - 6 hours as needed | Y | | |
| spironolactone 50 mg tablet | take 1 tablet by oral route every day | N | | |

Document generated by: Lynette King, AA  12/01/2021 12:34 PM

-------------------------------------------------------------------------------------------------------------------
---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

# SPECIAL NEEDS / URGENT ORDERS

**SITE: CIC**



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

PATIENT:             JONATHAN RICHARDSON
DOB:
DOC#:              127630
DATE:              11/27/2021 11:02 AM
DOCUMENT GENERATED BY:      Abimbola Ehimare, RN

### Classification Orders

| Order | Reason | Status | Start | End |
|---|---|---|---|---|
| LAY-IN FROM WORK | Injury to R Hand | ordered | 11/27/2021 | 11/28/2021 |
| May Return to work 11/29/21 | | | | |

--------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME: RICHARDSON, JONATHAN
NUMBER: 127630
D.O.B :

## X-RAY REQUISITION

**SITE: CIC**
**COMPLETED BY: Abimbola Ehimare, RN     11/27/2021 11:02 AM**

# X-RAY REQUISITION

---

--

| | |
|---|---|
| **Patient name:** | JONATHAN  RICHARDSON |
| **Date of birth:** | ▮▮▮▮▮ |
| **DOC#:** | 127630 |
| **Address:** | E |
| | , 22A |

**Fasting:**
**Call results:**

**Instructions:**     Please take this requisition to the X_Ray department.

| Code Order | Code Diagnosis | Reason |
|---|---|---|
| 7312 Hand two views Right 0 | 923.03 Contusion of upper arm | |

| | |
|---|---|
| **Ordered by:** | John Jones MD |
| **Date:** | 11/27/2021 11:02 AM |

*Provider:*
Jones, John  11/27/2021 11:17 AM

**Document generated by:  Abimbola Ehimare, RN  11/27/2021**



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ▮▮▮▮▮▮ |
| DOC #: | 127630 |
| DATE: | 11/10/2021 12:14 PM |
| HISTORIAN: | self |
| VISIT TYPE: | Onsite Consult |

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

HCR#: 258180

Start time: 10:15AM

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full
Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits

Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

New issues/stressors/extraordinary events presented today: New issue resolved, no update required

Explanation: Patient was seen in MHP's office for her HCR submitted 11/3/21, received/screened 11/4/21 (routine), stating she wanted to speak with "Ms. Martinez". During session, patient acknowledged that she has been having difficulty with starting a group that focuses on LGBTQ topics in relation to religion. She stated that she has been receiving verbal "abuse" from other offenders as she attempts to form this group for other women in the dorm. She identified herself as being strong and vulnerable at the same time. Vented about housing requirements as the transgender community often has to bunk with male offenders. She acknowledged her faith and self identity as her greatest strengths.

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Verbalizes increased feelings of self worth |

Interventions/Methods Provided:
MHP Utilized active listening while patient discussed her current barriers and coping skills.
Asked patient how she reminds herself of her confidence and strengths
Encouraged patient to continue pursuing her goal of starting the group as it seems that it will provide the LGBTQ community at CIF with much needed support.
Response to Interventions/Progress Toward Goals and Objectives:
Patient remained cooperative and respectful throughout the session. She was communicative about her current barriers and strengths.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 11/10/2021 | 11/10/2021 | No | | | | |
| Property | Denies | | 11/10/2021 | 11/10/2021 | No | | | | |

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth: ▮▮▮▮▮▮▮▮

Page 15 of 182
Encounter Date: 11/10/2021 12:14 PM

STATE001610

Homicide    Denies           11/10/2021    11/10/2021    No

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description | | |
|---------|---------|---------|---------|---------|---------|---------|
| | | | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 07/01/2021.

Highest GAF: 70
Date: 05/03/2021.

## Plan and Additional Information

| Date | Order Description | |
|------|-------------------|---|
| 02/08/2022 | MHP follow-up for MH Monitoring | |

SIGNATURES

Staff: Signed by Leticia Martinez Mateos, MSW, LSW on 11/10/2021
**Behavioral Health Billing**

Start time:        10:15AM
End time:         10:40AM
Modifier:         N/A

*Document generated by: Leticia Martinez Mateos  11/10/2021 01:00 PM*

-------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001612



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

PATIENT:           JONATHAN RICHARDSON
DATE OF BIRTH:
DATE:              10/21/2021 08:44 AM
VISIT TYPE:        Chronic Care Visit

**History of Present Illness:**
1. hyperlipidemia
   Risk factors include sedentary life style. Pertinent negatives include chest pain, claudication, constipation, diarrhea, dyspnea, heartburn, hematuria, nausea, palpitations, polyuria and vomiting.
2. asthma
   The initial visit date was 02/12/2008. Symptoms of asthma began in 1984. Pertinent negatives include irregular heartbeat/palpitations and wheezing.
3. gender identity disorder

**PROBLEM LIST:**

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD. Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |
| Recurrent major depressive episodes, mild | 10/21/2019 | N | | |

**Problem List (not yet mapped to SNOMED-CT®):**

RICHARDSON, JONATHAN    127630    ▮▮▮▮▮▮  10/21/2021 08:44 AM 18/182

STATE001613

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 | |
| Epilepsy | 06/11/2015 | |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, fatigue, fever, malaise, night sweats, weight gain and weight loss. |
| Respiratory | Negative | Chronic cough, cough, dyspnea, known TB exposure and wheezing. |
| Cardio | Negative | Chest pain, claudication, edema and irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, blood in stool, change in stool pattern, constipation, decreased appetite, diarrhea, heartburn, nausea and vomiting. |
| GU | Negative | Dribbling, dysuria, hematuria, polyuria, slow stream, urinary frequency, urinary incontinence and urinary retention. |
| Neuro | Negative | Dizziness, extremity weakness, gait disturbance, headache, memory impairment, numbness in extremity, seizures and tremors. |

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 8:44 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 8:44 AM | 213.0 | | 96.615 | dressed with shoes | 29.70 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 8:44 AM | 138/84 | sitting | left | arm | automatic | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 8:44 AM | 97.70 | 36.5 | temporal | 83 | | 16 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 8:44 AM | 97 | | RA | | | | | | |

RICHARDSON, JONATHAN   127630 ▓▓▓▓▓ 10/21/2021 08:44 AM 19/182

STATE001614

**Peak Flow**

| Time | PeakFlow L/min | Timing | Method | | | |
|------|----------------|--------|--------|--|--|--|
| 8:44 AM | 450 | | | | | |

**Measured By**

| Time | Measured by | | | | |
|------|-------------|--|--|--|--|
| 8:44 AM | Elizabeth A. Holloway, MHC | | | | |

## Physical Exam

| Exam | Findings | Details | | |
|------|----------|---------|--|--|
| General Exam | Comments | telehealth visit - heart/lung sounds not assessed | | |
| Constitutional | Normal | Well developed. | | |
| Neck Exam | Normal | Inspection - Normal. | | |
| Respiratory | Normal | Effort - Normal. | | |
| Abdomen | Normal | Inspection - Normal. | | |
| Skin | Normal | Inspection - Normal. | | |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. | | |
| Extremity | Normal | No edema. | | |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. | | |

## Assessment/Plan

| # | Detail Type | Description | | | |
|---|-------------|-------------|--|--|--|
| 1. | Assessment | Asthma (493.90). | | | |
| | Impression | Offender is on Xopenex. He uses his inhaler rarely, <1x/week | | | |
| | | No acute exacerbations. | | | |
| | | Lung sounds not assessed today d/t telehealth visit. | | | |
| | | Offender is breathing comfortably, speaking in complete sentences. | | | |
| | Patient Plan | Continue current medications as prescribed. | | | |
| | | Continue to monitor labs in CCC per protocol. | | | |
| | | Encouraged healthy dietary choices & daily exercise. | | | |
| 2. | Assessment | Hypercholesterolaemia (272.0). | | | |
| | Impression | LDL 103. Offender is not currently on a statin. | | | |
| | | Denies CP/SOB. | | | |
| | Patient Plan | Continue to monitor labs in CCC per protocol. | | | |
| | | Encouraged healthy dietary choices & daily exercise. | | | |
| 3. | Assessment | Gender identity disorder in adults (302.85). | | | |
| | Impression | Offender is on estradiol & spironolactone for transition to female gender. | | | |
| | | He has no medical c/o today. | | | |
| | | Testosterone 263.41, has not dropped significantly since starting the medication. | | | |
| | Patient Plan | Spironolactone increased to 50mg daily for testosterone suppression. | | | |
| | | Continue to monitor labs in CCC per protocol. | | | |
| | Provider Plan | Offender was assessed via telehealth. CCC clerk L. Holloway was present with the patient during the entire encounter. Crawford NP delivered services from her office located in Indiana. The patient consent for telehealth was present in the patient health record. The patient's ID was verified by having him hold his inmate ID in front of the telehealth camera for the provider to verify. The patient was afforded the opportunity to ask questions regarding the use of the telehealth platform. | | | |

RICHARDSON, JONATHAN   127630 ████████ 10/21/2021 08:44 AM 20/182

STATE001615

## Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|------------|------------|------------|------------|------------|-------------|-----------|
| 06/22/2021 | estradiol 2 mg tablet | take 1 tablet by oral route every day | N | | FER submitted 6/22/21 x 6 m | 12/18/2021 |
| 09/27/2021 | Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 4 - 6 hours as needed | Y | | DO NOT SEND - MAX REFILL ONCE Q 3-4M | 03/25/2022 |
| 10/21/2021 | spironolactone 50 mg tablet | take 1 tablet by oral route every day | N | | KOP | 04/18/2022 |

*Provider:*
Crawford, Victoria  10/21/2021 2:48 PM
*Document generated by:* Victoria M. Crawford, FNP 10/21/2021 02:48 PM

-------------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN   127630⬛⬛⬛⬛   10/21/2021 08:44 AM 21/182



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Facility: CIC**

PATIENT:              JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                127630
DATE:                 10/14/2021 11:37 AM
HISTORIAN:            self
VISIT TYPE:           Onsite Consult

## Individual Counsel/Psych Prog Note
**General**
Program Name: Outpatient

HCR#: 263192

Start time: 1:15pm

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full
Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits

STATE001617

Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

New issues/stressors/extraordinary events presented today: New issue resolved, no update required

Explanation: Patient Richardson was seen for his HCR submitted 10/6/21, received/screened 10/8/21 (routine), stating she wanted to speak with "MH: Martinez". During session, patient discussed wanting to become more comfortable with her "emotional" side. She stated that through years of trauma and mental health concerns she has had to remain emotionally strong and has not had the opportunity to enjoy emotional vulnerability. She described herself as being impatient at times and having barriers with her anger. She acknowledged that she has experienced growth and hopes to continue on this path. Patient acknowledged that she does not consider herself transgender, but rather a woman.

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Verbalizes increased feelings of self worth |

Interventions/Methods Provided:
MHP provided a safe and non judgemental space for patient to discuss her current emotional barriers and how she has adapted to those barriers. Inquired about her past coping skills and her self perception. Praised patient for her ability to develop an in depth understanding of her mental health goals and strengths.
Response to Interventions/Progress Toward Goals and Objectives:
Patient remained cooperative and respectful throughout the session. She was inquisitive and communicative about her current experience.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

Risk Assessments
Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 10/14/2021 | 10/14/2021 | No | | | | |
| Property | Denies | | 10/14/2021 | 10/14/2021 | No | | | | |
| Homicide | Denies | | 10/14/2021 | 10/14/2021 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |  |
|---------|--------------------|-----------------------|-------------------|------------------------|--|
|         |                    |                       |                   |                        |  |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 07/01/2021.

Highest GAF: 70
Date: 05/03/2021.

## Plan and Additional Information

| Date | Order Description |  |
|------|-------------------|--|
| 01/12/2022 | MHP follow-up for MH Monitoring |  |

SIGNATURES

Staff: Signed by Leticia Martinez Mateos, MSW, LSW on 10/22/2021
## Behavioral Health Billing

Start time:            1:15pm
End time:            1:55pm
Modifier:            N/A

*Document generated by: Leticia Martinez Mateos  10/22/2021 11:49 AM*

-------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001619

**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

### Facility: CIC

PATIENT:              JONATHAN RICHARDSON
DATE OF BIRTH:        ███████
DOC #:                127630
DATE:                 09/27/2021 11:58 AM
VISIT TYPE:           Chart Update

## Nurse Visit

Reason for visit: Med Orders - Verbal

**Nurse Protocols:**

**Review/Comments**
Patient smokes 16.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 1 tablet by oral route every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 4 - 6 hours as needed | Y | | |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | |

**General Comments**

per pharmacy protocol will change xopenex to proventil

Document generated by: Tina Collins, RN  09/27/2021 12:00 PM

-----------------------------------------------------------------------------------------------
---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Electronically signed by Duan Pierce MD on 09/29/2021 12:18 PM

STATE001621



**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** | | |
|---|---|---|

PATIENT:                          JONATHAN RICHARDSON
DATE OF BIRTH:
DOC#:                             127630
DATE:                             08/23/2021 2:46 PM
VISIT TYPE:                       Onsite Consult

## INDIVIDUALIZED ACTION PLAN
Program name:
Admission date: 06/09/2016
Effective date of initial IAP:
Next review date: 02/23/2022
GOALS, OBJECTIVES AND INTERVENTIONS

| Goal 3: Depressive symptoms do not impair daily functioning (continued) | |
|---|---|

Target date: 02/23/2022
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 05/01/2018)

Assessed need: Depression

Individual's strength/skills: {local.txt_stengths}

Potential barriers: {local.txt_barriers}

  - Objective 1: Identifies negative thinking supporting depression (continued)
    Start date: 06/30/2012
Target date: 02/23/2022
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 05/01/2018)

    -- Intervention 1: Cognitive behavioral interventions
      Modality: Individual therapy      Frequency: q 90 days      Type of provider: MHP
  - Objective 2: Verbalizes increased feelings of self worth (continued)
    Start date: 06/30/2012
Target date: 02/23/2022
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 03/07/2017)

    -- Intervention 2: cognitive behavioral interventions
      Modality: Individual therapy      Frequency: q 90 days      Type of provider: MHP

**Goal 4: Mismatch between assigned gender and gender identity no longer causes marked distress. (continued)**

Start date: 07/22/2019
Target date: 02/23/2022

Assessed need: Evaluation for gender dysphoria

Individual's strength/skills: {local.txt_stengths}

Potential barriers: {local.txt_barriers}

- Objective 1: Identify ways in which gender identity leads to distress, exacerbates symptoms of depression, and contributes to other concerns such as irritability and self-destructive behavior. (continued)
Start date: 08/27/2020
Target date: 02/23/2022
Adjusted target date:  (Adjusted as per IAP review dated 05/01/2018)

-- Intervention 1: Person-centered, supportive, solution-focused interventions
Modality: Individual therapy        Frequency: q 90 days        Type of provider: Psychologist

## TRANSITION/DISCHARGE CRITERIA

Discharge plan:
8/23/21: Patient Autumn (Richardson) was seen for her 90 day routine monitoring and TPR. She denied significant mental health concerns, but acknowledged symptoms of grief over her two best friends being moved to another facility. She described being grateful to them for accepting who she is. She will continue to be monitored every 90 days.

8/27/20 - Richardson has been diagnosed with gender dysphoria and started hormone therapy. She has shown an improvement in mood, irritability, and interpersonal relatedness. An overarching goal for the next treatment period will be to continue to explore and grow into her role living as a woman.

Individual has participated in the development of this plan:
Yes

Others participated in the development of this plan:
No

---

STATE001623

SIGNATURES

Staff: Signed by Leticia Martinez Mateos, MSW, LSW on 08/23/2021

*Document generated by: Leticia Martinez Mateos  08/23/2021 03:34 PM*

-------------------------------------------------------------------------------------------------------
-------------
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**          Division of Medical and Clinical Healthcare Services

**Department of Correction**          Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

## Facility: CIC

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:             ███████
DOC #:                      127630
DATE:                       08/23/2021 2:46 PM
HISTORIAN:                  self
VISIT TYPE:                 Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 12:35pm


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full
Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits

STATE001625

Judgment: Within normal limits

## Subjective Information

New issues/stressors/extraordinary events presented today: New issue resolved, no update required

Explanation: Patient was seen for her 90 day routine monitoring and TPR. She denied significant mental health concerns, but acknowledged that she is experiencing symptoms of grief over having been separated from her two best friends. She acknowledged that she likes to be called (Autumn) and her pronouns are she, her, hers. She described her faith and stated that she believes in the spirituality of all religions and the healing that it provides to others.

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Mismatch between assigned gender and gender identity no longer causes marked distress. | Identify ways in which gender identity leads to distress, exacerbates symptoms of depression, and contributes to other concerns such as irritability and self-destructive behavior. |

Interventions/Methods Provided:
MHP provided a safe and non judgemental space for patient Richardson to dicuss her transition and her goals for her future. Validated her thoughts and feelings given the years she spent living as a man when she identifies as female. Inquired about her adaptive coping strategies. Encouraged her to write an HCR if she needs to be seen before her next 90 day MH monitoring.
Response to Interventions/Progress Toward Goals and Objectives:
Patient Autumn was cooperative and respectful throughout the session. She was communicative about her recent symptoms of grief and was receptive to MHP's feedback.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt.<br>Patient denies property damage ideation, plan, intent, and/or attempt.<br>Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 08/23/2021 | 08/23/2021 | No | | | | |
| Property | Denies | | 08/23/2021 | 08/23/2021 | No | | | | |
| Homicide | Denies | | 08/23/2021 | 08/23/2021 | No | | | | |

STATE001626

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|-----------------------|-----------------|------------------------|
|         |                    |                       |                 |                        |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 07/01/2021.

Highest GAF: 70
Date: 05/03/2021.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 11/21/2021 | MHP follow-up for MH Monitoring |

SIGNATURES

Staff: Signed by Leticia Martinez Mateos, MSW, LSW on 08/23/2021
## Behavioral Health Billing

Start time:           12:35pm
End time:             12:50pm
Modifier:             N/A

*Document generated by: Leticia Martinez Mateos  08/23/2021 03:28 PM*

----------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| Completed By | Abimbola Ehimare, RN |
| Date Completed: | 07/09/2021 |
| Offender Name: | JONATHAN RICHARDSON |
| DOB: | ███████ |
| Name of Facility: | CIC |
| IDOC Number: | # 127630 |

## DISABILITY CLASSIFICATION
**Disability Code:  A**

### Section A

| | | |
|---|---|---|
| **A.** | _ x _ | No Disability. Offender is capable of performing activities of daily living. |
| **B.** | | Offender has no useful vision even with best correction (e.g. completely blind, legally blind). |
| **C.** | | Offender has a mobility of ambulatory impairment that substantially limits gross motor movement (e.g. paraplegia, stroke with hemiplegia). |
| **D.** | | Offender is deaf or has profound hearing loss to an extent that the individual is unable to use hearing as a means of communication. |

**Date:** 07/10/2021 05:21 PM
**Provider:** Yoko Savino MD
**Document generated by:** Abimbola Ehimare, RN 07/10/2021 05:21 PM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001628

# DEPARTMENT OF CORRECTIONS
## ANNUAL NURSE WELL ENCOUNTER

**SITE: CIC**
**COMPLETED BY: Abimbola Ehimare, RN  07/09/2021 2:33 PM**



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
|---|

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | █████████ |
| DOC #: | 127630 |
| DATE: | 07/09/2021 2:33 PM |
| VISIT TYPE: | Nurse Visit |

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 2:36 PM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 2:36 PM | 232.0 | | 105.233 | | 32.35 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 2:36 PM | 130/80 | | | | | |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 2:36 PM | 98.10 | 36.7 | | 87 | | 18 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 2:36 PM | 97 | | RA | | | | | | |

**Measured By**

| Time | Measured by |
|---|---|
| 2:36 PM | Abimbola Ehimare, RN |

## TB Review

RICHARDSON, JONATHAN    127630████████    07/09/2021 02:33 PM Page: 34/182

## DEPARTMENT OF CORRECTIONS
## ANNUAL NURSE WELL ENCOUNTER

**SITE: CIC**
**COMPLETED BY: Abimbola Ehimare, RN  07/09/2021 2:33 PM**

| Placed | Site | Side | Read | Result |
|--------|------|------|------|--------|
| 07/19/2020 | arm | right | 07/21/2020 | 0 mm |
| 10/12/2019 | LA | left | 10/14/2019 | 0 mm |
| 07/21/2018 | arm | right | 07/23/2018 | 0 mm |
| 07/21/2017 | arm | left | 07/23/2017 | 0 mm |
| 07/22/2016 | arm | left | 07/24/2016 | 0 mm |
| 05/08/2014 | | left | 05/10/2014 | 0 mm |
| 07/17/2012 | arm | left | 07/19/2012 | 0 mm |
| 07/08/2007 | RA | | 07/11/2007 | 0 mm |

Past Positive Symptom Check
Reviewed and all responses negative.

**Medical Observations**
Tattoos/body piercing
Tattoos/body piercing
Seen a doctor within the past 6
months

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Constitutional | Normal | Well developed. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

**Review/Comments**
Chronic disease current
Communicable disease testing current
Disability status code current
Patient smokes 16.00 packs a year
Patient has not had a 30 pack year history of smoking cigarettes
Patient stopped smoking in 2001

Comments:  Denies chest pain and SOB. Nil dark or blood in stool. Cleared for kitchen duty. Hep A and Tdap up to
date. Testicular info signed. PPD placed

**Suicide Risk Screening**

1.  Arresting or transporting officer believes subject may be suicide risk. No

2.  Lacks close family/friends in community. No

3.  Experienced a significant loss within last 6 months (loss of job,

RICHARDSON, JONATHAN    127630 ▮▮▮▮▮▮  07/09/2021 02:33 PM Page: 35/182.

STATE001630

## DEPARTMENT OF CORRECTIONS
## ANNUAL NURSE WELL ENCOUNTER

**SITE: CIC**
**COMPLETED BY: Abimbola Ehimare, RN  07/09/2021 2:33 PM**

    relationship, death of close family member). No

4. Worried about major problems other than legal situation (terminal illness). No

5. Family member or significant other has attempted or committed suicide (spouse, parent, sibling, close friend, and lover). No

6. Has psychiatric history (psychotropic medication or treatment). Yes

7. Holds position of respect in community (i.e., professional, public official) and/or alleged crime is shocking in nature.  Expresses feelings of embarrassment/shame. No

8. Expresses thoughts about killing self. No

9. Has a suicide plan and/or suicide instrument in possession. No

10. Has previous suicide attempts.  (Note methods and dates). Yes

11. Expresses feelings there is nothing to look forward to in the future (feelings of  helplessness and hopelessness). No

12. Shows signs of depression (crying, emotional flatness). No

13. Appears overly anxious, afraid or angry. No

14. Appears to feel unusually embarrassed or ashamed. No

15. Is acting and/or talking in a strange manner.  Cannot focus attention; hearing or seeing things not there). No

16. History of substance abuse treatment? No

17. Is apparently under the influence of alcohol or drugs. No

18. If YES to #17, is individual incoherent or showing signs of withdrawal or mental illness. No

Total Yes's: 2

Comments:
10. Attempted suicide 2014- states he overdosed on pills

-------------------------------------------------------------------------------------------------------------------------

RICHARDSON, JONATHAN    127630 ▮▮▮▮▮▮▮    07/09/2021 02:33 PM Page: 36/182

STATE001631

## DEPARTMENT OF CORRECTIONS
## ANNUAL NURSE WELL ENCOUNTER

**SITE:  CIC**
**COMPLETED BY:  Abimbola Ehimare, RN  07/09/2021 2:33 PM**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001632



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| Completed By: | Abimbola Ehimare, RN |
| Date Completed: | 07/09/2021 |
| Offender Name: | JONATHAN RICHARDSON |
| DOB: | ████████ |
| Gender: | male |
| Name of Facility: | CIC |
| IDOC Number: | # 127630 |

## MEDICAL STATUS CLASSIFICATION
**Medical Code: G2**

| | |
|---|---|
| **A.** | Free of illness or injury; free of physical impairment; individuals with short term self-limiting condition requiring minimal surgical, medical, nursing or dental intervention limited to 30 days duration. |
| **B.** | Illnesses that do or will recurrently require skilled nursing care of any chronic physical or cognitive disability which requires on-going nursing care. Needs inpatient bed or immediate access to an inpatient bed. |
| **C.** | Renal failure requiring hemodialysis or peritoneal dialysis. |
| **F.** | Chronic physical or medical condition requiring frequent monitoring / surveillance, the on-site availability of licensed health care personnel twenty-four hours per day, or the inmate is frail or debilitated. |
| **G. _ x _** | Any stabilized, permanent or chronic physical or medical condition in which: |
| **1.** | Frequent monitoring/surveillance is not needed. |
| **2. _ x _** | The offender demonstrates an appropriate degree of knowledge and motivation and is able to perform self-care. |
| **3.** | A twenty (20) pound or greater weight lifting restriction is needed. |
| **4.** | TB prophylactic medication is being administered. |
| **5.** | Elderly (65 years of age and above) |
| **6.** | Adolescent (younger than 18 years of age) |
| **I.** | Short term self-limiting conditions of 31 to 180 days duration: conditions which may require a placement in an observation/short stay infirmary bed or requires that an inmate be placed in a negative pressure room. |
| **J.** | Pregnancy. |

**Date:** 07/10/2021 05:22 PM

--------------------------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001633



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Provider:** Yoko Savino MD
**Document generated by:** Abimbola Ehimare, RN 07/10/2021 05:22 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001634



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

| **Facility: CIC** |
|---|

**Date:**              07/09/2021 02:33 PM
**Offender Name:**     JONATHAN RICHARDSON
**DOB:**               ▮▮▮▮▮▮
**Gender:**            male
**DOC nbr:**           # 127630

## MENTAL STATUS CLASSIFICATION
**BH Code: D**

**A.**         Free of mental illness

**B.**         Psychiatric disorder that causes little functional impairment and requires infrequent psychiatric
               services. These services are routine in nature.

**C.**         Psychiatric disorder that causes some functional impairment and requires frequent psychiatric and/or
               psychological services. These services may be routine and/or unplanned in nature and may involve
               mental health monitoring.

**D. _ x _**   Psychiatric disorder that causes some impairment and requires frequent psychiatric and/or
               psychological services and/or the individual has a history of a serious suicide attempt while in a
               correctional setting. Services needed may be routine and/or unplanned in nature and may involve
               mental health monitoring.

**E.**         Psychiatric disorder that causes significant functional impairment such that the individual is unable to
               function in a standard prison environment and requires structured psychiatric and/or psychological
               services. Services needed are provided in a specialized mental health unit. There is a good prognosis
               for improvement in functional impairment and eventual movement to a less restricted environment.

**F.**         Psychiatric disorder that causes acute or chronic extreme functional impairment such that the
               individual is unable to function in a standard prison environment and/or causes significant risk of
               harm to the individual or others around the individual and requires extensive structured psychiatric
               and/or psychological services. Services needed are provided in a specialized mental health unit.
               There may be a poor prognosis for improvement in functional impairment and eventual movement to
               a less restricted environment.

**Date:** 07/10/2021 05:22 PM
**Provider:** Yoko Savino MD
**Document generated by:** Abimbola Ehimare, RN 07/10/2021 05:22 PM

STATE001636



**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

PATIENT:            JONATHAN RICHARDSON
DATE OF BIRTH:      ▌▌▌▌▌▌
DOC #:              127630
DATE:               07/01/2021 10:00 AM
HISTORIAN:          self
VISIT TYPE:         Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full
Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported

Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information
Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled follow-up visit. She reports no major change in work, housing, or social functioning. She asks several questions about the normal timeline that transgender individuals may be expected to follow in regard to hormone therapy, feminizing surgical intervention, etc., and says that she plans to pursue all options available to her. Otherwise, there are no new concerns or developments. She was pleased to realize she has been on hormones for a year already.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Verbalizes increased feelings of self worth |

Interventions/Methods Provided:
Psychologist assessed adjustment and functioning. Engaged with the offender in research as to common community guidelines for different approaches to transgender healthcare and treatment of gender dysphoria. Encouraged ofd. to continue to advocate for her care while also working on her patience in order to cope with the appearance that things move slowly.
Response to Interventions/Progress Toward Goals and Objectives:
Stable.
## Current Assessment
Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment
CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 07/01/2021 | 07/01/2021 | No | | | | |
| Property | Denies | | 07/01/2021 | 07/01/2021 | No | | | | |
| Homicide | Denies | | 07/01/2021 | 07/01/2021 | No | | | | |

STATE001638

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|-----------|-----------|---------|------------------------------|
|         |           |           |         |                              |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 07/01/2021.

Highest GAF: 70
Date: 05/03/2021.

## Plan and Additional Information

| Date | Order Description |
|---|---|
| 08/05/2021 | MHP follow-up for Ind tx |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP,  on 07/06/2021
**Behavioral Health Billing**

Modifier:                    N/A

*Document generated by: Richard J. Gale, PsyD, HSPP  07/06/2021 05:52 PM*

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:               JONATHAN RICHARDSON
DATE OF BIRTH:         ▇▇▇▇▇▇▇
DOC #:                 127630
DATE:                  06/22/2021 9:05 AM
VISIT TYPE:            Chart Update

## Nurse Visit

Reason for visit: Med Orders - Verbal

**Nurse Protocols:**

**Review/Comments**
Patient smokes 20.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 1 tablet by oral route every day | N | | |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | |
| Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 6 hours, as needed. | N | | |

**General Comments**

FER submitted for estradiol renewal x 6m
FER approved 6/22/21 x 6 m

Document generated by: Tina Collins,  RN  06/22/2021 12:56 PM

------------------------------------------------------------------------------------------------------
---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001640

Electronically signed by Yoko Savino MD on 06/28/2021 01:10 PM



**State of Indiana**    Division of Medical and Clinical Healthcare Services

**Department of Correction**    Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:              ▓▓▓▓▓▓▓
DOC #:                      127630
DATE:                       05/03/2021 10:33 AM
HISTORIAN:                  self
VISIT TYPE:                 Psychotherapy - Individual

### Individual Counsel/Psych Prog Note
**General**
Program Name: Outpatient

Start time: 10:30 AM

End time: 00 hours, 48 minutes

Duration: 00 hours, 48 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled follow-up visit. Denies any new mental health concerns. Reports that work in the kitchen continues to go well, getting along in housing unit, and some tension in her social group continues. Denies SI/HI or any other pressing concerns about health or well-being.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Identifies negative thinking supporting depression |

Interventions/Methods Provided:
Psychologist discussed prison life with ofd. including ofd's adjustment to the rules of prison and the way that they are sometimes inconsistently enforced. Explored ofd's notions of fair/unfair enforcement of rules and her relatively black and white stance on offenders getting in trouble for relatively minor violations. Encouraged ofd. to examine the risks and benefits of being more flexible in her thinking about rules and compassion to others when they become frustrated. Validated the safety that comes from adopting a black and white mentality on such issues.
Response to Interventions/Progress Toward Goals and Objectives:
Stable.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|------------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 05/03/2021 | 05/03/2021 | No | | | | |
| Property | Denies | | 05/03/2021 | 05/03/2021 | No | | | | |
| Homicide | Denies | | 05/03/2021 | 05/03/2021 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description | | | |
|---------|--------------------|--------------------------|-------------------|---------------------------|--|--|--|
| | | | | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description | | |
|--------------|--------|-------------|--|--|
| Primary Support Group | Yes | Very little external support | | |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates | | |
| Legal system/crime | Yes | Incarcerated | | |

AXIS V
Current GAF: 70
Date: 05/03/2021.

Highest GAF: 70
Date: 05/03/2021.

## Plan and Additional Information

| Date | Order Description | | | |
|------|-------------------|--|--|--|
| 05/31/2021 | MHP follow-up for Ind Tx | | | |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 05/03/2021
**Behavioral Health Billing**

| | |
|--|--|
| Start time: | 10:30 AM |
| End time: | 11:18 AM |
| Duration: | 00 hours, 48 minutes |
| Modifier: | N/A |

*Document generated by: Richard J. Gale, PsyD  05/03/2021 12:08 PM*

------------------------------------------------------------

STATE001644

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001645