

**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

## Facility: CIC

PATIENT:                          JONATHAN RICHARDSON
DATE OF BIRTH:                    ▮▮▮▮▮▮
DOC #:                            127630
DATE:                            04/14/2021 10:00 AM
HISTORIAN:                       self
VISIT TYPE:                      Onsite Consult

### Individual Counsel/Psych Prog Note
**General**
Program Name: Outpatient

Start time: 10:00 AM

End time: 00 hours, 45 minutes

Duration: 00 hours, 45 minutes

### Individuals Present/Support Resources
Contact type:
Onsite
Individual present.


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled follow-up. Ofd. reports that she has had to step back from one of her friendships that had started to become unhealthy, but she leaves open the possibility that things will be able to be repaired in the future. She talked about her ongoing efforts to be accepted as a trans woman in her environment and he thoughts of what that means for the future. Denies any acute concerns or any SI/HI.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Identifies negative thinking supporting depression |

Interventions/Methods Provided:
Psychologist provided empathic listening, validating the offender's experiences and emotional reactions. Examined her thought processes and whether they are likely to lead to her hoped-for outcomes. Encouraged continued efforts to forge meaningful connections with others and to expand her ability to trust and to tolerate others' shortcomings.
Response to Interventions/Progress Toward Goals and Objectives:
Stable.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient does not present any mental health issues at this time. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|-----------|-----------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 04/14/2021 | 04/14/2021 | No | | | | |
| Property | Denies | | 04/14/2021 | 04/14/2021 | No | | | | |
| Homicide | Denies | | 04/14/2021 | 04/14/2021 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|-----------------------|--------------------|--------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 68
Date: 04/14/2021.

Highest GAF: 70
Date: 03/08/2021.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 05/05/2021 | MHP follow-up for Ind Tx |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 04/16/2021
### Behavioral Health Billing

Start time:         10:00 AM
End time:           10:45 AM
Duration:           00 hours, 45 minutes
Modifier:           N/A

*Document generated by: Richard J. Gale, PsyD  04/16/2021 11:58 AM*

---

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth

Page 53 of 182
Encounter Date: 04/14/2021 10:00 AM

STATE001648

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001649



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 45204

| **Facility: CIC** |
| --- |

PATIENT:          JONATHAN RICHARDSON
DATE OF BIRTH:    ▮▮▮▮▮▮
DATE:             04/05/2021 03:51 PM
VISIT TYPE:       Chronic Care Visit

## History of Present Illness:

1. asthma
   The initial visit date was 02/12/2008.  Symptoms of asthma began in 1984.  Pertinent negatives include awakening with cough, awakening with dyspnea, awakening with wheeze, dry cough, dyspnea at rest, dyspnea with intense exercise, dyspnea with moderate exercise, excessive sputum, hemoptysis, hoarseness, irregular heartbeat/palpitations, mucus plug production, oral thrush, pleuritic pain, post nasal drainage, productive cough, reflux, seasonal rhinitis symptoms, sinusitis, stridor, tremor after inhaler use and wheezing.

2. GD

## PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
| --- | --- | --- | --- | --- |
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD.  Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider .  Onset date 05/04/2010; Axis II. |
| Recurrent major depressive episodes, mild | 10/21/2019 | N | | |

STATE001650

**Problem List (not yet mapped to SNOMED-CT®):**

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 | |
| Epilepsy | 06/11/2015 | |

**Allergies**

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| IBUPROFEN | Rash | | |
| PENICILLINS | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

**Review of Systems**

| System | Neg/Pos | Details |
|---|---|---|
| ENMT | Negative | Hoarseness, oral thrush, post-nasal drainage and sinusitis. |
| Respiratory | Negative | Awakening with cough, awakening with dyspnea, awakening with wheezing, dry cough, dyspnea at rest, dyspnea with intense exercise, dyspnea with moderate exercise, excessive sputum, hemoptysis, mucus plug production, pleuritic pain, productive cough, stridor and wheezing. |
| Cardio | Negative | Irregular heartbeat/palpitations. |
| GI | Negative | Reflux. |
| Endocrine | Negative | Tremors. |
| Allergic/Immuno | Negative | Seasonal rhinitis symptoms. |

**Physical Exam**

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Neck Exam | Normal | Inspection - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rhythm. No murmurs, gallops, or rubs. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | Inspection - Normal. |
| Skin | Comments | Extensive tatoos noted. Pt started covering face with a cloth. He states that it is Hindu religious reason. |
| Skin | Normal | Inspection - Normal. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

**Assessment/Plan**

RICHARDSON, JONATHAN   127630   ▆▆▆▆   04/05/2021 03:51 PM 56/182

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment Impression | Gender identity disorder in adults (302.85). Pt is doing well. Lab results reviewed with pt. education provided, pt voiced understanding.. |
| 2. | Assessment Impression | Asthma (493.90). Pt has no c/o SOB, wheezing, or cough. He ran out of Xopenex HFA long time ago but did not even mention it. continue to monitor.. |

## Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 12/29/2020 | estradiol 2 mg tablet | take 1 tablet by oral route every day | N | | FER approved FOR 6 MONTHS on 12/29/20 | 06/26/2021 |
| 12/28/2020 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | | 06/25/2021 |
| 04/05/2021 | Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 6 hours, as needed. | N | | do not send, Max: q4-6 months | 10/01/2021 |

*Provider:*
Savino, Yoko  04/05/2021 4:12 PM
*Document generated by:*  Yoko Savino, MD 04/05/2021 04:12 PM

----------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN   127630 ▮▮▮▮▮▮ 04/05/2021 03:51 PM 57/182

STATE001652



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ████████ |
| DOC #: | 127630 |
| DATE: | 03/31/2021 2:02 PM |
| HISTORIAN: | self |
| VISIT TYPE: | Onsite Consult |

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 2:00 pm

End time: 00 hours, 45 minutes

Duration: 00 hours, 45 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full

STATE001653

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Psychologist met with ofd. in his office for scheduled therapy follow-up. Ofd. raises concerns about the way she was shaken down yesterday leaving the kitchen. An officer reportedly commented on the size of the offender's breasts. It felt intrusive and objectifying to the offender, who did not sleep well last night as a result. She does not want anyone in trouble, but she hopes this can be an opportunity to reeducate staff. Denies SI/HI.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Mismatch between assigned gender and gender identity no longer causes marked distress. | Identify ways in which gender identity leads to distress, exacerbates symptoms of depression, and contributes to other concerns such as irritability and self-destructive behavior. |

Interventions/Methods Provided:
Psychologist explored the situation that ofd. described and passed information along to the facility's PREA coordinator. Validated ofd's emotional reaction to the situation. Explored functioning in kitchen and social functioning in housing unit.
Response to Interventions/Progress Toward Goals and Objectives:
Stable.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

STATE001654

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|------------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 03/31/2021 | 03/31/2021 | No | | | | |
| Property | Denies | | 03/31/2021 | 03/31/2021 | No | | | | |
| Homicide | Denies | | 03/31/2021 | 03/31/2021 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|-----------------------|-------------------|--------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN

No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV

Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V

Current GAF: 67

Date: 03/31/2021.

Highest GAF: 70

Date: 03/08/2021.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 04/14/2021 | MHP follow-up for Ind tx |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 04/01/2021

## Behavioral Health Billing

| | |
|--|--|
| Start time: | 2:00 pm |
| End time: | 2:45 pm |
| Duration: | 00 hours, 45 minutes |
| Modifier: | N/A |

*Document generated by: Richard J. Gale, PsyD  04/01/2021 05:03 PM*

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001656

# DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE NOTE

**SITE:  CIC**
**COMPLETED BY:  Tina Collins,  RN  03/08/2021 3:02 PM**



**State of Indiana**                          Division of Medical and Clinical Healthcare Services

**Department of Correction**                  Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
| --- |

PATIENT:                          JONATHAN RICHARDSON
DATE OF BIRTH:                    ██████
DOC #:                            127630
DATE:                             03/08/2021 3:02 PM
VISIT TYPE:                       Administrative Note

**Issue**

R/S Lab Unable to draw labs due to staff.ng conflict and other patient medical issues demanding of time.

**Provider: Yoko Savino MD**
**Document generated by: Tina Collins,  RN 03/12/2021 03:03 PM**

-----------------------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001657



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

## Facility: CIC

PATIENT:                          JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                            127630
DATE:                             03/08/2021 2:06 PM
HISTORIAN:                        self
VISIT TYPE:                       Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 2:06 PM

End time: 00 hours, 40 minutes

Duration: 00 hours, 40 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full

STATE001658

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled follow-up visit. She reports that she has been doing pretty well since the last visit, but did highlight some particular stressors within her group of friends. She talked about conflict with three of her close friends that have prompted her to withdraw into herself a bit and reform some of the wall she has been working on taking down. That said, she is still trying to be more open and accepting of those in her life that are important to her. Denies SI or HI.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Identifies negative thinking supporting depression |

Interventions/Methods Provided:
Psychologist processed thoughts and feelings with ofd. regarding her relationships with others and her responses when others hurt her or let her down. Explored the idea of increasing acceptance as a means of loving another person and oneself. Encouraged ofd. to continue to open herself up to relationships in her life to combat some of her natural tendencies toward guardedness and self-protection that have caused her to feel isolated at times.
Response to Interventions/Progress Toward Goals and Objectives:
Stable.
## Current Assessment
Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment
CURRENT ENCOUNTER

| Risk Assessments | |
|---|---|

Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

STATE001659

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|------------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 03/08/2021 | 03/08/2021 | No | | | | |
| Property | Denies | | 03/08/2021 | 03/08/2021 | No | | | | |
| Homicide | Denies | | 03/08/2021 | 03/08/2021 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|-----------------------|-------------------|--------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 03/08/2021.

Highest GAF: 70
Date: 10/19/2020.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 03/29/2021 | MHP follow-up for Ind Tx |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 03/08/2021
## Behavioral Health Billing

| | |
|--|--|
| Start time: | 2:06 PM |
| End time: | 2:46 PM |
| Duration: | 00 hours, 40 minutes |
| Modifier: | N/A |

*Document generated by: Richard J. Gale, PsyD  03/08/2021 04:18 PM*

STATE001660

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001661



**State of Indiana**        Division of Medical and Clinical Healthcare Services

**Department of Correction**        Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ▓▓▓▓▓▓ |
| DOC #: | 127630 |
| DATE: | 12/03/2020 4:02 PM |
| VISIT TYPE: | Onsite Consult |

## Individual Counsel/Psych Prog Note
**General**
Program Name: Outpatient

## Individuals Present/Support Resources
Contact type:
Onsite
Individual not present.

## Subjective Information
Explanation: Ofd. was coming due either this week or in the coming week for a scheduled mental health follow-up visit. Because she has been stable and not demonstrating any urgent mental health concerns, and because the facility is currently under heightened safety precautions, including offender quarantine, due to an ongoing outbreak of COVID-19, her scheduled visit is being delayed. A letter was sent to her on 12/3/20 explaining the need to eliminate any unnecessary contact and instructing her to submit a request for health care if a pressing or urgent need for services arises prior to her being scheduled.  The plan is to resume scheduled follow-up visits once the current outbreak is controlled, quarantine lockdowns are lifted, and normal offender movement resumes.

## Risk Assessment
SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others – suspicious – isolates |
| Legal system/crime | Yes | Incarcerated |

STATE001662

AXIS V
Current GAF: 70
Date: 11/12/2020.

Highest GAF: 70
Date: 10/19/2020.

---

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 12/21/2020
**Behavioral Health Billing**

Modifier:                N/A

*Document generated by: Richard J. Gale, PsyD  12/21/2020 05:04 PM*

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**                    Division of Medical and Clinical Healthcare Services

**Department of Correction**            Indiana Government Center South
                                        302 W. Washington Street
                                        Indianapolis, IN 46204

---

## Facility: CIC

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ▇▇▇▇▇ |
| DOC #: | 127630 |
| DATE: | 11/12/2020 5:23 PM |
| HISTORIAN: | self |
| VISIT TYPE: | Onsite Consult |

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 10:05 AM

End time: 00 hours, 50 minutes

Duration: 00 hours, 50 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled therapy visit. She reports that she is excited to find that commissary lists now include female undergarments available for order, which she has already done. She has some apprehension that officers or unit team members may try to disallow the items, but she has confirmed with the PREA coordinator that they are allowed. No new concerns to report. Denies SI or HI.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Mismatch between assigned gender and gender identity no longer causes marked distress. | Identify ways in which gender identity leads to distress, exacerbates symptoms of depression, and contributes to other concerns such as irritability and self-destructive behavior. |

Interventions/Methods Provided:
Psychologist processed ofd's excitement and relief that she will be able to order gender-appropriate clothing items and begin to express her gender in that way. Discussed the IDOC's transition from basically not acknowledging gender dysphoria to becoming more accepting and supportive, and ofd. shared that in a few years, she could even see them being supportive of gender affirming surgical interventions. Explored the ways in which she often identifies with the thinking of a staff member more than the thinking that is often characteristic of other offenders in prison.
Response to Interventions/Progress Toward Goals and Objectives:
Stable. Doing well.
## Current Assessment
Individual's progress: Good progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment
CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |

Patient denies homicidal ideation, plan, intent, and/or attempt.

### RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|------------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 11/12/2020 | 11/12/2020 | No | | | | |
| Property | Denies | | 11/12/2020 | 11/12/2020 | No | | | | |
| Homicide | Denies | | 11/12/2020 | 11/12/2020 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|-----------------------|-------------------|--------------------------|
| | | | | |

### SAFETY MANAGEMENT PLAN

No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 11/12/2020.

Highest GAF: 70
Date: 10/19/2020.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 12/03/2020 | MHP follow-up for Ind Tx |

### SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 11/12/2020

## Behavioral Health Billing

| | |
|---|---|
| Start time: | 10:05 AM |
| End time: | 10:55 AM |
| Duration: | 00 hours, 50 minutes |
| Modifier: | N/A |

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth: █████

Page 71 of 182
Encounter Date: 11/12/2020 05:23 PM

STATE001666

*Document generated by: Richard J. Gale, PsyD  11/12/2020 05:33 PM*

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001667



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                      127630
DATE:                       10/19/2020 5:06 PM
HISTORIAN:                  self
VISIT TYPE:                 Onsite Consult

### Individual Counsel/Psych Prog Note
**General**
Program Name: Outpatient

Start time: 2:10 PM

End time: 00 hours, 40 minutes

Duration: 00 hours, 40 minutes

### Individuals Present/Support Resources
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled therapy visit. She asks about whether Ms. Yancey has said anyhting more about moving in with her friend in the housing unit. Also asks whether the psychologist has heard anything about prison inmates getting stimulus checks from the government in response to a recent court ruling. Discussed working in the kitchen and the benefits and challenges of it. Denies SI or HI.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Verbalizes increased feelings of self worth |

Interventions/Methods Provided:
Psychologist provided empathic listening and validated the offender's expressions of emotion and thoughts. Explored her adjustment to prison life and her stance of caring less and less about prison politics and what others think of her. Discussed her relationship with those she considers friends.
Response to Interventions/Progress Toward Goals and Objectives:
Stable.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

Patient Name: RICHARDSON, JONATHAN
ID: 127630     Date of Birth: ████████

STATE001669

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|------------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 10/19/2020 | 10/19/2020 | No | | | | |
| Property | Denies | | 10/19/2020 | 10/19/2020 | No | | | | |
| Homicide | Denies | | 10/19/2020 | 10/19/2020 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|-----------------------|-------------------|--------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 10/19/2020.

Highest GAF: 70
Date: 10/19/2020.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 11/09/2020 | MHP follow-up for Ind Tx |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 10/19/2020
## Behavioral Health Billing

| | |
|---|---|
| Start time: | 2:10 PM |
| End time: | 2:50 PM |
| Duration: | 00 hours, 40 minutes |
| Modifier: | N/A |

*Document generated by: Richard J. Gale, PsyD  10/19/2020 05:21 PM*

Indiana Government Center South

STATE001670

302 W. Washington Street
Indianapolis, IN 46204

STATE001671



**State of Indiana**    Division of Medical and Clinical Healthcare Services

**Department of Correction**    Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:             ▮▮▮▮▮▮
DOC #:                      127630
DATE:                       10/08/2020 4:56 PM
HISTORIAN:                  self
VISIT TYPE:                 Onsite Consult

### Individual Counsel/Psych Prog Note
### General
Program Name: Outpatient

Start time: 3:02 PM

End time: 00 hours, 53 minutes

Duration: 00 hours, 53 minutes

### Individuals Present/Support Resources
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full

STATE001672

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information
Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled therapy visit. She reports that everything is going well. There is some friction in her social group, but nothing she sees as very serious. She wonders about her request to house with a friend in the housing unit with whom she would be more comfortable living than her current roommate. She has been watching the political debates on television and experiences some ambivalence regarding the messages being communicated. Denies SI or HI.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Verbalizes increased feelings of self worth |

Interventions/Methods Provided:
Psychologist discussed the friction wiht friends and compared it to a family experiencing some systematic dysfunction. Explored the possibility of a type of modified family therapy to help them improve their ability to communicate and appropriately socialize. Processed the offender's thoughts about the current political climate and the country's future. Response to Interventions/Progress Toward Goals and Objectives:
Stable.

## Current Assessment
Individual's progress: Good progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment p an. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment
CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt.<br>Patient denies property damage ideation, plan, intent, and/or attempt.<br>Patient denies homicidal ideation, plan, intent, and/or attempt. |

STATE001673

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|-----------|-----------|-----------------|----------|------|--------|-------|
| Suicide | Denies | | 10/08/2020 | 10/08/2020 | No | | | | |
| Property | Denies | | 10/08/2020 | 10/08/2020 | No | | | | |
| Homicide | Denies | | 10/08/2020 | 10/08/2020 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|-----------------------|-------------------|-------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 10/08/2020.

Highest GAF: 70
Date: 10/08/2020.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 10/22/2020 | MHP follow-up for Ind Tx |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 10/08/2020
## Behavioral Health Billing

Start time:          3:02 PM
End time:            3:55 PM
Duration:            00 hours, 53 minutes
Modifier:            N/A

*Document generated by: Richard J. Gale, PsyD  10/08/2020 05:01 PM*

------------------------------------------------------------------------------------------------------

STATE001674

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001675



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| **Completed By:** | Tina Collins, RN |
| **Date Completed:** | 10/08/2020 |
| **Offender Name:** | JONATHAN RICHARDSON |
| **DOB:** | █████████ |
| **Gender:** | male |
| **Name of Facility:** | CIC |
| **IDOC Number:** | # 127630 |

FLU SCREENING FORM

**In the last 24-48 hours, denies experiencing any flu symptoms.**

**Date:** 10/13/2020 01:39 PM
**Provider:** Yoko Savino MD
**Document generated by:** Tina Collins, RN 10/13/2020 01:39 PM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:              ▮▮▮▮▮▮▮
DOC #:                      127630
DATE:                       10/08/2020 1:38 PM
VISIT TYPE:                 Nurse Visit

## Nurse Visit

Reason for visit:  Flu Vaccine

**Nurse Protocols:**
**Review/Comments**
Patient smokes 20.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 1 tablet by oral route every day | N | | |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | |

Document generated by: Tina Collins,  RN  10/13/2020 01:42 PM

-----------------------------------------------------------------------------------------------------------------
---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## VACCINE INFORMATION STATEMENT

# Influenza (Flu) Vaccine (Inactivated or Recombinant): *What you need to know*

Many Vaccine Information Statements are available in Spanish and other languages. See www.immunize.org/vis

Hojas de información sobre vacunas están disponibles en español y en muchos otros idiomas. Visite www.immunize.org/vis

## 1   Why get vaccinated?

Influenza ("flu") is a contagious disease that spreads around the United States every year, usually between October and May.

Flu is caused by influenza viruses, and is spread mainly by coughing, sneezing, and close contact.

Anyone can get flu. Flu strikes suddenly and can last several days. Symptoms vary by age, but can include:
- fever/chills
- sore throat
- muscle aches
- fatigue
- cough
- headache
- runny or stuffy nose

Flu can also lead to pneumonia and blood infections, and cause diarrhea and seizures in children. If you have a medical condition, such as heart or lung disease, flu can make it worse.

Flu is more dangerous for some people. Infants and young children, people 65 years of age and older, pregnant women, and people with certain health conditions or a weakened immune system are at greatest risk.

Each year thousands of people in the United States die from flu, and many more are hospitalized.

Flu vaccine can:
- keep you from getting flu,
- make flu less severe if you do get it, and
- keep you from spreading flu to your family and other people.

## 2   Inactivated and recombinant flu vaccines

A dose of flu vaccine is recommended every flu season. Children 6 months through 8 years of age may need two doses during the same flu season. Everyone else needs only one dose each flu season.

Some inactivated flu vaccines contain a very small amount of a mercury-based preservative called thimerosal. Studies have not shown thimerosal in vaccines to be harmful, but flu vaccines that do not contain thimerosal are available.

There is no live flu virus in flu shots. They cannot cause the flu.

There are many flu viruses, and they are always changing. Each year a new flu vaccine is made to protect against three or four viruses that are likely to cause disease in the upcoming flu season. But even when the vaccine doesn't exactly match these viruses, it may still provide some protection.

Flu vaccine cannot prevent:
- flu that is caused by a virus not covered by the vaccine, or
- illnesses that look like flu but are not.

It takes about 2 weeks for protection to develop after vaccination, and protection lasts through the flu season.

## 3   Some people should not get this vaccine

Tell the person who is giving you the vaccine:
- **If you have any severe, life-threatening allergies.**
  If you ever had a life-threatening allergic reaction after a dose of flu vaccine, or have a severe allergy to any part of this vaccine, you may be advised not to get vaccinated. Most, but not all, types of flu vaccine contain a small amount of egg protein.

- **If you ever had Guillain-Barré Syndrome (also called GBS).**
  Some people with a history of GBS should not get this vaccine. This should be discussed with your doctor.

- **If you are not feeling well.**
  It is usually okay to get flu vaccine when you have a mild illness, but you might be asked to come back when you feel better.



U.S. Department of Health and Human Services Centers for Disease Control and Prevention

NA0683-CDC-VIS-issued 9/2015

STATE001678



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

**Facility: CIC**

PATIENT:            JONATHAN RICHARDSON
DATE OF BIRTH:      ▉▉▉▉▉
DOC#:               127630
DATE:               10/07/2020 10:23 AM
VISIT TYPE:         Chronic Care Visit

Established patient

## History of Present Illness:

1. asthma
   The initial visit date was 02/12/2008. Symptoms of asthma began in 1984. The symptoms occur
   rarely. The severity level is 1. Pertinent negatives include awakening with cough, awakening with
   dyspnea, awakening with wheeze, dry cough, dyspnea at rest, dyspnea with intense exercise, dyspnea
   with moderate exercise, excessive sputum, hemoptysis, hoarseness, irregular heartbeat/palpitations,
   mucus plug production, oral thrush, pleuritic pain, post nasal drainage, productive cough, reflux,
   seasonal rhinitis symptoms, sinusitis, stridor, tremor after inhaler use and wheezing.

## PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD. Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |
| Recurrent major depressive episodes, mild | 10/21/2019 | N | | |

Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| | | |

RICHARDSON, JONATHAN   127630▉▉▉▉   10/07/2020 10:23 AM 84/182

| | |
|---|---|
| Asthma | 03/19/2007 |
| Polysubstance Dependence | 01/17/2011 |
| major depression in remission | 01/17/2011 |
| Nonspecific reaction to tuberculin skin test witho... | 02/01/2011 |
| Epilepsy | 06/11/2015 |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| IBUPROFEN | Rash | | |
| PENICILLINS | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| ENMT | Negative | Hoarseness, oral thrush, post-nasal drainage and sinusitis. |
| Respiratory | Negative | Awakening with cough, awakening with dyspnea, awakening with wheezing, dry cough, dyspnea at rest, dyspnea with intense exercise, dyspnea with moderate exercise, excessive sputum, hemoptysis, mucus plug production, pleuritic pain, productive cough, stridor and wheezing. |
| Cardio | Negative | Irregular heartbeat/palpitations. |
| GI | Negative | Reflux. |
| Endocrine | Negative | Tremors. |
| Allergic/Immuno | Negative | Seasonal rhinitis symptoms. |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 10:24 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 10:24 AM | 204.0 | | 92.533 | dressed with shoes | 28.45 | |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 10:24 AM | 118/66 | sitting | right | arm | manual | adult large |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 10:24 AM | 98.00 | 36.7 | | 72 | regular | 20 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 10:24 AM | 98 | | RA | | | 21 | | | |

## Measured By

RICHARDSON, JONATHAN    127630    ██████    10/07/2020 10:23 AM 85/182

STATE001680

| Time | Measured by |
|------|-------------|
| 10:24 AM | Abby M. Malonek, RN |

Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right Normal, Left Normal. |
| Ears | Normal | Inspection - Right Normal, Left Normal. Hearing - Right Normal, Left Normal. |
| Neck Exam | Normal | Inspection - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rhythm. No murmurs, gallops, or rubs. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | Inspection - Normal. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Suicide Risk Screening

### Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment Impression | Asthma (493).<br>Pt thinks that he does not need Xopenex or albuterol. Mild intermittent, Estimate peak flow. 625 L/min, education about inhaler use, triggers, and disease process d/w pt. |

Medications *(Added, Continued or Stopped this visit)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|------------|-----------|-----------|-----------|-----------|------------|-----------|
| 07/09/2020 | tablet 25 | take 1 tablet by oral route | N | | 66 Days | 01/03/2021 |

Savino, Yoko 10/07/2020 4:04 PM
*Document generated by:* Yoko Savino, MD 10/07/2020 04:04 PM

----------------------------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN   127630 ▬▬▬   10/07/2020 10:23 AM 86/182



**State of Indiana**   Division of Medical and Clinical Healthcare Services

**Department of Correction**   Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:       ███████
DOC #:                       127630
DATE:                        09/24/2020 2:25 PM
HISTORIAN:               self
VISIT TYPE:               Psychotherapy - Individual

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 10:10 AM

End time: 00 hours, 50 minutes

Duration: 00 hours, 50 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information
Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled therapy visit. She reports that she has been more stable and happier recently. She has allowed herself to experience vulnerable emotions like closeness with others and sadness, and she has been making an effort to become closer to those other offenders that she is now willing to call her friends. She is relatively content in her job in the kitchen. She reports some developing breast tissue, which is encouraging, and she would like to have a bra for comfort/modesty.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Verbalizes increased feelings of self worth |

Interventions/Methods Provided:
Psychologist explored the changing self-image and emotional stability that the offender is presenting, and it is encouraging given her history of serious emotional upheaval and apparent self-loathing  Processed her thoughts and feelings regarding continuing gender dysphoria treatment after her release from prison. Provided encouragement for the emotional risks she has been willing to take with others in order to allow herself the opportunity to build stronger relationships and learn to relate to others in a more genuine manner.
Response to Interventions/Progress Toward Goals and Objectives:
Stable. Doing well.

## Current Assessment
Individual's progress: Good progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment
CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

STATE001683

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|------------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 09/24/2020 | 09/24/2020 | No | | | | |
| Property | Denies | | 09/24/2020 | 09/24/2020 | No | | | | |
| Homicide | Denies | | 09/24/2020 | 09/24/2020 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description | |
|---------|--------------------|-----------------------|-------------------|------------------------|--|
| | | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 09/24/2020.

Highest GAF: 70
Date: 09/24/2020.

## Plan and Additional Information

| Date | Order Description | |
|------|-------------------|--|
| 10/08/2020 | MHP follow-up for Ind Tx | |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 09/29/2020
## Behavioral Health Billing

| | |
|--|--|
| Start time: | 10:10 AM |
| End time: | 11:00 AM |
| Duration: | 00 hours, 50 minutes |
| Modifier: | N/A |

*Document generated by: Richard J. Gale, PsyD  09/29/2020 09:00 AM*

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001685



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

PATIENT:                          JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                            127630
DATE:                             09/10/2020 4:29 PM
HISTORIAN:                        self
VISIT TYPE:                       Psychotherapy - Individual

### Individual Counsel/Psych Prog Note
**General**
Program Name: Outpatient

Start time: 3:00 PM

End time: 00 hours, 40 minutes

Duration: 00 hours, 40 minutes

### Individuals Present/Support Resources
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full

STATE001686

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information
Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled therapy visit. She reports that she is not used to being seen at this time and prefers not to be seen from 3:00 to 4:00 pm because it interferes with dinner chow. Reports some conflict with friends in the unit, and she tells about her efforts to resolve conflict and help her friends grow as people. Denies any serious concerns or problems. Denies SI or HI.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Depressive symptoms do not impair daily functioning | Identifies negative thinking supporting depression |

Interventions/Methods Provided:
Psycholgist reviewed the offender's recent experience of symptoms and explored the reasons for their improvement in terms of coping strategies used. Challenged ofd's view of herself as a manipulator and reframed it as a positive attempt to lead those she cares about toward more positive ways of thinking.
Response to Interventions/Progress Toward Goals and Objectives:
Stable.
## Current Assessment
Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment
CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

STATE001687

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|------------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 09/10/2020 | 09/10/2020 | No | | | | |
| Property | Denies | | 09/10/2020 | 09/10/2020 | No | | | | |
| Homicide | Denies | | 09/10/2020 | 09/10/2020 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan | Attempt Description |
|---------|--------------------|-----------------------|-------------------|------|---------------------|
| | | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

### Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 70
Date: 09/10/2020.

Highest GAF: 70
Date: 09/10/2020.

### Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 09/24/2020 | MHP follow-up for Ind Tx |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 09/10/2020
### Behavioral Health Billing

| | |
|--|--|
| Start time: | 3:00 PM |
| End time: | 3:40 PM |
| Duration: | 00 hours, 40 minutes |
| Modifier: | N/A |

*Document generated by: Richard J. Gale, PsyD  09/10/2020 04:52 PM*

--------------------------------------------------------------------------------
Indiana Government Center South

Patient Name: RICHARDSON, JONATHAN
ID: 127630     Date of Birth: ▮▮▮▮▮

Page 93 of 182
Encounter Date: 09/10/2020 04:29 PM

STATE001688

302 W. Washington Street
Indianapolis, IN 46204

STATE001689



**State of Indiana**                    Division of Medical and Clinical Healthcare Services
**Department of Correction**            Indiana Government Center South
                                        302 W. Washington Street
                                        Indianapolis, IN 46204

## Facility: CIC

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC#:                       127630
DATE:                       08/27/2020 1:10 PM
VISIT TYPE:                 Psychotherapy - Individual

## INDIVIDUALIZED ACTION PLAN
Program name: Outpatient
Admission date: 06/09/2016
Effective date of initial IAP:
Next review date: 02/27/2021
GOALS, OBJECTIVES AND INTERVENTIONS

**Goal 3: Depressive symptoms do not impair daily functioning (new)**

Target date: 02/27/2021
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 05/01/2018)

Assessed need: Depression

Individual's strength/skills: {local.txt_stengths}

Potential barriers: {local.txt_barriers}

- Objective 1: Identifies negative thinking supporting depression (continued)
  Start date: 06/30/2012
Target date: 02/27/2021
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 05/01/2018)

-- Intervention 1: Cognitive behavioral interventions
  Modality: Individual therapy        Frequency: q 90 days        Type of provider: MHP
- Objective 2: Verbalizes increased feelings of self worth (continued)
  Start date: 06/30/2012
Target date: 02/27/2021
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 03/07/2017)

-- Intervention 2: cognitive behavioral interventions
  Modality: Individual therapy        Frequency: q 90 days        Type of provider: MHP

STATE001690

**Goal 4: Mismatch between assigned gender and gender identity no longer causes marked distress. (new)**

Start date: 07/22/2019
Target date: 02/27/2021

Assessed need: Evaluation for gender dysphoria

Individual's strength/skills: {local.txt_stengths}

Potential barriers: {local.txt_barriers}

    - Objective 1: Identify ways in which gender identity leads to distress, exacerbates symptoms of depression, and contributes to other concerns such as irritability and self-destructive behavior. (new)
    Start date: 08/27/2020
Target date: 02/27/2021
Adjusted target date:  (Adjusted as per IAP review dated 05/01/2018)

    -- Intervention 1: Person-centered, supportive, solution-focused interventions
    Modality: Individual therapy          Frequency: q 90 days          Type of provider: Psychologist


## TRANSITION/DISCHARGE CRITERIA

Discharge plan:
8/27/20 - Richardson has been diagnosed with gender dysphoria and started hormone therapy. She has shown an improvement in mood, irritability, and interpersonal relatedness. An overarching goal for the next treatment period will be to continue to explore and grow into her role living as a woman.

Individual has participated in the development of this plan:
Yes

Others participated in the development of this plan:
No

---

## SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 08/28/2020

*Document generated by: Richard J. Gale, PsyD  08/28/2020 08:42 AM*

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE001692



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

### Facility: CIC

---

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:              ███████
DOC #:                      127630
DATE:                       08/27/2020 1:10 PM
HISTORIAN:                  self
VISIT TYPE:                 Psychotherapy - Individual

## Individual Counsel/Psych Prog Note
**General**
Program Name: Outpatient

Start time: 1:20 PM

End time: 00 hours, 35 minutes

Duration: 00 hours, 35 minutes

## Individuals Present/Support Resources
Contact type:
Onsite
Individual present.


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance:Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Met with ofd. for scheduled therapy follow-up visit. She reports that she is encouraged to notice some breast tissue development already since being on hormone therapy a relatively short time. She confirmed this with other offenders. She asked about the process of getting a bra and any updates on that. She talked about a conversation with three of her fellow inmates, and described telling them not only that they are her friends, but that she loves them and wants the best for them. Denies SI/HI.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
| --- | --- |
| Alleviate depressive symptoms | Verbalizes increased feelings of self worth |

Interventions/Methods Provided:
Psychologist discussed the question about obtaining a bra with the Deputy Warden and was told that the decision has been made to only provide women's undergarments to transgender offenders in cases of medical necessity. She told the psychologist that the offender needs to make a request, whereupon she will be referred to the medical provider to assess for medical necessity. Communicated this to Richardson, who was disappointed but not particularly surprised. Listened actively to Richardson's story about telling her friends how much they mean to her and encouraging them to stop bickering among themselves. Reviewed some of the remarkable changes that Richardson has gone through during her incarceration, including getting off psych meds, ceasing self-injurious behavior, allowing herself to become closer to others, and opening up about her gender identity. Reviewed care plan goals and updated as appropriate.
Response to Interventions/Progress Toward Goals and Objectives:
At present, doing quite well. Offender appears content in a way that she rarely has in the psychologist's history with her, and she is taking emotional risks in order to try to build more genuine, meaningful relationships with others.

## Current Assessment

Individual's progress: Good progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth: ▮▮▮▮▮▮

Page 99 of 182
Encounter Date: 08/27/2020 01:10 PM

STATE001694

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 08/27/2020 | 08/27/2020 | No | | | | |
| Property | Denies | | 08/27/2020 | 08/27/2020 | No | | | | |
| Homicide | Denies | | 08/27/2020 | 08/27/2020 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---|---|---|---|---|
| | | | | |

SAFETY MANAGEMENT PLAN

No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 69
Date: 08/27/2020.

Highest GAF: 69
Date: 08/27/2020.

## Plan and Additional Information

| Date | Order Description |
|---|---|
| 09/10/2020 | MHP follow-up for Ind Tx |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 08/28/2020
**Behavioral Health Billing**

Start time:        1:20 PM
End time:          1:55 PM

Patient Name: RICHARDSON, JONATHAN                    Page 100 of 182
ID: 127630    Date of Birth: █████████        Encounter Date: 08/27/2020 01:10 PM

STATE001695