# SEXUAL HARASSMENT
## REPORT OF INVESTIGATION

| Offense: | Date/Time of incident: | Date/Time Reported: |
|---|---|---|
| Offender on Offender Sexual Harassment | Unknown date/2005 | 10/20/22 |
| **Location:** Unknown | **Reported by:** Report made by OII John Poer (CIF) | |

**Allegation Received:**
Offender Richardson #127630 housed at CIF at this time, states back on 2005 she was living in I complex when she was raped by her roommate. Offender also states that she stabbed her roommate. Roommate was Mike Baily #106704.

| Victim: Richardson, Jonathan | | | | | | Housing Unit: CIF C-2 29 @Incident date/time frame: B-B2 103 2/2005 | | |
|---|---|---|---|---|---|---|---|---|
| DOC#: #127630 | DOB: | Age: 41 | Race: W | LGBTI: Trans | Flags: V | EPRD: 12/16/27 | Job: IDLE | Programming: IDLE |
| SIR History: #4431 (date 10/20/22) #4403 (date 11/16/22) | | | | | | | | |

| Perpetrator: Baily, Michael | | | | | | Housing Unit: RH 19-4R @incidnet/time frame: B-B2 103 2/2005 | | |
|---|---|---|---|---|---|---|---|---|
| DOC#: #106704 | DOB: | Age: 53 | Race: W | LGBTI: Gay | Flags: A | EPRD: 3/12/40 | Job: IDLE | Programming: IDLE |
| SIR History: #4431 (date 10/20/22) #3096 (date 1/12/20) #1534 (date 12/13/16) | | | | | | | | |

| Identified Witnesses: | Evidence Reviewed: |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

**Case Disposition:**
    o SUBSTANTIATED    X UNSUBSTANTIATED    o UNFOUNDED



# SEXUAL HARASSMENT
# REPORT OF INVESTIGATION

**Investigation Narrative:**
Offender Richardson #127630 states that back in 2005 while he was housed in B building, that roommate had raped her. Roommate at that time was ID as Baily #106704. Both were living in B building B-B2 103 at the time offender Richardson states.

**Summary of Outcome:**
I PCM C. Conyers, I looked through IRIS for documents to help with investigation of this PREA. I was able to find the time frame due to finding a conduct report writing on 2/16/05 for a A-102 Battery against another offender. I looked through all SIRS reports and nothing from 2005. My files don't even start till 2011. After looking for documentation for this incident I did find from 8/22/22 a Transgender/Intersex Placement Review requesting to be transferred to a female facility and found in the documents along with the 2005 incident, there were 2 others but only could locate one other SIRS report. When offender Richardson submitted her paperwork to the review committee, she never stated any PREA incidents in her form she filled out. She just states for her safety she wishes to transfer to a female facility. I was able to locate an interview report from the PCM from CIF talking about the 2 other PREA issues. I also looked at offender bed history and she was in and out to the hospital often and could have reported to transport staff or medical staff about the incident from 2005. I could only find the stabbing incident but can't find anything about the PREA incident from 2005. I found this incident to be unsubstantiated. I've attached some other documents with this report.

**Signature:**

**Date:** 10/21/22

Confidential

## Transgender/Intersex Facility Placement

## Incarcerated Individual Statement

You have identified as transgender or have been diagnosed as intersex. The IDOC is going to review your current facility placement based on the Prison Rape Elimination standard 115.42 (e). As part of that review, please provide the Facility Transgender Committee a written statement regarding:

- What gender of facility do you prefer?
- Why do you want or feel the need to move?
- What accommodations would you like IDOC to consider to assist in making you feel affirmed?
- Any other information you feel the committee should know about you.

I'm a Transwoman who prefers to be housed in a female facility. I feel that I would be less likely to be raped in a female facility, that I would be subjected to less physical violence against my person, that I can further stabilize and maintain my Gender Dysphoria Mental health issues by being around other women as the male facility is a Toxic environment of masculinity, and In a male facility I am bombarded with propositions for sex and looming violence if refused; I have been degraded, threatened, physically assaulted, raped on more than one occasion during my incarceration. I would feel more affirmed if transferred to a female facility, my female Pronouns and name are used by IDoc and their staff; some support group for LGBTQAI2S+ was provided. I've been incarcerated almost 22 years and have had to live as a "Male" for my own safety, now that I am living my true self, as the woman I am; It won't be if I'm assaulted, it will be when.

Incarcerated Individual Signature: _____

Printed Name: Jonathan Richardson    DOC #: 127690
"Autumn Evangeline Cordellione"

Confidential Record

On 10-19-2022, I Alison Yancey was talking to 127630 Jonathon Richardson about his request to transfer to a female facility. I ask him if he had ever documented abuse at any of his facilities and he stated "no". Jonathon Richardson then proceeded to tell me of three different facilities and the sexual abuse that had occurred.

In 2005, Richardson stated that an inmate nicknamed "Big Panties" was his cellmate. The offender named only as "Mike" had according to Richardson, raped him several times. Richardson stated that his was tired of the sexual abuse and stabbed his cellmate (what I found out to be Michael Bailey 106704). This was reported to the Warden of Pendleton Correctional Facility for investigation in 2022. This was all the information Richardson reported.

In 2008, while at Wabash Valley, Richardson said he was in "F" dorm and was gang raped by 3 offenders. One was the "block leader". He stated that he got heavy on medication after that. Richardson had nothing else to report. This was reported to the Warden for investigation in 2022.

In 2016, Richardson stated that he was forced to have oral and anal sex with 4 different offenders. Richardson stated that he did not know names, only that the offenders belonged to the 2-1 STG group. Richardson said that he performed oral and anal sex with two offenders once and two offenders twice. He did not have any more information. This report was investigated in 2022.

Confidential



**REPORT OF CONDUCT**
State Form 39590 (R3/4-94)

**INDIANA DEPARTMENT OF CORRECTION**

Case number: ISR 05-02-009
Date assigned: 2-19-05

INSTRUCTIONS: Type or Print clearly

NOTE TO REPORTING EMPLOYEE: This report is to be filled out in triplicate. All copies shall be forwarded to the screening officer, in accordance with the Disciplinary Code for Adult Offenders.

| Name of offender | Offender's DOC number | Facility | Housing unit |
|---|---|---|---|
| RICHARDSON, JONATHAN | #127630 | PCF/ISR | In-J-6 |

| Date and time of incident | Place of incident | Date report written |
|---|---|---|
| 2/02/05 1900 a.m./p.m. | I-Complex /B-2 Housing Area | 2/09/06 |

Offense: Committing battery upon another with a weapon
Code number: #102

**DESCRIPTION OF INCIDENT** (If more space is needed attach additional sheets in triplicate)

The Office of Internal Affairs was directed to investigate allegations of an assault upon an offender in I-Complex. The incident occurred between cell mates, and information collected indicated OFFENDER RICHARDSON attacked his cell mate with a handmade shank type weapon causing superficial injuries because he heard voices which told him to do so. OFFENDER RICHARDSON refused to make a statement and was moved to the Inf. Housing area. The victim stated they had been cell mates for a week to ten days and he had had a conversation with OFFENDER RICHARDSON about his chanting and speaking with the devil, his pacing and rocking back and forth and OFFENDER RICHARDSON told him the voices told him to do it. OFFENDER RICHARDSON was scheduled to be moved out of the cell, but the incident occurred before the move took place. Confidential information is contained within Confidential Case file #05-02-010

Disposition of physical evidence, if any:

Witness(es), if any:

Signature of reporting employee: [signature]
Name and title (please print): Mike Rains I.A.
Screening officer: [signature]

**FOR SCREENING OFFICERS ONLY**

Copy of report delivered to offender by: [signature]
Signature of offender receiving copy: [signature]
Date report delivered (month, day, year): 2-10-06
Note here if offender refuses to sign: BEHIND HRU DOOR

DISTRIBUTION: White - Offender; Canary - Central Office; Pink - Facility Packet

STATE006198