

**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

PATIENT:                         JONATHAN RICHARDSON
DATE OF BIRTH:                   [redacted]
DOC #:                           127630
DATE:                            07/22/2019 10:00 AM
HISTORIAN:                       self
VISIT TYPE:                      Onsite Consult

## Individual Counsel/Psych Prog Note
### General
Program Name: Outpatient

Start time: 10:00 AM

End time: 00 hours, 35 minutes

Duration: 00 hours, 35 minutes

### Individuals Present/Support Resources
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance: Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full

Exhibit 62
Witness_____
Date_____ SL

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth: [redacted]
Page 102 of 531
Encounter Date: 07/22/2019 10:00 AM

STATE000592

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

**Subjective Information**
Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled follow-up therapy. He came with a health care request in hand, #127630, dated today but not screened by nursing because it had not been turned in. He says "I would like to request estrogen treatments, for my transgender needs." He claims that he has felt for a long time as if he is not in the right body, and he claims to have aluded to this and considered revealing it multiple times over the recent past. (continued below)

New issues/stressors/extraordinary events presented today: New issue, CA/IAP update required

Explanation: He pointed to his tattoos of women around his face and arms, saying that this is evidence of his feminine identity. He also shaved his face for the first time in years before this appointment, again by his report related to his transgender identity. Although his initial report was unclear regarding when he first began to identify as a transwoman, he indicates that it goes back some time. He claims that his eventual goal is full transition, including sexual reassignment surgery. He believes that engaging in this transition will help him to cope with the discomfort and distress that he has experienced as a result of having to keep this identity secret.

**Goals, Objectives, and Interventions Addressed Today**

| Goal Today | Objective Today |
|---|---|
| Determine whether the offender meets criteria for gender dysphoria / determine appropriate treatment | Gather history and report of past and present symptoms that may support a diagnosis of gender dysphoria |

Interventions/Methods Provided:
Psychologist listened actively to the offender's concerns regarding transgender identity and his wish to begin the process of transitioning. Explored questions with the offender regarding the timing of this revelation, his perceptions of how things may change for him if treatment for gender dysphoria is started, and his long term goals and ideas. Educated the offender about the process of gender dysphoria evaluation and treatment through IDOC in order to set appropriate expectations.
Response to Interventions/Progress Toward Goals and Objectives:
Offender appeared comfortable and confident expressing transgender identity and the desire to begin to transition to life as a woman.

**Current Assessment**
Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

Patient Name: RICHARDSON, JONATHAN
ID: 127630    Date of Birth:
Page 103 of 531
Encounter Date: 07/22/2019 10:00 AM

STATE000593

## Risk Assessment
**CURRENT ENCOUNTER**
Risk Assessments
Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 07/22/2019 | 07/22/2019 | No | | | | |
| Property | Denies | | 07/22/2019 | 07/22/2019 | No | | | | |
| Homicide | Denies | | 07/22/2019 | 07/22/2019 | No | | | | |

| Attempt | Planned/Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---|---|---|---|---|
| | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 65
Date: 07/22/2019.

Highest GAF: 68
Date: 03/07/2019.

## Plan and Additional Information

| Date | Order Description |
|---|---|
| 07/29/2019 | MHP follow-up for Ind Tx / GD Eval |

Plan/Additional Information:
Will continue to meet with offender to gather additional information regarding the duration of transgender identity, the challenges and difficulties, both internal and external, that this issue has caused, and to determime whether a diagnosis of gender dysphoria appears appropriate and treatment is indicated.

---

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 07/26/2019
**Behavioral Health Billing**

Start time:        10:00 AM
End time:          10:35 AM
Duration:          00 hours, 35 minutes
Modifier:          N/A

*Document generated by: Richard J. Gale, PsyD  07/26/2019 10:06 AM*

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204