

**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: CIC

PATIENT: JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #: 127630
DATE: 04/24/2019 3:02 PM
HISTORIAN: self
VISIT TYPE: Onsite Consult

## Individual Counsel/Psych Prog Note
### General
Program Name: Outpatient

Start time: 3:00 PM

End time: 00 hours, 50 minutes

Duration: 00 hours, 50 minutes

### Individuals Present/Support Resources
Contact type:
Onsite
Individual present.

### MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
Appearance: Within normal limits
Build/Stature: Within normal limits
Posture: Within normal limits
Eye Contact: Average
Activity: Within normal limits
Attitude toward examiner: Cooperative
Attitude toward parent/guardian: Not Applicable
Separation (for children/adolescent): Not applicable

MENTAL STATUS:
Unremarkable
Mood: Euthymic
Affect: Full

Exhibit 63
Witness
Date_____ SL

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

### Subjective Information
Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled follow-up visit. He says he is doing much better with the loss of his sister. He is currently finding himself very irritable with others and getting annoyed with little things. He brought a journal with him in which he has been documenting events that trigger especially strong emotions and then writing poetry in response. He shared three of the incidents and associated poems. He also shared information about his "unhealthy sexual fantasies" involving underged girls.

New issues/stressors/extraordinary events presented today: None reported

### Goals, Objectives, and Interventions Addressed Today
Interventions/Methods Provided:
Psychologist actively listened and processed the content and meaning of the poems shared. Explored themes of rejection and vulnerability with the offender. Encouraged him to continue to express himself in healthy ways such as writing. Discussed the origin of his sexual fantasies, his belief that he would never act on urges with someone underaged, and his feelings of self-loathing for allowing himself to indulge in fantasies that he believes are unhealthy.
Response to Interventions/Progress Toward Goals and Objectives:
Stable, expressive, and willing to make himself vulnerable and open in therapy.

### Current Assessment
Individual's progress: Good progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

### Risk Assessment
CURRENT ENCOUNTER
Risk Assessments
Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Suicide | Denies | | 04/24/2019 | 04/24/2019 | No | | | | |

Patient Name: RICHARDSON, JONATHAN
ID: 127630   Date of Birth:

Page 196 of 531
Encounter Date: 04/24/2019 03:02 PM

STATE000686

| | | | | |
|---|---|---|---|---|
| Property | Denies | 04/24/2019 | 04/24/2019 | No |
| Homicide | Denies | 04/24/2019 | 04/24/2019 | No |

| Attempt | Planned/Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---|---|---|---|---|
| | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

### Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 67
Date: 04/24/2019.

Highest GAF: 68
Date: 05/01/2018.

### Plan and Additional Information

| Date | Order Description |
|---|---|
| 05/01/2019 | MHP follow-up for Ind Tx |

---

### SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 04/26/2019
**Behavioral Health Billing**

Start time:      3:00 PM
End time:        3:50 PM
Duration:        00 hours, 50 minutes
Modifier:        N/A

*Document generated by: Richard J. Gale, PsyD  04/26/2019 09:57 AM*

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204