Schwartz MA, Szasz T, Wakefield JC, Waterman GS, Whooley O, Zachar P. The six most essential questions in psychiatric diagnosis: a pluralogue. Part 4: general conclusion. *Philos Ethics Humanit Med*. 2012 Dec 18;7:14. PMID: 23249629.

PRO Guidance 2009: U.S. Department of Health and Human Services; Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Center for Biologics Evaluation and Research (CBER), Center for Devices and Radiological Health (CDRH). *Guidance for Industry. Patient-reported outcome measures: Use in medical product development to support labeling claims.* December 2009. http://www.fda.gov/downloads/Drugs/.../Guidances/UCM193282.pdf.

Quirós C, Patrascioiu I, Mora M, Aranda GB, Hanzu FA, Gómez-Gil E, Godás T, Halperin I. Effect of cross-sex hormone treatment on cardiovascular risk factors in transsexual individuals. Experience in a specialized unit in Catalonia. *Endocrinol Nutr*. 2015 May;62(5):210-6. Epub 2015 Mar 16. PMID: 25790747.

Rachlin Katherine. Factors Which Influence Individual's Decisions When Considering Female-To- Male Genital Reconstructive Surgery. *IJT.* 1999 Jul-Sept;3(3). (Not in PubMed) http://www.symposion.com/ijt/ijt990302.htm http://www.iiav.nl/ezines/web/ijt/97-03/numbers/symposion/ijt990302.htm

Rakic Z, Starcevic V, Maric J, Kelin K. The outcome of sex reassignment surgery in Belgrade: 32 patients of both sexes. *Arch Sex Behav*. 1996 Oct;25(5):515-25. PMID: 8899143.

A-Rametti G, Carrillo B, Gómez-Gil E, Junque C, Segovia S, Gomez Á, Guillamon A. White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study. *J Psychiatr Res.* 2011 Feb;45(2):199-204. Epub 2010 Jun 8. PMID: 20562024.

B-Rametti G, Carrillo B, Gómez-Gil E, Junque C, Zubiarre-Elorza L, Segovia S, Gomez Á, Guillamon A. The microstructure of white matter in male to female transsexuals before cross-sex hormonal treatment. A DTI study. *J Psychiatr Res.* 2011 Jul;45(7):949-54. Epub 2010 Dec 30. PMID: 21195418.

Randell JB. Transvestitism and trans-sexualism. A study of 50 cases. *Br Med J*. 1959 Dec 26; 2 (5164): 1448–52. PMID: 14436154.

Randell J. Indications for reassignment surgery. *Archives of Sexual Behavior*. 1971; 1(2):153-61. (Not in PubMed)

Randell J. (1969). *Pre-operative and post-operative status of transsexuals* (Chapter 26) in Green R, Money J (eds):Trans-sexualism and Sex reassignment. Baltimore: Johns Hopkins Press.

Rappaport R. Intersex management: what is achieved and what is needed. Commentary to Thyen et al.: epidemiology and initial management of ambiguous genitalia at birth in Germany (*Horm Res.* 2006;66:195-203). *Horm Res*. 2006;66(4):204-5. Epub 2006 Jul 27. PMID: 16877871.

Reed HM. Aesthetic and functional male to female genital and perineal surgery: feminizing vaginoplasty. *Semin Plast Surg*. 2011 May;25(2):163-74. PMID: 22547974.

Rehman J, Lazer S, Benet AE, Schaefer LC, Melman A. The reported sex and surgery satisfactions of 28 postoperative male-to-female transsexual patients. *Arch Sex Behav*. 1999 Feb;28(1):71-89. PMID: 10097806.

Reisner S, Poteat T, Keatley J, Cabral M, Mothopeng T, Dunham E, Holland C, Max R, Baral S. Global heath burden and needs of transgender populations: a review. *Lancet*. Epub 16 June 2016. http://dx.doi.org/10.1016/S0140-6736(16)00684-X

Roback HB, Lothstein LM. The female mid-life sex change applicant: a comparison with younger female transsexuals and older male sex change applicants. *Arch Sex Behav*. 1986 Oct;15(5):401-15. PMID: 3789904.

Roscoe W. (1991). *The Zuni Man-Woman*. Albuquerque: University of New Mexico Press.

Roscoe, W. (1998). *Changing Ones: Third and Fourth Genders in Native North America*. New York: St. Martin's Press.

Rosen R, Brown C, Heiman J, Leiblum S, Meston C, Shabsigh R, Ferguson D, D'Agostino R Jr. The Female Sexual Function Index (FSFI): a multidimensional self-report instrument for the assessment of female sexual function. *J Sex Marital Ther*. 2000 Apr-Jun;26(2):191-208. PMID: 10782451.

Rosenberg, M. (1965). *Society and the Adolescent Self-Image*, Princeton University Press, Princeton.

Ross MW, Wålinder J, Lundström B, Thuwe I. Cross-cultural approaches to transsexualism. A comparison between Sweden and Australia. *Acta Psychiatr Scand.* 1981 Jan;63(1):75-82. PMID: 7234467.

Ross MW, Need JA. Effects of adequacy of gender reassignment surgery on psychological adjustment: a follow-up of fourteen male-to-female patients. *Arch Sex Behav.* 1989 Apr;18(2):145-53. PMID: 2712690.

Rubin SO. Sex-reassignment surgery male-to-female. Review, own results and report of a new technique using the glans penis as a pseudoclitoris. *Scand J Urol Nephrol Suppl.* 1993;154:1-28. PMID: 8140401.

Ruppin U, Pfäfflin F. Long-term follow-up of adults with gender identity disorder. *Arch Sex Behav.* 2015 Jul;44(5):1321-9. Epub 2015 Feb 18. PMID: 25690443.

Russell ST, Ryan C, Toomey RB, Diaz RM, Sanchez J. Lesbian, gay, bisexual, and transgender adolescent school victimization: implications for young adult health and adjustment. *J Sch Health.* 2011 May;81(5):223-30. PMID: 21517860.

Safer J, Tangpricha V. Out of the shadows: it is time to mainstream treatment for transgender patients. *Endocr Pract.* 2008 Mar;14(2):248-50. PMID: 18308667.

Salkind MR. Beck depression inventory in general practice. *J R Coll Gen Pract*. 1969 Nov;18 (88):267-71. PMID: 5350525.

Salvador J, Massuda R, Andreazza T, Koff WJ, Silveira E, Kreische F, de Souza L, de Oliveira MH, Rosito T, Fernandes BS, Lobato MI. Minimum 2-year follow up of sex reassignment surgery in Brazilian male-to-female transsexuals. *Psychiatry Clin Neurosci.* 2012 Jun;66(4):371-2. PMID: 22624747.

Savic I, Garcia-Falgueras A, Swaab DF. Sexual differentiation of the human brain in relation to gender identity and sexual orientation. *Prog Brain Res*. 2010;186:41-62. PMID: 21094885.

Schaeffer CE. The Kutenai female berdache: Courier, guide, prophetess, and warrior. *Ethnohistory*. 1965;12 (3): 193–236. (Not in PubMed)

Schlatterer K, Yassouridis A, von Werder K, Poland D, Kemper J, Stalla GK. A follow-up study for estimating the effectiveness of a cross-gender hormone substitution therapy on transsexual patients. *Arch Sex Behav*. 1998 Oct;27(5):475-92. PMID: 9795728.

Schroder M, Carroll RA. New women: Sexological outcomes of male-to-female gender reassignment surgery. JSET. 1999;24(3):137-46. (Not in PubMed)

Seal L, Franklin S, Richards C, Shishkareva A, Sinclaire C, Barrett J. Predictive markers for mammoplasty and a comparison of side effect profiles in transwomen taking various hormonal regimens. *J Clin Endocrinol Metab.* 2012 Dec;97(12):4422-8. Epub 2012 Oct 9. PMID: 23055547.

Selvaggi G, Monstrey S, Ceulemans P, T'Sjoen G, De Cuypere G, Hoebeke P. Genital sensitivity after sex reassignment surgery in transsexual patients. *Ann Plast Surg*. 2007 Apr;58(4):427-33. PMID: 17413887.

Selvaggi G, Bellringer J. Gender reassignment surgery: an overview. *Nat Rev Urol.* 2011 May;8 (5):274-82. Epub 2011 Apr 12. PMID: 21487386.

Selvaggi G, Dhejne C, Landen M, Elander A. The 2011 WPATH Standards of Care and Penile Reconstruction in Female-to-Male Transsexual Individuals. *Adv Urol*. 2012;2012:581712. Epub 2012 May 14. PMID: 22654902.

Shao T, Grossbard ML, Klein P. Breast cancer in female-to-male transsexuals: two cases with a review of physiology and management. *Clin Breast Cancer.* 2011 Dec;11(6):417-9. Epub 2011 Aug 10. PMID: 21831723.

Shechner T. Gender identity disorder: a literature review from a developmental perspective. *Isr J Psychiatry Relat Sci* . 2010;47(2):132-8. PMID: 20733256.

Shields J, Cohen R, Glassman J, Whitaker K, Franks H, Bertolini I. Estimating population size and demographic characteristics of lesbian, gay, bisexual, and transgender youth in middle school. *J Adolesc Health*. 2013 Feb;52(2):248-50. Epub 2012 Aug 15. PMID: 23332492.

Simopoulos E, Khin Khin E. Fundamental principles inherent in the comprehensive care of transgender inmates. *J Am Acad Psychiatry Law.* 2014;42(1):26-36. PMID: 24618516.

Slabbekoorn D, van Goozen SH, Sanders G, Gooren LJ, Cohen-Kettenis PT. The dermatoglyphic characteristics of transsexuals: is there evidence for an organizing effect of sex hormones. *Psychoneuroendocrinology.* 2000 May;25(4):365-75. PMID: 10725613.

Slabbekoorn D., Van Goozen S., Gooren L., Cohen-Kettenis P. Effects of Cross-Sex Hormone Treatment on Emotionality in Transsexuals. *IJT.* 2001 Jul-Sept; 5(3):20 pages.http://www.symposion.com/ijt/ijtvo05no03_02.htm.

Slaby RG, Frey KS. Development of gender constancy and selective attention to same-sex models. *Child Dev.* 1975 Dec;46(4):849-56. PMID: 1201664.

Smilkstein G. The family APGAR: a proposal for a family function test and its use by physicians. *J Fam Pract.* 1978 Jun;6(6):1231-9. PMID: 660126.

Smilkstein G, Ashworth C, Montano D. Validity and reliability of the family APGAR as a test of family function. *J Fam Pract.* 1982 Aug;15(2):303-11. PMID:7097168.

Smith YL, van Goozen SH, Cohen-Kettenis PT. Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. *J Am Acad Child Adolesc Psychiatry.* 2001 Apr;40(4):472-81. PMID: 11314574.

A-Smith YL, Van Goozen SH, Kuiper AJ, Cohen-Kettenis PT. Sex reassignment: outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychol Med.* 2005 Jan;35(1):89-99. PMID: 15842032.

B-Smith Y, van Goozen S, Kuiper A, Cohen-Kettenis P. Transsexual subtypes: clinical and theoretical significance. *Psychiatry Res.* 2005 Dec 15;137(3):151-60. Epub 2005 Nov 17. PMID: 16298429.

A-Sørensen T. A follow-up study of operated transsexual males. *Acta Psychiatr Scand.* 1981 May;63 (5):486-503. PMID: 7315491.

B-Sørensen T. A follow-up study of operated transsexual females. *Acta Psychiatr Scand.* 1981 Jul;64 (1):50-64. PMID: 7315494.

Sørensen T, Hertoft P. Male and female transsexualism: the Danish experience with 37 patients. *Arch Sex Behav* 1982 Apr;11(2):133-55. PMID: 7125885.

Steensma TD, McGuire JK, Kreukels BP, Beekman AJ, Cohen-Kettenis PT. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. *J Am Acad Child Adolesc Psychiatry*. 2013 Jun;52(6):582-90. Epub 2013 May 3. PMID: 23702447.

Stieglitz KA. Development, risk, and resilience of transgender youth. *J Assoc Nurses AIDS Care.* 2010 May-Jun;21(3):192-206Epub 2010 Mar 29. PMID: 20347346.

Steinle K. Hormonal management of the female-to-male transgender patient. *J Midwifery Womens Health.* 2011 May-Jun;56(3):293-302. PMID: 21535376.

Stephens SC, Bernstein KT, Philip SS. Male to female and female to male transgender persons have different sexual risk behaviors yet similar rates of STDs and HIV. *AIDS Behav.* 2011 Apr;15(3):683-6. PMID: 20694509.

Stinson B. A study of twelve applicants for transsexual surgery. *Ohio State Med J.* 1972 Mar;68 (3):245-9. PMID: 4401539.

Stojanovic B, Djordjevic ML. Anatomy of the clitoris and its impact on neophalloplasty (metoidioplasty) in female transgenders. *Clin Anat.* 2015 Apr;28(3):368-75. Epub 2015 Mar 4. PMID: 25740576.

Strauss B, Richter-Appelt H (1995) *Fragebogen zur Beurteilung des eigenen Körpers (FBeK), Handanweisung*. Hogrefe, Göttingen Bern Toronto Seattle.

Stroumsa D. The state of transgender health care: policy, law, and medical frameworks. *Am J Public Health*. 2014 Mar;104(3):e31-8. Epub 2014 Jan 16. PMID: 24432926.

Sultan B. Transsexual prisoners: how much treatment is enough? *New Engl Law Rev.* 2003 Summer;37(4):1195-230. PMID: 15295855.

Sundbom E, Bodlund O. Prediction of outcome in transsexualism by means of the Defense Mechanism Test and multivariate modeling: a pilot study. *Percept Mot Skills.* 1999 Feb;88(1):3-20. PMID: 10214627.

Swaab DF. Sexual differentiation of the human brain: relevance for gender identity, transsexualism and sexual orientation. *Gynecol Endocrinol.* 2004 Dec;19(6):301-12. PMID: 15724806.

Swaab DF, Garcia-Falgueras A. Sexual differentiation of the human brain in relation to gender identity and sexual orientation. *Funct Neurol.* 2009 Jan-Mar;24(1):17-28. PMID: 19403051.

Terada S, Matsumoto Y, Sato T, Okabe N, Kishimoto Y, Uchitomi Y. Suicidal ideation among patients with gender identity disorder. *Psychiatry Res.* 2011 Nov 30;190(1):159-62. Epub 2011 May 25. PMID: 21612827.

Terada S, Matsumoto Y, Sato T, Okabe N, Kishimoto Y, Uchitomi Y. Factors predicting psychiatric co-morbidity in gender-dysphoric adults. *Psychiatry Res.* 2012 Dec 30;200(2-3):469-74. Epub 2012 Aug 9. PMID: 22884214.

Titus-Ernstoff L, Perez K, Hatch EE, Troisi R, Palmer JR, Hartge P, Hyer M, Kaufman R, Adam E, Strohsnitter W, Noller K, Pickett KE, Hoover R. Psychosexual characteristics of men and women exposed prenatally to diethylstilbestrol. *Epidemiology*. 2003 Mar;14(2):155-60. PMID: 12606880.

Torres A, Gómez-Gil E, Vidal A, Puig O, Boget T, Salamero M. Gender differences in cognitive functions and influence of sex hormones. *Actas Esp Psiquiatr*. 2006 Nov-Dec;34(6):408-15. Spanish. PMID: 17117339.

Tourbach SA, Hunter-Smith D, Morrison WA. Long anterior urethral reconstruction using a jejunal free flap. *J Plast Surg Hand Surg*. 2011 Feb;45(1):54-6. PMID: 21446801.

Traish AM, Gooren LJ. Safety of physiological testosterone therapy in women: lessons from female- to-male transsexuals (FMT) treated with pharmacological testosterone therapy. *J Sex Med*. 2010 Nov;7(11):3758-64. Epub 2010 Aug 16. PMID: 20722789.

Trentacosti AM. *Epoietin alpha: FDA overview of patient reported outcome (PRO) claims*. 2007. www.fda.gov/ohrms/dockets/ac/07/slides/2007-4315s1-09-FDA-Trentacosti.ppt.

Trum H, Hoebeke P, Gooren L. Sex reassignment of transsexual people from a gynecologist's and urologist's perspective. *Acta Obstet Gynecol Scand.* 2015 Jun;94(6):563-7. Epub 2015 Mar 29. PMID: 25721104.

T'Sjoen G, Weyers S, Taes Y, Lapauw B, Toye K, Goemaere S, Kaufman J. Prevalence of low bone mass in relation to estrogen treatment and body composition in male-to-female transsexual persons. *J Clin Densitom.* 2009 Jul-Sep;12(3):306-13. Epub 2009 Jan 3. PMID: 19121966.

T'Sjoen G, De Cuypere G, Monstrey S, Hoebeke P, Freedman F, Appari M, Holterhus P, Van Borsel J, Cools M. Male

gender identity in complete androgen insensitivity syndrome. *Arch Sex Behav.* 2011 Jun;40(3):635-8. Epub 2010 Apr 1. PMID: 20358272.

T'Sjoen G, Van Caenegem E, Wierckx K. Transgenderism and reproduction. *Curr Opin Endocrinol Diabetes Obes.* 2013 Dec;20(6):575-9. PMID: 24468761.

Tsoi WF, Kok LP, Long FY. Male transsexualism in Singapore: a description of 56 cases. *Br J Psychiatry*. 1977 Oct;131:405-9. PMID: 922268.

Tsoi WF. The prevalence of transsexualism in Singapore. *Acta Psychiatr Scand.* 1988 Oct;78 (4):501-4. PMID: 3265846.

Tsoi WF. Male and female transsexuals: a comparison. *Singapore Med J*. 1992 Apr;33(2):182-5. PMID: 1621125.

Tsoi WF. Follow-up study of transsexuals after sex-reassignment surgery. *Singapore Med J.* 1993 Dec;34(6):515-7. PMID: 8153713.

Tsoi WF, Kok LP, Yeo KL, Ratnam SS. Follow-up study of female transsexuals. *Ann Acad Med Singapore.* 1995 Sep;24(5):664-7. PMID: 8579306.

Tsushima WT, Wedding D. MMPI results of male candidates for transsexual surgery. *J Pers Assess.* 1979. Aug;43(4):385-7. PMID: 383946.

Tugnet N, Goddard JC, Vickery RM, Khoosal D, Terry TR. Current management of male-to-female gender identity disorder in the UK. *Postgrad Med J*. 2007 Oct;83(984):638-42. PMID: 17916872.

Udeze B, Abdelmawla N, Khoosal D, Terry T. Psychological functions in male-to-female people before and after surgery. *Sexual and Relationship Therapy*. 2008 May; 23(2):141-5. (Not in PubMed)

Urban R, Teng N, Kapp D. Gynecologic malignancies in female-to-male transgender patients: the need of original gender surveillance. *Am J Obstet Gynecol.* 2011 May;204(5):e9-e12. Epub 2011 Feb 26.  PMID: 21354550.

Vacchiano RB, Strauss PS. The construct validity of the Tennessee self concept scale. *J Clin Psychol.* 1968 Jul;24(3):323-6. PMID: 5661752.

Van Caenegem E, Wierckx K, Taes Y, Dedecker D, Van de Peer F, Toye K, Kaufman J, T'Sjoen G. Bone mass, bone geometry, and body composition in female-to-male transsexual persons after long-term cross-sex hormonal therapy. *J Clin Endocrinol Metab.* 2012 Jul;97(7):2503-11. Epub 2012 May 7. PMID: 22564669.

A-Van Caenegem E, Taes Y, Wierckx K, Vandewalle S, Toye K, Kaufman J, Schreiner T, Haraldsen I. T'Sjoen G. Low bone mass is prevalent in male-to-female transsexual persons before the start of cross-sex hormonal therapy and gonadectomy. *Bone*. 2013 May;54(1):92-7. Epub 2013 Jan 28. PMID: 23369987.

B-Van Caenegem E, Verhaeghe E, Taes Y, Wierckx K, Toye K, Goemaere S, Zmierczak H, Hoebeke P, Monstrey S, T'Sjoen G. Long-term evaluation of donor-site morbidity after radial forearm flap phalloplasty for transsexual men. *J Sex Med.* 2013 Jun;10(6):1644-51. Epub 2013 Mar 27. PMID: 23534878.

Van Caenegem E, Wierckx K, Taes Y, Schreiner T, Vandewalle S, Toye K, Lapauw B, Kaufman J, T'Sjoen G. Body composition, bone turnover, and bone mass in trans men during testosterone treatment: 1-year follow-up data from a prospective case-controlled study (ENIGI). *Eur J Endocrinol*. 2015 Feb;172(2):163-71. PMID: 25550352.

Van Caenegem E, Wierckx K, Elaut E, Buysse A, Dewaele A, Van Nieuwerburgh F, De Cuypere G, T'Sjoen G. Prevalence of Gender Nonconformity in Flanders, Belgium. *Arch Sex Behav.* 2015 Jul;44 (5):1281-7. Epub 2015 Jan 15. PMID: 25588709.

VanderLaan DP, Vokey JR, Vasey PL. Is Transgendered Male Androphilia Familial in Non-Western Populations? The Case of a Samoan Village. *Arch Sex Behav.* 2013; 42:361–70. PMID: 23187702.

Van Kesteren PJ, Gooren LJ, Megens JA. An epidemiological and demographic study of transsexuals in The Netherlands. *Arch Sex Behav.* 1996 Dec;25(6):589-600. PMID: 8931882.

Van Kesteren PJ, Asscheman H, Megens JA, Gooren LJ. Mortality and morbidity in transsexual subjects treated with cross-sex hormones. *Clin Endocrinol (Oxf).* 1997 Sep;47(3):337-42. PMID: 9373456.

Vasey PL, Bartlett NH. What can the Samoan "Fa'afafine" teach us about the Western concept of gender identity disorder in childhood? *Perspect Biol Med.* 2007 Autumn;50(4):481-90. PMID: 17951883.

Veatch RM. Indifference of subjects: An alternative to equipoise in randomized clinical trials. *Soc Phil Policy*. 2002; 19:295-323. PMID: 12678091.

Veale J. Prevalence of transsexualism among New Zealand passport holders. *Aust N Z J Psychiatry*. 2008 Oct;42(10):887-9. PMID: 18777233.

Vrouenraets LJ, Fredriks AM, Hannema SE, Cohen-Kettenis PT, de Vries MC. Early Medical Treatment of Children and Adolescents With Gender Dysphoria: An Empirical Ethical Study. *J Adolesc Health*. 2015 Oct;57(4):367-73. Epub 2015 Jun 25. PMID: 26119518.

Vujovic S, Popovic S, Sbutega-Milosevic G, Djordjevic M, Gooren L. Transsexualism in Serbia: a twenty-year follow-up study. *J Sex Med.* 2009 Apr;6(4):1018-23. Epub 2008 Mar 4. PMID: 18331254.

Vujović S, Popović S, Mrvošević Marojević L, Ivović M, Tančić-Gajić M, Stojanović M, Marina LV, Barać M, Barać B, Kovačević M, Duišin D, Barišić J, Djordjević ML, Micić D. Finger length ratios in Serbian transsexuals. *Scientific World Journal.* 2014 May 20;2014:Article 763563. 4 pages. PMID: 24982993.

Walinder J, Thuwe I. *A social-psychiatric follow- up study of 24 sex-reassigned transsexuals*. Gothenburg: Scandinavian University Books, Akademiforlaget. 1975.

Walinder J, Lundstrom B, Thuwe I. Prognostic factors in the assessment of male transsexuals for sex reassignment. *Br J Psychiatry.* 1978:132: 16-20. (Not in PubMed)

Ware JE, Sherbourne CD. The MOS 36-item short-form health survey (SF-36). I. Conceptual framework and item selection. *Med Care.* 1992 Jun;30(6):473-83. PMID: 1593914.

Watson D, Friend R. Measurement of social-evaluative anxiety. *J Consult Clin Psychol*. 1969 Aug;33(4):448-57. PMID: 5810590.

Winter S, Diamond M, Green J, Karasic D, Reed T, Whittle S, Wylie K. Transgender people: health at the margins of society. *Lancet*. Epub 16 June 2016 http://dx.doi.org/10.1016/S0140-6736(16)00683-8

Weigert R, Frison E, Sessiecq Q, Al Mutairi K, Casoli V. Patient satisfaction with breasts and psychosocial, sexual, and physical well-being after breast augmentation in male-to-female transsexuals. *Plast Reconstr Surg*. 2013 Dec;132(6):1421-9. PMID: 24281571.

A-Weyers S, Elaut E, De Sutter P, Gerris J, T'Sjoen G, Heylens G, De Cuypere G, Verstraelen H. Long-term assessment of the physical, mental, and sexual health among transsexual women. *J Sex Med.* 2009 Mar;6(3):752-60. Epub 2008 Nov 17. PMID: 19040622.

B-Weyers S, Decaestecker K, Verstraelen H, Monstrey S, T'Sjoen G, Gerris J, Hoebeke P, Villeirs G. Clinical and transvaginal sonographic evaluation of the prostate in transsexual women. *Urology.* 2009 Jul;74(1):191-6. Epub 2009 Apr 23. PMID: 19395005.

WHO 1996: Harper A. Manual for World Health Organization Quaility of Life Abbreviated. Director Dr. J. Orley. http://www.who.int/mental_health/media/en/76.pdf.

WHO 2011: Carlos F. Caceres CF, GerbaseA, Ying-Ru Lo Y-R, Rodolph M (key drafters). *Prevention and treatment of HIV and other sexually transmitted infections among men who have sex with other men and transgender people.Recommendations for a public health approach*. World Health Organization. 2011. http://www.who.int/hiv/pub/guidelines/msm_guidelines2011/en/.

WHO 2014: Chris Beyrer C, Kamarulzaman A (co-chairs.) World Health Organization. *Consolidated guidelines on HIV prevention, diagnosis, treatment, and care for key populations*. July 2014. www.who.int/hiv/pub/guidelines/keypopulations/en/.

WHO 2015: Poteat T, Keatley J. (key drafters). *Policy Brief: Transgender People and HIV.* World Health Organization. July 2015. http://www.who.int/hiv/pub/transgender/transgender-hiv-policy/en/.

Wiegel M, Meston C, Rosen R. The female sexual function index (FSFI): cross-validation and development of clinical cutoff scores. *J Sex Marital Ther.* 2005 Jan-Feb;31(1):1-20. PMID: 15841702.

A-Wierckx K, Elaut E, Van Caenegem E, Van De Peer F, Dedecker D, Van Houdenhove E, T'Sjoen G. Sexual desire in female-to-male transsexual persons: exploration of the role of testosterone administration. *Eur J Endocrinol*. 2011 Aug;165(2):331-7. Epub 2011 May 20. PMID: 21602316.

B-Wierckx K, Van Caenegem E, Elaut E, Dedecker D, Van de Peer F, Toye K, Weyers S, Hoebeke P, Monstrey S, De Cuypere G, T'Sjoen G. Quality of life and sexual health after sex reassignment surgery in transsexual men. *J Sex Med*. 2011 Dec;8(12):3379-88. Epub 2011 Jun 23. PMID: 21699661.

Wylie K, Knudson G, Khan S, Bonierbale M, Watanyusakul S, Baral S. Serving transgender people: clinical care considerations and service delivery models in transgender health. *Lancet*. Epub 16 June 2016. http://dx.doi.org/10.1016/S0140-6736(16)00682-6

A-Wierckx K, Van Caenegem E, Pennings G, Elaut E, Dedecker D, Van de Peer F, Weyers S, De Sutter P, T'Sjoen G. Reproductive wish in transsexual men. *Hum Reprod.* 2012 Feb;27(2):483-7. Epub 2011 Nov 28. PMID: 22128292.

B-Wierckx K, Mueller S, Weyers S, Van Caenegem E, Roef G, Heylens G, T'Sjoen G. Long-term evaluation of cross-sex hormone treatment in transsexual persons. *J Sex Med.* 2012 Oct;9(10):2641- 51. Epub 2012 Aug 20. PMID: 22906135.

C-Wierckx K, Stuyver I, Weyers S, Hamada A, Agarwal A, De Sutter P, T'Sjoen G. Sperm freezing in transsexual women. *Arch Sex Behav*. 2012 Oct;41(5):1069-71. PMID: 22968492.

Wierckx K, Elaut E, Declercq E, Heylens G, De Cuypere G, Taes Y, Kaufman J, T'Sjoen G. Prevalence of cardiovascular disease and cancer during cross-sex hormone therapy in a large cohort of trans persons: a case-control study. *Eur J Endocrinol*. 2013 Oct;169(4):471-8. Epub 2013 Sep 13. PMID: 23904280.

A-Wierckx K, Elaut E, Van Hoorde B, Heylens G, De Cuypere G, Monstrey S, Weyers S, Hoebeke P, T'Sjoen G. Sexual desire in trans persons: associations with sex reassignment treatment. *J Sex Med.* 2014 Jan;11(1):107-18. Epub 2013 Oct 24. PMID: 24165564.

B-Wierckx K, Gooren L, T'Sjoen G. Clinical review: Breast development in trans women receiving cross-sex hormones. *J Sex Med.* 2014 May;11(5):1240-7. Epub 2014 Mar 12. PMID: 24618412.

Williamson C. Providing care to transgender persons: a clinical approach to primary care, hormones, and HIV management. *J Assoc Nurses AIDS Care*. 2010 May-Jun;21(3):221-9. Epub 2010 Apr 3. PMID: 20363651.

Wilson CA, Davies DC. The control of sexual differentiation of the reproductive system and brain. *Reproduction.* 2007 Feb;133(2):331-59. PMID: 17307903.

Wilson EC, Garofalo R, Harris DR, Belzer M. Sexual risk taking among transgender male-to-female youths with different partner types. *Am J Public Health*. 2010 Aug;100(8):1500-5. Epub 2009 Nov 12. PMID: 20622176.

Wilson E, Pant SB, Comfort M, Ekstrand M. Stigma and HIV risk among Metis in Nepal. *Cult Health Sex.* 2011 Mar;13(3):253-66. PMID: 21058085.

Wilson P, Sharp C, Carr S.The prevalence of gender dysphoria in Scotland: a primary care study. *Brit J Gen Pract*. 1999; 49 (449): 991–2. PMID: 10824346.

Wilson RC, Nimkarn S, Dumic M, Obeid J, Azar MR, Najmabadi H, Saffari F, New MI. Ethnic- specific distribution of mutations in 716 patients with congenital adrenal hyperplasia owing to 21- hydroxylase deficiency. *Mol Genet Metab.* 2007 Apr;90(4):414-21. Epub 2007 Feb 1. Erratum in: *Mol Genet Metab*. 2008 Feb;93(2):219. Azar, Maryam [corrected to Azar, Maryam Razzaghy]. PMID: 17275379.

A-Wise LA, Palmer JR, Hatch EE, Troisi R, Titus-Ernstoff L, Herbst AL, Kaufman R, Noller KL, Hoover RN. Secondary sex ratio among women exposed to diethylstilbestrol in utero*. Environ Health Perspect*. 2007 Sep;115(9):1314-9. PMID: 17805421.

B-Wise LA, Titus-Ernstoff L, Palmer JR, Hoover RN, Hatch EE, Perez KM, Strohsnitter WC, Kaufman R, Anderson D, Troisi R. Time to pregnancy and secondary sex ratio in men exposed prenatally to diethylstilbestrol. *Am J Epidemiol.*

2007 Oct 1;166(7):765-74. Epub 2007 Jun 27. PMID: 17596265.

Wise TN, Meyer JK. The border area between transvestism and gender dysphoria: transvestitic applicants for sex reassignment. *Arch Sex Behav.* 1980 Aug;9(4):327-42. PMID: 7416946.

Wolfradt U, Engelmann S. Depersonalization, fantasies, and coping behavior in clinical context. *J Clin Psychol.* 1999 Feb;55(2):225-32. PMID: 10100823.

Wolfradt U, Neumann K. Depersonalization, self-esteem and body image in male-to-female transsexuals compared to male and female controls. *Arch Sex Behav.* 2001 Jun;30(3):301-10 PMID: 11330119.

WPATH 2001 Meyer III W, Bockting WO, Cohen-Kettenis P, Coleman E, DiCeglie D, Devor H, Gooren L, Hage JJ, Kirk S, Kuiper B., Laub D., Lawrence A., Menard Y., Monstrey S, Patton J, Schaefer L., Webb A, Wheeler CC .*The Harry Benjamin International Gender Dysphoria Association's Standards Of Care For Gender Identity Disorders.* (6th version) February, 2001.
http://www.wpath.org/site_page.cfm?pk_association_webpage_menu=1351&pk_association_webpage=4655.

WPATH 2012 Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, Fraser L, Green J, Knudson G, Meyer WJ, Monstrey S, Adler RK, Brown GR, Devor AH, Ehrbar R, Ettner R, Eyler E, Garofalo R, Karasic DH, Istar Lev A, Mayer G, Meyer-Bahlburg H, Paxton Hall B, Pfäfflin F, Rachlin K, Robinson B, Schechter LS, Tangpricha V, van Trotsenburg M, Vitale A, Winter S, Whittle S, Wylie KR, Zucker K. *Standards of care for the health of transsexual, transgender, and gender-nonconforming people*. (7th version) 2012.
http://www.wpath.org/site_page.cfm? pk_association_webpage_menu=1351&pk_association_webpage=3926.

Wroblewski P, Gustafsson J, Selvaggi G. Sex reassignment surgery for transsexuals. *Curr Opin Endocrinol Diabetes Obes.* 2013 Dec;20(6):570-4. PMID: 24468760.

Wyler J, Battegay R, Krupp S, Rist M, Rauchfleisch U. [Transsexualism and its therapy]. *Schweiz Arch Neurol Neurochir Psychiatr.* 1979;124(1):43-58. PMID: 482895.

Yahyaoui R, Esteva I, Haro-Mora J, Almaraz M, Morcillo S, Rojo-Martínez G, Martínez J, Gómez- Zumaquero J, González I, Hernando V, Soriguer F. Effect of long-term administration of cross-sex hormone therapy on serum and urinary uric acid in transsexual persons. *J Clin Endocrinol Metab.* 2008 Jun;93(6):2230-3. Epub 2008 Mar 18. PMID: 18349066.

Yik Koon, T. (2002). *The Mak Nyahs: Malaysian Male to Female Transsexuals*. (Chapter 4) Eastern Universities Press.

Zhu, Y, Imperato-McGinley, J, Male Sexual Differentiation Disorder and 5α-Reductase-2 Deficiency. *Glob. libr. women's med*., (ISSN: 1756-2228) 2008; DOI 10.3843/GLOWM.10350. (Not in PubMed.)

Zigmond AS, Snaith RP. The hospital anxiety and depression scale. *Acta Psychiatr Scand.* 1983 Jun;67(6):361-70. PMID: 6880820.

Zimmermann A, Zimmer R, Kovacs L, Einödshofer S, Herschbach P, Henrich G, Tunner W, Biemer E, Papadopulos N. [Transsexuals' life satisfaction after gender transformation operations]. *Chirurg.* 2006 May;77(5):432-8. German. Erratum in *Chirurg*. 2006 Jun;77(6):530. PMID: 16437228.

Zoni AC, González MA, Sjögren HW. Syphilis in the most at-risk populations in Latin America and the Caribbean: a systematic review. *Int J Infect Dis*. 2013 Feb;17(2):e84-92. Epub 2012 Oct 12. PMID: 23063547.

Zucker KJ, Bradley SJ, Hughes HE. Gender dysphoria in a child with true hermaphroditism. *Can J Psychiatry.* 1987 Oct;32(7):602-9. PMID: 3676994.

A-Zucker KJ, Bradley SJ, Kuksis M, Pecore K, Birkenfeld-Adams A, Doering RW, Mitchell JN, Wild J. Gender constancy judgments in children with gender identity disorder: evidence for a developmental lag*. Arch Sex Behav*. 1999 Dec;28(6):475-502. PMID: 10650437.

B-Zucker KJ. Intersexuality and gender identity differentiation. *Annu Rev Sex Res.* 1999;10:1-69. PMID: 10895247.

Zucker K, Cohen-Kettenis P, Drescher J, Meyer-Bahlburg H, Pfäfflin F, Womack W. Memo outlining evidence for change for gender identity disorder in the DSM-5. *Arch Sex Behav*. 2013 Jul;42(5):901- 14.  PMID: 23868018.