# NextGen Patient Record

**Name:** RICHARDSON, JONATHAN C
**DOB:** ████████

## CONTENTS

### Encounter: 12/27/2019 10:25:10 AM

med_bh_indiv_prog_note

### Encounter: 12/4/2019 12:11:31 PM

Nurse Visit

### Encounter: 12/3/2019 7:32:36 AM

Nurse Visit

### Encounter: 12/2/2019 10:07:12 AM

med_bh_indiv_prog_note

### Encounter: 12/2/2019 7:35:36 AM

Nurse Visit

### Encounter: 12/1/2019 12:09:13 PM

Nurse Visit

### Encounter: 11/30/2019 7:21:46 AM

Nurse Visit

### Encounter: 11/29/2019 7:22:52 AM

Nurse Visit

### Encounter: 11/8/2019 4:54:45 PM

med_bh_indiv_prog_note

### Encounter: 10/21/2019 3:29:40 PM

med_bh_indiv_prog_note

### Encounter: 10/21/2019 11:44:04 AM

med_bh_indiv_prog_note

### Encounter: 10/15/2019 7:38:27 AM

chm_administrative_note

Exhibit 69

### Encounter: 10/14/2019 10:20:36 AM

Master_lm

### Encounter: 10/12/2019 12:20:05 PM

med_chm_provider_visit

### Encounter: 10/7/2019 7:56:02 PM

Nurse Visit

### Encounter: 10/5/2019 5:01:32 PM

Nurse Visit

### Encounter: 10/1/2019 1:35:12 PM

med_chm_provider_visit

### Encounter: 9/26/2019 2:10:19 PM

med_bh_iap
med_bh_indiv_prog_note

### Encounter: 9/11/2019 11:13:19 AM

med_bh_indiv_prog_note

### Encounter: 8/26/2019 5:49:05 PM

med_bh_indiv_prog_note

### Encounter: 8/16/2019 2:05:38 PM

med_bh_indiv_prog_note

### Encounter: 8/16/2019 2:03:27 PM

Disability Classification
Flu Screening Form
Heat Stress Quesionnaire
med_chm_annual_nurse_enc
Medical Status Classification
Mental Status Classification

### Encounter: 8/5/2019 3:40:05 PM

med_bh_indiv_prog_note

### Encounter: 7/26/2019 1:36:29 PM

Nurse Visit

STATE000492
Exhibit 69

### Encounter: 7/22/2019 10:00:02 AM

med_bh_iap
med_bh_indiv_prog_note

### Encounter: 7/16/2019 10:08:04 AM

Master_lm

### Encounter: 7/5/2019 12:52:55 PM

chm_administrative_note

### Encounter: 6/24/2019 4:55:10 PM

med_bh_indiv_prog_note

### Encounter: 6/22/2019 4:18:59 PM

chm_class_orders
Nurse Visit

### Encounter: 6/22/2019 11:52:30 AM

Nurse Visit

### Encounter: 6/21/2019 10:45:13 AM

med_bh_indiv_prog_note

### Encounter: 6/19/2019 8:20:34 AM

LimitsOfConf
Nurse Visit

### Encounter: 6/16/2019 8:09:03 AM

Nurse Visit

### Encounter: 6/15/2019 3:41:04 PM

chm_class_orders
Nurse Visit

### Encounter: 6/15/2019 8:50:55 AM

Nurse Visit

### Encounter: 6/14/2019 12:37:58 PM

Nurse Visit

### Encounter: 6/12/2019 10:29:08 AM

Nurse Visit

## Encounter: 6/11/2019 8:02:45 PM

chm_administrative_note

## Encounter: 6/10/2019 4:57:25 PM

Nurse Visit

## Encounter: 6/9/2019 8:42:12 AM

Nurse Visit
vis-td-tdap

## Encounter: 6/8/2019 12:49:13 PM

Nurse Visit

## Encounter: 6/6/2019 9:37:21 AM

Nurse Visit

## Encounter: 6/6/2019 7:15:36 AM

chm_administrative_note

## Encounter: 6/5/2019 7:14:15 AM

chm_administrative_note

## Encounter: 6/4/2019 7:18:35 AM

chm_administrative_note

## Encounter: 6/3/2019 7:57:34 AM

Nurse Visit

## Encounter: 6/2/2019 7:50:19 AM

Nurse Visit

## Encounter: 6/1/2019 4:20:13 PM

Nurse Visit

## Encounter: 6/1/2019 8:41:56 AM

Nurse Visit

## Encounter: 5/31/2019 6:25:15 PM

Nurse Visit

### Encounter: 5/29/2019 6:23:00 PM

Nurse Visit

### Encounter: 5/18/2019 9:43:36 AM

chm_class_orders
Nurse Visit

### Encounter: 5/16/2019 11:02:29 AM

med_bh_indiv_prog_note

### Encounter: 5/11/2019 2:32:59 PM

Nurse Visit

### Encounter: 5/9/2019 4:02:01 PM

Nurse Visit

### Encounter: 5/4/2019 4:17:20 PM

Nurse Visit

### Encounter: 5/3/2019 3:59:42 PM

Nurse Visit

### Encounter: 5/1/2019 12:42:27 PM

med_bh_indiv_prog_note

### Encounter: 4/25/2019 8:07:50 PM

Nurse Visit

### Encounter: 4/24/2019 3:02:26 PM

med_bh_indiv_prog_note

### Encounter: 4/17/2019 1:39:51 PM

Nurse Visit

### Encounter: 4/16/2019 7:41:48 PM

Nurse Visit

### Encounter: 4/16/2019 10:25:53 AM

med_bh_indiv_prog_note

### Encounter: 4/13/2019 5:32:38 PM

Nurse Visit

### Encounter: 4/10/2019 2:55:19 PM

chm_class_orders

### Encounter: 4/8/2019 4:35:46 PM

chm_class_orders
med_bh_indiv_prog_note

### Encounter: 4/8/2019 11:48:03 AM

Nurse Visit

### Encounter: 4/5/2019 10:27:40 AM

Master_lm

### Encounter: 4/3/2019 3:27:35 PM

Nurse Visit

### Encounter: 4/2/2019 6:00:01 PM

Nurse Visit

### Encounter: 4/1/2019 9:05:03 AM

med_bh_indiv_prog_note

### Encounter: 3/28/2019 6:12:50 PM

Nurse Visit

### Encounter: 3/25/2019 7:33:43 PM

Nurse Visit

### Encounter: 3/25/2019 2:23:00 PM

chm_class_orders
Nurse Visit
Procedures

### Encounter: 3/21/2019 6:28:40 PM

Nurse Visit

### Encounter: 3/18/2019 2:05:16 PM

med_bh_indiv_prog_note

### Encounter: 3/17/2019 11:26:16 AM

STATE000496
Exhibit 69

Nurse Visit

### Encounter: 3/16/2019 3:32:29 PM

Nurse Visit

### Encounter: 3/15/2019 11:07:40 AM

Nurse Visit

### Encounter: 3/13/2019 12:51:37 PM

Nurse Visit

### Encounter: 3/11/2019 4:33:43 PM

Nurse Visit

### Encounter: 3/7/2019 3:00:18 PM

med_bh_indiv_prog_note

### Encounter: 3/6/2019 8:31:19 PM

Nurse Visit

### Encounter: 3/4/2019 7:31:26 AM

chm_class_orders
chm_xray_requisition
Nurse Visit

### Encounter: 3/3/2019 8:52:20 PM

Nurse Visit

### Encounter: 3/3/2019 3:54:22 PM

Nurse Visit

### Encounter: 3/2/2019 4:22:32 PM

Nurse Visit

### Encounter: 3/2/2019 8:37:07 AM

Nurse Visit

### Encounter: 3/2/2019 8:29:18 AM

chm_class_orders
Nurse Visit

### Encounter: 2/28/2019 2:41:22 PM

Nurse Visit

## Encounter: 2/24/2019 2:47:06 PM

Nurse Visit

## Encounter: 2/21/2019 10:15:16 AM

med_bh_indiv_prog_note

## Encounter: 2/18/2019 12:19:15 PM

Nurse Visit

## Encounter: 2/17/2019 7:42:30 AM

Nurse Visit

## Encounter: 2/14/2019 7:23:08 AM

chm_class_orders
Nurse Visit

## Encounter: 2/13/2019 7:41:46 AM

Nurse Visit

## Encounter: 2/11/2019 7:24:13 AM

med_chm_restriction_orders
Nurse Visit

## Encounter: 2/7/2019 7:30:42 AM

Nurse Visit

## Encounter: 2/6/2019 9:10:14 AM

med_bh_indiv_prog_note

## Encounter: 2/5/2019 8:49:39 AM

med_chm_provider_visit

## Encounter: 2/5/2019 7:22:40 AM

med_chm_restriction_orders
Nurse Visit
Procedures

## Encounter: 2/3/2019 1:28:45 PM

Nurse Visit

STATE000498
Exhibit 69

## Encounter: 2/2/2019 1:48:33 PM

Nurse Visit

## Encounter: 2/1/2019 2:10:29 PM

med_bh_indiv_prog_note

## Encounter: 2/1/2019 8:42:14 AM

med_chm_restriction_orders

## Encounter: 1/31/2019 1:29:27 PM

Nurse Visit

## Encounter: 1/25/2019 1:56:51 PM

chm_class_orders
med_bh_indiv_prog_note

## Encounter: 1/24/2019 1:56:05 PM

Nurse Visit

## Encounter: 1/21/2019 2:13:59 PM

Nurse Visit

## Encounter: 1/19/2019 3:03:53 PM

Nurse Visit

## Encounter: 1/18/2019 1:26:59 PM

med_bh_indiv_prog_note

## Encounter: 1/11/2019 5:14:06 PM

Nurse Visit

## Encounter: 1/10/2019 1:19:57 PM

chm_class_orders

## Encounter: 1/10/2019 12:28:31 PM

chm_xray_requisition
Master_lm

## Encounter: 1/10/2019 10:38:29 AM

Nurse Visit

### Encounter: 1/10/2019 8:29:26 AM

chm_administrative_note

### Encounter: 1/8/2019 7:08:58 AM

chm_class_orders
Nurse Visit

### Encounter: 1/4/2019 1:43:48 PM

Nurse Visit

### Encounter: 1/4/2019 7:28:11 AM

chm_class_orders
Nurse Visit

### Encounter: 1/2/2019 9:14:15 AM

chm_class_orders
Nurse Visit

### Encounter: 1/1/2019 3:32:39 PM

Nurse Visit

### Encounter: 12/30/2018 3:01:07 PM

chm_class_orders
Nurse Visit

### Encounter: 12/26/2018 8:55:18 AM

chm_class_orders
Nurse Visit

### Encounter: 12/25/2018 8:46:28 AM

chm_class_orders
Nurse Visit

### Encounter: 12/24/2018 12:02:42 PM

Nurse Visit

### Encounter: 12/23/2018 8:35:00 AM

Nurse Visit

### Encounter: 12/21/2018 8:08:03 AM

chm_administrative_note

### Encounter: 12/20/2018 1:18:29 PM

chm_class_orders
Nurse Visit

### Encounter: 12/19/2018 1:25:01 PM

Nurse Visit

### Encounter: 12/18/2018 9:57:41 AM

chm_class_orders
Nurse Visit

### Encounter: 12/10/2018 9:21:48 PM

Nurse Visit

### Encounter: 12/4/2018 7:29:03 PM

Nurse Visit

### Encounter: 11/26/2018 8:55:41 AM

med_chm_provider_visit

### Encounter: 11/25/2018 11:01:57 PM

Nurse Visit

### Encounter: 11/23/2018 7:00:03 PM

Nurse Visit

### Encounter: 11/23/2018 12:58:48 PM

chm_administrative_note

### Encounter: 11/22/2018 8:23:43 AM

Nurse Visit

### Encounter: 11/21/2018 7:25:26 AM

Nurse Visit

### Encounter: 11/20/2018 7:44:48 AM

Nurse Visit

### Encounter: 11/19/2018 9:12:40 AM

Nurse Visit

## Encounter: 11/19/2018 8:36:58 AM

med_chm_provider_visit

## Encounter: 11/18/2018 7:33:15 AM

Nurse Visit

## Encounter: 11/17/2018 7:21:17 PM

Nurse Visit

## Encounter: 11/17/2018 7:46:19 AM

Nurse Visit

## Encounter: 11/16/2018 5:04:13 PM

Nurse Visit

## Encounter: 11/15/2018 4:55:57 PM

Nurse Visit

## Encounter: 11/14/2018 7:03:42 PM

Nurse Visit

## Encounter: 11/14/2018 11:14:08 AM

med_chm_provider_visit

## Encounter: 11/13/2018 2:54:19 PM

chm_class_orders
Nurse Visit

## Encounter: 11/12/2018 9:09:59 AM

Nurse Visit

## Encounter: 11/11/2018 11:07:32 AM

Nurse Visit

## Encounter: 11/5/2018 12:38:08 PM

Nurse Visit

## Encounter: 10/24/2018 9:21:13 AM

med_bh_iap
med_bh_indiv_prog_note

## Encounter: 10/19/2018 12:14:52 PM

chm_administrative_note

## Encounter: 10/16/2018 10:32:52 AM

Nurse Visit

## Encounter: 10/16/2018 9:40:49 AM

Master_lm

## Encounter: 10/1/2018 11:50:08 AM

Nurse Visit

## Encounter: 9/27/2018 10:13:51 AM

chm_xray_requisition

## Encounter: 9/27/2018 9:56:02 AM

med_chm_provider_visit

## Encounter: 9/25/2018 12:52:01 AM

Nurse Visit

## Encounter: 9/24/2018 5:16:56 PM

Nurse Visit

## Encounter: 9/20/2018 9:54:46 AM

Nurse Visit

## Encounter: 9/3/2018 9:59:07 AM

chm_class_orders
Nurse Visit

## Encounter: 7/30/2018 9:08:00 AM

med_bh_indiv_prog_note

## Encounter: 7/21/2018 8:02:19 AM

Disability Classification
Heat Stress Quesionnaire
med_chm_annual_nurse_enc
Medical Status Classification
Mental Status Classification

Exhibit 69

### Encounter: 7/12/2018 1:45:00 PM

chm_administrative_note

### Encounter: 7/12/2018 8:22:02 AM

med_chm_provider_visit

### Encounter: 5/1/2018 8:08:32 AM

med_bh_iap_review
med_bh_indiv_prog_note

### Encounter: 4/12/2018 9:33:35 AM

med_chm_provider_visit

### Encounter: 4/10/2018 8:16:24 PM

chm_administrative_note

### Encounter: 3/26/2018 7:47:32 PM

Nurse Visit

### Encounter: 2/21/2018 2:54:36 PM

med_bh_indiv_prog_note

### Encounter: 2/14/2018 2:56:51 PM

med_bh_indiv_prog_note

### Encounter: 2/7/2018 2:34:06 PM

med_bh_indiv_prog_note

### Encounter: 1/31/2018 2:54:46 PM

med_bh_indiv_prog_note

### Encounter: 1/23/2018 4:51:22 AM

Nurse Visit

### Encounter: 1/12/2018 3:05:21 PM

Nurse Visit

### Encounter: 1/8/2018 7:30:55 AM

chm_administrative_note

### Encounter: 1/5/2018 11:52:55 AM

chm_xray_requisition

Nurse Visit

## Encounter: 1/5/2018 10:13:24 AM

chm_nonformulary_drug_request

med_chm_provider_visit

## Encounter: 1/3/2018 3:18:58 PM

med_bh_indiv_prog_note



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
| --- |

| | |
| --- | --- |
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ▮▮▮▮▮▮ |
| DOC #: | 127630 |
| DATE: | 12/27/2019 10:25 AM |
| HISTORIAN: | self |
| VISIT TYPE: | Onsite Consult |

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 10:15 AM

End time: 00 hours, 40 minutes

Duration: 00 hours, 40 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
**Appearance:** Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not Applicable
**Separation (for children/adolescent):** Not applicable

MENTAL STATUS:
Unremarkable
**Mood:** Euthymic
**Affect:** Full

STATE000506
Exhibit 69

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled follow-up regarding ongoing gender dysphoria evaluation. Ofd. identifies as a transgender woman and will be referred to by feminine pronouns per her request. She presents initially irritable due to the appointment starting late. She assumed it was because the medical officer did not notify the psychologist of her presence, but was somewhat placated when the psychologist explained that a meeting had run late. (continued below)

New issues/stressors/extraordinary events presented today: None reported

Explanation: Ofd. expressed that she has previous negative history with the medical officer and made an assumption that in retrospect was inaccurate. Ofd. also thanked the psychologist for addressing this obstacle to therapeutic rapport and said that she appreciates this attention to the process of therapy. She asked about whether testing had been received, and was pleased to learn that it has. She asked to use the remainder of the appointment to complete the MMPI-2.

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Determine whether the offender meets criteria for gender dysphoria / determine appropriate treatment | Gather history and report of past and present symptoms that may support a diagnosis of gender dysphoria |

Interventions/Methods Provided:
Psychologist addressed offender's irritability and utilized a process-oriented approach to therapy to overcome the emotional obstacles that appeared to be present. Psychologist reviewed the instructions for the MMPI with the offender and set her up at a table in the psychologist's office to begin the examination, with the instruction that the venue may have to be changed if the offender has not completed the test by the time the therapy session has ended. Agreed to meet again when the test results are returned.
Response to Interventions/Progress Toward Goals and Objectives:
Ofd. was initially irritated but quickly overcame this when it was directly addressed and processed. Ofd. very excited to have the testing to complete as a step in the process of evaluating her for gender dysphoria.

## Current Assessment

Individual's progress: Good progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with medications. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

STATE000507
Exhibit 69

**Risk Assessment**

CURRENT ENCOUNTER

Risk Assessments

Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|------------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 12/27/2019 | 12/27/2019 | No | | | | |
| Property | Denies | | 12/27/2019 | 12/27/2019 | No | | | | |
| Homicide | Denies | | 12/27/2019 | 12/27/2019 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|--------------------------|--------------------|--------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN

No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

**Assessment/Diagnosis**

AXIS IV

Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V

Current GAF: 68
Date: 12/27/2019.

Highest GAF: 68
Date: 08/16/2019.

**Plan and Additional Information**

| Date | Order Description |
|------|-------------------|
| 01/10/2020 | MHP follow-up for Ind Tx / Gender Dysphoria Eval |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 12/27/2019

**Behavioral Health Billing**

STATE000508
Exhibit 69

Start time:        10:15 AM
End time:          10:55 AM
Duration:          00 hours, 40 minutes
Modifier:          N/A

*Document generated by: Richard J. Gale, PsyD  12/27/2019 10:37 AM*

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000509
Exhibit 69



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:            JONATHAN RICHARDSON
DATE OF BIRTH:      ████████
DOC #:              127630
DATE:               12/04/2019 12:11 PM
VISIT TYPE:         Nurse Visit

## Nurse Visit

Reason for visit:  dressing change

**Nurse Protocols:**
**Review/Comments**
Patient smokes 20.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 2 times every day, as needed | N | | |
| ipratropium bromide 0.02 % solution for inhalation | inhale 2.5 milliliter by inhalation route  twice daily as needed, MIX WITH ALBUTEROL | N | | |
| Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route  every 6 hours, as needed. | N | | |

**General Comments**

pt came to HCU around 0740 for dressing change to neck. Placed bandaid on neck, still healing. Pt left HCU in stable condition and went back to housing unit.

Document generated by: John Velarde, RN  12/04/2019 12:13 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000510
Exhibit 69

STATE000511
Exhibit 69



**State of Indiana**

Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:            JONATHAN RICHARDSON
DATE OF BIRTH:      ▓▓▓▓▓▓
DOC #:              127630
DATE:               12/03/2019 7:32 AM
VISIT TYPE:         Nurse Visit

## Nurse Visit

Reason for visit:  Dressing change

**Nurse Protocols:**
**Review/Comments**
Patient smokes 20.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 2 times every day, as needed | N | | |
| ipratropium bromide 0.02 % solution for inhalation | inhale 2.5 milliliter by inhalation route  twice daily as needed, MIX WITH ALBUTEROL | N | | |
| Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route  every 6 hours, as needed. | N | | |

**General Comments**

Offender presents for wound care. Area to left side of neck is dry et scabbed over. Small amount antibiotic oint applied and covered with large bandaid. Extra large bandaid given to offender for back up.


Document generated by: Shannon S. McCord, LPN  12/03/2019 07:34 AM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000512
Exhibit 69

STATE000513

Exhibit 69



**State of Indiana**                    Division of Medical and Clinical Healthcare Services

**Department of Correction**            Indiana Government Center South
                                        302 W. Washington Street
                                        Indianapolis, IN 46204

---

**Facility: CIC**

---

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:              ████████
DOC #:                      127630
DATE:                       12/02/2019 10:07 AM
HISTORIAN:                  self
VISIT TYPE:                 Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 10:07 AM

End time: 00 hours, 45 minutes

Duration: 00 hours, 45 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
**Appearance:** Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not Applicable
**Separation (for children/adolescent):** Not applicable

MENTAL STATUS:
Unremarkable
**Mood:** Euthymic
**Affect:** Full

---

STATE000514
Exhibit 69

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:

Ofd. arrived as scheduled for follow-up therapy visit. Ofd. who identifies as trans woman, said she hoped it would be to complete the psychological testing discussed previously to aid in the diagnosis and treatment planning of reported gender dysphoria. Otherwise, ofd. reports no serious new concerns. She has continued to have ups and downs socially, and discussed beginning to identify another offender as a "spiritual friend." This is a significant step for her regarding interpersonal intimacy.

New issues/stressors/extraordinary events presented today: None reported

### Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Alleviate depressive symptoms | Identifies negative thinking supporting depression |

Interventions/Methods Provided:

Psychologist followed up with regional staff regarding the availability of MMPI testing materials. Processed the meaning of "spiritual friend" with ofd. and the significance of being willing to refer to another offender as a friend in any capacity. Reinforced the importance of interpersonal connectedness and support.

Response to Interventions/Progress Toward Goals and Objectives:

Stable.

## Current Assessment

Individual's progress: Some progress

Assessment:

Anxiety is improved. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is improved. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

RISK ASSESSMENT HISTORY

Patient Name: RICHARDSON, JONATHAN                                          Page 25 of 531
ID: 127630     Date of Birth ████████                     Encounter Date: 12/02/2019 10:07 AM

STATE000515
Exhibit 69

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|------------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 12/02/2019 | 12/02/2019 | No | | | | |
| Property | Denies | | 12/02/2019 | 12/02/2019 | No | | | | |
| Homicide | Denies | | 12/02/2019 | 12/02/2019 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|--------------------------|-------------------|--------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN

No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

### Assessment/Diagnosis

AXIS IV

Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V

Current GAF: 68

Date: 12/02/2019.

Highest GAF: 68

Date: 08/16/2019.

### Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 12/16/2019 | MHP follow-up for Ind Tx |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 12/16/2019

### Behavioral Health Billing

Start time:         10:07 AM
End time:          10:52 AM
Duration:          00 hours, 45 minutes
Modifier:          N/A

*Document generated by: Richard J. Gale, PsyD  12/16/2019 11:56 AM*

Indiana Government Center South

STATE000516
Exhibit 69

302 W. Washington Street
Indianapolis, IN 46204

STATE000517
Exhibit 69



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:              JONATHAN RICHARDSON
DATE OF BIRTH:      ███████
DOC #:                127630
DATE:                 12/02/2019 7:35 AM
VISIT TYPE:         Nurse Visit

## Nurse Visit

Reason for visit:  Drsg change

**Nurse Protocols:**
**Review/Comments**
Patient smokes 20.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 2 times every day, as needed | N | | |
| ipratropium bromide 0.02 % solution for inhalation | inhale 2.5 milliliter by inhalation route  twice daily as needed, MIX WITH ALBUTEROL | N | | |
| Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route  every 6 hours, as needed. | N | | |

**General Comments**

Offender presents to medical for dressing change. Offender states that he washed his wound this morning. Antibiotic ointment applied to left side of neck and wound covered with a large bandaid. Offender was sent to kitchen with one large bandaid as well.

Document generated by: Alisha M. Richey, LPN  12/02/2019 07:36 AM

Indiana Government Center South
302 W. Washington Street

STATE000518
Exhibit 69

Indianapolis, IN 46204

STATE000519
Exhibit 69



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

| PATIENT: | JONATHAN RICHARDSON |
|---|---|
| DATE OF BIRTH: | ▮▮▮▮▮ |
| DOC #: | 127630 |
| DATE: | 12/01/2019 12:09 PM |
| VISIT TYPE: | Nurse Visit |

## Nurse Visit

Reason for visit:  Dressing change

Statement of complaint (in patient's words):  Dressing change Left neck

**Nurse Protocols:**
**Review/Comments**
Patient smokes 20.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 2 times every day, as needed | N | | |
| ipratropium bromide 0.02 % solution for inhalation | inhale 2.5 milliliter by inhalation route  twice daily as needed, MIX WITH ALBUTEROL | N | | |
| Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route  every 6 hours, as needed. | N | | |

**General Comments**

Offender to medical for dressing change left neck. Offender cleansed wound before arriving to medical. Applied bacitracin and large bandaid.

Document generated by: Ryan N. Wadsworth, RN  12/01/2019 12:10 PM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Indiana Government Center South

STATE000520
Exhibit 69

302 W. Washington Street
Indianapolis, IN 46204

STATE000521
Exhibit 69



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|:---:|

PATIENT:               JONATHAN RICHARDSON
DATE OF BIRTH:         ▮▮▮▮▮▮
DOC #:                 127630
DATE:                  11/30/2019 7:21 AM
VISIT TYPE:            Nurse Visit

## Nurse Visit

Reason for visit:  Sick Call

Statement of complaint (in patient's words):  sick call for dressing change

**Nurse Protocols:**

| **ALTERATION IN SKIN INTEGRITY** |
|:---|

**Subjective:**
Affected body part? Left neck
How did it occur? spontaneously
When did it occur? 2 Days
Recent allergen exposure? no
Patient complains of: pain,

**Objective:**
Wound Location: left neck.
Wound Size:  L: 2.50 cm.  W: 1.50 cm.  D: 0.00 cm.

Examination shows pustules, vesicles, or furuncles; erythemic area with short well defined slightly raised border

Signs  & symptoms of infection: increased redness,

Date of last tetanus booster: 06/09/2019

**Assessment:**
Alteration in skin integrity.
Potential or actual infection.

**Review/Comments**
Patient smokes 20.00 packs a year

Patient Name:  RICHARDSON, JONATHAN                          Page 32 of 531
ID: 127630     Date of Birth: ▮▮▮▮▮               Encounter Date: 11/30/2019 07:21 AM

STATE000522
Exhibit 69

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 2 times every day, as needed | N | | |
| ipratropium bromide 0.02 % solution for inhalation | inhale 2.5 milliliter by inhalation route  twice daily as needed, MIX WITH ALBUTEROL | N | | |
| Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route  every 6 hours, as needed. | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| completed | Medication allergies and other contraindications reviewed & pregnancy ruled out prior to treatment | | | | |
| completed | Dressing applied/issued  # 1. | | | | |
| completed | Sick call if symptoms do not subside or become more severe | | | | |
| completed | Patient education provided | | | | |

**General Comments**

Offender presented to nurse sick call for dressing change to area on left side of neck.  Area remains unchanged in size, 1 1/2cm x 2 1/2cm with well defined raised red border.  Now with small white pustules in the interior x 6.  No weeping noted today.  Area able to be confined by large band-aid dressing.  Will continue to complete dressing changes and monitor progression.  If worsens or does not improve, will refer to MD for evaluation.

| Education | Date Provided | Provided By |
|---|---|---|
| Dressing applied/issued  # 1. | 11/30/2019 | Kelly K. Smith, RN |
| Medication allergies and other contraindications reviewed & pregnancy ruled out prior to treatment | 11/30/2019 | Kelly K. Smith, RN |
| Patient education provided | 11/30/2019 | Kelly K. Smith, RN |

Document generated by: Kelly K. Smith, RN  11/30/2019 07:27 AM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000523
Exhibit 69

STATE000524
Exhibit 69



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
|---|

PATIENT:            JONATHAN RICHARDSON
DATE OF BIRTH:      ▮▮▮▮▮▮
DOC #:              127630
DATE:               11/29/2019 7:22 AM
VISIT TYPE:         Nurse Visit

## Nurse Visit

Reason for visit:  Dressing Change

**Nurse Protocols:**
**Review/Comments**
Patient smokes 20.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 2 times every day, as needed | N | | |
| ipratropium bromide 0.02 % solution for inhalation | inhale 2.5 milliliter by inhalation route  twice daily as needed, MIX WITH ALBUTEROL | N | | |
| Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route  every 6 hours, as needed. | N | | |

**General Comments**

Offender seen in medical this AM r/t dressing change. Offender has no discharge at this time. Area covered with large bandaide.

Document generated by: Lara E. Conway, RN  11/29/2019 07:24 AM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000525
Exhibit 69

STATE000526

Exhibit 69



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
| --- |

PATIENT:                          JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                            127630
DATE:                             11/08/2019 4:54 PM
HISTORIAN:                        self
VISIT TYPE:                       Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 1:00 PM

End time: 00 hours, 55 minutes

Duration: 00 hours, 55 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
**Appearance:**Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not Applicable
**Separation (for children/adolescent):** Not applicable

MENTAL STATUS:
Unremarkable
**Mood:** Euthymic
**Affect:** Full

STATE000527
Exhibit 69

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled follow-up therapy visit and ongoing evaluation of gender dysphoria diagnosis. Discussed thoughts of how her crime may have been influenced by/related to gender dysphoria even before the offender had fully formed her understanding that she identified as a woman. Linked this to envy over the victim having a female body, which the offender wanted to have. Discussed mentally separating friends from the crimes they have committed. Denies SI/HI.

New issues/stressors/extraordinary events presented today: None reported

### Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Alleviate depressive symptoms | Verbalizes increased feelings of self worth |
| Determine whether the offender meets criteria for gender dysphoria / determine appropriate treatment | Gather history and report of past and present symptoms that may support a diagnosis of gender dysphoria |

Interventions/Methods Provided:
Psychologist facilited converation with offender regarding the impact of transgender identity and inability to feel supported in expressing it. Educated the offender about the policy and process of diagnosis and treatment for gender dysphoria in IDOC and asked for continued patience while the process runs its course, which the offender agreed to.  Explored issues of acceptance and rejection by others since the offender has become more open with others recently regarding transgender identity.
Response to Interventions/Progress Toward Goals and Objectives:
Stable, doing well, becoming more open in talking with psychologist about sexual identity and orientation issues.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

Risk Assessments

Patient denies suicidal ideation, plan, intent, and/or attempt.

STATE000528
Exhibit 69

Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|------------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 11/08/2019 | 11/08/2019 | No | | | | |
| Property | Denies | | 11/08/2019 | 11/08/2019 | No | | | | |
| Homicide | Denies | | 11/08/2019 | 11/08/2019 | No | | | | |

| Attempt | Planned/Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|-------------------|-------------------------|-------------------|--------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

**Assessment/Diagnosis**

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 68
Date: 11/08/2019.

Highest GAF: 68
Date: 08/16/2019.

**Plan and Additional Information**

| Date | Order Description |
|------|-------------------|
| 11/29/2019 | MHP follow-up for Ind Tx |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 11/08/2019

**Behavioral Health Billing**

| Start time: | 1:00 PM |
|-------------|---------|
| End time: | 1:55 PM |
| Duration: | 00 hours, 55 minutes |
| Modifier: | N/A |

STATE000529
Exhibit 69

*Document generated by: Richard J. Gale, PsyD  11/08/2019 04:59 PM*

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000530
Exhibit 69



**State of Indiana** — Division of Medical and Clinical Healthcare Services
**Department of Correction** — Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:             JONATHAN RICHARDSON
DATE OF BIRTH:   ▇▇▇▇▇
DOC #:            127630
DATE:             10/21/2019 3:29 PM
HISTORIAN:      self
VISIT TYPE:     Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 2:00 PM

End time: 00 hours, 55 minutes

Duration: 00 hours, 55 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
**Appearance:** Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not Applicable
**Separation (for children/adolescent):** Not applicable

MENTAL STATUS:
Unremarkable
**Mood:** Euthymic
**Affect:** Full

STATE000531
Exhibit 69

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen for individual therapy and to discuss the results of today's conference call regarding gender dysphoria and other psychological diagnoses. Ofd, who identifies as a woman, was receptive and shared that she does not necesarily expect things to move quickly. What she is committed to is trying to get treatment started before exiting prison in order to create the best chance possible of a successful readjustment to society.

New issues/stressors/extraordinary events presented today: None reported

### Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Determine whether the offender meets criteria for gender dysphoria / determine appropriate treatment | Gather history and report of past and present symptoms that may support a diagnosis of gender dysphoria |

Interventions/Methods Provided:
Psychologist summarized the gender dysphoria conference call held earlier for the offender and discussed/answered questions. Explored the relationship between trangender identity and problems the offender has experienced throughout her life, including commission of the crime for which she is incarcerated. Discussed history of diagnosis and the offender's belief that it was her manipulation of psychologists for the purpose of getting medication referrals that led to most of those diagnoses.
Response to Interventions/Progress Toward Goals and Objectives:
Stable. Accepting of information shared.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant and improved. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with medications. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |

STATE000532
Exhibit 69

Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|------------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 10/21/2019 | 10/21/2019 | No | | | | |
| Property | Denies | | 10/21/2019 | 10/21/2019 | No | | | | |
| Homicide | Denies | | 10/21/2019 | 10/21/2019 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|-----------------------|-------------------|--------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS I & II

| # | Axis | Description | Impression/Differential Dx |
|---|------|-------------|----------------------------|
| 1 | Axis I | Major depressive disorder, recurrent episode, mild degree (296.31) | |

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 68
Date: 10/21/2019.

Highest GAF: 68
Date: 08/16/2019.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 11/11/2019 | MHP follow-up for Ind Tx |

Plan/Additional Information:
Will change the diagnosis of MDD, recurrent, severe with psychotic features to more accurately reflect the appropriate diagnosis of recurrent major depression with currently mild presentation.

SIGNATURES

STATE000533
Exhibit 69

Staff: Signed by Richard J. Gale, PsyD, HSPP on 10/21/2019
**Behavioral Health Billing**

Start time:              2:00 PM
End time:               2:55 PM
Duration:               00 hours, 55 minutes
Modifier:               N/A

*Document generated by: Richard J. Gale, PsyD  10/21/2019 03:59 PM*

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000534
Exhibit 69



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
| --- |

PATIENT:                           JONATHAN RICHARDSON
DATE OF BIRTH:                ▇▇▇▇▇▇
DOC #:                              127630
DATE:                               10/21/2019 11:44 AM
VISIT TYPE:                       Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 11:00 AM

End time: 00 hours, 45 minutes

Duration: 00 hours, 45 minutes

**Individuals Present/Support Resources**
Contact type:
Phone conversation
Individual not present.

Contact type:
Others Present: Deanna Dwenger, Psy.D.; Ellen Keris, Ph.D.

**Goals, Objectives, and Interventions Addressed Today**
Interventions/Methods Provided:
Conference call with Drs. Dwenger, Keris, and Gale to discuss offender's gender dysphoria assessment, review appropriateness of diagnosis, and discuss further direction of assessment and treatment planning.

Dr. Gale presented case summary and discussed diagnostic considerations in light of other symptoms and ofd's psychiatric history. Explored the difficulty in separating symptoms of borderline personality disorder from symptoms of gender dysphoria. Discussed the legacy diagnosis of severe depression with psychotic features and agreed to change that in light of its lack of recent accuracy (no recent hallucinations, psychotic thinking, or other symptoms of psychosis. Depression has only been mild to moderate).

STATE000535
Exhibit 69

The consensus of the call was that additional time is needed for further assessment of symptoms and clarification of what symptoms are likely associated with personality disorder versus possible gender dysphoria. Discussed completion of MMPI and possibly other assessment instruments to help clarify the diagnostic picture.

Plan is to discuss the outcome of the call with the offender during an appointment planned for later this afternoon and defer referral for medical treatment, including hormone therapy, until a firmer diagnostic picture is created. Will schedule a follow-up conference call to review additional information when such a phone call is appropriate, likely in several months.

Will attach scans of the psychologist's gender dysphoria assessment notes compiled during several previous appointments with Richardson. The information in these documents forms the basis of the conference call that is described in this note.

## Risk Assessment
SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 68
Date: 09/26/2019.

Highest GAF: 68
Date: 08/16/2019.

---

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 10/21/2019
## Behavioral Health Billing

Start time:         11:00 AM
End time:           11:45 AM
Duration:           00 hours, 45 minutes
Modifier:           N/A

*Document generated by: Richard J. Gale, PsyD  10/21/2019 11:53 AM*

Indiana Government Center South
302 W. Washington Street

Patient Name:  RICHARDSON, JONATHAN                                    Page 46 of 531
ID: 127630    Date of Birth: ▮▮▮▮▮                  Encounter Date: 10/21/2019 11:44 AM

STATE000536
Exhibit 69

Indianapolis, IN 46204

STATE000537
Exhibit 69

# DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE NOTE

**SITE:  CIC**
**COMPLETED BY:  Andrea K. Fulton, MA  10/15/2019 7:38 AM**



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC | |
|---|---|

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | |
| DOC #: | 127630 |
| DATE: | 10/15/2019 7:38 AM |
| VISIT TYPE: | Chart Update |

## Tracking Information
Date of occurrence 10/15/2019

## Issue
Signed refusal for CC labs.

## Additional comments
ADvised to  have periodic labs draws to help monitor his medical conditions.

**Provider: Yoko Savino MD**
**Document generated by: Andrea K. Fulton, MA 10/15/2019 07:39 AM**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000538
Exhibit 69



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

### Facility: CIC

PATIENT:           JONATHAN RICHARDSON
DATE OF BIRTH:     ███████████
DATE:              10/14/2019 10:20 AM
VISIT TYPE:        Chronic Care Visit

### History of Present Illness:

1. asthma
   The initial visit date was 02/12/2008.  Symptoms of asthma began in 1984.  Pertinent negatives include awakening with cough, awakening with dyspnea, awakening with wheeze, dry cough, dyspnea at rest, dyspnea with intense exercise, dyspnea with moderate exercise, excessive sputum, hemoptysis, hoarseness, irregular heartbeat/palpitations, mucus plug production, oral thrush, pleuritic pain, post nasal drainage, productive cough, reflux, seasonal rhinitis symptoms, sinusitis, stridor, tremor after inhaler use and wheezing.

### PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Severe recurrent major depression with psychotic features | 01/17/2011 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD.  Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |

### Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |

RICHARDSON, JONATHAN    127630 ██████    10/14/2019 10:20 AM 49/531

| Polysubstance Dependence | 01/17/2011 |
|---|---|
| major depression in remission | 01/17/2011 |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 |
| Epilepsy | 06/11/2015 |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| ENMT | Negative | Hoarseness, oral thrush, post-nasal drainage and sinusitis. |
| Respiratory | Negative | Awakening with cough, awakening with dyspnea, awakening with wheezing, dry cough, dyspnea at rest, dyspnea with intense exercise, dyspnea with moderate exercise, excessive sputum, hemoptysis, mucus plug production, pleuritic pain, productive cough, stridor and wheezing. |
| Cardio | Negative | Irregular heartbeat/palpitations. |
| GI | Negative | Reflux. |
| Endocrine | Negative | Tremors. |
| Allergic/Immuno | Negative | Seasonal rhinitis symptoms. |

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 10:21 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 10:21 AM | 200.0 | | 90.718 | dressed with shoes | 27.89 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 10:21 AM | 130/90 | sitting | right | arm | manual | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 10:21 AM | 98.30 | 36.8 | oral | 71 | regular | 16 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 10:21 AM | 98 | | RA | | | 21 | | | |

**Peak Flow**

RICHARDSON, JONATHAN    127630 ████    10/14/2019 10:20 AM 50/531