| Time | PeakFlow L/min | Timing | Method |
|------|----------------|--------|--------|
| 10:21 AM | 270 | | |

**Measured By**

| Time | Measured by |
|------|-------------|
| 10:21 AM | Andrea K. Fulton, MA |

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| General Exam | Comments | Pt is wheezing less than used to |
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | Lips/teeth/gums - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. |
| Respiratory | * | Auscultation - Location: posterior, Findings: wheezing. |
| Respiratory | Normal | Inspection - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rhythm.  No murmurs, gallops, or rubs. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | Inspection - Normal. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Asthma (493.90). |
| | Impression | Mild intermittent.  Pt is stable with current medications. |
| | | Estimate peak flow:  627 L/min, education about inhaler use, triggers, and disease process d/w pt.. |
| | | |
| 2. | Assessment | Hypercholesterolaemia (272.0). |
| | Impression | Pt wants to get off Zocor 10 mg daily.  Pt thinks that he can change life style, and he does not want to take it any more.  Risk of not taking medication d/w pt.. |
| | | |
| 3. | Assessment | GERD (530.81). |
| | Impression | Pt wants to get off Pepcid.  he wants to minimize the medications he take, and he does not want it any more.. |

## Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|------------|-----------|-----------|------------|------------|-------------|-----------|
| 10/14/2019 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for | inhale 3 milliliter by nebulization route 2 times every day, as needed | N | | do not send | 04/10/2020 |

RICHARDSON, JONATHAN   127630 ▮▮▮▮   10/14/2019 10:20 AM 51/531

| | | | | | |
|---|---|---|---|---|---|
| 10/14/2019 | nebulization ipratropium bromide 0.02 % solution for inhalation | inhale 2.5 milliliter by inhalation route  twice daily as needed, MIX WITH ALBUTEROL | N | do not send | 04/10/2020 |
| 10/14/2019 | Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route  every 6 hours, as needed. | N | | 04/10/2020 |

*Provider:*
Savino, Yoko  10/14/2019 10:34 AM
*Document generated by*:  Yoko Savino, MD 10/14/2019 10:34 AM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN    127630 ███████    10/14/2019 10:20 AM 52/531

STATE000542
Exhibit 69



## State of Indiana
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
| --- |

PATIENT: JONATHAN RICHARDSON
DATE OF BIRTH: ▓▓▓▓▓
DOC#: 127630
DATE: 10/12/2019 12:20 PM
VISIT TYPE: Nurse Visit

Established patient

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
| --- | --- | --- | --- | --- |
| Severe recurrent major depression with psychotic features | 01/17/2011 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD.  Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |

Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
| --- | --- | --- |
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 | |
| Epilepsy | 06/11/2015 | |

Allergies

| Ingredient | Reaction | Medication Name | Comment |
| --- | --- | --- | --- |
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 |

RICHARDSON, JONATHAN   127630    10/12/2019 12:20 PM 53/531

and NS IV w/
good results

## Suicide Risk Screening

Medications *(Added, Continued or Stopped this visit)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 06/06/2019 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 2 times every day, as needed | N | | do not send | 12/02/2019 |
| 06/06/2019 | ipratropium bromide 0.02 % solution for inhalation | inhale 2.5 milliliter by inhalation route twice daily as needed, MIX WITH ALBUTEROL | N | | do not send | 12/02/2019 |
| 07/16/2019 | Pepcid 20 mg tablet | take 1 tablet by oral route 2 times every day | N | | | 11/12/2019 |
| 07/16/2019 | Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 6 hours, as needed. | N | | | 01/11/2020 |
| 07/16/2019 | Zocor 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | | 01/11/2020 |

TB Screening: PPD Placed

TST:

| Placed | Read | Result | Side | Site |
|---|---|---|---|---|
| 10/12/2019 | | | left | LA |

*Provider:*
Burdine, Vicki E 10/12/2019 12:20 PM
*Document generated by:*  Jodean Ayres, RN 10/12/2019 12:20 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN    127630 ███████    10/12/2019 12:20 PM 54/531



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
|---|

PATIENT: **JONATHAN RICHARDSON**
DATE OF BIRTH: ▮▮▮▮▮
DOC #: 127630
DATE: 10/07/2019 7:56 PM
VISIT TYPE: Chart Update

## Nurse Visit

Reason for visit:  CC lab draw

**Nurse Protocols:**
**Review/Comments**
Patient smokes 20.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 2 times every day, as needed | N | | |
| ipratropium bromide 0.02 % solution for inhalation | inhale 2.5 milliliter by inhalation route  twice daily as needed, MIX WITH ALBUTEROL | N | | |
| Pepcid 20 mg tablet | take 1 tablet by oral route 2 times every day | N | | |
| Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route  every 6 hours, as needed. | N | | |
| Zocor 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| ordered | CBC WITH DIFF | | | | |
| ordered | COMPREHENSIVE METABOLIC PANEL | | | | |
| ordered | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) | | | | |

STATE000545
Exhibit 69

Document generated by: Tina Collins,  RN  10/07/2019 07:56 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000546
Exhibit 69



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
|---|

| | |
|---|---|
| PATIENT: | JONATHAN RICHARDSON |
| DATE OF BIRTH: | ■■■■■■ |
| DOC #: | 127630 |
| DATE: | 10/05/2019 5:01 PM |
| VISIT TYPE: | Nurse Visit |

## Nurse Visit

Reason for visit:  PRN breathing treatment

## Vital Signs

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 5:03 PM | | | | | automatic | |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 5:03 PM | | | | 103 | regular | |
| 5:02 PM | | | | 79 | | |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 5:03 PM | 98 | | RA | | Post-tx | | | | |
| 5:02 PM | 99 | | RA | | Pre-tx | | | | |

### Peak Flow

| Time | PeakFlow L/min | Timing | Method |
|---|---|---|---|
| 5:03 PM | 250 | Post-tx | hand held |
| 5:02 PM | 230 | Pre-tx | hand held |

### Comments

| Time | Comments |
|---|---|
| 5:03 PM | 230, 250, 250. |
| 5:02 PM | 200, 180, 230 |

### Measured By

Patient Name:  RICHARDSON, JONATHAN
ID: 127630    Date of Birth: ■■■■■
Page 57 of 531
Encounter Date: 10/05/2019 05:01 PM

STATE000547
Exhibit 69

| Time | Measured by |
|------|-------------|
| 5:03 PM | Tamera L. Smith, RN |
| 5:02 PM | Tamera L. Smith, RN |

**Nurse Protocols:**

**RESPIRATORY**

**Subjective:**
Date of Onset: 10/05/2019
Previous history? Yes. Comments:  asthma
Previous treatment effective? Yes.

**Objective:**
Lungs
Left lung:
Clear to auscultation? No.
Wheezes? Yes.

Right lung
Clear to auscultation? No.
Wheezes? Yes.

**Assessment:**
Alteration in health maintenance related to: asthma, .
.

**Review/Comments**
Patient smokes 20.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|------------|-----|-----------|-----------|---------|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 2 times every day, as needed | N | | |
| ipratropium bromide 0.02 % solution for inhalation | inhale 2.5 milliliter by inhalation route  twice daily as needed, MIX WITH ALBUTEROL | N | | |
| Pepcid 20 mg tablet | take 1 tablet by oral route 2 times every day | N | | |
| Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route  every 6 hours, as needed. | N | | |
| Zocor 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |

**Orders**

Patient Name:  RICHARDSON, JONATHAN
ID: 127630    Date of Birth: ████████

Page 58 of 531
Encounter Date: 10/05/2019 05:01 PM

STATE000548
Exhibit 69

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|--------|-------|-----------|-----------|----------|-----------|
| completed | Medication allergies reviewed, other contraindications and pregnancy ruled out prior to treatment | | | | |
| completed | Sick call if signs and symptoms of infection develop or symptoms do not subside | | | | |
| completed | Patient education provided. | | | | |

**General Comments**

Pt presents to medical from kitchen stating his chest feels tight with breathing. Breathing tx administered. Pt states he feels better after treatment. Pt may return to medical as needed.

| Education | Date Provided | Provided By |
|-----------|---------------|-------------|
| Medication allergies reviewed, other contraindications and pregnancy ruled out prior to treatment | 10/05/2019 | Tamera L. Smith, RN |
| Patient education provided. | 10/05/2019 | Tamera L. Smith, RN |

Document generated by: Tamera L. Smith, RN  10/05/2019 05:06 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000549
Exhibit 69



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
|---|

PATIENT:            JONATHAN RICHARDSON
DATE OF BIRTH:      ▮▮▮▮▮▮▮
DOC#:               127630
DATE:               10/01/2019 01:35 PM
VISIT TYPE:         Provider Visit

Established patient

## History of Present Illness:

1.  TG evaluation sheet

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Severe recurrent major depression with psychotic features | 01/17/2011 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD.  Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |

Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 | |
| Epilepsy | 06/11/2015 | |

RICHARDSON, JONATHAN    127630 ▮▮▮▮▮▮ 10/01/2019 01:35 PM 60/531

STATE000550

Exhibit 69

Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |
| EGG | | | |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Neuro | Negative | Loss of consciousness. |
| Psych | Negative | Difficulty concentrating, inappropriate interaction, inconsolable and psychiatric symptoms. |
| Psych | Comments | Pt denies suicidal or homocidal ideation. |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 1:35 PM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 1:35 PM | 200.0 | | 90.718 | dressed with shoes | 27.89 | |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 1:35 PM | 1010/70 | sitting | right | arm | manual | adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 1:35 PM | 98.70 | 37.1 | oral | 78 | regular | 16 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 1:35 PM | 97 | | RA | | | 21 | | | |

### Measured By

| Time | Measured by |
|---|---|
| 1:35 PM | Andrea K. Fulton, MA |

Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Respiratory | Normal | Effort - Normal. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |

RICHARDSON, JONATHAN     127630 ███     10/01/2019 01:35 PM 61/531

| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Suicide Risk Screening

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Exam (V72.85). |
| | Impression | Transgender evaluation sheet filled out. From today's brief evaluation, it is not clear if the offender is having gender dysphoria or not. Pt does not have suicidal/homocidal ideation.. |

Medications *(Added, Continued or Stopped this visit)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 06/06/2019 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 2 times every day, as needed | N | | do not send | 12/02/2019 |
| 06/06/2019 | ipratropium bromide 0.02 % solution for inhalation | inhale 2.5 milliliter by inhalation route twice daily as needed, MIX WITH ALBUTEROL | N | | do not send | 12/02/2019 |
| 07/16/2019 | Pepcid 20 mg tablet | take 1 tablet by oral route 2 times every day | N | | | 11/12/2019 |
| 07/16/2019 | Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route every 6 hours, as needed. | N | | | 01/11/2020 |
| 07/16/2019 | Zocor 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | | 01/11/2020 |

*Provider:*
Savino, Yoko  10/01/2019 4:24 PM
*Document generated by:*  Yoko Savino, MD 10/01/2019 04:24 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN  127630 ▮▮▮  10/01/2019 01:35 PM 62/531



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

---

**Facility: CIC**

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC#:                       127630
DATE:                       09/26/2019 2:10 PM
VISIT TYPE:                 Onsite Consult

## INDIVIDUALIZED ACTION PLAN

Program name: Outpatient
Admission date: 06/09/2016
Effective date of initial IAP:
Next review date: 03/26/2020

GOALS, OBJECTIVES AND INTERVENTIONS

**Goal 3: Alleviate depressive symptoms (continued)**

Target date: 03/26/2020
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 05/01/2018)

Assessed need: Depression

Individual's strength/skills: {local.txt_stengths}

Potential barriers: {local.txt_barriers}

- Objective 1: Identifies negative thinking supporting depression (continued)
  Start date: 06/30/2012
Target date: 03/26/2020
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 05/01/2018)

-- Intervention 1: Individual Therapy
Frequency: q 90 days        Type of provider: MHP
- Objective 2: Verbalizes increased feelings of self worth (continued)
  Start date: 06/30/2012
Target date: 03/26/2020
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 03/07/2017)

-- Intervention 2: Individual Therapy
Frequency: q 90 days        Type of provider: MHP

STATE000553
Exhibit 69

**Goal 4: Determine whether the offender meets criteria for gender dysphoria / determine appropriate treatment (continued)**

Start date: 07/22/2019
Target date: 03/26/2020

Assessed need: Evaluation for gender dysphoria

Individual's strength/skills: {local.txt_stengths}

Potential barriers: {local.txt_barriers}

   - Objective 1: Gather history and report of past and present symptoms that may support a diagnosis of gender dysphoria (continued)
    Start date: 07/22/2019
Target date: 03/26/2020
Adjusted target date:  (Adjusted as per IAP review dated 05/01/2018)

     -- Intervention 1: Gender Dysphoria Evaluation and, if appropriate, staffing with multidisciplinary team to determine whether a diagnosis of gender dysphoria will be made.
    Frequency: monthly     Type of provider: Psychologist

## TRANSITION/DISCHARGE CRITERIA

Individual has participated in the development of this plan:
Yes

Others participated in the development of this plan:
No

_____

## SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 09/27/2019

*Document generated by: Richard J. Gale, PsyD  09/27/2019 11:03 AM*

Patient Name:  RICHARDSON, JONATHAN
ID: 127630    Date of Birth: ████████

Page 64 of 531
Encounter Date: 09/26/2019 02:10 PM

STATE000554
Exhibit 69

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000555

Exhibit 69



**State of Indiana**          Division of Medical and Clinical Healthcare Services

**Department of Correction**          Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
| --- |

PATIENT:                    JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                      127630
DATE:                       09/26/2019 2:10 PM
HISTORIAN:                  self
VISIT TYPE:                 Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 2:10 PM

End time: 00 hours, 45 minutes

Duration: 00 hours, 45 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
**Appearance:** Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not Applicable
**Separation (for children/adolescent):** Not applicable

MENTAL STATUS:
Unremarkable
**Mood:** Euthymic
**Affect:** Full

STATE000556
Exhibit 69

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen in psychologist's office for regularly scheduled follow-up visit and ongoing assessment for appropriateness of gender dysphoria diagnosis. Ofd. identifies as a transgender woman and prefers feminine pronouns be used. She denied any new concerns or symptoms and inquired about the ongoing process of assessment for the appropriateness of diagnosis and treatment with hormone therapy. Denies SI/HI.

New issues/stressors/extraordinary events presented today: None reported

Explanation: Offender points to being off psychotropic medication for over 8 years as evidence that she is relatively psychologically stable, and that the gender dysphoria she reports is not a symptom of some other unmanaged mental illness.

### Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Determine whether the offender meets criteria for gender dysphoria / determine appropriate treatment | Gather history and report of past and present symptoms that may support a diagnosis of gender dysphoria |

Interventions/Methods Provided:
Psychologist explored with offender the ways in which she believes her depression, history of self-harm, and other psychological concerns have actually been related to gender dysphoria concerns all along. Discussed reasons that this has only recently become something she is willing to talk about due to the recent IDOC policy regarding transgender offenders. Processed offender's thoughts regarding what will change as a result of being able to live more openly as a woman, both positive changes and negative. Discussed offender's discomfort with her male genitals and desire to be rid of them.
Response to Interventions/Progress Toward Goals and Objectives:
Ofd. reports making efforts to start to come out to people and to more openly express feminine mannerisms and speech patterns.

### Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

STATE000557
Exhibit 69

**Risk Assessment**
SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

**Assessment/Diagnosis**
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 68
Date: 09/26/2019.

Highest GAF: 68
Date: 08/16/2019.

**Plan and Additional Information**

| Date | Order Description |
|---|---|
| 10/17/2019 | MHP follow-up for Ind Tx |

---

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 09/27/2019

**Behavioral Health Billing**

| | |
|---|---|
| Start time: | 2:10 PM |
| End time: | 2:55 PM |
| Duration: | 00 hours, 45 minutes |
| Modifier: | N/A |

*Document generated by: Richard J. Gale, PsyD  09/27/2019 11:01 AM*

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Patient Name:  RICHARDSON, JONATHAN
ID: 127630    Date of Birth: ▮▮▮▮

Page 68 of 531
Encounter Date: 09/26/2019 02:10 PM

STATE000558
Exhibit 69



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
| --- |

PATIENT:              JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                127630
DATE:                 09/11/2019 11:13 AM
HISTORIAN:            self
VISIT TYPE:           Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 10:30 AM

End time: 00 hours, 30 minutes

Duration: 00 hours, 30 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
**Appearance:** Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not Applicable
**Separation (for children/adolescent):** Not applicable

MENTAL STATUS:
Unremarkable
**Mood:** Euthymic
**Affect:** Full

STATE000559
Exhibit 69

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. reports identifying as a transgender female named Autumn and prefers to be referred to by feminine pronouns. She says that overall things are going ok right now. She reports having "come out" to several other offenders as transgender and experiencing more acceptance, or at least indifference, than rejection or hostility.  No other concerns were brought up today other than wondering how the process of pursuing gender dysphoria diagnosis and hormone treatment will proceed.

New issues/stressors/extraordinary events presented today: None reported

### Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Determine whether the offender meets criteria for gender dysphoria / determine appropriate treatment | Gather history and report of past and present symptoms that may support a diagnosis of gender dysphoria |

Interventions/Methods Provided:
Psychologist provided empathic listening, validation of the offender's emotions, and exploration of the emotional impacts of "coming out" and taking steps to start living as ofd's identified gender. Explored for other emotional, behavioral, or functional concerns. Agreed to continue to meet and pursue the offender's desire to receive hormone therapy.
Response to Interventions/Progress Toward Goals and Objectives:
Stable, mood somewhat improved.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is improved. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV

STATE000560
Exhibit 69

Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 68
Date: 09/11/2019.

Highest GAF: 68
Date: 08/16/2019.

## Plan and Additional Information

| Date | Order Description |
|---|---|
| 09/27/2019 | MHP follow-up for Ind Tx |

---

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 09/11/2019

## Behavioral Health Billing

| | |
|---|---|
| Start time: | 10:30 AM |
| End time: | 11:00 AM |
| Duration: | 00 hours, 30 minutes |
| Modifier: | N/A |

*Document generated by: Richard J. Gale, PsyD  09/11/2019 05:15 PM*

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000561
Exhibit 69



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
| --- |

PATIENT:            JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:              127630
DATE:               08/26/2019 5:49 PM
HISTORIAN:          self
VISIT TYPE:         Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 3:15 PM

End time: 00 hours, 50 minutes

Duration: 00 hours, 50 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
**Appearance:** Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not Applicable
**Separation (for children/adolescent):** Not applicable

MENTAL STATUS:
Unremarkable
**Mood:** Euthymic
**Affect:** Full

STATE000562
Exhibit 69

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled follow-up therapy. Start of session delayed by crisis, but ofd. was very understanding of the delay. Continued with assessment of criteria for gender dysphoria and desire to start hormone therapy. Ofd. denied any other new concerns.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Determine whether the offender meets criteria for gender dysphoria / determine appropriate treatment | Gather history and report of past and present symptoms that may support a diagnosis of gender dysphoria |

Interventions/Methods Provided:
Psychologist utilized the gender dysphoria evaluation protocol provided by Wexford regional leadership and completed the discussion questions with the offender. Will compile ofd's responses/history into a summary report and present to regional leadership to collaborate with them on whether this offender meets criteria for a diagnosis of gender dysphoria.
Response to Interventions/Progress Toward Goals and Objectives:
Stable, open, gaining comfort with this process and with talking about being transgender.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is significant and improved. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is significant and improved. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

Risk Assessments

Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

STATE000563
Exhibit 69

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|-----------|-----------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 08/26/2019 | 08/26/2019 | No | | | | |
| Property | Denies | | 08/26/2019 | 08/26/2019 | No | | | | |
| Homicide | Denies | | 08/26/2019 | 08/26/2019 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|-----------------------|-------------------|-------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN

No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 68
Date: 08/26/2019.

Highest GAF: 68
Date: 08/16/2019.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 09/09/2019 | MHP follow-up for Ind Tx |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 08/26/2019

**Behavioral Health Billing**

Start time:       3:15 PM
End time:        4:05 PM
Duration:        00 hours, 50 minutes
Modifier:        N/A

*Document generated by: Richard J. Gale, PsyD  08/26/2019 05:53 PM*

STATE000564
Exhibit 69

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000565
Exhibit 69



**State of Indiana**                    Division of Medical and Clinical Healthcare Services

**Department of Correction**            Indiana Government Center South
                                        302 W. Washington Street
                                        Indianapolis, IN 46204

| **Facility: CIC** |
|---|

PATIENT:              JONATHAN RICHARDSON
DATE OF BIRTH:        ▮▮▮▮▮▮▮
DOC #:                127630
DATE:                 08/16/2019 2:05 PM
HISTORIAN:            self
VISIT TYPE:           Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 1:10 PM

End time: 00 hours, 50 minutes

Duration: 00 hours, 50 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
**Appearance:** Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not Applicable
**Separation (for children/adolescent):** Not applicable

MENTAL STATUS:
Unremarkable
**Mood:** Euthymic
**Affect:** Full

STATE000566
Exhibit 69

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen for individual therapy and to continue to assess claims of gender dysphoria. Offender presented history of awareness of gender, expression of gender and sexuality, and experiences in social and other interpersonal settings. Began to build a narrative of history of transgender identity.

New issues/stressors/extraordinary events presented today: None reported

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Determine whether the offender meets criteria for gender dysphoria / determine appropriate treatment | Gather history and report of past and present symptoms that may support a diagnosis of gender dysphoria |

Interventions/Methods Provided:
Psychologist proceeded through an interview structured by the gender dysphoria/transgender protocol interview measuring psychosocial adjustment related to gender identity. Using this information to construct a narrative/history which can be used to help to determine whether the offender meets criteria for gender dysphoria. Agreed to meet again within the next two weeks to continue to construct this narrative.
Response to Interventions/Progress Toward Goals and Objectives:
Stable, becoming more open and comfortable talking about gender identity issues.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

## Risk Assessment

CURRENT ENCOUNTER

Risk Assessments

Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

STATE000567
Exhibit 69

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|-----------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 08/16/2019 | 08/16/2019 | No | | | | |
| Property | Denies | | 08/16/2019 | 08/16/2019 | No | | | | |
| Homicide | Denies | | 08/16/2019 | 08/16/2019 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|-----------------------|-------------------|--------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN

No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

### Assessment/Diagnosis

AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 68
Date: 08/16/2019.

Highest GAF: 68
Date: 08/16/2019.

### Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 08/30/2019 | MHP follow-up for Ind Tx |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 08/16/2019

### Behavioral Health Billing

| | |
|---|---|
| Start time: | 1:10 PM |
| End time: | 2:00 PM |
| Duration: | 00 hours, 50 minutes |
| Modifier: | N/A |

*Document generated by: Richard J. Gale, PsyD  08/16/2019 02:28 PM*

Patient Name:  RICHARDSON, JONATHAN
ID: 127630    Date of Birth ███████

Page 78 of 531
Encounter Date: 08/16/2019 02:05 PM

STATE000568

Exhibit 69

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000569
Exhibit 69



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| Completed By | Shannon S. McCord, LPN |
| Date Completed: | 08/16/2019 |
| Offender Name: | JONATHAN RICHARDSON |
| DOB: | ▮▮▮▮▮ |
| Name of Facility: | CIC |
| IDOC Number: | # 127630 |

DISABILITY CLASSIFICATION
**Disability Code:  A**

**Section A**

| | | |
|---|---|---|
| **A.** | __ **x** __ | No Disability. Offender is capable of performing activities of daily living. |
| **B.** | | Offender has no useful vision even with best correction (e.g. completely blind, legally blind). |
| **C.** | | Offender has a mobility of ambulatory impairment that substantially limits gross motor movement (e.g. paraplegia, stroke with hemiplegia). |
| **D.** | | Offender is deaf or has profound hearing loss to an extent that the individual is unable to use hearing as a means of communication. |

**Date:** 08/16/2019 02:23 PM
**Provider:** Yoko Savino MD
**Document generated by:** Shannon S. McCord, LPN 08/16/2019 02:23 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| Completed By: | Shannon S. McCord, LPN |
| Date Completed: | 08/16/2019 |
| Offender Name: | JONATHAN RICHARDSON |
| DOB: | ███████ |
| Gender: | male |
| Name of Facility: | CIC |
| IDOC Number: | # 127630 |

FLU SCREENING FORM

**In the last 24-48 hours, denies experiencing any flu symptoms.**

Flu vaccine received this year  CIF

**Date:** 08/16/2019 02:23 PM
**Provider:** Yoko Savino MD
**Document generated by:** Shannon S. McCord, LPN 08/16/2019 02:23 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000571
Exhibit 69



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Shannon S. McCord, LPN

| | |
|---|---|
| Completed By: | |
| Date Completed: | 08/16/2019 |
| Offender Name: | JONATHAN RICHARDSON |
| DOB: | █████████ |
| Gender: | male |
| Name of Facility: | CIC |
| IDOC Number: | # 127630 |

HEAT STRESS QUESTIONNAIRE

Do you weight more than the weight indicates for your age and height on the weight table on the reverse of this form? no

Are you pregnant and in the second half of the pregnancy? no

Do you have emphysema? no

Do you have chronic obstructive lung disease? yes

Do you have congestive heart failure?  no

Do you have chronic kidney disease? no

Do you have cirrhosis of the liver? no

Do you take medication to relax the urinary bladder and help control urination? no

Do you take water pills (diuretic medication)? no

Do you take ·medication to control allergies? yes

Do you take medication to control mental illness? no

Do you take medication to control the side effects of medication used to control mental illness? no

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Do you take medication to control intestinal spasm? no

Do you take any other medication that has been prescribed by a doctor? yes

**Date:** 08/16/2019 02:23 PM
**Provider:** Yoko Savino MD
**Document generated by:** Shannon S. McCord, LPN 08/16/2019 02:23 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

# DEPARTMENT OF CORRECTIONS
## ANNUAL NURSE WELL ENCOUNTER

**SITE: CIC**
**COMPLETED BY: Shannon S. McCord, LPN  08/16/2019 2:03 PM**



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Facility: CIC**

PATIENT:                JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                  127630
DATE:                   08/16/2019 2:03 PM
VISIT TYPE:             Nurse Visit

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|------|-----|------|-----|---------------|-----------------|
| 2:03 PM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|------|-----|-----|--------|---------------------|-----------|--------|
| 2:03 PM | 187.0 | | 84.822 | dressed with shoes | 26.08 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|------|----------|----------|------|------|--------|-----------|
| 2:03 PM | 112/70 | sitting | left | arm | manual | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|------|--------|--------|-----------|-----------|---------|-----------|
| 2:03 PM | 98.40 | 36.9 | oral | 70 | regular | 12 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|-------------------|------------------|--------|----------|--------|--------|-------|-----------------|--------------|
| 2:03 PM | 98 | | | | | 21 | | | |

**Measured By**

| Time | Measured by |
|------|-------------|
| 2:03 PM | Shannon S. McCord, LPN |

RICHARDSON, JONATHAN    127630           08/16/2019 02:03 PM Page: 84/531

# DEPARTMENT OF CORRECTIONS
## ANNUAL NURSE WELL ENCOUNTER

**SITE:  CIC**
**COMPLETED BY:  Shannon S. McCord, LPN  08/16/2019 2:03 PM**

**TB Review**

| Placed | Site | Side | Read | Result |
|--------|------|------|------|--------|
| 07/21/2018 | arm | right | 07/23/2018 | 0 mm |
| 07/21/2017 | arm | left | 07/23/2017 | 0 mm |
| 07/22/2016 | arm | left | 07/24/2016 | 0 mm |
| 05/08/2014 | | left | 05/10/2014 | 0 mm |
| 07/17/2012 | arm | left | 07/19/2012 | 0 mm |
| 07/08/2007 | RA | | 07/11/2007 | 0 mm |

Past Positive Symptom Check
Reviewed and all responses negative.

**Medical Observations**
Tattoos/body piercing
Seen a doctor within the past 6
months
Other: wears glasses
Bruises

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. Fundus - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. Tonsils - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No palpable cervical, supraclavicular, or axillary adenopathy. |
| Respiratory | * | Auscultation - Side: bilateral, Location: diffuse, Findings: coarse breath sounds. |
| Respiratory | Normal | Effort - Normal. |
| Cardiovascular | Normal | Regular rhythm.  No murmurs, gallops, or rubs. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | * | Auscultation - hypoactive bowel sounds. |
| Abdomen | Normal | Inspection - Normal. No abdominal tenderness. No hepatic enlargement. No spleen enlargement. No hernia. |
| Genitourinary | Normal | No hernia. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

**Review/Comments**

RICHARDSON, JONATHAN     127630      08/16/2019 02:03 PM Page: 85/531

STATE000575
Exhibit 69

**DEPARTMENT OF CORRECTIONS**
**ANNUAL NURSE WELL ENCOUNTER**

**SITE:  CIC**
**COMPLETED BY:  Shannon S. McCord, LPN  08/16/2019 2:03 PM**

Chronic disease current
Health maintenance current
Communicable disease testing current
Medical classification current
Disability status code current
Patient smokes 20.00 packs a year
Patient has not had a 30 pack year history of smoking cigarettes
Patient stopped smoking in 2000

Comments:  Denies chest pain, SOB, black or bloody stools. PPD needed but not given. Self-testicular exam info given.

**Suicide Risk Screening**

1.  Arresting or transporting officer believes subject may be suicide risk. No

2.  Lacks close family/friends in community. No

3.  Experienced a significant loss within last 6 months (loss of job, relationship, death of close family member). Yes

4.  Worried about major problems other than legal situation (terminal illness). No

5.  Family member or significant other has attempted or committed suicide (spouse, parent, sibling, close friend, and lover). No

6.  Has psychiatric history (psychotropic medication or treatment). Yes

7.  Holds position of respect in community (i.e., professional, public official) and/or alleged crime is shocking in nature.  Expresses feelings of embarrassment/shame. No

8.  Expresses thoughts about killing self. No

9.  Has a suicide plan and/or suicide instrument in possession. No

10. Has previous suicide attempts.  (Note methods and dates). Yes

11. Expresses feelings there is nothing to look forward to in the future (feelings of  helplessness and hopelessness). No

12. Shows signs of depression (crying, emotional flatness). No

13. Appears overly anxious, afraid or angry. No

14. Appears to feel unusually embarrassed or ashamed. No

RICHARDSON, JONATHAN     127630 ▮▮▮▮     08/16/2019 02:03 PM Page: 86/531

## DEPARTMENT OF CORRECTIONS
## ANNUAL NURSE WELL ENCOUNTER

**SITE: CIC**
**COMPLETED BY: Shannon S. McCord, LPN  08/16/2019 2:03 PM**

15. Is acting and/or talking in a strange manner.  Cannot focus attention; hearing or seeing things not there). No

16. History of substance abuse treatment? No

17. Is apparently under the influence of alcohol or drugs. No

18. If YES to #17, is individual incoherent or showing signs of withdrawal or mental illness. No

Total Yes's: 3

Comments:
Sister died of heroin dose- 4-5 months ago. Brother died after from methamphetamine. Has 4-5 previous suicide attempts.

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN    127630 ▉▉▉▉    08/16/2019 02:03 PM Page: 87/531

STATE000577
Exhibit 69



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| Completed By: | Shannon S. McCord, LPN |
| Date Completed: | 08/16/2019 |
| Offender Name: | JONATHAN RICHARDSON |
| DOB: | ██████ |
| Gender: | male |
| Name of Facility: | CIC |
| IDOC Number: | # 127630 |

## MEDICAL STATUS CLASSIFICATION
**Medical Code: G2**

| | |
|---|---|
| **A.** | Free of illness or injury; free of physical impairment; individuals with short term self-limiting condition requiring minimal surgical, medical, nursing or dental intervention limited to 30 days duration. |
| **B.** | Illnesses that do or will recurrently require skilled nursing care of any chronic physical or cognitive disability which requires on-going nursing care. Needs inpatient bed or immediate access to an inpatient bed. |
| **C.** | Renal failure requiring hemodialysis or peritoneal dialysis. |
| **F.** | Chronic physical or medical condition requiring frequent monitoring / surveillance, the on-site availability of licensed health care personnel twenty-four hours per day, or the inmate is frail or debilitated. |
| **G. _ x _** | Any stabilized, permanent or chronic physical or medical condition in which: |
| **1.** | Frequent monitoring/surveillance is not needed. |
| **2.  _ x _** | The offender demonstrates an appropriate degree of knowledge and motivation and is able to perform self-care. |
| **3.** | A twenty (20) pound or greater weight lifting restriction is needed. |
| **4.** | TB prophylactic medication is being administered. |
| **5.** | Elderly (65 years of age and above) |
| **6.** | Adolescent (younger than 18 years of age) |
| **I.** | Short term self-limiting conditions of 31 to 180 days duration: conditions which may require a placement in an observation/short stay infirmary bed or requires that an inmate be placed in a negative pressure room. |
| **J.** | Pregnancy. |

**Date:** 08/16/2019 02:24 PM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**Provider:** Yoko Savino MD
**Document generated by:** Shannon S. McCord, LPN 08/16/2019 02:24 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

### Facility: CIC

| | |
|---|---|
| **Date:** | 08/16/2019 02:03 PM |
| **Offender Name:** | JONATHAN RICHARDSON |
| **DOB:** | ▮▮▮▮▮ |
| **Gender:** | male |
| **DOC nbr:** | # 127630 |

MENTAL STATUS CLASSIFICATION
**BH Code: D**

**A.**     Free of mental illness
**B.**     Psychiatric disorder that causes little functional impairment and requires infrequent psychiatric services. These services are routine in nature.
**C.**     Psychiatric disorder that causes some functional impairment and requires frequent psychiatric and/or psychological services. These services may be routine and/or unplanned in nature and may involve mental health monitoring.
**D.** __ **x** __ Psychiatric disorder that causes some impairment and requires frequent psychiatric and/or psychological services and/or the individual has a history of a serious suicide attempt while in a correctional setting. Services needed may be routine and/or unplanned in nature and may involve mental health monitoring.
**E.**     Psychiatric disorder that causes significant functional impairment such that the individual is unable to function in a standard prison environment and requires structured psychiatric and/or psychological services. Services needed are provided in a specialized mental health unit. There is a good prognosis for improvement in functional impairment and eventual movement to a less restricted environment.
**F.**     Psychiatric disorder that causes acute or chronic extreme functional impairment such that the individual is unable to function in a standard prison environment and/or causes significant risk of harm to the individual or others around the individual and requires extensive structured psychiatric and/or psychological services. Services needed are provided in a specialized mental health unit. There may be a poor prognosis for improvement in functional impairment and eventual movement to a less restricted environment.

**Date:** 08/16/2019 02:25 PM
**Provider:** Yoko Savino MD
**Document generated by:** Shannon S. McCord, LPN 08/16/2019 02:25 PM

STATE000581
Exhibit 69



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
| --- |

PATIENT:                         JONATHAN RICHARDSON
DATE OF BIRTH:
DOC #:                           127630
DATE:                            08/05/2019 3:40 PM
HISTORIAN:                       self
VISIT TYPE:                      Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 3:30 PM

End time: 00 hours, 30 minutes

Duration: 00 hours, 30 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
**Appearance:** Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not Applicable
**Separation (for children/adolescent):** Not applicable

MENTAL STATUS:
Unremarkable
**Mood:** Euthymic
**Affect:** Full

STATE000582
Exhibit 69

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen for therapy and continuation of assessment for new claims of being transgender and wanting to pursue hormone treatment. The appointment was scheduled at 2:00, but the offender claims that the medical movement letter was wrong and had the appointment scheduled at 3:00. Ofd. arrived in medical about 3:30, leaving insufficient time to complete the gender dysphoria protocol interview, but some of the offender's sexual/gender-identity history was discussed.

New issues/stressors/extraordinary events presented today: None reported

### Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Determine whether the offender meets criteria for gender dysphoria / determine appropriate treatment | Gather history and report of past and present symptoms that may support a diagnosis of gender dysphoria |

Interventions/Methods Provided:
Psychologist listened actively, providing answers to questions posed by the offender regarding the process of being diagnosed and treated. Explored the offender's reason for the decision to "come out" at this time and explore treatment possibilities. Agreed to meet again within the next week or so to continue the discussion.
Response to Interventions/Progress Toward Goals and Objectives:
Engaged, open, slightly defensive and skeptical of the psychologist's support/stance on the issue.

### Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

### Risk Assessment

CURRENT ENCOUNTER

| Risk Assessments |
|---|
| Patient denies suicidal ideation, plan, intent, and/or attempt. |
| Patient denies property damage ideation, plan, intent, and/or attempt. |
| Patient denies homicidal ideation, plan, intent, and/or attempt. |

STATE000583
Exhibit 69

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|-----------|-----------|-----------------|----------|------|--------|-------|
| Suicide | Denies | | 08/05/2019 | 08/05/2019 | No | | | | |
| Property | Denies | | 08/05/2019 | 08/05/2019 | No | | | | |
| Homicide | Denies | | 08/05/2019 | 08/05/2019 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|-------------------|------------------------|-------------------|--------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN
No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 65
Date: 08/05/2019.

Highest GAF: 68
Date: 03/07/2019.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 08/12/2019 | MHP follow-up for Continue GD eval |

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 08/05/2019
**Behavioral Health Billing**

Start time:          3:30 PM
End time:            4:00 PM
Duration:            00 hours, 30 minutes
Modifier:            N/A

*Document generated by: Richard J. Gale, PsyD  08/05/2019 05:38 PM*

STATE000584
Exhibit 69

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000585
Exhibit 69



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
|---|

PATIENT:             JONATHAN RICHARDSON
DATE OF BIRTH:       ▇▇▇▇▇▇
DOC #:               127630
DATE:                07/26/2019 1:36 PM
VISIT TYPE:          Nurse Visit

## Nurse Visit

Reason for visit:  PRN breathing tx

### Vital Signs

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 3:09 PM | | | | 98 | regular | |
| 1:36 PM | | | | 95 | regular | |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 3:09 PM | 98 | | RA | | Post-tx | | | | |
| 1:36 PM | 98 | | RA | | Pre-tx | | | | |

**Peak Flow**

| Time | PeakFlow L/min | Timing | Method |
|---|---|---|---|
| 3:09 PM | 250 | Post-tx | hand held |
| 1:36 PM | 230 | Pre-tx | hand held |

**Comments**

| Time | Comments |
|---|---|
| 3:09 PM | 250, 250, 250. |
| 1:36 PM | 220, 210, 230. |

**Measured By**

| Time | Measured by |
|---|---|
| 3:09 PM | Tamera L. Smith, RN |
| 1:36 PM | Tamera L. Smith, RN |

STATE000586

Exhibit 69

**Nurse Protocols:**

RESPIRATORY

**Subjective:**
Date of Onset: 07/26/2019
Previous history? Yes. Comments:  asthma
Previous treatment effective? Yes.

**Objective:**
Lungs
Left lung:
Clear to auscultation? No.
Wheezes? Yes.

Right lung
Clear to auscultation? No.
Wheezes? Yes.

**Assessment:**
Alteration in health maintenance related to: asthma, .
.

**Review/Comments**
Patient smokes 20.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | inhale 3 milliliter by nebulization route 2 times every day, as needed | N | | |
| ipratropium bromide 0.02 % solution for inhalation | inhale 2.5 milliliter by inhalation route  twice daily as needed, MIX WITH ALBUTEROL | N | | |
| Pepcid 20 mg tablet | take 1 tablet by oral route 2 times every day | N | | |
| Xopenex HFA 45 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route  every 6 hours, as needed. | N | | |
| Zocor 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| completed | Medication allergies reviewed, other contraindications and pregnancy ruled out prior | | | | |

Patient Name: RICHARDSON, JONATHAN
ID: 127630     Date of Birth: ███████

Page 97 of 531
Encounter Date: 07/26/2019 01:36 PM

STATE000587
Exhibit 69

| | to treatment |
|---|---|
| completed | Sick call if signs and symptoms of infection develop or symptoms do not subside |
| completed | Patient education provided. |

## General Comments

PRN breathing tx administered. Pt may return to medical as needed.

| Education | Date Provided | Provided By |
|---|---|---|
| Medication allergies reviewed, other contraindications and pregnancy ruled out prior to treatment | 07/26/2019 | Tamera L. Smith, RN |
| Patient education provided. | 07/26/2019 | Tamera L. Smith, RN |

Document generated by: Tamera L. Smith, RN  07/26/2019 03:10 PM

-----------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000588
Exhibit 69



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: CIC |
|---|

PATIENT:            JONATHAN RICHARDSON
DATE OF BIRTH:
DOC#:               127630
DATE:               07/22/2019 10:00 AM
VISIT TYPE:         Onsite Consult

## INDIVIDUALIZED ACTION PLAN

Program name: Outpatient
Admission date: 06/09/2016
Effective date of initial IAP:
Next review date: 01/22/2020

GOALS, OBJECTIVES AND INTERVENTIONS

| Goal 3: Alleviate depressive symptoms (continued) |
|---|

Target date: 01/22/2020
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 05/01/2018)

Assessed need: Depression

Individual's strength/skills: {local.txt_stengths}

Potential barriers: {local.txt_barriers}

   - Objective 1: Identifies negative thinking supporting depression (continued)
    Start date: 06/30/2012
Target date: 01/22/2020
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 05/01/2018)

    -- Intervention 1: Individual Therapy
     Frequency: q 90 days    Type of provider: MHP
   - Objective 2: Verbalizes increased feelings of self worth (continued)
    Start date: 06/30/2012
Target date: 01/22/2020
Adjusted target date: 09/07/2017 (Adjusted as per IAP review dated 03/07/2017)

    -- Intervention 2: Individual Therapy
     Frequency: q 90 days    Type of provider: MHP

STATE000589
Exhibit 69

**Goal 4: Determine whether the offender meets criteria for gender dysphoria / determine appropriate treatment (new)**

Start date: 07/22/2019
Target date: 10/22/2019

Assessed need: Evaluation for gender dysphoria

Individual's strength/skills: {local.txt_stengths}

Potential barriers: {local.txt_barriers}

    - Objective 1: Gather history and report of past and present symptoms that may support a diagnosis of gender dysphoria (new)
     Start date: 07/22/2019
Target date: 10/22/2019
Adjusted target date:  (Adjusted as per IAP review dated 05/01/2018)

     -- Intervention 1: Gender Dysphoria Evaluation and, if appropriate, staffing with multidisciplinary team to determine whether a diagnosis of gender dysphoria will be made.
     Frequency: monthly     Type of provider: Psychologist

## TRANSITION/DISCHARGE CRITERIA

Individual has participated in the development of this plan:
Yes

Others participated in the development of this plan:
No

_____

## SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 07/26/2019

*Document generated by: Richard J. Gale, PsyD  07/26/2019 09:22 AM*

Patient Name:  RICHARDSON, JONATHAN
ID: 127630    Date of Birth: ▮▮▮▮▮▮

Page 100 of 531
Encounter Date: 07/22/2019 10:00 AM

STATE000590
Exhibit 69

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000591
Exhibit 69



**State of Indiana**   Division of Medical and Clinical Healthcare Services
**Department of Correction**   Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: CIC** |
| --- |

PATIENT:               JONATHAN RICHARDSON
DATE OF BIRTH:         ▮▮▮▮▮▮▮
DOC #:                 127630
DATE:                  07/22/2019 10:00 AM
HISTORIAN:             self
VISIT TYPE:            Onsite Consult

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 10:00 AM

End time: 00 hours, 35 minutes

Duration: 00 hours, 35 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.


MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
**Appearance:** Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not Applicable
**Separation (for children/adolescent):** Not applicable

MENTAL STATUS:
Unremarkable
**Mood:** Euthymic
**Affect:** Full

---

STATE000592
Exhibit 69

Speech: Clear
Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information

Individual's report of progress towards goals/objectives since last session:
Ofd. seen for scheduled follow-up therapy. He came with a health care request in hand, #127630, dated today but not screened by nursing because it had not been turned in. He says "I would like to request estrogen treatments, for my transgender needs." He claims that he has felt for a long time as if he is not in the right body, and he claims to have aluded to this and considered revealing it multiple times over the recent past. (continued below)

New issues/stressors/extraordinary events presented today: New issue, CA/IAP update required

Explanation: He pointed to his tattoos of women around his face and arms, saying that this is evidence of his feminine identity. He also shaved his face for the first time in years before this appointment, again by his report related to his transgender identity. Although his initial report was unclear regarding when he first began to identify as a transwoman, he indicates that it goes back some time. He claims that his eventual goal is full transition, including sexual reassignment surgery. He believes that engaging in this transition will help him to cope with the discomfort and distress that he has experienced as a result of having to keep this identity secret.

### Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today |
|---|---|
| Determine whether the offender meets criteria for gender dysphoria / determine appropriate treatment | Gather history and report of past and present symptoms that may support a diagnosis of gender dysphoria |

Interventions/Methods Provided:
Psychologist listened actively to the offender's concerns regarding transgender identity and his wish to begin the process of transitioning. Explored questions with the offender regarding the timing of this revelation, his perceptions of how things may change for him if treatment for gender dysphoria is started, and his long term goals and ideas. Educated the offender about the process of gender dysphoria evaluation and treatment through IDOC in order to set appropriate expectations.
Response to Interventions/Progress Toward Goals and Objectives:
Offender appeared comfortable and confident expressing transgender identity and the desire to begin to transition to life as a woman.

## Current Assessment

Individual's progress: Some progress

Assessment:
Anxiety is not significant. Cognitive issues are not significant. Substance abuse/dependence is not significant. Depression is not significant. Impulse control is not significant. Psychotic symptoms are not significant. Suicidality is not significant. Mania/manic behavior is not significant. Patient is responding to treatment plan. The patient is compliant with the treatment plan. The patient is cooperative and communicative.

STATE000593
Exhibit 69

## Risk Assessment

CURRENT ENCOUNTER

**Risk Assessments**

Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|-----------|-----------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 07/22/2019 | 07/22/2019 | No | | | | |
| Property | Denies | | 07/22/2019 | 07/22/2019 | No | | | | |
| Homicide | Denies | | 07/22/2019 | 07/22/2019 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|------------------------|-------------------|-------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN

No currently expressed suicidal or homicidal ideation or intent. No current need for safety plan.

## Assessment/Diagnosis

AXIS IV

Severity: Moderate

| Problem Type | No/Yes | Description |
|--------------|--------|-------------|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V

Current GAF: 65
Date: 07/22/2019.

Highest GAF: 68
Date: 03/07/2019.

## Plan and Additional Information

| Date | Order Description |
|------|-------------------|
| 07/29/2019 | MHP follow-up for Ind Tx / GD Eval |

Plan/Additional Information:

Will continue to meet with offender to gather additional information regarding the duration of transgender identity, the challenges and difficulties, both internal and external, that this issue has caused, and to determime whether a diagnosis of gender dysphoria appears appropriate and treatment is indicated.

STATE000594
Exhibit 69

SIGNATURES

Staff: Signed by Richard J. Gale, PsyD, HSPP on 07/26/2019
**Behavioral Health Billing**

| | |
|---|---|
| Start time: | 10:00 AM |
| End time: | 10:35 AM |
| Duration: | 00 hours, 35 minutes |
| Modifier: | N/A |

*Document generated by: Richard J. Gale, PsyD  07/26/2019 10:06 AM*

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE000595
Exhibit 69