# NextGen Patient Record

**Name:** RICHARDSON, JONATHAN C
**DOB:** ▆▆▆▆▆▆

## CONTENTS

### Encounter: 2/14/2024 3:57:23 PM

med_bh_indiv_prog_note

### Encounter: 2/10/2024 10:07:11 AM

Nurse Visit

### Encounter: 2/5/2024 8:21:06 PM

Nurse Visit

### Encounter: 1/23/2024 3:01:49 PM

in_m_cpct_mental_health

### Encounter: 1/23/2024 2:22:51 PM

in_m_cpct_physical_health

### Encounter: 12/27/2023 7:49:50 AM

chm_class_orders
med_chm_provider_visit

### Encounter: 12/17/2023 8:10:36 PM

Nurse Visit

### Encounter: 10/18/2023 8:50:50 AM

Nurse Visit

### Encounter: 10/18/2023 8:09:12 AM

med_chm_provider_visit

### Encounter: 10/9/2023 8:19:27 PM

Nurse Visit

STATE006205



## State of Indiana
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

PATIENT:          JONATHAN C RICHARDSON
DATE OF BIRTH:    ███████
DOC #:            127630
DATE:             02/14/2024 3:57 PM
VISIT TYPE:       Psychotherapy - Individual

**Individual Counsel/Psych Prog Note**
**General**
Program Name: Outpatient

Start time: 9:03 am

End time: 00 hours, 13 minutes

Duration: 00 hours, 13 minutes

**Individuals Present/Support Resources**
Contact type:
Onsite
Individual present.

MENTAL STATUS EXAM
GENERAL OBSERVATIONS:
Generally normal
**Appearance:** Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not Applicable
**Separation (for children/adolescent):** Not applicable

MENTAL STATUS:
Unremarkable
**Mood:** Euthymic
**Affect:** Full
**Speech:** Clear

Thought process: Logical
Perception: WNL
Hallucination: Denied None evidenced
Thought content: Within normal limits
Delusions: None Reported
Cognition: Within normal limits
Intelligence estimate: Average
Insight: Within normal limits
Judgment: Within normal limits

## Subjective Information
Individual's report of progress towards goals/objectives since last session:
Staff Referral

## Goals, Objectives, and Interventions Addressed Today
Interventions/Methods Provided:
Staff Referral: (Received 2/10/2024) "Richardson was the victim of a battery that resulted in several puncture wounds to torso and arm. Richardson was interviewed and was upset over event"
Response to Interventions/Progress Toward Goals and Objectives:
Met with pt in MPB MH office for Staff Referral. Reviewed and signed an updated LOC form. Explained to pt the reason for visit. Pt shared that the situation has caused "a flare up in my PTSD" but denied any further needs at this time. Pt denied fear for safety. Pt reports managing adequately in the dorm. Denied any further needs at this time. No significant concerns were observed during session. Denied SI/HI/SIB. Advised to submit HCR as needed.

## Current Assessment
Assessment:
The patient is cooperative and communicative.

## Risk Assessment
CURRENT ENCOUNTER

### Risk Assessments
Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|------------|------------------|----------|------|--------|-------|
| Suicide | Denies | | 02/14/2024 | 02/14/2024 | No | | | | |
| Property | Denies | | 02/14/2024 | 02/14/2024 | No | | | | |
| Homicide | Denies | | 02/14/2024 | 02/14/2024 | No | | | | |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---------|--------------------|-----------------------|-------------------|--------------------------|
| | | | | |

SAFETY MANAGEMENT PLAN

Confidential

Instructed to contact MH staff/submit HCR if significant MH instability, intent to self-harm, SI, and emotional dysregulation is experienced.

**Assessment/Diagnosis**
AXIS IV
Severity: Moderate

| Problem Type | No/Yes | Description |
|---|---|---|
| Primary Support Group | Yes | Very little external support |
| Social environment | Yes | Difficulty Trusting Others - suspicious - isolates |
| Legal system/crime | Yes | Incarcerated |

AXIS V
Current GAF: 59
Date: 09/12/2023.

Highest GAF: 72
Date: 05/08/2023.

SIGNATURES

Staff: Signed by Julia Doane, LSW,  on 02/15/2024
**Behavioral Health Billing**

Start time:          9:03 am
End time:           9:16 am
Duration:           00 hours, 13 minutes
Modifier:           N/A

*Document generated by: Julia Doane, LSW  02/15/2024 09:36 AM*

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE006208



**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

PATIENT:               JONATHAN C RICHARDSON
DATE OF BIRTH:         ███████████
DOC #:                 127630
DATE:                  02/10/2024 10:07 AM
VISIT TYPE:            Nurse Visit

## Nurse Visit

Reason for visit:  report from family pt had been stabbed
HCR#: 241454

Statement of complaint (in patient's words):  count called and stated family reported stab wounds so DOC
did wellness check and sent pt to medical +


## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 11:55 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 11:55 AM | 192.0 | | 87.090 | dressed with shoes | 26.78 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 11:55 AM | 118/80 | sitting | right | arm | | |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 11:55 AM | 97.90 | 36.6 | ear | 64 | | 18 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 11:55 AM | 94 | | RA | | | | | | |

Patient Name:  RICHARDSON, JONATHAN C                                    Page 1 of 3
ID: 127630    Date of Birth: ███████████              Encounter Date: 02/10/2024 10:07 AM

STATE006209

**Pain Scale**

| Time | Pain Score | Method |
|------|-----------|--------|
| 11:55 AM | 4 | Numeric Pain Intensity Scale |

**Comments**

| Time | Comments |
|------|----------|
| 1:10 PM | pupils equal and respond to light, patient alert and oriented x 4, lung sounds clear in all 4 lobes . |

**Measured By**

| Time | Measured by |
|------|-------------|
| 11:55 AM | Amy L. Johnson, LPN |
| 1:10 PM | Amy L. Johnson, LPN |

**Nurse Protocols:**

**ALTERATION IN SKIN INTEGRITY**

**Subjective:**

Affected body part? rANDOM PUNCTURE WOUNDS
How did it occur? PATIENT ADVISED STUCK WITH SHANK
Recent allergen exposure? no
Patient complains of: pain,

SMALL SUPERFICIAL WOUNDS, SCRATCHES, BRUISES

Examination shows active bleeding; superficial injury to skin;

Date of last tetanus booster: 06/09/2019

**Review/Comments**

Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|------------|-----|-----------|-----------|---------|
| estradiol 2 mg tablet | take 4 tablet by oral route every day | N | | |
| fluticasone 232 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| levothyroxine 50 mcg tablet | take 1 tablet by oral route every day | N | | |
| Minerin Creme topical | apply 1 unit by topical route 2 times every day | N | | |

| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N |
| cyanocobalamin (vit B-12) 1,000 mcg tablet | take 1 tablet by oral route every day | N |

**General Comments**

COUNT CALLED MEDICAL TO ADVISE THEY ARE SENDING PT DOWN DO TO STAB WOUNDS REPORETED BY HIS FAMILY, DOC did wellness check, pt presented to medical with  0.3 x 0.3 cm wound on left deltoid-very little blood noted, 0.1 x 0.1 cm wound on left arm with 7.3 cm scratch just above left elbow, 0.4 x 0.3 cm wound posterior L wrist-4-5 cm superficial scratch, 0.3x 0.1 cm wound on left side, no dyspnea or sob lung sounds clear, left side head above left ear 0.1 cm x 0.1 cm wound, does not appear very new, 5.4 cm blue/green bruise right upper chest, 1.5x2  bruise medial upper arm, 4x 2 cm bruise faded some under skin back of head. Very minimal bleeding, wounds are superficial, patient is current on tdap.  pt states he was stabbed with a shank, will not say when, other than not today, states she can handle herself and is not afraid of returning to dorm.  patient states pain is about a 4 but declines any need for medication. Wounds were all cleaned with NS, antibiotic ointment applied and covered, pt instructed to keep areas clean and dry, if any redness or signs of infection occur to s/c medical.

Document generated by: Amy L. Johnson, LPN  02/10/2024 01:15 PM

......................................................................................................................................................

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

PATIENT:                JONATHAN C RICHARDSON
DATE OF BIRTH:
DOC #:                  127630
DATE:                   02/05/2024 8:21 PM
VISIT TYPE:             Nurse Visit

## Nurse Visit

Reason for visit:  Lab Draw

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 4 tablet by oral route every day | N | | |
| fluticasone 232 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| levothyroxine 50 mcg tablet | take 1 tablet by oral route every day | N | | |
| Minerin Creme topical | apply 1 unit by topical route 2 times every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |
| cyanocobalamin (vit B-12) 1,000 mcg tablet | take 1 tablet by oral route every day | N | | |

## Orders

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| completed | ESTRADIOL | | | | |
| completed | TESTOSTERONE, TOTAL | | | | |

## General Comments

Lab draw completed w/ 9pm labs 2/5/24. 1 stick, L inner AC, tolerated well.  1 SST drawn.


Document generated by: Teresa L. Smith, RN  02/06/2024 04:25 AM

---------------------------------------------------------------------------

- - -

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

PATIENT:           JONATHAN RICHARDSON
DATE OF BIRTH:     ███████
DATE:              01/23/2024 03:01 PM
VISIT TYPE:        CPCT

**Identified Goals**

Mental Health

Comply with Treatment Plan
Maintain mental health stability

**Goal Measurement**

Goals previously set

Maintain mental health stability

Documentation that supports progress or lack thereof towards goals: Attends scheduled appts, utilized HCR as needed. Maintaining stable MH.

**Scoring of compliance with mental health goals**

Acceptable - has completed 51% or more of assigned goals - 1

I have reviewed this patient's medical record and verify that his/her progress toward identified goals is accurate

Document generated by: Elijah C. Sowry, MHP, MSW  01/23/2024 03:02 PM

--------------------------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

STATE006214

Confidential



**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: BTC

PATIENT:        JONATHAN RICHARDSON
DATE OF BIRTH:  █████████
DATE:           01/23/2024 02:22 PM
VISIT TYPE:     CPCT

**Scoring of compliance with physical health goals**

Acceptable - Has completed 51% or more of assigned goals

Document generated by: Richard Wright, Admin  01/23/2024 02:32 PM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN   C. 000000127630 ██████  01/23/2024 02:22 PM 1/1

Confidential

# SPECIAL NEEDS / URGENT ORDERS

**SITE:  BTC**



**State of Indiana**
Division of Medical and Clinical Healthcare Services
**Department of Correction**
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: BTC

PATIENT:                              JONATHAN C RICHARDSON
DOB:
DOC#:                                 127630
DATE:                                 12/27/2023 7:49 AM
DOCUMENT GENERATED BY:    Sara Gatwood, NP

**Classification Orders**

| Order | Reason | Status | Start | End |
|---|---|---|---|---|
| Bottom bunk | | ordered | 04/28/2023 | |
| Needs a helper in chow for carrying food/drinks | | ordered | 12/27/2023 | 06/27/2024 |

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

NAME:  RICHARDSON, JONATHAN  C
NUMBER: 127630
D.O.B :

STATE006216



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: BTC

PATIENT:            JONATHAN RICHARDSON
DATE OF BIRTH:      ████████
DOC#:               127630
DATE:               12/27/2023 07:49 AM
VISIT TYPE:         Chronic Care Visit

Established patient

## History of Present Illness:

1. Asthma
 I/I states symptoms occur daily and he uses rescuer inhaler about twice a day.  States albuterol/rescue inhaler does provide symptom relief.  Exacerbating factors include heat and exercise. I/I denies waking with cough or dyspnea, dyspnea or wheezing at rest, cough, chest pain or heart palpitations. Takes airduo, albuterol inhaler, and montelukast.
2. GENDER DSY
   I/I has been taking estradiol and sprinolactone regulary. Estrogen levels have increased significantly, however testosterone levels have also increased as well. SHE is appearing more feminine. Is happy with her estrogen levels, but unsure why testosterone went up. States she has been having some abdominal cramping and thinks the medication is cuasing this side effect.
3. PATIENT EDUCATION PROVIDED
4. Warts
I/I has several warts on left hand that have appeared over the last year. She is asking to have them removed. No open or bleeding lesions. Explained to I/I that this is a cosmetic procedure and would not be done at this tme. Will needs some additional training on facility equipment and may possibly call I/I down after that.
5. Hand Weakness
I/I had prior injury to right hand in 2005. Had thumb and index finger amputated with contracte to middle finger. Rest of hand is significantly weak. Is asking for medical request for helper in the chow area.
6. Thyroid
I/I was started on levothyroxine a few months back. Most recently TSH was normal at 3.162. She states she is overall feeling much better and has more energy.

## PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Asthma | 06/06/2023 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD.  Onset date 02/19/2015. |

STATE006217

Confidential

| | | | |
|---|---|---|---|
| Borderline personality disorder | 05/04/2010 | Y | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |
| Recurrent major depressive episodes, mild | 10/21/2019 | N | |

Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 | |
| Epilepsy | 06/11/2015 | |

Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fever, weight gain and weight loss. |
| Respiratory | Negative | Dyspnea. |
| Cardio | Negative | Chest pain. |
| GI | Negative | Abdominal pain, constipation, diarrhea, nausea and vomiting. |
| Neuro | Negative | Dizziness and headache. |

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:43 AM | 5.0 | 11.0 | 0.0 | 02/08/2014 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 9:43 AM | 192.0 | | 87.090 | dressed with shoes | 26.78 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:43 AM | 136/70 | sitting | left | arm | manual | adult |

RICHARDSON, JONATHAN    C. 000000127630        12/27/2023 07:49 AM 1/5

Confidential

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|------|--------|--------|-----------|-----------|---------|-----------|
| 9:43 AM | 98.00 | 36.7 | ear | 73 | regular | 16 |

## Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|-----|-----|--------|---------|--------|------|-------|----------|--------------|
| 9:43 AM | 98 | | RA | | | 21 | | | |

## Comments

| Time | Comments |
|------|----------|
| 9:43 AM | PEAK FLOW: 450 400 400. |

## Measured By

| Time | Measured by |
|------|-------------|
| 9:43 AM | Brittany R. Brumfield, MA |

Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rhythm.  No murmurs, gallops, or rubs. |
| Abdomen | Normal | No abdominal tenderness. No hepatic enlargement. |
| Musculoskeletal | Comments | right thumb and index finger amputation, significant hand weakness |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Suicide Risk Screening

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Asthma (493). |
| | Impression | Fair control. Educated I/I on proper use of inhalers as she had not been using them correctly.<br>Educated I/I on avoiding exacerbating factors and limiting use of inhaler to only as needed.<br>Notify healthcare staff if using inhaler more than 2 times per day consistently.<br>Return for CCC in 180 days.. |
| | Patient Plan | Patient expressed understanding of diagnosis, disease process, and plan of care.<br>Risk and benefits of treatment were discussed. Disease specific education provided.<br>Signs and symptoms that would need urgent evaluation were discussed with patient. |
| 2. | Assessment | Gender identity disorder in adults (302.85). |
| | Impression | Continue estradiol and sprinolactone. Repeat estrogen and testosterone levels in 90 days. Add CMP, CBC, and TSH to those labs as well.<br>Abdominal cramping likely not caused by medication. Discussed with I/I that if it continues can work up for other issues causing the pain.<br>CCC 180 days.<br>. |
| | Patient Plan | Patient expressed understanding of diagnosis, disease process, and plan of care.<br>Risk and benefits of treatment were discussed. Disease specific education provided.<br>Signs and symptoms that would need urgent evaluation were discussed with patient. |

RICHARDSON, JONATHAN    C. 000000127630 ▮▮▮▮▮    12/27/2023 07:49 AM 1/5

STATE006219

Confidential

| 3. | Assessment | Warts (078.10). |
|---|---|---|
| | Impression | As this is a cosmetic concern will not remove at this time. Will follow-up at next CCC and if areas continue to worsen will consider removal at that time. |
| | | . |
| | Patient Plan | Patient expressed understanding of diagnosis, disease process, and plan of care. Disease specific education provided. |
| | | |
| 4. | Assessment | Hypothyroidism (244.9). |
| | Impression | Will check TSH in 90 days with other labs. Continue levothyroxine. CCC 180 days.. |
| | Patient Plan | Patient expressed understanding of diagnosis, disease process, and plan of care. Risk and benefits of treatment were discussed. Disease specific education provided. Signs and symptoms that would need urgent evaluation were discussed with patient. |
| | | |
| 5. | Assessment | Hand weakness (729.89). |
| | Impression | Will give pass for helper in chow hall.. |

**Recurring Orders:**

| Order | Frequency | Duration | End Date |
|---|---|---|---|
| Needs a helper in chow for carrying food/drinks | | | 06/27/2024 |

**Medications** *(Added, Continued or Stopped this visit)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 10/18/2023 | cyanocobalamin (vit B-12) 1,000 mcg tablet | take 1 tablet by oral route every day | N | | | 04/14/2024 |
| 09/26/2023 | estradiol 2 mg tablet | take 4 tablet by oral route every day | N | | | 03/23/2024 |
| 09/19/2023 | fluticasone 232 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | | 03/16/2024 |
| 10/18/2023 | levothyroxine 50 mcg tablet | take 1 tablet by oral route every day | N | | | 04/14/2024 |
| 10/03/2023 | Minerin Creme topical | apply 1 unit by topical route 2 times every day | N | | | 03/30/2024 |
| 09/19/2023 | Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | Please send as no inhaler at this time. | 03/16/2024 |
| 11/09/2023 | Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | | 11/07/2024 |
| 08/28/2023 | spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | | 02/23/2024 |

*Provider:*

RICHARDSON, JONATHAN    C. 000000127630 ▮▮▮▮▮▮    12/27/2023 07:49 AM 1/5

STATE006220

Confidential
Gatwood, NP, Sara  12/27/2023 2:58 PM
*Document generated by*:  Sara Gatwood, NP 12/27/2023 02:58 PM

---

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

RICHARDSON, JONATHAN    C. 000000127630 ■■■■■    12/27/2023 07:49 AM 1/5

STATE006221

Confidential



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

PATIENT:             JONATHAN C RICHARDSON
DATE OF BIRTH:
DOC #:               127630
DATE:                12/17/2023 8:10 PM
VISIT TYPE:          Nurse Visit

## Nurse Visit

Reason for visit:  lab draw

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 4 tablet by oral route every day | N | | |
| fluticasone 232 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| levothyroxine 50 mcg tablet | take 1 tablet by oral route every day | N | | |
| Minerin Creme topical | apply 1 unit by topical route 2 times every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |
| cyanocobalamin (vit B-12) 1,000 mcg tablet | take 1 tablet by oral route every day | N | | |

STATE006222

## Orders

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| completed | CHLAMYDIA/GC BY URINE | | | | |
| completed | COMPREHENSIVE METABOLIC PANEL | | | | |
| completed | ESTRADIOL | | | | |
| completed | LIPID (CARDIAC) PANEL(INCL CHOLESTEROL, TRIG, HDL, LDL) | | | | |
| completed | TESTOSTERONE, TOTAL | | | | |
| completed | TSH | | | | |

## General Comments

VP performed in LAC w/ 23g butterfly x 1 attempt. 2 sst collected. Pt tolerated well.


Document generated by: Kelly Latini, RN  12/18/2023 04:07 AM

................................................................................................

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| Facility: BTC |
|---|

PATIENT: JONATHAN C RICHARDSON
DATE OF BIRTH: ▓▓▓
DOC #: 127630
DATE: 10/18/2023 8:50 AM
VISIT TYPE: Nurse Visit

## Nurse Visit

Reason for visit: Warts to Hand

Statement of complaint (in patient's words): Warts on hand and more keep popping up

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| estradiol 2 mg tablet | take 4 tablet by oral route every day | N | | |
| fluticasone 232 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| levothyroxine 50 mcg tablet | take 1 tablet by oral route every day | N | | |
| Minerin Creme topical | apply 1 unit by topical route 2 times every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |
| cyanocobalamin (vit B-12) 1,000 mcg tablet | take 1 tablet by oral route every day | N | | |

**General Comments**

I/I seen by medical r/t warts on hand. I/I has several warts throughout hands that they state has been increasing in number over the last 4 months. Does have upcoming provider visit for other concerns and will see if it can be addressed at this time. I/I expressed understanding. Returned to dorm at this time.

Document generated by: Reid Heeke, RN  10/18/2023 09:11 AM

------------------------------------------------------------

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**State of Indiana**
Department of Correction

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: BTC

PATIENT:          JONATHAN RICHARDSON
DATE OF BIRTH:    ███████
DOC#:             127630
DATE:             10/18/2023 08:09 AM
VISIT TYPE:       Provider Visit

Established patient

## History of Present Illness:

1.  Lab Follow-up
I/I labs were reviewed and found to have an elevated TSH. Will start on Levothyroxine 50mcg and recheck TSH in 8 weeks. Vitamin B12 also low. Will start on daily Vitamin B12 tabs

## PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Gender identity disorder of adulthood | 06/17/2020 | N | | |
| Asthma | 06/06/2023 | N | | |
| Gastroesophageal reflux disease | 02/19/2015 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Esophageal reflux, 530.81, added by Paul A. Talbot, MD, with responsible provider Paul A. Talbot MD.  Onset date 02/19/2015. |
| Borderline personality disorder | 05/04/2010 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Borderline personality disorder, 301.83, added by Darla Hinshaw, MD, with responsible provider . Onset date 05/04/2010; Axis II. |
| Recurrent major depressive episodes, mild | 10/21/2019 | N | | |

Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Asthma | 03/19/2007 | |
| Polysubstance Dependence | 01/17/2011 | |
| major depression in remission | 01/17/2011 | |

RICHARDSON, JONATHAN   C. 000000127630   ██████   10/18/2023 08:09 AM 1/3

STATE006226

Confidential

| | |
|---|---|
| Nonspecific reaction to tuberculin skin test witho | 02/01/2011 |
| Epilepsy | 06/11/2015 |

Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLINS | Rash | | |
| IBUPROFEN | Rash | | |
| CEFTRIAXONE SODIUM | SOB, chest pressure, rash | ROCEPHIN | Pt was given 0.5mg Epi x1 and NS IV w/ good results |

## Suicide Risk Screening

Medications *(Added, Continued or Stopped this visit)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 10/18/2023 | cyanocobalamin (vit B-12) 1,000 mcg tablet | take 1 tablet by oral route every day | N | | | 04/14/2024 |
| 09/26/2023 | estradiol 2 mg tablet | take 4 tablet by oral route every day | N | | | 03/23/2024 |
| 09/19/2023 | fluticasone 232 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | | 03/16/2024 |
| 10/18/2023 | levothyroxine 50 mcg tablet | take 1 tablet by oral route every day | N | | | 04/14/2024 |
| 10/03/2023 | Minerin Creme topical | apply 1 unit by topical route 2 times every day | N | | | 03/30/2024 |
| 09/19/2023 | Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | Please send as no inhaler at this time. | 03/16/2024 |
| 05/23/2023 | Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | | 11/18/2023 |
| 08/28/2023 | spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | | 02/23/2024 |

*Provider:*
Gatwood, NP, Sara  10/18/2023 8:11 AM
*Document generated by:*  Sara Gatwood, NP 10/18/2023 08:11 AM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204
RICHARDSON, JONATHAN   C. 000000127630 ███████  10/18/2023 08:09 AM 1/3

Confidential

RICHARDSON, JONATHAN   C. 000000127630 ████   10/18/2023 08:09 AM 1/3

STATE006228



**State of Indiana**

**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| **Facility: BTC** |
| --- |

PATIENT:             JONATHAN C RICHARDSON
DATE OF BIRTH:       ███████
DOC #:               127630
DATE:                10/09/2023 8:19 PM
VISIT TYPE:          Nurse Visit

## Nurse Visit

**Nurse Protocols:**

**Review/Comments**
Patient smokes 14.00 packs a year

**Medications**

| Medication | Sig | PRN Status | PRN Reason | Comment |
| --- | --- | --- | --- | --- |
| estradiol 2 mg tablet | take 4 tablet by oral route every day | N | | |
| fluticasone 232 mcg-salmeterol 14 mcg/actuation breath activated powdr | inhale 1 puff by inhalation route 2 times every day approximately 12 hours apart at the same times each day | N | | |
| Minerin Creme topical | apply 1 unit by topical route 2 times every day | N | | |
| Proventil HFA 90 mcg/actuation aerosol inhaler | inhale 2 puff by inhalation route 4 times every day as needed for SOB and wheezing | Y | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | |
| spironolactone 100 mg tablet | take 2 tablet by oral route every day | N | | |

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
| --- | --- | --- | --- | --- | --- |
| completed | VITAMIN D, 1-25 OH | | | | |
| completed | IRON | | | | |
| completed | TSH | | | | |
| completed | VITAMIN B12 | | | | |

**General Comments**

VP completed in the left wrist with 23g butterfly needle x3 attempts, tolerated well. Collected 1 SST.

Document generated by: Carla J. Bollinger, RN  10/09/2023 11:21 PM

--------------------------------------------------------------------------------------
...

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204