# Carlisle, Alexander R

| | |
|---|---|
| **From:** | Stephen B. Levine MD <sbl2@case.edu> |
| **Sent:** | Friday, March 1, 2024 8:38 PM |
| **To:** | Carlisle, Alexander R |
| **Subject:** | Re: Jonathan Richardson a.k.a. Autumn Cordellioné deposition video MP4 |

**\*\*\*\* This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\*\***

Alex,
AC's deposition makes clear that the number of trauma's that this boy experienced are too numerous to count and that no MHP has the words to describe the sequences of adverse processes, the internal response to them, or the social impairments that resulted. AC's gender dysphoria is a product of the need to find coherence, consistency, and stability in an unstable self hating personality.  Her identity enables her to explain her suffering in terms of her body parts and helps her to avoid thinking about the countless traumas (some of which she recalls, others she can not possibly know because they began with her birth (actually with her pregnancy).  From the deposition one can see that AC thinks that vaginoplasty will immeasurably help; so desperate is she that she can't allow herself think about the risks of harms to her genital area and its urinary and sexual function.

In psychiatric tradition, we say that this is a profoundly damaged primitive personality.  No one can be sure of the veracity of her narration of her evolving self.  just as the self harm and suicidal ideation has not disappeared, clincians should assume that gender dysphoria will not cease even if the penis and scrotum are removed.

sb;

Stephen B. Levine, MD Clinical Professor of Psychiatry Case Western Reserve University School of Medicine Psychiatrist at Debalzo, Elgudin, Levine, Risen, LLC. 23425 Commerce Park Suite 104 Beachwood, Ohio 44122-5402 216-831-2900 ext 13 fax 216-831-4306 primary email: sbl2@case.edu secondary email: stephenblevine@sbcglobal.net; hippa compliant email: s.levine@delrllc.com

On Friday, March 1, 2024 at 03:19:15 PM EST, Carlisle, Alexander R <alexander.carlisle@atg.in.gov> wrote:

Dr. Levine,

The link to the plaintiff's videotaped deposition is below. I also attached the written transcript. I look forward to your impressions.

Alex

1

**Alexander Carlisle**

Assistant Section Chief, Government Litigation

Office of Attorney General Todd Rokita

Indiana Government Center South, Fifth Floor

302 West Washington Street

Indianapolis, IN 46204

p: 317.234.6667 | f: 317.232.7979

alexander.carlisle@atg.in.gov

**From:** mail@sf-notifications.com <mail@sf-notifications.com>
**Sent:** Wednesday, February 28, 2024 3:10 PM
**To:** Carlisle, Alexander R <Alexander.Carlisle@atg.in.gov>
**Subject:** Jonathan Richardson a.k.a. Autumn Cordellioné deposition video MP4

**\*\*\*\* This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\*\***



Andy Grove has sent you files.



Expires 08/26/2024

**Need help? We're here for you.**
Visit sharefile.com/support and look for "Start chat."

ShareFile | 621 Hillsborough Street 7th Floor Raleigh, NC 27603
© 2024 ShareFile. All rights reserved. ShareFile, the ShareFile logo, and other marks appearing herein are trademarks of Cloud Software Group, Inc. and/or one or more of its subsidiaries, in the United States and/or other countries. Other product and company names and marks mentioned herein are the property of their respective owners and are mentioned for identification.

Terms of Service | Privacy Policy