UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION


AUTUMN CORDELLIONÉ, ALSO      )
KNOWN AS JONATHAN RICHARDSON,)
                             )
            Plaintiff,       )
                             )
      -v-                    ) CAUSE NO.
                             ) 3:23-CV-00135-RLY-CSW
COMMISSIONER, INDIANA        )
DEPARTMENT OF CORRECTION, IN )
HER OFFICIAL CAPACITY,       )
                             )
            Defendant.       )


The deposition upon oral examination of STEPHEN BARRETT LEVINE, MD, a witness produced by means of videoconference and sworn before me, Gretchen Fox, RPR, Notary Public in and for the County of Johnson, State of Indiana, taken on behalf of the Plaintiff remotely via Zoom videoconference on February 7, 2024, at 9:00 a.m., pursuant to all applicable rules.


CIRCLE CITY REPORTING
135 North Pennsylvania
Suite 1720
Indianapolis, IN  46204
(317) 635-7857

2

```
1                    APPEARANCES VIA ZOOM

2    FOR THE PLAINTIFF:

3         Gavin M. Rose, Esq.
          Kenneth J. Falk, Esq.
4         Stevie J. Pactor, Esq.
          ACLU OF INDIANA
5         1031 East Washington Street
          Indianapolis, IN  46202
6         Grose@aclu-in.org
          Kfalk@aclu-in.org.
7         Spactor@aclu-in.org

8
     FOR THE DEFENDANT:
9
          Alexander R. Carlisle, Esq.
10        Rebekah Durham, Esq.
          Katherine Meltzer, Esq.
11        INDIANA OFFICE OF THE ATTORNEY GENERAL
          302 West Washington Street
12        IGS 5th Floor
          Indianapolis, IN 46204
13        Alexander.carlisle@atg.in.gov
          Rebekah.durham@atg.in.gov
14        Katherine.meltzer@atg.in.gov.

15

16

17

18

19

20

21

22

23

24

25
```

INDEX OF EXAMINATION

|  | PAGE |
|---|---|
| DIRECT EXAMINATION | |
|    Questions By Mr. Rose: | 5 |
| CROSS-EXAMINATION | |
|    Questions By Mr. Carlisle: | 157 |
| REDIRECT EXAMINATION | |
|    Questions By Mr. Rose: | 173 |
| RECROSS-EXAMINATION | |
|    Questions By Mr. Carlisle: | 173 |

INDEX OF PREVIOUSLY MARKED EXHIBITS

| NUM. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 31 | Curriculum Vita | 11 |
| Exhibit 32 | Expert Report of Stephen B. Levine, MD | 73 |
| Exhibit 33 | Genital Reconstruction Surgery in Male to Female Transgender Patients: A Systematic Review of Primary Surgical Techniques, Complication Profiles, and Functional Outcomes from 1950 to Present Day | 80 |
| Exhibit 34 | Surgical Outcome after Penile Inversion Vaginoplasty: A Retrospective Study of 475 Transgender Women | 87 |
| Exhibit 35 | Reversal Surgery in Regretful Male-to-Female Transsexuals After Sex Reassignment Surgery | 95 |
| Exhibit 36 | Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners | 97 |

| 1 | Exhibit 37 | Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden | 102 |
| 2 | | | |
| 3 | Exhibit 38 | Association Between Gender-Affirming Surgeries and Mental Health Outcomes | 111 |
| 4 | | | |
| 5 | Exhibit 39 | Patients' Perceived Level of Clinician Knowledge of Transgender Health Care, Self-rated Health, and Psychological Distress Among Transgender Adults | 114 |
| 6 | | | |
| 7 | | | |
| 8 | Exhibit 40 | Effects of Different Steps in Gender Reassignment Therapy on Psychopathology: A Prospective Study of Persons with a Gender Identity Disorder | 120 |
| 9 | | | |
| 10 | Exhibit 41 | WHOQOL-100 Before and After Sex Reassignment Surgery in Brazilian Male-to-Female Transsexual Individuals | 121 |
| 11 | | | |
| 12 | Exhibit 42 | Mental Health and Gender Dysphoria: A Review of the Literature | 126 |
| 13 | | | |
| | Exhibit 43 | Transgender Offender Manual | 134 |
| 14 | Exhibit 44 | NCCHC Position Statement | 136 |
| | Exhibit 45 | Male Prison Inmates with Gender Dysphoria: When is Sex Reassignment Surgery Appropriate? | 137 |
| 15 | | | |
| 16 | | | |
| 17 | Exhibit 46 | American Psychiatric Association The Principles of Medical Ethics with Annotations Especially Applicable to Psychiatry 2013 Edition | 143 |
| 18 | | | |
| 19 | Exhibit 47 | Norsworthy v. Beard District Court Decision | 145 |
| 20 | Exhibit 48 | Genital Gender-Affirming Surgery for Transgender Women | 156 |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

1    STEPHEN BARRETT LEVINE, MD,

2   having been first duly sworn to tell the truth, the

3   whole truth, and nothing but the truth, testified as

4   follows:

5   DIRECT EXAMINATION

6   BY MR. ROSE:

7   Q   Good morning, Doctor.  Can you just state your name

8       for the record real quick.

9   A   Stephen, with a p-h, Barrett Levine.

10  Q   And I'm aware that you have had your deposition

11      taken before, is that correct?

12  A   Yes.

13  Q   And approximately how many times?

14  A   I think I would say ten.

15  Q   And how recent was the most recent time you were

16      deposed?

17  A   A week ago.  Two weeks ago.

18  Q   Okay.  The ten times you had your deposition taken,

19      had they all concerned issues related to gender

20      dysphoria or its treatment?

21  A   For all practical purposes, yes.

22  Q   Okay.  I understand that you're a seasoned veteran

23      at this point, but you understand that this is a

24      formal asking and answering of questions under

25      oath, correct?

1    A    Yes, I do.

2    Q    And I'll ask at the outset.  Can you hear me okay?

3    A    Yes.

4    Q    If at any time -- I have a tendency sometimes to

5         let my voice drift a little bit, so anytime if you

6         can't hear me, please just let me know, and I will

7         speak up or repeat my question, is that okay?

8    A    That's okay.

9    Q    Okay.  And I assume you have had your deposition

10        taken remotely before as well?

11   A    Yes.

12   Q    All right.  So the one thing I will point out,

13        which I'm sure you're aware, is because the court

14        reporter is writing down everything that we say,

15        it's very important for you to wait until I finish

16        asking my questions until you provide your answers.

17        And I will do my best to extend the same courtesy

18        to you, is that fair?

19   A    That's fair.  I'm -- that's fair.

20   Q    Do you have any questions about the process?

21   A    I don't think at this point.

22   Q    Okay.  I'm sure you have had depositions taken

23        before that have lasted all or most of the day.  It

24        is very much my intention to get you out of here

25        even before anyone has to start thinking seriously

1    about a lunch break, but with that said, we'll just

2    have to see how it goes.  But if at any point you

3    feel like you need a break to use the restroom, get

4    a drink of water, stretch your legs, please just

5    speak up, and I am positive we can make that

6    happen, is that okay?

7  A  That's okay.  I -- the other day I mentioned to

8    Mr. Carlisle that I would like a break every 90

9    minutes.

10 Q  And attorneys are creatures of habit, so we usually

11   break between 60 or 90 minutes just because we do,

12   so that's perfectly fine.  But if I start ignoring

13   that, please just let me know if you need a break,

14   that's 100 percent fine.  Because I, as a human

15   being do not trust other human beings, I'm going to

16   be sharing my own exhibits on the screen with you

17   today.  You will notice that on certain exhibits I

18   have highlighted portions of them.  The only reason

19   I do that is to direct my own eyesight so that I

20   don't waste your time while I try to find the right

21   portion.  I understand that you're a little limited

22   by what you can see when the share screen function

23   is used, so if you need me to scroll up or down,

24   please just let me know, and that's easy enough,

25   okay?

1    A    Yes.

2    Q    Okay.   Where are you physically located right now?

3         It looks like you might be in your home?

4    A    I'm in my home.

5    Q    And just city and state, where is your home

6         located?

7    A    Mayfield Heights, Ohio, which is a suburb of

8         Cleveland.

9    Q    Okay.   And I do assume no one else is in the room

10        with you right now?

11   A    That's true.   No one is in the room with me.

12   Q    And do you have any documents in front of you?

13   A    I have my CV, which is Exhibit 31, and Exhibit 32,

14        my expert opinion report.

15   Q    That answers my question.   My next question -- I

16        can tell -- I did tell Mr. Carlisle that it might

17        make things go a little more expeditiously if you

18        had hard copies of those in front of you.   Even

19        though I'm sharing my screen, please feel free to

20        rely on the hard copies when we start talking about

21        those.   Other than those two documents, do you have

22        any other documents in front of you?

23   A    I have a pad with your name on it and a few things

24        on the desk from my work here from -- but it's

25        irrelevant to you, and I have a glass of water.

1  Q  I do as well.  Do you have any documents open on

2     your computer?

3  A  No.

4  Q  Okay.  Okay.  What did you do to prepare for your

5     deposition today?  Let me break that down.  Did you

6     speak with anyone in preparation for your

7     deposition today?

8  A  I spent almost two hours on Monday with

9     Mr. Carlisle --

10  Q  Okay.

11  A  -- by video conference, and the night before I

12     re-read my expert opinion report.

13  Q  Other than that report, did you read anything in

14     preparation for today's deposition?

15  A  Well, I did read an article on surgery, on the

16     complications of surgery, which is not in my expert

17     opinion report.

18  Q  Okay.  Do you know who the author of that article

19     is?

20  A  It's Wouter B. Van der Sluis.  It's S-l-u-i-s.

21  Q  And S-l-u-i-s is the last name?

22  A  Yeah.

23  Q  And when did -- when was that article published?

24  A  '23.

25  Q  And this article was not cited in your expert

1    report, is that correct?

2  A  No.  I think I found it after I submitted the

3    report.

4  Q  Okay.  And it sounded like the article concerned

5    complication rates for gender affirmation or

6    confirmation surgery?

7  A  It was entitled "Genital Gender Affirming Surgery

8    for Transgender Women," and it was from a

9    Netherlands group.

10 Q  Okay.

11 A  So I guess in answer to your question on the side

12    here, I have my file, and it was contained in my

13    file in this case.

14 Q  Is that the only article you read in preparation

15    for today's deposition?

16 A  Well, it's the only article I read in the last two

17    days.

18 Q  That's a perfectly fair way of responding to that

19    question.  I assume you read it recently simply

20    because it only recently came to your attention?

21 A  No.  I read it, I think, Sunday.

22 Q  And did you read it Sunday for the first time?

23 A  Yes.

24 Q  Okay.  Other than Mr. Carlisle, did you speak to

25    anyone else in preparation for your deposition

1     today?

2  A  Well, my wife asked me what I was doing today, and

3     I told her, and I mentioned Indiana and prisoner.

4     Other than that, no.

5  Q  I assume that was the extent of your conversation

6     at least about the substance of your deposition

7     with your wife?

8  A  That's all I said, you know.

9  Q  Okay.  I also told my wife I had a deposition

10    today.  Okay.  I'm going to pop up on the screen

11    real quick just for the record what I have marked

12    as Exhibit 31.  Do you see that in front of you?

13  A  I do.

14  Q  Okay.  And that is your curriculum vitae, right,

15    your CV?

16  A  Yeah.  We pronounce it vitae, but maybe it's a

17    different accent.  I don't know.

18  Q  And by "we," you mean people in the English

19    speaking world who know how to pronounce things

20    correctly?

21  A  Well, that's too harsh, but...

22  Q  And this document was tendered to us just a couple

23    of weeks ago.  I assume it's your most recent

24    version of your CV?

25  A  It's the most recent version, but I have

1    subsequently submitted an article for publication

2    which is probably not on -- which is not on this,

3    but that's the only difference.

4  Q  Okay.  And has that article been accepted for

5    publication yet?

6  A  No, no.  It's just been submitted.  It's probably

7    months away from acceptance or rejection.

8  Q  Okay.  And do you know what the title of that

9    article is?

10  A  Well, I better know.  It's called "A Comprehensive

11    Psychiatric Evaluation for Transgender-identified

12    Minors."

13  Q  Okay.  And it sounds like it's limited in substance

14    to the treatment of minors?

15  A  No.  It's about the evaluation of minors in

16    preparation for treatment, but, of course, the

17    implications of -- the implications would be that

18    everyone who is transgender-identified that is

19    seeking some kind of medical assistance ought to

20    have a comprehensive evaluation, but you're right

21    that, you know, it denotes that age group.

22  Q  Okay.  You are a licensed psychiatrist, is that

23    correct?

24  A  Correct.

25  Q  And I assume you're licensed by the state of Ohio?

1   A   Yes.

2   Q   Are you licensed by any other states?

3   A   No.

4   Q   All right.  Do you consider yourself to have a

5       specialty within the realm of psychiatry?

6   A   Yes.

7   Q   And what is that specialty?

8   A   Human sexual concerns, so that involves love

9       relationships that manifest with sexual life and

10      sexual problems, sexual dysfunction, marital

11      relationships, sexual identity issues.  So I have

12      been a specialist in that since my residency ended

13      in 1973.  I was hired to develop a curriculum on

14      human sexuality for medical students and to develop

15      clinical care services in our department of

16      psychiatry.  So since July of '73, that's been my

17      major focus, although I am a general psychiatrist,

18      adult psychiatrist first and foremost, and that's

19      my subspecialty, and I have always considered

20      myself an educator.

21   Q   Okay.  And in your specialty of human sexual

22      concerns, I assume that relates to both cisgender

23      and transgender persons?

24   A   Yes.

25   Q   And do you have any -- forgive me.  I simply don't

1     know how it works -- but do you have any board

2     certifications?

3  A  Yes.  I'm board certified in adult psychiatry and

4     neurology.

5  Q  All right.

6  A  That's the name of the board, psychiatry and

7     neurology.  You shouldn't infer from that that I'm

8     a specialist in neurology.

9  Q  Okay.  And that was going to be my next question,

10    but adult psychiatry and neurology is one board

11    certification, correct?

12  A  Yes.

13  Q  Okay.  Okay.  My understanding then is that you

14    began your psychiatric residency in 1970 and

15    finished it, I think you mentioned, in '73, is that

16    correct?

17  A  Correct.

18  Q  And then in 1974, you founded the gender Identity

19    Clinic at Case Western University in Cleveland?

20  A  You know, I'm not sure whether it was late '73 or

21    '74.  Certainly by '74 it was up in operation.  It

22    may have been in November.

23  Q  Okay.

24  A  Yeah.

25  Q  If this case hinges on the difference between 1973

1 and 1974, I'm quitting show business, okay?

2 A Yeah.

3 Q Was that the clinic's formal name, The Gender

4  Identity Clinic?

5 A No.  It was called the Case Western Reserve Gender

6  Identity Clinic, and that was because it was a

7  compilation of therapists or psychiatrists from two

8  of the universities' major teaching hospitals so --

9 Q Okay.  And please forgive me if I'm wrong.  I

10  thought I read somewhere it being mentioned as the

11  University Hospital of Cleveland Sexual Dysfunction

12  Clinic.  Do you know what that is, or is that the

13  same thing?

14 A No, it's not the same thing.

15 Q Okay.

16 A In the process of the early years of my work, I

17  established a number of clinics having to do with

18  sexual topics.  There was a sexual dysfunction

19  clinic for problems, like in women, inability to

20  have an orgasm and decreased sexual desire or

21  absence of sexual desire or pain on penetration or

22  the inability to tolerate intercourse, and for men,

23  to do care of problems like premature ejaculation

24  and what in those days was called impotence or

25  inability to maintain an erection for sexual

1    purposes.

2        And then we established a separate clinic for

3    paraphilias which are -- just for paraphilias, and

4    then we established a clinic called Marital Therapy

5    Clinic.  And along the way, we established the

6    liaison work in the Department of Urology separate

7    from the sexual dysfunction clinic because in

8    urology -- but basically that was a men's sexual

9    health issue, and then there was a Gender Identity

10    Clinic, and a little bit later, a lot later, we

11    established a clinic called The Program for

12    Professionals where we started dealing with doctors

13    and teachers and nurses who had crossed sexual

14    boundaries in the context of their professional

15    life.

16        So in the process of developing both education

17    and clinical services, we realized that it's a very

18    broad topic how human sexual problems fall into

19    categories, and so we sort of commandeered various

20    people from the Department of Psychiatry and from

21    the community to form -- to meet regularly to think

22    about how best to conceptualize and treat these

23    various sexual forms of suffering or problems.

24  Q  Okay.  Speaking specifically about The Gender

25    Identity Clinic, my understanding is that it was

1      formally associated with Case Western from 1973 or
2      '74 until 1993, is that right?
3   A  Yes.
4   Q  And in '93, it disassociated from Case Western and
5      changed its name?
6   A  Yes.
7   Q  Okay.  What did it change its name to?
8   A  Well, just -- I think just The Gender Identity
9      Clinic because we just dropped the Case Western
10     Reserve.
11  Q  Okay.  And then has it since been renamed?
12  A  Yes.  It's now called The Gender Diversity Clinic.
13  Q  And when did that change happen?
14  A  Probably close to 2017, plus or minus.  Either 2017
15     or 2018, something like that.
16  Q  Okay.  And is it currently in operation under the
17     name of Gender Diversity Clinic?
18  A  Yes.
19  Q  And do you still work there?
20  A  I do.  I am the head of that clinic.
21  Q  Okay.  And my understanding is that you also
22     maintain a separate private practice right now?
23  A  Well, I'm in private practice, and I used to own,
24     with colleagues from 1993 on, a private practice.
25     And we maintain -- our work, our focus -- my two

1    colleagues were also experienced specialists in

2    various sexual problems.  And in 2017, I sold my

3    practice to two of my employees, and so they have

4    made a number of changes, and one of the changes

5    was in keeping with what was going on in the

6    culture, we changed our name from The Gender

7    Identity Clinic to Gender Diversity Clinic.  But

8    both of my original partners have retired, and I'm

9    left as an employee of DeBalzo Elgudin

10   Levine & Risen, and I run the gender clinic, you

11   know.  It's -- I run the gender clinic.

12 Q  And before we go forward, I will do this for the

13   court reporter, but DeBalzo is D-e-b-a-l-z-o?

14 A  Yeah, and the B is capital.

15 Q  Okay.  And E-l-g-u-d-i-n?

16 A  Yes.

17 Q  And Risen is R-i-s-e-n?

18 A  Yes.

19 Q  Okay.  Do you run The Gender Diversity Clinic

20   through that private practice, DeBalzo and others?

21 A  Yes.  It's an integral part of it.

22 Q  Okay.  Has that been the case since 1993 you have

23   run the clinic through your private practice even

24   though there might have been different names to the

25   practice?

1  A  Yes.

2  Q  Okay.  And has the focus -- I understand the

3     sciences have evolved since 1973 or '4, but has the

4     focus of the clinic changed between its inception

5     and today?

6  A  Oh, yes.  In the '70s, none of us -- none of us

7     understood any of this.  This was a new phenomenon

8     to psychiatry.  For example, I never heard of

9     transsexualism until my senior year, until the

10     spring or March of 1973 when there was a person

11     admitted to urology for -- under the word -- under

12     the label chronic prostatitis, and it was

13     discovered by the nursing staff that the head of

14     urology was planning to remove his genitals and

15     create female genitals.  And that created an alarm

16     in the medical administration, and the patient was

17     discharged without surgery, and the head of the

18     Department of Urology was slapped on the wrist for

19     this.

20        But that was the first time I heard about

21     this, and this particular patient had just visited

22     the urologist who agreed to do the surgery, and

23     there was no psychiatric screening whatsoever back

24     then.  And that got us thinking that psychiatry

25     needed to play a role in this phenomenon that we

didn't know anything about, and on June 30 of 1973,
I was a senior resident of psychiatry. And on the
next day, July 1, 1973, people began referring to
me as an expert in human sexuality. You know, you
have to take these things with a grain of salt.
But what happened in about 13 days is one of my
supervisors sent me a patient that he had seen once
saying that you should see the expert down at Case
Western Reserve, Dr. Levine. And this was a man
named Rutherford who told me the story that he was
sitting underneath his oak tree with a gun in his
mouth, and he decided he had a choice in life,
either to pull the trigger or to become a woman.
And so by whatever the date was, July, I had seen
my first transgender patient. And, of course, I
had never seen anybody like that, and so I went to
the chairman of my department who was my mentor,
and I said, what should I do? And he said he
didn't know. He had never seen this before. And
so that was the -- that really was the beginning of
the Case Western Reserve Gender Identity Clinic.
We decided we needed to study this phenomenon. Of
course, we didn't know what to do with these
patients.

　　　　And we began realizing that since Christine

1   Jorgensen's' fame in 1953, '52 and '53, there had
2   been a trickle of people who -- they were almost
3   all men almost, all middle aged men who had this
4   interest -- and so we started this clinic with five
5   or six people from two hospitals.  And I'm telling
6   you, for the next 18 years, we had a steady stream
7   of people, mostly men, mostly in their 20s to 60s,
8   who began telling us trans stories.  And many of
9   us -- my entire clinic then joined what was called
10  in those days the Harry Benjamin International
11  Gender Dysphoria Association, and we started going
12  to meetings every two years.  There was a group of
13  us around the world, actually.  I mean Europeans
14  and North Americans who also didn't know what to do
15  with these people, but they included a bunch of
16  surgeons, and it was very clear that many of these
17  men said that they wanted surgery, and many of the
18  surgeons started doing the surgery.  So I was part
19  of this international process of trying to figure
20  out what's going on here, and I guess the rest is
21  history.
22  Q   Did the -- just for the record -- and I'm not going
23      to repeat the entire name, but the Harry Benjamin
24      organization, that's the organization that's
25      currently known as WPATH?

1  A  Yes.  In 2007 it changed its name, and if you want

2     me to repeat it, it's the Harry Benjamin

3     International Gender Dysphoria Association.

4  Q  Is it fair to say that from the time that the

5     clinic opened in the '70s until today its focus has

6     been exclusively on persons who either have been

7     diagnosed with what is now known as gender

8     dysphoria or otherwise experiencing issues related

9     to their gender identity?

10 A  Yes, it's fair to say that that was the primary

11    focus.  In studying these folks, while all of them

12    had at least entertained an aspiration to live in

13    the opposite gender role, we got to know many of

14    these people, and they had many, many problems.

15    And so the focus -- you know, the focus always

16    began with the gender issue, but in the course of

17    our evaluation, you know, some of them were -- a

18    few of them were psychotic, and many of them were

19    chronically depressed.  We didn't have the word for

20    autism in those days, but today, in retrospect,

21    many of them were very -- they had

22    neurodevelopmental problems.  And so it was all

23    about the focus about gender identity.  That's why

24    they came here because there was a clinic.  There

25    was one clinic in Cleveland devoted to these

1    issues, and people from mostly all over the state

2    came to us primarily in the three-county area

3    around us but sometimes from more distance.

4  Q  Okay.  I'm sorry.  Since its inception, has the

5    clinic ever served minors?

6  A  Oh, yes, we occasionally -- somewhere in the early

7    '80s, I remember a parent came to me as a private

8    practitioner because they had a four-year-old,

9    cross-gender-identified child, and we did see an

10   occasional minor.  But I would say 85 percent of

11   the people we saw during those 18 years were

12   adults, and I remember I presented a paper on, I

13   think, about 80 people, and they were all adults.

14 Q  And why are you breaking it down into the first, I

15   guess, 18 years before it become -- before it

16   switched away from being known as The Gender

17   Identity Clinic?

18 A  Because in the first 18 years, I was in a

19   university setting where we had medical students,

20   psychiatric residents, and fellows in human

21   sexuality.  And I also had sort of collected or

22   gravitated towards our work a number of people who

23   wanted -- were interested -- who were interested

24   for their careers, and that gave us an opportunity

25   to collect the systematic data on these things, and

1      it enabled us to present some data in

2      presentations.

3          I had this wonderful colleague who was

4      obsessive-compulsive enough to want to keep track

5      of things, and so that ended in 1992, 1993, when he

6      left the university, so that's why I make the

7      distinction.

8  Q   And that was going to be my next question.  When

9      you're referring to the first 18 years, you're

10     referring to the period of time that the clinic was

11     formally associated with Case Western?

12 A   Yes.

13 Q   Okay.  Okay.  During these first 18 years then,

14     what type of services were offered by the clinic?

15 A   Well, everyone had an evaluation, and that

16     evaluation typically consisted with a -- sort of

17     three to six hours with an individual person and

18     psychological testing.

19 Q   I'm sorry, Doctor.  I don't mean to cut you off.

20     Let me ask a real quick clarification on that.

21     When you say "evaluation," you mean a psychiatric

22     evaluation?

23 A   Yes.

24 Q   Okay.

25 A   A mental health professional who belonged to our

1    clinic would be assigned to a patient, and the

2    patient -- that person would meet with the person

3    between three and six hours and perform -- and give

4    them psychological tests, the MMPI and the MCMI.  I

5    don't need to tell you what they stand for.  And

6    then they would present that case to our entire

7    clinic, and usually I would say almost always that

8    person was interviewed by one of the senior members

9    by someone other than the clinician, and then we

10    would come together and agree or disagree with the

11    diagnosis and then contemplate what should be done

12    next.  And we would try to make that decision as a

13    group, so sometimes we would -- we would be able to

14    make the decision during the one-hour period where

15    there was a presentation and interview and then a

16    discussion, and sometimes we had to wait until the

17    next meeting to make a decision because we ran out

18    of time.

19  Q    Okay.  I assume that when you were agreeing on a

20    diagnosis, sometimes patients were diagnosed by

21    clinic staff as having what would now be known as

22    gender dysphoria?

23  A    Yes.  In those days, we called it transsexualism.

24  Q    Sure.  And --

25  A    And then we called it gender identity disorder

1      after a while.

2   Q   Sure.  And I don't want either of us to get bogged

3      down in semantics.  Is it okay with you if I use

4      the current terms, and we can agree that includes

5      predecessor terms?

6   A   I'm sorry.  There was -- one phrase was garbled.

7      You said -- did you say if we just agree to use

8      gender dysphoria?

9   Q   Is it okay if we just agree to use the current --

10  A   Oh, yes.

11  Q   -- terminology?

12  A   Yes.  The current ideology -- the current

13     nomenclature seems to be synonymous.  It's not

14     really, but it seems to be synonymous, gender

15     dysphoria or gender incongruence.

16  Q   And during these first 18 years, approximately how

17     many patients did the clinic diagnose with gender

18     dysphoria?

19  A   I'm going to smile and say 315.

20  Q   And I knew we're not going to have an exact number.

21     Is it fair to say it was in the hundreds?

22  A   No.  I'm serious.  It was 315 or 318, something

23     like that.  I mean, we kept track.

24  Q   I'm sorry.  I thought you were teasing me.

25  A   No.  No.  No.  No.  I'm sorry I misled you.  As I

1    say, we had this wonderful guy with a little

2    obsessive-compulsive capacities, and he wanted to

3    keep track.  And we -- that number was I think

4    when -- as a result -- I'm told that number

5    represents 1992.

6  Q  It represents 1973 through 1992?

7  A  Yeah.  And I'm sure that's not the complete number

8    of patients, but those were the number of records

9    that we had.

10  Q  Okay.  And of those 300-odd-some patients that the

11    clinic diagnosed with what is now known as gender

12    dysphoria, what type of services did the clinic

13    offer to those people?

14  A  Well, we offered continuing psychotherapy.  That is

15    we -- so we offered continuing psychotherapy, and

16    we offered continuing relationships while they did

17    other things like we would send a letter to an

18    endocrinologist.  We had actually an

19    endocrinologist on our committee, and he didn't

20    attend the meetings regularly.  We also had a

21    surgeon who attended occasional meetings but -- so

22    the answer to your question was that we sometimes

23    would write a letter based upon our psychiatric

24    evaluation.  I think I forgot to tell you that as a

25    result of the psychiatric evaluation, there was a

1    report written, and that's why we had 318 charts

2    because I had 318 reports.  So we would use those

3    reports and use a cover letter to say the patient

4    wanted surgery -- I'm sorry -- wanted hormones, and

5    we see no major reason not to do this.  We actually

6    never recommended hormones, and we never

7    recommended surgery.  But we felt that the patient

8    had met our requirements, and if they wanted to

9    take the risk of these unknown treatments, it was

10   their prerogative to do that.

11  Q  So if the patient wanted hormones and you did not

12   see a reason not to have -- for them not to have

13   hormones -- it sounded like you wrote a letter

14   explaining that to an endocrinologist?

15  A  Yes.  But either we would incorporate the original

16   evaluation report into that letter, or we would

17   send a letter plus the original evaluation.  We

18   felt very strongly that the doctor who was going to

19   take responsibility to give hormones needed to

20   understand the psychiatric background and the

21   psychiatric challenges that this person

22   represented, that this person had.  See, none of us

23   knew what the outcomes of these cases were.

24  Q  Sure.

25  A  And there was really very few published studies

1    that amounted to, what I say, good science, and we

2    were just part of this international community that

3    thought that maybe this experiment would help these

4    people.

5    Q    Okay.  We have been talking, Doctor, about

6    hormones.  I assume we agree that we're talking

7    about what I would refer to as gender-affirming or

8    gender-confirming hormones?

9    A    I don't believe we used those terms in those days,

10   so most of these were men, so we were talking about

11   estrogens.

12   Q    And then for -- you mentioned also the clinic would

13   occasionally write letters to surgeons?

14   A    Yes.  Yes.

15   Q    And I assume that these letters said something

16   similar along the lines of this patient diagnosed

17   with gender dysphoria has expressed a desire for

18   surgery, and we see no reason why that should not

19   happen?

20   A    No, not exactly the latter.  We would tell them how

21   long we have known the person.  We would give them

22   a description of the person's life and psychiatric

23   challenges or interpersonal challenges, their

24   psychiatric diagnoses.  And we would say that we

25   asked the person to participate with us over a

1  period of time, and they have done this, and they

2  persisted.  They persisted in the wish to see a

3  surgeon and to contemplate having surgery.  And so,

4  you know, you could decide what you want to do,

5  Doctor.

6  Q  Is it fair to say that you would not -- or you --

7  that the clinic would not write that letter either

8  to the endocrinologist for hormones or to the

9  surgeon for surgery if you saw a reason that that

10  person should be disqualified from receiving that

11  particular treatment?

12  A  Yes.  We saw people that we thought it would be

13  grossly inappropriate and not in their best

14  interest because of associated psychopathology to

15  have surgery, right.

16  Q  And for those persons, you would not write the

17  letter; you would not refer them?

18  A  You see, we would tell them in a personal interview

19  why we weren't going to do that.

20  Q  Okay.  Of the 315 or 318 gender dysphoric patients

21  during this 18-year period, about how many of those

22  persons began receiving gender-affirming hormones?

23  A  I have to think about that.

24  Q  That's fine.

25  A  I imagine 40 to 50 percent.  I want you to know I'm

1    guessing.

2  Q  Sure.  Sure.  And approximations are perfectly fine

3     with me.  I understand that, A, it's a lot people,

4     and, B, it was a long time ago.  Of these 315 or

5     318 patients, approximately how many received

6     gender-affirming genital surgery?

7  A  Much fewer.  Probably a dozen.

8  Q  Had any received any gender-affirming surgeries

9     other than genital surgery?  Excuse me.  Let me

10    rephrase that.  Strike that.  Had any of them

11    received gender-affirming surgeries but had not

12    received genital surgery?

13 A  If I can interpret your question.

14 Q  By all means.

15 A  And rephrase it.  Did we remove -- did we send any

16    biologic females who were cross-gender identified

17    to have mastectomies?  And because the vast

18    majority of the people were males, that didn't come

19    up very often in the '70s and the '80s, but there

20    must have been an occasional person who decided to

21    remove her breasts or, shall we say at this point,

22    his breasts.  Is that the question you were really

23    asking?

24 Q  It's close enough.  How about that?  I'll move on.

25    I found an article from you that you wrote that was

1  published in 1981 called "Expressive psychotherapy
2  with gender dysphoric patients."  Are you familiar
3  with the article I'm referring to?
4  A  That's the one with Dr. Lothstein as a coauthor?
5  Q  I apologize.  I don't remember.  It's the one that
6  I think details the clinic's experience with the
7  first 50 patients it saw.
8  A  Well, I didn't remember that, but you have read it
9  since I have.
10 Q  And if you don't remember it, I'm not going --
11 A  In the early '80s, Dr. Lothstein and I wrote two
12  articles, I think, about psychotherapy with these
13  patients, yeah.
14 Q  Okay.  And the only thing I was going to ask you is
15  that in the article, you say that of the 50 gender
16  dysphoric patients that have been seen at the
17  clinic at the time, 10 percent have received both
18  gender affirming surgery and psychotherapy.
19 A  Okay.  I didn't remember that.
20 Q  Okay.  Then I will not ask you about it.
21 A  Okay.
22 Q  After -- other than the change in science to the
23  focus -- I'm sorry.  Let me strike the question.
24  Focusing now on the period of time after the clinic
25  ceased being formally associated with Case Western

```
 1        to the present time, I assume that the clinic still
 2        provides and has provided throughout the time the
 3        psychological evaluation or psychiatric evaluation
 4        for patients?
 5    A   Yeah.  We are mental health professionals, and so
 6        the idea of meeting a person and sending them to
 7        hormones without a psychiatric evaluation without
 8        an investigation of what is this about, it's just
 9        incompatible with how we think.
10    Q   Since the clinic disaffiliated from Case Western,
11        approximately how many patients has the clinic
12        diagnosed with gender dysphoria or its predecessor
13        terms?
14    A   Well, I haven't kept track of that, but I could say
15        that it was -- the rate of referrals was much less
16        from 1993 even to the present.  And one of the
17        reasons for that is that in the early -- in the 18
18        years that we were operationally within Case
19        Western Reserve, we were the only clinic in town,
20        and then in the '90s, other clinics, Metropolitan
21        Health Clinic, had what was a spinoff clinic to
22        deal with sexual minorities, mostly lesbians and
23        gay people, and they began getting interested in
24        the treatment of trans-identified people.  And then
25        the Cleveland Clinic got interested in this, and
```

1    then the university hospitals got interested in

2    this.  And so in the '90s, we went from being the

3    only place in town and known as basically a

4    conservative, let's investigate this, let's think

5    about this together, to these other clinics that

6    believed in the best way to treat these people was

7    to affirm them.

8        And so we began sometimes seeing people who

9    had come from these clinics who on the first visit

10   would get a diagnosis and a recommendation for

11   hormones, and so we basically got shut out of the

12   game, so to speak, of taking care of these people.

13   Not only that, some of the people we trained went

14   into private practice, and they started taking care

15   of gender people.  So instead of having, you know,

16   a new patient a week, so to speak, we had an

17   occasional adult patient come to see us and more

18   and more during the '90s and the -- since that time

19   we began seeing people who had a lot more hesitance

20   about this, and they wanted to talk about this.

21   For example, someone came to see me and had been --

22 Q  I'm so sorry, Doctor.  Let me cut you off because I

23   really don't want to take your entire day up.  The

24   question I had asked you was since 1993,

25   approximately how many patients the clinic had

1     diagnosed with gender dysphoria, and it sounds to

2     me like you do not know.

3  A  Since -- so the -- we're talking about 31 years.

4  Q  Sure.  And a rough approximation is fine with me.

5     Are we talking about a number in the hundreds?  In

6     the dozens?  Thousands?

7  A  I think we're probably talking about 50, 60.

8  Q  Okay.  And of those 50 or 60 patients, I assume

9     there had been occasions where you have written

10    referrals for either hormones or surgery?

11 A  There have been rare occasions that I have done

12    that, yes.

13 Q  And of those 50 or 60 persons, approximately how

14    many did the clinic write a referral for a patient

15    to receive hormone therapy?

16 A  I would probably say a handful.

17 Q  Okay.  And approximately how many of these 50 or 60

18    people did the clinic write a referral for surgery?

19 A  Less.

20 Q  Just a couple?

21 A  Well, I have written letters for surgery for people

22    who chose not to have it, and so I think that's a

23    very important thing to get into the record here.

24    One of my current patients I wrote a letter in

25    support for orchiectomy, and the patient decided

1    not to have it.  I can't remember the year, but I

2    know we approved someone for a vaginoplasty, and he

3    also decided not to have it and then

4    de-transitioned.  So most -- see, in recent years,

5    most of the patients that I have seen have been

6    minors, adolescents.  You also probably know that I

7    have been involved with the Massachusetts

8    Department of Corrections for 17 years, and so most

9    of my experience with adults in recent years have

10   been through the prison system.

11 Q Let me just ask you this very broadly, and if you

12   need to rephrase the question, please feel free to

13   do so.  But over the last decade or so,

14   approximately how many gender dysphoric patients

15   have you had at any one time?

16 A What was the last three words?

17 Q At any one time.

18 A Oh, at any one time.  I would say, like, four.

19   That's not including the people that I supervise.

20   So if you include that, the numbers get higher,

21   much higher.

22 Q For patients who came into the clinic either with a

23   diagnosis of gender dysphoria or the clinic

24   diagnosed with gender dysphoria who expressed an

25   interest in obtaining one or more gender-affirming

1      surgeries, did the clinic itself perform an

2      evaluation for the appropriateness of those

3      surgeries?

4   A  Your question assumes that we have the capacity to

5      discern what is appropriate and what is

6      inappropriate when it comes to surgery.  I actually

7      think that we don't have a crystal ball about who

8      is going to do well and who is not going to do

9      well, and I actually do not have enough narcissism

10     to think that I know who is a good candidate for

11     surgery and who is a poor candidate for surgery

12     because something that I already mentioned to you,

13     over the years -- and I think we're talking 50

14     now -- over the years, I have seen people who

15     present themselves in a certain way and then

16     don't -- then -- and they present themselves in,

17     what I would say, a way that they want me to reach

18     a certain conclusion.  And then, for example, the

19     person that I wrote a letter for vaginoplasty who

20     then de-transitioned, you know --

21  Q  I'm so sorry, Doctor.  I think the problem might

22     have been how I asked the question, so let me find

23     a different way to ask it.  If a patient came to

24     your clinic from Indiana with a preexisting

25     diagnosis of gender dysphoria and walked through

1      your clinic doors and said, hey, I just moved to

2      town, while I was in Indiana, I did not have a

3      chance to have gender-affirming surgery but I'm

4      very interested in doing that now that I'm here,

5      what steps will you take before deciding whether or

6      not to write a letter to a surgeon on that

7      patient's behalf?

8    A  I would say, No. 1, I would do a comprehensive

9      multiple-hour evaluation over time.  I would tell

10     the person right off I can't write this, you know,

11     until completed, until I get to know you.  And if

12     he had involvement in medical care for this in

13     Indiana, I would want to get the medical records

14     from Indiana, and he would get to know me through

15     my questions, and I would get to know him through

16     his answers to my questions.  And I would want to

17     know why he moved from Indiana and why, you know --

18     what kind of care he got.  You see, it's the

19     patient's decision to have sex reassignment

20     surgery, or, you know, depending on -- maybe you

21     call it gender-confirming surgery now -- it's the

22     patient's decision.  I review the pluses and

23     minuses and what the person knows about

24     complication rates.  I also want to know what

25     benefits he expects from this, and I want him to

understand what science knows about the benefits
and the harms, and he needs to understand in order
to have informed consent the limited knowledge that
we have about the long-term outcome of this kind of
major thing.  Obviously, this is irreversible, and
so we have to have a good enough relationship that
we can talk over time and get to know one another.
It is not, at the end of this, Mr. Rose, that I'm
going to say, I'm enthusiastically endorsing the
need for -- the medical need for gender-confirming
surgery.  I'm saying I have worked with this
patient for 12 hours.  I reviewed his history, and
here's the relevant history.  The patient has
chronic depression.  The patient has a history of
sex crimes, whatever, and the patient thinks that
this is the best solution for his current
suffering, and so he's asking me to write a letter
for you, and this is my letter of introduction.

You see, I want the surgeon to take ethical
responsibility for this.  I want the
endocrinologist to take ethical responsibility for
this.  I do not know what is going to come of these
operations.  See, I don't want him to think that,
oh, the doctor said it's okay, so it's ethically
okay.  I don't think I'm smart enough to do that.

1    This is an ethically -- because it's a

2    scientifically limited area, this is an ethically

3    fraught area, and I have always, since the

4    beginning, been uncertain about this. Now I need

5    to give you one more background.

6  Q  Doctor, I'm sorry. We really are going to be here

7    for a week if you keep -- if you keep answering

8    questions that I have not asked, so I just want to

9    try a little harder to redirect you to these

10   questions, if you don't mind.

11       MR. CARLISLE: Let's let the witness finish

12   his thought, please.

13       MR. ROSE: We're not going to do that, Alex.

14   If there's a question on the table, I have a right

15   to get an answer to my question. He's not allowed

16   to --

17  A  Mr. Rose, I was, in fact, answering your question.

18  Q  Doctor, the question I had asked you was what you

19   do after seeing the patient before deciding whether

20   or not to write a letter to a surgeon or not to do

21   so. And it sounded like your process is to get to

22   know that patient over time. Is that a fair

23   statement?

24  A  That's fair.

25  Q  And I assume by over time we're talking about a

1      period of months and several meetings?

2   A  Well, it doesn't have to be months, but it

3      certainly is going to be several meetings,

4      probably, you know, at least four to six hours.

5   Q  And I assume in your clinic practice there were --

6      there are no circumstances in which you would

7      decide whether to refer a patient to a surgeon or

8      not based on only review of medical records?

9   A  Well, in my practice, I have a person in my office,

10     so the medical records may be part of the review,

11     but in my practice, I'm actually face to face with

12     a person.

13  Q  And so some of your clinical patients have actually

14     obtained confirming surgery, correct?

15  A  What was the verb in that sentence?

16  Q  Have actually obtained confirming surgery?

17  A  Oh, have obtained.  Yes.

18  Q  All right.  Doctor, how did you come to be involved

19     in this litigation?

20  A  I got a phone call from the Attorney General's

21     Office, from Mr. Carlisle.

22  Q  The State reached out to you, not the other way

23     around?

24  A  Not the other way around.

25  Q  And my understanding from your report is that you

1    are charging $500 an hour for your services in this

2    case?

3  A  I am.

4  Q  Do you have an estimate as to the number of hours

5    you have expended on the case thus far?

6  A  26.

7  Q  About what percentage of your current annual income

8    is derived from your work as an expert witness?

9  A  That is varied from year to year.  My work as an

10    expert within this area is only, I think, three

11    years old, so four years ago it was zero.  Last

12    year was shocking.  I think prior to pretax, it

13    probably was 40 to 50 percent.

14  Q  Okay.  I still have your CV up on the screen,

15    correct?

16  A  You do.

17  Q  Okay.  I'm going to flip down to page 5.  Do you

18    see under, I guess, section 9D there where it's

19    titled expert witness appearances and deposition or

20    trial?

21  A  Uh-huh.

22  Q  Yes?

23  A  Yes.  I'm sorry.

24  Q  That's okay.  And these are five lawsuits in which

25    you have appeared as an expert witness in either

1    depositions or trial?

2  A  Yes.

3  Q  Is this a complete list of the lawsuits in which

4    you have testified as an expert witness?

5  A  No.   No.   I think you have to go down to 10.

6  Q  And I think it's actually on the next page.   I

7    guess my next question to you is how did you decide

8    which five cases to list here?

9  A  This CV is an evolving document that -- over the

10    course of 50 years -- and the first involvement in

11    this area was D1.   And then I got to work for the

12    Department of Corrections, and then that generated

13    you know, the Bautista case and the Sunia case.

14  Q  Let me ask a quick question this way, Doctor.   You

15    had referred to having to go down to 10, but I'll

16    scroll down to pages 6 and 7, where section 11 is

17    titled expert witness reports, deposition, or

18    testimony.

19  A  Yeah.

20  Q  Do you think that --

21  A  Yeah.

22  Q  And I guess my question was, is there a distinction

23    between the five cases that you have listed on page

24    5 and the ones down --

25  A  No.   I think if I had the time and the inclination

1    to fix my CV, I would change these sections because
2    they're not so distinct.
3  Q  That's perfectly fair.  And of the five cases in
4    section 9D, my understanding is that all five of
5    those concerned gender-related care?
6  A  Yes.
7  Q  And the first four of these listed here concerns
8    specifically care by persons who were
9    incarcerated -- or persons who were incarcerated?
10  A  The first four.
11  Q  And the Kadel case did not, is that correct?
12  A  Yes.
13  Q  Okay.  Okay.  Then when we add in the cases that
14    you have identified in section 11 which spans pages
15    6 to 7 -- and I will just tell you there are 29
16    different cases listed here -- is this intended to
17    be a complete list of the cases where you have
18    appeared as an expert witness?
19  A  Well, those -- if you go to the one that starts
20    with double letters, like 26, 27, 28, A and B, I
21    just -- whatever new case comes up, I just add it
22    to that section.  I have been -- I haven't even
23    looked at the first section that you -- so the new
24    cases are going to be DD, for example.
25  Q  Okay.  So the answer is yes, this is intended to be

1      a complete list of the cases?

2    A  It's in -- yes.  The answer is yes and yes.  It's

3       intended -- whether it's actually a complete list,

4       whether I forgot something, it's possible.

5    Q  I have highlighted the first two cases here, the

6       Charlene Fuller litigation and the Norsworthy case.

7    A  My understanding is that both of these cases

8       concerned the provision of gender-affirming care to

9       prisoners.  Well, actually, Charlene Paige Fuller,

10      who is now deceased by the way, I think it wasn't

11      about -- it was something about breast forms.

12   Q  Okay.

13   A  It wasn't about hormones or surgery.  Ms. Fuller

14      had --

15   Q  That's fine.  I just wanted to make sure I

16      understand.

17   A  You're not asking me about the details.  I'm sorry.

18      I misunderstood.

19   Q  That's okay.  The Norsworthy case, though, was a

20      patient that was seeking gender-affirming surgery?

21   A  Yes, that was -- yes.

22   Q  Okay.  And the patient in that case was a prisoner,

23      correct?

24   A  A California prisoner.

25   Q  Other than those two cases on this list -- and I

1  can scroll down slowly if you want -- but are there
2  other cases on this list that concern specifically
3  the provision of gender-affirming care to
4  prisoners?
5  A  Yes.  Scroll down, please.
6  Q  I'm trying to go slowly so you can see everything.
7  A  Let me see what N is.  Oh, no.  Okay.  Dylan
8  Brandt.  I think Dylan Brandt was a teenager that
9  would, you know -- the Dylan Brandt case was about
10  a law.  It wasn't about a prisoner.  Your question
11  is about a prisoner, right?
12  Q  That's correct.
13  A  Yeah.  Okay.  Let me see.  I think you're probably
14  right.
15  Q  Okay.  My understanding is that you also submitted
16  an expert report in a Kentucky case called Clark
17  versus Quiros, Q-u-i-r-o-s.  Do you recall that?
18  A  Is that not on here?  Yes.  I think -- I do recall.
19  Q  Okay.  And your deposition was taken in that case?
20  A  Yes.
21  Q  And do you recall whether your deposition was taken
22  in the last four years?
23  A  Probably was in the last four years, yes.
24  Q  And if I tell you that you were deposed on March 9,
25  2022, does that sound about right?

1   A  Well, that's within the last four years.  The month

2      and date mean nothing to me now.

3   Q  Sure.  And that case specifically concerned a

4      prisoner with gender dysphoria who was challenging

5      the refusal of the correctional department to

6      provide them with gender-affirming surgery?

7   A  Yes.

8   Q  Is there a reason you did not identify that case

9      here?

10   A  No.

11   Q  Okay.  Are there any other cases that you can

12      recall where you served as an expert in a case

13      brought by a prisoner?

14   A  So is there -- there was a Nebraska case.  I don't

15      know.  Is that listed somewhere in there?  I think

16      Florida had a case, and I don't think I ever -- I

17      didn't have a deposition, and I didn't write an

18      expert opinion report, but I was helping the --

19      someone defending the case.  I was sort of getting

20      her and her team up to speed on the literature of

21      this, but I don't think I -- that was all I did,

22      and so I didn't list that, I think, and --

23   Q  That's fine.

24   A  And I -- if there's nothing there on Nebraska,

25      there should have been, and so that involved a

1    prisoner.  And that was in the last four years.

2    That was probably two and a half years ago, three

3    years ago.

4  Q  Was your deposition taken in that case?

5  A  No.

6  Q  Did you testify at a hearing in that case?

7  A  No.  I wrote an expert opinion report.

8  Q  Okay.  And do you recall the prisoner's name?

9  A  No.  The prisoners' names often aren't given, but I

10   don't recall if it was.

11 Q  Okay.  At the bottom of page 6, you identify a case

12   called Tingley versus Washington State.  Do you see

13   that?

14 A  Yes.

15 Q  And my understanding is that that case arose as a

16   challenge to a state law banning certain therapists

17   or mental health professionals from performing

18   so-called conversion therapy on minors.  Is that

19   your understanding?

20 A  I'm not sure it was on minors.

21 Q  But it concerned a state law banning conversion

22   therapy?

23 A  I think Tingley was a psychologist who objected to

24   not being able to talk about gender identity -- or

25   gender identity with patients who requested it, and

1    that's my memory of it.  I don't remember it being

2    a minor.

3  Q  Okay.  Are you currently a member of any

4    professional organizations or associations?

5  A  I'm a member of the International Academy of Sex

6    Research, the American Psychiatric Association.  I

7    just sort of let my -- I have been a long-term

8    member of Society for Sex Therapy and Research, and

9    I guess I'm a member of Gender Exploratory Therapy

10    because I'm an author of one of their papers, one

11    of their position papers, so -- but it's not

12    like -- like, I don't pay dues to that.

13  Q  Sure.  And I'm sorry for asking this.  This is just

14    one of those questions that attorneys feel bound to

15    ask, but have you ever had any disciplinary action

16    taken against you by any professional licensing

17    authority?

18  A  No.

19  Q  Have you ever been adjudicated by either an

20    administrative or a judicial body to have committed

21    professional malpractice?

22  A  Say that again.

23  Q  Have you ever been adjudicated by either a court or

24    some sort of administrative body to have committed

25    professional malpractice?

1   A   Oh, when I was the owner of my practice, I had a

2       therapist who had given an enormous amount of

3       medication to a patient, and then that patient left

4       my practice and then had a -- I'm sorry.  Then the

5       therapist left my practice, and she had a

6       psychiatric decompensation, and the patient did not

7       have access to the enormous amounts of medicine

8       that the doctor had given.  And she eventually had

9       a seizure and got hospitalized, and she sued the

10      doctor, and because I was the owner of the

11      practice, I was sued as -- my partners and I were

12      sued, and so we were found against for vicarious

13      liability, and our insurance company paid a fine or

14      paid some money based on that case.

15   Q   Okay.

16   A   But other than that, that is the only time that

17      there was a malpractice case against me.

18   Q   Okay.  And about how long ago was that?

19   A   1999.

20   Q   Okay.  And it's my understanding that you have been

21      sued a couple of times by prisoners who were

22      seeking -- by Massachusetts prisoners who were

23      seeking gender-affirming care, is that correct?

24   A   Oh, I was, like, I think, one time.  I was the

25      eighth or ninth person listed on a lawsuit, yes.