1    distinguish between regret following gender

2    confirmation surgery as opposed to regret following

3    social transition or nonsurgical intervention?

4  A  I think a large number of these 100 people have had

5    surgery, but it may -- you have to refresh me.  I

6    think you're going to do that now.

7  Q  I'm going to -- I'm going to scroll down to page

8    3361 of the report on table 4 where Dr. Littman

9    describes the 100 respondents.  Do you see that?

10  A  Yes.

11  Q  And you agree from this table that of the 100

12    persons who responded to her survey, only 6 had

13    undergone genital surgery?

14  A  To create -- yeah, okay.

15  Q  So do you believe this article still stands for the

16    proposition that at least 75 percent of

17    detransitioned patients do not return to the

18    surgeon?

19  A  Well, I don't recall whether it's -- let's see.

20    There were -- there were -- there were 29 people

21    who had surgery.  Wait a second.  There's face and

22    neck surgery, 5.  I haven't read this article for a

23    long time, and so you have to give me some time

24    here.

25  Q  We can just move on.  The article speaks for

1      itself, so I don't want to waste your time going

2      through it.

3  A   What does it say?  When you say it speaks for it

4      yourself, what are you saying it says?  I'm not

5      allowed to ask you questions.  Sorry.

6  Q   I was just about to tell you that, although if

7      anything close to that 75 percent figure is in this

8      article, I have not noticed it.  Okay.  In

9      paragraph 45 of your report you say, "In a 2011

10     study of all patients who had surgery, both trans

11     men and trans women, the suicide rate was 19.1

12     times the rate among control Swedish population."

13         Do you see that?

14 A   Yes.

15 Q   I'm so sorry.  Do you know how to pronounce the

16     author's last name?

17 A   Why don't we just call her Cecilia because everyone

18     can agree on how to pronounce her first name.

19 Q   That's perfectly fine.  And her last name is

20     D-h-e-j-n-e?

21 A   Dhejne.

22 Q   I'm perfectly fine calling her Cecilia.  I just

23     want to make sure the record reflects that that's

24     what we're talking about.  I had to close a couple

25     of these just because the thing I need to click on

1       is right under the stop share button.   Okay.   I
2       have pulled up in front of you Exhibit 37, which I
3       think is the Cecilia study you cited; is that
4       correct?
5   A   Correct.
6   Q   It's my understanding from reading this article
7       that the article is comparing persons who underwent
8       confirmation surgery in Sweden in the 1970s and
9       1980s to the general population, is that correct?
10  A   It's over a 30-year period, Mr. Rose.   It's not
11      just the 20-year period.
12  Q   And, again, the article speaks for itself.   I
13      understand they might have accumulated data after
14      the '80s, but I think the article does say that the
15      persons they were studying actually received
16      surgery in the '70s or '80s even though they
17      continued to follow these people for decades after
18      that.   Regardless of the date, this article was
19      comparing persons who underwent confirmation
20      surgery in Sweden to the general population,
21      correct?
22  A   Yes, to the general population of born in the same
23      month, in the same year, and they had two control
24      groups, I think one biological males and one
25      biologic females.

1   Q  So it was attempting to -- so the 19.1 times figure

2       that you mentioned, is that persons after

3       confirmation surgery commit suicide at greater

4       rates than non-transgender persons in the general

5       population, is that correct?

6   A  That's right.  After they were cured of gender

7       dysphoria, according to the modern thinking in 1970

8       and the 1980s because you need to understand that

9       that's what people thought the surgery did, cure

10      gender dysphoria.

11  Q  And on page 7 of the report, the author actually

12     indicates that, "The results should not be

13     interpreted as such that sex reassignment, per se,

14     increases morbidity and mortality.  Things might

15     have been even worse without sex reassignment.  As

16     an analogy, similar studies have found increased

17     somatic morbidity, suicide rate, and overall

18     mortality for patients treated with bipolar

19     disorder and schizophrenia."

20         Did I read that correctly?

21  A  Yes.  May I comment on that?

22  Q  No.  My question is whether you agree that the

23     study should not be interpreted to indicate that

24     confirmation surgery as such increases morbidity

25     and mortality.

1  A  Do I agree?  No, I don't agree.

2  Q  So you have a different interpretation of the study

3     than the study's authors?

4  A  I do.

5  Q  Okay.  But is it fair to say that the study was

6     comparing persons with a mental health diagnosis to

7     persons without a mental health diagnosis?

8  A  That wouldn't be fair to say.

9  Q  So you don't think that would be fair?  I'm sorry.

10    Did you answer the question?

11 A  Yes.  I answered the question, no, I don't think

12    it's fair.

13        (A discussion was held off the record, and a

14    brief recess was taken.)

15 Q  Back on the record.  In the next paragraph after

16    the portion that I read you from this psychological

17    study, the Cecilia study, the authors write, quote,

18    unquote, "This study reflects the outcome of

19    psychiatric and somatic treatment for

20    transsexualism provided in Sweden during the 1970s

21    and 1980s.  Since then treatment has evolved with

22    improved sex reassignment surgery, refined hormonal

23    treatment, and more attention to psychosocial care

24    that might have improved the outcome."

25        Do you see that?

1  A   Yes.

2  Q   I assume you agree that treatment techniques for

3      gender dysphoria have improved since the '70s and

4      '80s?

5  A   I think they're talking about the surgical

6      techniques.  I hope that that's true.  I believe

7      it's true.  I think that's how surgery advances.

8      So when it comes to -- I would just want to answer

9      your question in terms of surgery, per se.  Refined

10     hormonal treatment, yes, I think in the early '70s

11     an estrogen was used that led to a large number of

12     blood clots, and so that estrogen is not used

13     anymore, generally, so I think death or

14     hospitalization from blood clots has improved.

15     People died from blood clots, and I don't know what

16     psychosocial care might that she might be -- that

17     this group might be referring to.  I kind of think

18     that in the 1970s and '80s if someone had a

19     gender -- I should -- tell me if you don't want to

20     hear this.  Published in this study is the number

21     of people who were screened by the national

22     organization that does screening in Sweden, and a

23     large number of people were rejected for sex

24     reassignment surgery.  And I think one of the basis

25     for that rejection was they were thought to be too

1    mentally ill, and what is so shocking to people

2    like myself is that the same data, long-term data,

3    was available on those people who didn't have sex

4    reassignment surgery with comparing it to those who

5    did have sex reassignment surgery.  And sort of

6    every methodologist who has looked at this study

7    have had a sense of sadness that they did not study

8    the people who didn't have sex reassignment surgery

9    as a control group, as an additional control group,

10   so I don't know really what Cecilia and her

11   colleagues mean by improved psychosocial care.  We

12   were aware in the '70s and in the '80s that many of

13   these people had concomitant major mental illness,

14   and so -- so I don't know what she's referring to.

15   She may in fact be right that there was improved

16   care, and therefore the outcomes may be better.

17 Q  Do you agree that there are other factors in

18   addition to or possibly in addition to care such as

19   greater acceptance in the community which might

20   have also led to improvements in suicide rates

21   among transgender persons since the '70s and '80s?

22 A  I hope that is true, yes.

23 Q  You note in your report, I assume, you're aware

24   more recent suicide rates are lower than

25   19.1 percent?

1    A    They're far lower, and they're still very elevated.

2    Q    And the number that you provide in paragraph 45 of

3         your report is that the suicide rate amongst

4         transgender persons ranges from 3.5 to 6 times

5         higher than the general population, is that

6         correct?

7    A    Yes, I wrote that.

8    Q    And these figures are among all transgender

9         persons, correct, whether or not they had

10        confirmation surgery?

11   A    I think that's probably largely true.  They're a

12        mixed bag of those who have and haven't.

13   Q    And you agree that figure would include transgender

14        persons who have been denied surgery or other forms

15        of treatment, correct?

16   A    Or have chosen not to have surgery.

17   Q    Sure.

18   A    It very much depends on the country, Mr. Rose.  In

19        America, if therapists or committee X denies, they

20        go to somebody else and get it.  That's not true in

21        Sweden.

22   Q    And you agree that the authors of the Cecilia study

23        actually felt that confirmation surgery improved

24        patients' genital dysphonia, correct?

25   A    Well, I don't think they were using the term

1       "genital dysphonia."  They were talking about

2       gender dysphoria.

3  Q  But you agree that they felt that confirmation

4       surgery improved their gender dysphoria?

5  A  What I'm agreeing to is that they undertook the

6       surgery because they believe this would improve

7       their gender dysphoria.  In those days, people

8       advertised sex reassignment surgery as a cure for

9       gender dysphoria.  We don't do that anymore.  Even

10      surgeons don't do that anymore.

11  Q  And my question, Doctor, was you agree that the

12      authors of this study actually felt that

13      confirmation surgery improved patients' gender

14      dysphoria, correct?

15  A  That's because they were doing it.  You see, it's

16      really important to believe in the treatments that

17      you're offering people, especially if you're

18      changing their anatomy in an irreversible way and

19      making them sterile.  In order to do that, you have

20      to believe that you're helping them.  So you're

21      asking me do they believe they are curing their

22      gender dysphoria?  Yes.  But Cecilia and her

23      colleagues had the wisdom and the courage to

24      actually do a follow-up of everyone who had sex

25      reassignment surgery over a 30-year period.  That

1  was unheard of.  This is the first study of this

2  kind --

3  Q  Doctor, I'm sorry.  We have gone beyond answering

4     the question at this point.  In paragraph 48 of

5     your report, you described the third outcome

6     parameter that you use, impact on -- I'm so sorry,

7     Doctor.  I completely forgot.  You had asked for a

8     break right now.  Do you want to go ahead and take

9     that break?

10  A  Yeah, that would be great.  Thank you.

11         (A brief recess was taken.)

12  Q  Back on the record.  Okay.  Doctor, beginning on

13     paragraph 48 in your report, you start talking

14     about what you describe as the third outcome

15     parameter which is impact on the mental health of

16     gender confirmation surgery.  Do you see that?

17  A  Yes.  48, right?  Paragraph 48?

18  Q  Paragraph 48, correct.  And about, oh, a third of

19     the way down, that large paragraph there, you say,

20     "Recent studies recognizing the uncertainty of the

21     mental health benefits of GCS concluded that

22     genital surgery improves mental health."

23         Do you see that?

24  A  Yes.

25  Q  Okay.  And one of the studies that you cite is a

```
1        study conducted by Almazan and others, is that
2        correct?
3    A   Yes.
4    Q   And I have pulled up on my screen what I marked as
5        Exhibit 38, which I will make a little bit larger
6        for everyone.  But you recognize this as the
7        Almazan study you cite, correct?
8    A   Yes.
9    Q   All right.  And you agree -- and I'm reading the
10       objective here -- but you agree that the authors in
11       this study sought to evaluate associations between
12       gender affirmation surgery and mental health
13       outcomes including psychological distress,
14       substance use, and suicide risk, correct?
15   A   Uh-huh.
16   Q   Yes?
17   A   Yes.  Yes.
18   Q   And on -- I'm sorry.  I'm looking for the number.
19       On -- I'm still on the abstract but on the first
20       page of the exhibit, it notes under results that of
21       the 27,715 respondents, 3,559 endorsed undergoing
22       one or more types of gender-affirming surgery at
23       least two years prior to submitting survey
24       responses.  Do you see that?
25   A   Yes.
```

1    Q    And you agree that 3,559 is a large sample size?

2    A    Yes.

3    Q    And on page 615, the author's report -- and I'm

4         quoting here -- "After adjustment for

5         sociodemographic factors and exposure to other

6         types of gender-affirming care, undergoing one or

7         more types of gender-affirming surgery was

8         associated with lower past month psychological

9         distress, past year smoking, and past year suicidal

10        ideation.  After Bonferroni correction, there were

11        was no statistically significant association

12        between gender-affirming surgery and past month

13        binge alcohol use or past year suicide attempts."

14             Did I read that correctly?

15   A    You did.

16   Q    And you agree that these are some or all of the

17        results of this study?

18   A    That's -- that's the result of the study.  The

19        question is whether there's any validity to the

20        study.

21   Q    In paragraph 48 of your report, you criticize this

22        study as saying the latter article failed to

23        mention that over half of the 27,715 subjects rated

24        their mental health as poor/severe.  Do you see

25        that?

1  A  I don't see it, but that sounds like I wrote that,

2     yeah.

3  Q  Okay.  I will tell you it's paragraph 38A of your

4     report.

5  A  Okay.

6  Q  And it's --

7  A  Oh, yeah.  I see it.

8  Q  You see it?  And when your refer to the latter

9     authors there, you're referring to Almazan and his

10    or her coauthor, correct?

11 A  Yes.  Yeah.  Keuroghlian.

12 Q  I wasn't going to try to pronounce it, but I

13    commend you for doing so.  And I guess my first

14    question is you understand that the authors of the

15    Almazan study were not attempting to study all

16    27,715 respondents to the survey, correct?

17 A  On these parameters, yes, but they -- yes.

18 Q  They were attempting to study only the 3,559

19    persons who received surgery, correct?

20 A  That's right.

21 Q  Okay.  Do you know how many of those persons rated

22    their mental health as poor/severe in the surgery

23    responses?

24 A  I don't.

25 Q  Okay.  I'm sorry.  I'm going to flip over -- let me

1     ask it this way.  But the citation you provide for

2     the statement that over half of the 27,715 subjects

3     rated their mental health as poor/severe, was to an

4     article by Miller and others in 2023, is that

5     correct?

6  A  Yes.

7  Q  Okay.  And I have pulled up on the screen for you

8     what I have marked as Exhibit 39, and my question

9     to you is whether you recognize this as the Miller

10    study that you cited.

11  A  At the moment, I don't recognize it, but I trust

12    you.

13  Q  Okay.  I will tell you it has the same authors and

14    same title as what you cited in your report, so I

15    would be very curious if they were not the same.

16  A  Well, I trust you.

17  Q  And this is a different study that analyzed the

18    same survey responses for a different purpose, is

19    that fair?

20  A  Yes.

21  Q  Yes?

22  A  Yes.

23  Q  I'm so sorry, Doctor.  It might be my hearing.  I'm

24    not trying to be rude.  I'm having trouble hearing

25    you from time to time.

1  A  I'm a mumbler.

2  Q  And looking at the portion I have highlighted on

3     page 1 of this study under main outcomes and

4     measures, it describes the outcomes measured as

5     self-rated health dichotomized as poor or fair

6     versus excellent, very good, or good as well as

7     severe psychological distress, open parentheses,

8     scoring a validated threshold of greater than or

9     equal to 13 on the Kessler psychological distress

10    scale.  Do you see that?

11 A  I see it.

12 Q  So it's my understanding from reading this study

13    that there are actually two different survey

14    responses that the authors here analyzed.  One was

15    a self-report of their health, and the other was

16    whether they met qualifications for psychological

17    distress.

18 A  Okay.

19 Q  Do you have an understanding as to whether that's

20    correct?

21 A  Again, you know, it's been a long time since I read

22    the study, and I trust you.

23 Q  Okay.  Well, in your report, you say that over half

24    of the 27,715 subjects in that survey rated their

25    mental health as poor/severe.

1    A    Is that --

2    Q    I'm wondering if in order to get that number you

3         aggregated the number of persons who reported their

4         mental health as poor or fair and added to that the

5         number of persons who, on a separate question,

6         responded, yes, I experience severe psychological

7         distress?

8    A    I don't recall.  Do you know that I, in fact, made

9         that error or aggregated those two?  I just don't

10        recall.

11   Q    Okay.  You agree that assuming that those are two

12        separate questions, there is likely going to be

13        significant overlap between survey respondents who

14        rate their mental health as poor and persons who

15        experience severe psychological distress, correct?

16   A    So self-rated health is a -- is it your

17        understanding that that refers to physical health

18        only?  Is that what you're saying?

19   Q    I don't know the question on the survey, but my

20        question to you is -- and you're the one that

21        relied on this to refer to --

22   A    Let me answer the question.  I presumed that health

23        was not referring to the state of their living or

24        their diabetes or their heart.  I thought how

25        healthy are you, and in particular, whatever the

1     rating was it says about your -- when they gave the

2     questionnaire -- whether they measured severe

3     psychological distress.  So to me they -- one is a

4     self-report subjective estimation about how I'm

5     doing in the world, and who knows about what point

6     of reference that those people had.  But here is a

7     more objective answer to a series of questions

8     about psychological distress.  I didn't think they

9     were talking about physical health here.  I thought

10    they were talking about psychological function and

11    health.

12  Q  And, Doctor, I'm not trying to mislead you.  I

13    think you're probably right that they are talking

14    about self-reported mental health.  I just was not

15    100 percent sure, so I did not want to steer you in

16    that direction.  But assuming that they are talking

17    about there are two separate questions, one asks

18    for a self-report of your mental health and the

19    other is some measure of your psychological

20    distress, you agree that there's likely to be

21    overlap between persons who report their mental

22    health as poor and persons in severe psychological

23    distress, correct?

24  A  Yes.

25  Q  Okay.

1  A  But, you see, these are self-report from patients

2     that the investigators don't know, have never met,

3     have no idea --

4  Q  Doctor, I understand that, but you relied on this

5     study for the proposition that over half of the

6     27,715 subjects in the Almazan study rated their

7     mental health as poor/severe.  And my reading of

8     the study is that poor and severe are answers to

9     two entirely different questions, so I am wondering

10    how you came up with that statement that over half

11    of the subjects rated their mental health as

12    poor/severe.

13  A  Didn't I quote that from this study somewhere?

14  Q  You cited the study.  You did not quote the study.

15  A  Oh.

16  Q  And in -- I'm on the abstract, but in the results

17    portion of the study, the portion I have

18    highlighted says, "In total, 3,955 respondents

19    reported fair or poor self-rated health, and 7,392

20    met the criteria for severe psychological

21    distress."

22        Did I read that correctly?

23  A  I see what you're saying.  I see.  You think I

24    added those two and said more than half, and you're

25    saying maybe I made a mistake because some of those

1    were the same people?

2  Q  What I am saying is that you cite this study as

3     evidence that over half of the subjects rated their

4     mental health as poor/severe, and even when you add

5     those two figures, you don't get up to half of the

6     study subjects.

7  A  I wonder whether I found that in the discussion

8     section.

9  Q  Okay.  So you think in the discussion section that

10    there might be different results than in the

11    results section?

12  A  I say I wonder.  I don't recall.

13  Q  Okay.

14  A  You need to understand that, you know, I read

15    hundreds of papers, and my memory for each one is

16    not eidetic, you know.

17  Q  Is it possible that there are other portions of

18    your report where you have cited studies for facts

19    that the studies don't indicate to be true?

20  A  Well, that --

21        MR. CARLISLE:  Objection.  Argumentative.

22    Misstates his testimony.

23  A  Yeah.  That would take, you know, a scholarly

24    review to determine that.  I'm telling the truth as

25    I understand it.  And, you know, the idea that half

1    of these people on a survey rated their mental

2    health as poor, for example, is perfectly

3    consistent with my experience with -- in this for

4    over 50 years.

5  Q  Okay.  In paragraph 49 of your report, you

6    described a study authored by Heylens,

7    H-e-y-l-e-n-s, and others.  Do you see that?

8  A  Yes.

9  Q  I'm pulling up on your screen what I marked as

10   Exhibit 40, and I would just ask you if you

11   recognize this as the study that you cite.

12  A  It's from 2014?

13  Q  I believe this is 2013.

14  A  Give me a minute.  I cited it wrong.  I wrote it as

15   2014.  All right.  Okay.  I presume.

16  Q  And I'm not going to hold you to the specific year,

17   but you recognize this as a study you started

18   describing in paragraph 49, correct?

19  A  Uh-huh.

20  Q  Yes?

21  A  Yes.

22  Q  Okay.  And this study, as I understand it, concerns

23   persons who were admitted a symptom checklist

24   called the SCL90 at three points in time, had a

25   presentation after the administration of hormones

1    and after affirmation surgery.  Is that your

2    understanding?

3  A  Yes.

4  Q  Okay.  You understand that the SCL90 is designed to

5    measure a snapshot of a person's mental state,

6    correct?

7  A  Yes.

8  Q  It's designed to tell me how you -- how I'm feeling

9    today, right now, this second, correct?

10  A  And -- yeah.  Not this second, no.

11  Q  At the time that I'm asking the questions?

12  A  Okay.  Yeah.  And the SCL90 did not arise in the

13    context of gender dysphoria.  It doesn't have any

14    questions on gender dysphoria, symptoms of gender

15    dysphoria.  It originally -- it originated in

16    sexual dysfunction work in general mental health

17    work at a time when there wasn't much emphasis on

18    gender dysphoria.

19  Q  Okay.  In paragraph 50 of your report, Doctor, you

20    cite a study that you describe as being by Cardoso

21    and others in 2016.  Do you see that?

22  A  Yes.

23  Q  And I will just tell you I think that the citation

24    is proper in your bibliography at the end of your

25    report, but I think you were trying to cite the

1      Cardoso Da Silva study that I pulled up as
2      Exhibit 41.  Do you see the exhibit?
3    A  Yeah.  Are you saying I made a mistake?
4    Q  I'm saying that you made a typographical error.  I
5      just want to confirm that what I have on the screen
6      in front you as Exhibit 41 is the same study that
7      you cited as Cardoso, et al., 2016, in paragraph 50
8      of your report.
9    A  Did it involve 47 patients?
10   Q  I will direct you to the aim portion in the middle
11      of your screen there.
12   A  Yeah.  Okay.  Yeah.
13   Q  Okay.  And my understanding is that this study
14      relied on a quality of life or QOL questionnaire
15      administered by the World Health Organization.  Is
16      that your understanding as well?
17   A  Well, yes.  I think the questionnaire is known as
18      the World Health Organization Quality of Life.
19   Q  Okay.  Thank you.  You agree that questionnaire or
20      that assessment does not suffer from the snapshot
21      issue that the SCL90 questionnaire suffers from?
22   A  These are various questionnaires that ask people
23      to -- that are not known to the investigator to
24      estimate how they're doing in life lately, you
25      know.  Sometimes they have -- you know, in the last

1        year, or sometimes they don't give a time

2        parameter.

3    Q   Let me ask it this way then.  I'm sorry.  The World

4        Health Organization Quality of Life Questionnaire

5        is designed to measure how I'm doing overall in my

6        life, correct?

7    A   I think so.  I would have to look at the

8        specific -- you know, the instructions given to the

9        patient before the questions are asked.  They give

10       the -- they give the parameters for the patient to

11       think about.

12   Q   And you agree that this study shows positive

13       psychological and social outcomes associated with

14       affirmation surgery, correct?

15   A   Yes.

16   Q   But it shows a negative influence on physical

17       health and independence.  Is that your

18       understanding?

19   A   Yes.

20   Q   And in the middle of the portion that I have

21       highlighted on page 992, the authors indicate that,

22       "These negative results are easily justified by the

23       recovery that all patients underwent during the

24       first year after SRS.  The surgical procedure is

25       complex and involved the possibility of surgical

1          complications and other esthetic procedures."
2               Did I read that correctly?
3     A    Yes.
4     Q    So the author is attributing the worsening of
5          physical health and independence as resulting from
6          the surgical -- the surgical procedure itself.  Is
7          that a fair statement?
8     A    I guess the consequences of surgery, but they can't
9          be sure about that because people on hormones, for
10         example, have lipid abnormalities.  They have
11         premature onset of various cardiac, cardiovascular
12         disease, so they -- the surgeons, you know, they
13         just look at things through the light of the
14         surgery, but so many things have went on in the
15         person's life that could result in poor health.
16         This sort of suggests that, boy, there are lots of
17         serious complications to surgery, not what the
18         surgeons call complications in the postoperative
19         time but the long-term consequences of surgery on
20         urination, sexual function, for example, fistula
21         formation, bowel movements, and urinary tract
22         infections.
23              But there are lots other things going on in a
24         person's life, and so if the surgeon thinks this is
25         all about surgery, that's a kind of limitation of

1    understanding about the complex --

2  Q  Doctor, beginning in paragraph 52 of your report,

3    you start describing the fourth outcome parameter,

4    the impact on social and vocational function.  Do

5    you see that?

6  A  Yes, I do.

7  Q  You agree that the Cardoso da Silva study found

8    that patients who receive affirmation surgery

9    experience significant improvement in their social

10    relationships?

11  A  By self-report, yes.

12  Q  Okay.  In paragraph 52 on the second page, page 27,

13    about two-thirds of the way down, do you see a

14    sentence with "this idea"?

15  A  Two-thirds of the way down?

16  Q  Maybe three-quarters.

17  A  "This idea requires ignoring the studies of the

18    mental health problems of" -- yeah.  Okay.

19  Q  Okay.  The article -- and this idea, I think,

20    refers to the idea that there are no inherent

21    mental or emotional problems with being

22    transgender.  Am I understanding?

23  A  Yes.

24  Q  Okay.  And the article you cite to is a 2016

25    article by Cecilia?

1    A    Yeah.

2    Q    And others, is that correct?

3    A    Yes.

4    Q    And I have pulled up on your screen what I have

5         marked as Exhibit 42, and you recognize this as the

6         2016 article that you cite there?

7    A    Yeah.

8    Q    And is this article what I would consider to be a

9         literature review?

10   A    Yeah.

11   Q    It reviewed preexisting studies to determine what

12        it could find out, among other things, the

13        prevalence of psychiatric disorders among

14        transgender persons?

15   A    Yeah.  Yes.

16   Q    Thank you.  I actually heard you there.  I was

17        looking at my notes.  And on page 53 of this

18        article the other authors write, "The majority of

19        the psychiatric problems detailed in the studies

20        relate to affective disorders such as depression

21        and anxiety, major psychiatric problems, e.g.,

22        schizophrenia and bipolar disorder, were not found

23        any more frequently in trans people than in the

24        general population."

25             Have I read that correctly?

1   A  You did.

2   Q  You agree that anxiety and depression can be

3       symptoms of gender dysphoria itself, correct?

4   A  Yes.  But they're often present before the

5       diagnosis, years before the diagnosis, or even

6       recognition of gender dysphoria.  And in the light

7       of this paragraph, you see, Cecilia and her

8       colleagues are comparing what -- they're leaving

9       the idea out that, oh, just anxiety and depression

10      are minor things, and schizophrenia and bipolar

11      disorder are major things.  But there's lots of

12      studies showing that anxiety disorders and

13      depressive disorders that are not bipolar disorders

14      have major consequences for life.

15   Q  You agree, Doctor, that anxiety and depression can

16      be caused by lifestyle factors, events that are

17      more likely to be experienced by transgender

18      persons such as victimization or interpersonal

19      problems, is that fair?

20   A  Well, I know you don't want me to elaborate too

21      much.  It's -- your summary is a very limited

22      summary of the complexity of that issue, so I can

23      say it's fair, but I don't really believe that

24      you're capturing the essence in this point of what

25      the issue is.

1    Q   Well, let me put it this way.  You agree that

2        across the board, on average, transgender persons

3        are at greater risk of victimization than

4        non-transgender persons?

5    A   You mean after they come out as transgender?  Is

6        that what you mean by victimization, or do you mean

7        they were -- they have a higher level of sexual

8        victimization prior to coming out?

9    Q   I'm going to move on, Doctor.  In paragraph 55 of

10       your report, you describe the sixth parameter,

11       all-cause mortality.  Do you see that?

12   A   Yes.

13   Q   And you describe several concerns related to

14       all-cause mortality, and the thing you write is

15       while death from suicide after confirmation surgery

16       has received the most attention, the incidence of

17       AIDS, cardiovascular disease, and cancer is also

18       significantly elevated.  Do you see that?

19   A   Yes.

20   Q   And in this paragraph, you cite various studies by

21       Jackson, by Erlangsen, by Cecilia, and by De Blok

22       as well as a database maintained by the United

23       States Veterans Health Administration, is that

24       correct?

25   A   Correct.

1  Q  It's my understanding from looking at these that

2     all of these studies and the database were

3     comparing various events following gender

4     confirmation surgery to the general population as a

5     whole, is that correct?

6  A  Not quite.  The VA Hospital data -- just, I mean,

7     these are massive data studies, you know, with

8     hundreds of thousands of, quote, cases.  And so

9     anybody registered under the term transgender or

10    gender dysphoria, anything in transvestism, for

11    example, anything that sounded like it could be

12    gender dysphoria in today's diagnosis, they were

13    included whether or not they had surgery.

14 Q  All right.  And was that just the VA database you

15    were describing there?

16 A  No.  Actually, I would have to look at each

17    individual study to see the specific criteria.  Of

18    course, the 2011 study by Cecilia and her

19    colleagues were only the people that had sex

20    reassignment surgery, but I think most of these are

21    called registry studies using, you know, massive

22    databanks, national databanks, where everyone who

23    has a diagnosis gets, you know, put into the

24    databank, the central databank.  I would have to

25    look at the individual studies about which ones had

1   surgery and which ones didn't have surgery. They

2   all had to have a diagnosis. It's not necessarily

3   of surgery, I think.

4   Q  But regardless of the population they were

5      studying, the control group for all of these was

6      the general population, correct?

7   A  Exactly.

8   Q  It's fair to say that none of them were measuring

9      persons' post gender affirmation surgery versus

10     persons who never received gender affirmation

11     surgery, correct?

12  A  One of them was -- the 2011 study did that.

13  Q  Okay. That's the only one?

14  A  I'm actually not certain. You know, these are five

15     different studies, and I'm not certain the answer

16     to your question.

17  Q  Okay. And we already looked at the 2011 Cecilia

18     study, and you agree that that was comparing

19     persons who had received affirmation surgery to the

20     general population, correct?

21  A  You know, the general impression here is that

22     because of the multiple things going on in the

23     lives of trans people, whether or not they had

24     surgery, they are vulnerable to many problems

25     including overdose, you know, dying accidentally.

```
1    Q   I'm sorry, Doctor.  Was the answer to my question
2        yes?  I was just asking who the control group was
3        for that study.  The general population, correct?
4    A   Yes, exactly right.  Yes, you're exactly right.
5    Q   Okay.  The sentence from your report that I read to
6        you begins while death from suicide after GCS,
7        gender confirmation surgery, has received the most
8        attention -- and goes on from there -- it sounds to
9        me like you were telling me now that some of the
10       studies that you cited might not have even been
11       specific to gender confirmation surgery?
12   A   Yes.  I'm not sure that they're specific for that.
13       I think they're specific for entering into a
14       national database a transgender identity, a
15       transgender diagnosis, and that could be gender
16       dysphoria or gender incongruence or gender
17       dysphoria.  Gender dysphoria can be gender
18       dysphoria non-specified.
19   Q   The only study that you cite in this paragraph that
20       you're aware concerns specifically persons who
21       received surgery is the Cecilia study from 2011,
22       correct?
23   A   At this point, that's what I am aware of, yeah.
24   Q   Okay.  In paragraph 69 of your report, scooting on
25       forward a bit -- let me know when you're there.
```

1   A   I'm here.  I'm there.

2   Q   You describe in this paragraph a medical review

3        conducted by the United States Department of Health

4        and Human Services, correct?

5   A   Yes.

6   Q   It's my understanding that what you're describing

7        is known as a national coverage determination

8        applicable to Medicare coverage?

9   A   Yes.

10   Q   And it's my understanding that the determination in

11        2016 was essentially not to issue a national

12        determination saying that Medicare will always

13        cover gender affirmation surgery, correct?

14   A   I'm not so sure it doesn't apply to Medicaid as

15        well, but it was done by the offices of Medicare,

16        yeah.

17   Q   But the decision itself was to leave it up to local

18        agencies to approve coverage for confirmation

19        surgery on a case-by-case basis when it was deemed

20        to be medically necessary, is that correct?

21   A   I thought it was leaving it up to individual states

22        and their policy making rather than individuals.

23   Q   Okay.  And I said local agencies, and they might

24        have been statewide agencies, but it was -- the

25        determination was to leave it up to someone at the

1    local level to decide whether to approve Medicare

2    coverage for affirmation surgeries on a

3    case-by-case basis when medically necessary,

4    correct?

5  A  Yes, case by case.

6        MR. ROSE:  I am sorry, Alex.  Off the record

7    real quick.

8        (A discussion was held off the record.)

9  Q  Okay.  Doctor, in paragraph 59 of --

10  A  59?

11  Q  59.  I'm sorry.  Of your report, you begin that

12    paragraph by saying that state prison systems'

13    policies about trans inmates vary and evolve at

14    different rates.  Do you see that?

15  A  Wait.  No.  I haven't found it yet.

16  Q  Sorry.  It's on page 31.

17  A  Okay.  I see it now, yeah.

18  Q  Okay.  Are you aware of state prison systems that

19    provide confirmation surgery for inmates when it's

20    deemed to be medically necessary?

21  A  Yes.

22  Q  Which states are you aware of that will?

23  A  Massachusetts, California.  I have a feeling

24    Illinois, maybe, and New Jersey.  That's the extent

25    of kind of the confidence in my answer.

1   Q   I assume it's possible that there are other states

2       out there that will provide it that you're not

3       aware of?

4   A   That's right.

5   Q   And the Massachusetts policy will allow for

6       confirmation surgery when it's deemed to be

7       medically necessary?

8   A   Yes.

9   Q   And I assume that you played a role in drafting

10      that policy?

11  A   No.

12  Q   Did you approve it?

13  A   I didn't have to approve it.  I was informed about

14      the policy.

15  Q   Okay.  Okay.  I will pull up on your screen what I

16      have marked as Exhibit 43.  Sorry.  I don't want to

17      show you my entire inbox.  Let me stop the share

18      real quick.  Okay.  I'm sorry.  It was -- I didn't

19      think any of my exhibits were large enough to cause

20      an issue.  Okay.  Doctor, do you see what I have

21      marked as Exhibit 43 on your screen there?

22  A   Yes.

23  Q   Okay.  I will represent to you that this is the

24      Transgender Offender Manual that has been released

25      by the United States Department of Justice Federal

1   Bureau of Prisons.  Are you familiar with this

2   document?  Have you seen it before?

3 A Never.

4 Q Have you ever been made aware of the policy of the

5   Federal Bureau of Prisons regarding coverage or

6   provision of gender-confirmation surgery?

7 A This would cover all states.

8 Q This just covers persons incarcerated by the

9   federal government within the Federal Bureau Of

10   prisons.

11 A I don't think I am aware of this at all.

12 Q Okay.  That makes my questions on this far shorter.

13   Are you familiar with the National Commission on

14   Correctional Healthcare, or the NCCHC?

15 A No.

16 Q You're not aware that it exists?

17 A I may have heard the term, but, you know, I

18   don't -- I'm only a consultant to Massachusetts.

19   You know, I don't -- I have not been invited to go

20   to the national meetings of corrections care and so

21   forth.  And I generally am -- I'm not immersed in

22   the policy, federal or state policy or prison

23   policies.  Sometimes someone -- I mean, I hear

24   about, you know, what is required now, but I don't

25   know the -- you know, I don't know this document,

1    or I'm not greatly familiar with the other document

2    you just mentioned.

3    Q    I believe -- I'm sorry.  Every time I scroll up, I

4    miss -- something comes up that prevents my ability

5    to click over to something else.  Let me go ahead

6    and just try to see if the -- there we go.  I will

7    scroll over to what I have marked as Exhibit 44,

8    which I will represent is a position statement

9    released by the NCCHC, and I will ask you if you

10   have ever seen this document before.

11   A    I have not.

12   Q    Okay.  In your consulting work for the

13   Massachusetts Department of Correction or for other

14   correctional agencies, have you ever consulted any

15   statements or guidance issued by the NCCHC?

16   A    Well, those initials aren't familiar to me.  I

17   think in Massachusetts once they -- when they

18   revised their policies, they -- I have to read

19   them.  I have to read them, but I don't know

20   this -- this doesn't look familiar at all to me.

21   Q    Okay.  That is perfectly fair.  Hold on just one

22   second.  Doctor, this is entirely my fault.  My

23   notes reflect an incorrect citation to a portion of

24   your report, so I'm trying to find the right

25   portion to direct you to, and I apologize for the

1    delay.

2  A   I graciously accept your apology.

3  Q   Okay.  I'm sorry.  It's paragraph 71.  I'm so

4      sorry.  I wrote paragraph 37, page 37.

5  A   I'm on page 37, paragraph 71.

6  Q   Okay.  Okay.  The very last sentence of that

7      page -- of that -- on page 37, at least, says,

8      "What others have written about the special

9      challenges of this prison population were ignored."

10     Do you see that?  I'm sorry, Doctor.  Do you see

11     that in your report?

12 A   Yes.

13 Q   Okay.  I'm sorry.  And the citations you offer

14     which span pages 37 and 38 are to a piece that you

15     wrote and to a piece that Osborne and Lawrence

16     wrote, correct?

17 A   Yes.

18 Q   And I have pulled up on the screen Exhibit -- what

19     I have marked as Exhibit 45.  Do you see that okay?

20 A   "Male Prison Inmates with Gender Dysphoria.  When

21     is Sex Reassignment Appropriate?"  Yes.

22 Q   And my question to you is, is this the Osborne and

23     Lawrence article that you cited in --

24 A   Yes.

25 Q   -- paragraph 71?  Yes.

1   A   Yes.

2   Q   Okay.

3   A   I interrupted you.  I'm sorry.

4   Q   You're perfectly fine.  Doctor, the other citation

5       you offered too was a piece that you published in

6       2016, correct?

7   A   Yes.

8   Q   And that is to a piece titled, quote, unquote,

9       "Reflections on the legal battles over prisoners

10      with gender dysphoria"?

11  A   Yes.

12  Q   I'm correct that is commentary, not original

13      research, correct?

14  A   Yes.  It's reflections on my role in the various

15      lawsuits and then with -- yes, it's correct.

16  Q   And it's my understanding that portions of your

17      expert report in this case have been taken largely

18      verbatim from this commentary piece that you wrote

19      in 2016.  Is that a fair statement?

20  A   I don't think so.  If I'm aware -- I'm not aware

21      that I lifted verbatim from --

22  Q   Okay.

23  A   No.  Actually, I don't think that's true at all.

24  Q   Okay.  You're not in trouble if you quote from

25      yourself, just for the record.  Okay.  Doctor, you

1      understand that this lawsuit was brought on behalf

2      of an inmate who -- whose preferred name is Autumn

3      Cordellione, correct?

4  A  Would you pronounce that last name slowly?  Because

5      I want to hear how that word -- that name is said.

6  Q  I have always said Cordellione, and I have not been

7      corrected yet about that.

8  A  Cordel --

9  Q  Cordellione.

10  A  Cordellione.

11  Q  Okay.  All right.  But there's a chance that she's

12      just polite, and I'm not pronouncing it correct at

13      all.

14  A  Okay.  And there's a -- you know, this may be like

15      the Dhejne name.  We may refer to her as Autumn

16      because it's easier.

17  Q  Why don't we do that.  Doctor, have you ever met

18      Autumn?

19  A  Never.

20  Q  Have you ever spoken with her?

21  A  No.

22  Q  Have you ever conducted any sort of mental health

23      evaluation on her?

24  A  No.

25  Q  Have you spoken with any of her medical or mental

1       health providers about her?

2   A   No.  The closest of meeting her is I watched a

3       videotape of her, but I never met her personally.

4       When you said that word, "met," I thought you meant

5       in person.

6   Q   And that was a videotape that was taken as part of

7       her medical experience at the facility?

8   A   Well, it was about a PREA.

9   Q   I'm sorry.  I'm sorry.  That was a videotape

10      concerning her PREA report that she had, a PREA

11      complaint that she had made?

12  A   Yes.

13  Q   Okay.  And do you know how long ago that was taken?

14  A   I think it was the summer, but it was about an

15      incident years before.

16  Q   Okay.  Other than this video, is it fair to say

17      that the only material that you have reviewed

18      specific to Autumn are her institutional medical

19      records?

20  A   Yes.

21  Q   Do you agree that inmates in general may withhold

22      information from medical and mental health staff at

23      the facility?

24  A   Oh, yes.

25  Q   And I think you even note in your report that male

1    inmates are generally unable to trust their

2    assigned mental health professionals?

3  A  Yes.

4  Q  And I assume that was referring to male transgender

5    inmates or transgender women?

6  A  Yes.

7  Q  And my assumption is that that's even more likely

8    when it comes to discussing gender-related issues

9    or gender dysphoria?

10  A  No.  It's related to eroticism, sexual behavior,

11    past life experiences, adversities experienced,

12    sexual behaviors in -- before prison and outside of

13    prison.  These generally require a great deal of

14    trust, and there are many reasons why inmates don't

15    want to discuss these things.

16  Q  Is it your understanding that transgender women in

17    particular might be concerned about abuse or

18    harassment by staff or other inmates if their

19    gender identity becomes known?

20  A  Yes, especially we could expand the word

21    harassment, you know.

22  Q  Sure.  And do you agree that inmates will often

23    withhold from staff information pertaining to

24    suicidal ideation or self-harming behavior?

25  A  It depends on the -- on the inmate.

1    Q   Well, is it your understanding that inmates will

2        sometimes withhold information in order to avoid

3        placement in a suicide cell or a padded cell?

4    A   Well, if they had experience in the past with that

5        kind of response to having a suicide watch, they

6        may be hesitant to repeat it if they experience

7        that as adverse, but, you know, when we talk about

8        inmates, it's sort of like talking about Catholics

9        or men or, you know -- you and I both recognize

10       there's considerable individual variation and that

11       label we apply to a demographic group, so it's hard

12       for me to say yes or no to such questions.

13   Q   Okay.  Doctor, are you familiar with the Code of

14       Ethics published by the American Psychiatric

15       Association?

16   A   Various iterations, yes.

17   Q   And do you follow this ethical code in your

18       practice?

19   A   I hope so.

20   Q   Okay.  And you're still a member of the APA,

21       correct?

22   A   Member of the what?

23   Q   Of the American Psychiatric Association?

24   A   Yes.

25   Q   I assume you have been a member since the '70s?

1  A  Yes.  I'm what's called a distinguished fellow of

2     the American Psychiatric Association.

3  Q  I'm pulling up for you what I have marked

4     Exhibit 46.  Do you see that?

5  A  Yes.

6  Q  And you recognize this as the ethical codes

7     published by the APA?

8  A  Yes.

9  Q  Are you familiar with what was known as the

10     Goldwater rule?

11  A  The Gold -- I'm sorry.  The Goldwater rule?

12  Q  What is colloquially known as the Goldwater rule?

13  A  Yes.

14  Q  And I'm going to scroll down to page 9 of the

15     ethical code where I highlighted a portion that

16     says, "It is unethical for a psychiatrist to offer

17     a professional opinion unless he or she has

18     conducted an examination and has been granted

19     proper authorization for such statement."

20         Did I read that correctly?

21  A  Yes.

22  Q  And, again, you have never examined Autumn,

23     correct?

24  A  I examined medical records, and the examination of

25     medical records, I think, is very common in

1    consultative work in psychiatry.  You know, the

2    Goldwater rule had to do with Barry Goldwater

3    and -- presidential candidate -- and recently the

4    Goldwater rule since the era of Mr. Trump has been

5    seriously questioned and challenged, actually, but

6    in -- forget politics for a minute because that's

7    where the Goldwater rule came from.  There are

8    countless psychiatric consultations that are done

9    primarily on medical records, and I supervise

10   people and help them with handling their cases.

11   And I have never seen the patient itself, and the

12   whole psychiatric education process involves a

13   supervisor, more experienced person, never meeting

14   the patient and giving advice on the treatment,

15   appropriateness for treatment 1 versus treatment 2.

16   So, you know, we have to understand the sentence in

17   a larger context.

18 Q   Okay.  Doctor, I know this is mentioned on your CV,

19       but do you recall serving as an expert witness in a

20       California case called Norsworthy versus Beard?

21 A   Norsworthy, yes.

22 Q   And this was a case where Ms. Norsworthy sued the

23       prison alleging that it violated her rights by

24       refusing to provide gender confirmation surgery?

25 A   Yes.

1  Q  And you submitted an expert declaration in that

2     case?

3  A  Yes.

4  Q  I'll pull up what's marked as Exhibit 47, and I

5     will just represent to you that this is a copy of

6     the district court's decision in that case on the

7     plaintiff's request for a preliminary injunction.

8     My first question to you is it might not have been

9     in this form, but have you ever seen a copy of the

10    district court's decision on the plaintiff's motion

11    for preliminary injunction in that case?

12 A  No.  But I heard about some aspect of it.

13 Q  I'm going to scroll down to page 12 where the

14    district court writes, referring to you, he states,

15    quote, I know of only one inmate in the U.S. who

16    has had SRS while in custody.  This California

17    inmate's mental health dramatically deteriorated,

18    closed quote.  Defendants have conceded, however,

19    that the incident Levine describes could not have

20    occurred because no vaginoplasties have ever been

21    performed on an inmate incarcerated in California.

22        Do you see where the district court writes

23    that?

24 A  Yes.

25 Q  Are you aware of the concession in that case made

1       by the California correctional department

2       indicating that they had never performed

3       vaginoplasties on an inmate in their custody?

4    A  If you're going to cut me short, you won't get the

5       facts in this case.

6    Q  I'm not asking for the facts.  I'm asking if you're

7       aware that the California Department of Correction

8       conceded they had never performed a vaginoplasty on

9       an inmate.  Are you aware of that?

10   A  That's because it was performed in Texas.

11   Q  Okay.

12   A  And the patient was transferred to California.

13   Q  Okay.  Are you aware that the judge in that case

14      later referenced to you as relying on a, quote,

15      unquote, fabricated anecdote?

16   A  And you need to understand that the judge was

17      wrong, that I made reference to a case that I

18      actually have in written possession at my home of

19      a -- I gave a six-hour workshop to California DOC

20      mental health professionals, the last hour of which

21      they presented a case, and they gave me a written

22      report of this case.  That's what I was referring

23      to.  The judge never talked to me.  He made his

24      conclusions imputing my integrity saying I

25      fabricated it.  He's wrong, and usually people who

1    are deposing me bring this up.  And this has
2    been -- I mean, if you need me to, I can provide
3    quite extensive documentation that the judge was in
4    error about this, and he's just wrong about this.
5    When he said I fabricated it, he was wrong.  He
6    never questioned me.  He just concluded this.  He
7    didn't see me in court because I was never in
8    court.
9  Q  Okay.
10 A  So, you know, this continues to be, oh, that Levine
11   has no integrity kind of implication.  He's a
12   fabricator.  He's a liar.  I'm not.  He's just
13   wrong.
14 Q  Doctor, do you recall serving as an expert in a
15   Connecticut case called Clark versus Quiros?
16 A  Uh-huh.
17 Q  Yes?
18 A  Yes.
19 Q  And this is the one that we discussed at the outset
20   that was not on your CV, correct?
21 A  Yes.
22 Q  And this case also concerned whether a prison
23   system violated a transgender inmate's rights by
24   not providing confirmation surgery, is that
25   correct?

1  A  The actual legal issue has not been foremost in my
2     mind.  It's a legal concern.  I was asked to do a
3     psychiatric evaluation of this prisoner.  I gave a
4     psychiatric evaluation.  I gave a set of --
5  Q  Doctor, if you're not aware what the legal claims
6     were in the case, you can just tell me.  That's a
7     perfectly fair answer.
8  A  In a profound sense, I'm not aware.
9  Q  But you recall that your deposition was taken in
10    that case?
11 A  Yes.
12 Q  And you also submitted an expert declaration?
13 A  Yes.
14 Q  Do you recall that in that case you outlined a
15    pathway to further consideration of the possibility
16    of some genital surgery in the future?
17 A  That was my memory, yes.  That was exactly my
18    memory because in one of the reports that -- one of
19    the versions of the expert opinion reports --
20    that's what I said.  I said, here is a pathway.  I
21    made recommendations for the DOC about how to deal
22    with this prisoner and how to reassess the prisoner
23    for sex reassignment surgery in the future after
24    these situations were removed.  And during --
25 Q  I'm sorry, Doctor.  You answered the question.  The

1     pathway that you outlined for Ms. Clark involved

2     her meeting regularly with two different types of

3     therapists, one of them specific to her gender

4     dysphoria?

5  A  I think -- I think the answer to that question is

6     yes.

7  Q  And I think you said she should meet with one of

8     these therapists at least once every two to three

9     weeks?

10  A  I think there was a recommendation that she would

11     have a regular, reasonably frequent for a prison

12     system to discuss her life, her concerns, her

13     motivations, and her general mental health.  And

14     then I think the second one was somebody to

15     evaluate the persistence of and the intensity and

16     the criteria for gender dysphoria.

17  Q  And I assume that the second person would need to

18     be someone who was adequately trained and

19     experienced in gender-related issues?

20  A  Somebody who is knowledgeable about this issue,

21     yes.

22  Q  Okay.  Do you have an understanding as to how

23     frequently Autumn is being seen by her mental

24     health professionals?

25  A  I'm sorry.  Repeat that, please.

1  Q  Do you have an understanding how frequently Autumn
2     is being seen by her mental health professionals?
3  A  Oh, Autumn.  We're off of Clark now, right?
4  Q  Yes.  I'm sorry.
5  A  I'm sorry.  I was still -- I think she's offered
6     regular treatment.  Of course, over the years she's
7     had numerous treatments, numerous -- she's been in
8     numerous institutions and I think has always had
9     psychotherapeutic support.
10 Q  And when you say she's offered regular treatment,
11    about how frequently do you believe that she's seen
12    by a mental health professional?
13 A  I would think at least once a month.
14 Q  And do you have an understanding of the training or
15    experience in gender-related issues of her mental
16    health staff at the facility?
17 A  Well, we're talking about a large number of people,
18    and so I certainly couldn't have an understanding
19    of their -- of their understanding and their
20    education or their training in gender dysphoria.
21    This whole issue of training in gender dysphoria is
22    a profoundly controversial area, and I just will
23    leave it at that.
24 Q  Back to the Clark case, do you recall testifying in
25    your deposition that you are unable to make the