# In the Matter Of:

*JONATHAN RICHARDSON*

*–v–*

*COMMISSIONER, INDIANA DEPT. OF CORRECTION*

---

## Loren Schechter, M.D.

*January 26, 2024*

---

StewartRichardson

Deposition Services

800.869.0873   www.StewartRichardson.com

1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
2
EVANSVILLE DIVISION

3

JONATHAN RICHARDSON aka        )
4  AUTUMN CORDELLIONE,            )
                                 )
5           Plaintiff,           )
                                 )  Civil Action No.
6        -v-                     )  3:23-cv-00135-RLY-CSW
                                 )
7  COMMISSIONER, INDIANA         )
   DEPARTMENT OF CORRECTION,     )
8                                )
           Defendant.            )
9

10        The recorded videoconference deposition upon

11  oral examination of LOREN SCHECHTER, M.D., a witness

12  produced and sworn remotely before me, Sherry D. Lenn,

13  RPR, and Notary Public in and for the County of

14  Warrick, State of Indiana, taken on behalf of the

15  Defendant, remotely via Zoom videoconference on

16  January 26, 2024, at 2:38 p.m. EST, pursuant to the

17  Federal Rules of Civil Procedure.

18

19

20

21

22

23

24        STEWART RICHARDSON & ASSOCIATES
          Registered Professional Reporters
25                (800)869-0873

```
 1                        APPEARANCES

 2        (All participants appearing by videoconference)

 3
      FOR THE PLAINTIFF:
 4
                  Kenneth J. Falk, Esq.
 5                Gavin M. Rose, Esq.
                  ACLU OF INDIANA
 6                1031 E. Washington Street
                  Indianapolis, IN  46202
 7                kfalk@aclu-in.org
                  grose@aclu-in.org
 8

 9
      FOR THE DEFENDANT:
10
                  Alexander R. Carlisle, Esq.
11                Katherine A. Meltzer, Esq.
                  Bradley Davis, Esq.
12                Rebekah Durham, Esq.
                  OFFICE OF THE ATTORNEY GENERAL
13                302 W. Washington Street
                  Indiana Government Center South, 5th Floor
14                Indianapolis, IN  46204
                  alexander.carlisle@atg.in.gov
15                katherine.meltzer@atg.in.gov
                  bradley.davis@atg.in.gov
16                rebekah.durham@atg.in.gov

17

18

19

20

21

22

23

24

25
```

INDEX OF EXAMINATION

PAGE

EXAMINATION

QUESTIONS BY MR. CARLISLE                                    6
QUESTIONS BY MR. FALK                                     104

INDEX OF EXHIBITS

| NUM. | DESCRIPTION | PAGE |
|------|-------------|------|
| Exhibit 17 | Expert Declaration of Loren S. Schechter, M.D. | 40 |
| Exhibit 18 | Original Article Titled "Breast augmentation in male-to-female transgender patients: Technical considerations and outcomes | 56 |
| Exhibit 19 | Article Titled "Quantifying the Psychosocial Benefits of Masculinizing Mastectomy in Trans Male Patients with Patient-Reported Outcomes: The University of California, San Francisco, Gender Quality of Life Survey: Plastic and Reconstructive Surgery" | 62 |
| Exhibit 20 | Article Titled "Female-to-male transgender quality of life" | 64 |
| Exhibit 21 | Article Titled "Patient Satisfaction with Breasts and Psychosocial, Sexual, and Physical Well-Being after Breast Augmentation in Male-to-Female Transsexuals" | 68 |
| Exhibit 22 | Review Article Titled "Outcome of Vaginoplasty in Male-to-Female Transgenders: A Systematic Review of Surgical Techniques" | 72 |

Exhibit 23     Original Article Titled     75
                "Satisfaction With
                Male-to-Female Gender
                Reassignment Surgery"

Exhibit 24     Sexual Medicine Reviews     77

Exhibit 25     Article Titled "Male-to-Female
                Sex Reassignment Surgery Using
                the Combined Technique Leads to
                Increased Quality of Life in a
                Prospective Study"

Exhibit 26     Article Titled "Chest Surgery     86
                in Female to Male Transgender
                Individuals"

Exhibit 27     Article Titled "Quality of life
                improvement after chest wall
                masculinization in
                female-to-male transgender
                patients:  A prospective study
                using the BREAST-Q and Body
                Uneasiness Test"

Exhibit 28     Article Titled "Chest
                Reconstruction and Chest
                Dysphoria in Transmasculine
                Minors and Young Adults

Exhibit 29     Department of Health and Human     89
                Services Departmental Appeals
                Board Appellate Division
                Decision

Exhibit 30     Article Titled "Pain and     91
                Dysfunction Reported After
                Gender-Affirming Surgery:  A
                Scoping Review"

(Exhibits 25, 27, and 28 were not referred to.)

1    COURT REPORTER:  My name is Sherry Lenn, an

2    associate of Stewart Richardson Deposition

3    Services.

4        Today's date is January 26, 2024.  The time

5    is 2:38 p.m. Eastern Standard Time.  This

6    deposition is being held via Zoom videoconference.

7        The deponent's name is Dr. Loren Schechter.

8    This case is filed in the United States District

9    Court for the Southern District of Indiana in the

10    matter of Autumn Cordellione, et al. vs.

11    Commissioner of Indiana Department of Correction,

12    Civil Action No. 3:23-cv-00135-RLY-CSW.

13        Will counsel please identify themselves and

14    any persons present with you for the record

15    starting with counsel for the Plaintiff, please?

16        MR. FALK:  Ken Falk and Gavin Rose for the

17    plaintiff Autumn Cordellione.

18        MR. CARLISLE:  Alex Carlisle, Kate Meltzer,

19    Rebekah Durham, Bradley Davis for the defendant.

20        COURT REPORTER:  Does anyone have an objection

21    to me administering the oath via Zoom?

22        MR. FALK:  No.  No from plaintiff.

23        MR. CARLISLE:  No.

24        COURT REPORTER:  Thank you.

25

```
1              LOREN SCHECHTER, M.D.,
2  called as a witness by the Defendant, having been first
3  duly sworn, was examined and testified as follows:
4  EXAMINATION
5  QUESTIONS BY MR. CARLISLE
6  Q  Good afternoon, Doctor.  How are you?
7  A  Fine.  Thanks.  How are you.
8  Q  Doing well.  My name is Alex Carlisle with the
9     Indiana Attorney General's Office.  I represent the
10     defendant in this case.  You've been deposed
11     before, correct?
12  A  I have.
13  Q  All right.  How many times about?
14  A  Over 50.
15  Q  Okay.  I'm going to skip the formalities then.
16     I'll just remind you you're under oath.  You
17     understand that?
18  A  Yes.
19  Q  And if you answer a question, I'm going to assume
20     you understood it.
21  A  Okay.  As I said, I apologize.  If my phone goes
22     off, I may just have to grab it for a minute.
23     We're just -- a couple things going on in the OR
24     right now.
25  Q  That's fine.  I understand you're on call, right?
```

1        All right.  So you're a surgeon?

2   A   Yes.

3   Q   You perform gender confirmation surgeries for

4       transgender patients?

5   A   I do, among other procedures.

6   Q   Okay.  And today when I say surgery, can we agree

7       that I'm referring to gender confirmation surgery?

8   A   Okay.

9   Q   Great.  And if necessary, we can use a more

10      specific term like orchiectomy?

11  A   Sure.

12  Q   Or vaginoplasty, hysterectomy?

13  A   Okay.

14  Q   Okay.  All right.  Let's start with what is your

15      role in the patient's gender dysphoria diagnosis?

16  A   So as we've said, I'm a surgeon.  I work in a

17      multi-disciplinary manner, caring for people who,

18      among other diagnoses, may have gender dysphoria.

19      In doing so, I perform gender affirming or gender

20      confirming procedures.

21          I don't make the diagnosis of gender

22      dysphoria, but I work with primary care

23      professionals, mental health professionals who

24      typically make that diagnosis, and I work with them

25      in a collaborative fashion as to whether surgery is

1    an appropriate step for the patient.

2  Q  Okay.  Apart from surgery, do you recommend other

3    treatment options for patients for gender

4    dysphoria?

5  A  Well, my practice is a surgical practice, so, for

6    example, I don't prescribe hormones.

7  Q  All right.  So if you're going to be treating a

8    patient with gender dysphoria, it's limited to the

9    surgical options?

10  A  I don't provide counseling or mental health

11    services nor do I prescribe hormones.  My -- my

12    practice is a surgical practice.

13  Q  Okay.  So by the time you are involved in the

14    treatment for a patient with gender dysphoria, that

15    person has been diagnosed with gender dysphoria?

16  A  I would say that's generally true.  On rare

17    occasions someone may make it to the office who may

18    not have yet carried a diagnosis, in which case our

19    office will refer them to people who can assist.

20  Q  Okay.  If a patient with gender dysphoria is

21    presented to you, has that patient already been

22    recommended to receive a type of surgery?

23  A  So the answer is it -- it depends.  In my practice,

24    I don't necessarily have to have received letters

25    confirming readiness for surgery at the time of

1      consultation because I think personally the patient

2      needs to see a surgeon, speak with a surgeon, hear

3      about a procedure, risks and benefits and the

4      options, and then go back to their primary care

5      professional and or their mental health

6      professional prior to deciding as to whether

7      surgery would be indicated.

8  Q   Okay.  And is that because it's your opinion that

9      the surgeon is in the best position to inform the

10     patient of the risks, benefits, and options of

11     surgery?

12 A   Well, I think -- I think it's a bigger picture.

13     The process for surgery or the informed consent

14     process is just that.  Hearing about the procedure

15     and the specifics about the procedure as it relates

16     to particular surgical issues or surgical risks

17     fall within the purview of the surgeon.

18         Excuse me one second.

19         MR. CARLISLE:  Okay.

20         (A brief recess was taken.)

21 A   I apologize.  So the surgeon -- the responsibility

22     of the surgeon is to discuss the surgical risks

23     benefits, options, et cetera, but that's one

24     component of the informed consent process.  So it's

25     my opinion that not only does the patient need to

1    hear from the surgeon, but the patient also needs

2    to take that information back and consider the

3    impact of surgery on other aspects of their life.

4    And those are typically also addressed with primary

5    care professionals, mental health professionals,

6    therapists, et cetera.

7  Q  So can a patient have informed consent for surgery

8    if he or she has not consulted with a surgeon?

9  A  Well, I think a patient can't undergo -- unless

10    there's an emergency surgery can't undergo surgery

11    without an informed consent discussion with the

12    surgeon.

13  Q  Is there any circumstance where gender-conforming

14    surgery would be performed on an emergency basis?

15  A  Well, sequelae.  So I've had, for example, people

16    who have had self-surgery, amputated body -- or

17    attempted to amputate body parts where there's

18    bleeding that needs to be stopped, which would be

19    emergent that wouldn't be necessarily the

20    definitive procedure.  That would be addressed at

21    preventing loss of -- of life and stopping

22    bleeding.

23  Q  So if you have a patient who has attempted

24    auto-castration, let's say, and they're bleeding

25    and you see them for an emergency surgery, your

1     main goal is to stop the bleeding, correct?

2  A  Stabilize the patient, whether there's -- when it

3     occurred, is there infection, stabilize the

4     patient, do they need a urinary catheter.  There

5     could be a number of -- of things involved but

6     generally performed on an emergent basis.

7  Q  But you wouldn't at that time go ahead and perform

8     a vaginoplasty, let's say?

9  A  I wouldn't do a vaginoplasty.  It may require an

10    orchiectomy if the -- if the testicle or the

11    spermatic cord have been irreparably damaged or

12    bleeding or need to be removed at that point.

13 Q  Great.  And so in circumstances where there is no

14    damaged tissue like what you're describing, would a

15    gender-conforming surgery ever be performed on an

16    emergency basis?

17 A  Well, I would say the majority of procedures that I

18    perform for gender-affirming or gender-confirming

19    surgery, like most surgeries, including, for

20    example, most cancer surgeries, are elective in the

21    sense that they're not designed for -- to save

22    immediate loss of life or limb, for example.

23 Q  Going back to informed consent, what are the

24    requirements for informed consent in a patient like

25    the plaintiff?  And maybe if I can -- a patient who

1    wants feminizing genital surgery, what would the

2    informed consent look like for that patient?

3  A  Yeah.  So I haven't personally examined, so you're

4    referring to a generic patient?

5  Q  Yes.

6  A  Okay.  So a typical scenario for -- for my practice

7    would be a patient would be seen in our office.  As

8    with any patient seeking a -- the surgical service,

9    we would interview the patient.  I would interview

10    the patient, discuss goals, expectations, medical

11    history, family history, social history, et cetera,

12    perform a physical examination, discuss the

13    procedure, discuss the risks of the procedure,

14    potential benefits of the procedure, options of

15    undergoing the procedure or not undergoing the

16    procedure.  We typically use decisional aids, so

17    that would include a combination of both written

18    and visual information.  So representative photos

19    -- photographs of representative patients, written

20    information that would support our discussion,

21    allow the patient, for example, to review that

22    information following our office procedure.

23       Depending upon the particular procedure -- if

24    we're discussing vaginoplasty, the patient would

25    meet with other members of our team, which would

1    typically include social work, a patient navigator,

2    a pelvic floor physical therapist.  At that point

3    if the patient expressed an interest, we would --

4    in proceeding with surgery, we would ask them to go

5    home, consider our information, contact our office

6    should they have additional questions.  Our office,

7    usually our social worker, would then work with the

8    patient in receipt of letters of assessment for

9    primary care and/or mental health professional.

10   Those letters -- and then the consent is

11   memorialized typically with a series of documents

12   where the patient reads, signs, initials and

13   actually takes a short quiz to demonstrate their

14   understanding of the material.

15   Q  So that's quite an extensive list.  I understand

16   you do not know whether the plaintiff in this case

17   has received any or all of those items?

18   A  I do not know.

19   Q  Okay.  As part of your -- as part of your informed

20   consent process, how much time do you spend

21   discussing the risk of complications?

22   A  I would anti- -- I would estimate that my time with

23   the patient is probably 45 minutes plus or minus.

24   I would say on average it's a couple of hours in

25   our office in meeting with the various people who

1    we've just discussed followed by all the follow-up

2    work, typically subsequent communication, whether

3    in person or electronic with our nurse, our

4    physician assistant, our social worker, our

5    navigator depending upon particular circumstances.

6  Q  As part of your informed consent process, how much

7    time do you spend discussing data related to

8    long-term outcomes?

9  A  So part of my -- much of what my discussion is are

10    the outcomes of my surgery but -- but tailored to

11    the particular goals and expectations of the

12    patient.

13  Q  Okay.  And did you say how long you spend

14    discussing outcomes?

15  A  That's most of the procedure -- or most of the

16    consultation.  A description of the -- following my

17    history and physical is then a description of the

18    procedure, a description of risks, a description of

19    benefits and a description of options which

20    includes not undergoing a procedure.

21  Q  All right.  Do you -- do you discuss studies like

22    the sources you cited in your report for this case?

23    Do you discuss those types of studies with your

24    patients?

25  A  I typically discuss my outcomes, my experience, as

1    well as general -- the general knowledge in the

2    field.  I don't necessarily discuss an individual

3    study.  Perhaps on occasion a patient may bring up

4    a particular request or a technique that may

5    involve a study in which case we would discuss it.

6  Q  All right.  So if I'm understanding correctly, you

7    do not provide systematic data that may come from a

8    study on surgeries to your patients during the

9    informed consent process?

10 A  No.  I provide my experience and the general

11    knowledge of the field.  As to whether I discuss

12    one particular study or not may depend upon the

13    nature of the request.

14 Q  Is there a waiting period for gender-confirmation

15    surgery?

16 A  Yes, in the sense that our wait lists are probably

17    close to two years for a surgery.

18 Q  And when does that two-year period start?

19 A  Generally after I've seen the patient.

20 Q  In that two-year interim between when you first see

21    the patient and surgery, how many visits do you

22    have with the patient?

23 A  Again, that would depend on the nature of the

24    request or the particular patient.  We'll have the

25    initial consultation.  We always invite people back

1      for in-person consultations, but not uncommonly we

2      may speak by phone or by electronic means.

3   Q  Have you ever declined to perform

4      gender-confirmation surgery for a patient who

5      requested it?

6   A  Yes.

7   Q  How many times?

8   A  I can't recall the number of times, but not every

9      patient who we see -- who I see do I perform

10     surgery on, whether their choice or a medical

11     decision on my part.

12  Q  Would you say you've declined to perform surgery

13     for a patient who requested it more than ten times?

14  A  Yes.

15  Q  More than 20, 30?  Can you give me an estimate?

16  A  In my career, yes, more than 30.

17  Q  Okay.  All right.  I want to talk about surgery for

18     non-transgender individuals.  So I assume you're

19     familiar with the term cisgender?

20  A  Yes.

21  Q  Okay.  And what does that mean to you?

22  A  A person who -- a person whose gender identity is

23     consistent with their -- with their physical

24     anatomy, morphology, typically secondary sexual

25     characteristics.

1  Q  Okay.  So let me ask if you perform a surgery that

2     removes a cisgender man's penis and testicles, can

3     he thereafter father a child naturally?

4  A  Not after testicles are removed; however, I have

5     performed and continue to perform reconstructive

6     surgery for cisgender men secondary to cancer or

7     trauma or birth-related conditions.  So the ability

8     to produce sperm would depend on testicles.  So

9     I've performed phalloplasty for men who are capable

10    of producing sperm.

11 Q  All right.  But if you have a cisgender man and you

12    perform an orchiectomy, you can't father a child

13    naturally after that procedure, right?

14 A  If both testicles are removed, he cannot.  If one

15    testicle is removed, potentially he could,

16    although, again, we're speaking theoretically

17    because, of course, not all cisgender men are able

18    to successfully produce sperm that are capable of

19    impregnating a person.

20 Q  So in a case with a cisgender man who is capable of

21    producing sperm to impregnate someone, if you

22    perform an orchiectomy on him, that procedure will

23    sterilize him, correct?

24 A  If the person is fertile before surgery and both

25    testicles are removed, of course unless if

```
 1        undergone sperm preservation prior to that, they
 2        would not be able to produce sperm to impregnate a
 3        person.
 4    Q   And when -- would you ever perform a -- an
 5        orchiectomy on a cisgender man without the presence
 6        of pathology or diseased tissue?
 7    A   So generally speaking, although that's one of the
 8        cases that I'm involved in right now, is a
 9        cisgender man with a medical condition, Fournier's
10        gangrene, whose testicles are necrotic and I'm
11        working with a -- excuse me, it's a motion detecter
12        here; sorry about that -- working with our
13        urologist as to whether or not the testicles can be
14        saved.  Generally speaking, although I may have in
15        a handful of cases performed an orchiectomy for a
16        person who is not transgender, in my practice, most
17        of the overwhelming majority of cases for which I
18        perform an orchiectomy would be for a transgender
19        person.
20    Q   And have you ever performed an orchiectomy on a
21        cisgender man in the absence of pathology or
22        diseased tissue?
23    A   In the absence of a diagnosis of gender dysphoria,
24        I may have performed orchiectomies in the past or,
25        as we just discussed, cases of Fournier's gangrene,
```

1    for example, infection.  It's conceivable I've

2    performed them for other reasons that I can't

3    recall right now.  But as I said, generally

4    speaking, when I perform an orchiectomy, it's for a

5    diagnosis of gender dysphoria.

6  Q  All right.  Well, let me ask you this:  If a

7    cisgender male patient presented to you with

8    healthy tissue, no pathology, no diagnosis, but he

9    said I'd like you to perform an orchiectomy, is

10   that a surgery you would perform?

11 A  Those are generally not people I would see in my

12   practice.

13 Q  And why is that?

14 A  Well, I'm not aware of a medical condition, unlike

15   gender dysphoria, where an orchiectomy would be

16   indicated.  So if there were a particular reason

17   for it, I would entertain that.  As of now, that's

18   not typically a person who I would see in my

19   practice.

20 Q  And this might be obvious, but focusing on a

21   cisgender woman, do you ever perform a hysterectomy

22   absent pathology or diseased tissue?

23 A  So I don't -- I work with our gynecology team for a

24   hysterectomy, so I would typically not perform

25   hysterectomy.  Mastectomy, yes, not infrequently.

```
 1        Much of my previous practice was in breast
 2        reconstruction for cisgender women where it would
 3        not be uncommon to perform a mastectomy for someone
 4        who was at a hereditary or a genetic predisposition
 5        for cancer.  Those are instances where a cisgender
 6        woman not only may undergo hysterectomy, but also
 7        oophorectomy or removal of her ovaries.
 8    Q   Absent a risk of -- absent a risk of cancer, have
 9        those surgeries been performed for cisgender women?
10    A   Well, we all have a risk of cancer.  It's a
11        question of what -- how significant that risk may
12        be in one hand -- the one hand.  And it's on the
13        other hand like many medical conditions where there
14        are many options for treatment what the preference,
15        what the goal is for that particular patient.  So,
16        in other words, one person may have a lower degree
17        of cancer risk and opt for a mastectomy, one person
18        may have a high degree of cancer risk and not opt
19        for a mastectomy.  So it's highly individualized
20        and dependent upon the person and the condition.
21    Q   If there were a cisgender woman with no risk of
22        cancer, would you perform a mastectomy?
23    A   I don't know that I've met anybody with no risk of
24        cancer.
25    Q   So it's the risk --
```

1    A   Having a body part -- pardon me?

2    Q   Go ahead.

3    A   Having a body part may predispose someone to a

4        particular pathology.

5    Q   But it's the risk of cancer that would justify a

6        mastectomy in a cisgender woman under the

7        circumstances you're discussing, correct?

8    A   There may be other reasons why a woman undergoes

9        mastectomy and chooses to have reconstruction or

10       not:  Traumatic deformities, congenital reasons,

11       infection reasons, cancer being one of those

12       reasons.

13   Q   In -- let's focus on transgender patients.  In

14       transgender patients, let's take a male to female

15       surgical candidate, is an orchiectomy also going to

16       sterilize that patient?

17   A   Answer is it depends.  Again, we don't necessarily

18       know everyone's fertility status prior to the

19       procedure.

20   Q   Assuming he -- assuming the patient is fertile and

21       can impregnate someone.

22   A   Assuming the patient is fertile and can impregnate

23       someone, if they undergo an orchiectomy, they would

24       not be able to produce sperm, again unless they

25       have chosen, which is part of our informed consent

1    process, to pursue sperm preservation.

2  Q  Okay.

3        THE WITNESS:  Excuse me one second again.

4        MR. CARLISLE:  Okay.

5        (A discussion was held off the record.)

6  A  And I apologize.  Literally this never happens and

7     right now there's a confluence of multiple ORs

8     going, so I apologize.

9  Q  That's okay.  That's okay.

10        Were you finished answering?

11  A  I was.

12  Q  And it would be true then for female to male

13     transgender surgery candidates that a hysterectomy

14     would sterilize the patient?

15  A  No.  An oophorectomy, again, would sterilize a

16     patient depending upon whether or not they had --

17     had any embryo preservation or egg preservation.

18     Prior to a procedure, a hysterectomy would not

19     allow someone to carry a fetus.

20  Q  And thank you for that clarification.

21        All right.  Follow-up after surgery.  How

22     often do you follow up with patients after you've

23     performed a surgery -- a gender-confirmation

24     surgery on them?

25  A  So it depends on which particular procedure.

1  Q  All right.  Let's focus on male to female patients

2     who get feminizing genital surgery.  How often do

3     you follow up with them?

4  A  Well, if it were a stand-alone orchiectomy, for

5     example, the typ- -- the procedure would be

6     performed either as an outpatient or an overnight

7     stay.  We would typically see people about a week

8     after surgery, then several weeks after surgery,

9     then six weeks after surgery, then three months

10    after surgery.

11         If the procedure included a vaginoplasty, the

12    patient would be seen more frequently.  Typically

13    inpatient hospitalization on the order of five to

14    seven days, follow-up in our office at

15    postoperative day ten, follow-up in post -- on our

16    -- in our office on postoperative day on or about

17    14.  They would then return regularly for the first

18    couple weeks to work with our pelvic floor physical

19    therapists, assuming that they had construction of

20    a vaginal canal, to work with the physical

21    therapist on dilation.  We would then see them

22    again about six weeks after surgery, three months

23    after surgery, one year after surgery and typically

24    two years after surgery.

25  Q  Great.  And then for male to female surgical

1    candidates who have masculinizing genital surgery,

2    how often do you see them after surgery?

3  A  So I think you mean for the term female -- you've

4    used the term male to female.  I think you meant

5    female to male which is now --

6  Q  Correct.

7  A  -- a dated term -- now a dated term.  So we would

8    refer to them as transmasculine patients.  It would

9    depend upon the nature of the procedure.  If it's a

10   phalloplasty, we would see them for -- for years.

11  Q  And what about other procedures?

12  A  So the only other -- well, generally for

13   masculinizing genital surgery, the two categories

14   would be either metoidioplasty or phalloplasty.

15   Metoidioplasty is spelled m-e-t-o-i-d-i-o plasty,

16   referring to length of the hormonally hypertrophied

17   clitoris, which may or may -- may or may not be

18   done with lengthening of the urethra.

19        Other surgery, for example, like hysterectomy

20   would typically be followed by my partner.  I

21   wouldn't necessarily see a person who had a

22   standalone hysterectomy.

23  Q  Do you know how often your partner would see that

24   person postop?

25  A  If it was a standalone hysterectomy, typically my

1    partner, the urogynecologist, would do that.  It

2    would be quite common that those individuals would

3    also undergo chest surgery, meaning mastectomy, and

4    so it wouldn't be uncommon that we would both see

5    them, but I would not follow independently a person

6    who had a hysterectomy alone, as a standalone.

7  Q  I see.  What is the purpose of the follow-up

8    meetings after surgery?

9  A  Several.  Assess the patient.  And assessment means

10    several things.  Of course from the surgical

11    standpoint to assist their healing, looking for any

12    healing-related problems.  Is there a specific

13    procedure we're talking about now because it, of

14    course, depends on the procedure.

15  Q  Let's take vaginoplasty.

16  A  So for vaginoplasty the follow-up would typically

17    include an assessment of their healing, an

18    assessment of their urination, beginning dilation

19    and vaginal rinsing, assessing sensation, assessing

20    their overall satisfaction with the procedure,

21    ensuring that they have a stable situation, which

22    is what much of our work up front is done by our

23    social worker and navigator, meaning they have safe

24    space, they have a safe and private place to

25    dilate.  Assessing their ability to return, for

```
 1        example, to work, their ability to return to

 2        activities of daily living and then ultimately

 3        assessing whether or not the surgery has improved

 4        their gender dysphoria.

 5   Q    All right.  Any other reasons for the follow-up

 6        visits?

 7   A    It's a general check in to see how they are -- to

 8        see how they're doing and how they're satisfied

 9        with surgery and see how their overall life and

10        well-being are doing.

11   Q    When you say you want to gauge how their gender

12        dysphoria is doing post surgery, how do you do

13        that?

14   A    Well, we ask.  We ask how they -- how the surgery

15        has impacted them, how it's impacted their

16        dysphoria and/or their overall life functioning as

17        it pertains to personal or professional family

18        goals and overall function.

19   Q    So do you have any objective measure --

20        measurements of gender dysphoria in those visits?

21   A    The patient -- patient-reported outcome.

22   Q    And do you have any presurgery baseline data to

23        compare the subjective reports post surgery related

24        to gender dysphoria?

25   A    So that's where the multi-disciplinary process
```

1    comes in.  That's where -- our review of their

2    letters and their current state of functioning and

3    dysphoria and what the goal of surgery is.

4         Some patients may have undergone testing

5    related to their gender dysphoria.  Some patients

6    may have undergone other psychological instruments

7    or tests.  That depends on the individual person.

8  Q  And so if you have someone who's taken a

9    psychological test before surgery, what kind of

10   tests are you referring to?

11 A  There's a variety of tests, and the nature of that

12   would depend upon the person and what their mental

13   health/professional felt was important prior to the

14   procedure.  If I felt there was a particular area

15   that needed to be assessed or addressed, I would

16   discuss that with their primary care and/or mental

17   health profession.

18 Q  And do you or your team administer that same test

19   that the patient took before surgery during a

20   follow-up visit?

21 A  That's a hypothetical question, but in my practice

22   I don't administer psych- -- psychological tests.

23 Q  Okay.  So post surgery during follow-ups, it sounds

24   like the only measurements you take are based on

25   subjective responses from the patients?

1    A    We have a variety of research and clinical

2         research.  Patients may be asked to complete

3         surveys that may include things like sexual

4         function, overall well-being as part of their

5         follow-up or as part of a clinical research study.

6    Q    In the patients who participate in those studies,

7         do you know whether there is objective data to

8         compare the results from presurgery to after

9         surgery?

10   A    Yes, there may be pre and post, although I'm

11        typically blinded as to -- as to who completes, and

12        so I don't necessarily have the individual data on

13        those tests or the results.

14   Q    So in your own follow-up, all you know is what is

15        reported to you from your patients during a -- a

16        follow-up visit?

17   A    And then overall results for a completion -- for

18        people who have completed pre and postoperative

19        studies.  So that may not be the individual

20        patient, but it does provide an overall overview of

21        the practice in general for people who participate

22        in a particular clinical study.

23   Q    Okay.  You have performed surgery on a number of

24        prisoners, right?

25   A    I estimate probably seven.

1   Q   Okay.  And from your report, I think one was in

2       federal custody?

3   A   Correct.

4   Q   And the rest were in state custody in Illinois?

5   A   Yes.

6   Q   Okay.  What kind of surgeries did you perform on

7       those individuals?

8   A   Vaginoplasty and mastectomy.

9   Q   And when did you perform these surgeries, just an

10      estimate?

11  A   I would estimate that we perhaps started, a rough

12      estimate, about a year, give or take ago.

13  Q   So you've done all these prisoner surgeries within

14      the past year?

15  A   I -- I'd have to look specifically, but -- but that

16      would be, I think, an estimate, yes.

17  Q   Was the presurgical process -- and by that, I mean

18      the informed consent process you described earlier,

19      was that different for the prisoner surgeries than

20      it was for your non-prisoner patients?

21  A   We spent quite a bit of time working with the

22      Illinois Department of Corrections.  Some of it got

23      hung up around COVID-related issues.  But part of

24      our process -- well, I -- and I can explain that

25      process, but much of it also centered around safe

1   aftercare.

2        One of the examples of that is a medical

3   facility that came online in Illinois where

4   following discharge from the hospitals, people who

5   are incarcerated are discharged to the medical

6   facility.  That was part of the coordination

7   between our team and the Illinois Department of

8   Correction around issues not only healing but

9   dilation, vaginal rinsing, and recuperation.

10       Some of the other things that we -- with our

11  patients who are incarcerated, in addition to the

12  process we discussed, we have what we call a

13  pathway to informed consent.  So what that is, is

14  patients in the Illinois system who are

15  contemplating at this point vaginoplasty or

16  mastectomy following being identified as

17  transgender, being interested in pursuing medical

18  interventions, being screened by the IDOC team

19  would under- -- would gather for a webinar.  I do

20  that probably quarterly, again give or take, where

21  the IDOC will gather people from various

22  facilities, and I'll do a webinar regarding either

23  vaginoplasty or mastectomy.  So subsequent to that

24  -- so that's a requirement for people prior to

25  having a consultation.  So if once they've been

1  screened and approved and then once they've

2  followed the webinar, seen the webinar, had the

3  opportunity to ask generic questions, because, of

4  course, I can't give specific information until

5  they're examined, then they may be deemed eligible

6  for an in-person consultation.

7  Q  For the prisoner patients you performed surgery on

8     in the past year, were you made aware of their

9     baseline mental health status?

10 A  Yes.  They're all screened by a mental health team

11    through the Illinois Department of Corrections.

12    There's also what's called a THAW, T-H-A-W,

13    committee meeting.  I participate in that when I'm

14    able to, which is again a multi-disciplinary review

15    of people who are contemplating surgical

16    interventions.

17 Q  And for your prisoner surgical patients, how many

18    had underlying mental health comorbidities?

19 A  I can't recall.  I would estimate at least -- at

20    least two who I can think of.  It may be more, but

21    I'd have to look specifically at -- at their

22    records.

23 Q  Okay.  Did those comorbidities -- how did the

24    comorbidities affect your decision whether to

25    perform the surgery?

1   A   Well, there may be a number of factors that affect

2       my decision.  So I have also declined to perform

3       surgery on people who are incarcerated.  And -- and

4       again, that may be for a variety of reasons.  That

5       can be for medical reasons.  It can be for mental

6       health reasons.  And so as how any condition would

7       impact the decision to proceed with surgery, as we

8       would with any patient contemplating surgery, we

9       would work with -- with our colleagues, with their

10      other care providers as well as with the patient to

11      determine as to whether surgery is appropriate or

12      indicated or safe.

13  Q   You mentioned you've declined to perform surgery

14      for prisoners.  How many have of them have you

15      declined to perform surgery for?

16  A   So we typically see people in groups of three.  I

17      probably last saw a group within the last four to

18      six weeks, and I can think of -- and so I can think

19      of at least one person in the last group who, for

20      the time being, I did not feel was ready for

21      surgery.  I discussed that with the IDOC team.  We

22      were all in agreement.

23  Q   And among the prisoners you've declined for

24      surgery, how many had mental health comorbidities

25      that affected your decision to not perform surgery?

1    A   That, I can't recall offhand.

2    Q   Can you estimate?

3    A   I can't estimate to the sense that -- to the -- to

4        the sense that it would be, for example, a mental

5        health comorbidity that would have -- cause me not

6        to recommend surgery.  As we said, there could be a

7        variety of reasons why I might not recommend

8        surgery.

9    Q   All right.  Let me ask you, why is a mental health

10       comorbidity among the reasons you would decline to

11       perform surgery on a patient?

12   A   So there are several things that are important, and

13       -- and this is not only in the context of

14       gender-affirming or gender-confirming surgery.  As

15       a physician and surgeon, we care for people who

16       have mental health conditions that doesn't

17       necessarily preclude them from having surgery.  But

18       some of the things that we want to make sure are,

19       of course, whether they're able and competent to

20       provide consent for the procedure, specifically

21       they're not delusional, for example, or psychotic

22       or actively psychotic.  We want to make sure that

23       they're able to participate in their aftercare and

24       the postoperative plan and that they will be

25       compliant with the requirements to opt- -- of

1    aftercare so as to optimize their healing and their

2    outcome.

3        We also want to know if there are any

4    questions, whether medical or mental health, that

5    may need optimization prior to surgery.  Mental

6    health conditions may impact, for example, pain

7    control following surgery.

8  Q  To your knowledge, have you ever performed

9    gender-confirmation surgery on someone with

10   borderline personality disorder?

11 A  Yes.

12 Q  What about antisocial personality disorder?

13 A  That, I can't recall.

14 Q  The -- how many patients have you performed surgery

15   on who had borderline personality disorder?

16 A  I would say a handful.  That is a difficult

17   condition, one which I would say requires

18   significant collaboration with primary care and

19   mental -- mental health professionals as to whether

20   -- not that surgery may not benefit the person but

21   whether they are an appropriate candidate for

22   surgery.

23 Q  Why does borderline personality disorder create a

24   question of whether the patient is an appropriate

25   candidate for surgery?

1   A  Again, not speaking as a psychologist, but as a

2       surgeon and speaking from my experience, as we've

3       discussed, I think the ability to participate in

4       one's aftercare is very important, to work

5       collaboratively with our team and their other

6       healthcare professionals.  And to the extent that

7       any condition would impair or impede that, that

8       should be investigated prior to surgery.  Now, it

9       wouldn't necessarily preclude surgery, but it does

10      require a management plan following surgery.

11  Q  Have any of the prisoners you've performed

12      gender-confirmation surgery on in the past year had

13      borderline personality disorder?

14  A  I don't believe so, but I -- I can't say for

15      100 percent certainty.

16  Q  Have any of those prisoners been convicted of

17      serious felonies?

18  A  I don't necessarily know what a person is convicted

19      of.  Of course my assumption is if -- is if someone

20      is incarcerated in the system that there is --

21      there has been a serious offense.

22  Q  So do you know the length of the remaining sentence

23      of any of the prisoners you've performed surgery on

24      in the past year?

25  A  I can't speak specifically to those prisoners, but

1      part of the process that we have in looking at

2      candidacy for surgery does include a release date,

3      and that largely focuses it -- focuses around

4      aftercare and recuperation issues.  Excuse me one

5      second again.  I apologize.  Okay.  I'm sorry.

6  Q  That's all right.  So you were talking about a

7      release date.  Is a -- why is release date

8      important?

9  A  Well, from the perspective of the procedure, we

10     want to ensure again aftercare and optimize one's

11     recovery.  So we don't necessarily want someone to

12     be in transition or in a transitional state during

13     recuperation from surgery.

14  Q  Is it better then for a prisoner to have a distant

15     release date than a near one in terms of

16     recuperation?

17  A  I can't say distant or near is necessarily better.

18     I would say that sufficient time to recuperate

19     depending on the procedure.  So, for example,

20     recuperation following a mastectomy would be less

21     than following a vaginoplasty.

22  Q  What is sufficient time for a prisoner to

23     recuperate from a vaginoplasty?

24  A  So I would say for most of our individuals,

25     generally by six weeks people have -- are usually

1    able to perform most activities of daily living.   I

2    tell them generally by three months that people can

3    resume unrestricted activities.   Now, having said

4    that, that still requires ongoing dilation, for

5    example, and that requires safe housing, privacy,

6    work accommodations.

7         So I wouldn't perform a vaginoplasty, for

8    example, on someone with a release date of three

9    months in an incarcerated situation because of a

10   potential concern for post-incarceration housing

11   and social stability around still being able to

12   meet perioperative needs.

13   Q   And does the release date -- do you also factor in

14       considerations like the -- the wait time for

15       surgery and the time it takes to get hair removed

16       in the --

17   A   Yes.

18   Q   -- genital area, for instance?

19   A   Yes.   So part of what we also did, and thank you

20       for reminding me, was working with IDOC, the

21       Illinois Department of Corrections, in terms of

22       preoperative hair removal.   What I will say is that

23       our incarcerated patients probably have the best

24       hair removal of -- of all of our patients.   They're

25       quite good about -- about that.

1    Q   How long can it take to get the hair removal

2        process complete, generally speaking?

3    A   So I don't require for vaginoplasty every follicle

4        to be removed because we can remove hair during

5        surgery.  I want the density and coarseness of hair

6        to be reduced.  I would say for many of or

7        non-incarcerated patients, that may be three to

8        four months of hair removal, whether laser or

9        electrolysis.  It may be a longer period of time

10       for incarcerated patients because, as I've said,

11       they -- those individuals have had the most

12       complete hair removal generally speaking.

13   Q   And if a surgeon required complete hair removal, it

14       would require more time?

15   A   I would require -- it would depend on the density

16       and the coarseness and the distribution of hair and

17       what that particular surgeon required.

18   Q   But generally, yes, it would require more time?

19   A   If a surgeon required 100 percent hair removal,

20       that would take more than -- generally more than

21       three to four months.

22   Q   All right.  You've agreed that only a few

23       gender-confirmation surgeries have been performed

24       on prisoners of the United States, correct?

25   A   I don't know the denominator of that.  I know the

1    ones -- the surgeries I've done and maybe, you

2    know, I've heard of handfuls in the media, but I --

3    I don't know the total denominator.

4  Q  All right.  You would agree that these surgeries

5    have all been performed recently?

6  A  That, I'm not sure.  My surgeries have been

7    performed recently, but I can't speak to -- to

8    others.

9  Q  All right.  Are you aware --

10  A  I should say about a year.  I apologize.

11  Q  Excuse me.  Are you aware of any systematic studies

12    of the efficacy of surgery specific to prisoners?

13  A  I am not -- in terms of gender-affirming surgery?

14  Q  Yes, sir.

15  A  I -- I'm sorry, can you repeat it?  Any systematic

16    studies?

17  Q  Yeah.

18  A  And by systematic, what -- what do you mean?

19  Q  I don't mean to be too technical, but widespread

20    studies of gender-confirmation surgery on

21    prisoners.

22  A  I may be familiar with case reports.  I can't

23    recall off the top of my head.  I'm not familiar,

24    for example, with a randomized controlled trial.

25  Q  All right.

1          MR. CARLISLE:  Kate, can you put up

2      Exhibit 17, please?

3          (Witness Ms. Meltzer with request.)

4          (Exhibit 17 marked.)

5  Q  All right.  Dr. Schechter, do you see the report on

6      your screen?

7  A  I do.

8  Q  All right.  And this is a copy of your expert

9      witness report in this case?

10  A  Looks to be.

11  Q  All right.  Does this report contain all of the

12      opinions you intend to render in this case?

13  A  It contains my opinions regarding this case.  I

14      will say that, as I note in the report, I'm

15      actively involved in teaching, research, and

16      education.  So I'm always acquiring new

17      information.  So if there's a particular, you know,

18      aspect in this case, I would answer it.  It's

19      conceivable if you ask me something different, that

20      my opinions may evolve over time.

21  Q  Understood, but as -- as of today, right now, this

22      is -- this report contains all your opinions,

23      right?

24  A  Pertaining to this particular case.

25  Q  All right.  And did you cite all the facts and data

1        supporting your opinions in this report?

2    A   Well, if you're asking do I rely specifically only

3        on, for example, studies or literature in this

4        report, the answer to that would be no.  Those are

5        representative studies.  I don't take any single

6        study as dispositive of my opinions for reasons

7        that I may differ with an author on particular

8        topics.  The studies may have been written or care

9        may have evolved since the time a study has been

10       published.  As I said, my opinions are also based

11       on my experience as well as my discussions with --

12       with colleagues.

13   Q   All right.  And how did you choose which studies to

14       cite in this report then?

15   A   I think studies which represented or illustrated

16       particular points.

17   Q   Which best illustrated those points?

18   A   No.  I -- I don't take any study as necessarily

19       best.  As I said, my opinions are not based off of

20       a single -- single study.

21   Q   Okay.  Did you receive any assistance writing this

22       report?

23   A   No, aside from I -- these are my ideas and -- and

24       they were memorialized by Mr. Falk but no other

25       assistance than that.

1   Q   Okay.  Did you write this report recently?

2   A   I -- I look at -- I'd have to look at the date, but

3       yes, and it builds upon opinions in other cases.

4   Q   All right.  Have you used this report or a version

5       of it in other cases?

6   A   I have used portions of this in other cases.

7   Q   Do you know which portions?

8   A   No.  I mean, probably my experience in the field, I

9       think footnote No. 1, probably may be [audio

10      issue].  Certainly updated things like my

11      curriculum vitae, experience.

12  Q   Understood.

13          MR. CARLISLE:  Kate, can you go to page 10,

14      please?

15          (Ms. Meltzer complies with request.)

16  Q   All right, Dr. Schechter, do you see the section

17      titled "Surgical Treatments for Gender Dysphoria"?

18  A   Yes.

19  Q   Let us know if we can make the text bigger or

20      anything.

21  A   Thank you.  Right now I'm okay.

22  Q   Okay.  And so it looks like there's a list of

23      surgeries from page 10 to 11.  Are those the -- is

24      that a complete list of surgeries that would be

25      referred to as gender-confirmation surgeries?

1    A   I would say again they incorporate the majority of
2        procedures.  It's probably not exhaustive.
3    Q   Okay.  What other kind of procedures might be
4        included in this list then?
5    A   Oh, can you -- let me look at the list then.  Can
6        you scroll?  I can see -- let's see.  Okay.
7        (Witness reads to himself.)  Hair removal, I don't
8        see included in this.
9    Q   All right.
10   A   Body -- body contouring would be.  And it looks
11       like this is the list for transgender women.  I
12       think the next page has -- or the next paragraph
13       has transgender men.
14   Q   Yep.  There it is, 31.
15   A   Okay.  One could include facial masculinizing
16       procedures again, for example, hair -- hair
17       reconstruction and body contouring as well.
18   Q   Let me ask you specifically about breast
19       augmentation.  In cisgender patients, is breast
20       augmentation a cosmetic procedure?
21   A   Generally speaking, in cisgender women, breast
22       augmentation is cosmetic.
23   Q   And in -- I believe it's transmasculine patients --
24       was that the term -- is it cosmetic as well?
25   A   Transfeminine.

1   Q   Transfeminine?

2   A   Yeah.  No, I would consider that -- again, it would

3       depend on the particular patient but in general

4       would be reconstructive in nature because the basis

5       is treating a medical condition of gender

6       dysphoria.

7   Q   The reconstructive nature of breast augmentation in

8       transfeminine patients does not refer to a

9       pathology or disease, correct?

10  A   Well, it refers to the medical condition of gender

11      dysphoria.

12  Q   But it doesn't refer to diseased tissue when you

13      say reconstructive, right?

14  A   It -- it refers to the medical condition of gender

15      dysphoria.

16  Q   And so what is it about gender dysphoria

17      specifically that makes it reconstructive in

18      transfeminine patients?

19  A   So it's alignment of one's identity with their body

20      to treat the medical condition of gender dysphoria.

21  Q   Can you explain that?

22  A   Well, gender dysphoria refers to the distress that

23      is related to the discordance between one's

24      identity, their gender identity, and their body,

25      typically secondary sexual characteristics.

```
 1        Surgery, many of those listed above,
 2        gender-affirming surgeries, are designed to align
 3        body and identity as part of a multi-disciplinary
 4        treatment for gender dysphoria in appropriately
 5        identified and selected individuals.
 6   Q    So is the distress in a transfeminine patient about
 7        the chest caused by the appearance of having no
 8        breasts?
 9   A    That may be a component of it.  Again, it would
10        depend upon the particular patient.
11   Q    Apart from the appearance, what else would cause
12        the distress of a transfeminine patient's chest?
13   A    A body not aligned with their identity.
14   Q    So, in other words, because the body doesn't look
15        like a woman's body, that causes distress?
16   A    I would say it is the diagnosis of -- or the nature
17        of the distress I would defer to our mental health
18        professionals.  My role is typically the surgical
19        intervention.  And in the surgical intervention,
20        the goal is to establish congruence between one's
21        body and one's identity.
22   Q    And is it your understanding that if you fix the
23        appearance of a transfeminine patient's chest, that
24        will alleviate the gender dysphoria?
25   A    I would say that surgery may be a component of a
```

1    multi-disciplinary process.  So surgery is not

2    performed in a vacuum, and so I don't perform

3    surgery for individuals who have not received an

4    assessment and who are not undergoing

5    multi-disciplinary treatment.  So I don't look at

6    surgery as a standalone treatment but rather a

7    component of multi-disciplinary care in

8    appropriately-identified people.

9  Q  I understand it's a multi-disciplinary process, but

10    wouldn't you agree that the particular surgical

11    component, when we're talking about breast

12    augmentation for transfeminine patients, is related

13    just to the appearance of the chest?

14  A  The goal is congruence between body and identity.

15    There may be -- as with all medical conditions,

16    individual -- individuals may vary.  So I don't

17    look at surgery, again, as a standalone treatment

18    for it.  The people who I've operated on are

19    diagnosed with the medical condition of gender

20    dysphoria, which means they've received assessments

21    prior to surgery.  So I don't perform the procedure

22    for people who haven't received that assessment,

23    and I wouldn't look at surgery as a standalone

24    treatment.

25  Q  All right.  Let me ask about orchiectomy.  Is an

1  orchiectomy a cosmetic procedure in transfeminine

2  women?

3  A  No.  I would consider it, again, reconstructive in

4  an appropriately-identified person with the medical

5  condition of gender dysphoria who's received,

6  excuse me, the appropriate assessment and

7  preoperative evaluation.

8  Q  It's not reconstructive of diseased tissue, right?

9  A  Again, it's for a medical condition, and -- and so

10  I would liken it to someone who undergoes perhaps a

11  mastectomy or oophorectomy who doesn't have a diag-

12  -- who doesn't have -- whose tissue itself may not

13  contain pathology but part of an overall treatment

14  for a condition.

15  Q  All right.  I'm just not understanding what

16  reconstructive purpose an orchiectomy serves in a

17  transfeminine woman.

18  A  Well, when I use the term in this context

19  reconstructive, I'm referring to the term medically

20  necessary.  So treatment used to prevent disease

21  and/or progression of a disease or a condition.

22  Excuse me one second.

23  Q  Let's say you have a -- as I'm sure you've had, a

24  transfeminine patient who has been on hormone

25  therapy and has the circulating sex hormones of a

1      woman.  If you perform an orchiectomy on that

2      patient, what specific purpose does it serve?

3   A  So can you replay -- repeat the scenario?

4   Q  Yes.  You have a transfeminine patient who's been

5      on hormone therapy and has the same circulating sex

6      hormones of a woman because of the therapy, what

7      specific purpose will an orchiectomy serve in that

8      patient?

9   A  So again, I don't manage the hormones.  I would

10     defer that to my medical colleagues.  Following

11     orchiectomy, typical -- typically individuals who

12     are on an androgen blocker, a testosterone blocker,

13     typically in the US referred to spironolactone,

14     that is typically discontinued because the major

15     source of testosterone production has been removed.

16     As to whether changes in dosing regimens or hormone

17     regimens need to be performed, I would defer that

18     to my medical colleagues.

19  Q  So again, what -- so orchiectomy, if I'm

20     understanding you, has the same effect.  It would

21     allow -- orchiectomy allows the patient to stop the

22     hormone therapy?  Is that what I heard?

23  A  Typically after orchiectomy, people would

24     discontinue the use of spironolactone.

25     Spironolactone is what's cons- -- well, it's a

1    diuretic, a water pill, but it's also an

2    androgen-blocking medication.  So most often

3    patients are on a feminizing hormone regimen; for

4    example, some estrogen preparation or perhaps

5    estrogen or progesterone, and then some medication

6    to block testosterone.

7        As with any medication or intervention, there

8    may be risks associated with that, dehydration

9    being one.  Electrolyte imbalance is another.

10   Removing the testicles by performing an orchiectomy

11   allows people to typically discontinue the use of

12   their androgen blocker, not always.  People may

13   take some other medicines, but generally speaking

14   allows people to remove the androgen-blocking

15   medication.

16  Q  So is it true then that hormone therapy is an

17     alternative treatment to surgery because it has the

18     same effect?

19  A  So I don't prescribe hormone, and I would defer

20     management of hormones to my medical colleagues.

21     And it's not that hormones are necessarily an

22     alternative to surgery.  As I say in my report, not

23     all individuals who are transgender necessarily

24     undergo surgery.  And so for what's appropriate for

25     any patient involves a discussion with that