1    patient, whether it's any medical intervention at

2    all or some combination of medication, surgery, and

3    mental health support.

4  Q  So if orchiectomy and hormone therapy have

5    essentially the same effect on the circulating

6    hormones of a transfeminine patient, is it true

7    that the only advantage of surgery is that it

8    removes the site of the testicles?

9  A  So I can't discuss the impact.  While I work with

10    endocrinologists and medical people, the management

11    of hormones and hormone levels is not something

12    that I do in my practice.

13  Q  Is vulvoplasty in transfeminine patients a cosmetic

14    surgery?

15  A  No.  Well, again assuming appropriate assessment

16    and if we can assume for the question that they've

17    been appropriately diagnosed, assessed, et cetera.

18  Q  Yes, we can assume those things.  So why is it not

19    a cosmetic surgery?

20  A  Well, people may choose vulvoplasty, which refers

21    to the construction of the clitoral and vulvar

22    structures without the construction of a vaginal

23    canal for a number of reasons.  One, certainly

24    perhaps most commonly, is medical risk.  We've

25    talked about some conditions that may impact

1    surgery.  Pelvic radiation or prostatectomy, for

2    example, may make the risk of development or

3    construction of a vaginal canal -- the risks of

4    that -- the risks of constructing a vaginal canal

5    in a person who's had pelvic radiation or

6    prostatectomy may be excessively high, and so they

7    may opt for very rational reasons to have a

8    vulvoplasty.  They may not be people who are

9    engaged in receptive vaginal intercourse and may

10   choose to lower operative recovery times or risks

11   and undergo a vulvoplasty.  They may have other

12   medical conditions that preclude their ability to

13   dilate.  I've had patients with cerebral palsy or

14   multiple sclerosis.  We've discussed aftercare

15   requirements, and reasons assessing aftercare

16   recommendations are important.  And so if we know a

17   person cannot participate in the aftercare or

18   perform some of the necessary functions, for

19   example, like dilation following a vaginoplasty

20   that a vulvoplasty may be a reasonable alternative.

21 Q  Well, let me ask it this way:  What specific

22   purpose does vulvoplasty serve?

23 A  Again, similar to vaginoplasty, it's alignment of

24   one's body with their identity for treatment of the

25   medical condition gender dysphoria.

1  Q  So it's providing a certain aesthetic appearance of

2     the genitals?

3  A  No.  As with plastic surgery and nature, we always

4     consider both form and function.  So regardless of

5     whether we're operating for cancer, trauma,

6     infection, genital conditions we're always mindful

7     of aesthetics, but aesthetics are not the only

8     driver here.  In fact, it's the treatment of the

9     serious medical condition of general dysphoria and

10    the congruence that the gender-affirming surgery

11    provides between one's body and their identity that

12    it's considered medically necessary and in that

13    sense reconstructive.

14 Q  So the function of vulvoplasty is alleviating

15    gender dysphoria by changing the appearance of the

16    genitals?

17 A  It is alleviation or relief of dys- -- of dysphoria

18    by providing congruence between one's body and

19    their identity.

20 Q  Okay.  Is facial feminization surgery for

21    transfeminine patients cosmetic?

22 A  Again, it would depend upon the particular patient

23    and the procedure.

24 Q  What about facial feminization surgery for

25    cisgender women?  Is that cosmetic?

1   A   Again, so let's take, for example, a facelift or a

2       procedure that accompanies a facelift.  We can

3       obviously say that as, let's say, we're older and

4       we've got skin laxity and so forth and we desire to

5       be rejuvenated that that's cosmetic.  However, we

6       may have people who are affected by a tumor, trauma

7       or nerve injury where their skin sags and an

8       analogous procedure, a similar facelift would be

9       performed, and that would be reconstructive in

10      nature.  So to answer your question, it would

11      depend upon the person, it would depend upon the

12      procedure, and it would depend upon the dia- -- the

13      condition.

14  Q   So if I'm understanding you, for cisgender women,

15      whether a facial feminization surgery is

16      reconstructive depends on some pathology or disease

17      or diagnosis?

18  A   Well, you're using the term facial feminization

19      which is not necessarily a term.  If you can be

20      more specific as to a procedure, I may be able

21      to --

22  Q   A facelift.

23  A   Again, it would depend upon the condition for which

24      it's performed.  A transgender woman may have a

25      face- -- facelift from tumor or removal of a tumor

1    that caused facial drooping.  A cisgender woman

2    might have that.  A transgender women might require

3    suspension of the soft tissues of her face

4    following what we would typically call a facial

5    feminization procedure, manipulation of her bony

6    skeleton, for example, in which case that would

7    often be considered reconstructive or medically

8    necessary.

9  Q  All right.  And the last one -- the last procedure

10    I wanted to ask you about, in paragraph 30 of your

11    report you mentioned liposuction.  When is

12    liposuction for transfeminine women -- is that

13    cosmetic?

14  A  Again, it would depend upon the particular of the

15    case.

16  Q  What does it depend on?

17  A  It would depend upon why we're performing

18    liposuction.  As you see, I say liposuction and

19    lipofilling.  So that may be used to augment the

20    breasts in which case it may be considered

21    reconstructive.  It may be used to feminize the

22    silhouette in which case it may be considered

23    reconstructive, but the ultimate decision would

24    depend upon the particular of the case.

25  Q  All right.  And for a cisgender woman without

1    pathology, disease or a medical diagnosis, would

2    liposuction be cosmetic?

3  A  So again, I would answer it the same way.

4    Liposuction and lipofilling may be used as an

5    adjunct in breast reconstruction for a cisgender

6    woman as well.  It may be used to fill a defect in

7    someone's body, face, trunk, breasts that may be

8    considered reconstructive.

9         MR. CARLISLE:  Okay.  We've been going for

10   more than an hour.  Is it okay if we take a short

11   break?

12        THE WITNESS:  Please.  Thank you.

13        (A brief recess was taken.)

14  Q  All right, Dr. Schechter.  How do you decide which

15   surgeries you perform for a patient?

16  A  So that's part of the consultation.  First I listen

17   -- meet with the patient, listen to them what their

18   goals and expectations are.  I perform a history

19   and a physical examination, and then we discuss a

20   particular procedure.  Oftentimes people have a

21   particular procedure in mind.

22  Q  Is patient desire a driving factor in which surgery

23   is performed?

24  A  Patient goals and expectations do influence which

25   procedure is performed?

```
 1   Q   If a patient asks for a surgery -- I'm sorry.  If a
 2       patient did not ask for a surgery, would you
 3       perform that particular surgery?
 4   A   Generally the answer to that is no.  However, it
 5       would depend on their goals and expectations.  So
 6       by that, I mean if -- if a particular procedure,
 7       which they may not have contemplated, would be
 8       important in achieving one's goals or expectations,
 9       we may discuss that procedure or they may recognize
10       that the goals and expectations may need to be
11       adjusted.
12   Q   All right.
13           MR. CARLISLE:  Kate, if you could put
14       Exhibit 18 on the screen, please.
15               (Ms. Meltzer complies with request.)
16               (Exhibit 18 marked.)
17   Q   All right, Dr. Schechter.  I'm showing you what
18       we'll mark as Exhibit 18.  It's the Miller article.
19       I'm going to ask you just a few questions about
20       particular parts of this study.  So first, this was
21       a retrospective study?
22   A   I don't -- can you scroll down?
23   Q   Yes.  And if you look at the methods right there
24       (indicating).
25   A   A retrospective review, yes.
```

1  Q  All right.  And in the Results paragraph, it looks

2     like 34 patients were included in the study?

3  A  I believe so, but if you go to the -- let me -- I'd

4     like to see the Results section of the full

5     manuscript.  This is just the abstract.

6  Q  It's --

7  A  Okay.  Yep.  Let's see.

8  Q  -- page 68.

9  A  Okay.

10  Q  34 patients.

11  A  Can you just -- I just want to read the next -- the

12     conclusion.  Okay.  Thirty- -- 34 patients.

13  Q  Okay.  Is that what could be described as an

14     anecdotal study?

15  A  I would say it's a case series.

16  Q  And that's in distinction with a -- a systematic

17     study?

18  A  I -- you're using the term systematic.  I --

19  Q  A meta-analysis, maybe?

20  A  No, I wouldn't characterize studies like that.

21     When you hear the term systematic, I think more of

22     a systematic review where multiple papers looking

23     at a topic are grouped together.  I look at this as

24     a case series in contrast to, for example,

25     randomized controlled studies, cross-sectional

1    studies, those sorts of things.  Study design.

2  Q  All right.

3         MR. CARLISLE:  Can you go to page 69, Kate?

4    Are you on page 69?  Yes.

5  Q  And Dr. Schechter, if I could point your attention

6    to the first paragraph of the Discussion section.

7  A  Uh-huh.

8  Q  The authors write "Despite a large body of

9    literature dedicated to aesthetic breast

10    augmentation, there is a paucity of data dedicated

11    specifically to breast augmentation in transwomen.

12    Further, the majority of literature dates back to

13    the 1990s or earlier."  Do you agree with that?

14  A  Not necessarily.  The term paucity, I'm -- I'm not

15    sure how they refer to that, whether it's quantity,

16    whether it's level of evidence.  I can't say for --

17    for sure when the majority of studies were

18    conducted.

19  Q  Do you have reason to dispute that finding?

20  A  I can't say one way or the other.

21  Q  All right.

22         MR. CARLISLE:  Kate, if you could go to

23    page 72, please.

24         (Ms. Meltzer complies with request.)

25  Q  Dr. Schechter, the paragraph stating "While our

1    results were relatively favorable," do you see

2    that?

3    A  Yes.

4    Q  The authors write "our group did experience

5    complications in 6 of the 34 patients,"

6    approximately 17.6 percent.  Is that a significant

7    number of patients?

8    A  The 34 or the 6 or both?

9    Q  The 17.6 percent of patients, is that a significant

10   number to experience complications?

11   A  That is a higher percentage than I experience in my

12   practice.

13   Q  And overall in surgery, would you say that's a high

14   number?

15   A  It would depend on the surgery and the patient

16   population.

17   Q  What about for the particular surgery discussed

18   here or surgeries?

19   A  The number quoted here is higher than I experience

20   in my practice.

21   Q  Yeah.  Sorry, I should be clear.  Of -- and outside

22   of your practice across the country and for these

23   surgeries, is that a significant number,

24   17.6 percent, to experience complications?

25   A  I think it depends on how complications are

1    defined, and I think the authors here are being

2    quite hard on themselves.  For example, numbness,

3    hypersensitivity, when we look at the plastic

4    surgery literature in general as it relates to

5    implant placement, those are things that probably

6    most people wouldn't even consider a complication.

7    So I think that I would commend the authors here in

8    looking at minute things that probably most papers

9    wouldn't even consider a complication.

10    Q  Do you consider those things complications?

11    A  It would depend.  I'm looking at asymmetry.  So no

12    two sides of our body are symmetric.  It would be

13    uncommon or unusual if everyone were perfectly

14    symmetric before surgery or after surgery.  So I

15    would interpret this as the author is being

16    extremely attentive to conditions that others might

17    experience -- or might feel are not complications.

18         Hematoma, hematoma requiring removal, I would

19    say yes.  Infection, yes.  Poor scarring, I'd have

20    to see how they define the particular person they

21    answered.  So I interpret this -- the authors in

22    this study to be -- I would commend them in looking

23    at the things that probably most people wouldn't

24    consider complications.

25    Q  Right.  And looking on the same page, the paragraph

| | | |
|---|---|---|
| 1 | | starting "Based on our PROM's data," do you see |
| 2 | | that, sir? |
| 3 | A | Yeah.  Can you scroll down -- or up, yeah.  Okay. |
| 4 | Q | All right.  I'm going to point your attention to |
| 5 | | that last sentence where it says "Further studies |
| 6 | | are needed to determine validated, standardized |
| 7 | | patient-reported outcome measures for |
| 8 | | gender-affirming surgeries."  Do you agree with |
| 9 | | that statement? |
| 10 | A | Well, the first thing that I was struck by the |
| 11 | | "high level of satisfaction and improvement in our |
| 12 | | patients' quality of life" and the hundred percent |
| 13 | | of respondents completely agreeing or agree that |
| 14 | | gender dysphoria improved.  The need for further |
| 15 | | studies is -- is a call that we would make in |
| 16 | | virtually every area of medicine and surgery, so I |
| 17 | | would say it's consistent with the general fields |
| 18 | | of medicine and surgery. |
| 19 | Q | Do you agree there's a lack of validated, |
| 20 | | standardized, patient-reported outcome measures for |
| 21 | | gender affirming surgery? |
| 22 | A | No. |
| 23 | Q | Why not? |
| 24 | A | Because those measures, probably since this paper |
| 25 | | was written, either have been or are being |

1    developed and -- and so while, as I said, we could

2    always use more data and more information, I don't

3    believe that there's insufficient information at

4    this time.

5  Q  I think you said those measures may be in

6    development.  Was that an accurate statement?

7  A  There are measures -- more measures in development,

8    yes.

9  Q  And have you cited a paper since the date of this

10    one wherein those were utilized or discussed?

11  A  I'd have to look at my report.  I don't recall.  I

12    do recall some papers use outcome measures, but I

13    -- I don't recall each and every paper.

14        MR. CARLISLE:  Okay.  Let's go to Exhibit 19,

15    please.  Hey, Kate.  Can you put up Exhibit 19?

16        MR. MELTZER:  Yeah.  Sorry.  I have it -- let

17    me reshare it really quick.

18        MR. CARLISLE:  Okay.  Thank you.

19        (Exhibit 19 marked.)

20  Q  Doctor, I'm showing you what we'll mark as

21    Exhibit 19, and you cite this article in Footnote 6

22    of your report.  Looking at the bottom of page 2,

23    top of page 3, in the Results section, the authors

24    write "Thirty-six patients completed surveys 6

25    weeks after surgery, and 22 patients completed

1      surveys 1 year after surgery, for response rates of

2      71 percent and 43 percent, respectively." Doctor,

3      do you think 43 percent is a low response rate?

4  A  Well, it looks like you've got only the abstract of

5      the article here.  If you have the full article, I

6      can review it.

7  Q  All right.  Well, we will come back to that then.

8           Generally in a study like this that requires

9      participants to respond to a survey, let's say, is

10     43 percent a low response rate?

11  A  43 percent may -- is likely consistent with many

12     survey studies.

13  Q  Is 43 percent a low response rate?

14  A  Likely consistent with -- with many survey studies.

15  Q  Based on the abstract of this article, it appears

16     that it studied responses only out to a year.  Do

17     you agree with that?

18  A  It says it completed surveys one year after

19     surgery, but I -- I can't extrapolate to the full

20     article without seeing the full article.

21  Q  Based on the abstract, you would agree, though, the

22     study says nothing about quality of life or

23     outcomes long term?

24  A  I think that it's insufficient for me to look only

25     at the abstract and then opine on the full article.

1    Q   Okay.

2            MR. CARLISLE:  Let's put up Exhibit 20,

3        please.

4            (Ms. Meltzer complies with request.)

5            (A discussion was held off the record.)

6            (Exhibit 20 marked.)

7    Q   Okay.  Sir, I'm showing you what's been marked as

8        Exhibit 20.  The article is "female-to-male

9        transgender quality of life," Emily Newfield.  This

10       -- are you familiar with this study, sir?

11   A   I'm sorry.  Who did you -- who did you say was the

12       author?

13           MR. CARLISLE:  Kate, if you could go down to

14       the next page?

15           (Ms. Meltzer complies with request.)

16   A   Oh, okay.  I -- I may have seen this study.  I

17       don't recall.

18   Q   Okay.  You cite it in Footnote 7 of your report,

19       correct?

20   A   Okay.  If you have my report and it's in there,

21       then -- then I would say yes.

22   Q   Okay.

23           MR. CARLISLE:  Let's go to page 1454.

24           (Ms. Meltzer complies with request.)

25   Q   Doctor, do you see the section called "Study

1    limitations"?

2  A  Yes.

3  Q  And do you see in that first sentence there the

4     author has mentioned the study is biased by

5     self-selection?

6  A  Yes.

7  Q  Do you agree that that's a limitation of a study

8     like this?

9  A  I'd have to review the full study, but to the

10    extent that not all transgender people want surgery

11    or need surgery and to the extent that -- that the

12    study -- can you go -- let me read -- go back up to

13    the top and let me look at the -- at least begin

14    with the abstract.

15  Q  Sure.

16         (Ms. Meltzer complies with request.)

17  A  Okay.  Okay.  And can you go down, please?  Let me

18    just refresh my memory on this, if you -- okay.

19    And if you can just scroll down again.  Thanks.

20    Yeah, thanks.  And if you can scroll down, please.

21    And if you'd just scroll down a little bit, please.

22    Sorry, back.  I'm just reading the method.  Thanks.

23    Okay.  And you can scroll so I can see the top of

24    the page, please.  Okay.  And if you can scroll

25    down.  Yep.  Go ahead and keep -- keep going.

1    Thanks.  Okay.  Okay.  If you can scroll down to

2    the next page.  Okay.  If you can scroll down.

3    Okay.

4         So I guess bias relates to the fact that, for

5    example, the surgical treatment is focused -- or

6    surgical treatment analysis on people who have

7    undergone top surgery.  So the bias is in the

8    extent that these are people who have undergone

9    intervention which they found helpful.

10        MR. CARLISLE:  Kate, if you could go to

11   page 1455, please.

12        (Ms. Meltzer complies with request.)

13   Q  All right.  Sir, do you see the first paragraph

14      there, the sentence that says "This limitation may

15      be the source of our racially-biased sample; more

16      individuals report living in Canada than identify

17      as" --

18   A  No.  I'm sorry.  Show me -- where are we?

19   Q  I'm sorry.  The first full paragraph.

20   A  Okay.

21   Q  Sentence starts "This limitation may be the source

22      of our racially-biased sample."

23   A  I am not seeing --

24        MS. MELTZER:  (Indicating.)

25   A  Oh, okay.  First full sentence, okay.  Okay.

1    Q   All right.  And then the second full paragraph, the

2        authors write, The issues of potential bias are

3        significant and, as such, the reported -- the

4        results reported here may not reflect the health

5        and well-being of the entire FtM transgender

6        community, but only the experiences of white,

7        educated, urban FtMs.  Do you see that?

8    A   I see that.

9            MR. CARLISLE:  Okay.  And Kate, if you could

10       go to the previous page, please, 1454.

11           (Ms. Meltzer complies with request.)

12   Q   Dr. Schechter, under the Study limitations

13       section --

14   A   Uh-huh.

15   Q   -- the second sentence there states --

16   A   Yes.

17   Q   -- "To be transgender is to identify as such -

18       there is no particular physical finding or

19       diagnostic test that can certify that an individual

20       is truly the gender he or she reports to be."  Do

21       you agree with that?

22   A   I agree that there's not a particular laboratory

23       test or physical finding, but that doesn't diminish

24       the validity of the diagnosis as a medical

25       condition.

1    Q   Let me ask you this, sir:  As a surgeon, do you

2        have to rely on your patients self-reports about

3        his or her gender identity?

4    A   Well, no.  I work in context with mental health

5        professionals and primary care professionals.  So

6        while I don't make that diagnosis, I do have to

7        review those assessments as well as meet with and

8        interview the patient and examine the patient.

9    Q   Have you ever doubted or challenged one of your

10       patient's statements regarding his or her gender

11       identity?

12   A   I've declined to perform surgery on people where I

13       was unclear of the diagnosis or not certain of the

14       diagnosis.

15   Q   Okay.  What made you uncertain about the diagnosis?

16   A   One person I can think of who expressed being

17       intersex and not feeling a need to have a mental

18       health assessment prior to surgery.

19   Q   Any other patients like -- in that same situation?

20   A   Individuals with unrealistic goals or expectations.

21            MR. CARLISLE:  All right.  Let's go to

22       Exhibit 21, please.

23            (Ms. Meltzer complies with request.)

24            (Exhibit 21 marked.)

25   Q   All right, sir.  I'm showing you what's been marked

1     as Exhibit 21.  It's the article you cited in

2     Footnote 8, Weigert.  Do you see the article, sir?

3  A  I do.

4  Q  Okay.  I'm going to draw your attention to

5     page 1428, please, Kate.

6         (Ms. Meltzer complies with request.)

7  Q  Okay.  If you can go down a little bit to the

8     paragraph that starts "Despite meaningful results."

9     Do you see that, sir?

10  A  Yes.

11  Q  The authors write "Despite meaningful results on

12     quality of life, this study has some significant

13     limitations.  A significant number of

14     questionnaires were missing in the long term (14 of

15     35 patients).  Eight patients were interviewed too

16     early, as less than 6 months had elapsed since the

17     intervention, and six patients were lost to

18     follow-up."  Do you agree that those are

19     limitations of a study like this?

20  A  Again, as with any questionnaire, it's not uncommon

21     to have people who are lost to follow-up or don't

22     complete the questionnaire, and so -- yeah.

23  Q  Would the ideal questionnaire have a higher

24     response rate and no participants lost to

25     follow-up?

1   A   Well, again, this is one particular sentence in one

2       study, and I don't take any particular study and

3       certainly one sentence from any particular study as

4       being dispositive.  We look at consistency, one of

5       the things we looked at, and I think one of the

6       mischaracterizations we have is that the levels of

7       evidence in the gender-affirming literature are

8       quite similar to that of the plastic surgery

9       literature as a whole, and yet criticisms are

10      disproportionate in this area compared to other

11      areas of plastic surgery.  So, for example, survey

12      of response rate or being lost to follow-up are

13      situations with which we have to deal with in all

14      areas of -- of medicine and surgery.

15  Q   So as long as the studies are inconsistently poor,

16      you can rely on them?

17  A   I don't rely on any single study to make my

18      decision.  Me decisions are based on not only the

19      medical literature, which is one part of medical

20      decision making, but also my experience in caring

21      for thousands -- thousands of people.  And yet in

22      spite of study limitations, what the study doesn't

23      say is that performing surgery was not -- if you

24      can go to the -- go up to the conclusion for me --

25      go up to the first page.

1          (Ms. Meltzer complies with request.)

2    A    Okay.  So the conclusion, as you see, is that --

3         gains in breast satisfaction, psychosocial

4         well-being, and sexual well-being in male-to-female

5         transsexual patients undergoing breast augmentation

6         are statistically significant and clinically

7         meaningful to the patient at four months after

8         surgery and in the long term.  And so rather than

9         extracting one particular sentence, we look at the

10        overall study.  We look at this study and the

11        context of the literature as a whole.  We look at

12        the literature in the whole as in the context of my

13        clinical experience and the individual patient.  So

14        the study certainly, as we would expect for any

15        scientific study to discuss limitations, doesn't

16        conclude -- or concludes that surgery is clinically

17        meaningful in a statistically significant way.

18   Q    You would agree a study's limitations should be

19        taken into account?

20   A    I would agree that limitations are routinely

21        discussed in all -- in all areas of medicine and

22        surgery, and that's part of the process in not only

23        reading the study but then discussing these

24        studies, meeting with patients, understanding the

25        impact.  And so this -- that's true of whether

1    surgery is gender-affirming surgery or plastic

2    surgery in other areas.

3         MR. CARLISLE:  All right.  Let's go to

4    Exhibit 22.

5         (Ms. Meltzer complies with request.)

6         (Exhibit 22 marked.)

7  Q  All right, sir.  I'm showing you what's been marked

8    as Exhibit 22.  This is the Horbach article you

9    cited in Footnote 9 of your report.  So if you look

10   at -- let's start with the abstract.  If you look

11   at the Aim, paragraph do you see that?

12 A  Yes.

13 Q  So this looks like it was a systematic review of

14   studies regarding outcomes of available techniques

15   for a vaginoplasty, right?

16 A  Outcomes of techniques, yes.

17 Q  Okay.  And if you jump down to the results

18   paragraph of the abstract, you see the authors note

19   "Twenty-six studies satisfied the inclusion

20   criteria.  The majority of these studies were

21   retrospective case series of low to intermediate

22   quality."  Do you see that?

23 A  I see that.

24 Q  Do you agree with that?

25 A  Well, I have to look at the study, but they likely

1    refer to the levels of evidence.  And again, the

2    levels of evidence in gender-affirming surgery are

3    quite consistent with that in other areas of

4    plastic surgery.

5  Q  So the studies on this topic tend to be low to

6    intermediate quality?

7  A  Most studies are -- I prefer to use level of

8    evidence, and most are Level 3, 4 and 5.  And

9    that's for the reasons discussed in my report and

10   consistent with other areas of surgery which

11   include -- there's no blinding or placebo in

12   surgery, and, of course, we don't randomize people

13   or deny people medically necessary care to

14   randomize them.  And so I think if we discuss level

15   of evidence, 3, 4, 5, that's consistent with other

16   areas of plastic surgery.

17  Q  Okay.

18        MR. CARLISLE:  Kate, if you could go to

19   page 1510.

20        (Ms. Meltzer complies with request.)

21  Q  All right, sir.  In the Conclusion and

22   Recommendations section, do you see the first

23   paragraph there the authors write "It is impossible

24   to identify the 'best available' technique for

25   vaginoplasty in MtF patients due to a lack of

1    high-quality evidence and the heterogeneity of

2    surgical techniques, patient groups, and outcome

3    measures.  Do you agree with that conclusion?

4  A  I think it's a conclusion that I could draw in many

5    areas of plastic surgery because we do

6    individualized care.  And, of course, heterogeneity

7    in surgical techniques is quite common in plastic

8    surgery.  So I don't agree that this is unique to

9    gender-affirming surgery.

10       MR. CARLISLE:  All right.  Let's go to the

11    next page, please, 1511.

12       (Ms. Meltzer complies with request.)

13  Q  In that first full paragraph, sir, you see the

14    authors quote "There is a need for prospective

15    studies with standardized surgical procedures,

16    larger patient groups, and a longer follow-up

17    period.  Uniformity in outcome measurement tools

18    such as validated questionnaires and scores for

19    sexual function and QoL is mandatory for

20    comparability between studies and correct

21    interpretation of obtained data."  Do you agree

22    with that?

23  A  I think, as we said, this study is looking at

24    techniques, not at efficacy.  And so as a general

25    rule, if we're looking to compare two different

1    techniques, you know, then we would want to compare
2    standardized techniques.  But this study is not
3    speaking or that conclusion is not in reference to
4    the efficacy of gender-affirming surgery, and in
5    all areas of plastic surgery, or at least most
6    areas of plastic surgery, there are options as --
7    as to what treatment a patient would undergo, and
8    inherent in those options is patient choice.
9  Q  All right.  Moving right along, let's go to
10    Exhibit 23.
11         (Ms. Meltzer complies with request.)
12         (Exhibit 23 marked.)
13  Q  Dr. Schechter, I'm showing you Exhibit 23 on your
14    screen, which is the Hess article.  You cite this
15    in Footnote 10 of your report.
16  A  Yes.  I -- I don't know that it's 10, but I know
17    the article.
18  Q  Okay.  Good.  Let's start at the Summary at the
19    top.  The methods -- it looks like this was a study
20    that relied on self-reporting questionnaires from
21    MtF surgical patients.
22  A  Okay.
23  Q  All right.  And then in the next paragraph of the
24    Summary, the results, it says 119 (46.9% of the
25    patients filled out and returned the

1    questionnaires.  So again, it sounds like this

2    study also was limited by the patient response

3    rate, right?

4  A  No.  I think compared to survey studies in other

5    areas of plastic surgery, almost 50 percent at five

6    years is pretty good.

7  Q  Well, if you go to Conclusion paragraph right there

8    in the Summary, the authors write in the second

9    sentence "These findings must be interpreted with

10   caution, however, because fewer than half of the

11   questionnaires were returned."  Do you agree with

12   that?

13 A  I agree that lack of filling out questionnaires is

14   a common problem in plastic surgery and, as we've

15   discussed, is not an issue unique to

16   gender-affirming surgery but one which impacts all

17   areas of plastic surgery.

18 Q  All right.

19       MR. CARLISLE:  Kate, if you could go to

20   page 800, please.

21       (Ms. Meltzer complies with request.)

22 Q  All right, Dr. Schechter.  In the Limitations

23   section there, the authors write "The response rate

24   of less than 50% must be mentioned as a shortcoming

25   of this study.  This may have led to a bias in the

1   results.  If all patients who did not take part in

2   the survey were dissatisfied, up to 50.1% and 54.6%

3   would be dissatisfied with aesthetic or functional

4   outcome respectively."  Would you agree that a

5   response rate of less than 50 percent could suggest

6   a bias in the results of this study?

7   A   So first I would say that a response rate of almost

8   50 percent at five years is pretty good and is not

9   inconsistent with the plastic surgery literature in

10  general.  The study found rather compelling results

11  as to the efficacy of gender-affirming surgery.  As

12  with all areas of medicine and surgery, we discuss

13  limitations of the study as the authors are doing

14  here.  This is a limitation that would be

15  consistent with probably most survey studies in

16  plastic surgery.

17  Q   Okay.  Thank you.

18          MR. CARLISLE:  Kate, let's go to Exhibit 24.

19          (Ms. Meltzer complies with request.)

20          (Exhibit 24 marked.)

21  Q   All right, Dr. Schechter.  I'm showing you what's

22  been marked as Exhibit 24.  You cite this article

23  on Footnote 11 of your report.  Forgive me, I'm

24  going to mess up this name, but I believe it's

25  Miriam Hadj-Moussa?

1    A   Yes.

2    Q   And the article is called "Feminizing Genital

3        Gender-Confirmation Surgery."

4            MR. CARLISLE:  Let's go to page 6, please.

5            (Ms. Meltzer complies with request.)

6    Q   And I want to focus on some of the complications of

7        vaginoplasty these authors found.  Do you see the

8        section at the bottom starting "Vaginoplasty

9        Complications"?

10   A   Uh --

11           MR. CARLISLE:  Kate, can you go down a little

12       bit?

13           (Ms. Meltzer complies with request.)

14   A   Okay.

15   Q   All right.  The authors write starting in the

16       second sentence "Vaginoplasty requires disassembly,

17       rearrangement, and reconstruction of multiple organ

18       systems and thus is inherently associated with a

19       diverse complication profile."  Do you agree with

20       that, sir?

21   A   I wouldn't qualify them as multiple organ systems.

22       I don't agree with that.  I do agree with the first

23       sentence, "All major surgeries carry a risk of

24       complications and feminizing GCS is not exception."

25   Q   All right.

1        MR. CARLISLE:  And if we could go to page 8.

2        (Witness complies with request.)

3   Q  Sir, at the top paragraph there, do you see the

4      authors write "Patients also should be aware that

5      25% to 80% of patients undergo secondary procedures

6      to optimize voiding or for vulvar cosmesis after

7      vaginoplasty."  Do you see that sentence?

8   A  I see that sentence.

9   Q  All right.  Help me out.  What does voiding mean?

10  A  I'm -- can you go up -- can you go to 7?  Let me

11     see.

12       (Ms. Meltzer complies with request.)

13  A  It can generally mean either urinary or -- either

14     urinary function or bowel function, so I'm not sure

15     how they're including that.  Presumably it's

16     urinary function here.

17  Q  Okay.  And what about vulvar cosmesis?

18  A  Aesthetic result.

19  Q  All right.

20       MR. CARLISLE:  Kate, if you could go back to

21     page 8.

22       (Ms. Meltzer complies with request.)

23  Q  Do you agree with that statement, Dr. Schechter?

24  A  Again, I would say that's higher than in my patient

25     practice.  I agree in general.  As I said with the

1      first sentence that complications can occur with

2      all surgery, and I would add that the complication

3      rate in gender-affirming vaginoplasty is consistent

4      and commensurate with that for vaginoplasty or

5      vaginal reconstruction performed for other

6      conditions.

7   Q  As part of the informed consent process, do you

8      inform your surgical patients about the risk of

9      secondary procedures?

10  A  We -- we discuss secondary procedures.  I -- I

11     don't know that I call that a risk.

12  Q  About the possibility then?

13  A  Yes.

14  Q  Okay.  And if you could go down to the next

15     section, Intraoperative Complications, the authors

16     write in the second sentence "Rectal injuries

17     sustained during dissection of the neovaginal space

18     are the most frequently reported (0.45-4.5%)."

19     Does that sound accurate to you?

20  A  I think it's accurate with the quoted -- I think

21     that's accurate with the quoted literature.

22  Q  And then two sentences later, "Most patients who

23     sustain a rectal injury do not develop any

24     long-term sequelae, although they are at a greater

25     risk of developing a rectovaginal fistula."  Do you

1    agree that they're at greater risk of developing a

2    fistula?

3  A  So I would -- so I agree that most patients don't

4    have long-term sequelae.  I do agree that an

5    intraoperative rectal injury would predispose to a

6    rectovaginal fistula as it would with genitourinary

7    reconstruction for -- for other conditions.

8  Q  All right.  And then the next sentence there, the

9    authors write "Urethral injuries occur in 0% to

10   4.0% of cases and can be repaired primarily with

11   absorbable suture and prolonged catheter drainage."

12   Is that range consistent with your experience?

13  A  I would say the 4 percent is higher than my

14   experience, but I -- I think that's a reasonable

15   estimate.

16  Q  All right.  The next section discusses

17   postoperative complications, and in the Genital

18   Complications section, the authors write "A modest

19   percentage of patients are affected by stenosis of

20   their introitus (mean = 12%, range = 1.2-15%)."  Do

21   you agree with that?

22  A  I think that that's probably a reasonable number

23   and -- and also probably lower than when perfor- --

24   when vaginal reconstruction is performed for other

25   conditions.

1   Q   And what does stenosis refer to here?

2   A   Likely referring to tightness.

3   Q   Okay.  If you go to the next paragraph,

4       rectovaginal fistulas, the authors write "They

5       complicate only approximately 1% of cases but

6       represent a distressing outcome for patients and

7       their surgeons.  In the largest published series of

8       neovaginal fistulas in transgender women after GCS,

9       van der Sluis et al investigated the

10      characteristics of 13 rectovaginal fistulas in a

11      cohort of 1,082 patients.  Every patient presented

12      with foul-smelling discharge or passage of flatus

13      and/or feces from her neovagina, often immediately

14      after removing the neovaginal stent placed during

15      surgery."  Is that an accurate description of a

16      fistula?

17  A   So I'm looking at -- he's got 13 fistulas of almost

18      1,100 patients.  So let's see.  That would be about

19      1 -- roughly 1 percent, a little bit more than

20      1 percent.  No.  Excuse me.  .1 percent.  And so

21      .1 percent, probably a reasonable -- I think

22      reasonable number to quote, and I think that that's

23      an accurate description of a rectovaginal fistula,

24      whether a person is transgender or cisgender,

25      having had, for example, a rectovaginal fistula

1    either iatrogenic or -- or for other reasons.

2  Q  And during the informed consent process, do you

3    describe fistulas to your patients along similar

4    lines?

5  A  I do describe fistula to my patients, yes.

6  Q  Okay.  Sir, at the top of the same page on the next

7    column, the authors write "Extensive necrosis of

8    the neovagina, labia, or neoclitoris can occur but

9    is infrequent --

10  A  Can you go -- I'm sorry, I just can't see it.

11  Q  Oh, I'm sorry.

12  A  Okay.

13         (Ms. Meltzer indicates.)

14  Q  Right there.

15  A  Yeah.

16  Q  Extensive necrosis of the neovagina, labia, or

17    neoclitoris can occur but is infrequent because

18    most pelvic structures are generously vascularized.

19    Is that accurate in your experience?

20  A  I would say extensive necrosis is not common.

21  Q  Do you inform your patients about that possibility?

22  A  Yes.

23  Q  Okay.  And then the next section, Urinary

24    Complications, the authors write, A misdirected

25    urinary stream is the most common urinary side

1    effect of vaginoplasty, affecting 5.6 to 33% of

2    patients.  Do you agree with that?

3  A  I would say that many patients experience spraying

4    of their urine after surgery, which is generally

5    self-limited and tends to resolve over time as

6    swelling and sutures resolve, and, if not, may be

7    treated usually with an outpatient procedure.  But

8    I can't think of having to do that, if I've done it

9    once in the last maybe two to -- two years.

10  Q  All right.

11  A  That's typi- -- yep.

12  Q  And then at the -- the last paragraph of this

13    page --

14       MR. CARLISLE:  Can you go down a little bit?

15       (Witness complies with request.)

16  Q  The authors write, Clinically significant bleeding

17    occurs in 1.7 to 10% of cases and commonly arises

18    from the corpus spongiosum.  Is that accurate?

19  A  I think that's accurate, yes, and is, again,

20    consistent with operating on that tissue for

21    whatever the condition or etiology is.

22  Q  Okay.  On the bottom of page 9 there's a section on

23    Areas of Lower Patient Satisfaction.

24  A  Okay.

25  Q  And lubrication is one area of lower patient

1    satisfaction; is that correct?

2  A  I would say that's an issue for cisgender women and

3    for transgender women.  Especially as cisgender

4    women age, vaginal dryness is not uncommon.

5  Q  Do you agree that most vaginoplasty patients will

6    require additional lubrication for sexual

7    intercourse?

8  A  I agree that most patients who've undergone vaginal

9    reconstruction will require lubrication for

10   intercourse.

11       MR. CARLISLE:  And if you'd go to the next

12   page, please.

13       (Ms. Meltzer complies with request.)

14  Q  The authors write about dyspareunia.  Rates of

15   dyspareunia were widely -- excuse me -- vary widely

16   in the literature, from 0% to 24.7 percent.  Is

17   that accurate in your experience?

18  A  I would say that is accurate, again, for women

19   undergoing -- whether a cisgender or transgender,

20   undergoing vaginal reconstruction, I think that's

21   an accurate statement.

22  Q  Okay.  Let's move on to Exhibit 26.

23       MR. CARLISLE:  Let me know if you want a

24   break.

25       THE WITNESS:  Can you give me two seconds to

1     call the operating room?

2          MR. CARLISLE:  Yeah.  Yep.

3          THE WITNESS:  Let me just do that real quick.

4          (A brief recess was taken.)

5          THE WITNESS:  Okay.  Not answering, so we'll

6     keep going.

7          MR. CARLISLE:  Okay.

8          (Exhibit 26 marked.)

9   Q  Okay.  I'm showing you what's been marked as

10     Exhibit 26, sir.  This is a study from Frederick,

11     "Chest Surgery in Female to Male Transgender

12     Individuals," that you cite in Footnote 13?

13   A  Okay.

14   Q  If we go to page 251, Table 2.  Do you see in

15     Table 2 the authors discuss the frequency of

16     complications and resulting satisfaction scores?

17   A  Yes.

18   Q  And it looks like their finding is that there are

19     long-term complications in 10.2 percent of the

20     patients for auxiliary dog ear, and then for

21     hypertrophic scar long-term complications in 13.6

22     of the patients.  Is that accurate in your

23     experience?

24   A  I think that's high from my -- from -- in my

25     practice.  But I think if you also go back to the

1    conclusion, if you go back to the abstract page,

2    the authors cite, if we can go to that first page,

3    that -- if you look at conclusions, "Female to male

4    transgender mastectomy can be performed with low

5    complication rate and high satisfaction." So I

6    think those -- again, what the authors refer to as

7    complication may be subjective to some degree, but

8    I would say higher than we experience in -- in our

9    practice.

10   Q    Okay. And going to the last page, page 253, in

11   that first full paragraph, the authors write "There

12   is no validated method of assessing transgender

13   surgery outcomes, because this population presents

14   problems for follow-up." Do you agree with that?

15   A    No, not necessarily. I do think the fact that many

16   people do travel for surgery can present challenges

17   as it would for practices where people travel. I

18   think electronic communications have improved and

19   the ability to have video visits and other adjuncts

20   have helped with that since this paper has been

21   published.

22   Q    This paper was published in 2017, right?

23   A    Yeah. And so, you know, I suppose, you know, one

24   of the things that came out of COVID was really the

25   expansion of the telehealth, and I think telehealth

1    has been very helpful in this area because people

2    often do travel.  And so it does allow us to

3    maintain contact with people.

4  Q  Right.  In the next sentence the authors explain

5    "These surgeries are relatively uncommon, the

6    patients often travel long distances for their

7    operation, patients often move and change identity,

8    and transgender patients are particularly concerned

9    with maintaining confidentiality."  Are all those

10   reasons why this population presents for follow-up?

11 A  I'm sorry.  Why this presents --

12 Q  Why this population presents problems for

13   follow-up.

14 A  Well, I think he's referencing two articles.  It

15   looks like an article, a footnote from Spack, which

16   looks like an article from '13, 2013, and then an

17   article from 2012.  The term uncommon, I suppose,

18   depends upon one's practice.  These are quite

19   common procedures in my practice.  I would agree

20   it's not uncommon for people to travel long

21   distance, but since the publication of this, one of

22   the things that we have seen expand is telehealth.

23   And also the standards of care, version 8, one of

24   the important components of that, is -- is the

25   aftercare plan and providing for that plan as part

1    of the preoperative process.  So helping to --

2    helping to improve follow-up following surgery.

3  Q  All right.  Thank you, sir.

4       MR. CARLISLE:  Let's go to Exhibit 29.  We're

5    going to skip a couple, Kate.

6       (Exhibit 29 marked.)

7       (Ms. Meltzer complies with request.)

8  Q  Dr. Schechter, I'm showing you what's been marked

9    as Exhibit 29.  This is cited in Footnote 16.  It

10   is the Department of Health and Human Services

11   Department -- Departmental Appeals Board Appellate

12   Division Decision.  Do you see that?

13 A  I do.

14 Q  You're familiar with this decision?

15 A  Yes.

16 Q  And it was, as the first paragraph explains, a

17   challenge to a National Coverage Determination

18   disallowing costs for transsexual surgery.

19 A  I'm just trying to see where you're -- I'm sorry.

20   Where were you -- you're looking --

21 Q  Yeah, the -- the first sentence "The Board has

22   determined that the National Coverage Determination

23   denying Medicare coverage of all transsexual

24   surgery as a treatment for transsexualism is not

25   valid under the 'reasonableness standard.'"

1  A  Yes.  So this applies to the Medicare population

2      only.  And I think, as we know, that decision, you

3      know, in May of 2014 was revers- -- or the decision

4      for Medicare to cover gender-affirming surgery was

5      allow- -- was -- I should say the exclusion was

6      removed in 2014.  And so the National Coverage

7      Determination relates to the Medicare population

8      only.  And so when you have a patient population

9      that's been denied access to medically-necessary

10     care, it's not surprising that there weren't

11     studies looking at the impact of surgery on people

12     of -- of Medicare age, typically 65 or older, and

13     additionally most conditions we operate on don't

14     have a National Coverage Determination.  So it's,

15     again, not uncommon, in fact, probably more common

16     than not, that most conditions we operate on don't

17     have an NCD.  But now having said that, at least

18     since 2014, to the best of my knowledge, we have

19     not had challenges or difficulty receiving coverage

20     for Medicare beneficiaries for gender-affirming

21     surgery.

22  Q  All right.  And you cite this article on

23     paragraph 50 of your report to support your

24     conclusion that surgery is safe, effective, and

25     medically necessary.

1   A   Yes.

2   Q   I want to -- I want to point you to the last

3       sentence of this first paragraph here where it says

4       "The Centers for Medicare and Medicaid Services,

5       which is responsible for issuing and revising NCDs,

6       did not defend the NCD or the NCD record in this

7       proceeding and did not challenge any of the new

8       evidence submitted to the board."  So is it your

9       understanding that in overturning the NCD, CMS

10      didn't even challenge it, didn't even challenge the

11      evidence or any of the witnesses?

12  A   Well, I think, as I recall the decision was -- from

13      CMS or HHS was that the denial was based on

14      outdated science or at least one of -- one of the

15      bases of --

16  Q   Okay.  Let's go to Exhibit 30.

17          (Exhibit 30 marked.)

18  Q   All right.  Dr. Schechter, I'm showing you what's

19      been marked as Exhibit 30.  This is a July 2023

20      article by Mark Bishop called "Pain and Dysfunction

21      Reported After Gender-Affirming Surgery:  A Scoping

22      Review."  This was not cited in your report, so my

23      question is are you familiar with this study?

24  A   I think I've seen it.

25  Q   Okay.  Let's just look at the first page here then.

1     The Objective paragraph --

2 A  Uh-huh.

3 Q  -- it looks like the purpose of this study was to

4     look at types and rates of pain in -- related to

5     gender-affirming surgeries.  Do you agree?

6 A  The goal -- so scoping review, meaning not a

7     systematic review, so those are different.  To

8     determine the types and rates of pain or

9     dysfunction outcomes reported.  Okay.

10 Q  All right.  And then the author concluded on that

11     first page, if you look at this Conclusion

12     paragraph, "Many published studies do not

13     systematically collect specific or standardized

14     information about pain and dysfunction after

15     gender-affirming surgery."  Do you agree with that?

16 A  So I'm looking at this, and it's written by a

17     physical therapist, and so I would say this is

18     something -- or the incorporation of physical

19     therapy is something we did probably five years

20     ago.  So a scoping review that these authors do is

21     not a systematic review.  It's -- it's different.

22     It's more limited.

23         I would generally say that the incorporation

24     of pelvic floor physical therapy, as we've done and

25     many large centers have done before surgery, has

1    been very beneficial for patients, including

2    benefits in the postoperative period.  So I'm not

3    sure the familiarity of this group or their

4    experience in caring for patients.  I agree in

5    general that the incorporation of pelvic floor

6    physical therapists has been -- has been quite --

7    quite helpful in our practice, and I think as -- as

8    we may have discussed, as part of the pelvic -- as

9    part of the preoperative meeting, includes meeting

10   with our pelvic floor physical therapy and part of

11   the postoperative care following vaginoplasty is

12   working routinely with the pelvic floor physical

13   therapist.

14 Q  Sir, do you agree that many published studies do

15   not systematically collect specific or standardized

16   information about pain or dysfunction after

17   gender-affirming surgery?

18 A  I don't know what -- to what they're referring by

19   the term systematic.  Many report on pain and, as

20   you just went through in the last article, urinary

21   dysfunction and quoted a variety of rates, so I --

22   I don't agree with that.

23 Q  Okay.

24        MR. CARLISLE:  If you could go to page 4,

25   please, Kate.

1          (Ms. Meltzer complies with request.)

2    Q    Down at this bottom paragraph these authors cite

3         vaginal stenosis as the most frequently mentioned

4         complication.  Is that true in your experience?

5    A    Can you show me where you're looking there?

6    Q    Yes, sir.  Bottom paragraph --

7    A    Okay.

8    Q    Under Feminizing vaginoplasty.

9    A    No, I don't think that's the most common.  I -- I

10        think probably minor self-limited wound disruptions

11        are the most common complication generally treated

12        as an outpatient with local -- local care.

13   Q    Okay.  If you go to the next column, the authors

14        discuss incontinence symptoms.  And the second

15        sentence there says "The only meta-analysis

16        calculated the rate of all incontinence symptoms to

17        be 16.9%."  Do you agree with that?

18   A    I'd have to look at the meta-analysis.  You know,

19        this is part of their discuss- -- this is part of

20        the discussion or their interpretation of -- of

21        another study.  So I'd have to look at that study

22        to comment on it.

23   Q    All right.  Fair enough.  In the next paragraph,

24        the authors write "Pain was reported in the lower

25        back, hip, pelvis, genitals (not sex related), and

1    abdomen across multiple reviews and empirical

2    studies of vaginoplasty.  Of these studies

3    reporting pain, up to 40% of patients reported

4    pelvic pain unrelated to intercourse."  Is this

5    type of pain they're describing, do you see that in

6    your experience?

7  A  Can you just go -- can I see what the title is,

8    too?  Can you just go back to the article -- or the

9    title of the article?

10  Q  Oh, the first page?

11  A  Yeah.  Okay.  So I don't know -- I'd have to look

12    and see if they're referring -- because they've

13    referenced chest surgery and breast augmentation,

14    and so, for example, things that they describe, the

15    back pain is not necessarily something that we see

16    commonly, for example, after a vaginoplasty.  And

17    again, they're kind of collating a number -- a

18    number of different studies.  I do think the

19    incorporation, as we said earlier, of pelvic floor

20    physical therapists has been important and very

21    helpful.  So to the extent that the authors

22    recommend incorporating pelvic floor physical

23    therapy into a gender-affirming surgical practice,

24    that I would agree.

25  Q  Because it's necessary post-surgery for your

1    patients?

2  A  I think it's quite helpful.  I think it's one of

3    the things that we did with the Illinois Department

4    of Corrections, and that was part of our emphasis

5    and focus was on aftercare and ensuring, to the

6    best we could, the -- that people would be able to

7    dilate in a safe space, be comfortable dilating,

8    they'd have appropriate access, for example, to

9    their dilatators.  And so I would say it was really

10   a -- a team approach, you know, with our team and

11   the Illinois Department of Corrections to -- to

12   help, to the best extent we could, ensure that

13   people were optimized both before and after

14   surgery.

15  Q  All right.  Lastly, this last paragraph here,

16   dyspareunia, again, is discussed.  And they write

17   "Dyspareunia was reported in multiple review

18   articles with 1 systematic review reporting a

19   median rate of 19% but ranging from 0 to as high as

20   75% depending on the assessment method."  Is that

21   accurate from your experience?

22  A  I would say 75 percent is high, but I would say

23   20 percent is probably reasonable and consistent

24   with women, whether cisgender or transgender,

25   who've undergone vaginal reconstruction for other

1    conditions.

2  Q  All right.

3        MR. CARLISLE:  Kate, you can stop sharing your

4    screen.

5  Q  We've made it through all the articles,

6    Dr. Schechter.  Thanks for your stamina there.

7        MR. CARLISLE:  Maybe let's take another short

8    break.  Is that okay?

9        THE WITNESS:  That would be great.

10        (A brief recess was taken.)

11  Q  All right.  Dr. Schechter, of all the studies we've

12    discussed, how many of their participants were

13    convicted felons?

14  A  I can't say that of the studies we discussed anyone

15    mentioned their criminal record.

16  Q  And so it follows that you don't know of any study

17    participants who were serving long prison

18    sentences?

19  A  I can't speak to what their history was and whether

20    there was previous incarceration.

21  Q  Of all the participants in the studies we've

22    discussed today, do you have any idea how many had

23    underlying mental health comorbidities?

24  A  I'd have to go back.  I don't recall specifically

25    the studies that we have discussed but --

1    regarding, you said, mental health comorbidities?

2  Q  Yes.

3  A  Yeah.  I'd have -- I don't recall offhand.

4  Q  Earlier in our deposition you described

5    gender-confirmation surgeries as reconstructive.

6    Do you recall that?

7  A  Yes, generally.

8  Q  Okay.  I want to get a clearer answer on this.

9    What, exactly, are the surgeries reconstructive of?

10  A  They are allowing a person's body to be congruous

11    with their identity.  We also consider many

12    surgeries in plastic surgery to be constructive.

13    And so just as, for example, someone born with a

14    congenital difference, we're reconstructing the

15    appropriate physical morphology, we're doing a

16    similar function for -- in gender-affirming or

17    gender-confirming surgery.

18  Q  Doctor, how is WPATH relevant to your practice?

19  A  So I serve as the treasurer and on the executive

20    committee of WPATH.  I was the co-lead author for

21    the Surgery and Aftercare chapter of the Standards

22    of Care, Version 8.

23  Q  Do you refer to WPATH in your daily practice?

24  A  Refer to them?  In -- in what --

25  Q  Yeah.  Do you reference the standards of care in

| | | |
|---|---|---|
| 1 | | your daily practice? |
| 2 | A | I practice consistent with the standards of care, |
| 3 | | yes. |
| 4 | Q | Is WPATH binding on all mental health |
| 5 | | professionals? |
| 6 | A | WPATH is a professional organization.  I'm a |
| 7 | | surgeon.  So in my practice, as I said, I practice |
| 8 | | consistent with the standards of care.  I can't |
| 9 | | hypothesize as to how all mental health |
| 10 | | practitioners practice. |
| 11 | Q | I guess what I'm getting at is there's no |
| 12 | | requirement that a mental health professional |
| 13 | | follow WPATH? |
| 14 | A | You mean follow the standards of care? |
| 15 | Q | Yes, the standards of care. |
| 16 | A | You're saying is it a legal requirement? |
| 17 | Q | Is it a medical requirement? |
| 18 | A | I would say I practice consistent with the |
| 19 | | standards of care, and the colleagues I know also |
| 20 | | practice consistent with standards of care.  I |
| 21 | | can't opine on mental health practices.  I'm not a |
| 22 | | mental health professional. |
| 23 | Q | Do all surgeons have to consult WPATH's standards |
| 24 | | of care in their practice? |
| 25 | A | So most of the surgeons I know also work consistent |