1     with standards of care.

2  Q  But do all -- do all surgeons have to follow

3     WPATH's standards of care?

4  A  I can't -- all surgeons is a broad term.

5  Q  So you're unaware of a requirement that all

6     surgeons follow WPATH's standard of care --

7     standards of care?

8  A  If you're saying is it the law, I don't believe

9     it's the law.  Is it good practice for people to

10    participate consistent with established clinical

11    guidelines based on the best available evidence,

12    yes.  If you're asking standard of care as it

13    implies a particular case, that would depend upon

14    the facts of the case.

15 Q  To your knowledge, you know, apart from the

16    question of good practice, is it a widespread

17    practice for surgeons to follow WPATH's standards

18    of care?

19 A  So I know and I'm frequently in contact with many

20    surgeons.  To my knowledge, many surgeons do

21    practice -- who perform gender-affirming surgeries

22    do practice consistent with the standards of care.

23 Q  But not all?

24 A  I can't speak for the entire universe of surgeons.

25 Q  Does WPATH allow for independent medical judgment

1    regarding treatment of gender dysphoria?

2  A  All clinical guidelines allow for medical judgment.

3    I'm -- I'm not aware of clinical guidelines that

4    would say a physician shouldn't use their medical

5    judgment.

6  Q  Can a mental health professional or a surgeon use

7    his or her own medical judgment appropriately

8    without consulting WPATH's standards of care?

9  A  So first I -- you know, I can't speak for a mental

10    health professional.  That's not my area of

11    expertise.  I'll limit my comments to surgery.  Are

12    you referencing within the context of

13    gender-affirming surgery or in general?

14  Q  Yeah, that's fair.  Within the context of

15    gender-affirming surgery, can a surgeon exercise

16    sound independent medical judgment without

17    consulting WPATH?

18  A  I'm not sure what you mean by consulting.  Are you

19    saying being unaware of the standards of care?

20  Q  Without referencing or applying the standards of

21    care.

22  A  Again, I can't speak for all surgeons.  The

23    surgeons I know who generally perform -- much of

24    their practice involves gender-affirming care

25    and/or in my communications, the surgeons who I

1    know practice consistent with the standards of care

2    that does include the ability on a case-by-case

3    basis to exercise one's medical judgment as it does

4    with -- with all clinical guidelines.

5  Q  Does WPATH provide for alternative treatment

6    options for gender dysphoria apart from surgery?

7  A  WPATH does not prescribe any particular treatment.

8    So, in other words, W- -- the standards of care

9    have articulated that not all individuals undergo

10   surgery.

11 Q  So, in other words, there are multiple treatment

12   options suggested by WPATH's standards of care?

13 A  As with all areas of medicine, how a particular

14   patient would be treated would depend upon the

15   individual case.  People may find relief of

16   dysphoria in various ways.  People will make

17   decisions regarding surgery based on a number of

18   factors, which may include risks of surgery, may

19   include financial considerations, may include

20   family or personal considerations.

21 Q  All right.  So treatment options other than surgery

22   can effectively treat gender dysphoria?

23 A  No, I don't think that characterizes it.  It's not

24   an either/or situation.  So, number one, as we said

25   earlier, surgery is not a vacuum.  Number two, it's

```
 1        not as if someone may necessarily choose hormones
 2        or surgery.  So I would not characterize it as an
 3        either/or.  It depends on the clinical
 4        circumstances and it depends on the person and it
 5        depends upon goals and expectations, their concerns
 6        about risks or benefits.  And that's how we make --
 7        and that's how people make medical decisions in --
 8        in a variety of arenas.  Some cisgender women may
 9        opt mastectomy, some may opt for lumpectomy or
10        radiation for cancer recognizing that local
11        recurrence rates are higher with that.  And so I
12        would not characterize it as there's different
13        treatment options both of which may be equally
14        effective.  I would say it's identifying the
15        appropriate treatment plan for the patient and
16        then, as with all medical care, it's a discussion
17        between the patient and the physician as to whether
18        or not an intervention would be performed.
19   Q    But the appropriate treatment plan for a patient
20        does not necessarily have to include surgery?
21   A    Surgery is not mandated, but that doesn't mean that
22        surgery should not be an option.  And so if the
23        question is should surgery be off the table, in
24        other words, should surgery not be -- should
25        surgery not be allowed under any circumstances, no,
```

1    WPATH, I would say the standards of care, that

2    would be inconsistent with the standards of care.

3    Standards of care would allow for surgery in

4    appropriate people and in appropriate

5    circumstances.

6         MR. CARLISLE:  All right.  That's all I have.

7    Thank you, sir.

8         THE WITNESS:  Thank you.

9    EXAMINATION

10   QUESTIONS BY MR. FALK

11   Q  Doctor, you don't need to refer back to the

12      exhibit, but in Exhibit 22 you were asked questions

13      about a comment concerning studies being of low and

14      intermediate quality, and you responded talking

15      about Levels 3, 4, and 5.  And I got confused about

16      the juxta- -- the juxtaposition of the concept of

17      low, intermediate quality and Level 3, 4, and 5.

18      Could you explain that, please?

19   A  Sure.  Well, I think there can be some subjectivity

20      as to how one might consider a particular level of

21      evidence.  Typically levels of evidence are graded

22      1 to 5, 1 typically the highest level and 5

23      typically being the lowest level, but as to how a

24      particular study might be looked at, I think

25      stating it the level is perhaps more objective than

1    trying to imply whether it's low, middle.

2  Q  Okay.  And are Level 3, 4, and 5 studies valid

3    studies or that's a study -- or are those studies

4    that you see regularly in medical science?

5  A  Yes.  I mean, you know, as we discussed and as I

6    discussed in the report, not all questions can be

7    answered by a randomized controlled trial.  We've

8    -- we've talked about that, obvious reasons in

9    surgery:  No blinding, no placebo, the ability to

10    randomize people or deny people medically necessary

11    care, of course.  So that doesn't discount the

12    validity of Level 3, 4, or 5 studies.  And, in

13    fact, much of the literature in plastic surgery is

14    Level 3, 4, and 5.

15         MR. FALK:  I have no further questions.

16         MR. CARLISLE:  Nothing on those.

17         MR. FALK:  Doctor, as you probably know since

18    you've done this before, you have the right to

19    review this and make any changes, not substantive

20    but any changes, typos and what have you, or you

21    can waive that.  I generally repre- --- I generally

22    recommend to my clients that they review, but

23    that's -- that's your call.

24         THE WITNESS:  Okay.  Then I will opt for the

25    review.

1          MR. FALK:  Okay.  And we'll take an E-Tran and

2     then I'll just forward it to the doctor.

3          MR. CARLISLE:  We'll take an E-Tran as well.

4     Thank you.

5          COURT REPORTER:  Okay.  Thank you.

6          (Deposition concludes at 4:07 p.m. EST.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF INDIANA
 2                 EVANSVILLE DIVISION


 3

    JONATHAN RICHARDSON aka      )
 4  AUTUMN CORDELLIONE,          )
                                 )
 5              Plaintiff,       )   Civil Action No.
                                 )   3:23-cv-00135-RLY-CSW
 6         -v-                   )
                                 )
 7  COMMISSIONER, INDIANA        )
    DEPARTMENT OF CORRECTION,    )
 8                               )
                Defendant.       )
 9

10              Job No. 187804

11


12         I, LOREN SCHECHTER, M.D., state that I have
    read the foregoing transcript of the testimony given by
13  me at my deposition on January 26, 2024, and that said
    transcript constitutes a true and correct record of the
14  testimony given by me at said deposition except as I
    have so indicated on the errata sheets provided herein.

15

16                    _____

17                    LOREN SCHECHTER, M.D.

18

19

20

21

22

23         STEWART RICHARDSON & ASSOCIATES
             Registered Professional Reporters
24          One Indiana Square, Suite 2425
              Indianapolis, IN  46204
25                 (800)869-0873
```

1  STATE OF INDIANA          )
                            )
2  COUNTY OF WARRICK         )

3

4      I, Sherry D. Lenn, RPR, and Notary Public in

5  and for said county and state, do hereby certify

6  that the deponent herein was by me first duly sworn

7  to tell the truth, the whole truth, and nothing but

8  the truth in the aforementioned matter;

9      That the foregoing deposition was taken on

10  behalf of the Defendant; that said deposition was

11  taken at the time and place heretofore mentioned

12  between 2:38 p.m. EST and 4:07 p.m. EST;

13      That said deposition was taken down in

14  stenograph notes and afterwards reduced to

15  typewriting under my direction; and that the

16  typewritten transcript is a true record of the

17  testimony given by said deponent;

18      And thereafter presented to said witness for

19  signature; that this certificate does not purport

20  to acknowledge or verify the signature hereto of

21  the deponent.

22      I do further certify that I am a disinterested

23  person in this cause of action; that I am not a

24  relative of the attorneys for any of the parties.

25

```
 1          IN WITNESS WHEREOF, I have hereunto set my
 2     hand and affixed my notarial seal this 19th day
 3     of February, 2024.
 4
 5
 6                         Sherry D. Lenn
 7                         _____
                           Sherry D. Lenn
 8                         NOTARY PUBLIC SEAL
                           STATE OF INDIANA
 9                         Commission No. NP0656535
                           My Commission Expires Aug. 2, 2024
10
11     Job No. 187804
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Index: 0..50.1%

**Exhibits**

**Loren Schechter Ex 17** 3:9 40:2,4

**Loren Schechter Ex 18** 3:10 56:14,16,18

**Loren Schechter Ex 19** 3:13 62:14,15,19,21

**Loren Schechter Ex 20** 3:18 64:2,6,8

**Loren Schechter Ex 21** 3:20 68:22,24 69:1

**Loren Schechter Ex 22** 3:23 72:4,6,8 104:12

**Loren Schechter Ex 23** 4:1 75:10,12,13

**Loren Schechter Ex 24** 4:3 77:18,20,22

**Loren Schechter Ex 25** 4:4

**Loren Schechter Ex 26** 4:7 85:22 86:8,10

**Loren Schechter Ex 27** 4:9

**Loren Schechter Ex 28** 4:13

**Loren Schechter Ex 29** 4:16 89:4,6,9

**Loren Schechter Ex 30** 4:18 91:16,17,19

---
**0**

**0** 96:19

**0%** 81:9 85:16

**0.45-4.5%** 80:18

---
**1**

**1** 42:9 63:1 82:19,20,21 96:18 104:22

**1%** 82:5

**1,082** 82:11

**1,100** 82:18

**1.2-15%** 81:20

**1.7** 84:17

**10** 42:13,23 75:15,16

**10%** 84:17

**10.2** 86:19

**100** 35:15 38:19

**11** 42:23 77:23

**119** 75:24

**12%** 81:20

**13** 82:10,17 86:12 88:16

**13.6** 86:21

**14** 23:17 69:14

**1428** 69:5

**1454** 64:23 67:10

**1455** 66:11

**1510** 73:19

**1511** 74:11

**16** 89:9

**16.9%** 94:17

**17** 40:2,4

**17.6** 59:6,9,24

**18** 56:14,16,18

**19** 62:14,15,19,21

**19%** 96:19

**1990s** 58:13

---
**2**

**2** 62:22 86:14,15

**20** 16:15 64:2,6,8 96:23

**2012** 88:17

**2013** 88:16

**2014** 90:3,6,18

**2017** 87:22

**2023** 91:19

**2024** 5:4

**21** 68:22,24 69:1

**22** 62:25 72:4,6,8 104:12

**23** 75:10,12,13

**24** 77:18,20,22

**24.7** 85:16

**25%** 79:5

**251** 86:14

**253** 87:10

**26** 5:4 85:22 86:8,10

**29** 89:4,6,9

**2:38** 5:5

---
**3**

**3** 62:23 73:8,15 104:15,17 105:2,12,14

**30** 16:15,16 54:10 91:16,17,19

**31** 43:14

**33%** 84:1

**34** 57:2,10,12 59:5,8

**35** 69:15

**3:23-cv-00135-rly-csw** 5:12

---
**4**

**4** 73:8,15 81:13 93:24 104:15,17 105:2,12,14

**4.0%** 81:10

**40%** 95:3

**43** 63:2,3,10,11,13

**45** 13:23

**46.9%** 75:24

**4:07** 106:6

---
**5**

**5** 73:8,15 104:15,17,22 105:2,12,14

**5.6** 84:1

**50** 6:14 76:5 77:5,8 90:23

**50%** 76:24

**50.1%** 77:2

**54.6%** 77:2

**6**

**6** 59:5,8 62:21,24 69:16 78:4

**65** 90:12

**68** 57:8

**69** 58:3,4

**7**

**7** 64:18 79:10

**71** 63:2

**72** 58:23

**75** 96:22

**75%** 96:20

**8**

**8** 69:2 79:1,21 88:23 98:22

**80%** 79:5

**800** 76:20

**9**

**9** 72:9 84:22

**A**

**abdomen** 95:1

**ability** 17:7 25:25 26:1 35:3 51:12 87:19 102:2 105:9

**able** 17:17 18:2 21:24 31:14 33:19,23 37:1,11 53:20 96:6

**about** 6:13 9:3,14,15 16:17 18:12 23:7,16,22 24:11 25:13 29:12 34:12 36:6 37:25 39:10 43:18 44:16 45:6 46:11,25 50:25 52:24 54:10 56:19 59:17 63:22 68:2,15 79:17 80:8,12 82:18 83:21 85:14 92:14 93:16 103:6 104:13,15 105:8

**above** 45:1

**absence** 18:21,23

**absent** 19:22 20:8

**absorbable** 81:11

**abstract** 57:5 63:4,15,21,25 65:14 72:10,18 87:1

**access** 90:9 96:8

**accommodations** 37:6

**accompanies** 53:2

**account** 71:19

**accurate** 62:6 80:19,20,21 82:15, 23 83:19 84:18,19 85:17,18,21 86:22 96:21

**achieving** 56:8

**acquiring** 40:16

**across** 59:22 95:1

**Action** 5:12

**actively** 33:22 40:15

**activities** 26:2 37:1,3

**actually** 13:13

**add** 80:2

**addition** 30:11

**additional** 13:6 85:6

**additionally** 90:13

**addressed** 10:4,20 27:15

**adjunct** 55:5

**adjuncts** 87:19

**adjusted** 56:11

**administer** 27:18,22

**administering** 5:21

**advantage** 50:7

**aesthetic** 52:1 58:9 77:3 79:18

**aesthetics** 52:7

**affect** 31:24 32:1

**affected** 32:25 53:6 81:19

**affecting** 84:1

**affirming** 7:19 61:21

**after** 15:19 17:4,13 22:21,22 23:8,9,10,22,23,24 24:2 25:8 28:8 48:23 60:14 62:25 63:1,18 71:7 79:6 82:8,14 84:4 91:21 92:14

93:16 95:16 96:13

**aftercare** 30:1 33:23 34:1 35:4 36:4,10 51:14,15,17 88:25 96:5 98:21

**afternoon** 6:6

**again** 15:23 17:16 21:17,24 22:3, 15 23:22 30:20 31:14 32:4 35:1 36:5,10 43:1,16 44:2 45:9 46:17 47:3,9 48:9,19 50:15 51:23 52:22 53:1,23 54:14 55:3 65:19 69:20 70:1 73:1 76:1 79:24 84:19 85:18 87:6 90:15 95:17 96:16 101:22

**age** 85:4 90:12

**ago** 29:12 92:20

**agree** 7:6 39:4 46:10 58:13 61:8, 13,19 63:17,21 65:7 67:21,22 69:18 71:18,20 72:24 74:3,8,21 76:11,13 77:4 78:19,22 79:23,25 81:1,3,4,21 84:2 85:5,8 87:14 88:19 92:5,15 93:4,14,22 94:17 95:24

**agreed** 38:22

**agreeing** 61:13

**agreement** 32:22

**ahead** 11:7 21:2 65:25

**aids** 12:16

**Aim** 72:11

**Alex** 5:18 6:8

**align** 45:2

**aligned** 45:13

**alignment** 44:19 51:23

**all** 6:13 7:1,14 8:7 13:17 14:1,21 15:6 16:17 17:11,17 19:6 20:10 22:21 23:1 26:5 28:14 29:13 31:10 32:22 33:9 36:6 37:24 38:22 39:4,5,9,25 40:5,8,11,22,25 41:13 42:4,16 43:9 46:15,25 47:15 49:23 50:2 54:9,25 55:14 56:12,17 57:1 58:2,21 61:4 63:7 65:10 66:13 67:1 68:21,25 70:13 71:21 72:3,7 73:21 74:10 75:5,9, 23 76:16,18,22 77:1,12,21 78:15, 23,25 79:9,19 80:2 81:8,16 84:10 88:9 89:3,23 90:22 91:18 92:10 94:16,23 96:15 97:2,5,11,21 99:4, 9,23 100:2,4,5,23 101:2,22 102:4, 9,13,21 103:16 104:6 105:6

Index: alleviate..areas

alleviate 45:24

alleviating 52:14

alleviation 52:17

allow 12:21 22:19 48:21 88:2
100:25 101:2 104:3

allow- 90:5

allowed 103:25

allowing 98:10

allows 48:21 49:11,14

almost 76:5 77:7 82:17

alone 25:6

along 75:9 83:3

already 8:21

also 10:1,4 20:6 21:15 25:3 29:25
31:12 32:2 34:3 37:13,19 41:10
49:1 70:20 76:2 79:4 81:23 86:25
88:23 98:11 99:19,25

alternative 49:17,22 51:20 102:5

although 17:16 18:7,14 28:10
80:24

always 15:25 40:16 49:12 52:3,6
62:2

am 39:13 66:23

among 7:5,18 32:23 33:10

amputate 10:17

amputated 10:16

an 5:1,20 8:1 10:10,11,14,25
11:6,9,15 13:3,15 15:2 16:15
17:12,22 18:4,15,18,20 19:4,9,15
21:15,23 22:15 23:6 25:17 28:20
29:9,16 31:6 34:21,24 37:9 41:7
46:3,25 47:4,13,16 48:1,7,12
49:1,10,16,21 53:7 55:4,10 57:13
62:6 67:19 76:15 81:4 82:15,23
84:7 85:2,21 88:15,16 90:17
94:12 102:24 103:2,18,22 106:1,3

analogous 53:8

analysis 66:6

anatomy 16:24

and 5:13,16 6:3,19 7:6,9,24 9:3,4,
5,8,10,15 10:2,4,21,24,25 11:7,
13,25 12:18 13:10,12 14:11,13,
17,19 15:10,18,21 16:21 17:2,5,
11,24 18:4,10,20 19:13,20 20:12,
17,18,20 21:9,20,22 22:6,12,20
23:23,25 24:11 25:3,9,19,23,24
26:2,8,9,18,22 27:2,3,8,11,12,18
28:1,10,11,17,18 29:1,4,8,9,17,24
30:7,9,22 31:1,17 32:3,6,18,23
33:12,13,15,19,23,24 34:1,18
35:2,5,6 36:3,4,10 37:5,11,13,15,
19 38:5,13,16 39:1,18 40:8,15,25
41:13,23 42:3,22 43:10,17,23
44:16,24 45:3,5,19,21,22 46:2,4,
14,23 47:6,9,25 48:5 49:5,19,21,
24 50:2,4,10,11,16,21 51:6,9,11,
15,16 52:3,4,9,11,12,18,23 53:3,
4,7,9,12 54:9,18,25 55:4,18,19,24
56:5,10,23 57:1,16 58:5 59:13,15,
21,22 60:1,25 61:11,12,16,18
62:1,2,9,13,21,25 63:2,25 64:20
65:3,11,13,17,19,20,21,23,24,25
67:1,3,5,9 68:5,7,8,17 69:17,22,
24 70:2,5,9,14,21 71:4,6,8,10,13,
21,22,25 72:17 73:1,8,9,12,14,21
74:1,2,6,16,18,19,20,24 75:4,7,
23,25 76:14 77:2,8,12 78:2,6,17,
18,24 79:1,17 80:2,4,14,22 81:8,
10,11,17,23 82:1,6,20,22 83:2,23
84:5,6,12,17,19,25 85:2,11 86:16,
18,20 87:5,10,18,19,23,25 88:2,7,
8,16,23,25 89:10,16 90:2,6,8,12,
22,24 91:4,5,7,20 92:4,8,10,14,
16,17,24 93:7,10,19,21 94:14,25
95:1,12,13,14,16,20 96:4,5,9,10,
13,16,23 97:16,19 98:13,19,21
99:19 100:19 103:4,5,6,7,11,15,
17,22 104:4,13,14,15,17,22
105:2,5,12,14,19,20 106:1

and/or 13:9 26:16 27:16 47:21
82:13 101:25

androgen 48:12 49:12

androgen-blocking 49:2,14

anecdotal 57:14

another 49:9 94:21 97:7

answer 6:19 8:23 21:17 40:18
41:4 53:10 55:3 56:4 98:8

answered 60:21 105:7

answering 22:10 86:5

anti- 13:22

antisocial 34:12

any 5:14 10:13 12:8 13:17 22:17
25:11 26:5,19,22 32:6,8 34:3

35:7,11,16,23 39:11,15 41:5,18,
21 49:7,25 50:1 68:19 69:20 70:2,
3,17 71:14 80:23 91:7,11 97:16,
22 102:7 103:25 105:19,20

anybody 20:23

anyone 5:20 97:14

anything 42:20

apart 8:2 45:11 100:15 102:6

apologize 6:21 9:21 22:6,8 36:5
39:10

Appeals 89:11

appearance 45:7,11,23 46:13
52:1,15

appears 63:15

Appellate 89:11

applies 90:1

applying 101:20

approach 96:10

appropriate 8:1 32:11 34:21,24
47:6 49:24 50:15 96:8 98:15
103:15,19 104:4

appropriately 45:4 50:17 101:7

appropriately-identified 46:8
47:4

approved 31:1

approximately 59:6 82:5

are 6:6,7 8:13 10:4 11:20,23 14:9
15:16 17:4,9,14,17,18,25 18:10
19:11 20:5,14 26:7,10 27:10,24
30:5,11,14 31:15 32:3 33:12,18
34:3,21 36:25 39:9,11 41:4,10,19,
23 42:23 45:2 46:4,18 48:12 49:3,
21,23 51:8,16 52:7 53:6 55:18
57:23 58:4 59:25 60:1,5,12,17
61:6,25 62:7 64:10 66:8,18 67:2
69:18,21 70:7,9,12,15,18 71:6,20
73:2,7,8 75:6 77:13 80:18,24
81:19 83:18 86:18 88:5,8,9,18
91:23 92:7 94:11 98:9,10 101:11,
18 102:11 103:11 104:21 105:2,3

area 27:14 37:18 61:16 70:10
84:25 88:1 101:10

areas 70:11,14 71:21 72:2 73:3,
10,16 74:5 75:5,6 76:5,17 77:12
84:23 102:13

**arenas** 103:8

**arises** 84:17

**around** 29:23,25 30:8 36:3 37:11

**article** 56:18 62:21 63:5,15,20,25 64:8 69:1,2 72:8 75:14,17 77:22 78:2 88:15,16,17 90:22 91:20 93:20 95:8,9

**articles** 88:14 96:18 97:5

**articulated** 102:9

**as** 6:2,3,21 7:16,25 9:6,15 12:7 13:19 14:6,25 15:1,11 18:13,25 19:3,17 23:6 24:8 25:6 26:16 28:4,5,11 30:16 32:6,7,10,11 33:6,14 34:1,19 35:1,2 38:10 40:14,21 41:6,10,11,18,19 42:25 43:17,24 45:3 46:6,15,17,23 47:23 48:16 49:7,22 52:3 53:3,20 54:18 55:4,6 56:18 57:13,23 60:4, 15 62:1,20 64:7 66:17 67:3,17,24 68:1,7 69:1,16,20 70:3,9,15 71:2, 11,12,14 72:8 74:18,23,24 75:6,7 76:14,24 77:11,13,22 78:21 79:25 80:7 81:6 84:5 85:3 86:9 87:6,17 88:25 89:9,16,24 90:2 91:12,19 92:24 93:7,8,19 94:3,12 95:19 96:19 98:5,13,19 99:7,9 100:12 102:3,13,24 103:1,2,12,16,17 104:20,23 105:5,17 106:3

**aside** 41:23

**ask** 13:4 17:1 19:6 26:14 31:3 33:9 40:19 43:18 46:25 51:21 54:10 56:2,19 68:1

**asked** 28:2 104:12

**asking** 41:2 100:12

**asks** 56:1

**aspect** 40:18

**aspects** 10:3

**Assess** 25:9

**assessed** 27:15 50:17

**assessing** 25:19,25 26:3 51:15 87:12

**assessment** 13:8 25:9,17,18 46:4,22 47:6 50:15 68:18 96:20

**assessments** 46:20 68:7

**assist** 8:19 25:11

**assistance** 41:21,25

**assistant** 14:4

**associate** 5:2

**associated** 49:8 78:18

**assume** 6:19 16:18 50:16,18

**assuming** 21:20,22 23:19 50:15

**assumption** 35:19

**asymmetry** 60:11

**at** 8:25 10:20 11:7,12 13:2 20:4 23:14 30:15 31:19,21 32:19 36:1 42:2 43:5 46:5,17,23 50:1 56:23 57:23 60:3,8,11,23 62:3,11,22 63:25 65:13 70:4,5 71:7,9,10,11 72:10,11,25 74:23,24 75:5,18 76:5 77:8 78:8 79:3 80:24 81:1 82:17 83:6 84:12 87:3 90:11,17 91:14,25 92:4,11,16 94:2,18,21 99:11 104:24 106:6

**attempted** 10:17,23

**attention** 58:5 61:4 69:4

**attentive** 60:16

**Attorney** 6:9

**audio** 42:9

**augment** 54:19

**augmentation** 43:19,20,22 44:7 46:12 58:10,11 71:5 95:13

**author** 41:7 60:15 64:12 65:4 92:10 98:20

**authors** 58:8 59:4 60:1,7,21 62:23 67:2 69:11 72:18 73:23 74:14 76:8,23 77:13 78:7,15 79:4 80:15 81:9,18 82:4 83:7,24 84:16 85:14 86:15 87:2,6,11 88:4 92:20 94:2,13,24 95:21

**auto-castration** 10:24

**Autumn** 5:10,17

**auxiliary** 86:20

**available** 72:14 73:24 100:11

**average** 13:24

**aware** 19:14 31:8 39:9,11 79:4 101:3

---

**B**

**back** 9:4 10:2 11:23 15:25 58:12 63:7 65:12,22 79:20 86:25 87:1 94:25 95:8,15 97:24 104:11

**based** 27:24 41:10,19 61:1 63:15,21 70:18 91:13 100:11 102:17

**baseline** 26:22 31:9

**bases** 91:15

**basis** 10:14 11:6,16 44:4 102:3

**be** 8:7 9:7 10:14,18,19,20 11:5, 12,15 12:7 18:2,13,18 19:15,20 20:3,12 21:8,24 22:12 23:5,12 24:14,17,20 25:2,4 27:15 28:2,10, 19 29:16 31:5,20 32:1,4,5 33:4,6, 24 35:8 36:12,20 38:4,6,7,9 39:19,22 40:10 41:4 42:9,24 43:3, 10 44:4 45:9,25 46:15 48:17 49:8 51:6,8,20 53:5,8,9,19,20 54:7,19, 20,21,22 55:2,4,6,7 56:7,10 57:13 59:21 60:12,22 62:5 66:15,21 67:17,20 71:18 73:5 76:9,24 77:3, 14 79:4 81:10 82:18 84:6 87:4,7 94:17 96:6,7 97:9 98:10,12 102:14 103:13,18,22,23,24,25 104:2,19,24 105:6

**because** 9:1,8 17:17 25:13 31:3 37:9 38:4,10 44:4 45:14 48:6,14 49:17 61:24 74:5 76:10 83:17 87:13 88:1 95:12,25

**been** 6:2,10 8:15,21 11:11 20:9 30:25 35:16,21 38:23 39:5,6 41:8, 9 47:24 48:4,15 50:17 55:9 61:25 64:7 68:25 72:7 77:22 86:9 87:20 88:1 89:8 90:9 91:19 93:1,6 95:20

**before** 6:11 17:24 27:9,19 60:14 92:25 96:13 105:18

**begin** 65:13

**beginning** 25:18

**being** 5:6 21:11 30:16,17,18 32:20 37:11 49:9 60:1,15 61:25 68:16 70:4,12 101:19 104:13,23

**believe** 35:14 43:23 57:3 62:3 77:24 100:8

**beneficial** 93:1

**beneficiaries** 90:20

Index: benefit..certainty

benefit 34:20

benefits 9:3,10,23 12:14 14:19 93:2 103:6

best 9:9 37:23 41:17,19 73:24 90:18 96:6,12 100:11

better 36:14,17

between 15:20 30:7 44:23 45:20 46:14 52:11,18 74:20 103:17

bias 66:4,7 67:2 76:25 77:6

biased 65:4

bigger 9:12 42:19

binding 99:4

birth-related 17:7

Bishop 91:20

bit 29:21 65:21 69:7 78:12 82:19 84:14

bleeding 10:18,22,24 11:1,12 84:16

blinded 28:11

blinding 73:11 105:9

block 49:6

blocker 48:12 49:12

board 89:11,21 91:8

body 10:16,17 21:1,3 43:10,17 44:19,24 45:3,13,14,15,21 46:14 51:24 52:11,18 55:7 58:8 60:12 98:10

bony 54:5

borderline 34:10,15,23 35:13

born 98:13

both 12:17 17:14,24 25:4 52:4 59:8 96:13 103:13

bottom 62:22 78:8 84:22 94:2,6

bowel 79:14

Bradley 5:19

break 55:11 85:24 97:8

breast 20:1 43:18,19,21 44:7 46:11 55:5 58:9,11 71:3,5 95:13

breasts 45:8 54:20 55:7

brief 9:20 55:13 86:4 97:10

bring 15:3

broad 100:4

builds 42:3

but 7:22 9:23 10:1 11:5,7 14:10 16:1,8 17:11 19:3,8,20 20:6 21:5 25:5 27:21 28:20 29:15,23,25 30:8 31:20 33:17 34:20 35:1,9,14, 25 38:18 39:2,7,19 40:21 41:24 42:2 44:3,12 46:6,9 47:13 49:1,13 52:7 54:23 57:3 62:12 63:19 65:9 67:6,23 70:20 71:23 72:25 75:2, 16 76:16 77:24 81:14 82:5 83:8, 17 84:7 86:25 87:7 88:21 90:17 96:19,22 97:25 100:2,23 103:19, 21 104:12,23 105:20,22

by 6:2,5 8:13 14:1 16:2 24:20 25:22 29:17 30:18 31:10 36:25 37:2 39:18 41:24 45:7 49:10 52:15,18 53:6 56:6 61:10 65:4 76:2 81:19 91:20 92:16 93:18 101:18 102:12 104:10 105:7

**C**

calculated 94:16

call 6:25 30:12 54:4 61:15 80:11 86:1 105:23

called 6:2 31:12 64:25 78:2 91:20

came 30:3 87:24

can 7:6,9 8:19 10:7 11:25 16:15 17:2 18:13 21:21,22 29:24 31:20 32:5,18 33:2 37:2 38:1,4 39:15 40:1 42:13,19 43:5,6 44:21 48:3 50:16,18 53:2,19 56:22 57:11 58:3 61:3 62:15 63:6 65:12,17,19, 20,23,24 66:1,2 67:19 68:16 69:7 70:16,24 78:11 79:10,13 80:1 81:10 83:8,10,17 84:14 85:25 87:2,4,16 94:5 95:7,8 97:3 101:6, 15 102:22 104:19 105:6,21

can't 10:9,10 16:8 17:12 19:2 31:4,19 33:1,3 34:13 35:14,25 36:17 39:7,22 50:9 58:16,20 63:19 83:10 84:8 97:14,19 99:8, 21 100:4,24 101:9,22

Canada 66:16

canal 23:20 50:23 51:3,4

cancer 11:20 17:6 20:5,8,10,17, 18,22,24 21:5,11 52:5 103:10

candidacy 36:2

candidate 21:15 34:21,25

candidates 22:13 24:1

cannot 17:14 51:17

capable 17:9,18,20

care 7:22 9:4 10:5 13:9 27:16 32:10 33:15 34:18 41:8 46:7 68:5 73:13 74:6 88:23 90:10 93:11 94:12 98:22,25 99:2,8,14,15,19, 20,24 100:1,3,6,7,12,18,22 101:8, 19,21,24 102:1,8,12 103:16 104:1,2,3 105:11

career 16:16

caring 7:17 70:20 93:4

Carlisle 5:18,23 6:5,8 9:19 22:4 40:1 42:13 55:9 56:13 58:3,22 62:14,18 64:2,13,23 66:10 67:9 68:21 72:3 73:18 74:10 76:19 77:18 78:4,11 79:1,20 84:14 85:11,23 86:2,7 89:4 93:24 97:3,7 104:6 105:16 106:3

carried 8:18

carry 22:19 78:23

case 5:8 6:10 8:18 13:16 14:22 15:5 17:20 39:22 40:9,12,13,18, 24 54:6,15,20,22,24 57:15,24 72:21 100:13,14 102:15

case-by-case 102:2

cases 18:8,15,17,25 42:3,5,6 81:10 82:5 84:17

categories 24:13

catheter 11:4 81:11

cause 33:5 45:11

caused 45:7 54:1

causes 45:15

caution 76:10

centered 29:25

centers 91:4 92:25

cerebral 51:13

certain 52:1 68:13

certainly 42:10 50:23 70:3 71:14

certainty 35:15

certify 67:19

cetera 9:23 10:6 12:11 50:17

challenge 89:17 91:7,10

challenged 68:9

challenges 87:16 90:19

change 88:7

changes 48:16 105:19,20

changing 52:15

chapter 98:21

characteristics 16:25 44:25 82:10

characterize 57:20 103:2,12

characterizes 102:23

check 26:7

chest 25:3 45:7,12,23 46:13 86:11 95:13

child 17:3,12

choice 16:10 75:8

choose 41:13 50:20 51:10 103:1

chooses 21:9

chosen 21:25

circulating 47:25 48:5 50:5

circumstance 10:13

circumstances 11:13 14:5 21:7 103:4,25 104:5

cisgender 16:19 17:2,6,11,17,20 18:5,9,21 19:7,21 20:2,5,9,21 21:6 43:19,21 52:25 53:14 54:1, 25 55:5 82:24 85:2,3,19 96:24 103:8

cite 40:25 41:14 62:21 64:18 75:14 77:22 86:12 87:2 90:22 94:2

cited 14:22 62:9 69:1 72:9 89:9 91:22

Civil 5:12

clarification 22:20

clear 59:21

clearer 98:8

clients 105:22

clinical 28:1,5,22 71:13 100:10 101:2,3 102:4 103:3

clinically 71:6,16 84:16

clitoral 50:21

clitoris 24:17

close 15:17

CMS 91:9,13

co-lead 98:20

coarseness 38:5,16

cohort 82:11

collaboration 34:18

collaborative 7:25

collaboratively 35:5

collating 95:17

colleagues 32:9 41:12 48:10,18 49:20 99:19

collect 92:13 93:15

column 83:7 94:13

combination 12:17 50:2

come 15:7 63:7

comes 27:1

comfortable 96:7

commend 60:7,22

commensurate 80:4

comment 94:22 104:13

comments 101:11

Commissioner 5:11

committee 31:13 98:20

common 25:2 74:7 76:14 83:20, 25 88:19 90:15 94:9,11

commonly 50:24 84:17 95:16

communication 14:2

communications 87:18 101:25

community 67:6

comorbidities 31:18,23,24 32:24 97:23 98:1

comorbidity 33:5,10

comparability 74:20

compare 26:23 28:8 74:25 75:1

compared 70:10 76:4

compelling 77:10

competent 33:19

complete 28:2 38:2,12,13 42:24 69:22

completed 28:18 62:24,25 63:18

completely 61:13

completes 28:11

completion 28:17

compliant 33:25

complicate 82:5

complication 60:6,9 78:19 80:2 87:5,7 94:4,11

complications 13:21 59:5,10, 24,25 60:10,17,24 78:6,9,24 80:1, 15 81:17,18 83:24 86:16,19,21

complies 42:15 56:15 58:24 64:4,15,24 65:16 66:12 67:11 68:23 69:6 71:1 72:5 73:20 74:12 75:11 76:21 77:19 78:5,13 79:2, 12,22 84:15 85:13 89:7 94:1

component 9:24 45:9,25 46:7, 11

components 88:24

conceivable 19:1 40:19

concept 104:16

concern 37:10

concerned 88:8

concerning 104:13

concerns 103:5

conclude 71:16

concluded 92:10

concludes 71:16 106:6

conclusion 57:12 70:24 71:2 73:21 74:3,4 75:3 76:7 87:1 90:24 92:11

conclusions 87:3

condition 18:9 19:14 20:20 32:6 34:17 35:7 44:5,10,14,20 46:19 47:5,9,14,21 51:25 52:9 53:13,23 67:25 84:21

**conditions** 17:7 20:13 33:16 34:6 46:15 50:25 51:12 52:6 60:16 80:6 81:7,25 90:13,16 97:1

**conducted** 58:18

**confidentiality** 88:9

**confirmation** 7:3,7

**confirming** 7:20 8:25

**confluence** 22:7

**confused** 104:15

**congenital** 21:10 98:14

**congruence** 45:20 46:14 52:10, 18

**congruous** 98:10

**cons-** 48:25

**consent** 9:13,24 10:7,11 11:23, 24 12:2 13:10,20 14:6 15:9 21:25 29:18 30:13 33:20 80:7 83:2

**consider** 10:2 13:5 44:2 47:3 52:4 60:6,9,10,24 98:11 104:20

**considerations** 37:14 102:19,20

**considered** 52:12 54:7,20,22 55:8

**consistency** 70:4

**consistent** 16:23 61:17 63:11,14 73:3,10,15 77:15 80:3 81:12 84:20 96:23 99:2,8,18,20,25 100:10,22 102:1

**constructing** 51:4

**construction** 23:19 50:21,22 51:3

**constructive** 98:12

**consult** 99:23

**consultation** 9:1 14:16 15:25 30:25 31:6 55:16

**consultations** 16:1

**consulted** 10:8

**consulting** 101:8,17,18

**contact** 13:5 88:3 100:19

**contain** 40:11 47:13

**contains** 40:13,22

**contemplated** 56:7

**contemplating** 30:15 31:15 32:8

**context** 33:13 47:18 68:4 71:11, 12 101:12,14

**continue** 17:5

**contouring** 43:10,17

**contrast** 57:24

**control** 34:7

**controlled** 39:24 57:25 105:7

**convicted** 35:16,18 97:13

**coordination** 30:6

**copy** 40:8

**cord** 11:11

**Cordellione** 5:10,17

**corpus** 84:18

**correct** 6:11 11:1 17:23 21:7 24:6 29:3 38:24 44:9 64:19 74:20 85:1

**Correction** 5:11 30:8

**Corrections** 29:22 31:11 37:21 96:4,11

**correctly** 15:6

**cosmesis** 79:6,17

**cosmetic** 43:20,22,24 47:1 50:13,19 52:21,25 53:5 54:13 55:2

**costs** 89:18

**could** 11:5 17:15 33:6 43:15 56:13 57:13 58:5,22 62:1 64:13 66:10 67:9 73:18 74:4 76:19 77:5 79:1,20 80:14 93:24 96:6,12 104:18

**counsel** 5:13,15

**counseling** 8:10

**country** 59:22

**couple** 6:23 13:24 23:18 89:5

**course** 17:17,25 25:10,14 31:4 33:19 35:19 73:12 74:6 105:11

**Court** 5:1,9,20,24 106:5

**cover** 90:4

**coverage** 89:17,22,23 90:6,14, 19

**COVID** 87:24

**COVID-RELATED** 29:23

**create** 34:23

**criminal** 97:15

**criteria** 72:20

**criticisms** 70:9

**cross-sectional** 57:25

**current** 27:2

**curriculum** 42:11

**custody** 29:2,4

**D**

**daily** 26:2 37:1 98:23 99:1

**damaged** 11:11,14

**data** 14:7 15:7 26:22 28:7,12 40:25 58:10 61:1 62:2 74:21

**date** 5:4 36:2,7,15 37:8,13 42:2 62:9

**dated** 24:7

**dates** 58:12

**Davis** 5:19

**day** 23:15,16

**days** 23:14

**deal** 70:13

**decide** 55:14

**deciding** 9:6

**decision** 16:11 31:24 32:2,7,25 54:23 70:18,20 89:12,14 90:2,3 91:12

**decisional** 12:16

**decisions** 70:18 102:17 103:7

**decline** 33:10

**declined** 16:3,12 32:2,13,15,23 68:12

**dedicated** 58:9,10

**deemed** 31:5

**defect** 55:6

**defend** 91:6

Index: defendant..diverse

**defendant** 5:19 6:2,10

**defer** 45:17 48:10,17 49:19

**define** 60:20

**defined** 60:1

**definitive** 10:20

**deformities** 21:10

**degree** 20:16,18 87:7

**dehydration** 49:8

**delusional** 33:21

**demonstrate** 13:13

**denial** 91:13

**denied** 90:9

**denominator** 38:25 39:3

**density** 38:5,15

**deny** 73:13 105:10

**denying** 89:23

**Department** 5:11 29:22 30:7 31:11 37:21 89:10,11 96:3,11

**Departmental** 89:11

**depend** 15:12,23 17:8 24:9 27:12 38:15 44:3 45:10 52:22 53:11,12, 23 54:14,16,17,24 56:5 59:15 60:11 100:13 102:14

**dependent** 20:20

**depending** 12:23 14:5 22:16 36:19 96:20

**depends** 8:23 21:17 22:25 25:14 27:7 53:16 59:25 88:18 103:3,4,5

**deponent's** 5:7

**deposed** 6:10

**deposition** 5:2,6 98:4 106:6

**der** 82:9

**describe** 83:3,5 95:14

**described** 29:18 57:13 98:4

**describing** 11:14 95:5

**description** 14:16,17,18,19 82:15,23

**design** 58:1

**designed** 11:21 45:2

**desire** 53:4 55:22

**Despite** 58:8 69:8,11

**detecter** 18:11

**Determination** 89:17,22 90:7,14

**determine** 32:11 61:6 92:8

**determined** 89:22

**develop** 80:23

**developed** 62:1

**developing** 80:25 81:1

**development** 51:2 62:6,7

**dia-** 53:12

**diag-** 47:11

**diagnosed** 8:15 46:19 50:17

**diagnoses** 7:18

**diagnosis** 7:15,21,24 8:18 18:23 19:5,8 45:16 53:17 55:1 67:24 68:6,13,14,15

**diagnostic** 67:19

**did** 14:13 29:6,9 31:23 32:20 37:19 40:25 41:13,21 42:1 56:2 59:4 64:11 77:1 91:6,7 92:19 96:3

**didn't** 91:10

**differ** 41:7

**difference** 98:14

**different** 29:19 40:19 74:25 92:7, 21 95:18 103:12

**difficult** 34:16

**difficulty** 90:19

**dilatators** 96:9

**dilate** 25:25 51:13 96:7

**dilating** 96:7

**dilation** 23:21 25:18 30:9 37:4 51:19

**diminish** 67:23

**disallowing** 89:18

**disassembly** 78:16

**discharge** 30:4 82:12

**discharged** 30:5

**discontinue** 48:24 49:11

**discontinued** 48:14

**discordance** 44:23

**discount** 105:11

**discuss** 9:22 12:10,12,13 14:21, 23,25 15:2,5,11 27:16 50:9 55:19 56:9 71:15 73:14 77:12 80:10 86:15 94:14

**discuss-** 94:19

**discussed** 14:1 18:25 30:12 32:21 35:3 51:14 59:17 62:10 71:21 73:9 76:15 93:8 96:16 97:12,14,22,25 105:5,6

**discusses** 81:16

**discussing** 12:24 13:21 14:7,14 21:7 71:23

**discussion** 10:11 12:20 14:9 22:5 49:25 58:6 64:5 94:20 103:16

**discussions** 41:11

**disease** 44:9 47:20,21 53:16 55:1

**diseased** 18:6,22 19:22 44:12 47:8

**disorder** 34:10,12,15,23 35:13

**dispositive** 41:6 70:4

**disproportionate** 70:10

**dispute** 58:19

**disruptions** 94:10

**dissatisfied** 77:2,3

**dissection** 80:17

**distance** 88:21

**distances** 88:6

**distant** 36:14,17

**distinction** 57:16

**distress** 44:22 45:6,12,15,17

**distressing** 82:6

**distribution** 38:16

**District** 5:8,9

**diuretic** 49:1

**diverse** 78:19

**Division** 89:12

**do** 7:5 8:2,11 11:4,9 13:16,18,20 14:7,21,23 15:7,21 16:9 19:21 22:22 23:2 24:2,23 25:1 26:12,19, 22 27:18 28:7 30:19,22 35:22 37:13 39:18 40:5,7 41:2 42:7,16 50:12 55:14,24 58:13,19 59:1 60:10 61:1,8,19 62:12 63:3,16 64:25 65:3,7 66:13 67:7,20 68:1,6 69:2,3,9,18 72:11,22,24 73:22 74:3,5,21 76:11 78:7,19,22 79:3, 7,23 80:7,23,25 81:4,20 83:2,5,21 84:2,8 85:5 86:3,14 87:14,15,16 88:2 89:12,13 92:5,12,15,20 93:14 94:17 95:5,18 97:22 98:6, 23,25 99:23 100:2,20,22

**doctor** 6:6 62:20 63:2 64:25 98:18 104:11 105:17 106:2

**documents** 13:11

**does** 5:20 9:25 15:18 16:21 28:20 34:23 35:9 36:2 37:13 40:11 44:8 48:2 51:22 54:16 79:9 80:19 82:1 88:2 100:25 102:2,3,5,7 103:20

**doesn't** 33:16 44:12 45:14 47:11, 12 67:23 70:22 71:15 103:21 105:11

**dog** 86:20

**doing** 6:8 7:19 26:8,10,12 77:13 98:15

**don't** 7:21 8:6,10,24 15:2 19:23 20:23 21:17 27:22 28:12 35:14,18 36:11 38:3,25 39:3,19 41:5,18 43:7 46:2,5,16,21 48:9 49:19 56:22 62:2,11,13 64:17 68:6 69:21 70:2,17 73:12 74:8 75:16 78:22 80:11 81:3 90:13,16 93:18, 22 94:9 95:11 97:16,24 98:3 100:8 102:23 104:11

**done** 24:18 25:22 29:13 39:1 84:8 92:24,25 105:18

**dosing** 48:16

**doubted** 68:9

**down** 56:22 61:3 64:13 65:17,19, 20,21,25 66:1,2 69:7 72:17 78:11 80:14 84:14 94:2

**Dr** 5:7 40:5 42:16 55:14 56:17 58:5,25 67:12 75:13 76:22 77:21 79:23 89:8 91:18 97:6,11

**drainage** 81:11

**draw** 69:4 74:4

**driver** 52:8

**driving** 55:22

**drooping** 54:1

**dryness** 85:4

**due** 73:25

**duly** 6:3

**Durham** 5:19

**during** 15:8 27:19,23 28:15 36:12 38:4 80:17 82:14 83:2

**dys-** 52:17

**dysfunction** 91:20 92:9,14 93:16,21

**dyspareunia** 85:14,15 96:16,17

**dysphoria** 7:15,18,22 8:4,8,14, 15,20 18:23 19:5,15 26:4,12,16, 20,24 27:3,5 42:17 44:6,11,15,16, 20,22 45:4,24 46:20 47:5 51:25 52:9,15,17 61:14 101:1 102:6,16, 22

---

E

**E-TRAN** 106:1,3

**each** 62:13

**ear** 86:20

**earlier** 29:18 58:13 95:19 98:4 102:25

**early** 69:16

**Eastern** 5:5

**educated** 67:7

**education** 40:16

**effect** 48:20 49:18 50:5 84:1

**effective** 90:24 103:14

**effectively** 102:22

**efficacy** 39:12 74:24 75:4 77:11

**egg** 22:17

**Eight** 69:15

**either** 23:6 24:14 30:22 61:25 79:13 83:1

**either/or** 102:24 103:3

**elapsed** 69:16

**elective** 11:20

**electrolysis** 38:9

**Electrolyte** 49:9

**electronic** 14:3 16:2 87:18

**eligible** 31:5

**else** 45:11

**embryo** 22:17

**emergency** 10:10,14,25 11:16

**emergent** 10:19 11:6

**Emily** 64:9

**emphasis** 96:4

**empirical** 95:1

**endocrinologists** 50:10

**engaged** 51:9

**enough** 94:23

**ensure** 36:10 96:12

**ensuring** 25:21 96:5

**entertain** 19:17

**entire** 67:5 100:24

**equally** 103:13

**Especially** 85:3

**essentially** 50:5

**EST** 106:6

**establish** 45:20

**established** 100:10

**estimate** 13:22 16:15 28:25 29:10,11,12,16 31:19 33:2,3 81:15

**estrogen** 49:4,5

**et** 9:23 10:6 12:11 50:17

**et al** 5:10 82:9

**etiology** 84:21

**evaluation** 47:7

**even** 60:6,9 91:10

**ever** 11:15 16:3 18:4,20 19:21 34:8 68:9

Index: every..five

**every** 16:8 38:3 61:16 62:13 82:11

**everyone** 60:13

**everyone's** 21:18

**evidence** 58:16 70:7 73:1,2,8,15 74:1 91:8,11 100:11 104:21

**evolve** 40:20

**evolved** 41:9

**exactly** 98:9

**examination** 6:4 12:12 55:19 104:9

**examine** 68:8

**examined** 6:3 12:3 31:5

**example** 8:6 10:15 11:20,22 12:21 19:1 23:5 24:19 26:1 33:4, 21 34:6 36:19 37:5,8 39:24 41:3 43:16 49:4 51:2,19 53:1 54:6 57:24 60:2 66:5 70:11 82:25 95:14,16 96:8 98:13

**examples** 30:2

**exception** 78:24

**excessively** 51:6

**exclusion** 90:5

**excuse** 9:18 18:11 22:3 36:4 39:11 47:6,22 82:20 85:15

**executive** 98:19

**exercise** 101:15 102:3

**exhaustive** 43:2

**exhibit** 40:2,4 56:14,16,18 62:14, 15,19,21 64:2,6,8 68:22,24 69:1 72:4,6,8 75:10,12,13 77:18,20,22 85:22 86:8,10 89:4,6,9 91:16,17, 19 104:12

**expand** 88:22

**expansion** 87:25

**expect** 71:14

**expectations** 12:10 14:11 55:18, 24 56:5,8,10 68:20 103:5

**experience** 14:25 15:10 35:2 41:11 42:8,11 59:4,10,11,19,24 60:17 70:20 71:13 81:12,14 83:19 84:3 85:17 86:23 87:8 93:4 94:4 95:6 96:21

**experiences** 67:6

**expert** 40:8

**expertise** 101:11

**explain** 29:24 44:21 88:4 104:18

**explains** 89:16

**expressed** 13:3 68:16

**extensive** 13:15 83:7,16,20

**extent** 35:6 65:10,11 66:8 95:21 96:12

**extracting** 71:9

**extrapolate** 63:19

**extremely** 60:16

### F

**face** 54:3 55:7

**face-** 53:25

**facelift** 53:1,2,8,22,25

**facial** 43:15 52:20,24 53:15,18 54:1,4

**facilities** 30:22

**facility** 30:3,6

**fact** 52:8 66:4 87:15 90:15 105:13

**factor** 37:13 55:22

**factors** 32:1 102:18

**facts** 40:25 100:14

**fair** 94:23 101:14

**Falk** 5:16,22 41:24 104:10 105:15,17 106:1

**fall** 9:17

**familiar** 16:19 39:22,23 64:10 89:14 91:23

**familiarity** 93:3

**family** 12:11 26:17 102:20

**fashion** 7:25

**father** 17:3,12

**favorable** 59:1

**feces** 82:13

**federal** 29:2

**feel** 32:20 60:17

**feeling** 68:17

**felonies** 35:17

**felons** 97:13

**felt** 27:13,14

**female** 21:14 22:12 23:1,25 24:3, 4,5 86:11 87:3

**female-to-male** 64:8

**feminization** 52:20,24 53:15,18 54:5

**feminize** 54:21

**feminizing** 12:1 23:2 49:3 78:2, 24 94:8

**fertile** 17:24 21:20,22

**fertility** 21:18

**fetus** 22:19

**few** 38:22 56:19

**fewer** 76:10

**field** 15:2,11 42:8

**fields** 61:17

**filed** 5:8

**fill** 55:6

**filled** 75:25

**filling** 76:13

**financial** 102:19

**find** 102:15

**finding** 58:19 67:18,23 86:18

**findings** 76:9

**fine** 6:7,25

**finished** 22:10

**first** 6:2 15:20 23:17 55:16 56:20 58:6 61:10 65:3 66:13,19,25 70:25 73:22 74:13 77:7 78:22 80:1 87:2,11 89:16,21 91:3,25 92:11 95:10 101:9

**fistula** 80:25 81:2,6 82:16,23,25 83:5

**fistulas** 82:4,8,10,17 83:3

**five** 23:13 76:5 77:8 92:19

Index: fix..go

**fix** 45:22

**flatus** 82:12

**floor** 13:2 23:18 92:24 93:5,10,12 95:19,22

**focus** 21:13 23:1 78:6 96:5

**focused** 66:5

**focuses** 36:3

**focusing** 19:20

**follicle** 38:3

**follow** 22:22 23:3 25:5 99:13,14 100:2,6,17

**follow-up** 14:1 22:21 23:14,15 25:7,16 26:5 27:20 28:5,14,16 69:18,21,25 70:12 74:16 87:14 88:10,13 89:2

**follow-ups** 27:23

**followed** 14:1 24:20 31:2

**following** 12:22 14:16 30:4,16 34:7 35:10 36:20,21 48:10 51:19 54:4 89:2 93:11

**follows** 6:3 97:16

**footnote** 42:9 62:21 64:18 69:2 72:9 75:15 77:23 86:12 88:15 89:9

**for** 5:9,14,15,16,19 6:22 7:3,17 8:1,3,5,14,25 9:13 10:7,15,25 11:18,19,21,22,24 12:2,6,21 13:8 14:22 15:14,17 16:1,4,13,17 17:6, 9 18:15,17,18 19:1,2,4,17,23 20:2,3,5,9,14,15,17,19 22:12,20 23:4,17,25 24:3,10,12,19 25:11, 16,25 26:5 28:17,21 29:19,20 30:19,24 31:6,7,17 32:4,5,14,15, 19,20,23 33:4,15,20,21 34:6,21, 25 35:14 36:2,14,19,22,24 37:4,7, 10,14,18,20 38:3,6,10 39:24 41:3, 6 42:17 43:11,16 45:4 46:3,12,18, 22 47:9,14 49:3,24 50:16,23 51:1, 7,18,24 52:5,20,24 53:1,14,23 54:6,12,25 55:5,9,15 56:1,2 57:24 58:16,17 59:17,22 60:2 61:7,14, 20 63:1,24 66:4 70:11,21,24 71:14 72:15 73:9,24 74:14,18,19 79:6 80:4,5 81:7,24 82:6,25 83:1 84:20 85:2,3,6,9,18 86:20 87:14, 16,17 88:6,10,12,20,25 89:18,24 90:4,20 91:4,5 93:1,4 95:14,16,25 96:8,25 97:6 98:13,16,20 100:9,

17,24,25 101:2,9,22 102:5,6 103:9,10,15,19 104:3 105:24

**Forgive** 77:23

**form** 52:4

**formalities** 6:15

**forth** 53:4

**forward** 106:2

**foul-smelling** 82:12

**found** 66:9 77:10 78:7

**four** 32:17 38:8,21 71:7

**Fournier's** 18:9,25

**Frederick** 86:10

**frequency** 86:15

**frequently** 23:12 80:18 94:3 100:19

**from** 5:22 8:2 10:1 15:7 25:10 27:25 28:8,15 29:1 30:4,21 33:17 35:2 36:9,13,23 41:23 42:23 45:11 53:25 70:3 75:20 82:13 84:18 85:16 86:10,24 88:15,16,17 91:12 96:19,21 100:15 102:6

**front** 25:22

**Ftm** 67:5

**Ftms** 67:7

**full** 57:4 63:5,19,20,25 65:9 66:19,25 67:1 74:13 87:11

**function** 26:18 28:4 52:4,14 74:19 79:14,16 98:16

**functional** 77:3

**functioning** 26:16 27:2

**functions** 51:18

**further** 58:12 61:5,14 105:15

___

## G

**gains** 71:3

**gangrene** 18:10,25

**gather** 30:19,21

**gauge** 26:11

**Gavin** 5:16

**GCS** 78:24 82:8

**gender** 7:3,7,15,18,19,21 8:3,8, 14,15,20 16:22 18:23 19:5,15 26:4,11,20,24 27:5 42:17 44:5,10, 14,16,20,22,24 45:4,24 46:19 47:5 51:25 52:15 61:14,21 67:20 68:3,10 101:1 102:6,22

**gender-affirming** 11:18 33:14 39:13 45:2 52:10 61:8 70:7 72:1 73:2 74:9 75:4 76:16 77:11 80:3 90:4,20 91:21 92:5,15 93:17 95:23 98:16 100:21 101:13,15,24

**gender-confirmation** 15:14 16:4 22:23 34:9 35:12 38:23 39:20 42:25 78:3 98:5

**gender-confirming** 11:18 33:14 98:17

**gender-conforming** 10:13 11:15

**general** 15:1,10 26:7 28:21 44:3 52:9 60:4 61:17 74:24 77:10 79:25 93:5 101:13

**General's** 6:9

**generally** 8:16 11:6 15:19 18:7, 14 19:3,11 24:12 36:25 37:2 38:2, 12,18,20 43:21 49:13 56:4 63:8 79:13 84:4 92:23 94:11 98:7 101:23 105:21

**generic** 12:4 31:3

**generously** 83:18

**genetic** 20:4

**genital** 12:1 23:2 24:1,13 37:18 52:6 78:2 81:17

**genitals** 52:2,16 94:25

**genitourinary** 81:6

**get** 23:2 37:15 38:1 98:8

**getting** 99:11

**give** 16:15 29:12 30:20 31:4 85:25

**go** 9:4 11:7 13:4 21:2 42:13 57:3 58:3,22 62:14 64:13,23 65:12,17, 25 66:10 67:10 68:21 69:7 70:24, 25 72:3 73:18 74:10 75:9 76:7,19 77:18 78:4,11 79:1,10,20 80:14 82:3 83:10 84:14 85:11 86:14,25 87:1,2 89:4 91:16 93:24 94:13 95:7,8 97:24

**goal** 11:1 20:15 27:3 45:20 46:14 92:6

**goals** 12:10 14:11 26:18 55:18,24 56:5,8,10 68:20 103:5

**goes** 6:21

**going** 6:15,19,23 8:7 11:23 21:15 22:8 55:9 56:19 61:4 65:25 69:4 77:24 86:6 87:10 89:5

**good** 6:6 37:25 75:18 76:6 77:8 100:9,16

**got** 29:22 53:4 63:4 82:17 104:15

**grab** 6:22

**graded** 104:21

**great** 7:9 11:13 23:25 97:9

**greater** 80:24 81:1

**group** 32:17,19 59:4 93:3

**grouped** 57:23

**groups** 32:16 74:2,16

**guess** 66:4 99:11

**guidelines** 100:11 101:2,3 102:4

**gynecology** 19:23

---

**H**

**had** 10:15,16 22:16,17 23:19 24:21 25:6 31:2,18 32:24 34:15 35:12 38:11 47:23 51:5,13 69:16 82:25 90:19 97:22

**Hadj-moussa** 77:25

**hair** 37:15,22,24 38:1,4,5,8,12,13, 16,19 43:7,16

**half** 76:10

**hand** 20:12,13

**handful** 18:15 34:16

**handfuls** 39:2

**happens** 22:6

**hard** 60:2

**has** 8:15,21 10:8,23 13:17 26:3, 15 35:21 41:9 43:12,13 47:24,25 48:5,15,20 49:17 65:4 69:12 87:20 88:1 89:21 92:25 93:6 95:20

**have** 5:20 6:12,22 7:18 8:18,24 10:7,16,23 11:11 13:6 15:22,24 16:3 17:4,11 18:14,20,24 20:8,10, 16,18 21:9,25 24:1 25:21,23,24 26:19,22 27:4,6,8 28:1,12,18,23 29:15 30:12 31:21 32:2,14 33:5, 16 34:8,14 35:11,16 36:1,14,25 37:23 38:11,23 39:5,6 41:8,9 42:2,4,6 46:3 47:11,12,23 48:4 50:4 51:7,11 53:6,24 54:2 55:20 56:7 58:19 60:19 61:25 62:9,11, 16 63:5 64:16,20 65:9 66:6,8 68:2,6,9,17 69:21,23 70:6,13 72:25 76:25 81:4 87:18,19,20 88:22 90:8,14,17,18 92:25 93:8 94:18,21 95:11 96:8 97:22,24,25 98:3 99:23 100:2 102:9 103:20 104:6 105:15,18,20

**haven't** 12:3 46:22

**having** 6:2 21:1,3 30:25 33:17 37:3 45:7 82:25 84:8 90:17

**he** 10:8 17:3,14,15 19:8 21:20 67:20

**he's** 82:17 88:14

**head** 39:23

**healing** 25:11,17 30:8 34:1

**healing-related** 25:12

**health** 7:23 8:10 9:5 10:5 13:9 27:17 31:9,10,18 32:6,24 33:5,9, 16 34:4,6,19 45:17 50:3 67:4 68:4,18 89:10 97:23 98:1 99:4,9, 12,21,22 101:6,10

**health/professional** 27:13

**healthcare** 35:6

**healthy** 19:8

**hear** 9:2 10:1 57:21

**heard** 39:2 48:22

**Hearing** 9:14

**held** 5:6 22:5 64:5

**help** 79:9 96:12

**helped** 87:20

**helpful** 66:9 88:1 93:7 95:21 96:2

**helping** 89:1,2

**hematoma** 60:18

**her** 20:7 54:3,5 68:3,10 82:13

101:7

**here** 18:12 52:8 59:18,19 60:1,7 63:5 67:4 77:14 79:16 82:1 91:3, 25 96:15

**hereditary** 20:4

**Hess** 75:14

**heterogeneity** 74:1,6

**Hey** 62:15

**HHS** 91:13

**high** 20:18 51:6 59:13 61:11 86:24 87:5 96:19,22

**high-quality** 74:1

**higher** 59:11,19 69:23 79:24 81:13 87:8 103:11

**highest** 104:22

**highly** 20:19

**him** 17:22,23

**himself** 43:7

**hip** 94:25

**his** 68:3,10 101:7

**history** 12:11 14:17 55:18 97:19

**home** 13:5

**Horbach** 72:8

**hormonally** 24:16

**hormone** 47:24 48:5,16,22 49:3, 16,19 50:4,11

**hormones** 8:6,11 47:25 48:6,9 49:20,21 50:6,11 103:1

**hospitalization** 23:13

**hospitals** 30:4

**hour** 55:10

**hours** 13:24

**housing** 37:5,10

**how** 6:6,7,13 13:20 14:6,13 15:21 16:7 20:11 22:21 23:2 24:2,23 26:7,8,9,11,12,14,15 31:17,23 32:6,14,24 34:14 38:1 41:13 55:14 58:15 59:25 60:20 79:15 97:12,22 98:18 99:9 102:13 103:6,7 104:20,23

**however** 17:4 53:5 56:4 76:10

Index: Human..individual

**Human** 89:10

**hundred** 61:12

**hung** 29:23

**hypersensitivity** 60:3

**hypertrophic** 86:21

**hypertrophied** 24:16

**hypothesize** 99:9

**hypothetical** 27:21

**hysterectomy** 7:12 19:21,24,25 20:6 22:13,18 24:19,22,25 25:6

---

**I**

**I'D** 19:9 29:15 31:21 42:2 57:3 60:19 62:11 65:9 94:18,21 95:11 97:24 98:3

**I'LL** 6:16 30:22 101:11 106:2

**I'M** 6:15,19 7:7,16 15:6 18:8,10 19:14 28:10 31:13 36:5 39:6,15, 23 40:14,16 42:21 47:15,19,23 48:19 53:14 56:1,17,19 58:14 60:11 61:4 62:20 64:7,11 65:22 66:18,19 68:25 69:4 72:7 75:13 77:21,23 79:10,14 82:17 83:10,11 86:9 88:11 89:8,19 91:18 92:16 93:2 99:6,11,21 100:19 101:3,18

**I'VE** 10:15 15:19 17:9 19:1 20:23 38:10 39:1,2 46:18 51:13 68:12 84:8 91:24

**iatrogenic** 83:1

**idea** 97:22

**ideal** 69:23

**ideas** 41:23

**identified** 30:16 45:5

**identify** 5:13 66:16 67:17 73:24

**identifying** 103:14

**identity** 16:22 44:19,24 45:3,13, 21 46:14 51:24 52:11,19 68:3,11 88:7 98:11

**IDOC** 30:18,21 32:21 37:20

**if** 6:19,21 7:9 8:7,20 10:8,23 11:10,25 12:23 13:3 15:6 17:1,11, 14,21,24,25 19:6,16 20:21 21:23 23:4,11 24:9,25 27:8,14 30:25

34:3 35:19 38:13,19 40:17,19 41:2 42:19 45:22 48:1,19 50:4,16 51:16 53:14,19 55:10 56:1,6,13, 23 57:3 58:5,22 60:13 63:5 64:13, 20 65:18,19,20,21,24 66:1,2,10 67:9 69:7 70:23 72:9,10,17 73:14, 18 74:25 76:7,19 77:1 79:1,20 80:14 82:3 84:6,8 85:11,23 86:14, 25 87:1,2,3 92:11 93:24 94:13 95:12 100:8,12 103:1,22

**Illinois** 29:4,22 30:3,7,14 31:11 37:21 96:3,11

**illustrated** 41:15,17

**imbalance** 49:9

**immediate** 11:22

**immediately** 82:13

**impact** 10:3 32:7 34:6 50:9,25 71:25 90:11

**impacted** 26:15

**impacts** 76:16

**impair** 35:7

**impede** 35:7

**implant** 60:5

**implies** 100:13

**imply** 105:1

**important** 27:13 33:12 35:4 36:8 51:16 56:8 88:24 95:20

**impossible** 73:23

**impregnate** 17:21 18:2 21:21,22

**impregnating** 17:19

**improve** 89:2

**improved** 26:3 61:14 87:18

**improvement** 61:11

**in** 5:8,9 6:10,23 7:15,16,19,25 8:13,18,23 9:9 11:13,20,24 12:7 13:4,8,16,24,25 14:3,22 15:1,5, 16,20 16:16 17:20 18:8,14,16,21, 23,24 19:11,18 20:1,12,16 21:6, 13 23:14,15,16 26:7,20 27:1,21 28:6,14,21,22 29:1,4 30:3,11,14, 17 31:8,13 32:16,19,22 33:13,23 35:3,12,20,24 36:1,12,15 37:9,13, 16,21 39:2,13 40:9,12,14,15,18 41:1,3,14 42:3,5,6,8 43:4,8,19,21, 23 44:3,4,7,17 45:4,6,14,19 46:2,

7 47:1,3,16,18 48:7,13,16 49:22 50:12,13 51:5,9,17 52:8,12 53:9 54:6,10,20,22 55:5,6,21,22 56:8 57:1,2,16,24 58:11 59:5,11,13,20 60:4,7,21,22 61:11,15 62:5,7,21, 23 63:8 64:18,20 65:3 66:7,16 68:4,19 69:1,14 70:1,7,10,13,20, 21 71:3,4,8,12,17,21,22 72:2,9 73:2,3,9,11,21,25 74:4,7,13,17 75:3,4,8,15,23 76:4,8,14,22,25 77:1,6,9,15 78:15 79:24,25 80:3, 16 81:9,17 82:7,8,10 83:19 84:9, 17 85:16,17 86:11,12,14,19,21, 22,24 87:8,10,22 88:1,4,19 89:9 90:3,6,15 91:6,9,22 92:4 93:2,4,7, 20 94:4,23,24 95:5 96:7,17 97:21 98:4,12,16,23,24,25 99:7,24 100:19 101:13,25 102:8,11,16 103:7,8,23 104:3,4,12 105:4,6,8, 12,13

**in-person** 16:1 31:6

**incarcerated** 30:5,11 32:3 35:20 37:9,23 38:10

**incarceration** 97:20

**include** 12:17 13:1 25:17 28:3 36:2 43:15 73:11 102:2,18,19 103:20

**included** 23:11 43:4,8 57:2

**includes** 14:20 93:9

**including** 11:19 79:15 93:1

**inclusion** 72:19

**inconsistent** 77:9 104:2

**inconsistently** 70:15

**incontinence** 94:14,16

**incorporate** 43:1

**incorporating** 95:22

**incorporation** 92:18,23 93:5 95:19

**independent** 100:25 101:16

**independently** 25:5

**Indiana** 5:9,11 6:9

**indicated** 9:7 19:16 32:12

**indicates** 83:13

**indicating** 56:24 66:24

**individual** 15:2 27:7 28:12,19

46:16 67:19 71:13 102:15

**individualized** 20:19 74:6

**individuals** 16:18 25:2 29:7 36:24 38:11 45:5 46:3,16 48:11 49:23 66:16 68:20 86:12 102:9

**infection** 11:3 19:1 21:11 52:6 60:19

**influence** 55:24

**inform** 9:9 80:8 83:21

**information** 10:2 12:18,20,22 13:5 31:4 40:17 62:2,3 92:14 93:16

**informed** 9:13,24 10:7,11 11:23, 24 12:2 13:19 14:6 15:9 21:25 29:18 30:13 80:7 83:2

**infrequent** 83:9,17

**infrequently** 19:25

**inherent** 75:8

**inherently** 78:18

**initial** 15:25

**initials** 13:12

**injuries** 80:16 81:9

**injury** 53:7 80:23 81:5

**inpatient** 23:13

**instance** 37:18

**instances** 20:5

**instruments** 27:6

**insufficient** 62:3 63:24

**intend** 40:12

**intercourse** 51:9 85:7,10 95:4

**interest** 13:3

**interested** 30:17

**interim** 15:20

**intermediate** 72:21 73:6 104:14, 17

**interpret** 60:15,21

**interpretation** 74:21 94:20

**interpreted** 76:9

**intersex** 68:17

**intervention** 45:19 49:7 50:1 66:9 69:17 103:18

**interventions** 30:18 31:16

**interview** 12:9 68:8

**interviewed** 69:15

**into** 71:19 95:23

**intraoperative** 80:15 81:5

**introitus** 81:20

**investigated** 35:8 82:9

**invite** 15:25

**involve** 15:5

**involved** 8:13 11:5 18:8 40:15

**involves** 49:25 101:24

**irreparably** 11:11

**is** 5:1,4,5,6,7,8 6:8 7:14,25 8:5,12, 20,23 9:8,9,14,22 10:13 11:1,3,13 13:10,23 14:9,17 15:14 16:22 17:15,20,24 18:8,16 19:9,13 20:15 21:15,17,20,22,25 24:5,15 25:7,12,22 26:12 27:3 28:7,14 30:2,13 31:14 32:11 33:9,13 34:16,24 35:4,18,19,20 36:7,14, 17,22 37:22 40:8,22 42:23 43:11, 14,19,22,24 44:5,16,23 45:6,16, 18,20,22 46:1,12,14,25 48:14,22, 25 49:9,16 50:6,7,11,13,18,24 52:14,17,20,25 53:15,19 54:11,12 55:10,22,23,25 56:4 57:5,13 58:10 59:6,9,11,19,23 60:15 61:15 63:3,9,11,13 64:8 65:4 66:5,7 67:17,18,20 70:1,6,19,23 71:2,16 72:1,8 73:23 74:7,8,14, 19,23 75:2,3,8,14 76:6,13,15 77:8,14 78:2,18,24 80:3 81:12,13, 24 82:15,24 83:9,17,19,20,25 84:4,18,19,21,25 85:1,4,16,18 86:10,18,22 87:12 88:22,24 89:9, 10,24 90:24 91:5,8,19,23 92:17, 19,20 93:11 94:4,19 95:4,7,15 96:16,20,22,23 97:8 98:18 99:4,6, 11,16,17 100:4,8,9,16 102:25 103:21,23 104:25 105:13

**issue** 42:10 76:15 85:2

**issues** 9:16 29:23 30:8 36:4 67:2

**issuing** 91:5

**it** 6:20,22 8:17,23 9:15 11:2,9 15:5 16:5,13 19:17 20:2 21:17 22:12,

25 23:4 24:8,25 25:1,4,13 26:17 27:23 28:20 29:20,22,25 31:20 32:5 33:4 35:8,9 36:3,14 37:15 38:1,9,13,15,18 39:15 40:13,18 42:3,5,22 43:10,14,24 44:2,10,12, 14,16,17 45:9,16,22 46:18 47:3, 10 48:2,20 49:16,17 50:6,7,18 51:21 52:17,22 53:10,11,12,23 54:14,16,17,20,21,22 55:3,6,10 56:4 57:1 59:15,25 60:4,11,12 61:5 62:16,17 63:4,6,15,16,18 64:18 72:13 73:23 75:19,24 76:1 79:13 81:6 83:10 84:8 86:18 87:17 88:2,14 89:9,16 91:3,8,10, 24 92:3 94:22 96:9 97:5,16 99:16, 17 100:8,9,12,16 102:3,23 103:2, 3,4,12 104:25 106:2

**it's** 8:8 9:8,12,24 13:24 18:11 19:1,4 20:10,12,19,25 21:5 24:9 26:7,16 40:18 43:2,23 44:19 46:9 47:8,9 48:25 49:1,21 50:1 51:23 52:1,8,12 53:24 56:18 57:6,15 58:15,16 61:17 63:24 64:20 69:1, 20 74:4 75:16 77:24 79:15 80:20 88:20 90:10,14 92:16,21,22 95:25 96:2 100:9 102:23,25 103:14,16 105:1

**items** 13:17

**itself** 47:12

---

**J**

**January** 5:4

**judgment** 100:25 101:2,5,7,16 102:3

**July** 91:19

**jump** 72:17

**just** 6:16,22,23 9:14 14:1 18:25 29:9 46:13 47:15 56:19 57:5,11 65:18,19,21,22 83:10 86:3 89:19 91:25 93:20 95:7,8 98:13 106:2

**justify** 21:5

**juxta-** 104:16

**juxtaposition** 104:16

---

**K**

**Kate** 5:18 40:1 42:13 56:13 58:3, 22 62:15 64:13 66:10 67:9 69:5

Index: keep..making

73:18 76:19 77:18 78:11 79:20
89:5 93:25 97:3

**keep** 65:25 86:6

**Ken** 5:16

**kind** 27:9 29:6 43:3 95:17

**know** 13:16,18 20:23 21:18 24:23
28:7,14 34:3 35:18,22 38:25 39:2,
3 40:17 42:7,19 51:16 75:1,16
80:11 85:23 87:23 90:2,3 93:18
94:18 95:11 96:10 97:16 99:19,25
100:15,19 101:9,23 102:1 105:5,
17

**knowledge** 15:1,11 34:8 90:18
100:15,20

---

**L**

**labia** 83:8,16

**laboratory** 67:22

**lack** 61:19 73:25 76:13

**large** 58:8 92:25

**largely** 36:3

**larger** 74:16

**largest** 82:7

**laser** 38:8

**last** 32:17,19 54:9 61:5 84:9,12
87:10 91:2 93:20 96:15

**Lastly** 96:15

**later** 80:22

**law** 100:8,9

**laxity** 53:4

**least** 31:19,20 32:19 65:13 75:5
90:17 91:14

**led** 76:25

**legal** 99:16

**length** 24:16 35:22

**lengthening** 24:18

**Lenn** 5:1

**less** 36:20 69:16 76:24 77:5

**let** 17:1 19:6 33:9 42:19 43:5,18
46:25 51:21 57:3 62:16 65:12,13,
17 68:1 79:10 85:23 86:3

**let's** 7:14 10:24 11:8 21:13,14
23:1 25:15 43:6 47:23 53:1,3 57:7
62:14 63:9 64:2,23 68:21 72:3,10
74:10 75:9,18 77:18 78:4 82:18
85:22 89:4 91:16,25 97:7

**letters** 8:24 13:8,10 27:2

**level** 58:16 61:11 73:7,8,14
104:17,20,22,23,25 105:2,12,14

**levels** 50:11 70:6 73:1,2 104:15,
21

**life** 10:3,21 11:22 26:9,16 61:12
63:22 64:9 69:12

**like** 7:10 11:14,19,24 12:2 14:21
19:9 20:13 24:19 27:24 28:3
37:14 42:10,22 43:11 45:15 51:19
57:2,4,20 63:4,8 65:8 68:19 69:19
72:13 75:19 76:1 86:18 88:15,16
92:3

**likely** 63:11,14 72:25 82:2

**liken** 47:10

**limb** 11:22

**limit** 101:11

**limitation** 65:7 66:14,21 77:14

**limitations** 65:1 67:12 69:13,19
70:22 71:15,18,20 76:22 77:13

**limited** 8:8 76:2 92:22

**lines** 83:4

**lipofilling** 54:19 55:4

**liposuction** 54:11,12,18 55:2,4

**list** 13:15 42:22,24 43:4,5,11

**listed** 45:1

**listen** 55:16,17

**lists** 15:16

**Literally** 22:6

**literature** 41:3 58:9,12 60:4 70:7,
9,19 71:11,12 77:9 80:21 85:16
105:13

**little** 65:21 69:7 78:11 82:19
84:14

**living** 26:2 37:1 66:16

**local** 94:12 103:10

**long** 14:13 38:1 63:23 69:14
70:15 71:8 88:6,20 97:17

**long-term** 14:8 80:24 81:4 86:19,
21

**longer** 38:9 74:16

**look** 12:2 29:15 31:21 42:2 43:5
45:14 46:5,17,23 56:23 57:23
60:3 62:11 63:24 65:13 70:4 71:9,
10,11 72:9,10,25 87:3 91:25 92:4,
11 94:18,21 95:11

**looked** 70:5 104:24

**looking** 25:11 36:1 57:22 60:8,
11,22,25 62:22 74:23,25 82:17
89:20 90:11 92:16 94:5

**looks** 40:10 42:22 43:10 57:1
63:4 72:13 75:19 86:18 88:15,16
92:3

**Loren** 5:7 6:1

**loss** 10:21 11:22

**lost** 69:17,21,24 70:12

**low** 63:3,10,13 72:21 73:5 87:4
104:13,17 105:1

**lower** 20:16 51:10 81:23 84:23,25
94:24

**lowest** 104:23

**lubrication** 84:25 85:6,9

**lumpectomy** 103:9

---

**M**

**m-e-t-o-i-d-i-o** 24:15

**M.D.** 6:1

**made** 31:8 68:15 97:5

**main** 11:1

**maintain** 88:3

**maintaining** 88:9

**major** 48:14 78:23

**majority** 11:17 18:17 43:1 58:12,
17 72:20

**make** 7:21,24 8:17 33:18,22
42:19 51:2 61:15 68:6 70:17
102:16 103:6,7 105:19

**makes** 44:17

**making** 70:20

male 19:7 21:14 22:12 23:1,25 24:4,5 86:11 87:3

male-to-female 71:4

man 17:11,20 18:5,9,21

man's 17:2

manage 48:9

management 35:10 49:20 50:10

mandated 103:21

mandatory 74:19

manipulation 54:5

manner 7:17

manuscript 57:5

many 6:13 15:21 16:7 20:13,14 31:17 32:14,24 34:14 38:6 45:1 63:11,14 74:4 84:3 87:15 92:12, 25 93:14,19 97:12,22 98:11 100:19,20

mark 56:18 62:20 91:20

marked 40:4 56:16 62:19 64:6,7 68:24,25 72:6,7 75:12 77:20,22 86:8,9 89:6,8 91:17,19

masculinizing 24:1,13 43:15

mastectomy 19:25 20:3,17,19, 22 21:6,9 25:3 29:8 30:16,23 36:20 47:11 87:4 103:9

material 13:14

matter 5:10

may 6:22 7:18 8:17 11:9 15:3,4,7, 12 16:2 18:14,24 20:6,11,16,18 21:3,8 24:17 27:4,6 28:2,3,10,19 31:5,20 32:1,4 34:5,6,20 38:7,9 39:22 40:20 41:7,8,9 42:9 45:9,25 46:15,16 47:12 49:8,12 50:20,25 51:2,6,7,8,9,11,20 53:6,20,24 54:19,20,21,22 55:4,6,7 56:7,9,10 62:5 63:11 64:16 66:14,21 67:4 76:25 84:6 87:7 90:3 93:8 102:15, 18,19 103:1,8,9,13

maybe 11:25 39:1 57:19 84:9 97:7

me 5:21 9:18 16:15 17:1 18:11 19:6 21:1 22:3 33:5,9 36:4 37:20 39:11 40:19 43:5,18 46:25 47:6, 22 51:21 57:3 62:17 63:24 65:12, 13,17 66:18 68:1 70:18,24 77:23 79:9,10 82:20 85:15,23,25 86:3

94:5

mean 16:21 24:3 29:17 39:18,19 42:8 56:6 79:9,13 81:20 99:14 101:18 103:21 105:5

meaning 25:3,23 92:6

meaningful 69:8,11 71:7,17

means 16:2 25:9 46:20

meant 24:4

measure 26:19

measurement 74:17

measurements 26:20 27:24

measures 61:7,20,24 62:5,7,12 74:3

media 39:2

median 96:19

Medicaid 91:4

medical 12:10 16:10 18:9 19:14 20:13 30:2,5,17 32:5 34:4 44:5, 10,14,20 46:15,19 47:4,9 48:10, 18 49:20 50:1,10,24 51:12,25 52:9 55:1 67:24 70:19 99:17 100:25 101:2,4,7,16 102:3 103:7, 16 105:4

medically 47:19 52:12 54:7 73:13 90:25 105:10

medically-necessary 90:9

Medicare 89:23 90:1,4,7,12,20 91:4

medication 49:2,5,7,15 50:2

medicine 61:16,18 70:14 71:21 77:12 102:13

medicines 49:13

meet 12:25 37:12 55:17 68:7

meeting 13:25 31:13 71:24 93:9

meetings 25:8

Meltzer 5:18 40:3 42:15 56:15 58:24 62:16 64:4,15,24 65:16 66:12,24 67:11 68:23 69:6 71:1 72:5 73:20 74:12 75:11 76:21 77:19 78:5,13 79:12,22 83:13 85:13 89:7 94:1

members 12:25

memorialized 13:11 41:24

memory 65:18

men 17:6,9,17 43:13

mental 7:23 8:10 9:5 10:5 13:9 27:12,16 31:9,10,18 32:5,24 33:4, 9,16 34:4,5,19 45:17 50:3 68:4,17 97:23 98:1 99:4,9,12,21,22 101:6, 9

mentioned 32:13 54:11 65:4 76:24 94:3 97:15

mess 77:24

met 20:23

meta-analysis 57:19 94:15,18

method 65:22 87:12 96:20

methods 56:23 75:19

metoidioplasty 24:14,15

middle 105:1

might 19:20 33:7 43:3 54:2 60:16,17 104:20,24

Miller 56:18

mind 55:21

mindful 52:6

minor 94:10

minus 13:23

minute 6:22 60:8

minutes 13:23

Miriam 77:25

mischaracterizations 70:6

misdirected 83:24

missing 69:14

modest 81:18

months 23:9,22 37:2,9 38:8,21 69:16 71:7

more 7:9 16:13,15,16 23:12 31:20 38:14,18,20 53:20 55:10 57:21 62:2,7 66:15 82:19 90:15 92:22 104:25

morphology 16:24 98:15

most 11:19,20 14:15 18:16 36:24 37:1 38:11 49:2 50:24 60:6,8,23 73:7,8 75:5 77:15 80:18,22 81:3

Index: motion..of

83:18,25 85:5,8 90:13,16 94:3,9, 11 99:25

**motion** 18:11

**move** 85:22 88:7

**Moving** 75:9

**Mr** 5:16,18,22,23 6:5 9:19 22:4 40:1 41:24 42:13 55:9 56:13 58:3, 22 62:14,16,18 64:2,13,23 66:10 67:9 68:21 72:3 73:18 74:10 76:19 77:18 78:4,11 79:1,20 84:14 85:11,23 86:2,7 89:4 93:24 97:3,7 104:6,10 105:15,16,17 106:1,3

**ms** 40:3 42:15 56:15 58:24 64:4, 15,24 65:16 66:12,24 67:11 68:23 69:6 71:1 72:5 73:20 74:12 75:11 76:21 77:19 78:5,13 79:12,22 83:13 85:13 89:7 94:1

**Mtf** 73:25 75:21

**much** 13:20 14:6,9 20:1 25:22 29:25 101:23 105:13

**multi-disciplinary** 7:17 26:25 31:14 45:3 46:1,5,7,9

**multiple** 22:7 51:14 57:22 78:17, 21 95:1 96:17 102:11

**must** 76:9,24

**my** 5:1 6:8,21 8:5,11,23 9:25 12:6 13:22 14:9,10,16,25 15:10 16:11, 16 18:16 19:11,18 20:1 24:20,25 27:21 32:2 35:2,19 39:6,23 40:13, 20 41:6,10,11,19,23 42:8,10 45:18 48:10,18 49:20,22 50:12 59:11,20 62:11 64:20 65:18 70:17,20 71:12 73:9 79:24 81:13 83:5 86:24 88:19 90:18 91:22 99:7 100:20 101:10,11,25 105:22

---

**N**

**name** 5:1,7 6:8 77:24

**National** 89:17,22 90:6,14

**naturally** 17:3,13

**nature** 15:13,23 24:9 27:11 44:4, 7 45:16 52:3 53:10

**navigator** 13:1 14:5 25:23

**NCD** 90:17 91:6,9

**NCDS** 91:5

**near** 36:15,17

**necessarily** 8:24 10:19 15:2 21:17 24:21 28:12 33:17 35:9,18 36:11,17 41:18 49:21,23 53:19 58:14 87:15 95:15 103:1,20

**necessary** 7:9 47:20 51:18 52:12 54:8 73:13 90:25 95:25 105:10

**necrosis** 83:7,16,20

**necrotic** 18:10

**need** 9:25 11:4,12 34:5 48:17 56:10 61:14 65:11 68:17 74:14 104:11

**needed** 27:15 61:6

**needs** 9:2 10:1,18 37:12

**neoclitoris** 83:8,17

**neovagina** 82:13 83:8,16

**neovaginal** 80:17 82:8,14

**nerve** 53:7

**never** 22:6

**new** 40:16 91:7

**Newfield** 64:9

**next** 43:12 57:11 64:14 66:2 74:11 75:23 80:14 81:8,16 82:3 83:6,23 85:11 88:4 94:13,23

**no** 5:12,22,23 11:13 15:10 19:8 20:21,23 22:15 41:4,18,23,24 42:8,9 44:2 45:7 47:3 50:15 52:3 56:4 57:20 60:11 61:22 66:18 67:18 68:4 69:24 73:11 76:4 82:20 87:12,15 94:9 99:11 102:23 103:25 105:9,15

**non-incarcerated** 38:7

**non-prisoner** 29:20

**non-transgender** 16:18

**nor** 8:11

**not** 8:18 9:25 10:8 11:21 12:15 13:16,18 14:20 15:7,12 16:1,8 17:4,17 18:2,13,16 19:11,14,18, 24,25 20:3,6,18 21:10,24 22:16, 18 24:17 25:5 26:3 28:19 30:8 32:20,25 33:5,7,13,21 34:20 35:1 39:6,13,23 41:19 43:2 44:8 45:13

**NCDS** 46:1,3,4 47:8,12,15 49:12,21,22 50:11,18 51:8 52:7 53:19 56:2,7 58:14 60:17 61:23 65:10 66:23 67:4,22 68:13,17 69:20 70:18,23 71:22 74:24 75:2,3 76:15 77:1,8 78:24 79:14 80:23 83:20 84:6 85:4 86:5 87:15 88:20 89:24 90:10,15,16,19 91:6,7,22 92:6,12, 21 93:2,15 94:25 95:15 99:21 100:23 101:3,10,18 102:7,9,23,25 103:1,2,12,18,20,21,22,24,25 105:6,19

**note** 40:14 72:18

**nothing** 63:22 105:16

**now** 6:24 18:8 19:3,17 22:7 24:5, 7 25:13 35:8 37:3 40:21 42:21 90:17

**number** 11:5 16:8 28:23 32:1 50:23 59:7,10,14,19,23 69:13 81:22 82:22 95:17,18 102:17,24, 25

**numbness** 60:2

**nurse** 14:3

---

**O**

**oath** 5:21 6:16

**objection** 5:20

**objective** 26:19 28:7 92:1 104:25

**obtained** 74:21

**obvious** 19:20 105:8

**obviously** 53:3

**occasion** 15:3

**occasions** 8:17

**occur** 80:1 81:9 83:8,17

**occurred** 11:3

**occurs** 84:17

**of** 5:2,9,10,11 7:21 8:22,25 9:10, 17,22,24 10:3,21 11:5,17,22 12:13,14,17,19,25 13:8,11,14,17, 19,21,24 14:6,9,10,11,15,16,17, 18,19,23 15:11,13,23 16:8 17:10, 17,18,20,25 18:6,7,15,17,21,23, 25 19:5,14,17 20:1,7,8,10,11,17, 18,21,23 21:5,11,25 22:7 23:13, 19 24:9,16,18 25:7,10,13,17,18,

22 26:2,20 27:1,2,3,9,11 28:1,4,5, 20,23 29:6,21,22,23,25 30:2,6,7, 10 31:3,8,11,15,20 32:1,4,14,16, 18,19 33:7,13,18,19,25 34:24 35:11,16,19,22,23 36:1,9,15,24 37:1,8,9,19,21,24 38:5,6,8,9,16, 24,25 39:2,11,12,13,20,23 40:8, 11,21 41:6,19 42:5,6,22,24 43:1,3 44:5,7,10,14,19,20 45:1,3,7,9,12, 16,17,23,25 46:7,13,19 47:5,8,13, 21,25 48:6,15,24 49:11,20 50:2,6, 7,8,11,21,22,23 51:2,3,4,18,23,24 52:1,4,7,8,9,14,15,17 53:25 54:3, 5,10,14,24 55:16 56:20 57:4,21 58:1,6,8,10,12,16,17 59:5,7,9,21, 22 60:12 61:11,12,13,16,18,19 62:9,22,23 63:1,4,15,22 64:9,18 65:7,23 66:15,22 67:2,5,6,24 68:9,13,16 69:12,13,14,19 70:4,5, 6,8,11,12,14,19,21,22 71:11,12, 21,22,25 72:9,13,14,16,18,20,21 73:1,2,3,7,10,12,15,16,25 74:1,5, 6,21 75:4,5,6,15,23,24 76:5,10, 13,17,24,25 77:5,6,7,11,12,13,23 78:6,17,23 79:5 80:7,8,17,25 81:1,10,19 82:5,7,10,11,12,15,17, 23 83:6,7,16 84:1,4,8,12,17,22, 23,25 85:14 86:15,19,22 87:12, 24,25 88:21,23,24 89:1,10,23 90:3,11,12,18,23 91:3,7,11,14,15 92:3,4,8,18,24 93:3,5,8,9,10,21 94:16,19,20 95:2,3,5,9,17,18,19 96:2,4,11,19 97:11,12,14,16,21 98:9,20,21,22,25 99:2,8,14,15,19, 20,24,25 100:1,3,5,6,7,12,14,16, 18,22,24 101:1,3,8,10,12,14,19, 20,23 102:1,8,12,13,15,17,18 103:8,13 104:1,2,3,13,16,20,21 105:11,12,13

**off** 6:22 22:5 39:23 41:19 64:5 103:23

**offense** 35:21

**offhand** 33:1 98:3

**office** 6:9 8:17,19 12:7,22 13:5,6, 25 23:14,16

**often** 22:22 23:2 24:2,23 49:2 54:7 82:13 88:2,6,7

**Oftentimes** 55:20

**Oh** 43:5 64:16 66:25 83:11 95:10

**okay** 6:15,21 7:6,8,13,14 8:2,13, 20 9:8,19 12:6 13:19 14:13 16:17, 21 17:1 22:4,9 27:23 28:23

29:1,6 31:23 36:5 41:21 42:1,21, 22 43:3,6,15 52:20 55:9,10 57:7, 9,12,13 61:3 62:14,18 64:1,7,16, 18,20,22 65:17,18,23,24 66:1,2,3, 20,25 67:9 68:15 69:4,7 71:2 72:17 73:17 75:18,22 77:17 78:14 79:17 80:14 82:3 83:6,12,23 84:22,24 85:22 86:5,7,9,13 87:10 91:16,25 92:9 93:23 94:7,13 95:11 97:8 98:8 105:2,24 106:1,5

**older** 53:3 90:12

**on** 6:23,25 8:16 10:3,14 11:6,15 13:24 15:3,8,23 16:10,11 17:8,22 18:5,20 19:20 20:12 21:13 22:24, 25 23:1,13,15,16,21 25:14 27:7, 24 28:12,23 29:6 31:7 32:3 33:11 34:9,15 35:12 36:19 37:8 38:15,24 39:20 40:5 41:3,7,11 44:3 46:18 47:24 48:1,5,12 49:3 50:5 53:16 54:16 56:5,14 58:4 59:15,25 60:2,25 61:1 63:15,21, 25 65:18 66:6 68:2,12 69:11 70:16,17,18 73:5 75:13,20 77:23 78:6 83:6 84:20,22 85:22 90:11, 13,16,22 91:13 92:10 93:19 94:22 96:5,20 98:8,19 99:4,21 100:11 102:2,17 103:3,4 105:16

**once** 30:25 31:1 84:9

**one** 9:18,23 15:12 17:14 18:7 20:12,16,17 21:11 22:3 23:23 29:1 30:2 32:19 34:17 36:4,15 43:15 47:22 49:9 50:23 54:9 58:20 62:10 63:18 68:9,16 70:1,3, 4,5,19 71:9 76:16 84:25 87:23 88:21,23 91:14 96:2 102:24 104:20

**one's** 35:4 36:10 44:19,23 45:20, 21 51:24 52:11,18 56:8 88:18 102:3

**ones** 39:1

**ongoing** 37:4

**online** 30:3

**only** 9:25 20:6 24:12 27:24 30:8 33:13 38:22 41:2 50:7 52:7 63:4, 16,24 67:6 70:18 71:22 82:5 90:2, 8 94:15

**oophorectomy** 20:7 22:15 47:11

**operate** 90:13,16

**operated** 46:18

**operating** 52:5 84:20 86:1

**operation** 88:7

**operative** 51:10

**opine** 63:25 99:21

**opinion** 9:8,25

**opinions** 40:12,13,20,22 41:1,6, 10,19 42:3

**opportunity** 31:3

**opt** 20:17,18 51:7 103:9 105:24

**opt-** 33:25

**optimization** 34:5

**optimize** 34:1 36:10 79:6

**optimized** 96:13

**option** 103:22

**options** 8:3,9 9:4,10,23 12:14 14:19 20:14 75:6,8 102:6,12,21 103:13

**or** 6:23 7:12,19 8:10 9:5,13,16 10:8,16 11:10,11,12,18,22 12:15 13:17,23 14:3,15 15:4,12,24 16:2, 10 17:6,7 18:6,13,21,24 19:22 20:4,7 21:9 22:16,17 23:6,16 24:14,17 26:3,17 27:7,15,18 28:5, 13 29:12 30:15,20,23 32:11,12 33:14,21,22 34:4 35:7 36:12,17 38:6,8 41:3,8,15 42:4,19 43:12 44:9 45:16 47:11,21 48:16 49:4,5, 7 50:2 51:1,2,5,10,13,17 52:17 53:1,7,16,17,25 54:7 55:1 56:8,9 58:13,20 59:8,18 60:13,14,17 61:3,13,25 62:10 63:22 65:11 66:5 67:18,20,23 68:3,9,10,13,20 69:21 70:12 71:16 72:1 73:11,13 75:3,5 77:3 79:6,13,14 80:4 82:12,24 83:1,8,16 84:21 85:19 90:3,12,19 91:6,11,13,14 92:8,13, 18 93:3,15,16 94:20 95:8 96:24 98:16 101:6,7,13,20 102:20 103:2,6,9,18 105:3,10,12,20

**orchiectomies** 18:24

**orchiectomy** 7:10 11:10 17:12, 22 18:5,15,18,20 19:4,9,15 21:15, 23 23:4 46:25 47:1,16 48:1,7,11, 19,21,23 49:10 50:4

**order** 23:13

**organ** 78:17,21

**organization** 99:6

**ORS** 22:7

**other** 7:5,18 8:2 10:3 12:25 19:2 20:13,16 21:8 24:11,12,19 26:5 27:6 30:10 32:10 35:5 41:24 42:3, 5,6 43:3 45:14 49:13 51:11 58:20 68:19 70:10 72:2 73:3,10,15 76:4 80:5 81:7,24 83:1 87:19 96:25 102:8,11,21 103:24

**others** 39:8 60:16

**our** 8:18 12:7,20,22,25 13:5,6,7, 25 14:3,4 15:16 18:12 19:23 21:25 23:14,15,16,18 25:22 27:1 29:24 30:7,10 32:9 35:5 36:24 37:23,24 45:17 58:25 59:4 60:12 61:1,11 66:15,22 87:8 93:7,10 96:4,10 98:4

**out** 63:16 75:25 76:13 79:9 87:24

**outcome** 26:21 34:2 61:7,20 62:12 74:2,17 77:4 82:6

**outcomes** 14:8,10,14,25 63:23 72:14,16 87:13 92:9

**outdated** 91:14

**outpatient** 12:6 84:7 94:12

**outside** 59:21

**ovaries** 20:7

**over** 6:14 40:20 84:5

**overall** 25:20 26:9,16,18 28:4,17, 20 47:13 59:13 71:10

**overnight** 23:6

**overturning** 91:9

**overview** 28:20

**overwhelming** 18:17

**own** 28:14 101:7

**P**

**p.m.** 5:5 106:6

**page** 42:13,23 43:12 57:8 58:3,4, 23 60:25 62:22,23 64:14,23 65:24 66:2,11 67:10 69:5 70:25 73:19 74:11 76:20 78:4 79:1,21 83:6 84:13,22 85:12 86:14 87:1,2,10 91:25 92:11 93:24 95:10

**pain** 34:6 91:20 92:4,8,14 93:16, 19 94:24 95:3,4,5,15

**palsy** 51:13

**paper** 61:24 62:9,13 87:20,22

**papers** 57:22 60:8 62:12

**paragraph** 43:12 54:10 57:1 58:6,25 60:25 66:13,19 67:1 69:8 72:11,18 73:23 74:13 75:23 76:7 79:3 82:3 84:12 87:11 89:16 90:23 91:3 92:1,12 94:2,6,23 96:15

**pardon** 21:1

**part** 13:19 14:6,9 16:11 21:1,3,25 28:4,5 29:23 30:6 36:1 37:19 45:3 47:13 55:16 70:19 71:22 77:1 80:7 88:25 93:8,9,10 94:19 96:4

**participants** 63:9 69:24 97:12, 17,21

**participate** 28:6,21 31:13 33:23 35:3 51:17 100:10

**particular** 9:16 12:23 14:5,11 15:4,12,24 19:16 20:15 21:4 22:25 27:14 28:22 38:17 40:17,24 41:7,16 44:3 45:10 46:10 52:22 54:14,24 55:20,21 56:3,6,20 59:17 60:20 67:18,22 70:1,2,3 71:9 100:13 102:7,13 104:20,24

**particularly** 88:8

**partner** 24:20,23 25:1

**parts** 10:17 56:20

**passage** 82:12

**past** 18:24 29:14 31:8 35:12,24

**pathology** 18:6,21 19:8,22 21:4 44:9 47:13 53:16 55:1

**pathway** 30:13

**patient** 8:1,8,14,20,21 9:1,10,25 10:1,7,9,23 11:2,4,24,25 12:2,4,7, 8,9,10,21,24 13:1,3,8,12,23 14:12 15:3,19,21,22,24 16:4,9,13 19:7 20:15 21:16,20,22 22:14,16 23:12 25:9 26:21 27:19 28:20 32:8,10 33:11 34:24 44:3 45:6,10 47:24 48:2,4,8,21 49:25 50:1,6 52:22 55:15,17,22,24 56:1,2 59:15 68:8 71:7,13 74:2,16 75:7,8 76:2 79:24 82:11 84:23,25 90:8 102:14 103:15,17,19

**patient's** 7:15 45:12,23 68:10

**patient-reported** 26:21 61:7,20

**patients** 7:4 8:3 12:19 14:24 15:8 21:13,14 22:22 23:1 24:8 27:4,5, 25 28:2,6,15 29:20 30:11,14 31:7, 17 34:14 37:23,24 38:7,10 43:19, 23 44:8,18 46:12 49:3 50:13 51:13 52:21 57:2,10,12 59:5,7,9 62:24,25 68:2,19 69:15,17 71:5, 24 73:25 75:21,25 77:1 79:4,5 80:8,22 81:3,19 82:6,11,18 83:3, 5,21 84:2,3 85:5,8 86:20,22 88:6, 7,8 93:1,4 95:3 96:1

**patients'** 61:12

**paucity** 58:10,14

**pelvic** 13:2 23:18 51:1,5 83:18 92:24 93:5,8,10,12 95:4,19,22

**pelvis** 94:25

**penis** 17:2

**people** 7:17 8:19 10:15 13:25 15:25 19:11 23:7 28:18,21 30:4, 21,24 31:15 32:3,16 33:15 36:25 37:2 46:8,18,22 48:23 49:11,12, 14 50:10,20 51:8 53:6 55:20 60:6, 23 65:10 66:6,8 68:12 69:21 70:21 73:12,13 87:16,17 88:1,3, 20 90:11 96:6,13 100:9 102:15,16 103:7 104:4 105:10

**percent** 35:15 38:19 59:6,9,24 61:12 63:2,3,10,11,13 76:5 77:5,8 81:13 82:19,20,21 85:16 86:19 96:22,23

**percentage** 59:11 81:19

**perfectly** 60:13

**perfor-** 81:23

**perform** 7:3,19 11:7,18 12:12 16:3,9,12 17:1,5,12,22 18:4,18 19:4,9,10,21,24 20:3,22 29:6,9 31:25 32:2,13,15,25 33:11 37:1,7 46:2,21 48:1 51:18 55:15,18 56:3 68:12 100:21 101:23

**performed** 10:14 11:6,15 17:5,9 18:15,20,24 19:2 20:9 22:23 23:6 28:23 31:7 34:8,14 35:11,23 38:23 39:5,7 46:2 48:17 53:9,24 55:23,25 80:5 81:24 87:4 103:18

**performing** 49:10 54:17 70:23

Index: perhaps..proceeding

**perhaps**  15:3 29:11 47:10 49:4 50:24 104:25

**period**  15:14,18 38:9 74:17 93:2

**perioperative**  37:12

**person**  8:15 14:3 16:22 17:19,24 18:3,16,19 19:18 20:16,17,20 24:21,24 25:5 27:7,12 32:19 34:20 35:18 47:4 51:5,17 53:11 60:20 68:16 82:24 103:4

**person's**  98:10

**personal**  26:17 102:20

**personality**  34:10,12,15,23 35:13

**personally**  9:1 12:3

**persons**  5:14

**perspective**  36:9

**Pertaining**  40:24

**pertains**  26:17

**phalloplasty**  17:9 24:10,14

**phone**  6:21 16:2

**photographs**  12:19

**photos**  12:18

**physical**  12:12 13:2 14:17 16:23 23:18,20 55:19 67:18,23 92:17, 18,24 93:6,10,12 95:20,22 98:15

**physician**  14:4 33:15 101:4 103:17

**picture**  9:12

**pill**  49:1

**place**  25:24

**placebo**  73:11 105:9

**placed**  82:14

**placement**  60:5

**plaintiff**  5:15,17,22 11:25 13:16

**plan**  33:24 35:10 88:25 103:15,19

**plastic**  52:3 60:3 70:8,11 72:1 73:4,16 74:5,7 75:5,6 76:5,14,17 77:9,16 98:12 105:13

**plasty**  24:15

**please**  5:13,15 40:2 42:14 55:12 56:14 58:23 62:15 64:3 65:17,20,

21,24 66:11 67:10 68:22 69:5 74:11 76:20 78:4 85:12 93:25 104:18

**plus**  13:23

**point**  11:12 13:2 30:15 58:5 61:4 91:2

**points**  41:16,17

**poor**  60:19 70:15

**population**  59:16 87:13 88:10,12 90:1,7,8

**portions**  42:6,7

**position**  9:9

**possibility**  80:12 83:21

**post**  23:15 26:12,23 27:23 28:10

**post-incarceration**  37:10

**post-surgery**  95:25

**postop**  24:24

**postoperative**  23:15,16 28:18 33:24 81:17 93:2,11

**potential**  12:14 37:10 67:2

**potentially**  17:15

**practice**  8:5,12,23 12:6 18:16 19:12,19 20:1 27:21 28:21 50:12 59:12,20,22 79:25 86:25 87:9 88:18,19 93:7 95:23 98:18,23 99:1,2,7,10,18,20,24 100:9,16,17, 21,22 101:24 102:1

**practices**  87:17 99:21

**practitioners**  99:10

**pre**  28:10,18

**preclude**  33:17 35:9 51:12

**predispose**  21:3 81:5

**predisposition**  20:4

**prefer**  73:7

**preference**  20:14

**preoperative**  37:22 47:7 89:1 93:9

**preparation**  49:4

**prescribe**  8:6,11 49:19 102:7

**presence**  18:5

**present**  5:14 87:16

**presented**  8:21 19:7 82:11

**presents**  87:13 88:10,11,12

**preservation**  18:1 22:1,17

**Presumably**  79:15

**presurgery**  26:22 28:8

**presurgical**  29:17

**pretty**  76:6 77:8

**prevent**  47:20

**preventing**  10:21

**previous**  20:1 67:10 97:20

**primarily**  81:10

**primary**  7:22 9:4 10:4 13:9 27:16 34:18 68:5

**prior**  9:6 18:1 21:18 22:18 27:13 30:24 34:5 35:8 46:21 68:18

**prison**  97:17

**prisoner**  29:13,19 31:7,17 36:14, 22

**prisoners**  28:24 32:14,23 35:11, 16,23,25 38:24 39:12,21

**privacy**  37:5

**private**  25:24

**probably**  13:23 15:16 28:25 30:20 32:17 37:23 42:8,9 43:2 60:5,8,23 61:24 77:15 81:22,23 82:21 90:15 92:19 94:10 96:23 105:17

**problem**  76:14

**problems**  25:12 87:14 88:12

**procedure**  9:3,14,15 10:20 12:13,14,15,16,22,23 14:15,18,20 17:13,22 21:19 22:18,25 23:5,11 24:9 25:13,14,20 27:14 33:20 36:9,19 43:20 46:21 47:1 52:23 53:2,8,12,20 54:5,9 55:20,21,25 56:6,9 84:7

**procedures**  7:5,20 11:17 24:11 43:2,3,16 74:15 79:5 80:9,10 88:19

**proceed**  32:7

**proceeding**  13:4 91:7

Index: process..records

**process** 9:13,14,24 13:20 14:6 15:9 22:1 26:25 29:17,18,24,25 30:12 36:1 38:2 46:1,9 71:22 80:7 83:2 89:1

**produce** 17:8,18 18:2 21:24

**producing** 17:10,21

**production** 48:15

**profession** 27:17

**professional** 9:5,6 13:9 26:17 99:6,12,22 101:6,10

**professionals** 7:23 10:5 34:19 35:6 45:18 68:5 99:5

**profile** 78:19

**progesterone** 49:5

**progression** 47:21

**prolonged** 81:11

**PROM's** 61:1

**prospective** 74:14

**prostatectomy** 51:1,6

**provide** 8:10 15:7,10 28:20 33:20 102:5

**providers** 32:10

**provides** 52:11

**providing** 52:1,18 88:25

**psych-** 27:22

**psychological** 27:6,9,22

**psychologist** 35:1

**psychosocial** 71:3

**psychotic** 33:21,22

**publication** 88:21

**published** 41:10 82:7 87:21,22 92:12 93:14

**purpose** 25:7 47:16 48:2,7 51:22 92:3

**pursue** 22:1

**pursuing** 30:17

**purview** 9:17

**put** 40:1 56:13 62:15 64:2

**Q**

**Qol** 74:19

**qualify** 78:21

**quality** 61:12 63:22 64:9 69:12 72:22 73:6 104:14,17

**quantity** 58:15

**quarterly** 30:20

**question** 6:19 20:11 27:21 34:24 50:16 53:10 91:23 100:16 103:23

**questionnaire** 69:20,22,23

**questionnaires** 69:14 74:18 75:20 76:1,11,13

**questions** 6:5 13:6 31:3 34:4 56:19 104:10,12 105:6,15

**quick** 62:17 86:3

**quite** 13:15 25:2 29:21 37:25 60:2 70:8 73:3 74:7 88:18 93:6,7 96:2

**quiz** 13:13

**quote** 74:14 82:22

**quoted** 59:19 80:20,21 93:21

**R**

**racially-biased** 66:15,22

**radiation** 51:1,5 103:10

**randomize** 73:12,14 105:10

**randomized** 39:24 57:25 105:7

**range** 81:12,20

**ranging** 96:19

**rare** 8:16

**rate** 63:3,10,13 69:24 70:12 76:3, 23 77:5,7 80:3 87:5 94:16 96:19

**rates** 63:1 85:14 92:4,8 93:21 103:11

**rather** 46:6 71:8 77:10

**rational** 51:7

**read** 57:11 65:12

**readiness** 8:25

**reading** 65:22 71:23

**reads** 13:12 43:7

**ready** 32:20

**real** 86:3

**really** 62:17 87:24 96:9

**rearrangement** 78:17

**reason** 19:16 58:19

**reasonable** 51:20 81:14,22 82:21,22 96:23

**reasonableness** 89:25

**reasons** 19:2 21:8,10,11,12 26:5 32:4,5,6 33:7,10 41:6 50:23 51:7, 15 73:9 83:1 88:10 105:8

**Rebekah** 5:19

**recall** 16:8 19:3 31:19 33:1 34:13 39:23 62:11,12,13 64:17 91:12 97:24 98:3,6

**receipt** 13:8

**receive** 8:22 41:21

**received** 8:24 13:17 46:3,20,22 47:5

**receiving** 90:19

**recently** 39:5,7 42:1

**receptive** 51:9

**recess** 9:20 55:13 86:4 97:10

**recognize** 56:9

**recognizing** 103:10

**recommend** 8:2 33:6,7 95:22 105:22

**recommendations** 51:16 73:22

**recommended** 8:22

**reconstructing** 98:14

**reconstruction** 20:2 21:9 43:17 55:5 78:17 80:5 81:7,24 85:9,20 96:25

**reconstructive** 17:5 44:4,7,13, 17 47:3,8,16,19 52:13 53:9,16 54:7,21,23 55:8 98:5,9

**record** 5:14 22:5 64:5 91:6 97:15

**records** 31:22

Index: recovery..right

recovery 36:11 51:10

rectal 80:16,23 81:5

rectovaginal 80:25 81:6 82:4, 10,23,25

recuperate 36:18,23

recuperation 30:9 36:4,13,16,20

recurrence 103:11

reduced 38:6

refer 8:19 24:8 44:8,12 58:15 73:1 82:1 87:6 98:23,24 104:11

reference 75:3 98:25

referenced 95:13

referencing 88:14 101:12,20

referred 42:25 48:13

referring 7:7 12:4 24:16 27:10 47:19 82:2 93:18 95:12

refers 44:10,14,22 50:20

reflect 67:4

refresh 65:18

regarding 30:22 40:13 68:10 72:14 98:1 101:1 102:17

regardless 52:4

regimen 49:3

regimens 48:16,17

regularly 23:17 105:4

rejuvenated 53:5

related 14:7 26:23 27:5 44:23 46:12 92:4 94:25

relates 9:15 60:4 66:4 90:7

relatively 59:1 88:5

release 36:2,7,15 37:8,13

relevant 98:18

relied 75:20

relief 52:17 102:15

rely 41:2 68:2 70:16,17

remaining 35:22

remind 6:16

reminding 37:20

removal 20:7 37:22,24 38:1,8,12, 13,19 43:7 53:25 60:18

remove 38:4 49:14

removed 11:12 17:4,14,15,25 37:15 38:4 48:15 90:6

removes 17:2 50:8

removing 49:10 82:14

render 40:12

repaired 81:10

repeat 39:15 48:3

replay 48:3

report 14:22 29:1 40:5,9,11,14, 22 41:1,4,14,22 42:1,4 49:22 54:11 62:11,22 64:18,20 66:16 72:9 73:9 75:15 77:23 90:23 91:22 93:19 105:6

reported 28:15 67:3,4 80:18 91:21 92:9 94:24 95:3 96:17

REPORTER 5:1,20,24 106:5

reporting 95:3 96:18

reports 26:23 39:22 67:20

repre- 105:21

represent 6:9 82:6

representative 12:18,19 41:5

represented 41:15

request 15:4,13,24 40:3 42:15 56:15 58:24 64:4,15,24 65:16 66:12 67:11 68:23 69:6 71:1 72:5 73:20 74:12 75:11 76:21 77:19 78:5,13 79:2,12,22 84:15 85:13 89:7 94:1

requested 16:5,13

require 11:9 35:10 38:3,14,15,18 54:2 85:6,9

required 38:13,17,19

requirement 30:24 99:12,16,17 100:5

requirements 11:24 33:25 51:15

requires 34:17 37:4,5 63:8 78:16

requiring 60:18

research 28:1,2,5 40:15

reshare 62:17

resolve 84:5,6

respectively 63:2 77:4

respond 63:9

responded 104:14

respondents 61:13

response 63:1,3,10,13 69:24 70:12 76:2,23 77:5,7

responses 27:25 63:16

responsibility 9:21

responsible 91:5

rest 29:4

result 79:18

resulting 86:16

results 28:8,13,17 57:1,4 59:1 62:23 67:4 69:8,11 72:17 75:24 77:1,6,10

resume 37:3

retrospective 56:21,25 72:21

return 23:17 25:25 26:1

returned 75:25 76:11

revers- 90:3

review 12:21 27:1 31:14 56:25 57:22 63:6 65:9 68:7 72:13 91:22 92:6,7,20,21 96:17,18 105:19,22, 25

reviews 95:1

revising 91:5

Richardson 5:2

right 6:13,24,25 7:1,14 8:7 14:21 15:6 16:17 17:11,13 18:8 19:3,6 22:7,21 23:1 26:5 28:24 33:9 36:6 38:22 39:4,9,25 40:5,8,11,21,23, 25 41:13 42:4,16,21 43:9 44:13 46:25 47:8,15 54:9,25 55:14 56:12,17,23 57:1 58:2,21 60:25 61:4 63:7 66:13 67:1 68:21,25 72:3,7,15 73:21 74:10 75:9,23 76:3,7,18,22 77:21 78:15,25 79:9, 19 81:8,16 83:14 84:10 87:22 88:4 89:3 90:22 91:18 92:10 94:23 96:15 97:2,11 102:21 104:6 105:18

**rinsing** 25:19 30:9

**risk** 13:21 20:8,10,11,17,18,21, 23,25 21:5 50:24 51:2 78:23 80:8, 11,25 81:1

**risks** 9:3,10,16,22 12:13 14:18 49:8 51:3,4,10 102:18 103:6

**role** 7:15 45:18

**room** 86:1

**Rose** 5:16

**rough** 29:11

**roughly** 82:19

**routinely** 71:20 93:12

**rule** 74:25

---

**S**

**safe** 25:23,24 29:25 32:12 37:5 90:24 96:7

**sags** 53:7

**said** 6:21 7:16 19:3,9 33:6 37:3 38:10 41:10,19 62:1,5 74:23 79:25 90:17 95:19 98:1 99:7 102:24

**same** 27:18 48:5,20 49:18 50:5 55:3 60:25 68:19 83:6

**sample** 66:15,22

**satisfaction** 25:20 61:11 71:3 84:23 85:1 86:16 87:5

**satisfied** 26:8 72:19

**save** 11:21

**saved** 18:14

**saw** 32:17

**say** 7:6 8:16 10:24 11:8,17 13:24 14:13 16:12 26:11 34:16,17 35:14 36:17,18,24 37:22 38:6 39:10 40:14 43:1 44:13 45:16,25 47:23 49:22 53:3 54:18 57:15 58:16,20 59:13 60:19 61:17 63:9 64:11,21 70:23 77:7 79:24 81:13 83:20 84:3 85:2,18 87:8 90:5 92:17,23 96:9,22 97:14 99:18 101:4 103:14 104:1

**saying** 99:16 100:8 101:19

**says** 61:5 63:18,22 66:14 75:24

**91**:3 94:15

**scar** 86:21

**scarring** 60:19

**scenario** 12:6 48:3

**Schechter** 5:7 6:1 40:5 42:16 55:14 56:17 58:5,25 67:12 75:13 76:22 77:21 79:23 89:8 91:18 97:6,11

**science** 91:14 105:4

**scientific** 71:15

**sclerosis** 51:14

**scoping** 91:21 92:6,20

**scores** 74:18 86:16

**screen** 40:6 56:14 75:14 97:4

**screened** 30:18 31:1,10

**scroll** 43:6 56:22 61:3 65:19,20, 21,23,24 66:1,2

**second** 9:18 22:3 36:5 47:22 67:1,15 76:8 78:16 80:16 94:14

**secondary** 16:24 17:6 44:25 79:5 80:9,10

**seconds** 85:25

**section** 42:16 57:4 58:6 62:23 64:25 67:13 73:22 76:23 78:8 80:15 81:16,18 83:23 84:22

**see** 9:2 10:25 15:20 16:9 19:11, 18 23:7,21 24:2,10,21,23 25:4,7 26:7,8,9 32:16 40:5 42:16 43:6,8 54:18 57:4,7 59:1 60:20 61:1 64:25 65:3,23 66:13 67:7,8 69:2,9 71:2 72:11,18,22,23 73:22 74:13 78:7 79:3,7,8,11 82:18 83:10 86:14 89:12,19 95:5,7,12,15 105:4

**seeing** 63:20 66:23

**seeking** 12:8

**seen** 12:7 15:19 23:12 31:2 64:16 88:22 91:24

**selected** 45:5

**self-limited** 84:5 94:10

**self-reporting** 75:20

**self-reports** 68:2

**self-selection** 65:5

**self-surgery** 10:16

**sensation** 25:19

**sense** 11:21 15:16 33:3,4 52:13

**sentence** 35:22 61:5 65:3 66:14, 21,25 67:15 70:1,3 71:9 76:9 78:16,23 79:7,8 80:1,16 81:8 88:4 89:21 91:3 94:15

**sentences** 80:22 97:18

**sequelae** 10:15 80:24 81:4

**series** 13:11 57:15,24 72:21 82:7

**serious** 35:17,21 52:9

**serve** 48:2,7 51:22 98:19

**serves** 47:16

**service** 12:8

**services** 5:3 8:11 89:10 91:4

**serving** 97:17

**seven** 23:14 28:25

**several** 23:8 25:9,10 33:12

**sex** 47:25 48:5 94:25

**sexual** 16:24 28:3 44:25 71:4 74:19 85:6

**sharing** 97:3

**she** 10:8 67:20

**Sherry** 5:1

**short** 13:13 55:10 97:7

**shortcoming** 76:24

**should** 13:6 35:8 39:10 59:21 71:18 79:4 90:5 103:22,23,24

**shouldn't** 101:4

**show** 66:18 94:5

**showing** 56:17 62:20 64:7 68:25 72:7 75:13 77:21 86:9 89:8 91:18

**side** 83:25

**sides** 60:12

**significant** 20:11 34:18 59:6,9, 23 67:3 69:12,13 71:6,17 84:16

**signs** 13:12

**silhouette** 54:22

**similar** 51:23 53:8 70:8 83:3 98:16

**since** 41:9 61:24 62:9 69:16 87:20 88:21 90:18 105:17

**single** 41:5,20 70:17

**sir** 39:14 61:2 64:7,10 66:13 68:1, 25 69:2,9 72:7 73:21 74:13 78:20 79:3 83:6 86:10 89:3 93:14 94:6 104:7

**site** 50:8

**situation** 25:21 37:9 68:19 102:24

**situations** 70:13

**six** 23:9,22 32:18 36:25 69:17

**skeleton** 54:6

**skin** 53:4,7

**skip** 6:15 89:5

**Sluis** 82:9

**so** 7:1,16,19 8:5,7,13,23 9:21,24 10:7,15,23 11:13 12:3,6,16,18 13:15 14:9 15:6 16:18 17:1,7,8,20 18:7 19:16,23,24 20:15,19,25 22:8,25 24:3,7,12 25:4,16 26:19, 25 27:8,23 28:12,14,19 29:13 30:13,23,24,25 32:2,6,16,18 33:12 34:1 35:14,22 36:6,11,19, 24 37:7,19 38:3 40:16,17 42:22 44:16,19 45:6,14 46:1,2,5,16,21 47:9,20 48:3,9,19 49:2,16,19,24 50:4,9,18 51:6,16 52:1,4,14 53:1, 4,10,14 54:19 55:3,16 56:5,20 57:3 60:7,11,14,21 61:16 62:1 65:23 66:4,7 68:5 69:22 70:11,15 71:2,8,13,25 72:9,13 73:5,14 74:8,24 76:1 77:7 79:14 81:3 82:17,18,20 86:5 87:5,23 88:2 89:1 90:1,6,8,14 91:8,22 92:6,7, 16,17,20 93:2,21 94:21 95:11,14, 21 96:9 97:16 98:13,19 99:7,25 100:5,19 101:9 102:8,11,21,24 103:2,11,22 105:11

**social** 12:11 13:1,7 14:4 25:23 37:11

**soft** 54:3

**some** 27:4,5 29:22 30:10 33:18 49:4,5,13 50:2,25 51:18 53:16 62:12 69:12 78:6 87:7 103:8,9 104:19

**someone** 8:17 17:21 20:3 21:3, 21,23 22:19 27:8 34:9 35:19 36:11 37:8 47:10 98:13 103:1

**someone's** 55:7

**something** 40:19 50:11 92:18,19 95:15

**sorry** 18:12 36:5 39:15 56:1 59:21 62:16 64:11 65:22 66:18,19 83:10,11 88:11 89:19

**sorts** 58:1

**sound** 80:19 101:16

**sounds** 27:23 76:1

**source** 48:15 66:15,21

**sources** 14:22

**Southern** 5:9

**space** 25:24 80:17 96:7

**Spack** 88:15

**speak** 9:2 16:2 35:25 39:7 97:19 100:24 101:9,22

**speaking** 17:16 18:7,14 19:4 35:1,2 38:2,12 43:21 49:13 75:3

**specific** 7:10 25:12 31:4 39:12 48:2,7 51:21 53:20 92:13 93:15

**specifically** 29:15 31:21 33:20 35:25 41:2 43:18 44:17 58:11 97:24

**specifics** 9:15

**spelled** 24:15

**spend** 13:20 14:7,13

**spent** 29:21

**sperm** 17:8,10,18,21 18:1,2 21:24 22:1

**spermatic** 11:11

**spironolactone** 48:13,24,25

**spite** 70:22

**spongiosum** 84:18

**spraying** 84:3

**stability** 37:11

**stabilize** 11:2,3

**stable** 25:21

**stamina** 97:6

**stand-alone** 23:4

**standalone** 24:22,25 25:6 46:6, 17,23

**standard** 5:5 100:6,12

**standard.'** 89:25

**standardized** 61:6,20 74:15 75:2 92:13 93:15

**standards** 88:23 98:21,25 99:2, 8,14,15,19,20,23 100:1,3,7,17,22 101:8,19,20 102:1,8,12 104:1,2,3

**standpoint** 25:11

**start** 7:14 15:18 72:10 75:18

**started** 29:11

**starting** 5:15 61:1 78:8,15

**starts** 66:21 69:8

**state** 27:2 29:4 36:12

**statement** 61:9 62:6 79:23 85:21

**statements** 68:10

**states** 5:8 38:24 67:15

**stating** 58:25 104:25

**statistically** 71:6,17

**status** 21:18 31:9

**stay** 23:7

**stenosis** 81:19 82:1 94:3

**stent** 82:14

**step** 8:1

**sterilize** 17:23 21:16 22:14,15

**Stewart** 5:2

**still** 37:4,11

**stop** 11:1 48:21 97:3

**stopped** 10:18

**stopping** 10:21

**stream** 83:25

**struck** 61:10

**structures** 50:22 83:18

**studied** 63:16

**studies** 14:21,23 28:6,19 39:11, 16,20 41:3,5,8,13,15 57:20,25

Index: study..tests

58:1,17 61:5,15 63:12,14 70:15 71:24 72:14,19,20 73:5,7 74:15, 20 76:4 77:15 90:11 92:12 93:14 95:2,18 97:11,14,21,25 104:13 105:2,3,12

study 15:3,5,8,12 28:5,22 41:6,9, 18,20 56:20,21 57:2,14,17 58:1 60:22 63:8,22 64:10,16,25 65:4,7, 9,12 67:12 69:12,19 70:2,3,17,22 71:10,14,15,23 72:25 74:23 75:2, 19 76:2,25 77:6,10,13 86:10 91:23 92:3 94:21 97:16 104:24 105:3

study's 71:18

subjective 26:23 27:25 87:7

subjectivity 104:19

submitted 91:8

subsequent 14:2 30:23

substantive 105:19

successfully 17:18

such 67:3,17 74:18

sufficient 36:18,22

suggest 77:5

suggested 102:12

Summary 75:18,24 76:8

support 12:20 50:3 90:23

supporting 41:1

suppose 87:23 88:17

sure 7:11 33:18,22 39:6 47:23 58:15,17 65:15 79:14 93:3 101:18 104:19

surgeon 7:1,16 9:2,9,17,21,22 10:1,8,12 33:15 35:2 38:13,17,19 68:1 99:7 101:6,15

surgeons 82:7 99:23,25 100:2,4, 6,17,20,24 101:22,23,25

surgeries 7:3 11:19,20 15:8 20:9 29:6,9,13,19 38:23 39:1,4,6 42:23,24,25 45:2 55:15 59:18,23 61:8 78:23 88:5 92:5 98:5,9,12 100:21

surgery 7:6,7,25 8:2,22,25 9:7, 11,13 10:3,7,10,14,25 11:15,19 12:1 13:4 14:10 15:15,17,21 16:4, 10,12,17 17:1,6,24 19:10 22:13,

21,23,24 23:2,8,9,10,22,23,24 24:1,2,13,19 25:3,8 26:3,9,12,14, 23 27:3,9,19,23 28:9,23 31:7,25 32:3,7,8,11,13,15,21,24,25 33:6, 8,11,14,17 34:5,7,9,14,20,22,25 35:8,9,10,12,23 36:2,13 37:15 38:5 39:12,13,20 45:1,25 46:1,3, 6,17,21,23 49:17,22,24 50:2,7,14, 19 51:1 52:3,10,20,24 53:15 55:22 56:1,2,3 59:13,15,17 60:4, 14 61:16,18,21 62:25 63:1,19 65:10,11 66:7 68:12,18 70:8,11, 14,23 71:8,16,22 72:1,2 73:2,4, 10,12,16 74:5,8,9 75:4,5,6 76:5, 14,16,17 77:9,11,12,16 78:3 80:2 82:15 84:4 86:11 87:13,16 89:2, 18,24 90:4,11,21,24 91:21 92:15, 25 93:17 95:13 96:14 98:12,17,21 101:11,13,15 102:6,10,17,18,21, 25 103:2,20,21,22,23,24,25 104:3 105:9,13

surgical 8:5,9,12 9:16,22 12:8 21:15 23:25 25:10 31:15,17 42:17 45:18,19 46:10 66:5,6 74:2,7,15 75:21 80:8 95:23

surprising 90:10

survey 63:9,12,14 70:11 76:4 77:2,15

surveys 28:3 62:24 63:1,18

suspension 54:3

sustain 80:23

sustained 80:17

suture 81:11

sutures 84:6

swelling 84:6

sworn 6:3

symmetric 60:12,14

symptoms 94:14,16

system 30:14 35:20

systematic 15:7 39:11,15,18 57:16,18,21,22 72:13 92:7,21 93:19 96:18

systematically 92:13 93:15

systems 78:18,21

T

T-H-A-W 31:12

table 86:14,15 103:23

tailored 14:10

take 10:2 21:14 25:15 27:24 29:12 30:20 38:1,20 41:5,18 49:13 53:1 55:10 70:2 77:1 97:7 106:1,3

taken 9:20 27:8 55:13 71:19 86:4 97:10

takes 13:13 37:15

talk 16:17

talked 50:25 105:8

talking 25:13 36:6 46:11 104:14

teaching 40:15

team 12:25 19:23 27:18 30:7,18 31:10 32:21 35:5 96:10

technical 39:19

technique 15:4 73:24

techniques 72:14,16 74:2,7,24 75:1,2

telehealth 87:25 88:22

tell 37:2

ten 16:13 23:15

tend 73:5

tends 84:5

term 7:10 16:19 24:3,4,7 43:24 47:18,19 53:18,19 57:18,21 58:14 63:23 69:14 71:8 88:17 93:19 100:4

terms 36:15 37:21 39:13

test 27:9,18 67:19,23

testicle 11:10 17:15

testicles 17:2,4,8,14,25 18:10,13 49:10 50:8

testified 6:3

testing 27:4

testosterone 48:12,15 49:6

tests 27:7,10,11,22 28:13

**text** 42:19

**than** 16:13,15,16 29:19 36:15,21
38:20 41:25 55:10 59:11,19 66:16
69:16 71:8 76:10,24 77:5 79:24
81:13,23 82:19 87:8 90:16 102:21
104:25

**thank** 5:24 22:20 37:19 42:21
55:12 62:18 77:17 89:3 104:7,8
106:4,5

**thanks** 6:7 65:19,20,22 66:1 97:6

**that** 6:17 7:7,24 8:14,21 9:8,14,25
10:2,18,19,20 11:7,12,17,21 12:2,
17,20,21 13:2,22 15:4,7,16,18,20,
23 16:21 17:1,13,18,22 18:1,8,12
19:2,10,13,17 20:11,15,23 21:5,
16 22:13,20 23:19 24:23 25:1,2,4,
21 26:13 27:7,11,15,16,18,19
28:3,19 29:11,15,17,19,24 30:2,3,
6,10,13,20,23 31:13 32:1,4,21,25
33:1,3,4,5,12,16,18,22,24 34:4,
13,16,20 35:6,7,20 36:1,3,18
37:2,4,5,22,25 38:7,17,20,22,25
39:4,6 40:14,19 41:4,7,25 42:24
43:24 44:2,17,21,22 45:9,15,22,
23,25 46:10,22 48:1,7,10,14,17,
22 49:8,16,21,25 50:7,12,16,25
51:4,12,20 52:10,11,12,25 53:2,3,
5,9 54:1,2,6,12,19 55:7 56:3,4,6,
9,10 57:13,20 58:13,15,19 59:2,6,
9,11,23 60:5,7,8,16,23 61:2,5,9,
10,13,15 62:3,6 63:7,8,16,17,24
65:3,7,10,11 66:4,8,14 67:7,8,19,
21,22,23 68:6,19 69:8,9,18 70:6,
8,23 71:2,16,20 72:11,22,23,24
73:3 74:3,4,8,13,22 75:3,16,20
76:12,13 77:4,7,14 78:20,22 79:4,
7,8,15,23 80:1,2,4,11,19 81:1,3,4,
12,21,22 82:15,18,22 83:19,21
84:2,3,8,18,20 85:1,5,8,17,18
86:3,12,18,22 87:2,3,11,14,15,20,
24 88:22,24,25 89:12,22 90:2,10,
16,17,24 91:9,13 92:10,15,20,23
93:5,14,22 94:4,17,21 95:5,14,15,
21,24 96:3,4,6,12,20 97:8,9,14,
16,25 98:6 99:12 100:5,13 101:3
102:2,9,23 103:10,11,21 104:1,18
105:4,8,11,21,22

**that's** 6:25 8:16 9:23 13:15 14:15
18:7 19:17 22:9 26:25 27:1,21
30:24 36:6 53:5 55:16 57:16
59:13 65:7 71:22,25 73:9,15
79:24 80:21 81:14,22 82:22
84:11,19 85:2,20 86:24 90:9 94:9

**THAW** 31:12

**the** 5:4,7,8,9,14,15,16,19,21 6:2,
8,9,15,23 7:15,21 8:1,8,13,17,23,
25 9:1,3,9,10,13,14,15,17,21,22,
24,25 10:1,2,11,19 11:1,2,3,10,
17,20,23,25 12:1,8,9,10,12,13,14,
15,21,23,24 13:3,7,10,12,14,16,
21,23,25 14:1,10,11,15,16,17,22
15:1,8,10,11,12,13,16,19,21,22,
23,24 16:8,19 17:7,24 18:5,7,13,
17,21,23,24 20:12,14,15,20,25
21:5,6,18,20,22 22:3,5,14 23:5,
11,13,17,20 24:3,4,9,12,13,16,18
25:1,7,9,10,14,16,20 26:3,5,14,
21,23,25 27:3,7,11,12,13,19,24,
25 28:6,8,12,13,19,21 29:4,14,17,
18,19,21 30:2,4,5,6,7,10,11,14,
18,21 31:2,7,8,11,23,25 32:7,10,
17,19,20,21,23 33:3,4,10,13,18,
20,24,25 34:14,20,24 35:3,6,11,
12,20,22,23,24 36:1,9,19 37:13,
14,15,16,20,23 38:1,5,11,15,16,
24,25 39:1,2,3,12,23 40:5,11,14,
25 41:4,8,9 42:2,8,16,19,23 43:1,
5,11,12,24 44:3,4,7,10,14,20,22,
23 45:6,7,10,11,12,14,16,17,18,
19,20,22,24 46:10,13,14,18,19,21
47:4,6,18,19,25 48:3,5,6,9,13,14,
20,21,24 49:10,11,14,17 50:5,7,8,
9,10,16,21,22 51:2,3,4,17,18,24
52:2,7,8,10,14,15,22,23 53:11,12,
18,23 54:3,9,14,19,21,23,24 55:3,
12,16,17 56:4,10,14,18,23 57:1,2,
3,4,5,11,18,21 58:6,8,12,13,14,
17,20,25 59:4,5,8,9,15,17,19,22
60:1,3,7,15,20,21,23,25 61:10,12,
14,17 62:9,22,23 63:4,5,15,19,20,
21,25 64:5,8,11,14,25 65:3,4,9,
11,13,14,22,23,24 66:2,4,5,7,13,
14,15,19,23 67:1,2,3,4,5,6,10,12,
15,20,24 68:8,13,15 69:1,2,7,11,
14,16,22,23 70:5,6,7,8,15,18,22,
24,25 71:2,7,8,9,10,11,12,13,14,
22,23,24 72:8,16,17,18,19,20,20,
25 73:1,5,9,21,22,23,24 74:1,10,
13 75:4,14,17,18,19,23,24,25
76:2,8,10,22,23,25 77:2,6,9,10,
11,13 78:2,6,7,8,15,22 79:3,25
80:2,7,8,12,14,15,16,17,18,20,21
81:8,13,16,17,18 82:3,4,7,9,14
83:2,6,7,8,16,23,24,25 84:9,12,
16,18,21,22 85:11,14,16,25 86:1,
3,5,15,19,22,25 87:1,2,6,10,11,
15,19,24,25 88:4,5,17,21,22,23,

24 89:1,10,16,21,22,25 90:1,3,5,
6,7,11,18 91:2,4,6,7,8,9,10,11,12,
13,14,25 92:1,3,6,8,10,18,23
93:2,3,5,8,9,11,12,19,20 94:3,9,
11,13,14,15,16,18,20,23,24 95:7,
8,9,10,14,18,21 96:3,5,6,11,12,20
97:5,9,11,14,21,25 98:9,14,19,20,
21,25 99:2,8,14,15,18,19,25
100:8,9,11,14,15,22,24 101:12,
14,19,20,22,25 102:1,2,8,14
103:3,4,14,15,17,19,22,23 104:1,
2,8,11,16,22,23,25 105:6,9,11,13,
18,24 106:2

**their** 9:4,5 10:3 13:13 16:10,23
25:11,17,18,20,25 26:1,4,9,11,15,
16 27:1,2,5,12,16 28:4 31:8,21
32:9 33:23 34:1 35:5 44:19,24
45:13 49:12 51:12,24 52:11,19
53:7 55:17 56:5 81:20 82:7 84:4
86:18 88:6 93:3 94:19,20 96:9
97:12,15,19 98:11 99:24 101:4,24
103:5

**them** 7:24 8:19 10:25 13:4 19:2
22:24 23:3,21 24:2,8,10 25:5
26:15 32:14 33:17 37:2 55:17
60:22 70:16 73:14 78:21 98:24

**themselves** 5:13 60:2

**then** 6:15 9:4 13:7,10 14:17 22:12
23:8,9,17,21,25 26:2 28:17 31:1,5
36:14 41:14 43:4,5 49:5,16 55:19
63:7,25 64:21 67:1 71:23 75:1,23
80:12,22 81:8 83:23 84:12 86:20
88:16 91:25 92:10 103:16 105:24
106:2

**theoretically** 17:16

**therapist** 13:2 23:21 92:17 93:13

**therapists** 10:6 23:19 93:6 95:20

**therapy** 47:25 48:5,6,22 49:16
50:4 92:19,24 93:10 95:23

**there** 10:13 11:3,4,13 15:14
19:16 20:13,21 21:8 25:12 27:14
28:7,10 32:1 33:6,12 34:3 35:20,
21 43:14 46:15 49:7 56:23 58:10
62:7 64:20 65:3 66:14 67:15,18
73:23 74:14 75:6 76:7,23 79:3
81:8 83:14 86:18 87:11 90:10
94:5,15 97:6,20 102:11 104:19

**there's** 10:10,17 11:2 22:7 27:11
31:12 40:17 42:22 61:19 62:3
67:22 73:11 84:22 99:11 103:12

**thereafter** 17:3

**these** 29:9,13 39:4 41:23 59:22 66:8 71:23 72:20 76:9 78:7 88:5, 18 92:20 94:2 95:2

**they** 11:4 13:6 18:1 21:23,24 22:16 23:17,19 25:21,23,24 26:7, 14 31:5 33:24 34:21 38:11 41:24 43:1 51:6,8,11 56:7,9 58:15 60:20 66:9 72:25 80:24 82:4 95:14 96:16 98:10 105:22

**they'd** 96:8

**they're** 10:24 11:21 26:8 31:5,10 33:19,21,23 37:24 79:15 81:1 93:18 95:5,12,17

**they've** 30:25 31:1 46:20 50:16 95:12

**thing** 61:10

**things** 6:23 11:5 25:10 28:3 30:10 33:12,18 42:10 50:18 58:1 60:5,8,10,23 70:5 87:24 88:22 95:14 96:3

**think** 9:1,12 10:9 24:3,4 29:1,16 31:20 32:18 35:3 41:15 42:9 43:12 57:21 59:25 60:1,7 62:5 63:3,24 68:16 70:5 73:14 74:4,23 76:4 80:20 81:14,22 82:21,22 84:8,19 85:20 86:24,25 87:6,15, 18,25 88:14 90:2 91:12,24 93:7 94:9,10 95:18 96:2 102:23 104:19,24

**Thirty-** 57:12

**Thirty-six** 62:24

**this** 5:5,8 6:10 13:16 14:22 19:6, 20 22:6 30:15 33:13 40:8,9,11,12, 13,18,21,22,24 41:1,3,14,21 42:1, 4,6 43:4,8,11 47:18 51:21 56:20 57:5,23 60:15,21,22 61:24 62:4,9, 21 63:8,15 64:9,10,16 65:8,18 66:14,21 68:1 69:12,19 70:1,10 71:10,25 72:8,13 73:5 74:8,23 75:2,14,19 76:1,25 77:6,14,22,24 84:12 86:10 87:13,20,22 88:1,10, 11,12,21 89:9,14 90:1,22 91:3,6, 19,22,23 92:3,11,16,17 93:3 94:2, 19 95:4 96:15 98:8 105:18,19

**those** 10:4 13:10,17 14:23 19:11 20:5,9 21:11 25:2 26:20 28:6,13 29:7 31:23 35:16,25 38:11 41:4, 17 42:23 45:1 50:18 58:1 60:5,10 61:24 62:5,10 68:7 69:18 75:8

87:6 88:9 92:7 105:3,16

**though** 63:21

**thousands** 70:21

**three** 23:9,22 32:16 37:2,8 38:7, 21

**through** 31:11 93:20 97:5

**thus** 78:18

**tightness** 82:2

**time** 5:4,5 8:13,25 11:7 13:20,22 14:7 29:21 32:20 36:18,22 37:14, 15 38:9,14,18 40:20 41:9 62:4 84:5

**times** 6:13 16:7,8,13 51:10

**tissue** 11:14 18:6,22 19:8,22 44:12 47:8,12 84:20

**tissues** 54:3

**title** 95:7,9

**titled** 42:17

**to** 5:21 6:15,19,22 7:7,25 8:7,8, 17,19,21,22,24 9:2,4,6,9,16,22,25 10:2,17,18 11:1,12,21,23 12:4,21 13:4,13 14:7,10 15:8,11,17 16:3, 12,17,21 17:5,6,8,18,21 18:1,2,13 19:7,9 20:3 21:3,9,14,15,18,24 22:1,12,18,19 23:1,13,18,20,25 24:4,5,8,16 25:11,24,25 26:1,7, 11,17,22,24 27:5,10,13,15 28:2,7, 8,11,15 29:15 30:5,11,13,23,24 31:3,14,21,24 32:2,7,10,11,13,15, 17,25 33:3,6,10,18,19,22,23,25 34:1,3,5,8,19 35:3,4,6,8,25 36:10, 11,14,18,22 37:1,11,15 38:1,4,6, 7,21 39:7,12,19 40:10,12,24 41:4, 13 42:2,13,23,25 43:7 44:8,10,12, 14,20,22,23 45:2,17,20 46:13,21 47:10,19,20 48:10,13,16,17,18,21 49:6,11,14,17,20,22 50:21 51:7, 10,12,23 53:4,10,20,21 54:10,19, 21 55:6,17 56:4,10,19 57:3,4,11, 24 58:3,6,9,11,12,15,19,22 59:10, 24 60:4,16,20,22 61:4,6 62:11,14 63:7,9,16,19,24 64:13,23 65:9,11, 12 66:1,4,10 67:10,17,20 68:2,6, 12,17,18,21 69:4,7,17,21,24 70:8, 10,12,13,17,24,25 71:7,15 72:3, 17,21,25 73:1,5,7,13,18,24,25 74:8,10,25 75:1,3,7,9 76:4,7,15, 19,25 77:2,11,18,24 78:4,6 79:1, 5,6,10,20 80:14,19 81:5,9 82:1,2,

3,22 83:3,5 84:1,5,8,9,17 85:11, 16,22,25 86:11,14,25 87:1,2,3,6, 7,10,19 88:2,20 89:1,2,4,5,17,19 90:1,4,7,9,18,23 91:2,8,16 92:3,4, 7 93:18,24 94:13,16,18,21,22 95:3,4,8,11,21 96:5,6,8,11,12,19 97:19,24 98:8,10,12,18,23,24 99:9,23 100:2,9,15,17,20 101:11 102:3 103:17,20 104:11,20,22,23 105:1,9,18,22 106:2

**today** 7:6 40:21 97:22

**Today's** 5:4

**together** 57:23

**too** 39:19 69:15 95:8

**took** 27:19

**tools** 74:17

**top** 39:23 62:23 65:13,23 66:7 75:19 79:3 83:6

**topic** 57:23 73:5

**topics** 41:8

**total** 39:3

**transfeminine** 43:25 44:1,8,18 45:6,12,23 46:12 47:1,17,24 48:4 50:6,13 52:21 54:12

**transgender** 7:4 18:16,18 21:13, 14 22:13 30:17 43:11,13 49:23 53:24 54:2 64:9 65:10 67:5,17 82:8,24 85:3,19 86:11 87:4,12 88:8 96:24

**transition** 36:12

**transitional** 36:12

**transmasculine** 24:8 43:23

**transsexual** 71:5 89:18,23

**transsexualism** 89:24

**transwomen** 58:11

**trauma** 17:7 52:5 53:6

**Traumatic** 21:10

**travel** 87:16,17 88:2,6,20

**treasurer** 98:19

**treat** 44:20 102:22

**treated** 84:7 94:11 102:14

**treating** 8:7 44:5

Index: treatment..visual

**treatment** 8:3,14 20:14 45:4 46:5,6,17,24 47:13,20 49:17 51:24 52:8 66:5,6 75:7 89:24 101:1 102:5,7,11,21 103:13,15,19

**Treatments** 42:17

**trial** 39:24 105:7

**true** 8:16 22:12 49:16 50:6 71:25 94:4

**truly** 67:20

**trunk** 55:7

**trying** 89:19 105:1

**tumor** 53:6,25

**Twenty-six** 72:19

**two** 15:17 23:24 24:13 31:20 60:12 74:25 80:22 84:9 85:25 88:14 102:25

**two-year** 15:18,20

**typ-** 23:5

**type** 8:22 95:5

**types** 14:23 92:4,8

**typi-** 84:11

**typical** 12:6 48:11

**typically** 7:24 10:4 12:16 13:1,11 14:2,25 16:24 19:18,24 23:7,12, 23 24:20,25 25:16 28:11 32:16 44:25 45:18 48:11,13,14,23 49:11 54:4 90:12 104:21,22,23

**typos** 105:20

**U**

**Uh** 78:10

**Uh-huh** 58:7 67:14 92:2

**ultimate** 54:23

**ultimately** 26:2

**unaware** 100:5 101:19

**uncertain** 68:15

**unclear** 68:13

**uncommon** 20:3 25:4 60:13 69:20 85:4 88:5,17,20 90:15

**uncommonly** 16:1

**under** 6:16 21:6 67:12 89:25 94:8 103:25

**under-** 30:19

**undergo** 10:9,10 20:6 21:23 25:3 49:24 51:11 75:7 79:5 102:9

**undergoes** 21:8 47:10

**undergoing** 12:15 14:20 46:4 71:5 85:19,20

**undergone** 18:1 27:4,6 66:7,8 85:8 96:25

**underlying** 31:18 97:23

**understand** 6:17,25 13:15 46:9

**understanding** 13:14 15:6 45:22 47:15 48:20 53:14 71:24 91:9

**understood** 6:20 40:21 42:12

**Uniformity** 74:17

**unique** 74:8 76:15

**United** 5:8 38:24

**universe** 100:24

**unless** 10:9 17:25 21:24

**unlike** 19:14

**unrealistic** 68:20

**unrelated** 95:4

**unrestricted** 37:3

**until** 31:4

**unusual** 60:13

**up** 15:3 22:22 23:3 25:22 29:23 40:1 61:3 62:15 64:2 65:12 70:24, 25 77:2,24 79:10 95:3

**updated** 42:10

**upon** 12:23 14:5 15:12 20:20 22:16 24:9 27:12 42:3 45:10 52:22 53:11,12,23 54:14,17,24 88:18 100:13 102:14 103:5

**urban** 67:7

**urethra** 24:18

**Urethral** 81:9

**urinary** 11:4 79:13,14,16 83:23, 25 93:20

**urination** 25:18

**urine** 84:4

**urogynecologist** 25:1

**urologist** 18:13

**us** 42:19 48:13 88:2

**use** 7:9 12:16 47:18 48:24 49:11 62:2,12 73:7 101:4,6

**used** 24:4 42:4,6 47:20 54:19,21 55:4,6

**using** 53:18 57:18

**usually** 13:7 36:25 84:7

**utilized** 62:10

**V**

**vacuum** 46:2 102:25

**vaginal** 23:20 25:19 30:9 50:22 51:3,4,9 80:5 81:24 85:4,8,20 94:3 96:25

**vaginoplasty** 7:12 11:8,9 12:24 23:11 25:15,16 29:8 30:15,23 36:21,23 37:7 38:3 51:19,23 72:15 73:25 78:7,8,16 79:7 80:3,4 84:1 85:5 93:11 94:8 95:2,16

**valid** 89:25 105:2

**validated** 61:6,19 74:18 87:12

**validity** 67:24 105:12

**van** 82:9

**variety** 27:11 28:1 32:4 33:7 93:21 103:8

**various** 13:25 30:21 102:16

**vary** 46:16 85:15

**vascularized** 83:18

**version** 42:4 88:23 98:22

**very** 35:4 51:7 88:1 93:1 95:20

**via** 5:6,21

**video** 87:19

**videoconference** 5:6

**virtually** 61:16

**visit** 27:20 28:16

**visits** 15:21 26:6,20 87:19

**visual** 12:18

Index: vitae..with

**vitae** 42:11

**voiding** 79:6,9

**vs** 5:10

**vulvar** 50:21 79:6,17

**vulvoplasty** 50:13,20 51:8,11, 20,22 52:14

—— **W** ——

**W-** 102:8

**wait** 15:16 37:14

**waiting** 15:14

**waive** 105:21

**want** 16:17 26:11 33:18,22 34:3 36:10,11 38:5 57:11 65:10 75:1 78:6 85:23 91:2 98:8

**wanted** 54:10

**wants** 12:1

**was** 6:3 9:20 20:1,4 22:5,11 24:25 27:13,14 29:1,17,19,20 30:6 32:20 37:20 43:24 55:13 56:20 61:10,25 62:6 64:5,11 68:13 70:23 72:13 75:19 76:2 86:4 87:22,24 89:16 90:3,4,5 91:12,13,22 92:3 94:24 96:4,5,9, 17 97:10,19,20 98:20

**water** 49:1

**way** 51:21 55:3 58:20 71:17

**ways** 102:16

**we** 7:6,9 12:9,16 13:3,4 15:5,25 16:1,9 18:25 20:10 21:17 23:7,21 24:7,10 25:4 26:14 28:1 29:11,21 30:10,12 32:7,8,16,21 33:6,15,18, 22 34:3 36:1,9,11 37:19 38:4 42:19 50:16,18 51:16 52:3 53:2,4, 5 54:4 55:10,19 56:9 60:3 61:15 62:1 63:7 66:18 70:4,5,6,13 71:9, 10,11,14 73:12,14 74:5,23 75:1 77:12 79:1 80:10 86:14 87:2,8 88:22 90:2,13,16,18 92:19 93:8 95:15,19 96:3,6,12 97:14,25 98:11 102:24 103:6 105:5

**we'll** 15:24 56:18 62:20 86:5 106:1,3

**we're** 6:23 12:24 17:16 25:13 46:11 52:5,6 53:3 54:17 74:25

89:4 98:14,15

**we've** 7:16 14:1 35:2 50:24 51:14 53:4 55:9 76:14 92:24 97:5,11,21 105:7,8

**webinar** 30:19,22 31:2

**week** 23:7

**weeks** 23:8,9,18,22 32:18 36:25 62:25

**Weigert** 69:2

**well** 6:8 8:5 9:12 10:9,15 11:17 15:1 19:6,14 20:10 23:4 24:12 26:14 29:24 32:1,10 36:9 41:2,11 43:17,24 44:10,22 47:18 48:25 50:15,20 51:21 53:18 55:6 61:10 63:4,7 68:4,7 70:1 72:25 76:7 88:14 91:12 104:19 106:3

**well-being** 26:10 28:4 67:5 71:4

**went** 93:20

**were** 19:16 20:21 22:10 23:4 29:4 31:8 32:22 36:6 41:24 57:2 58:17 59:1 60:13 62:10 69:14,15,17 72:20 76:11 77:2 85:15 89:20 96:13 97:12,17 104:12

**weren't** 90:10

**what** 7:14 11:14,23 12:1 14:9 16:21 20:11,14,15 24:11 25:7,22 27:3,9,12 28:14 29:6 30:12,13 34:12 35:18 36:22 37:19,22 38:17 39:18 43:3 44:16 45:11 47:15 48:2,6,19,22 51:21 52:24 54:4,16 55:17 56:17 57:13 59:17 62:20 68:15 70:22 75:7 79:9,17 82:1 87:6 93:18 95:7 97:19 98:9,24 99:11 101:18 105:20

**what's** 31:12 48:25 49:24 64:7 68:25 72:7 77:21 86:9 89:8 91:18

**whatever** 84:21

**when** 7:6 11:2 15:18,20 18:4 19:4 26:11 29:9 31:13 44:12 46:11 47:18 54:11 57:21 58:17 60:3 81:23,24 90:8

**where** 10:13,17 11:13 13:12 19:15 20:2,5,13 26:25 27:1 30:3, 20 53:7 57:22 61:5 66:18 68:12 87:17 89:19,20 91:3 94:5

**wherein** 62:10

**whether** 7:25 9:6 11:2 13:16 14:2

15:11 16:10 18:13 22:16 26:3 28:7 31:24 32:11 33:19 34:4,19, 21,24 38:8 48:16 50:1 52:5 53:15 58:15,16 71:25 82:24 85:19 96:24 97:19 103:17 105:1

**which** 8:18 10:18 12:25 14:19 15:5 18:17 21:25 22:25 24:5,17 25:21 31:14 34:17 41:13,15,17 42:7 46:20 50:20 53:19,23 54:6, 20,22 55:14,22,24 56:7 66:9 70:13,19 73:10 75:14 76:16 84:4 88:15 91:5 102:18 103:13

**while** 50:9 58:25 62:1 68:6

**white** 67:6

**who** 7:17,23 8:17,19 10:16,23 11:25 13:25 16:4,9,13,22 17:9,20 18:16 19:18 20:4 23:2 24:1,21 25:6 28:6,11,18,21 30:4,11,14 31:15,20 32:3,19 33:15 34:15 46:3,4,18,22 47:10,11,12,24 48:11 49:23 51:8 53:6 64:11 66:6, 8 68:16 69:21 77:1 80:22 97:17 100:21 101:23,25

**who's** 27:8 47:5 48:4 51:5

**who've** 85:8 96:25

**whole** 70:9 71:11,12

**whose** 16:22 18:10 47:12

**why** 19:13 21:8 33:7,9 34:23 36:7 50:18 54:17 61:23 88:10,11,12

**widely** 85:15

**widespread** 39:19 100:16

**will** 5:13 8:19 17:22 30:21 33:24 37:22 40:14 45:24 48:7 63:7 85:5, 9 102:16 105:24

**with** 5:14,15 6:8 7:14,22,24 8:8, 14,15,20 9:2 10:4,8,11 12:8,25 13:4,7,11,22,25 14:3,23 15:22 16:19,23 17:20 18:9,11,12 19:7, 23 20:21,23 22:22 23:3,18,20 24:18 25:20 26:9 27:16 29:21 30:10 32:7,8,9,10,21 33:25 34:9, 18 35:5 37:8,20 39:22,24 40:3 41:7,11,12 42:15 44:19 45:13 46:15,19 47:4 49:7,8,25 50:9 51:13,24 52:3 55:17 56:15 57:16 58:13,24 61:8,17 63:11,14,17 64:4,10,15,24 65:14,16 66:12 67:11,21 68:4,7,20,23 69:6,20 70:13 71:1,24 72:5,10,24 73:3,10,

15,20 74:3,12,15,22 75:11 76:9,
11,21 77:3,9,12,15,19 78:5,13,18,
19,22 79:2,12,22,23,25 80:1,4,20,
21 81:6,10,12,21 82:12 84:2,7,15,
20 85:13 87:4,14,20 88:3,9 89:7,
14 91:23 92:15 93:10,12,22 94:1,
12,17 96:3,10,18,24 98:11,13
99:2,8,18,20 100:1,10,19,22
102:1,4,13 103:11,16 104:2

**within** 9:17 29:13 32:17 101:12,
14

**without** 10:11 18:5 50:22 54:25
63:20 101:8,16,20

**witness** 6:2 22:3 40:3,9 43:7
55:12 79:2 84:15 85:25 86:3,5
97:9 104:8 105:24

**witnesses** 91:11

**woman** 19:21 20:6,21 21:6,8
47:17 48:1,6 53:24 54:1,25 55:6

**woman's** 45:15

**women** 20:2,9 43:11,21 47:2
52:25 53:14 54:2,12 82:8 85:2,3,
4,18 96:24 103:8

**words** 20:16 45:14 102:8,11
103:24

**work** 7:16,22,24 13:1,7 14:2
19:23 23:18,20 25:22 26:1 32:9
35:4 37:6 50:9 68:4 99:25

**worker** 13:7 14:4 25:23

**working** 18:11,12 29:21 37:20
93:12

**would** 8:16 9:7 10:14,18,20
11:14,17 12:1,7,9,17,20,24,25
13:3,4,7,22,24 15:5,23 16:12 17:8
18:2,4,18 19:10,11,15,17,18,24
20:2,22 21:5,23 22:12,14,15,18
23:5,7,12,17,21 24:7,8,10,14,20,
23 25:1,2,4,5,16 27:12,15 29:11,
16 30:19 31:19 32:6,8,9 33:4,5,10
34:16,17 35:7 36:18,20,24 38:6,
14,15,18,20 39:4 40:18 41:4
42:24 43:1,10 44:2,4 45:9,11,16,
17,25 47:3,10 48:9,17,20,23
49:19 52:22 53:8,9,10,11,12,23
54:4,6,14,17,23 55:1,3 56:2,5,7
57:15 59:13,15 60:7,11,12,15,18,
22 61:15,17 63:21 64:21 69:23
71:14,18,20 75:1,7 77:3,4,7,14
79:24 80:2 81:3,5,6,13 82:18
83:20 84:3 85:2,18 87:8,17 88:19

92:17,23 95:24 96:6,9,22 97:9
99:18 100:13 101:4 102:14 103:2,
12,14,18 104:1,2,3

**wouldn't** 10:19 11:7,9 24:21 25:4
35:9 37:7 46:10,23 57:20 60:6,9,
23 78:21

**wound** 94:10

**WPATH** 98:18,20,23 99:4,6,13
100:25 101:17 102:5,7 104:1

**WPATH's** 99:23 100:3,6,17
101:8 102:12

**write** 42:1 58:8 59:4 62:24 67:2
69:11 73:23 76:8,23 78:15 79:4
80:16 81:9,18 82:4 83:7,24 84:16
85:14 87:11 94:24 96:16

**writing** 41:21

**written** 12:17,19 41:8 61:25
92:16

---

## Y

**yeah** 12:3 39:17 44:2 59:21 61:3
62:16 65:20 69:22 83:15 86:2
87:23 89:21 95:11 98:3,25 101:14

**year** 23:23 29:12,14 31:8 35:12,
24 39:10 63:1,16,18

**years** 15:17 23:24 24:10 76:6
77:8 84:9 92:19

**yep** 43:14 57:7 65:25 84:11 86:2

**yes** 6:18 7:2 12:5 15:16 16:6,14,
16,20 19:25 28:10 29:5,16 31:10
34:11 37:17,19 38:18 39:14 42:3,
18 48:4 50:18 56:23,25 58:4 59:3
60:19 62:8 64:21 65:2,6 67:16
69:10 72:12,16 75:16 78:1 80:13
83:5,22 84:19 86:17 89:15 90:1
91:1 94:6 98:2,7 99:3,15 100:12
105:5

**yet** 8:18 70:9,21

**you** 5:14,24 6:6,7,16,19,20 7:3
8:2,13,21 10:23,25 11:7 13:16,20
14:7,13,21,22,23 15:6,20,21 16:3,
12,15,21 17:1,11,12,21 18:4,20
19:6,7,9,10,21 20:22 22:10,20,22
23:3 24:2,3,4,23 26:11,12,19,22
27:8,10,18,24 28:7,14,15,23 29:6,
9,18 31:7,8 32:13,14 33:2,9,10
34:8,14 35:22 36:6 37:13,19 39:1,

4,9,11,15,18 40:1,5,12,17,19,25
41:13,21 42:1,4,7,13,16,21 43:5,
6,18 44:12,21 45:22 46:10 47:23
48:1,3,4,20 53:14,19 54:10,11,18
55:12,14,15 56:2,13,17,19,22,23
57:3,11,21 58:3,4,13,19,22 59:1,
13 60:10 61:1,3,8,19 62:5,9,15,
18,20,21 63:3,5,17,21 64:7,10,11,
13,18,20,25 65:3,7,12,17,18,19,
20,23,24 66:1,2,10,13 67:7,9,21
68:1,9,15,25 69:1,2,7,9,18 70:16,
23 71:2,18 72:7,8,9,10,11,17,18,
22,24 73:18,22 74:3,13,21 75:1,
13,14 76:7,11,19 77:4,17,21,22
78:7,11,19 79:3,7,10,20,23 80:7,
14,19,25 81:21 82:3 83:2,10,21
84:2,14 85:5,23,25 86:9,12,14,25
87:1,3,14,23 89:3,8,12,20 90:2,8,
22 91:2,18,23 92:5,11,15 93:14,
20,24 94:5,13,17,18 95:5,7,8
96:10 97:3,16,22 98:1,4,6,23,25
99:14 100:15 101:9,12,18 104:7,
8,11,12,14,18 105:4,5,17,18,20
106:4,5

**you'd** 65:21 85:11

**you're** 6:16,25 7:1 8:7 11:14 12:3
16:18 21:7 41:2 53:18 57:18
89:14,19,20 94:5 99:16 100:5,8,
12

**you've** 6:10 16:12 22:22 24:3
29:13 32:13,23 35:11,23 38:22
47:23 63:4 105:18

**your** 7:14 9:8 10:25 13:19 14:6,
22,23 15:8 24:23 27:18 28:14,15
29:1,20 31:17,24 32:25 34:8 40:6,
8,22 41:1 45:22 53:10 54:10 58:5
59:22 61:4 62:22 64:18 68:2,9
69:4 72:9 75:13,15 77:23 80:8
81:12 83:3,19,21 85:17 86:22
90:23 91:8,22 94:4 95:6,25 96:21
97:3,6 98:18,23 99:1 100:15
105:23

---

## Z

**Zoom** 5:6,21