1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF INDIANA
2                 EVANSVILLE DIVISION

3

4

AUTUMN CORDELLIONÉ, also     )
5 known as JONATHAN            )
RICHARDSON,                )
6                         )
          Plaintiff,     )   CASE NO.
7                         )   3:23-cv-00135-RLY-CSW
    -v-                  )
8                         )
COMMISSIONER, INDIANA       )
9 DEPARTMENT OF CORRECTION,    )
in her official capacity,   )
10                         )
          Defendant.     )
11

12

13               Job No. 188143

14

15      I, RANDI ETTNER, PhD, state that I have read the
foregoing transcript of the testimony given by me at
16 my deposition on February 12, 2024, and that said
transcript constitutes a true and correct record of
17 the testimony given by me at said deposition except as
I have so indicated on the errata sheets provided
18 herein.

19

20           _____
          RANDI ETTNER, PhD
21

22

23       STEWART RICHARDSON & ASSOCIATES
      Registered Professional Reporters
24       One Indiana Square, Suite 2425
        Indianapolis, IN 46204
25           (800) 869-0873

```
1   STATE OF INDIANA          )
                              ) SS:
2   COUNTY OF MARION          )

3

4        I, Marlana M. Haig, RPR, CRI, a Notary Public in

5   and for said county and state, do hereby certify that

6   the deponent herein, was by me first duly sworn to

7   tell the truth, the whole truth, and nothing but the

8   truth in the aforementioned matter;

9        That the foregoing deposition was taken on behalf

10  of the Defendant; that said deposition was taken at

11  the time and place heretofore mentioned between 9:31

12  a.m. and 1:40 p.m.;

13       That said deposition was taken down in stenograph

14  notes and afterwards reduced to typewriting under my

15  direction; and that the typewritten transcript is a

16  true record of the testimony given by said deponent;

17       And thereafter presented to said witness for

18  signature; that this certificate does not purport to

19  acknowledge or verify the signature hereto of the

20  deponent.

21       I do further certify that I am a disinterested

22  person in this cause of action; that I am not a

23  relative of the attorneys for any of the parties.

24       IN WITNESS WHEREOF, I have hereunto set my hand

25  and affixed my notarial seal this 21st day of
```

1   February, 2024.

2

3

4

5

6



7   County of Marion

8

    My Commission Expires:

9   September 13, 2026

10

    Job No. 188143

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Index: 1..94

**Exhibits**

**Randi Ettner Ex 37** 3:5 19:5

**Randi Ettner Ex 38** 3:6 38:1

**Randi Ettner Ex 45** 3:7 16:20 17:1,2,10,17 33:15 35:18 65:13 84:20

**Randi Ettner Ex 64** 3:8 7:5,10 16:8,9,10,17 17:19 18:19 25:2

**Randi Ettner Ex 65** 3:9 28:17, 18 30:6,24,25

**Randi Ettner Ex 67** 3:10 41:18, 23 43:20

**Randi Ettner Ex 68** 3:11 47:13 48:9

---
**1**
---

**1** 22:7,12 46:7 48:9 50:10,12 53:2

**1,567** 12:12 97:18

**1,661** 31:5

**10** 14:1,22 15:14,22 20:2 22:12 27:5 36:5 37:3,7 51:9,11,21 65:12 81:21 83:11 96:21 97:12 98:2,3

**12** 4:4 43:10,23 57:5

**13** 34:5,16,17 36:5 37:3,8 38:22, 24 57:5

**18** 20:8

**19.1-fold** 19:10

**1979** 10:11

**1981** 36:14

**1:40** 99:1

---
**2**
---

**2** 7:16,17,20,22,23 22:8 50:11

**2.5** 19:12

**2.8** 20:6

**20** 14:21 15:12,13 81:6,10,11 83:11,13,14

**2000** 52:14,25 53:9

**2001** 42:17 43:13 44:21

**2005** 13:22,25 14:16 16:4

**2007** 40:6

**2008** 13:23

**2009** 16:6,14

**2011** 18:21 19:3

**2012** 54:11,13

**2014** 8:16 13:21 34:9 36:7

**2015** 6:12 10:11 13:22

**2016** 7:25 22:24

**2017** 19:17

**2020** 85:9

**2021** 38:7

**2022** 6:8

**2023** 72:11

**2024** 4:4

**22** 66:24 86:4,7

**23** 86:4

**23rd** 72:11

**2425** 4:3

**25** 81:10,11 84:20,25 90:6,8

**29** 36:21

**29.8** 14:21 15:13

---
**3**
---

**30** 8:16

**30th** 7:25

**32** 14:15

**33** 9:25 10:4,8,10,16 11:8,14 18:5

**37** 19:5

**38** 38:1

**3:23-cv-00135-rly-csw** 4:9

---
**4**
---

**4** 42:5,7,25 43:20 86:16,25

**40** 34:25

**45** 16:20 17:1,2,10,17 33:15 35:18 65:13 84:20

**46** 10:13

**47** 16:21 17:11 18:19,20 19:6

**48** 21:11 23:9,22

**49** 26:18

---
**5**
---

**50** 83:6,10,14

**500,000** 12:6

**51** 39:8,14

**54** 25:2,20

**55** 25:20 26:3 27:18

**56** 34:19

---
**6**
---

**64** 7:5,10 14:15 15:21 16:8,10,17 17:19 18:19 25:2

**65** 8:13 13:9 28:17,18 29:2 30:6, 25 42:14,16 44:24 45:2,6,10

**67** 14:21 15:13 41:18,23 43:17,20 44:19,20 45:15

**68** 42:14 45:2 47:13 48:9

**69** 15:12

---
**7**
---

**7** 8:25 43:17 44:16,18

**70s** 21:5

---
**8**
---

**8** 9:15,16 29:2 35:9

**80s** 21:5

**87** 57:17,22

---
**9**
---

**9** 33:17 34:1,5 51:9,11,21,24 54:2

**90** 15:21 16:9 17:19 81:20 97:13

**93** 34:20

**94** 12:13 97:17,18

**96** 34:14 35:5

**97** 35:5

**97,000** 35:5

**9:31** 4:4

――――――――――――

**A**

――――――――――――

**a.m.** 4:5

**ability** 27:21 53:1 57:16 78:15 80:13

**able** 48:8 58:25

**about** 7:2,8 12:16 21:3 25:3,14, 16 30:21,23 31:15 32:24 33:18 36:4,6,11,20 39:4,18 41:7,9,10,19 43:17 44:7,11 46:13,14,21,22 48:5 51:1,3,4 54:6,16,18,24 56:16,18 58:16 60:22 61:24 63:14,15 64:22 69:14,19 72:1,18 73:12,14 80:9 83:20 86:9 87:9,10, 12,13 88:2,4 89:25 91:17 95:13, 14 96:20,25 97:12 98:12

**above** 12:18,24 21:16

**absence** 22:15

**abstract** 47:6

**accept** 14:11

**accepted** 54:23 56:25

**accepting** 47:5

**access** 8:14 93:1 94:3

**accommodations** 83:17

**accompany** 49:16

**accomplish** 64:14

**accordance** 19:20 32:10 64:2

**according** 4:24 26:17 77:12

**account** 48:13

**accoutrements** 71:2

**accumulation** 35:8

**accurate** 31:11 71:9 79:21 86:1

**ACLU** 4:16

**act** 61:20 70:3

**actual** 52:15 86:10

**actually** 66:13 83:4 88:13 89:2,8

**add** 14:11

**added** 60:19

**additional** 23:9,12,14 24:9 35:7 94:10,14

**additionally** 34:12 53:16 68:25 72:25

**addressed** 68:22

**addresses** 46:20

**addressing** 42:9 43:1,25 84:1

**adequate** 32:17 94:5,8

**adequately** 95:3

**adjustment** 20:7

**administer** 71:19

**administered** 73:1

**administration** 46:15

**admit** 73:9

**admitted** 73:24

**advanced** 53:19

**advances** 53:11

**advantage** 29:7,18 30:10

**advent** 53:19

**affect** 67:21 68:8,9 75:10 85:24

**affirmatively** 73:19

**after** 11:21 13:10,14,17 20:2,7 28:24 69:3 88:3,19 89:12

**again** 5:13 12:21 14:5 18:8 21:23 43:18 46:5 93:3,18

**against** 67:25

**age** 8:13 56:21 58:25 70:8 93:20

**agency** 94:4

**ago** 6:6 58:4

**agree** 8:22,24 9:9,12 10:7 11:24, 25 12:1,19 13:3,6 14:7 15:11 19:13,14 20:2,8,12,15,24 21:1,2, 7,22 22:3,5,16,22 23:1,2,5,9,12, 22 24:7 25:4,8,25 26:14 27:15 28:6,8 29:17,23 30:9,14 31:9 38:14 40:16,17 42:24 43:13,16 44:15 48:8 64:17 71:19 75:21 76:7 93:24 94:2

**agrees** 5:3 20:16,17 21:24 22:1,2

**ahead** 44:8

**ailment** 80:14

**al** 13:23

**albeit** 13:15

**Alex** 4:19 31:15 35:12

**aligning** 52:2

**all** 10:3,7,20 16:8 18:11 21:11 25:19,25 27:14 29:2 31:21 33:13 36:15,24 37:2,7,25 39:22 43:7,9, 15 47:12 51:13,24 53:16 54:22 57:25 59:7 61:6 67:15 69:14 73:16 74:7 75:11 82:19,21 83:15 85:4 86:7 90:17 95:8,16,19,22

**alleles** 53:17

**alleviate** 66:21

**allow** 63:6

**allowed** 53:20

**allows** 62:15

**Almazan** 30:1,3 38:2

**almost** 88:22

**alone** 63:4 95:2

**along** 4:17 28:12 36:1

**already** 24:2,3

**also** 4:6,21 53:3 54:8 57:2 75:10, 13 89:2 97:1

**alter** 52:10 56:10 65:7 67:23 73:12

**altering** 67:20

**although** 24:24 45:8 47:11,15

**always** 52:16,23 62:3 67:12 83:20 85:18 88:22 93:11

**am** 28:7 74:2

**AMA** 33:8

**American** 28:23 33:8,9

**Americans** 58:8

**among** 11:14 17:24 18:5 32:4 38:11 45:17

**amount** 75:22 76:2,8,14 78:6 88:22,23 89:16,20

**amplification** 38:19

**amputate** 70:12

**an** 4:1 8:19 14:13 18:7,21 21:15 25:17 28:7 31:15,18 35:7 36:13 41:9,23 42:16 46:18,25 47:3 48:24 52:2,9 55:5,20 57:3,22 60:15 63:12 65:6 67:18 72:1 74:24 75:21 76:7,14,17 78:8 83:11,12 84:15 87:18 89:19 92:1, 21,24 93:10,22 98:16

**analogy** 67:18

**analyses** 9:21

**analysis** 7:11 85:24

**anatomical** 18:14 70:19 78:6

**and** 4:14,25 5:2,3,7,23 6:2,18 7:2, 12,13 8:2,10,15,18,21 9:4,5,24 10:3,11,14,20,24 11:1,5,7,21 12:8,19,25 13:1,4,13,14,20,22,25 14:11,19 15:2,5,21,25 16:6,8,10 17:4,7,11,15 18:8,16 19:5,7,11, 15,16,21 20:14,24 21:3,4,5,9,19 22:5,8,17 23:20,23,25 24:5,16,20 25:5,8,12,15,19,23 26:3,4,25 27:4,14,24 28:1,10,12,13,17,20, 23 29:2,12,14,17,24,25 30:1,2,3, 4,15,18 31:6,8,11 32:16,17,25 33:2,5,10,11,13,22 34:11,14,25 35:1,2 36:12,15,17 37:16,18,19 38:11,18 39:3,7,18,21,23 40:6,10, 11,23 41:1,23,24 42:11,14,17,21 43:21,22,25 44:10 45:6,12,15,20, 21 46:9,11,13,25 47:7,8,24 48:4, 19 49:2,18,23 50:2,4,16,20 51:1, 19,20,21 52:3,10,15,16,19,20,24 53:2,3,14,17,22,25 54:5,9,11,13, 22,25 55:1,2,7,22,23 56:1,21,22, 25 57:1,5,6,7,8,13,22,23,25 58:16 59:1,2,3,6,15 60:1,13,14,17 61:3, 10,11,16,17,18,20,21,23,25 62:4, 6,15,21,22 63:1,3,13,16 64:12,15, 25 65:2,6,9,23 66:1,7 67:18 68:5, 18,25 69:4,7,8,12,17,22,23 70:3, 5,6,8,9 71:4,15 72:21,24 73:15, 16,21 74:4,9,10,19 75:1,6,10,19 76:16,23 77:4,5,11,19,23 78:4,7 80:5,6,7,12 81:11,25 82:1,12 83:3 84:13,17,18 85:8,15,24 86:4,11, 15,16 87:15,23,24 88:5,7,8,10,23, 25 89:3,7,17 90:10,12,17,21,22, 25 91:11,14 92:4,23,24 93:12,14 94:3,11,13,17,18,25 95:2,16,23 96:5,6,10,11,14,18,23 97:4,7,10, 11,16,21,22 98:23,24

**and/or** 70:1

**androgen** 47:24 68:12

**androgen-producing** 86:22

**androgens** 47:20 48:10,12 66:10

**Angiograms** 47:21

**another** 18:25 26:3 64:12 69:5 71:23 72:6

**answer** 5:23 23:16 30:7 47:11 61:4 76:5 82:13 97:12

**answered** 37:6 94:18

**answering** 45:19 94:19

**answers** 46:20

**antiandrogen** 66:11

**antiandrogenic** 60:16

**antiandrogens** 68:13

**anxiety** 29:8,19 30:11 40:10,23

**any** 4:14,25 6:4,13,16 23:14 24:22 32:2 41:10,14 45:9 46:24 47:23 48:1 49:3 50:20 51:16 54:15 57:1 58:13 73:13 76:20 79:13 84:7 85:11 87:21 88:2,3 90:13,19,25 91:2,17 92:6 98:9

**anybody** 76:13

**anyone** 72:14

**anything** 56:18 64:9 73:7,20 77:14,15,19 95:4,6 97:14

**anywhere** 55:9

**apart** 54:10 76:19 77:16,19 90:17 94:20

**apologize** 7:18 72:1 96:10

**apparent** 20:2 57:4 90:9

**appeals** 36:11

**appear** 58:7 60:1 71:1,11 91:5

**appearance** 70:16 78:12

**appearing** 65:23 69:17 75:6 92:19

**appears** 50:14 61:6

**appendectomy** 27:4

**appendix** 16:21

**applicable** 84:19

**applies** 13:7

**apply** 79:20,22,25

**appropriate** 10:8 65:6 76:2 81:8 83:25

**approved** 71:24 72:6

**Approximately** 5:18

**are** 5:11,19 11:14,24 12:6 13:9 19:3 20:16 22:8 23:21 24:9,13,18, 19,25 25:25 26:19,25 27:5 28:9, 10,11,20 29:5 30:8,20,23 32:15, 16,17,24 33:14 34:11,12,22 35:8, 10 37:17 38:11 39:8,18,22,25 40:2,23,24 41:6 42:3,21 43:10 47:18 48:7 49:16,17,24 51:9,13 52:11 54:7,19 56:5,6,10,11,24,25 57:5,6 58:25 60:16,17 61:13,23, 24,25 62:3,22,23,24 64:3,6,24 65:5,10 66:2,3,9 67:11,20 69:5 70:6,7 71:16 73:6,8,9,24 74:22 77:7 78:17,20 79:4,7,10,14 80:16 84:13,17 85:15 86:11 87:2,22 88:6,16,21,25 89:4,18 93:16,21 94:2 96:13,21 97:4,6,9

**area** 48:3,15 53:6 54:14 55:7 57:7 64:7 71:18

**areas** 53:10 79:4,13,20

**around** 52:13 70:19 78:3,6 89:6

**artery** 47:19,24 48:9,14

**article** 13:25 14:4 16:18 18:8,21 28:20 29:23,24 30:15 31:7 40:19, 21 41:1,9,13,23 42:3,17,21,22,24 43:4 44:12,22 45:20,21 46:6,10, 16,19,21 47:6,7,18

**articles** 33:22 36:5,6 37:2,7 39:22,23,24,25 41:2,5,6 42:9,25 43:25 44:15

**as** 4:7 5:6,7 7:5 9:10,16 10:4,8 11:8 13:21 14:20 15:12 16:19 18:5,25 19:5,12,17,23 20:23 21:8, 16,24 22:5,12 23:19,20 25:13 28:17 30:17 34:13,24 36:16,21 37:1,5 38:1 39:8 41:2,23 45:2 47:13 49:9 52:17 54:7 56:7,13,25 57:5,6,13,14,16 58:17,22,23 59:1, 15 60:1 65:23 67:3,4 68:15,16 69:17 70:4,24 71:1 73:17,22 75:6 79:20 80:1 81:8 84:5 86:19 87:3 88:1 89:7 91:5,20 92:19 93:5,25 96:6 97:8 98:24,25

**ask** 10:14 14:7 20:15,18,20 21:23 25:1,3 44:14 49:6,10 69:14 76:1 85:11 88:16

**asked** 9:9 81:7,17 94:18 96:4,23

**asking** 9:4 20:16 37:22 44:20,21 46:21

**aspect** 23:3,8 73:22

**aspects** 50:18 83:15

**aspirin** 22:15

**assaulted** 92:23

**assess** 23:23

**assessed** 13:13

**assessing** 84:11

**assessment** 10:11 11:4 13:11 21:15

**assigned** 55:23 58:6 60:10 62:2

**associate** 4:2

**associated** 80:16

**Associates** 4:2

**Association** 33:8,9,10

**associations** 33:7

**assume** 5:23 45:8

**assumes** 69:10

**assuming** 58:15

**at** 9:12 10:4,8 13:10 14:1 15:3,21 16:3,8,21 17:19 18:11,20 19:6 23:15 25:19 27:24 29:12 33:17 34:5,14 36:16 37:3,7,23 38:7,22, 24 39:13 43:21,23 44:14,18 46:12 51:9,24 53:7 54:25 55:23 57:5 58:6 59:16,25 60:25 65:12 66:24 70:21 71:23 72:6 74:7 78:5 79:8 80:12 84:5,20 85:12,18 86:18 88:5,24 89:7 95:10,23 96:3 97:15 99:1

**attached** 98:18

**attained** 70:15

**attains** 65:22 69:16

**attempt** 31:3,7 47:8 85:13,19 86:16 87:4,6,10,14,18 88:11,18 90:4 93:12

**attempted** 20:10 29:14 87:23,24

**attempting** 66:20 94:25

**attempts** 29:10,21 30:13 77:23 85:15,20 86:10,18 87:3 88:5,16, 21 89:4,23 90:1 95:10

**attendant** 49:13,15

**attenuated** 95:3

**attenuating** 69:9

**attorney** 4:20,22

**attorneys** 96:5

**attribute** 25:17

**attributed** 29:13

**attributes** 25:21,25

**August** 7:25

**authentic** 59:4

**author** 18:21 42:1 43:18

**author's** 38:10 39:14 42:25 43:16

**authority** 50:20

**authors** 6:10 29:13,14 30:15 39:24 40:17 42:9 44:16 45:15

**auto-castration** 86:10 95:10

**auto-penectomy** 86:10 95:10

**Autumn** 4:6

**available** 32:16 37:18,19 58:12

**avoid** 27:12,15

**aware** 28:23 29:5,11 41:6 58:8 73:24 74:2 79:4,7,10 97:6

**away** 88:25

---

**B**

---

**back** 17:18,19 32:1 43:20 59:12 69:3,11 81:3 83:3 95:22

**band** 87:22 89:6

**barrage** 23:2 53:24

**based** 10:17 12:5,7,14 21:2,15 30:22 32:15,24,25 36:14 43:15 49:21 60:17 61:5 70:16 73:18 76:25 77:2,5 85:8 90:18 94:14 95:16 96:14 97:20

**basically** 30:14 44:13 69:6 74:24

**basis** 8:20 14:13

**be** 8:19,20 10:14 12:4 13:7 18:4 19:23 21:21,24 22:10 23:24 28:25 36:12 40:22 44:9 46:5 47:15 48:15 50:16 54:4,20 56:9 60:20 61:1 64:6,22 67:8,9 68:15 70:1,5 71:11 73:9 74:2 75:7,8 78:25 82:15 86:18 88:15 89:5,10,22 90:3 92:18,20,22,24,25 98:10

**became** 20:2 58:8

**because** 8:10,22 10:9 19:1 22:7 30:21 44:3 46:8 52:8 53:2 55:4 57:18,25 58:2 66:20 67:25 68:21 73:9 74:10 78:4 93:5 94:12,17 96:10 98:25

**become** 57:4 59:3

**becomes** 88:24

**Bedford** 6:21

**been** 5:6,16,17 7:5 8:15 19:5,16 21:4 24:2,3,12,14,16,19 28:16 31:15,17 38:1 41:22 47:13 52:13, 16,21 61:15 65:5,8 66:25 70:2 72:22 73:4,17 76:15,24 81:7 82:18,19,21 84:12,14 90:10 94:18

**before** 5:16,17 13:14 22:12 50:15 62:8 85:21

**beginning** 46:6 96:3

**behalf** 82:4,9,25

**behavior** 77:21 86:20

**behind** 47:8

**being** 4:12 23:7,18,21 75:2 78:8 79:6 91:23

**believe** 6:5,19 34:14,16 35:7 38:25 44:20 64:14 71:6 85:14

**belong** 70:23

**belonging** 49:8

**below** 10:22

**beneficial** 34:21

**beneficiaries** 9:8 21:19

**benefit** 21:20 32:18 38:19 41:3

**benefits** 22:17 38:13,15

**Benjamin** 50:23

**best** 13:12 32:15 42:18

**better** 10:14 30:4 35:16 49:10 68:3,22 90:14

**between** 24:8 25:11 47:24 50:4 55:22 68:4

**beyond** 32:14,22 48:15

**bias** 25:16,17 27:12,16,21

**biased** 41:15

**biasses** 26:5,14

**bibliography** 16:9,12,16,19 17:8,15,17,24 44:22

**biologic** 54:16

**biological** 49:22 52:24 53:25 54:18 59:17

**biologically** 48:21,22 49:20 59:20 60:21 61:1,5

**bipolar** 91:22

**birth** 55:23 58:6 68:19

**bit** 15:2 34:2 55:6 64:20

**blood** 87:18 88:23,24 89:16,20

**board** 36:11

**bodily** 70:15

**body** 55:22,25 56:2 60:6 65:21, 22 66:4 67:22 69:3,11,16

**borderline** 91:8

**born** 56:24

**both** 63:20 98:17

**bottom** 14:19 33:17 51:24 86:7

**box** 38:7 40:8

**boys** 57:7

**Bradley** 4:21

**Bradley's** 51:20

**brain** 53:5,6,10 55:7 59:3 67:21 70:4 91:21

**brain-based** 52:9

**brains** 52:15,25 53:1,3,13 54:25

**break** 31:16,19,20 59:6 80:18

**breast** 70:25

**brief** 6:9 46:12

**briefly** 44:4

**brilliant** 57:20

**bring** 14:6 56:1

**broad** 48:20

**broke** 39:11 94:7

**Brown** 88:7

**Bränström** 28:17,20 30:14

**Bränström's** 31:3

**BSTC** 53:6

**buffering** 38:4 43:7

**built** 73:1

**bullet** 25:19,22 26:3,6,14

**bulletin** 26:19

**but** 12:18,24 14:3 17:8,24 19:10 23:14 24:18 27:3 28:8 29:23 30:17 31:9,17 34:23 35:21,23 39:1 44:24 45:10 46:19 48:5,24 49:12 53:20 54:21 55:3 56:8,10, 13,24 57:24 58:11,15,23 59:20,22 60:2,6,9,10,22 61:24 62:25 64:8, 9,18 67:8,15,19 68:1,9,15 69:6 71:3,19 72:23 73:7,13 75:10,13 76:2 80:4,16 84:16 88:16 89:11, 25 92:19 93:10,24 94:18 95:6 96:19 97:9

**buttressed** 35:11

**by** 5:6,10 8:6 18:21 27:25 29:25 31:25 36:3,7 40:9 44:9 47:9,21 49:4,15 52:2 59:11 66:21 69:25 75:25 77:22 81:2 86:21 87:2 96:2, 4,22,24 97:14,22

---

**C**

**Caitlyn** 93:21

**called** 5:6 42:17 47:19 57:2

**can** 4:23 11:25 12:4 17:11 20:20 21:21 23:17 26:5,15,17 27:12 32:6 34:2,4 47:8,11 49:17 50:9,10 55:16 56:10,20 57:12 58:24 60:9, 14 61:1,8,9 63:12,17,19,25 64:14, 21 66:8 67:19 68:12 71:1,3,14 74:2 75:25 76:5 78:25 82:24 89:2, 5,7 92:20,24,25 94:18 98:11

**can't** 26:22 30:17 41:12 70:10 73:21 84:24 91:2

**candidate** 65:10 77:6 92:2

**cannot** 20:22 21:7 26:21 52:7,10 71:3 78:25

**capable** 91:23

**carceral** 86:8 92:19 93:12

**cardiac** 48:4

**cardiovascular** 19:11

**care** 19:20,21 33:14 35:9,11 85:5 94:3 97:1

**careful** 13:10 15:25

**carefully** 44:12

**Carlisle** 4:19 5:4,10 20:20 30:24 31:19,21,25 35:15,18,24 36:2,3 37:24 51:18 59:7,11 72:2 80:18, 22,25 81:2 95:20,22 96:24 98:6, 14,19

**Casablanca** 62:8

**case** 4:6 5:14 6:17,23 9:19 17:4 19:6 24:23 28:2,4,5,10 33:16 39:25 40:3 42:5 61:23 69:13 92:22

**case-by-case** 8:20 14:13

**cases** 61:22 82:2,18 89:8

**castration** 44:6

**catch** 23:6

**category** 49:8 56:4

**causal** 25:11

**cause** 4:8 20:23 21:8 24:5 91:2

**caused** 44:9

**causes** 56:22 89:3 90:9 91:1

**cavity** 69:3,11

**Cecilia** 18:23,25

**cell** 93:4

**center** 34:9

**cerebral** 55:7

**certain** 14:25 16:18 24:17 25:13, 20 43:18 44:2 46:8,9,18 49:8 61:12 67:15 73:8 96:12,13

**certainly** 22:24 73:21 75:25

**cetera** 73:3

Index: challenging..consider

**challenging** 48:11 93:11

**change** 40:9 52:2,7 55:11,13,15, 17,19 59:18 68:14 71:3 72:5,8

**changed** 83:22

**changes** 13:16 14:9 59:3,18

**characteristic** 48:25

**characteristics** 50:16 52:3 69:23,24 70:2 71:4 77:25 78:7 95:12,15

**characterize** 23:16 76:3

**characterizing** 87:2

**chemical** 59:2 66:17 67:17 68:11 69:8

**chemically** 66:17 67:10,13

**child** 52:20

**childrearing** 52:20

**children** 57:5,18 61:23,24

**choice** 48:25

**Christine** 58:6

**circulating** 67:3

**circumstances** 56:21 88:2

**citation** 17:20 18:11 45:4

**cite** 16:3,10 17:11 33:23 36:5 37:3,7 38:25 39:8 42:14 43:13,23 44:24

**cited** 13:25 17:23 38:23 41:2,5 43:15 44:16,17

**cites** 21:6 43:22

**citing** 14:4

**claim** 39:9,15

**claimed** 89:10

**clarification** 12:11 60:5

**clarified** 21:24

**clarify** 20:18 23:17

**class-action** 82:11

**clear** 96:9

**click** 40:5,8

**client** 75:1 98:12

**clients** 61:14

**climate** 93:8

**clinical** 8:10,23 12:8,14,15 21:16 25:5 32:16 33:2 97:21

**clinically** 13:16 14:9 78:14,21 79:2,18

**Closer** 83:11,13

**CMS** 8:6,7,10,22 9:16,24 10:3,7, 20,25 11:8,14 12:16 13:20 14:8 16:17 17:18,23 18:4,9,16 19:6,25 20:5,22 21:15 22:19 23:9 25:20 26:4 27:18 28:6 36:7

**CMS's** 23:22 25:8

**Cochrane** 12:9 97:15

**cognitive** 92:1

**cohort** 8:24 13:6,8 28:1

**collaborate** 55:5

**colleague** 4:17 18:23

**collect** 53:3

**Collectively** 11:10

**College** 26:18 33:9

**combine** 53:22

**come** 54:13 64:21 93:12

**comes** 26:20 40:8

**comfort** 64:16

**comfortable** 60:14 63:16 64:13 93:3

**commissary** 93:2

**Commission** 33:12

**Commissioner** 4:7,21

**common** 19:23 57:7 87:22

**communities** 94:2

**community** 32:4 33:6 45:18 46:2 54:15 79:21,23 93:17,25

**comorbidities** 91:18

**compared** 19:8

**comparison** 11:2 29:22

**comparisons** 24:8

**completed** 19:9 85:16

**completely** 66:13 67:16,23 78:4

**complications** 92:4

**component** 49:3,4 73:1

**compound** 45:22

**computer** 53:20

**concern** 41:14,16 74:17

**concerned** 87:2

**concerning** 96:24

**conclude** 9:6

**concluded** 9:25 36:15 99:1

**concludes** 98:7

**conclusion** 8:6 14:14 15:1 18:1 20:17 21:2 30:19 42:25 48:8 71:13 90:18,23

**conclusions** 41:10 45:15 64:22

**conclusive** 53:25 55:1

**concordance** 54:11

**concurrent** 11:21

**condition** 49:13 50:1,24 52:10, 24 57:2,3 60:7,19 61:11 62:6 75:17 80:11

**conditions** 8:16 46:14 50:7 61:6 62:25

**conduct** 9:21 53:23

**conducted** 13:13 19:20 27:14 34:17

**confidence** 12:19,25 13:4

**confirm** 16:14 52:2 55:16

**conflicting** 11:9 42:11 43:2

**conformation** 23:15

**confounding** 11:3

**confused** 43:25

**congruence** 56:1 65:22 69:16 70:15,16

**consecutive** 28:4

**consensus** 12:4,14 28:12 32:16 33:2 97:10,21

**consent** 80:13 91:24

**consequences** 73:10 89:1

**consider** 59:23,24 63:3 64:11 78:16 81:8

considerable 11:5

consideration 78:24

considered 28:10 33:14

consistent 65:5 69:24

consistently 66:19

consisting 8:13

consolation 51:16

consolidation 78:1

conspicuous 88:24

construct 31:3

constructed 24:18

contemporary 23:10 51:25 52:5,8,12,13 54:2

content 22:2,5

context 27:7 78:20,22 79:17 93:24,25 94:1

continued 78:2

continues 11:17

Continuing 41:23

continuously 23:7,18

continuum 50:8 56:7 61:7

contradiction 46:19 57:14 58:20

contradicts 80:15

contrary 46:15 86:20

control 19:10 20:6,12 28:2 29:15 31:3,6 68:19 96:14

controlled 26:21 27:10,24,25 28:8 97:24

controls 11:21 19:8 48:11 97:23

controversy 45:24 46:22

conversation 73:23

conversion 52:11

cooccurring 8:15

cooking 58:10

copy 15:17 17:4,7 37:2,7 98:9,11, 14

Cordellioné 4:6 73:14 86:15 90:22 91:16

cords 89:2

Cornell 34:13 38:21

Cornell's 40:19 41:14

coronary 47:19,20,24 48:9,13

correct 16:4 17:5,9,17 31:7 39:16 42:14 51:21 62:14 66:2,7 67:1 81:19 85:9 95:17 98:4

correction 4:8 28:24 29:3,5,17 31:11 71:12

Correctional 33:13

corrections 31:5 71:24

correctly 20:18 22:1,3 49:19 59:13

correlation 46:24 47:23

could 8:3 9:24 13:11 15:8,21 18:2 25:22 26:7 34:23 37:2,6 43:9 44:9 47:4 51:9 62:17 65:12 66:1 68:10 81:22 84:20 86:4 92:8 96:18,19

couldn't 19:1 53:3,4 90:13

counsel 4:14 37:6 98:8

count 83:3

countless 88:9

country 22:13

course 54:13 73:15 83:21 86:1 92:25 94:21 95:6

courses 63:20 64:1

court 4:10 5:1 98:23

coverage 7:11 8:7

create 24:8 29:15 43:8 49:17 51:15

creates 50:2

criteria 10:5,9,18 18:1,6,9,17 25:4 77:4,12 78:16,24 79:1 80:7 82:2

cross-dresser 59:25

CROSS-EXAMINATION 96:1

cross-sectional 28:2

cross-sex 46:9 77:6 78:9

cuff 12:6 27:4

cultural 93:8

culture 57:9

cultures 56:23

Cure 42:19

cured 52:22

current 32:12,20 54:4 75:19 91:17 94:21

currently 75:20 79:9

custody 84:13

cut 87:18 88:13,23 89:11,17

cutting 88:6,21 89:13,15

CV 82:15,16

D

D-H-E-J-N-E 18:22

danced 58:2

dangerous 92:24

data 29:6

date 4:4 7:24

daughters 57:20

Davis 4:21

day 57:21

days 6:6

dead 53:2

deal 93:9

death 19:10

debate 32:2,14,23 33:5 45:17 46:1 54:15,18,24 96:24

decades 15:25 33:1,2 76:16

decide 33:22 61:17

decided 36:4

decision 7:11,22 8:2,17 14:12 36:7,11,14,22 63:4 71:19 91:24

decision-making 63:2,3

decisions 8:19 32:24

declined 8:7

deemed 77:5

deep 89:17

Defendant 5:4,6 98:14

deficiency 31:4

**definitely** 83:13

**definition** 69:25

**degree** 56:20 59:22 60:8,11 61:8, 12 78:10

**delay** 41:19

**delineate** 50:24

**delusion** 61:20 91:3

**demasculinizing** 60:15

**dementia** 91:21

**demonstrate** 13:16 14:8 24:10 32:17

**demonstrated** 12:12 29:7,18 30:10

**demonstrating** 53:24

**Dental** 87:21

**Department** 4:8 71:12,23 77:4, 10

**depend** 41:12 51:5 84:11,16

**dependent** 51:4

**depending** 56:20 78:25 89:19 92:18 93:7,8,9

**depends** 27:13 89:17 93:18,19

**deponent** 4:13

**deposed** 5:16,17

**deposition** 4:12,24 6:1,16,18,19, 25 7:2 19:1 35:4 96:3 98:7 99:1

**depositions** 71:15

**depression** 40:10,23

**deputy** 4:21

**describe** 10:22

**described** 21:16 93:15

**descriptive** 9:19

**design** 26:10 28:8

**designed** 13:13

**designs** 11:2 27:19

**desire** 60:6 70:1 91:5

**despise** 70:22

**despite** 68:13 78:8

**destabilized** 59:3

**detached** 91:20,25

**detachment** 81:25

**detail** 92:6

**details** 46:17 88:4

**detects** 73:2

**determination** 8:8 34:10 74:7,17 91:15

**determine** 21:17 25:5 53:4 63:19 64:10 75:2

**determined** 48:21 59:21 60:21 61:2 97:17

**determining** 74:20

**detests** 70:18

**develop** 23:24 57:6

**developed** 25:4

**development** 52:21 54:3 77:25

**device** 87:14

**devices** 87:21

**DHA** 59:2

**Dhejne** 18:22,23,25 19:15

**Dhejne's** 21:3

**diabetes** 50:9,10,11,12

**diagnosed** 76:24 77:10

**diagnosis** 69:25 77:3,5,18,20 78:24 79:1 80:4,5,6,8 85:21 91:9

**did** 6:1,4,5,16,23,25 8:14 11:20 13:15 14:8 17:24 18:4 20:1 24:22 29:12 30:1,15 31:7,9 33:22 37:9 39:1 43:14 45:23 46:13 47:11 50:24 52:21 71:7 72:9,12 73:19 74:4,11,20 79:11 81:21 82:1 84:25 86:15,23 87:6,10,13 88:3 89:25 90:25 91:8,14 92:4 97:19

**didn't** 23:6 34:22 35:25 38:25 39:11 40:2 57:19 58:7,13 73:13 74:7 90:3 93:4 94:7

**differ** 54:22 65:9

**difference** 50:4 68:4,17

**differences** 13:17 14:9 53:4,10 55:8

**different** 7:21 10:11 13:8 29:25 44:6 45:15 48:23 52:20 54:19

58:17 59:16 60:18,24 63:19,25 64:1,4,16,22,24 66:13 67:10,16 69:6 81:6 83:17 93:16 94:2

**difficult** 62:1

**difficulties** 43:8 92:7,9,16 93:1, 15

**difficulty** 89:3

**DIRECT** 5:9

**director** 6:20

**disagree** 23:14 24:5 48:8 64:18 97:4,7

**discipline** 64:4 65:2,3

**disciplines** 64:4,24

**discounts** 22:16

**discovered** 89:4

**discovery** 37:1,5

**discuss** 79:11 84:18 92:4

**discussed** 13:3 38:22

**discussion** 9:1 31:24 51:1 59:10 81:1 95:21 98:21

**disease** 19:11 20:7 47:19,25 48:10,14 61:10

**dishonesty** 73:2

**disorder** 91:9

**disorder-related** 29:8,20 30:12

**displayed** 40:25

**displays** 78:3

**dissemble** 75:4

**distress** 49:18 50:2 56:22 57:2 70:8 78:2,3,6,11,13,21 79:2,18 94:25 95:14

**distressed** 70:6

**District** 4:10

**Division** 4:11

**do** 5:14,15,21,22 6:10 7:5,13,20, 25 8:6 9:1,15,22 10:1,2,3,7,18,22, 25 11:6,7,12,14,16,17,22,24 12:4, 19 13:1,18,19,23 14:3,7,17,24 15:7,11,17,19 16:1,11,22 17:2 18:14,16 19:13,25 20:2,8,12,15, 24 21:7,11,22 22:3,5,13,16,21 23:1,9,22 24:5 25:3,8,25 26:9,14

Index: DOC..entitled

27:21 28:6,7,8,17 29:2,17,23 31:19 32:2,9,12,20 35:18 37:22 38:1,7,9,14 39:25 40:7,12,16,19 41:9,14 42:1,6,12,16,19,24 43:5, 6,13,16,23 44:14 45:2,3,5,10,14 46:10 47:23 48:1 49:4,15 50:20 51:7,8 52:5 53:21 54:2,12 55:10, 13,25 59:4 60:10 63:13 65:15 68:9 71:13 72:4,17 73:17 75:21 76:7,16 77:22 78:13 79:13 80:1, 18,20 83:19,24 84:7 85:6 86:13 87:23,24 88:2,3,18 90:10 92:7,11, 15,16 94:11,20 96:15,17 97:1,22 98:17

**DOC** 72:6

**doctor** 14:6 17:1 21:11 22:19 25:3,25 27:22 27:22 28:16 32:2,5 33:15 35:19 36:4 37:1 38:23 41:17 47:6, 11,12,18 48:18 50:4 56:12 57:21 65:12,25 76:1,19 78:11 79:17,24 85:11 95:23 96:3 97:11

**document** 7:6,16 9:1,4 10:5 16:17 20:25 22:24 36:20

**documented** 55:3 88:8 91:12

**documents** 6:13

**does** 5:4 22:15 24:5 39:3 46:1 49:2 55:17 58:16 59:17 61:20 62:18 63:6 68:8 71:11 79:20 85:24

**doesn't** 22:14 37:20,21 57:4,10, 15 58:15 63:4 67:6 70:22 78:4,5 84:24

**doing** 64:13 66:21 68:18

**Dominican** 57:8

**don't** 6:5,11,22 7:17,21 12:1 16:12,19 18:2,7,18 21:2,10 24:9 31:16 32:24 35:13 36:2 38:17,25 40:4 43:3 45:1,8 46:24 47:7 49:25 50:19 51:3 54:17 55:15 56:7 57:1 60:3,6,7 61:3,9,11 62:17 67:18 69:1,21 70:20,21 73:21 76:2,13 78:16,17 79:8,16 82:13 87:8 88:1, 15 94:4

**done** 22:13 23:21 42:17 52:14 55:5 70:13 76:16

**dose** 60:13

**double-blinded** 26:23 97:24

**down** 9:24 14:19 17:10 26:3 27:18 34:2 39:7 42:5,16 45:6 58:2

64:20 89:9

**dozen** 5:18

**Dr** 5:11 6:18,21,23 7:2 19:15 21:3 31:16 37:18,20,25 40:7 41:22 42:6 43:9 59:13 81:4 90:13,18

**dramatic** 68:15

**drew** 45:15

**drugs** 74:1

**DSM** 79:17

**DSM-5** 54:6,12 77:12

**due** 11:1 19:9,11 67:21

**duly** 5:7

**during** 72:14,17 73:4,20 74:5 90:1 94:15

**dysfunction** 91:22

**dysphoria** 7:12 9:8 21:19 22:21 24:1,15 40:11 46:11 49:11,12,20 50:5,6,7,13,14,21 51:6 52:18,22 54:1,9,11 58:24 60:8,22,23 61:19 62:13,20 63:7,20 66:10,16 67:24 69:1,9 70:1,7,19 71:5,8 72:5 74:10 76:21,24 77:9,11,18 78:10 80:6,8,11 82:1,22 83:2,8 84:17 85:22 87:4 90:24 91:7 94:6,9,22, 24 95:3,9 97:8

**dysphoric** 49:17 55:8 61:15 70:18

E

**e-mail** 98:23,24

**E-TRAN** 98:15,16

**earlier** 35:2 38:5 50:15

**early** 27:4 50:11

**earth** 62:7

**easier** 16:24 53:22 93:22

**easy** 93:10

**Education** 41:24

**EEG** 53:18

**effect** 39:4 42:12 67:4 91:8,14,15

**effective** 8:18 34:11 36:18 69:8

**effects** 34:21 40:22

**efficacious** 66:16 68:16,20

**efficacy** 24:10 32:3 34:20 46:22 96:25

**egodystonic** 70:24

**Eighty-seven** 58:4

**either** 29:16 61:11 84:24 88:24, 25

**element** 79:18

**elements** 75:11

**elevated** 57:22

**eligible** 10:17 65:11

**eliminate** 68:2 86:21

**eliminated** 94:23

**eliminates** 65:20

**eliminating** 66:3

**else** 70:12 72:14 77:14,15,19 95:4,6 96:19

**emerge** 50:16

**emergency** 89:19

**encompass** 47:16

**encompassing** 83:15

**encourage** 62:18 87:3

**end** 11:3 16:3 92:15

**endocrine** 33:11 46:15

**endocrinological** 65:7

**endocrinologists** 65:4

**endorse** 33:13

**endorses** 32:10

**ends** 62:7

**English** 47:21

**enjoyed** 58:9

**enough** 12:3 21:17 32:14,22 41:4 44:8,14 47:2 57:19 65:5

**entertained** 41:16

**entire** 41:1 47:16

**entirely** 66:18

**entirety** 40:21

**entitled** 41:24

episode 91:22

equally 79:20

erections 68:10

EST 4:5

established 54:5 80:5

establishing 50:20

estimate 82:24 83:11

estrogen 44:10 57:24 68:15

et 13:22 73:2

et al 13:21,22,25 16:3,6 47:21

etc 84:14

ethical 22:9

etiology 49:22 54:5

Ettner 4:13 5:5,11 31:16 37:18, 20,25 40:7 41:22 42:6 43:9 59:13 81:4 98:8

Europe 53:22

evaluate 63:12,13 76:16

evaluated 81:5 94:12

evaluating 74:20 95:5

evaluation 48:18 74:5 90:22,25 91:10,14 94:15

evaluators 25:1

Evansville 4:11

even 23:1 35:16 53:9 54:6,10,11 64:11,13 71:1 81:25 89:15 95:13 97:7

events 20:7 44:9

ever 41:16

every 12:7 23:2,8,12 32:9 33:11 59:18 67:22 72:22 73:22 74:23 75:14 84:15 96:21

everybody 49:5,7 61:7

everyone 96:18

everything 60:16 72:18

evidence 8:10,23 9:2,6 11:1,11, 25 12:1,3,5,13 13:8 21:16,17 22:7,8,11,14,15,16 25:9,15,22 26:1 32:16 38:13,14,17,18 42:11 43:2 76:20 77:17 78:13 79:13,16 85:11 86:19 90:19,21 94:20

96:15,22 97:15,16,20,22

evolved 22:25

evolving 22:21,23 23:1

exactly 67:12

EXAMINATION 5:9

examine 53:1

examined 5:7 24:22 52:25

examining 54:19

example 12:6 24:21 28:3 49:1 50:8 54:7 56:23 59:14,22 64:4,7,9 65:1 68:19

excellent 27:1

excerpt 40:7

excess 20:23 21:9

exclude 20:22 21:8 90:25

excluded 90:10

excuse 18:23 20:14 31:15 44:15 59:5 85:3

exercise 62:15,19 63:6

exhibit 7:5,10 10:13 16:8,9,17,20 17:1,2,10,17,18,19 18:19 19:5 25:2 28:17,18 30:6,24 33:15 35:18,21 36:21 38:1 41:18,23 43:17,20 44:15,16,18 47:8,13 48:9 65:13 84:20

exhibits 98:17

existed 52:18,19

exists 50:8

experience 12:15 33:1,3 55:21 56:19 57:1,10 60:10 63:16 67:24 69:4 70:7 71:8 72:4 74:16 77:8 88:9 95:5 98:25

experiences 57:10 78:9 94:24

experimental 8:18 36:17

expert 17:4 28:7,12 82:3,6,8,24

expertise 48:16

explain 66:8 80:11 90:14 91:5

explaining 61:4

explanation 91:6

explicitly 19:22

exploitation 92:21

exploratory-type 11:18

express 58:23 60:1 62:4,5

expressed 48:7 60:24 72:20 91:1

extensive 21:15

extensively 88:8

extent 68:10

extreme 35:1 94:24 95:14

F

fabrication 73:2

face 92:8,15,17 93:17

facing 93:16

fact 5:1 12:8 27:1 31:7,11 42:11 43:15 45:14 96:14

fact-finders 74:22

factor 85:16

factors 84:13 93:21

fails 61:21

fair 5:24 12:3 41:4 44:8,14 47:2 68:24 93:14

Falk 4:16 5:3 6:3 20:14 21:23 30:20 31:1,15,23 32:7 33:20 35:12,16,21,25 37:16 46:25 47:3 51:16,19 59:9 71:25 75:24 80:20, 24 85:3 94:17 96:2 98:5,11,16,20, 22

fall 56:6 61:16 97:9

familiar 19:3 28:21 42:3,21 47:18

families 54:9

family 78:19

far 50:12 66:16 94:23

fearful 93:5

features 49:24,25

February 4:4

Federal 4:24

feedback 67:21

feel 34:5 59:25 60:14 63:15 65:4 68:3 70:24

**feeling** 67:9 68:7,21 70:16

**feelings** 59:1 67:24 68:8,9 69:19 72:20

**feels** 70:22

**felt** 58:9,10 84:5

**female** 49:9 56:8 57:25 58:9 60:1,2 67:3 68:7 70:5,25 71:1 75:7 78:1 91:5 92:20 93:2

**females** 56:25

**feminine** 58:11

**femininity** 58:24

**few** 6:6 24:14 46:12

**figure** 47:9 82:24

**file** 16:21

**filed** 82:5,9

**files** 83:4

**Finally** 80:14

**find** 30:1 31:10 60:12 67:14 90:13

**finding** 19:13 29:17 30:18 40:16 43:16

**findings** 25:10 29:12 31:8,13 39:19

**fine** 98:15,16

**finished** 15:10

**first** 5:7 8:2 9:15 25:9 31:10 36:6 43:12,14 50:23 52:14 58:2,7 65:20,25 66:6 80:7

**five** 54:7

**fixed** 56:3,14 57:12 58:21

**flawed** 29:24 30:15

**flaws** 10:21 29:12 31:12

**flippant** 88:15

**Florida** 93:23

**floss** 87:21

**flow** 87:19

**flushed** 89:8

**focusing** 65:25

**follow-up** 11:5 18:13,16

**followed** 27:25

**following** 16:23 27:18 29:9,21 30:13 65:8 68:4

**follows** 5:8 9:16 11:8 13:21 14:21 15:12

**footnote** 44:24 45:6,10 47:5,9 86:16,25

**for** 4:15,17,20 6:1 7:13 8:8,11,21, 24 9:7,25 10:5,8,18 11:11 12:6 14:11 16:24 18:16 20:5,7,10 21:19 22:20 24:20 25:23 28:3,9 30:24 32:18 34:9 38:10 42:19 45:4 48:13 49:1 50:1,8,20 51:4, 11,18 53:20 54:6,11,21 55:24 56:5,6,23 57:13,23 58:2,12 59:22 60:12 61:14 62:1,12,13,14,15,23, 25 63:6,20 64:4,7,9,10 65:1,9,18, 24 68:19 69:18 71:14,24 72:7,12 73:21 74:8,17 75:19,22 76:8,14, 16 77:6 79:1 80:7,12,15,17 81:21, 23 82:2,19,22 83:1,7 84:4,6,7,10, 16 85:12 86:8 89:6 91:16 92:2,24 93:4,5,11 94:5,8,21 95:24 97:8,16 98:2,16

**form** 60:7,21,23 61:7,19

**formalities** 5:20

**forms** 50:18

**forthright** 72:21 73:14 75:3

**fortunately** 49:12

**found** 8:22 17:25 18:5 21:7 28:25 30:16 31:10 35:1 39:14 40:17 88:25

**four** 13:12,20 14:8 26:14 39:18

**frank** 72:21

**free** 15:5 34:5 50:15

**frequent** 88:7

**frequently** 88:11,22

**from** 4:16 6:16 7:13 10:10 13:22 19:25 20:1 21:20 27:19 36:11 38:7,19 40:6 41:23 42:17 45:15 46:11 47:7 50:21 53:16 54:19 64:3,23,24 65:2,3,22 69:4,16 75:5,6 76:19 77:3,16,19 81:25 90:12,17,23 91:20,23,25 94:20

**front** 15:17 17:8 43:5 51:7

**full** 14:20 43:12

**functional** 53:12

**functioning** 65:23 69:17 78:15, 23 79:4,15,20

**further** 10:20 20:22 26:3 27:18 35:10 77:13 95:23 98:5

**furtively** 58:22

---

## G

**gain** 75:4,5,6

**Gale** 90:13,18

**garment** 69:13

**gather** 53:21

**gave** 97:12

**Gavin** 4:17 51:20 96:6

**gender** 7:11,12 8:8 9:6,8,17 20:11 21:18,19 22:17,20,21,22 23:3,8,15 24:1,15 27:2,7 39:4,5,9, 15 40:10 46:11 48:20,22 49:2,5,7, 10,12,17,19 50:1,5,6,7,13,14,19 51:25 52:4,8,18,22 54:1,9,11,16 55:8,15,18,19,20,22 56:1,3,8,10, 14,20 57:12 58:5,21,24 59:4,20, 23 60:2,8,11,22,23,24 61:1,5,15, 19 62:2,4,5,14,20 63:7,20 66:10, 15 67:24 68:25 69:9,24,25 70:7, 18 71:5,8 72:5 74:10 76:21,24 77:8,11,18 78:10 80:6,8,11 82:1, 22 83:2,7 84:17 85:21 87:4 90:9, 23 91:6 94:6,9,22,24 95:3,9 97:8

**gender-affirming** 19:20 23:19 27:10 30:2 33:18,25 38:10 40:23 46:23 61:22 92:2 96:25 97:1

**gender-confirmation** 24:10 32:3,13,21 41:10

**gender-confirming** 34:19

**gender-diverse** 38:12

**genders** 58:17 59:16,18

**general** 4:22 28:7 41:12 72:23 92:19 97:1

**General's** 4:20

**generalize** 81:22 92:8

**generalized** 93:14

**generalizing** 92:18

**generally** 25:8 26:17

**generating** 11:20

**geneticists** 53:17

**genital** 65:15,18 80:17 92:2

**genitalia** 70:5,18 77:24 95:14

**genitals** 70:17,20 78:3,5,12

**geographical** 93:20

**get** 48:18 59:2,6 61:17,18 73:25 75:23 76:9,10,13

**girls** 57:5 58:11

**give** 35:10 53:15 57:23 66:11

**given** 13:8 48:7 56:14

**giving** 68:17

**glances** 46:12

**glancing** 44:4

**go** 7:16,19 8:25 9:15 10:13 14:15, 19 15:2,20 17:10 18:19 21:11 25:2 31:21 42:5,16 43:9,20 44:8 45:6 47:8 59:7 61:18 62:7,8 80:22 83:3 86:4,15 95:20

**goal** 27:15

**goals** 27:17

**goes** 12:17

**going** 5:19 7:4,16 8:18 10:13 14:15,19 15:20 16:24 17:1,10,18 18:19 20:14,15 21:23 25:2 28:15, 16 31:14 33:15 37:25 38:20 39:7 40:5,13 41:17,18 42:5 44:13 46:25 47:3,12 48:17 70:5,6,7,8 75:24 83:11 84:22 94:17

**gold** 28:9

**Gone** 42:18

**good** 4:19 5:11,13 37:24 43:12 47:17 67:19 96:11

**Got** 30:17 85:2

**Graves'** 61:10

**gray** 54:22

**great** 53:21 93:9

**greater** 19:10 20:6,10

**group** 29:15,16,25 30:4 31:3,6 81:20

**groups** 11:3

**GRS** 13:17

**guess** 77:14

**guessing** 83:5

**guevedoces** 57:3

**guidelines** 12:8,14 28:12 32:15 33:2,14 62:21 79:24 80:16 97:21

**Gynecology** 33:10

## H

**habits** 52:20

**had** 8:14,15 10:21 12:13 26:24 29:11,13 31:5 34:25 35:3 45:21 52:16,18,21 53:1 56:12 57:17,18, 22 59:14 61:14 82:2 89:8 91:15, 19,25 92:22 93:3,22 96:12

**Haig** 4:1

**hair** 95:11

**half** 45:22

**hallmarks** 27:1

**hang** 84:25

**happens** 88:20

**happy** 37:16

**Harry** 50:23

**has** 19:5,15,16,18,22 21:4 22:24 24:2 37:18 46:10 49:5,7,13 52:12 54:8 59:15,22 60:24 61:7 62:21 65:19 66:25 67:2,4 70:2,5,15 73:1,24 74:10 76:15,20 77:17 78:7,13 79:5,7,8 82:22 85:14,17 86:2 91:18,19 94:23 97:16

**have** 4:23 5:17 6:5 7:18 8:14 14:2,5 15:17 16:12,19 17:7 18:7 22:13,14 24:3,12,14,16,18,19 25:4,14,23 26:21,22 27:6,9 28:13 29:23 30:6 33:17 34:23 37:15,20, 21 39:21,23 40:21 41:14 42:10,11 43:2,5 44:12 45:19 47:19,23 48:1, 10 49:3 50:9,10,14,18,20 51:1,7, 11,23 54:8,10 57:16 58:9 59:4 60:7,8,21 61:8,10,11,12,14,15,19, 22 62:5 63:16 64:16 65:5 66:2,21 67:16 68:10,11,12,25 69:2,6,22 70:6,9,13,19,25 71:2,7,22 72:4,22 73:4,13 75:3,17 76:16 78:13,18 79:13,16,25 80:20 81:4,7,11,13, 15 82:1,3,5,8,9,18,19,21,25 83:3

**haven't** 9:10 31:8 71:17

**having** 5:6 26:23 74:25

**hazardous** 92:20

**he** 50:23 57:18,19,20,21,22 58:1 90:13

**head** 42:1 58:1

**heading** 90:8

**health** 9:7 21:18 25:12 30:3 38:13,15 49:3,4,11,14,23 62:18, 22 63:10,12,17 72:4 74:19,22,24 75:22 76:8 77:7 80:14 91:18

**healthcare** 25:11 29:8,20 30:12 33:13 93:2

**hear** 32:6 39:11 40:2 75:13,14 94:7

**held** 4:9,12 31:24 59:10 72:15 81:1 95:21 98:21

**help** 15:20 70:11 84:24

**helps** 68:7

**hemisphere** 55:7

**henceforth** 52:11

**her** 6:22 18:25 19:16,18 21:7 47:7 58:18 59:16 60:25 72:20 73:15, 16,20 74:5,8 76:25 77:6,10,18,19, 21,23,24 78:3,5,6,12 79:14 82:22 86:2 87:8,24 91:1,12,15,20,23 92:1 93:4 94:5,8,12,14,20,21,24 95:11,13,14,15,16

**here** 4:21 8:7,22 11:7,15 19:6,14, 25 23:9 25:13 28:6 30:17 43:7 44:10,13 54:2 55:9 73:22 76:4 88:1

**Here's** 46:7

**Heylens** 13:21

**hidden** 89:5

**hierarchy** 28:6

**high** 48:12 54:10 97:19

**high-level** 97:22

**high-minded** 26:25

**high-quality** 12:13 21:17 22:7,

**84:2,14,17 85:5 88:3,7,12 89:8,11 90:10 91:9,14 93:1 94:3,4,21 95:2,23 97:19 98:5**

10,13,14,16 25:17

**higher** 85:18

**highlight** 10:16 15:11

**highlighted** 8:3,21 9:5,10,13,16 11:7 15:3,6 16:11 17:20 18:11 42:6,8 43:22 44:25

**highly** 64:7 71:17

**him** 57:18,22 58:3 64:11

**his** 57:18 58:1,3,8,17 59:16 60:25 82:22

**historical** 91:17

**historically** 91:12

**history** 73:12,15,17 85:19

**hold** 83:12

**honest** 72:24

**honestly** 82:13

**hormonal** 66:5

**hormonally** 66:25 70:3

**hormone** 46:9 67:5 68:5,6 77:11 86:2

**hormones** 46:13,15 53:7,8,14 60:13 61:16,18,21 62:23 63:15,17 65:4 66:11 67:3,11,20 68:8,9,21 70:3 71:19 75:6 77:6 78:9 80:12 84:14 85:9 95:2

**hospitalization** 19:8 20:6

**hospitalizations** 29:9,21 30:13

**hour** 31:16,18

**hours** 72:13 75:21 76:7,12 95:11

**how** 5:11,17 6:1 7:8 21:3,4 27:14 33:22 36:4 39:25 46:10 52:12 56:22 57:10,12 60:25 72:9,12 75:8,17 80:20 81:4,7,11,13,15 82:3,6,8,24 84:2,12,14 85:24 89:17 90:25 94:11

**however** 16:12 24:8 26:17 28:11 38:12 53:11 61:6 62:5 66:12 76:13

**hundred** 81:6

**hypertension** 48:4

**hypotheses** 54:4

**hypothesis** 11:20 40:20 52:17

**hypothetical** 60:20

**hypothyroidism** 61:8

**hysterectomized** 44:4

**hysterectomy** 68:18

---

**I**

**I'D** 20:18 31:20 49:25

**I'LL** 5:20 15:7 25:23 36:20,24 45:8 98:24

**I'M** 5:12,19 7:4,16 10:6,13 12:20 14:15,19,25 15:12,20,23 16:18, 20,23,24 17:1,10,18 18:2,19 20:14,15 21:1,23 23:5 24:17 25:2, 13 26:7 28:15,16 29:11 30:20 31:14 33:15,24 35:12 36:8,19 37:4,25 38:20 39:7,11 40:2,5,13 41:17,18,22 42:5 43:3,7,18,25 44:2,18 46:8,9,17,25 47:3,12 48:17 49:19 51:11,14 57:24 59:13 61:4 63:8 64:13,15 65:14 67:2,18 68:4 73:7 75:14,15,24 77:1 80:24 83:4,11 84:1,11 94:7,17 96:11 97:6

**I'VE** 15:2,10 25:24 41:16 42:22 48:3 55:3 73:17 76:15 82:11,18 84:5

**i.e.** 11:19

**idea** 83:12

**ideation** 77:23 85:6 86:2,9 88:5 95:9

**identically** 79:25

**identified** 9:17 10:4,8 13:11,20 19:7 21:21 56:13 59:15 69:15 70:14 90:10

**identifies** 25:20 56:13 58:17

**identify** 4:14 50:24 56:7,25 57:12,14 66:1

**identities** 60:25

**identity** 48:21,22 49:2,5,7 52:1,4, 8 54:16 55:16,18,19,20,22 56:1,3, 8,10,14,15,17,19 57:12 58:21 59:20 60:2 61:1 62:4,6 69:24 78:1 90:15

**if** 5:23 8:3 9:24 13:10 15:21 20:16, 17 25:19,22 31:16 37:15,16,19, 20,21 38:17 41:1 42:16 43:9

44:20,21 45:6 47:4 49:19 51:9,16 55:6 56:3,12 57:12,15 58:16 59:13 60:20,21 61:1,19 62:4 63:14 64:6,24 65:12 66:1 67:2 68:4 69:21 70:6,25 71:22 72:6 73:10 75:3 76:1 79:8 81:22 83:21 84:19,20 86:4 88:12,21 89:10 90:3 91:20,24 92:8 97:14 98:8,12

**Illinois** 5:2

**illness** 81:24 86:19

**imaging** 53:13

**immediately** 68:3

**immemorial** 52:19

**imminent** 84:18

**immutable** 56:4

**impact** 52:21 74:7

**impactful** 68:16

**impaired** 79:14

**impairment** 78:15 79:3,19 92:1

**implications** 78:20 80:10

**importance** 38:8

**important** 14:3 79:4,19 80:9

**impossible** 26:20,22 27:6,9

**improves** 9:7 21:18 39:10,15

**in** 4:9 5:2,14 6:9,12,23 8:2 10:8, 24 11:19 12:1,3,7,8,16 13:3,5,6,8, 17 14:1,4,6,9 15:17,21,24 16:8,21 17:4,7,12,24 18:25 19:5,10,17,20 20:6,8,10 21:5 22:9,12,13,19,24 23:3,25 24:16,23 25:14 26:14 27:1,2,3,7,10,20 28:7,11 29:7,17, 19,21 30:10 31:4,7,10,11,12 32:10 33:2,5,16,23,24 34:9,24 35:2,8,9 36:7 38:23 39:9 40:7,9, 10,17,25 41:12,25 42:5,11,12,17, 22 43:5,16 44:21,24 45:22 46:11, 19,23 47:7,16,24 48:3,12,19 49:18 50:2,11,15,17 51:7,17 52:14,24 53:5,9,10,11,22,23 54:3, 7,9,11,12,14,15 55:2,5,6,8,25 56:12,23 57:7 58:2,5 59:3,4,14 60:10,15,16 61:16,22 62:2,9 63:2, 22 64:2,7,16,25 65:6,21 66:4,15, 19,22 67:10,14,22 68:6,17,18 69:8,12,19 71:1,6,17 72:21,23 73:7,8,11 74:4,14,15,19,20 75:5, 12 77:8,10 78:1,14,15,16,17,19,

22 79:3,8,10,11,14,17,19,20,22, 23,25 80:8 81:6,16 82:1,15,16 83:1,4,8,22 84:3,12,13,18 85:4,16 86:8,25 87:9 88:8 89:15 90:12,18, 25 91:12,23 92:6,19,20 93:6,12, 16,22 95:5 96:14 97:1,11,25 98:10

**in-born** 48:25 52:9

**inability** 95:13

**inadequate** 86:11 94:22

**inappropriate** 44:10 70:22

**incident** 87:13 89:13

**incision** 89:18

**inclined** 59:25

**include** 11:20 17:24 18:4 34:22 83:20,24 84:10

**included** 34:21 35:5 41:2 98:10

**includes** 18:12

**including** 14:22 15:14 27:3 33:12 83:16

**inclusion** 10:5,9 18:5,9,17

**inclusion/exclusion** 10:17

**incomplete** 14:23 15:15

**inconclusive** 8:11,23 11:11

**incongruence** 23:3 50:2,19 59:23 60:9,11 68:22

**incongruity** 23:8 55:22,24 56:20 57:11 61:5 62:14 90:9 95:15

**incorrect** 66:7

**increased** 19:7,12 48:13

**increases** 23:20

**increasing** 38:11

**incredibly** 88:6

**independent** 62:15,19 63:6,9

**Indiana** 4:3,7,10,16,20 5:2 71:12, 23

**Indianapolis** 4:3

**indicate** 19:23 24:20 26:1 46:1 56:15,16,18 85:5

**indicated** 30:21 74:8 75:19 77:18 84:2

**indicates** 29:5 45:16 46:9,22

**indicating** 41:3

**indication** 46:18 80:15 89:11

**indications** 40:22 53:25 80:17

**individual** 8:19 55:5 63:13 64:2 74:24 75:16 76:17 78:8 79:1 84:11,15 92:21,24 93:8 97:4

**individual's** 52:2 67:23

**individualized** 57:11

**individually** 60:17

**individuals** 8:13 13:9 22:21 23:19 32:18 35:5 46:23 49:17 50:1,13,18 55:8 56:19,24 62:23 63:13 66:20 71:16 84:17 85:18 88:10 97:6,9

**ineffective** 19:21

**influential** 85:16

**information** 6:13 13:12 33:4 35:11 53:15,24 80:9

**informed** 80:13 91:24

**initially** 30:16

**initiate** 62:23,24 63:17 65:6

**initiated** 77:11

**initiation** 53:14 85:8

**innate** 55:20

**input** 63:18

**insert** 69:2

**instance** 54:21 56:6 61:14

**institution** 92:19 93:13

**instructed** 79:24

**instruments** 24:25

**insufficient** 75:22 76:8,12,14 95:2

**intensifies** 58:25

**intensify** 70:8

**intention** 86:21

**internal** 26:5,15

**internet** 58:13

**interpose** 46:25 47:3

**interruption** 12:10 60:4

**intersex** 57:3

**intervention** 21:21 23:13 42:10 44:1,3 86:12

**interventions** 12:12 20:23 21:8 25:12 43:1

**interview** 74:15,25 75:12

**interviewed** 34:24

**into** 7:4 48:18 56:1 57:1,25 58:1 69:3,11 73:1

**intrinsic** 49:7

**investigation** 11:19

**involve** 26:23 82:12

**involved** 88:21

**involves** 96:11

**involving** 26:20

**irregularities** 53:18

**is** 4:1,4,6,12,13,21 5:2,17 6:19 7:10,12,13,22 8:7,10,12 9:4,5 11:11,14 12:2 13:1 15:1 16:9,10, 14,16,17,21 17:4,15,17,19 19:14, 21 21:16 22:21,23 23:1,7,10,13, 15,18 24:15 25:17 26:7,9 27:9,14, 15,18,24 28:20 31:11 32:13,21 33:3,7,16,22 34:6,15 35:7,13,15, 16 36:8,11,22 37:9,10 38:4,5,12, 14,18,23 39:1,3,21 41:4,9,15,20, 23 42:1,17,18 44:18,21,22 45:14, 16,24 46:18,22 47:19 48:20,22,24 49:2,10,12,20,22 50:4,12,21 52:7, 9 54:5,15,23 55:1,9,17,19,20,24 56:3,5,8,14,15 57:3,11,12,23 58:21 60:9,17,20 61:1,5,24 62:1, 4,6 64:9,10,14,18 65:9,10,23 66:5,6,12,15,22 68:7,20,22 69:6, 8,10,13,15,17,25 70:4,5,8,14,16 71:5,8,11,12,25 72:3 74:8,9,19,25 75:1,2,4,9,19,21 76:4,7,12,19,23 77:17,18 78:23 79:1,21 80:1,3,5,6 81:8 83:19,21,22 84:7,15,16,22 85:8,11,12 86:1,11,12,25 87:6 88:15,21,24 89:2 90:18,21 91:12, 16 92:15 93:14,25 94:5,8,13,22, 25 95:1,2 96:10 97:8,13 98:15,16

**isn't** 14:3 58:20 69:18

**issue** 8:7 46:2 49:11,21 71:11,13

**issued** 28:24

**issues** 12:18,24 46:11 49:16

**it** 5:24 6:5,10,11 7:4,22 10:8 13:20 15:10,24 16:10,20 17:20,23,24,25 18:3,5 21:14 22:1,3,9,24 23:1,24 26:20 27:14 28:24 30:6 32:19 35:15,16,22,23 36:12,14 39:7 41:12,20 43:12,14 45:23 46:5,12, 13 47:15 48:24,25 49:2,6,20,22 50:14,16,17 51:23 52:10,16,18, 21,24 53:13 54:4,9 55:9,16,17,19 56:5,18,22 59:17 60:9,19,20 61:6, 12 62:4,5,6 63:4 64:12,15,19,20 67:6 68:7,15 69:6 70:14,21,22 71:12 72:15 73:1 74:7 78:25 79:22,23 80:3 81:13,14 84:11,15, 24 85:2,25 86:1 87:3,15,16 89:7, 17 90:22 91:11,15 92:20,23,25 93:14,18,19 96:11 98:24

**it's** 5:13 6:11 7:18,21 12:22 16:20 17:20 18:21,23 21:13 26:22 27:6, 9 31:15,17 33:5 34:24 35:17 38:2 41:16 42:16 45:6,12 47:10,14,15, 17 48:20 49:2,7,8 51:16 53:22 54:5,23 55:2 63:11 64:24 65:3 67:19,25 70:23 74:23 75:12 76:14 83:25 84:19 89:21 93:10,11 94:18

**items** 93:2

**its** 17:24,25 48:4

---

**J**

**jail** 84:13

**Jarolím** 16:6,10 17:11

**Jenner** 93:21

**job** 74:23 79:5,7,8

**Jonathan** 4:7

**Jorgensen** 58:6

**Journal** 28:23

**journals** 55:2

**judgment** 62:16,19 63:7,9

**jump** 7:4 9:24

**just** 5:20 6:6,9 7:24 12:16 14:6,17 16:13,14 20:14 21:25 22:2 24:6 27:2 31:17 34:14 35:22 36:19 38:21 43:8 44:4 46:25 47:3,10 50:8 51:13 54:23 57:8 60:15 66:18 67:2 68:2 70:12 75:9 83:4, 11,12 87:10 89:20 94:17 96:9

---

**K**

**K-H-O-O-S-A-L** 40:6

**keep** 94:18

**keeps** 67:14

**Kelly** 5:14

**Ken** 36:2

**Kenneth** 4:16

**Khoosal** 40:6

**kind** 48:20 49:24

**kindle** 66:10

**kinds** 64:17

**knew** 58:4 71:22 72:6

**know** 5:16 6:10 7:21 11:14 15:22 18:16 26:24 31:16 36:24 38:17 39:23,25 41:1 45:1 47:13 49:25 54:21,24 55:2 57:15 58:10,13,15, 16 61:25 67:12 68:12 75:23 76:9, 10,13 78:19 79:8 82:13 83:16 87:12,24 88:2 89:21,22 91:3,25 94:11 95:16 97:25

**knowledge** 22:20,22 47:23 48:1, 5,7 59:15 60:23 73:18 74:4

**known** 4:6

**Kristina** 42:1

---

**L**

**labeled** 91:21

**lack** 11:4 77:8

**lag** 7:18

**Landén** 42:17,21,22,24 43:13 44:21 45:6,12,21 46:19 47:6,7

**languages** 57:21

**large** 9:18 89:15

**largely** 8:13

**larger** 23:21

**last** 5:13 6:18 14:20 19:1 43:21 86:7

**late** 27:4

**late-onset** 50:12

**later** 57:13

**lawsuits** 82:5,10

**learn** 17:23

**least** 9:12 27:20 44:14 80:12

**leave** 92:21 93:4

**left** 57:18

**lend** 25:21

**less** 50:18,21 67:24 83:6,10,14 85:25 98:3

**lessened** 86:2

**let** 9:15 14:7 15:2,22 16:24 21:11 34:14 36:19 43:20 44:14 47:13 48:19 49:6,10 69:14 85:11

**let's** 8:25 31:21 47:12 59:7 64:20 80:22 95:20

**level** 22:7,8 28:11 47:20 65:6 66:5 67:14 84:12 97:16

**levels** 22:8 25:15 44:11 47:24 48:10,12 50:25 51:2,3 64:16 66:12 67:8 97:19

**Levine** 19:17

**Levine's** 6:18,23

**life** 13:14 23:23 24:20 50:11,15 56:22 57:13 58:3,18 59:17 60:25

**lifestyle** 48:25

**ligation** 86:16 87:6,11,15,18 88:6,11,16,18 89:5,23 90:4 95:9

**light** 58:1

**like** 13:20 15:24 16:10,20 17:20 27:14 30:6 39:8 41:1 43:13 50:6,8 57:14 59:5 60:19 61:6 66:5 67:25 71:13 73:25 74:20 75:12 76:15 83:18,24 87:12 91:4 97:22 98:11, 14

**liked** 58:10

**likely** 21:20 54:8 85:25

**limit** 48:5

**limitations** 11:24 13:3 53:2

**limited** 38:12,14,17

**linked** 39:22

**list** 25:23,24 26:4,6,12,15 27:19, 24

Index: listed..mentioned

listed 35:8

listen 75:9,12

listing 25:20

literally 26:19 58:1 62:7

literature 32:12,20,25 34:18 36:15 88:8

little 15:2 47:16 64:20

live 56:25 57:6,16 58:22 59:4 60:9,14 78:18

living 49:18 50:3 53:13 57:6 58:5 62:2 70:4 75:5 78:1,17 93:6,22

loathe 73:9

location 93:20

long 52:12 54:13 72:9,12 84:12, 14 89:7

long-term 23:23 42:12

longer 45:9 69:6 80:20

look 13:10 15:21 25:19 34:5 37:23 51:9 54:24,25 65:12 70:21 78:5 83:4 84:20 97:15

looked 10:4,7 34:14 53:6

looking 18:11 39:13 44:18 51:11

looks 13:20 15:24 16:10,20 17:20 39:7 43:12

loss 89:16,20

lost 11:5

lot 5:19 53:3

love 31:20 61:17

low 11:1

low-level 96:15

low-quality 12:1,3,5

lower 11:25 13:7 28:11 47:20 48:10 66:12

lucky 71:1

lying 75:5

**M**

M-E-G-E-R-I 40:5

ma'am 7:24 13:10 15:18 42:19 51:7

made 8:20 58:3 73:4 75:25

magnetic 53:12

mainstream 97:10

maintain 78:18

major 32:9 33:7 65:20

majority 11:17 39:23

make 16:24 60:14 63:4 71:13 89:17 92:1 93:3 96:9

makes 63:4 85:25

male 49:9 56:8,24 70:5 75:6 78:2 92:20 93:6,12 95:14

male-to-female 14:22 15:13 20:11 40:11

malingering 73:2

man 56:13 57:13

manipulating 73:25 75:8

manipulative 74:2

manly 57:19

manner 72:21 83:22

many 5:17 27:3 34:8,11 36:6 39:24,25 62:3 81:4,7,11,13,15 82:3,6,8,24 84:2,5 89:3 93:21

marked 7:5 9:1 19:5 28:16 36:21 38:1 41:22 47:13 80:5,7

Marlana 4:1

marriage 61:21

married 57:18 61:17,18

Mary 91:4

massive 61:10

match 29:13

matched 19:8 29:16 31:6

material 6:4

matter 54:21,22 83:25

matters 98:10

may 6:5 8:16 40:22 46:5 51:14 54:20 56:6,9 58:9 59:24 60:12,13 64:10,12,18 65:4,7,9 72:22 73:4, 9,11 79:22 93:1

maybe 48:23 81:10 96:18

Mcduffie 88:7

me 9:15 14:7 15:2,22 16:12,19,24 18:23 20:14 21:11 26:8 31:15 32:6 34:14 36:19 43:20 44:14,15, 20,21 46:12 47:13 48:19 49:6,10 56:18 59:5 66:1 69:14 72:21,23 73:11 74:16 75:5,8,15 85:3,11 87:9 96:18,19 98:23

mean 47:9 49:4,15,16 52:5,7 54:3,4 55:17 56:19 58:18 73:14 74:14 77:22,23 84:15 88:3,15 93:20,21 95:6,8 97:22

means 70:9

measurements 24:19

Medevaced 89:19

Medicaid 7:13

medical 6:20 8:16 12:1,3,4 23:12 32:4,9,12,20 33:6,7,12 41:24 45:17 46:2 49:13 50:7 52:1 54:15 55:10,13,15 58:12 61:6 62:6,16, 19 63:7,9,10,19,25 64:3,21 71:7, 14 73:16,19,25 74:15 88:10,18 89:12 90:12 91:12,24 97:10

medically 64:12 75:19 76:17 86:12 91:16

Medicare 7:13 8:11,12,16 9:8 10:12 11:11 13:6,9 21:19 34:9

medications 83:16

medicine 60:17 71:18

meet 17:25 61:16 72:9,12

meeting 10:4 72:14,17 73:5,20 74:6 88:9 90:1

meets 77:12

Megeri 40:5

members 71:16

memo 7:11

men 47:19,20,24 48:9,12 58:23

menopause 44:5

mental 30:2 38:13,15 49:3,4,11, 13,23 62:18,22 63:10,12,17 72:3 74:19,22,24 75:22 76:8 77:7 80:14 81:24 86:19 91:17

mention 54:7 90:3

mentioned 14:17 24:12 35:2 40:24,25 44:21 78:11 89:23 96:5, 12

**met** 6:2 10:9 18:5 77:4 82:2

**metaanalyses** 34:13

**metaanalysis** 39:2

**metabolic** 50:10

**methodological** 10:21 25:18 29:11 31:12

**methodologically** 15:25 27:20 28:25 29:24 32:13,21 55:1

**methodologists** 25:4

**methodology** 25:3,15 27:2,13 28:9 30:5 32:25 98:1

**middle** 17:12

**might** 60:20 62:3 73:12 91:5

**mine** 18:24

**minimize** 27:21

**minor** 89:21

**minute** 15:7 38:4 40:13 41:18 51:14 84:22

**mischaracterized** 19:16,18 21:4

**misguided** 80:1

**misrepresent** 73:20

**mistakenly** 34:23

**mixed** 39:18 51:13

**modification** 55:25

**modify** 60:6

**moment** 51:13

**months** 80:12 93:4,5

**mood** 29:8,19 30:11

**morbidity** 20:24 21:9

**more** 19:23 20:20 23:3,19,20 32:17 33:3 42:11 48:18 50:12,16 54:8 58:10 60:19 64:20 66:16 68:20 69:8 83:6,14 87:3 88:4 93:3

**morning** 4:19 5:11

**Morocco** 62:8

**morphology** 55:23 56:2

**mortality** 19:7,9 20:1,24 21:9

**most** 13:9 21:20 27:20 35:4 50:6 55:4,6 56:5 97:20

**mostly** 11:2

**motivation** 75:3

**mountain** 68:1

**move** 47:12

**Mr** 4:16,19 5:3,4,10 6:3 20:14,20 21:23 30:20,24 31:1,15,19,21,23, 25 32:7 33:20 35:12,15,16,18,21, 24,25 36:2,3 37:16,24 46:25 47:3 51:16,18,19 59:7,9,11 71:25 72:2 75:24 80:18,20,22,24,25 81:2 85:3 94:17 95:20,22 96:2,24 98:5, 6,11,14,16,19,20,22

**Ms** 73:14 86:15 90:22 91:16

**much** 23:3 46:10 54:17 56:22 80:20

**multidisciplinary** 63:2 65:1

**music** 75:14

**mute** 32:5

**my** 4:1,17 5:16 7:18 8:12 14:2,5 16:12,16,19,25 17:15 21:13 23:16 27:9 28:15 31:2,14 33:2,7,22,24 34:4,24 35:3,20 36:24 38:4,20 39:21 41:17,19 45:14 47:15 48:5, 15 51:13 54:7 71:15 72:8 73:12 74:7,15,16,17 75:9 77:16 82:16 83:4,19 88:9 90:22 91:15 95:5 97:11

**myself** 8:5 76:15

**N**

**name** 4:1 6:7,22 19:2 24:17 71:3

**named** 18:21 19:17 82:12

**narrow** 64:20

**natal** 66:5 68:6

**national** 7:10 8:7 33:10,12

**nature** 53:25

**NCA** 7:11

**NCD** 8:19 14:13 36:13

**necessarily** 46:3 62:25 76:18 84:9

**necessary** 23:24 24:9 62:24 64:18 80:16 81:18 86:12 91:16

**need** 40:13 70:11 84:18 97:8

**needed** 23:10,15

**needs** 31:16 47:15 76:17

**negative** 11:10 42:12

**neglect** 73:11

**neoplasm** 19:11

**Netherlands** 24:16

**neuroendocrinologically** 48:24 49:21

**never** 48:3 93:10

**new** 52:15 54:3

**next** 10:24 11:7 13:10 15:6 19:25 22:19

**nine** 27:4 93:4,5

**no** 4:8 6:15 7:1,3,7,9 11:2 16:17 18:18 21:13 22:7 23:16 24:24 29:7,18 30:10,24 32:9 33:5 35:1, 15,20 37:10 40:4,9 42:4,8 43:25 45:19 46:3 47:22 50:9 52:21 53:2 54:24 55:20 58:12,13,22 59:19 67:6 68:9 69:5 70:9 72:8,9,15 74:14 77:3 79:16,25 80:10,14 82:16,23 83:23 84:9 85:6 87:1,5 89:11,14,24 90:2,5 91:6,15 92:6 94:10,16 95:18,23 98:5

**nobody** 58:4

**non-biased** 27:7

**non-experimental** 34:10

**non-hysterectomized** 44:5

**non-longitudinal** 11:18

**non-transgendered** 65:24 69:18

**nonbinary** 56:6,9

**nonconforming** 59:24

**nondistress** 56:23

**Nonmaleficence** 41:25

**nonrandomized** 27:25

**nonrespondents** 14:23 15:14

**nonsevere** 50:5 60:21

**nonspecific** 13:15

**nor** 22:15

**normal** 47:20 48:11 78:18

**normally** 55:3

**not** 8:14,17 11:16,20 13:15 14:8, 22,25 15:14 16:18,23 17:8,24 18:4,7 19:22 20:1 21:13,16 22:8, 13,16 24:17,24 25:13 26:7,24,25 27:2 28:7 29:12,15 30:15 31:5,6, 7,10,17 32:9 35:17 36:17 41:6,9, 16 42:22 43:7,18 44:2,24 46:3,4, 8,9,17,18 47:10 48:25 51:3,14,17 52:2,21 53:19 54:20 55:6,10 56:10 60:9,20 61:4,7,20,24 62:3, 25 63:8 64:25 65:5 67:7,12,25 68:8,9 70:23 71:7,16 72:4,8,21 73:7,19 74:11,22,23 75:2,9,14 76:4,17 78:23 79:9,20,22 80:4,16 81:21,23 82:2,16,19 83:11,22,24, 25 84:9,10 86:18 88:5,15,20 89:25 92:6 93:1,10,25 94:23 95:3 96:11,13 97:19

**notary** 5:1

**note** 20:1 38:10 39:14 42:16 54:12 66:24 87:9 90:12,17

**noted** 12:18,24 39:8 85:6 91:11

**notes** 42:14

**nothing** 74:14 98:6

**now** 7:8,20 8:18 11:14 14:3,7 16:16 17:16,18 21:14 25:13 32:6 35:15,16,17 42:8 44:18 47:17 51:14,23 52:25 54:5 56:13 60:12 61:13 66:11,24 69:18 73:22 88:1

**null** 39:19

**number** 9:18 23:20 53:21 62:12 87:21

**numbers** 83:12 96:11

**numeral** 7:22

**numerous** 9:17 82:12

---

**O**

**oath** 5:21

**obese** 64:10,14

**object** 20:15 47:10 75:24 94:17

**objection** 5:1 47:1,4

**objections** 21:6

**objective** 46:16 93:11

**observational** 11:2

**observed** 20:23 21:9

**Obstetrics** 33:10

**obviously** 30:4 37:19 53:1

**occasion** 87:17

**occupation** 78:18

**occupational** 78:22 79:3,14,19

**occurs** 50:11

**October** 72:11

**of** 4:2,6,8,10,16,25 5:20 6:7,19,20 7:16 8:13,25 9:2,18,25 10:3,7,10, 13,24 11:1,4,8,17,19,24,25 12:9, 12,22 13:7,12,14 14:15,16,19,20, 21 15:12,13,17,21,25 16:3,9,21 17:4,7,8,11 18:7,19,20,23 19:21, 24 20:11,23 21:8,15,21 22:2,5,8, 15,17 23:2,3,8,10,14,23 24:10,16, 17,20,22,24 25:2,5,9,14,15,16,17 26:4,10,15,18,19 27:1,3,5,7,13, 15,17,19,24 28:23 29:2,6,7,18 30:9,10 31:5 32:3,14,18,22 33:1, 2,6,9,10,14,17,23,24 34:6,8,11, 18,20 35:3,8,9,11,12,22 36:5,6,15 37:2,7,17,18 38:13,15,22 39:3,4, 9,10,16,23,24,25 40:21,22 41:2,5, 6,25 42:10 43:1,5,10,20,23 44:1, 10,15,16,22 45:15,17,19,22,24 46:2,6,10,11,15,16,23 47:20,23 48:5,9,10,12,15,19,20 49:8,22,24 50:1,6,18,21,25 51:5,7,24,25 52:17,21,22 53:3,6,7,10,13,14,19, 21,23,24,25 54:13,14,16,22 55:4, 6,7,20 56:20,21 57:7,8,13,23,25 58:5,8,22 59:1,14,15,16,22 60:1, 7,8,11,13,22,23,25 61:19 62:7,12, 15,21 63:6,20 64:1,16,17 65:12, 20,21 66:13,14,24 67:18,19 68:5, 7,14,20,21 69:7,15,25 70:1,9,11, 16,17,23 71:4,5,12,17,18,23 72:25 73:6,7,13,15,16,18,22 74:5, 17,21 75:11,16,22 76:2,8,14 77:25 78:1,6,8,10,12,16,20,23,24 79:4,18,20 80:1 81:7,11,17,20,21 82:4,9,19,25 83:15,19,20,21 84:3, 7,12,16,18 85:8,19,21,24 86:1,4, 19,21 87:21 88:2,9,10,11,22,23 89:3,16,20 90:6,9,15,22 91:1,2,23 92:4,15,24 93:9 94:21 95:6,8,10, 15 96:3,12,13,21,23,25 97:2,9,10, 12,16,17,18,19,20,25 98:2,7,9

**off** 31:21,24 52:7 58:1 59:7,10 61:18 80:22 81:1 87:18 95:20,21 98:12,21

**offhand** 40:4

**Office** 4:20

**often** 8:15 28:11 50:19 69:2,13

**Oh** 7:9 37:11 38:25 80:5,24

**okay** 5:19 6:10,13,16 7:4,8,10,16 8:6,25 9:12,15 10:13,20 11:17 14:3,6 15:11,17,24 16:14,20,24 17:10,14 18:19 21:15 22:3 23:17 25:16 31:14 32:1,8 36:4 38:7 39:3,21 40:5,14 41:17,22 42:5,9 43:5,9,12 44:8 45:14 47:18,23 48:7,17 49:2,19,23 51:9,12,19,23 54:15 59:12 62:11 65:12,15 66:8 69:10 80:25 82:3,17 83:14 84:2 86:6 90:7,8,25 97:11 98:12

**old** 57:17,22

**older** 13:9 59:2

**omissions** 72:23 73:4

**on** 7:6,10,18 8:20 9:16 10:12,16, 17 12:5,8,14,17 14:12,15 15:2,20 16:8,16,20 17:2,10,15,19 18:11 21:1,2,13,15 22:20,22 23:2,8,9, 12,22 24:25 25:20 26:3,18 27:12, 13,18 28:18 30:18,22 31:8 32:1,5, 15,20,25 33:1,6,12,15 34:1,15,18 35:13,15,18,20,22 36:6,14,20 38:21 39:5,7,13,22 40:5,8 41:13, 19 42:6,25 43:15,20 44:13,22 45:8,10,17 46:1 47:12,14,15 48:3, 8 50:8 51:4,5 52:16 54:2 56:7,20 59:12 61:6 63:21 64:18 65:9,25 67:21 70:4,16 73:18 74:7 75:13 76:25 77:2,5 78:9,25 80:10,12 81:3,17 82:4,8,11,18,25 84:11,14, 20 85:8 86:15,19 87:16 89:17,19 90:6,8,17,18 91:9,14,15 92:18 93:7,8,9,18,19 94:14 95:16,22 96:14,15 97:20 98:6

**once** 86:15 87:10

**one** 4:2 12:22 14:6 16:25 17:20 24:15 27:17 38:4 41:2,4,18 51:13 52:10,21 54:20 57:7,21,23 58:6 60:19 65:8,9 67:19 69:8 70:15 72:25 81:24 96:21

**only** 10:4 12:7,13 40:24 44:24 46:18 53:19 71:14 88:5 94:13 96:21 98:2

**open** 92:21

**operative** 79:6

**opine** 30:17 45:23 81:17

**opinion** 18:7 55:9 71:22,25 72:1, 3,5,8 73:13 81:16

**opportunity** 88:13

**option** 64:23 81:9

**options** 51:4 58:12 62:13 63:1

**or** 6:10,13 7:2 9:19,20 11:20,21 13:9,16 14:9,21 15:13 18:7 20:17 21:25 22:1,9 26:24 28:4,10 29:8, 9,19,20 30:11,12,23 31:16 32:3 34:4 35:5 37:20 39:19 43:3 45:24 48:8 49:9,20,23 50:10,18 52:7 53:7 54:3 55:9,23 56:8,22 57:5,10 58:9,10,18 59:16,24 60:25 61:11 62:24 64:4 65:5,10 68:16 69:12 70:12,17 71:17 72:13,21 73:11 74:11,16 75:2,3 76:17 78:15,18, 19,22,24,25 79:3,6,8,14,18,19 80:14 81:13,23 82:22 83:6,11,20 84:3,6 86:10 87:15,20 88:3,6,12 89:7,9 91:17,18,25 92:5 93:2 95:10,13 96:25 97:8 98:2,9

**orchiectomy** 92:5

**order** 47:16 55:25

**organ** 66:9,14,15,18 67:22,23 68:2,17,22 69:7 86:22

**organic** 91:21

**organization** 32:9

**organs** 66:3 68:18 70:11,12

**origin** 52:17

**original** 29:11 77:16

**origins** 54:16,18

**orthopedic** 22:12 27:5 96:13,21

**other** 6:4,13 21:5 23:23 27:3 33:11 34:12,22 40:22 46:14,20 50:7 58:5 60:12 61:9 67:10 69:12, 19 75:11 78:20 79:3,19 80:10 82:1 84:13 89:20 90:9,19,21 91:1, 2,6,17 94:20 96:6 98:10

**others** 11:10 24:17

**otherwise** 78:19 83:4

**our** 5:1,2 10:17 37:1,5 52:8 54:4 59:14 60:19 73:22 74:15,23

**out** 12:20 19:15 24:16 27:5 31:4, 17 47:9 88:25 89:19 93:12 96:21

**outcome** 34:18 43:1 44:1

**outcomes** 9:7 21:18 23:24 25:12 30:3 33:1 40:24 42:10

**outline** 35:12,22

**outlines** 62:21 63:1

**outside** 80:1 97:9

**over** 8:13 43:7 53:16 61:14 72:15 78:12 81:6

**overall** 10:25

**own** 21:3 34:4,6 77:23 88:9

---

**P**

**p.m.** 99:1

**Pachankis** 28:17,20

**Pactor** 96:6

**page** 7:16,17,20,21,23 8:25 9:15, 16 10:13,16 14:1,3,15,19 15:2,21, 22 16:8,21 17:11,19 18:19,20 19:6 21:11 23:9,22 25:2,20 26:3, 18 27:18 29:2 33:17 34:1,5,15 38:22,24 39:3,7 42:5,6,25 43:10, 20,23 46:7 47:16 48:9 51:9,24 54:2 65:12 66:24 84:20 86:4 90:6, 8

**pages** 36:5 37:3,7 51:13

**pain** 69:4 87:16 89:3

**painful** 87:16 88:16

**paper** 9:9,11 10:1 44:2

**papers** 10:16

**paragraph** 8:3 12:16,23 14:20 15:24 16:1,3 22:19 26:9,12 40:25 43:12,14,21 65:15 85:4

**paragraphs** 9:24 15:5

**parameters** 64:17

**parametric** 9:21

**parentheses** 20:8

**Park** 34:23

**Parker** 34:24

**part** 16:9 35:12 45:24 55:20 57:8 60:1 70:23

**partially** 66:7

**participating** 91:23

**particular** 57:7 73:7 74:18 93:25 95:6

**particularly** 53:12 73:5

**past** 42:22 56:13

**path** 66:13

**pathophysiology** 69:7

**patient** 20:1 56:12 57:17 59:14 63:3,4,22 64:10,11,13,23 65:8,10, 22 69:16 74:18,20,21 75:10,15,23 76:9,10 78:23 93:3

**patient's** 65:4

**patient-reported** 33:1

**patients** 20:11 21:20 24:1 34:25 95:5

**PDF** 16:21 17:11

**penal** 87:15

**penile** 86:16 87:10,20 90:4

**penis** 69:22 70:20 87:15,24 88:12 89:6,8

**people** 24:18 26:24 38:12 39:10, 16 40:10 50:9 53:2,14,17,18,21 54:19 55:3,21,24 56:5,9,11 58:8, 22,25 60:12,17 61:8,9,13 62:3,7,8 66:11 67:16 68:2,25 69:3,5 70:13 73:8 78:17 83:7 88:11 89:5,8 93:16 94:3

**per** 51:3

**percent** 12:13 14:22 15:13 20:8 34:20 35:5,6 81:10,11,20,21 97:12,13,17,18 98:2,3

**percentage** 96:12

**percentages** 96:20

**perform** 64:19

**performed** 12:7 21:5 27:5

**performing** 62:9

**perhaps** 13:8 18:21 38:25 52:20 61:3 97:1

**period** 18:16

**person** 50:23 52:7 57:10,15 58:15,16 59:18,22 67:14 70:2,4, 18 75:2,5 84:5,15 91:3

**person's** 52:4 55:11,14,15,21 56:15,17,19 93:19

**personality** 55:21 91:9

**personally** 39:24 48:1

**persons** 4:15

**perspectives** 54:20

**Pfafflin** 13:22

**pharmacological** 46:10,17

**pharmacovigilance** 41:24 46:8

**Phd** 4:13 5:5 98:8

**phenomena** 58:8

**phenomenology** 67:9 75:16

**physical** 80:14

**physicians** 63:15

**physiological** 59:17

**physiologically** 48:12

**physiology** 66:13

**pills** 68:19

**place** 10:14 32:14,22

**placeb-** 97:25

**placeboes** 97:25

**plaintiff** 4:17 5:3 24:23 48:19 66:25 71:20 72:10,12,17,18,20 73:5,19,24 74:2 75:21,25 76:3,4, 7,20 77:17 79:5,7,10,11 85:12,14, 21 87:6,10,13,23 89:22,25 90:3, 15 91:18 92:5 94:5,8 95:7 98:16

**plaintiff's** 6:25 71:7 72:3 76:19 78:11 85:5 86:1 91:8

**plaintiffs** 82:12,13 98:11

**play** 58:11 74:4

**please** 4:14 13:1 15:8 23:17 26:6 51:13 80:19 84:21 86:5 98:8,19, 20

**pleased** 69:5

**point** 12:20 19:15 25:16,19,22 26:4,6,7,15 31:17 37:23 57:13 79:8 88:24 90:12

**pointed** 8:2 31:4

**points** 11:3 60:25

**poisoning** 66:22

**policy** 41:14

**polymorphisms** 53:18

**population** 8:11,12 9:20 10:12 11:11 20:1 22:9

**portal** 41:15

**portion** 9:13

**portions** 59:16

**posited** 52:24

**positive** 11:10 12:17,23 40:22

**possibility** 58:5 84:3

**possible** 22:8 27:2 52:17 53:13 55:17,19 64:8,9 65:3 80:10 90:9 91:1,6

**Possibly** 6:22

**postmortem** 52:25 53:1

**postoperatively** 40:11

**potential** 10:21 11:3 12:18,24 27:21

**practice** 23:10

**practitioners** 97:4

**pre-** 40:11

**precisely** 88:1

**preclude** 74:16

**preconception** 48:11

**predicting** 85:16

**predominantly** 53:5

**prefer** 56:24

**preliminary** 11:19

**prepare** 6:1

**prepared** 96:4

**prescribe** 63:25

**prescribing** 63:16

**prescriptions** 29:9,20 30:12

**presence** 70:17 78:12

**present** 4:15 96:4,5 98:2

**Presently** 42:18

**presents** 93:24

**presumed** 52:17

**presupposed** 47:5

**prevent** 91:23

**previous** 13:4 23:4

**previously** 6:11,18 8:14 36:21 37:6 38:1 46:12

**primarily** 19:9 49:20 53:22 67:20 70:4 81:24

**primary** 52:3 69:23 70:1 71:4 78:7 95:15

**Principle** 41:25

**prior** 11:21 20:7 34:25 35:3 53:8, 14 63:13 85:14,15,17,20

**prison** 6:20 71:2 73:9 75:6 78:2, 17,20,22 79:10,12,17,25 80:1 83:1,17 92:20 93:6,7,24

**prisoner** 71:23 72:6 82:22 84:4 89:10,12 93:11

**prisoners** 81:4,7 82:4,9,12,19 83:1 87:3,20 88:18,21 92:7,11,17 93:15 94:4

**prisons** 66:19 83:8 94:2

**probably** 35:13 76:12 81:20 93:21 96:10

**problems** 49:18 50:2

**Procedure** 4:25

**procedures** 97:16,17,19,20

**proceed** 4:24

**produce** 66:4,10

**production** 68:12

**professional** 62:22 75:23 76:9

**professional's** 74:19

**professionals** 62:18 63:10,11, 12,19,25 64:3,21 71:7 72:4 73:25 77:7

**profiles** 68:6

**prong** 66:6 69:19

**pronounce** 19:1

**prospective** 28:1 35:10

**prospectively** 21:22

**protocol** 65:7

Index: provide..regarding

**provide** 13:12 14:12 33:4 37:2,7, 13 64:15 68:6 80:13

**provided** 42:10 43:2

**provider** 74:25

**providers** 63:5 74:22 85:5

**provides** 46:16 62:12

**providing** 91:24

**PSA** 57:22

**psychiatric** 19:7 20:5,7 33:8

**Psychiatry** 26:18 28:24

**psycholo-** 67:9

**Psychological** 33:9

**psychologist** 75:1

**psychologists** 65:8 70:24

**psychometric** 13:15,17 14:10 23:24,25 24:3,7,12 72:25

**psychopathology** 90:14

**psychosis** 81:25 91:21

**psychosocial** 92:7,9,16 93:15

**psychotherapy** 52:23

**psychotic** 91:3,22

**psychotropic** 83:16

**puberty** 57:4

**public** 41:14

**publically** 37:19

**publications** 9:17

**publicly** 37:17

**published** 7:25 11:9 19:19 23:7, 18 24:4 48:3 54:12

**purpose** 65:25 66:6 69:15 70:14

**purposes** 65:19

**pushing** 67:25

**put** 17:18 73:10

---

**Q**

**quality** 10:24 11:1,25 13:7,13 23:23 24:20

**question** 5:16,23 9:4,9 10:15 13:1 18:2 20:19,21 21:24 25:23

30:7,8 32:14,22 33:6,22 35:3 36:8 37:4,9,10 39:12,21 43:3,19 44:23 45:14,17,19,22,23,25 46:20 47:4, 10 48:20 49:10 53:15 61:3 63:8, 24 71:25 76:6 77:13,16 82:14 83:19 92:13,15 97:11

**questions** 24:25 53:11 95:24 96:16,23 97:2 98:5

**quite** 55:6

**quote** 91:18

**quotes** 47:6

---

**R**

**radio** 75:13

**raised** 54:10 57:5,19

**Randi** 4:13 5:5 98:8

**randomized** 26:21 27:9,24 28:8 96:14 97:23,24

**range** 67:15

**ranked** 27:19

**rapidly** 38:11

**rather** 8:19 14:13

**ratio** 68:14

**rational** 86:20,25 87:3,7

**reactivity** 48:5

**read** 6:4,16,18,19,23,25 8:3,5 9:10 12:20 15:5 21:25 22:1,2,3,5 24:6 25:22,24 26:6 29:23 35:25 39:21,23 40:13 42:22 55:3 71:15 86:23 87:10

**readiness** 82:2

**reading** 15:10 20:17 21:1 44:2 45:20 88:10

**reality** 81:25 91:20,25

**realize** 61:23

**really** 66:22 67:19 75:9,23 76:9, 10,13

**reanalysis** 29:6

**reason** 14:12 69:5 81:22 94:13

**reasonable** 14:13 45:16 46:1 64:21

**reasonableness** 36:14

**reasonably** 75:3

**reasons** 62:3 81:23,24

**reassigned** 66:25 70:3

**reassignment** 7:12 8:8,17 9:7, 18 19:24 21:18 22:17,20,22 27:8, 12 36:16 41:25 42:18

**recall** 5:14 6:22 14:4 18:18 38:1 73:22 87:8 88:1,5

**receive** 75:17 81:12,14,15

**received** 71:17 77:3,4 81:13 82:22 85:21 89:12 94:23

**receiving** 94:5,8

**recent** 6:5 35:4 55:4

**recently** 42:23 92:22

**recommend** 81:21

**recommendations** 12:8

**recommended** 81:12,14,15

**recommending** 81:23

**reconstruction** 65:16,18 80:17 92:3

**record** 4:15 31:22,24 32:1 59:8, 10,12 80:23 81:1,3 95:20,21,23 98:10,12,21

**records** 71:14 73:16,19 74:15 88:11 90:12 91:13

**rectify** 31:4

**reduce** 13:4 68:13

**reduced** 12:18,24

**reduction** 25:16,17 66:15

**reexamination** 30:10,18,20,24

**refer** 14:2,5 34:4 70:24

**reference** 18:20

**referencing** 11:15 16:15,19 18:10

**referred** 18:25 34:23 36:16 39:1

**referring** 24:13 30:8 36:22 38:2,5 43:4,18 44:3 77:7

**refers** 15:1 22:7 25:9

**regarding** 14:21 15:12 23:10 25:11 32:2,12 38:13,15 77:15

Index: regardless..Royal

82:20 83:7

**regardless** 20:11 26:10

**regards** 63:22

**regimen** 68:5

**regions** 80:9

**registries** 28:4

**regrets** 35:1

**related** 9:17 82:21

**relating** 46:14 83:1

**relation** 29:7,19 30:11

**relationship** 30:2 48:4

**relationships** 25:11

**relative** 48:13

**released** 6:6,8,10,11

**relevant** 78:23

**relied** 36:6

**relive** 98:25

**relying** 63:21 90:17

**remained** 53:11

**remarks** 18:14

**remember** 70:3 96:15 97:2

**remind** 5:20

**remotely** 4:12

**removal** 65:20 66:14 68:5,20 69:7 86:21

**remove** 66:20 67:15,22 77:23 95:11

**removed** 68:23

**removing** 66:14,18 67:4 68:16, 18 95:11

**render** 91:20

**repeat** 10:6 37:4 55:12 63:24 76:6 82:6

**repeated** 30:1 95:9

**rephrase** 18:2 43:19 62:17 66:1

**report** 6:2,23 7:2 14:1,2,4,5 15:17,21 16:13,21 17:4,7 18:9 20:18 33:16,23,24 34:6,24 35:20 36:5 38:22,24 43:5,10,23 47:7 48:19 51:7 54:7 65:13 66:24 71:6

73:11 84:3,8,10,20 86:4 87:9 90:6

**reported** 12:17,23 14:23 15:14, 16 34:21 35:6 52:16 55:2

**reporter** 4:1,23 5:1 12:11 32:5 60:5 98:7,17,23

**reports** 9:19 28:5,10 74:21 82:3, 6,8,15,18,25 83:7,19

**represent** 41:4

**representation** 75:24

**representative** 27:19

**represented** 72:19

**represents** 86:20

**reproduction** 80:10

**Republic** 57:8

**repudiated** 31:13

**request** 37:17

**requests** 37:1,5 38:10

**require** 32:19 50:19 55:25 59:17 61:9,10

**requirements** 62:23

**requires** 50:17 64:12 94:10,14

**reread** 30:6

**rereading** 45:20

**research** 12:2,4 16:1 19:18,19 23:2,7,10,12,14,18 25:6,14,18 27:1 28:7,9 39:4 41:15 53:23 54:14,23

**researchers** 52:23 53:9,16

**researching** 10:8

**residing** 86:8

**resilience** 84:12

**resolve** 70:10

**resonance** 53:12

**resources** 58:14

**responded** 75:18

**respondents** 14:22 15:14

**response** 35:2 67:16 97:11

**rest** 12:14

**result** 19:24 53:7 66:4

**resulted** 78:14

**resulting** 65:22 69:16

**results** 11:9 12:17,23 13:17 14:10 29:6,18 30:9 40:9 89:15

**resume** 61:21

**retained** 82:19

**retract** 89:2

**retrospective** 18:13 28:1,13

**retrospectively** 29:15

**return** 61:21

**revealed** 73:10

**reversed** 36:14

**revert** 62:2

**review** 10:18 12:9,12 18:8,9 34:18 44:12 73:18 98:24

**reviewed** 6:2,14 9:25 10:10,21, 25 11:8 34:9 36:15 73:16 97:18

**reviewing** 31:2 34:19

**reviews** 97:15

**Richardson** 4:2,7

**rid** 70:1,10 71:3

**ridiculed** 61:25

**right** 7:4 8:23 14:1,3,7 16:8,16 17:12,21 18:11 21:11 25:19 27:16 29:2 31:21 33:18 34:17 37:25 39:5,10,19 43:7,9,15 47:12 51:19, 24 55:7 59:7 62:13 66:25 69:11, 14 71:20 77:2 82:15 85:4,22 86:7, 23 90:17 95:19,22

**rigorous** 27:20 96:22 98:1

**rises** 59:2

**risk** 20:5,10 48:13 83:20 84:4,5, 16 85:12,18,24

**risks** 92:4

**role** 74:4,19

**Roman** 7:22

**room** 89:19

**Rose** 4:18 96:6

**rotator** 12:6 27:4

**Royal** 26:18

**rubber** 87:21 89:6

**Rules** 4:25

**runs** 54:9

**Ruppin** 13:21

**rural** 93:22

**S**

**safe** 8:18 34:10 36:17

**safety** 32:3

**said** 19:22 23:5 30:16 47:6 51:21 57:23 58:20 76:3 77:8 79:17

**same** 10:12 12:16 16:14 17:20 30:4,22 43:22 44:16 45:16 63:22 64:1,3,5,6,23 65:2,3 67:3,4 68:6, 10 71:22 79:22 93:25

**sample** 11:4 23:21 28:14

**satisfaction** 14:23 15:15 35:1,6

**saw** 53:9

**say** 26:19 39:4,18 41:12 43:14 48:22 49:15,25 50:1 52:5,12 56:5, 9 64:12 68:24 73:21 83:10 84:25 86:1,25 93:14 94:13

**saying** 66:2

**says** 9:13 10:16 47:5 75:10

**Schechter's** 7:2

**Scholarly** 39:4

**scientific** 13:5 16:1 25:10,21 26:1 96:22 97:10 98:1

**scope** 48:15

**scores** 40:10

**screen** 7:6,10,18 15:20 16:8,16, 25 17:2,15,19 18:12 21:1,13 28:15,18 31:8,14 33:15 35:13,19, 20 36:21,25 38:4,20,21 39:13 41:17,19 43:21 44:22 45:9,10 47:14,15 48:17

**scroll** 15:8 34:2 39:7

**scrotum** 89:11,15

**se** 51:3

**search** 46:17

**seasoned** 5:19

**second** 10:16 12:23 14:6 15:11 16:25 25:16 30:22,23 45:22,24 65:21 69:14 70:14 85:4

**secondary** 29:25 49:24,25 50:15 52:3 69:23 70:2 75:4 77:25 95:12

**section** 8:2 9:1 10:24 11:7 15:6 16:9 21:12 33:18,23,24,25 34:6 35:9 83:20,24 90:8,18

**see** 5:13 7:5,13,17,20,21,25 9:1, 10,15,22 10:1,10,18,22,25 11:6,7, 12,17,22 13:1,2,18,23 14:17,24, 25 16:1,11,22 17:2,11 18:14 19:25 21:11,14 26:9 27:22 28:18 29:2 35:14,18,20 37:17 38:7 40:7, 12,15,21 41:1 42:1,6,8,12,16,19 43:14,23 44:4 45:2,8,10 46:24 65:15 66:19 84:24 85:6 86:13 90:10,16

**seek** 88:18

**seeking** 56:11

**seems** 57:14 60:19

**seen** 31:8 85:12

**select** 46:23

**self-harm** 73:15 83:21 84:4,6 87:4

**self-ligation** 87:2

**self-reporting** 77:2

**self-reports** 74:5 76:19,25 77:16,19 94:15,20 95:16

**self-treatment** 86:9,18 95:1

**sense** 41:12 49:8 50:17 58:3 66:22

**sentence** 9:16 12:22 13:2,4,10, 18 14:20,25 19:25 42:6,8 43:22 44:25 45:4 85:4 86:7

**sequelae** 49:14,23

**series** 9:19 28:4,10 96:23 97:2

**serious** 49:12 62:6 92:1

**set** 30:22

**sets** 26:12

**settings** 86:9

**settled** 53:15

**seven** 57:20

**several** 12:17,23 44:6

**severe** 50:4,6,12,14,16,18,21,22 52:22 55:24 60:7,9,23 61:7,19 62:4,5 70:6,19 74:10 76:20 77:17 78:6 81:24 84:17 89:3 95:9

**severity** 50:25 51:1,3,5

**sex** 8:17 19:24 27:12 41:25 42:18 50:15 52:2,3 55:11,14,23 60:10 67:3 69:23 70:2 71:4 77:25 78:7 95:12,15

**sexual** 36:16 92:21

**sexually** 92:23

**share** 17:1 33:15

**shared** 63:1,3

**sharing** 16:25 28:15 31:14 36:24 38:20 41:17 48:17

**she** 19:17,22 20:16,17 21:6,24,25 22:1 30:21 37:20,21 47:8,11 57:19,22,23 58:7 67:2 72:18,23, 24 73:14 74:10,11 76:1 77:3,4,12 78:3,5,7 79:8 87:23,24 88:2,3 90:23 91:24 92:23 93:5 94:10,13, 24,25 95:11

**she's** 18:23 19:18 76:24 94:23

**short** 31:20 59:6

**should** 19:22 36:12 64:22 81:15 86:18

**show** 7:5,24 28:16 30:15 36:20 37:25 38:21 41:18 47:12

**showed** 46:12

**shower** 78:4 93:5

**showing** 41:22

**shown** 42:11

**sibling** 54:8

**siblings** 54:7

**sic** 44:16

**sign** 86:11 95:1

**signature** 98:13,22

**significant** 13:16 14:9 30:1 32:17 40:9 53:10,24 66:15 78:2, 10,14,21 79:2,18 97:19

**significantly** 48:10

**signs** 78:8

**similar** 67:8

**similarly** 50:13 79:25

**simply** 61:25

**since** 5:16,19 22:25 24:4 52:18 54:13 85:9

**single** 28:5,10 72:22 73:22 74:23 75:15

**single-most** 85:16

**singular** 46:21 76:15

**sit** 25:13 30:17 73:22 88:1

**situation** 57:11 71:2 78:17 92:24 93:18

**situations** 79:11

**six** 13:11 80:12 85:14

**size** 28:14

**sizes** 9:20 11:4 23:21

**skip** 5:19

**sleeping** 92:23

**small** 9:20 11:4 60:13 61:8

**smaller** 28:13 47:16

**Smith** 13:22,25 14:16 15:1,3 16:3

**so** 5:4 7:18 8:6,16 16:18 17:10 20:18 22:9,15 23:3 26:25 27:6 30:6,22 31:2,6,8 34:11,21 35:7 36:1 37:21 43:7,15 44:5,11,20 46:8,9,17 47:9 49:19 51:1,14,17, 21 52:10,23 53:9 54:2,6,20 55:17, 24 56:3,23 57:2,4,10 58:8,25 59:25 60:9 61:5,7,11,14,18,23 62:1,3,24 63:6 64:7,15,17 65:1 66:9,14,21 67:2,8,10,13,18,24 68:4,10,13,17,20 69:1,4,10 70:4, 14,24 72:13 73:18 74:22 75:9,12, 14 77:16 78:19,22 82:17,18 83:14 84:15,24 85:10,17 87:16,18 89:3, 5,10 91:20 92:23 93:5,7,21 94:13, 23

**social** 33:11 49:16,23 71:2 77:24 78:15,22 79:3,11,14,19 92:25

**socialize** 78:19

**socializes** 79:10

**socially** 61:13

**society** 33:11,12 57:1 62:1

**socioeconomic** 93:19

**solely** 12:5 32:25

**some** 11:9 24:2,12,17,24 26:19 27:1 28:12 34:12 35:9 41:6 42:25 50:1,9 52:25 55:2,4,21,24,25 56:9,20,23 57:13 58:19,22 59:1,2, 6 60:10 61:7,22 62:24 68:12 69:12 70:13,25 71:2 72:22 79:11 82:11 83:22 87:14 91:21,22,25

**someone** 19:18 57:12 60:22 69:10 77:5,10 85:17 93:22

**someone's** 55:18,19

**something** 23:6 73:11 91:4,11

**sometimes** 89:1,6,18

**somewhere** 56:7

**song** 75:13

**sorry** 10:6 12:20 15:13 16:23 18:2 23:5 30:20 33:24 35:12 36:8 37:4 39:11 40:2 41:19 43:3 51:19 63:24 71:25 77:1 80:24 84:22 94:7,19

**sort** 35:22 59:1

**sound** 15:25 32:13,21 55:1

**sounds** 30:6

**source** 65:21

**Southern** 4:10

**Spain** 55:5

**speak** 51:18 71:14

**speaking** 26:17 30:21

**specialist** 65:9 76:14

**specialists** 64:6

**specialized** 64:7 71:18

**specific** 20:20 24:13 46:16 72:22

**specifically** 19:17 24:24

**spectrum** 50:21

**spends** 95:11

**spermatic** 89:2

**spoke** 5:13 57:20

**spoken** 19:15

**Square** 4:3

**squelch** 59:1

**stability** 80:12

**staff** 93:9

**stand** 89:7

**standard** 9:21 28:9

**standardized** 23:25 24:2,7

**standards** 19:21 32:11 33:14 35:9,11

**start** 48:20

**starting** 15:24 26:9 33:17,25 38:8 51:24 65:15

**starts** 7:22

**state** 11:19 98:8

**stated** 22:12 31:10 73:4

**statement** 12:19,21 20:3 23:22 24:6 25:8 74:23

**states** 4:9 9:16 12:7 14:20 15:11 19:25 20:25 62:9 81:6 90:13

**stating** 19:19

**statistical** 9:21

**statistically** 24:19

**statistics** 9:20

**status** 75:19 93:19

**stayed** 35:21

**steady** 67:13 78:9

**Stephan** 19:17

**Stevie** 96:6

**Stewart** 4:2

**stigmata** 95:8,12

**still** 23:1 43:25 58:17 63:8 64:14 68:10,11,12 78:9

**Stilwell** 5:14

**stipulation** 4:23

**stipulations** 98:9

**stop** 16:25 28:15 31:14 36:24 38:20 41:17 48:17 74:16

**stopped** 87:17

**straightforward** 72:24

Index: strangulate..tell

**strangulate** 87:14,20

**strangulation** 88:6

**street** 58:2

**strength** 11:1 12:18,24 13:4 25:9 29:13

**strengths** 25:5

**strictly** 41:7

**string** 87:21

**stronger** 25:21 26:1

**structures** 53:5 54:22 65:23 69:17

**studied** 8:15 53:17

**studies** 9:20,25 10:3,7,10,20,25 11:8,14,18,19,24 13:11,13,15,20 14:8 17:25 21:3 23:20 24:8,9 26:20 27:7,12,14,15 28:1,2,3,13 34:8,11,12,14,19,22 35:8,10 39:8, 14 40:1,3 52:14 53:21 54:6 55:4 97:24 98:1

**study** 10:9 11:2 13:5 14:16,25 15:1,3 16:10,15 17:24 18:5,13 19:3,5,6,22 21:7 25:10 26:16 27:13,14,19 28:17,21,24 29:11,25 30:1,3,22,23 31:2,9,11,12 34:13 38:2,5 39:1 40:18 43:13,16,17,23 44:16,21 45:7,12,16 53:13,18

**subcortical** 54:22

**subject** 30:4 84:7 92:25

**subjective** 11:3

**subjects** 31:5

**submitted** 82:4,8,25

**subsequent** 10:18 15:5 21:2 29:8,19 30:11

**subsequently** 19:19

**substance** 60:16

**subtle** 75:11

**such** 12:5 34:13 42:10 43:1 44:1 49:8 57:16 61:8 86:20 91:20 97:8

**sudden** 58:1

**suffering** 90:23

**sufficient** 9:6 17:25 33:3 62:25 71:8 72:4 76:1 80:17

**sufficiently** 8:15

**suggest** 71:6 85:12

**suggests** 26:4

**suicidal** 85:6 86:2

**suicide** 19:23 20:10 29:10,21 30:13 83:20 84:3,6 85:13,14,15, 19,20,24

**suicides** 19:9 85:17

**Suite** 4:3

**suits** 82:11

**summary** 8:21 21:12

**superimposed** 35:22

**supplement** 37:1,5,22

**support** 39:9,14

**supported** 96:22 97:14

**supports** 30:18 40:19 41:10 42:24

**suppress** 66:17 67:11,13 68:1

**suppression** 67:17 68:11 69:8

**supraphysiological** 44:11 46:13

**sure** 26:7 57:24 58:15 73:21 76:22 88:17

**surgeon** 64:10,12

**surgeons** 62:9 64:15

**surgeries** 12:6 21:4 22:12 23:15, 20 27:5 34:19 38:11,14,16 44:7 96:13,21 98:2

**surgery** 7:12 8:8,14,17 9:7,18 11:22 13:14 14:12 19:24 21:18 22:18,20,23 23:11 24:11 26:24 27:3,8,11,12 29:7,18 30:2,10 31:6 32:3,10,13,14,18,21,22,24 33:4,6, 13,18,25 34:10,20,25 35:2,6,9 36:12,17 40:23 41:3,7,9,11 45:17 46:2,23 61:22 62:10,24 63:14 64:11,13,15,18,22 65:6,16,18 66:6 68:7 69:15 71:24 72:7 74:8 80:7,15 81:8,12,15,17,22,23 82:20 84:7,10 91:16 96:25 97:9

**surgical** 12:12 21:21 42:10 43:1 44:1,3,5 68:5,20 70:11 86:9,12,18 94:25

**surprise** 17:23 18:7

**surprised** 18:4 89:10,22 90:3

**surveillance** 28:3

**survey** 6:5,7,8 29:6 35:4

**surveys** 28:4

**suspense** 43:8 51:15,17

**suspicions** 73:13

**sustained** 80:6,7

**Swedes** 19:10

**sworn** 5:7

**symptoms** 91:1

**syndrome** 50:10

**synopsis** 14:16

**system** 67:21,22

**system-wide** 71:11

**systematic** 27:21 34:17

———————————

T

**take** 15:7 31:19 51:14 59:5 60:13 80:18 84:22,23 98:22

**taken** 61:15 88:25

**takes** 78:4

**taking** 60:15 68:13,19 75:6

**talk** 44:10 46:13 51:3,4 95:13 98:12

**talked** 36:6 46:14

**talking** 12:16 30:23 36:4,20 44:7 63:14,15 69:19 96:20

**talks** 54:6

**target** 66:9,14,15,18 67:23 68:2 86:22

**task** 76:15

**tasks** 62:21

**teams** 63:2 65:1

**technical** 12:10 43:8 60:4

**technology** 53:12,20

**tell** 35:23 66:1 73:11 87:6,9,13 89:25 96:18,19

**tell-tale**  78:8 86:11 95:1

**telling**  87:8

**tells**  74:24 75:15

**tends**  50:16

**tens**  88:10

**term**  48:23 74:11

**terms**  25:14 54:14 64:16 78:16

**test**  13:17 14:10

**testes**  66:3 68:5,20 87:20

**testicles**  57:6 65:20 66:9,20 67:4,15 69:1,6,11,22 88:12,14,23 89:9

**testicular**  69:4 89:23

**testified**  5:7

**testimony**  27:6,9 33:5,7

**testing**  11:21

**testosterone**  65:21 66:4,12,17, 22 68:1,14,15 86:21

**tests**  72:25

**text**  8:3,21 11:17

**than**  8:19 13:8 14:13 19:10 20:6 23:3 32:17 33:3 47:20 48:11 50:12 53:23 58:5 66:13,16 67:17 68:21 83:6,10,14 85:18 91:2,6 93:16,22 94:2 98:3

**thank**  5:12 8:21,25 15:7,10 31:1, 23 34:7,17 35:24 36:2 59:9 62:11 95:24,25 96:23 98:20,22

**that**  4:23,25 5:1,20,21 6:2,6,7,8 7:14,21,22,25 8:2,4,5,6,7,10,12, 17,21,22,24 9:5,6,9,10,22 10:1,3, 6,7,10,18,22 11:6,12,22,24,25 12:1,4,13,19,20,22 13:2,3,6,7,9, 11,13,18,23 14:4,6,8,11,16,17,24, 25 15:1,7,20 16:1,3,11,18,22 17:19,23,25 18:4,9,12,14 19:13, 14,15,16,19,22,23 20:3,8,12,16, 17 21:1,2,6,7,22,23 22:1,3,6,10, 22 23:1,2,5,6,9,12,14,16,18,20,22 24:2,3,5,7,9,14,18,19,25 25:4,8, 14,21,22,25 26:1,6,7,12,14,19,23 27:5,6,13,15,22 28:8,10,13,23 29:5,11,12,13,14,18,21,24 30:3,7, 9,14,23 31:4,9,11,12,13,17 32:24 33:5,6,7 34:8,10,15,21 35:7,8,11, 14 36:8,11,15 37:4,5,9,22 38:18

39:1,8,9,14,15,22 40:7,8,12,15, 16,17,19,24 41:3,4,6,9,12,14 42:1,5,12,16,19,24,25 43:15,17, 22,24 44:11,15,16,18,23,24,25 45:4,8,14,16,19,22,23,25 46:1,5, 18,19,20,22 47:5,10 48:3,7,9,12, 15 49:13,16,17,25 50:1,11,17,24 52:7,9,16,19,24 53:4,7,8,15 54:5, 12,17,18,21,23,24,25 55:1,10,12, 17,24 56:5,9,11,14,15,16,18 57:14,15,16,23,24,25 58:4,7,9,13, 20 59:18 60:1,2,12 61:1,9,17 62:17 63:3,24 64:6,10,14,17 65:4 66:1,2,3,5,6,9,12,14,22,24 67:2, 14,22 68:6,7,24 69:1,10,18,25 70:8,10,14,16 71:5,6,9,11,13,14, 15,16,22 72:3,5,6,8,14,20,25 73:8,10,12,21,24 74:2,4,7,9,16, 17,23 75:8,15,21 76:7,20,23 77:5, 17,22 78:13 79:7,4,10,13,16,17, 21,23,24 80:1 81:11,17,20,21 82:7,11,14,24 83:18,24,25 84:3,5, 7,10,11,24 85:5,6,8,12,24 86:1, 11,13,16,23,25 87:2,6,8,9,12,13, 14,16 88:4,5,8 89:3,11,22 90:10, 16,17,21,23 91:3,4,11,12,14,15, 18,22 92:1 93:2,14,24,25 94:2,4, 11,13,21 95:1,2,16 96:9,12,13 97:6,7,13,17,20 98:23

**that's**  9:12 15:16 16:18 17:15 19:14 20:24 21:1 27:17 36:24 37:17 40:17,25 44:22,25 48:5 53:6 54:25 55:1 57:7,8 64:24,25 66:5,19 68:24 69:4 73:10 76:1 80:9,15,25 87:18 98:12

**the**  4:1,4,6,9,12,15,16,17,19,20, 23,24 5:1,6,13,14,20 6:2,7,8,19, 20,25 7:24 8:2,3,6,10,11,12,13, 16,21,22 9:1,4,9,10,12,15 10:3,5, 7,9,12,16,18,24,24,25 11:7,8,10,11, 14,17,25 12:3,7,13,16,18,22,24 13:1,3,6,10,12,20,25 14:3,12,16, 19,20,25 15:1,2,3,6,11,16,20,24 16:3,9,10,13,14,16,17,18,21 17:8, 11,12,15,18,20,23,25 18:2,5,9,11, 12,16,20 19:1,6,8,21,25 20:5,10, 11,12,16,17,18,23,24 21:1,5,8,12, 16,23 22:2,5,15,16,17,19,22 23:8 24:6,10,15,16,17,22,24 25:5,9,10, 16,19,24 26:9,10,12,15,18 27:1,7, 13,15,17,18,24 28:6,9,17,20,23 29:2,5,6,11,12,13,14,17,18,23,24, 25 30:3,4,9,14,15,18,19,22,24 31:2,7,8,9,10,12,20,21,24 32:1,3, 4,5,6,8,10,12,14,15,18,20 33:5,7,

8,11,12,13,14,17,25 34:6,8,13,18, 20 35:4,8,9,11,13,20,21 36:6,11, 14,15,16,20,22 37:9,10,17 38:2,5, 7,10,13,15,18,21,23 39:1,2,3,4,9, 13,15,23,24 40:5,17,21 41:1,2,3, 5,13,19,25 42:9,12,18,21,22,24 43:1,3,12,13,15,16,21,22,25 44:13,15,16,20,21,22,23 45:6,8, 12,14,15,16,17,21,22,24 46:1,2,6, 8,10,14,15,19,20,22 47:4,5,6,7,8, 10,16 48:5,8,11,15,17,19 49:22, 23 50:1,4,17,21,23,24 51:4,5,24, 25 52:3,14,15,17,19,21,25 53:2,4, 6,10,14,16,19,20,23 54:5,6,12,14, 15,16,18,25 55:4,6,22,23 56:7,10, 13,15,21 57:1,8,16,21,23 58:2,5, 7,15,16 59:3,5,7,10,12 60:7 61:3, 4,14,20 62:7,9,10,15,21,22,25 63:4,6,8,22 64:1,3,11,13,14,18,23 65:2,3,4,7,8,10,15,20,21,22,25 66:3,4,9,10,12,14,18,19,20,22,24 67:2,4,8,9,15,21,22,23 68:2,4,5,6, 7,8,9,11,13,16,19,25 69:3, 7,11,13,16,19,25 70:1,4,14,15,16, 17 71:5,6,12,14,15,19,20,22,23 72:9,12,17,18,20,25 73:5,18,19, 24 74:2,5,11,15,19,24 75:7,11,13, 14,16,21,25 76:1,3,6,7,19 77:3,4, 7,10,12,24 78:7,11,12,19,22,23, 24,25 79:1,5,6,7,10,17,20,22,23, 24 80:3,4,5,6,11,12,15,16,19,22 81:1,3,21,22,23 82:1,2,13,21 83:20,21,25 84:5,7,8,11 85:4,5,8, 14,15,21,24 86:1,7,20,21,22 87:9, 10,13,15,16,18,20 88:2,8,12,13, 22,23 89:1,9,11,12,15,18,19,22, 25 90:3,8,12,14 91:4,8,18 92:4,5, 13,15,18 93:1,2,7,8,9,16,18,24,25 94:13,23 95:3,8,12,13,14,20,21, 22,25 96:3,19,25 97:10,12,15,16, 17,25 98:2,7,9,10,12,17,21,23,25 99:1

**their**  14:24 15:15 26:18 27:20 31:6,8,9,13 34:9 39:15 47:9 48:13 52:8 55:22 56:1,8,10,21,22 58:23 59:4 60:1,6,10 62:2,4 64:19 69:1 70:12,18,19,20 71:3,4 73:12 75:7, 18 83:1,2 84:12 89:6 93:20

**them**  24:17 29:14 37:15,20,21 56:22 58:12 60:14 62:1 66:23 67:14 69:2,12 70:23 75:8,20 93:3

**themself**  59:23,24 70:10

**themselves**  4:14 25:21 70:11,13 71:4

**then** 9:12,24 10:20,24 11:7 13:20 17:10 18:8 20:5,22 22:25 23:17 25:23 28:1,2,3,4,5 29:14 39:18,21 41:1 45:20,21,23 49:23 55:18 57:5,13 59:1 61:11 67:3 86:15

**theory** 54:21

**therapeutic** 20:22 21:8 65:19 69:15 74:25

**therapies** 52:11

**there** 7:19 9:5 13:7 15:11,16,22, 23 16:11 17:12 21:5,16 22:9,10 24:2,14,16,18 26:9 29:3 30:21 31:12 33:3 34:12,22 35:7,15 38:7, 12,14,18 39:8 40:8,9,22 41:3 43:10 45:16,22,24 46:22,24 49:16 50:20 51:10 52:23 53:8,19,23 54:9,13,15,17,19,20 56:5,9 58:4, 11,12,13,25 61:13,23,24 62:3,9, 24 65:14 70:23 72:14,22 73:4,8,9 74:14 75:4 76:20 77:13,17,19 78:20 79:6 84:16 85:11 91:5 93:20 96:6 97:4,6,7

**there's** 14:16 18:20 23:2,5 24:14 26:3 32:2 33:5 38:17 39:18 43:21 44:5,6 46:1,19 51:21 54:17,23,24 57:2,15 59:2 68:17 78:5 84:3 89:1,11 90:8 93:9 96:12,24

**therefore** 52:10

**these** 9:18 13:12 14:8 21:4,20 24:22 25:25 26:4,19,25 27:15 31:4 34:8,11 38:13,15 39:22,23, 24,25 41:6 53:20,21 59:1 60:16 71:16 83:12 88:20 89:4

**they** 10:9 26:17,19,25 28:11 30:16 31:9,10 34:17 36:16 39:8, 14,18 41:2,5 42:14 44:10,24 47:9 50:9,10 51:3,4 53:6,7 54:12 55:25 56:6,7,9 57:1,6,16 58:9,10,11,13, 23,24 59:2,3,4,23,24,25 60:2,6,7, 8,9,10,12,14 61:9,16,17,18,19,21, 22 62:1,5 64:6,17,18,24 65:6,10 66:21 67:13,21,24 69:1,5 70:6,7, 9,10,11,12,19,20,21,22,24,25 71:1,2,3 73:11,12 75:3,4,17 80:1 82:1,2,21 84:13,14 87:14,17 88:12,13,23,25 89:7,17,18 91:20 92:15,25 93:1 97:17 98:8

**They'll** 69:2

**they're** 27:2 32:25 37:19 40:24 44:3,7 55:23 67:12,25 71:1 82:16 85:17 89:18,20 91:4

**they've** 26:24 61:15 75:18 84:12

**thing** 75:15 97:8

**things** 58:9 73:8,25 83:17 97:22

**think** 12:4 13:25 23:18 24:2,5,9, 15 25:14 32:2,12,15,20,24 33:3 35:2,5,25 36:12 38:2,17 40:19 41:9 45:14,21 47:4,8 54:17,18 57:19 61:3 64:9 65:3 67:18,19 68:24 72:13,17,20 73:8,12 76:2, 12,13 80:21,22 84:19 85:10 91:2 93:18 97:11

**thinking** 7:19 73:6,7

**thinks** 76:1 91:3

**third** 12:22

**this** 4:6,12,24 6:1,17,23 7:12,13, 16,24 8:25 9:4,5,9,25 10:5,13,14, 16 13:6 14:7,15 16:9,14,16,17,24 17:4,7,15 18:5,8,12 19:3,5,22 20:1 21:3 22:9,13,24 23:15 24:4, 23 28:20,21,24 30:14,23 31:11 32:22 33:16,23 36:22 37:23 38:5, 23 39:1,3,7,13,22 40:7,13,17,25 41:2,4,23 42:3 44:2,12,14,18 45:20 46:5,6,16,21 47:18 48:6 51:14 52:9,12 53:23 54:5,14,19 61:23 64:7 71:17 76:20 77:17 79:8,17 84:22 85:12 87:6,23,25 88:15,16 90:15,18 94:5,8 95:7,23 96:3,10 98:7

**thorough** 73:17

**those** 10:11 11:24,25 15:5 19:13 24:25 26:14 32:18 34:11 37:13, 17,18 50:24 53:5 55:4 56:10 58:22 64:3,17 68:18 70:11 73:13 75:18 78:16 79:13 81:7,17 82:15, 19 83:19 84:19 85:20 89:25 93:14 96:15 97:2,9,18,20 98:6

**though** 53:9 64:11,13 67:6 81:25 89:15

**thought** 59:20 79:24

**thousands** 88:10

**three** 10:4 57:19 84:16 89:23

**three-month** 18:13

**Thromboembolic** 44:9

**through** 25:22 34:5 37:6,8 45:2 51:9 52:22

**throughout** 52:19 58:17

**thus** 53:14

**tie** 89:5

**tight** 69:12

**time** 4:4 5:13 23:15 36:16 52:18 58:2,7 59:18 70:8 75:22 76:2,8, 12,14 79:8 84:7,23 89:7 93:22 95:23,24

**times** 5:17 19:12 20:6 52:15 54:8 59:25 84:2,5 89:20

**tissue** 70:25

**title** 15:3 18:12 39:3 46:6

**titled** 7:11 10:24 33:25

**to** 4:24 5:1,13,19 7:4,16,24 8:2,5, 7,14,18,25 9:6,15,17,21 10:11,13, 14 11:1,5,21 12:17 13:7 14:2,5, 12,15,19 15:1,5,7,20 16:14,24 17:1,10,18,23,25 18:8,19,20,25 19:8,9,11,12,23 20:14,15,18 21:11,17,20,23,24 22:5,7 23:22, 24 24:5,9,13,20 25:2,3,5,9,14,20, 21 26:7,17,20 27:6,9,15,20,21 28:15,16,24,25 29:7,13,14,19,23 30:6,8,11 31:3,7,14,17,19 32:14, 17,22 33:4,15,23 34:4,5,15,23 35:3,13,23,25 36:5,16,19,22,24 37:1,2,3,5,16,17,22,23,25 38:2,5, 20 39:1,7,21 40:5,13,21 41:1,3,4, 17,18 42:5,14,16 43:4,8,9,19,20 44:3,12 45:6 46:5,6,10,14,25 47:3,8,12,15,16 48:4,8,17,18 49:8 50:16,21,24 51:14 53:1,8,13,14, 21,22 54:4,8 55:17,19,25 56:15, 16,18,24 57:16,21,23 58:3,11 59:1,4,5,25 60:1,6,13,19 61:8,12, 17 62:2,5,7,8,19 63:13,22 64:11, 15,19,21 65:6,7 66:11,17,20 67:2, 16,18,21 68:1,9,15,24 69:2,22 70:1,5,7,8,9,20,21,24 71:8,11,19, 20 72:5,19,20 73:9,10,11,17,18, 24,25 74:23 75:1,3,5,9,10,11,12, 14,15,18,23,24 76:2,9,10,12,13, 16 77:7,12,23 78:5,15,18 79:25 80:13,18 81:7,11,17 82:14,21 83:1,3,11,12,13,17,25 84:22 85:12 86:1,4,15,21 87:4,12,14,18, 20,23,24 88:13,15 89:10,19,22 90:12,14 91:5 92:21,25 93:1,11, 12,14 94:3,17 95:6,11,13 96:9 97:11 98:10,12,23,24,25

**today** 6:1 23:1 30:17

Index: Today's..vaginoplasty

**Today's** 4:4

**together** 67:16

**toilet** 89:9

**told** 57:22 72:18,23 87:23

**tolerate** 95:13

**too** 9:20 14:3 64:10

**took** 53:7 73:16

**tools** 10:11 11:4 23:25 24:3,7,12, 13,22

**top** 15:3 18:20 27:24 35:22 38:7 85:4

**topic** 48:6

**torment** 71:5

**total** 9:25 10:10

**touch** 70:20

**trained** 73:17 75:1 76:16

**training** 71:13,17 75:9

**trajectories** 84:16

**trans** 92:7,16 93:16

**transcript** 6:25 98:9

**transcripts** 6:16

**transfer** 83:17

**transgender** 6:8 35:4 38:11 39:10,16 56:12 59:14 65:19 86:8 90:15 92:11,22

**transgendered** 81:4 82:4,9,25 84:4

**transgenderism** 58:16 59:15 60:24

**transition** 39:5,9,15 61:13,25 77:24 93:12

**transition-related** 52:1 55:10, 13

**Transsexuals** 42:19

**treat** 71:8 72:5

**treatable** 49:13

**treated** 89:1

**treating** 62:19 63:7,10 64:1 77:8

**treatment** 46:11 50:17,19 51:4 56:11 61:9,10 62:12 63:1,20 64:1,

23 67:5 76:18 77:11 80:3 81:9 82:21 83:1,7,15,21,22 84:18 86:11 88:19 89:12 94:5,8,10,14, 21,23 95:2

**treatments** 52:1 55:10,13,15 57:23 75:17,18 86:2

**Trial** 4:25

**trials** 26:22,23 27:10,25 28:9 96:14 97:24

**truth** 72:18

**try** 67:14 68:1 69:2

**trying** 36:19 43:7 51:14 66:17 67:2,18 75:14,15 95:11

**tuck** 69:1

**tucking** 69:4,10,12

**turn** 34:14 46:5 52:7 57:25

**twin** 54:6

**twins** 54:10

**two** 5:18 9:24 12:22 19:12 40:24 63:19,25 64:21 65:3,7,19 72:13 75:21 76:7,12 79:13 81:24

**type** 50:10,11,12 53:23 96:13

**types** 21:21 26:4 27:3

**typical** 65:24 69:18 78:7

**typically** 25:1 50:14 56:11 70:21 88:20

**typo** 34:24 86:25

**U**

**U.S.** 53:23

**Udeze** 13:22

**Uh-huh** 33:19

**ultimately** 61:20

**unaware** 88:22

**uncommon** 64:25

**uncontrolled** 86:19

**under** 5:21 51:25 64:20 66:6

**undergo** 23:19

**undergone** 31:5 34:25

**underlying** 25:10

**undermine** 26:5,15

**understand** 5:21 8:6 10:3 17:7 18:3 43:3 44:12 56:3 61:3 62:17 67:2 75:10,11,16 85:8,20

**understanding** 8:12 31:2 49:19 51:25 52:6,9,13 59:13 63:8 66:2 71:16 80:2

**understood** 5:24 96:19

**undiagnosed** 90:14

**undress** 78:4

**unethical** 52:11

**unfortunately** 70:13

**uniform** 24:8

**unifying** 54:20

**United** 4:9 12:7 62:9

**unless** 74:14

**unlikely** 22:10 64:6

**unnamed** 82:13

**unsound** 28:25

**unsuitable** 92:2

**until** 20:2 57:4 58:7

**up** 14:6 15:2,8 17:18,19 26:12 35:21 39:11 40:8 51:13 94:7

**upon** 29:5

**upward** 44:4

**urogenital** 65:23 69:17

**us** 35:13,25 37:22 74:24

**use** 10:11 24:22 44:10 48:23 54:2 74:11 87:20 97:25

**used** 19:23 28:11 54:4 62:8 87:14

**useful** 13:12 23:13

**useless** 12:2

**using** 13:14 23:21 28:3 30:3

**usually** 88:18

**utility** 22:17

**Utrecht** 24:15,16

**V**

**vaginoplasty** 14:21,24 15:12,15

Index: validate..whole

26:21 27:10 92:5

**validate** 23:25

**validated** 11:4 13:14 24:4,13,14, 20

**validity** 25:10 26:5,15 73:1

**variation** 93:10

**various** 26:4 59:16 60:25 62:12

**vary** 67:11,13

**vastly** 70:5

**veracity** 74:5,11,21

**verify** 31:7 36:19 74:23 75:14

**verifying** 34:20

**version** 6:9

**versus** 27:4

**very** 37:24 43:12 57:7,11 62:1 66:15 73:16 78:2 84:24 87:16 96:3

**videoconferencing** 72:16

**videotaped** 72:15

**view** 69:2

**viewed** 35:3 86:19

**vigilance** 46:17

**Virgin** 91:4

**visible** 53:5

**visits** 29:9,20 30:12

**visualized** 52:15

**vital** 74:17

**Vitamin** 22:14

─────────

**W**

─────────

**waive** 4:25

**waives** 5:3

**want** 16:14 18:8 25:3 31:19 35:13 48:18 57:24 60:13 61:17 65:7 69:21,22 70:20,21 78:5 80:18 83:12 98:17,25

**wanted** 7:24 31:17 35:23,25 36:24 58:11 96:9

**was** 5:7,14 6:6,8,11 7:25 8:17,18, 23 9:4,5,9 14:13 18:9,12,17 19:9,

11,23 20:6,10 22:24 24:4 28:25 29:15,24 30:3,15,21 31:4,6,24 34:10 35:22 36:12,17,21 40:8,9 41:2,3 45:23,24 50:23 52:16,24 53:7,8,13,24 54:12 57:17,19,20, 21 58:5,7,12,13 59:10,20 71:24 72:6,14,15,24 73:14 74:11,14,17 77:13,16 81:1,17,18,22,24 84:5 87:15,16 88:3 90:22,23 91:6,11, 12,25 92:23 93:5 95:21 96:4,5 97:18 98:2,21

**wasn't** 35:23

**water** 59:6

**way** 23:16 45:19 54:13 60:15 69:12 70:9 75:12 79:22

**we** 4:23,25 5:13,16 7:19 10:21 12:16 13:11 14:16 18:25 19:1,25 20:22 21:7 30:20 34:2 36:4 37:16 38:21 42:16 45:6 54:21 63:2,3 64:25 66:19 87:9 88:1 96:20 98:22,25

**we'll** 14:6 98:24

**we're** 32:1 37:16,22 39:13 51:16 59:12 81:3 95:22

**we've** 54:13 89:7

**weaknesses** 25:5

**wearing** 69:12

**web** 39:3

**website** 38:21,23,25 39:13,22

**week** 89:6

**welcome** 37:23

**well** 5:12 9:12 12:6 19:12 46:5 50:23 51:16 52:14 54:23 57:15 61:4 63:12 71:14 73:7 74:22 78:16 80:5 81:6 82:11,24 83:15 84:24 91:2 92:18 96:7 97:15 98:24,25

**well-being** 39:5,10,16

**went** 57:21 58:1

**were** 9:18,25 10:4,10,17 11:1,9, 10,18 12:14,16 13:21 16:15 17:25 21:4,5 29:12 31:12 34:8 36:4 38:5 46:21 52:14,15,23,25 53:2,4 58:6, 10,12 62:9 73:10 81:23 85:20 96:4,5,6,20,23 97:20

**what** 7:2 9:12 13:1 14:25 15:16 18:16 19:14 20:24 21:1,25 22:2,5

24:17 25:16 30:15,20 31:10 35:3 36:15,21 39:3 40:2,17 43:3,18 44:2,13 45:24 46:12 47:5,9 49:4, 15 50:4 52:5,7 53:6 56:12,16 57:15 58:16,20 60:22 62:21,22 70:12,23 71:25 72:23 73:5 74:4, 17,19 75:4,5,7,10,16,17,18,19 76:3,23 77:17,22 78:11,13 81:22, 23 87:12,13 88:3,20 90:21 91:8, 14,17 92:7,9,15,16 93:16 94:20 96:19 97:13

**what's** 6:7 7:5 15:16 28:16 37:25 41:22 44:13 47:13 48:19

**when** 15:22 19:20 20:15 24:22 26:20 40:8 47:14 49:15 52:5,12 54:2,12,24,25 57:21 58:24 62:19 63:7 64:1 66:11 67:10,13,15,22 68:1,2,22 69:5 72:9 75:1,12 76:3 83:24,25 84:10 85:17 86:25 87:24 88:1,15,23 96:4

**where** 26:7 52:14 53:22 55:2 57:3 80:9 82:18 88:2 89:8,17 90:13 92:22 94:3 97:12

**whereas** 50:17 68:8

**whether** 21:17,20,24,25 22:1 26:10,24 30:9,18 36:12 37:20 46:21 53:4 64:22 65:10 70:15 72:21 74:10 75:2 76:17 81:8,17 96:24

**which** 10:21 11:14 13:6 16:20 22:8 24:13 29:15 30:8 32:15 33:16,22,24 34:6,12,13,22,23 35:4,10,13 36:5,19 37:17,18 44:9 47:19 51:5 53:20 57:3,4 60:20 66:3,10 69:13,15 70:13 73:2 76:15 80:16 88:24 89:2 95:1 97:15,18

**while** 26:25 63:20 69:3 78:1 92:23

**white** 54:21

**who** 6:10,19 19:18 31:5 32:18 34:25 49:17 50:13,18 52:23 53:17,18 54:8,19 56:5,9,12,19,24 57:17 58:25 59:15,22 60:24 61:13,15,24 62:23,24 63:15,16 65:9 68:25 70:2,4 76:15 78:8,17 82:4,9 84:17 88:18 93:4 96:4 97:4,6,7

**who's** 55:5 59:14 65:8

**whole** 9:10 29:23 44:2

**whom** 77:8

**Whose** 63:9

**why** 46:4 62:3 64:25 66:5,19 67:7 69:5 71:13 74:9

**wife** 57:18

**will** 4:14,24,25 5:23 10:14 23:24 24:7 37:10,11,15 41:4 62:5,7 66:4 67:8,9 68:6,13 69:1,3 84:18 87:3 88:11,13 89:5 98:22,23

**willing** 64:15

**willingness** 64:19

**wish** 98:9

**with** 4:15,17 6:2 7:22 9:8,19,20 11:2 12:19 14:7,23 15:15 16:12, 19 17:1 18:13 19:3,13,21 20:3,8, 12,15,16 21:2,19,22,24 22:2,6,21 23:9,22 24:1,6 25:8 28:6,12,21 29:17 30:2,4 32:10 35:1,6 40:10, 16 42:3,21 43:16 46:10 47:18,19, 20 48:8,9 50:13 52:3 53:11,19 55:5 58:11,20,25 60:14,15,22 63:4 64:2,16 67:17 68:7,10,11 69:24 70:8 71:12,19 72:9,12,17 73:5,14,20 74:25 75:21 76:7,24 77:10 87:4 88:9,20 92:5 96:11 97:5,7

**within** 46:2 78:18

**without** 9:19 31:2 44:1 45:19 63:17 85:18

**witness** 5:2,6 20:16 31:20 32:6,8 35:20 59:5 80:19 82:3,6,8 95:25

**woman** 6:19 56:14 57:14,17 61:16 66:5 68:17 69:21 92:22 93:6

**women** 58:23 65:19,24 69:18 86:8

**won't** 68:15

**word** 46:8 79:6

**words** 67:10 69:20 75:13

**work** 19:16 55:6 58:23 61:20 63:2 64:25 67:20 78:15

**worked** 82:11

**Workers** 33:11

**working** 41:20

**world** 52:19 53:17

**would** 8:19 10:6 12:20 13:4,7 14:2,5,11 15:20 17:23 18:4,8 19:15 22:9,10 25:1,13 26:23 29:23 31:9 37:4 38:18 40:21,25 41:12 43:19 44:11 45:19,23 46:5 47:10 48:15,22,23 49:25 51:1 55:12 56:14,16 57:25 59:5 63:24 64:6,17 66:21 68:24 71:22 72:3,5, 8 74:16 75:4,5,7,8 76:6 79:23 80:11 82:6,15 83:3,10 84:10,11, 15 87:12 89:10,22 90:3 91:22 92:1,18,22 93:2,24 98:8,11,14

**wouldn't** 23:16 55:3 56:18 57:24

**WPATH** 19:21 32:10 33:14 51:1 62:12,15,18,21 63:1,6,21 64:2,20 71:17 79:24 97:5,7

**write** 12:17 42:9 51:25 65:18 86:8,15

**writes** 10:25 11:8 19:6 20:5,22 21:15 22:19 27:18 28:6

**writings** 21:3

**written** 19:14,16 22:24 82:18

**wrote** 6:2 8:10 10:20

---

**Y**

**Yeah** 12:22 32:7 34:5 35:21 37:16 43:20 47:17 49:10 55:13 63:23 68:24

**year** 6:19 12:7

**years** 20:2 23:4 34:25 42:22 57:17,22 58:4 61:14 65:9

**yes** 5:25 6:24 7:9,15,24 8:1,5,9, 24 9:3,14,23 10:2,7,19,23 11:13, 23 13:2,19,24 14:18 15:2,4,9,10, 16 16:2,5,7,12 17:3,6,13,15,17,22 18:4,15 19:4 20:4,9,13 21:14 22:4 25:7 26:2,9,11,13 27:23 28:19,22 29:1,4 33:3,20,21 34:3 35:16 36:9,10,19,23 37:5,12,14 38:3,6 39:1,6,17,20 40:15 41:8,21 42:2, 13,15,20 43:11,14 44:24 45:11,13 48:2,22,24 51:22 59:22 62:14,18 65:14,17 66:9 68:25 71:10,21 72:2 74:3,13 76:11,22 77:10,14 80:3,19,24 83:9 85:1,7,10,23 86:3,14,17,24 87:15 90:11,20 92:10,12,14,16 95:8 96:8,17 97:3, 6 98:19,20

**York** 52:15

**you** 4:15 5:11,12,13,14,17,19,20, 21,23 6:1,4,10,13,16,23,25 7:5, 13,20,24,25 8:2,3,6,21,22,25 9:1, 8,12,15,22,24 10:1,3,6,7,14,18, 22,25 11:7,12,14,17,22,24 12:4, 19,20 13:3,10,18,23,25 14:4,7,17, 24 15:7,8,10,11,17,18,21 16:1,3, 10,11,15,22,24 17:1,2,7,8,11,23 18:2,4,14,16 19:3,13,25 20:2,8, 12,15,16,18,24 21:7,11,22,25 22:1,2,3,5,21 23:1,5,9,14,17,22 24:5,12,13,22 25:3,4,8,19,22,23, 25 26:5,7,9,14,21,22 27:15,21 28:6,16,18,21 29:2,5,17 30:8,9, 17,23 31:1,19,23 32:2,6,12,20 33:17,22 34:7,17 35:13,18,23,24, 25 36:2,4,6,20 37:2,4,6,7,10,25 38:1,5,7,14,21,23 39:8,11,21,25 40:2,7,8,12,16,19 41:4,6,9,14,18, 22 42:1,3,6,12,16,19,21,24 43:5, 9,10,13,14,15,16,19,23 44:14,17 45:2,10,14,21 46:5,12,20 47:13, 18,23 48:7,8 49:4,15,19 50:20 51:7,9,10,21,24 52:5,12 53:3 54:2,4,24,25 55:2,12 56:3,12,15, 16 57:24,25 58:6,10,20 59:9,13 60:19,21 61:11,12,25 62:11,17 63:24 65:12,15,18,25 66:2,8,11, 12,24 67:10,11,12,13,14,15,20, 22,23 68:1,2,4,10,11,12,13 69:14, 21,22 71:6,13,19,22 72:6,9,12,17, 18,19 73:4,6,24 74:11,20 75:12, 13,21,25 76:5,6,7 77:7,8,18,22 78:11,13,19 79:4,7,10,13,17 80:18,20 81:5,7,11,15,21,22 82:3, 6,8,24,25 83:12,16,19,24 84:2,7, 10,20,25 85:4,6,11,20 86:4,7,13, 15,25 87:2,6,12,13,23,24 88:2,3 89:10,20,22,25 90:3,10,12,25 91:3,8,25 92:4,8 93:15,24 94:7, 11,13,18,21 95:16,24,25 96:3,4,5, 12,15,18,19,23 97:1,12,22,25 98:17,20,22,24

**you'd** 30:6

**you'll** 68:14

**you're** 5:20 15:5,22 20:17 28:23 32:5 36:20,22 37:22 43:4,18 44:20 51:19 58:15 63:14 66:7,18 67:20 69:19,21

**you've** 5:16 70:14 85:11

**your** 7:6,10 14:1,4 15:17,21 16:8, 21 17:2,4,17,19 18:12 27:6 28:18

33:5,15,16,23 34:6 35:3,12,18,21
36:5 38:21,22,23 39:11,13 43:5,
10,19,20,23 45:10 47:14 48:18,19
50:6 51:7 55:9 65:12 66:24 69:14,
22,23,24 71:6,25 72:3,17 73:5,18,
20 74:4,6 81:16 82:15 84:20,23
86:4 87:9 90:1,6,18,25 91:9,14
94:15 95:24 96:5

**yourself**  51:18

---

**Z**

---

**Zamaryte**  42:1