# In the Matter Of:

## *AUTUMN CORDELLIONE*

## *-v-*

## *COMMISSIONER, INDIANA DEPT. OF CORRECTION*

---

## Autumn Cordellioné

### *February 08, 2024*

---

StewartRichardson
Deposition Services

800.869.0873   www.StewartRichardson.com

1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
2                   EVANSVILLE DIVISION

3

4    JONATHAN RICHARDSON a.k.a.     )
     AUTUMN CORDELLIONÉ,            )
5                                   )
               Plaintiff,           )
6                                   )   Case No.
          -v-                       )   3:23-cv-135-RLY-CSW
7                                   )
     COMMISSIONER, INDIANA          )
8    DEPARTMENT OF CORRECTION,      )
     in her official capacity,      )
9                                   )
               Defendant.           )
10

11        The videotaped deposition upon oral

12   examination of JONATHAN RICHARDSON a.k.a.

13   AUTUMN CORDELLIONÉ, a witness produced and sworn

14   before me, Sherry D. Lenn, RPR, and Notary Public in

15   and for the County of Warrick, State of Indiana, taken

16   on behalf of the Defendant at the Branchville

17   Correctional Facility, 21390 Old State Road 37,

18   Branchville, Indiana, on February 8, 2024, at

19   9:24 a.m., pursuant to the Federal Rules of Civil

20   Procedure.

21

22

23

24            STEWART RICHARDSON & ASSOCIATES
             Registered Professional Reporters
25                  (800)869-0873

```
 1                         APPEARANCES

 2

    FOR THE PLAINTIFF:
 3
                 Kenneth J. Falk, Esq.
 4               Stevie J. Pactor, Esq.
                 ACLU OF INDIANA
 5               1031 E. Washington Street
                 Indianapolis, IN  46202
 6               kfalk@aclu-in.org
                 spactor@aclu-in.org
 7

 8  FOR THE DEFENDANT:

 9               Alexander R. Carlisle, Esq.
                 Katherine A. Meltzer, Esq.
10               OFFICE OF THE ATTORNEY GENERAL
                 Indiana Govenment Center South, 5th Floor
11               302 W. Washington Street
                 Indianapolis, IN  46204
12               alexander.carlisle@atg.in.gov
                 katherine.meltzer@atg.in.gov
13

14  VIDEOGRAPHER:

15               Shawn Weyerbacher

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
1              INDEX OF EXAMINATION
                                              PAGE
2
   EXAMINATION
3
   QUESTIONS BY MR. CARLISLE                     6
4  QUESTIONS BY MR. FALK                       141

5

6              INDEX OF EXHIBITS

7
     NUM.          DESCRIPTION              PAGE
8
   Exhibit 50   Documents Related to Case     125
9              3:23-cv-00212-RLY-CSW

10 Exhibit 51   State 6186 through 6188        34

11 Exhibit 52   State 2937 through 2974        94

12 Exhibit 53   NOT REFERRED TO

13 Exhibit 54   State 1022 through 1312        99

14 Exhibit 55   State 1596 through 1777        65

15 Exhibit 56   NOT REFERRED TO

16 Exhibit 57   Order on Request to Prohibit   13
              Public Access Pursuant to Rules
17             on Access to Court Records

18 Exhibit 58   NOT REFERRED TO

19 Exhibit 59   Records from Madison County    12
              Case
20
   Exhibit 60   Pltf_47 through 69            126
21
   Exhibit 61   State 6194 through 6198       109
22
   Exhibit 62   State 592 through 595          47
23
   Exhibit 63   State 685 through 687          74
24

25
```

1          INDEX OF PREVIOUSLY MARKED EXHIBITS

2

3      NUM.              DESCRIPTION                    PAGE

       Exhibit 24      Sexual Medicine Reviews           120
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        VIDEOGRAPHER:  We're are going on the record
 2   at 9:24 a.m. Central Time.  Today's date is
 3   February 8th, 2024.  The location is 21390 State
 4   Road 37, Branchville, Indiana.  This is the
 5   video-recorded deposition of Autumn Cordellioné
 6   otherwise known as Jonathan Richardson.  The case
 7   is filed in the United States District Court,
 8   Southern District of Indiana, Evansville Division.
 9   Cause Number is 3:23-cv-135-RLY-MJD in the matter
10   of Autumn Cordellioné versus Commissioner, Indiana
11   Department of Corrections.
12        The videographer is Shawn Weyerbacher in
13   association with Stewart Richardson.  The court
14   reporter is Sherry Lenn, also in association with
15   Stewart Richardson.  Counsel may now state their
16   appearances for the record and the reporter may
17   then swear in the witness.
18        MR. CARLISLE:  Good morning.  Alex Carlisle
19   for Commissioner, Indiana Department of Correction.
20        MR. FALK:  Kent Falk and Stevie Pactor for
21   Autumn Cordellioné.  And I apologize to the
22   videographer.  I must have given you an old
23   caption.  The -- the last initials on the caption
24   are not MJD anymore, they're CSW.
25
```

```
 1         JONATHAN RICHARDSON aka AUTUMN CORDELLIONÉ,

 2   called as a witness by the Defendant, having been first

 3   duly sworn, was examined and testified as follows:

 4   EXAMINATION

 5   QUESTIONS BY MR. CARLISLE

 6   Q  Good morning, ma'am.

 7   A  Good morning.

 8   Q  How are you?

 9   A  Not bad, sir.

10   Q  Okay.  My name is Alex Carlisle.  I'm a Deputy

11      Attorney General for the State of Indiana.  I

12      represent the Defendant Commissioner in this case.

13      Do you understand that?

14   A  Yes, I do.

15   Q  Can you spell your name?

16   A  J-o-n-a-t-h-a-n R-i-c-h-a-r-d-s-o-n, and the --

17      Autumn Cordellioné is A-u-t-u-m-n

18      C-o-r-d-i-l-l-i-o-n-e [sic].

19   Q  What's your DOC number?

20   A  Twelve seventy-six thirty.  127630.

21   Q  Where are you housed?

22   A  I am housed in Branchville Correctional Facility in

23      E Dorm 1124.

24   Q  Have you ever been deposed before?

25   A  No.
```

1   Q   The purpose of a deposition is to ask questions and

2       answer them under oath.  Do you understand that?

3   A   Yes, I do.

4   Q   Do you understand that when you're under oath you

5       have to tell the truth?

6   A   Uh-huh.  Yes, I -- yes, I do.  Sorry.  No um-hums.

7   Q   I see you've been well prepared.  Do you understand

8       that we are under oath in a deposition; it's the

9       same as if you were in front of a judge or a jury?

10  A   Yes, I do.

11  Q   Your attorneys are here today.  They may have

12      objections to my questions.  You still have to

13      answer the question unless they direct you not to.

14      Do you understand?

15  A   Yes, I do.

16  Q   If I ask a confusing question, which will happen,

17      just ask for clarification.

18  A   Thank you so much.

19  Q   If you answer, I'll assume that you understood the

20      question.

21  A   Understood.

22  Q   If you need a break at any time, that's perfectly

23      fine.  Just let me know.  The only thing I ask is

24      that we finish a line of questioning before we

25      break.  Is that okay?

```
 1    A   Yep.  That's fine.

 2    Q   Please answer with yeses or noes.

 3    A   No yeps.  My bad.  Bad vernacular.

 4    Q   And I am going to try my best not to talk over you.

 5        I'd just ask that you extend me the same courtesy

 6        for the court reporter's purposes.  Okay?

 7    A   Yes, I will.

 8    Q   How did you prepare for this deposition?

 9    A   My attorneys spoke with me of possible questions

10        that may be asked and prepared me on the way that I

11        should answer and the type of vernacular I should

12        use.

13    Q   Besides your attorneys, did you speak with anyone

14        else about this deposition?

15    A   I had mentioned to my girlfriend that I had an

16        upcoming but not specifics.  I also have a few

17        friends in the cell house that I told them I'm

18        heading to a deposition today.

19    Q   Who is your girlfriend?

20    A   Her name is Jannelle Flessas.  Flessas is

21        F-l-e-s-s-a-s.  Jannelle is J-a-n-n-e-l-l-e.

22    Q   How long have you been dating Jannelle?

23    A   For almost a year.

24    Q   Where did you meet her?

25    A   Through another offender in New Castle Correctional
```

1    Facility.

2  Q  What did you tell her about this deposition?

3  A  I simply told her that I would have to deal with

4     people likely not referring to me in my proper

5     pronouns, and I was going to be stressed.  And she

6     offered me moral support in that regard.

7  Q  You mentioned spoke to some friends about this

8     deposition, right?

9  A  Yes.

10  Q  Who are those friends?

11  A  Dang it.  I know their illegal names, but you need

12     a legitimate name, so that's why I'm taking a

13     moment.  Dang it, I don't know Blood's real name.

14  Q  Blood?

15  A  His -- yeah.  That's his nickname, Blood.  I also

16     spoke to Carolina, and I'm pretty sure that's not

17     his real name, and my bunky.  I have no idea.  I

18     don't get to know people often, so he just sleeps

19     above me.

20  Q  You don't know his name?

21  A  No.  And that's all I can -- oh, I also spoke to my

22     sergeant, Sergeant Horsting, in the dorm.  She

23     gives me a point of view other than my own, which

24     is nice.

25  Q  Can you spell that name?

```
 1   A   H-o-r-s-t-i-n-g.
 2   Q   Blood or Carolina, are either of them transgender?
 3   A   Oh, no.  I'm currently the only transgender in the
 4       dorm that I know of.
 5   Q   And how many are in your dorm, would you say?
 6   A   Almost 150 people.  It fluctuates a lot.
 7   Q   Did you review any documents in preparation for
 8       your deposition?
 9   A   I read over everything that's been sent to me by my
10       lawyer just so I could be mentally prepared.
11   Q   Which documents did you review?
12   A   Dr. Letner's deposition, Dr. Schetner's deposition,
13       Dr. Ettner's deposition, and also my beginning
14       reasons for filing.
15   Q   When you say your beginning reasons for filing,
16       what do you mean?
17   A   What was originally filed as the very first
18       document to start the cause number, that's what I
19       meant.
20   Q   The complaint?
21   A   Yes.
22   Q   You mentioned someone named Letner.  Do you mean
23       Dr. Levine?
24   A   Levine.  My bad.  I just learned his name, so --
25   Q   And did you review his report?
```

```
1    A    I reviewed his report, his opinion, his entire
2         thing that was presented as far as what was given
3         to me.
4    Q    Okay.  Anything else?
5    A    No, not really.  A little meditation.
6    Q    Do you meditate a lot?
7    A    I do.  That and spirituality is a big part of my
8         mental health, keeping it in check.
9    Q    Are you on any drugs or substances that would
10        impair your cognitive function?
11   A    No, I am not.
12   Q    When I asked you to spell your name, you said --
13        you spelled Jonathan Richardson?
14   A    Uh-huh.
15   Q    And that's your --
16   A    Oh, yes.  Yes.
17   Q    Thank you.  You caught me.  That's your legal name?
18   A    That's my legal name, and I figured since you're
19        doing the deposition, that is the name you would
20        like me to start with.
21   Q    And your legal gender marker is male?
22   A    Currently, yes.
23   Q    You identify as what?
24   A    I identify as a transgender woman.  Feminine.
25   Q    And your preferred pronouns?
```

1    A   She, her.

2    Q   Now you've tried to get your name and gender marker

3        changed, right?

4    A   Yes.  I actually saw a Zoom visit Tuesday and was

5        denied by Adriana [sic] Pope.  Not denied.  She

6        objected for the State, and so I'm waiting on that

7        now.

8    Q   Do you know Adrienne Pope is counsel of record on

9        this case for the commissioner?

10   A   Yes.  It was surprising but not unexpected.

11   Q   All right.  You filed a petition in Madison County,

12       Indiana, to get a name and gender change; is that

13       correct?

14   A   Yes, but they denied me because of the name change,

15       not -- the gender marker was thrown into the whole

16       denial.  And I was unable to contact them because

17       New Castle missed numerous court dates over phone,

18       and so they just ruled without me being there.

19           (Exhibit 59.)

20   Q   Okay.  If you could look at Exhibit 59.

21   A   Of course.  Thank you.

22           MR. CARLISLE:  It's Tab 12.  Counsel, I'm

23       sorry, there's no actual tabs, but it's toward the

24       end.

25           MR. FALK:  Okay.

1    A    So do I just go forward in here or is it under

2         here?  Oh, my bad.  That's --

3    Q    (Indicating.)

4    A    Thank you so much.  All right.

5    Q    Ma'am, this is the -- some of the court records

6         from the Madison County case you just mentioned.

7         Do you see the case number up there at the top is

8         48CO1-2208-MI-278?

9    A    Yes, I do.

10   Q    Okay.  And if you could go to the last page of this

11        set.

12   A    Right here (indicating)?

13   Q    Correct.  This is the order you referenced denying

14        your petition.

15   A    Yes.

16   Q    And this petition denies both the name change and

17        the gender change request, correct?

18   A    Yes, it does.

19   Q    And the Court wrote that it dismisses this cause

20        pursuant to IC 34-28-2-1.5, correct?

21   A    Yes, it does.

22             (Exhibit 57.)

23   Q    Okay.  If you could look at Exhibit 57 now.

24   A    Okay.

25             MR. CARLISLE:  It will be two before that one,

1      Counsel.

2    A   I'll try to keep this in order for you.  There we

3       are.  Oh, 57.

4    Q   I understand you filed another name and gender

5       petition in Perry County, correct?

6    A   Yes, I did.

7    Q   And --

8    A   No.  I would like to amend what I just said.  I

9       apologize.

10   Q   Yeah.

11   A   I actually only filed a gender marker change.  I

12      just had to cross out the name part because it was

13      a typo on the form.

14   Q   So the Perry County case is related only to your

15      request for a gender --

16   A   Marker change, yes.

17   Q   -- marker?  And if you see the first page of this

18      exhibit, the Bates stamp is Plaintiff 23; is that

19      correct?

20   A   Yes, it is.

21   Q   Do you see the case number at the top is

22      62CO1-2309-MI-493?

23   A   Yes.

24   Q   And I understand you filed this under seal?

25   A   Yes, I did.

1  Q  And we received these documents in discovery, as
2     indicated by the plaintiff Bates numbers on the
3     bottom right corner, correct?
4  A  Yes, you did.
5  Q  If you could go to Plaintiff 38.
6  A  I am now there.
7  Q  And is this the petition you filed to seal the case
8     from public access?
9  A  Yes, I did.
10 Q  And I understand that you filed a memorandum at
11    Plaintiff 40 in support of your petition to seal?
12 A  Yes, I did.
13 Q  Is this a form you filed from Indiana Legal
14    Services?
15 A  Yes, the LGBT Project of Indiana Legal Services.
16 Q  And this memo essentially argues that your Perry
17    County case should be kept under seal because you
18    fear that public disclosure to your trans identity
19    would put you at risk of harm?
20 A  Yes.  Of course that ship sailed a little bit with
21    this entire lawsuit.
22 Q  Okay.  So are -- are you referring to --
23 A  But I asked originally for this before this ever
24    began.
25 Q  So are you referring to the lawsuit in the Southern

1    District that you're taking a deposition on right

2    now?

3  A  Yes.

4  Q  Okay.  And what do you mean that ship has sailed by

5    filing this lawsuit?

6  A  The news media is aware of it and broadcasts it and

7    it's all over the internet.  So I -- well, people

8    will always know that I used to be born a male.

9  Q  You mentioned news media.  Have you read any news

10    articles about you?

11  A  Some local newspapers, The Indianapolis Star, only

12    because other offenders brought it to my attention,

13    as well as Fox News, The Gutfeld Report reamed me

14    pretty good.

15  Q  Fox News and The Gutfeld Report?

16  A  Yes.

17  Q  Were those online articles?

18  A  No.  That was on TV.  I apologize.

19  Q  So you've seen newspaper articles?

20  A  Yes.

21  Q  In print?

22  A  In print.

23  Q  Have you seen any articles online?

24  A  No.  I do not have access to online service.

25  Q  Then it sounds like you've watched cable news and

```
 1        saw a story about you?
 2   A    Yes.
 3   Q    And how many stories on cable news did you see?
 4   A    Just one.  It was brought to my attention by an
 5        officer in the dorm.
 6   Q    And the Indy Star article, is that the only
 7        newspaper article you read?
 8   A    Yes.  I heard there was other ones, but I -- I'm
 9        getting to see what's going on all the time.  What
10        the news has to say isn't always the truth.
11   Q    What was your reaction to reading the newspaper
12        article and seeing the cable news?
13   A    I felt like they didn't know me and they didn't
14        know what kind of suffering I was going through,
15        and they just wanted to make me into the next
16        sensational thing to argue about and make their own
17        political views on.
18   Q    Any other reactions?
19   A    Well, I cried a little bit that night.
20   Q    Anything else?
21   A    That -- that's it.
22   Q    Did you -- do you like the attention that this
23        lawsuit has brought?
24   A    Absolutely not.  For me this was a personal journey
25        to become who I am and have always been but in a
```

```
 1        legal sense and in a physical way, but now it's
 2        become some thing for other people to watch and
 3        judge.
 4     Q  Apart from your legal name, you prefer the name
 5        Autumn Evangeline Cordellioné?
 6     A  Yes, I do.
 7     Q  Did I pronounce that correctly?
 8     A  Actually, yeah.  Cordellioné, you're correct, yes,
 9        and the Evangeline.  Thank you.
10     Q  Where does that name come from?  And let's start
11        with Autumn.
12     A  I had a girlfriend who was the first person to ever
13        know that I was a girl.  I didn't have terms for it
14        as transgender.  She was in my high school in Terre
15        Haute Central High.  I think it was Central or it
16        might have been South.  So long ago.  We dated.
17        She was gothic.  I was gothic.  And she accepted
18        that I was a girl and loved me for it.
19             The last I heard, she'd passed away.  I don't
20        know if that's true.  We lost contact.  So I did
21        that as an homage to her memory.
22     Q  So you dated Autumn in high school?
23     A  In high school.  Her name was Autumn McCreery.
24     Q  McCreery?
25     A  Uh-huh, M-c-C-r-e-e-r-y.
```

```
1   Q  You were both Goth?
2   A  Yeah, gothic.  It was a type of lifestyle.  All
3      black --
4   Q  You'd shop at --
5   A  -- white makeup.
6   Q  Go to Hot Topic?
7   A  Exactly.
8   Q  She accepted you were a girl; is that what you
9      said?
10  A  Yes.
11  Q  How did you tell her you were a girl?
12  A  Basically we shared makeup, talked boys, and she
13     was, like, you're, like, my best friend.  I'm,
14     like, well, can we date, and she was, like, sure.
15     And then when it came time for anything more
16     sensual, I was always very negative towards
17     engaging in anything physical with my male anatomy.
18  Q  Did you ever do anything sensual, as you said?
19  A  Not with her.  Later on in my life, I have been
20     married and I have had other girlfriends, and I
21     just tried to conform to what I thought people
22     wanted.
23  Q  What was Ms. McCreery's reaction when you told her
24     you were a girl?
25  A  Well, she accepted me.  She hugged me, told me that
```

| | |
|---|---|
| 1 | it was fine.  She's, like, I like girls, too.  And |
| 2 | so we dated for a little bit.  I think we were more |
| 3 | friends than anything, but I really -- like I said, |
| 4 | she made my time special in high school. |
| 5 | Q  So Ms. McCreery was the first person you had told |
| 6 | you were transgender? |
| 7 | A  I didn't use those exact words but the first person |
| 8 | I openly expressed that I was a girl. |
| 9 | Q  Who else did you tell you were transgender around |
| 10 | this time? |
| 11 | A  No one else. |
| 12 | Q  And so you chose the name Autumn because? |
| 13 | A  As an homage, a remembrance of her.  I always |
| 14 | thought it was a beautiful name. |
| 15 | Q  What about Evangeline? |
| 16 | A  Ah.  See, I would have been named Evangeline to |
| 17 | begin with because I love that name above all |
| 18 | names.  But you know the actress, Evangelina [sic] |
| 19 | Jolie, so I -- I love her acting and I also loved |
| 20 | her name, but I didn't want to name myself |
| 21 | Evangeline to begin with because guess what my |
| 22 | nickname would be, Eva.  Ugh, no Eva.  So I was |
| 23 | like ah, Evangeline. |
| 24 | Q  So is that an homage to Angelina Jolie? |
| 25 | A  I guess it would be, yes.  You take your moral |

1       support and your heroes in life.

2   Q   What do you like about Angelina Jolie?

3   A   I remember her from the movie Hackers before all

4       the surgeries and everything.  And I was an avid

5       person for hacking and revolution, and so it

6       definitely fit my -- my generation, nineties child.

7       So I liked her acting, and I thought she was great

8       in the movie Hackers.

9   Q   Speaking of being a nineties child, when were you

10      born?

11  A   ████, though technically that is a court-appointed

12      birthday.  So it can't actually be truthfully my

13      real birthday.

14  Q   Can you explain that?

15  A   CPS in Texas came and took my siblings from abusive

16      parents, found me there as a child, did not know

17      that I was there, took me as well, and asked

18      everyone in my family who exactly I was, and my

19      sister related that I -- she was taking care of me.

20      Mother came in, brought a baby, told her to take

21      care of the baby, and she never remembered my

22      mother even being pregnant.  I don't look a lot

23      like my siblings.

24          So when the Court took me, they gave an

25      approximation of age and gave me a court-appointed

```
 1        birthday, age, social security number, because I
 2        hadn't been apparently born in a hospital and was
 3        not reported at the time.
 4    Q   Is [REDACTED] accurate for your year of birth?
 5    A   Well, people tell me I look much younger than I am,
 6        so I would assume probably not.
 7    Q   Do you think Angelina Jolie is beautiful?
 8    A   I think that she is very beautiful in her heart,
 9        and I also think she's sexy as a person.
10    Q   Do you want to look like her?
11    A   Absolutely not.
12    Q   All right.  Cordellioné, where did that come from?
13    A   Ah.  Well, my family's original name, a least from
14        what I was told, that our father's name was
15        Cordell.  And so I looked into it, and if my
16        research was correct, it was a shortening of the
17        Spanish name Cordellioné.  I think it was actually
18        Cordellione, but I changed it to Cordellioné
19        because I like it better.
20    Q   Are you talking about the name Calvin Paul Cordell?
21    A   Yep.
22    Q   Okay.
23    A   That was my original name before I was adopted, and
24        they changed my name to Jonathan Curtis Richardson.
25    Q   So you -- your birth parents named you Calvin Paul
```

1      Cordell?

2   A  That's the name I was -- the courts were given when

3      they found me.  Since there was no birth

4      certificate, it was an unofficial name, I suppose.

5   Q  So that was your first name?

6   A  Yes.

7   Q  And then later you were called Jonathan Richardson?

8   A  Yes.

9   Q  Have you gone by any other names?

10  A  A lot of nicknames in prison but no other names.

11  Q  Any other identities?

12  A  No.

13  Q  Do you have any other personalities?

14  A  No.

15  Q  Have you always had one personality?

16  A  Yes.

17  Q  Your entire life?

18  A  Yes.

19  Q  Never had a split personality?

20  A  No.

21  Q  What do they call you in prison as far as

22     nicknames?

23  A  Well, because of the incident of lighting my cell

24     on fire with me, I was called Torch for the

25     longest.  Then I was also called GOAT for the

```
 1        longest, GOAT like as in what they call basketball
 2        stars.  I was given it by a Saxon Knight enforcer
 3        called Charles Cooper.  Everybody called him
 4        Trooper, and he said I was GOAT, Greatest of All
 5        Time.
 6   Q    Okay.  Torch.  Let's start with Torch.  You lit
 7        your cell on fire?
 8   A    Yes.
 9   Q    Why?
10   A    I could not stand my body any longer, and I thought
11        that if I just died, then I wouldn't have to keep
12        suffering.
13   Q    When was this?
14   A    2004 or '5, I believe.
15   Q    Did anyone ever ask you why you lit your cell on
16        fire around that time?
17   A    I -- when my cell was on fire, they came and got
18        me.  I'd gone into shock.  So they removed me out
19        of the cell.  My skin was hanging from my
20        fingertips like flesh gloves.  It was really bad.
21        They took me to the hospital.
22             Whenever I finally arrived back at that
23        facility, they put me in suicide watch.  And a
24        psychologist came by and inquired to why I lit my
25        cell on fire.  I explained to him that I -- I
```

```
 1      didn't -- I don't know what they're talking about.
 2      And I think I might have even said I just want to
 3      die, but I didn't go into elaboration with the
 4      psych doctor at the time that I remember.  I was
 5      actually on quite a bit of pain medication, so it's
 6      kind of hard to remember.
 7   Q  Were you trying to kill yourself?
 8   A  Yes.
 9   Q  GOAT.  You said a Saxon Knight enforcer named you
10      GOAT?
11   A  Yeah.  We were in PLUS together, Purposeful Living
12      Unit Served.  It's a program in prison.
13   Q  Were you a member of the Saxon Knights?
14   A  Absolutely not.  My charge disqualifies me for any
15      STG affiliation.
16   Q  Okay.
17   A  Not that I would want to anyways.
18   Q  Can you explain what you mean by your charge
19      disqualifies you for any STG affiliation?
20   A  Any harm to a child whatsoever is viewed as the
21      most heinous of crimes in prison.  And we are
22      usually taken advantage of by other offenders, and
23      they would never have anyone with a sex offense or
24      a child murder charge.
25   Q  So you've never been a member of an STG while
```

1    incarcerated?

2  A  No, I have not.  I do not know if they have flagged

3     me for one reason or another, but as far as I know,

4     I'm not.  They do what they want.  I don't really

5     get to look at confidential records.

6  Q  Do you have reason to think someone flagged you for

7     being an STG member?

8  A  There are three things that can flag you as an STG

9     member; hanging out with other STG affiliated

10    flagged individuals, someone, and even if it's an

11    offender, saying you are affiliated, and any staff

12    reporting possession or control of items that are

13    STG related.  So I do not know if a staff or an

14    offender had ever said anything, and I have hung

15    out with STG-affiliated individuals, a lot of times

16    not because of my choice.  Again, I was raped quite

17    a bit by white supremacist organizations.

18 Q  You mentioned your -- your criminal conviction

19    related to a child, correct?

20 A  Yes.

21 Q  You're serving a sentence for murder?

22 A  Yes, I am.

23 Q  You were convicted of murder in 2002?

24 A  I believe it was 2002.  It might have been 2001.

25    My -- my abstract said 2001 for sentencing.

1  Q  You were convicted of murdering your 11-month-old

2     stepdaughter?

3  A  Yes.  Her name was Faith.

4  Q  Faith?

5  A  Yep.

6  Q  This was in Vanderburgh County?

7  A  Yeah.  Yeah, it was.

8  Q  You were sentenced to 55 years?

9  A  Yes.  Yes, I was.

10 Q  With credit time, your earliest possible release

11    date is December 31st, 2027?

12 A  Yes.  Yes, it is.

13 Q  Did you tattoo the name Faith on your body at any

14    point in time?

15 A  No, I did not.  It was claimed that I did.  They

16    took photos, have reviewed them, could not find the

17    tattoo.  Tattoos do not just disappear.  And I

18    raised it in my trial that I had a tattoo of my

19    friend, Andrew Buttrum, and his tattoo was still

20    perfectly there and viewable.  My lawyers brought

21    this up during trial.

22 Q  Did you write the name Faith on you in ink that

23    wasn't permanent?

24 A  No, I did not.

25 Q  Did you carve the name Faith into you in any form?

```
 1    A   I never added the name Faith to my body in any

 2        form, whether carving, cutting, writing or anything

 3        like that, sir.

 4    Q   Do you know who alleged that you had tattooed Faith

 5        on your body?

 6    A   All I know is the State brought it up and said that

 7        I had, and I believe it was Andrew Buttrum who

 8        ultimately said that I did.  Andrew Buttrum, they

 9        placed him into a suicide cell with me, and they

10        did not know that he was testifying against me.

11        And he was up for a theft from a hospital charge,

12        and the State dropped that charge after his

13        testimony.

14            MR. CARLISLE:  Let's go off the record.

15            VIDEOGRAPHER:  Going off the record at

16        9:54 a.m.

17            (A brief recess was taken, and Ms. Meltzer

18        joins the deposition.)

19            VIDEOGRAPHER:  And we're back on the record at

20        9:56 a.m.

21    Q   Do you feel guilty about murdering your

22        11-month-old stepdaughter?

23            MR. FALK:  I'm going to object just for the

24        record that it has nothing to do with the case, but

25        obviously you can answer it.
```

```
 1   A   I -- yes, I -- I -- I will never be able to change

 2       nor be able to do anything in my life that will

 3       make up for that.

 4   Q   Are you still working through that guilt?

 5   A   Yes, but it's mine to bear for decisions made that

 6       will unfortunately affect everyone that was ever

 7       going to be in her life for the rest of their

 8       lives.

 9   Q   Are you currently employed at Branchville?

10   A   Yes.  I am in a -- a culinary arts class.  It's a

11       vocation, I believe.

12   Q   Do you have a job?

13   A   That's my job.  They pay me for it.

14   Q   Oh, they pay you?  What are your duties in that

15       job?

16   A   To take tests, read books, make food.

17   Q   How long have you been employed in the culinary

18       arts program here?

19   A   It would have just started on the 5th of February,

20       this month.

21   Q   Before the job here, you've had other kitchen jobs,

22       right?

23   A   Yes, I have.

24   Q   And where were you employed in the kitchen?

25   A   I almost always was employed as the baker or a
```

1    cook.

2  Q  How many facilities have you worked as a baker or a

3    cook?

4  A  At least three.

5  Q  Which facilities were they?

6  A  CIF, which is outside Pendleton Correctional

7    Facility, here at this facility, BCF, and in

8    Pendleton.  I think it's ICR or ISR.

9  Q  Okay.  Have you had any other jobs while

10    incarcerated?

11  A  I have had dorm detail jobs where basically I clean

12    and sanitize.  I worked in the brakes shop at CIF

13    for, I think, maybe six months.  And that's usually

14    the majority of my jobs is cleaning or cooking.

15  Q  When did you first realize you were transgender?

16  A  I always knew I was different from at least age 6

17    is as far back as I can remember.  I always knew

18    that I was a girl, and I didn't understand why my

19    body didn't match what other girls' bodies did.

20    But I came to understand what transgender was

21    during my incarceration.  It became more

22    newsworthy.  People talked about it more.  And even

23    then, I -- I was like, well, am I transgender or am

24    I not transgender.  It took awhile for me to be

25    like, okay, I'm not just gay or I'm not just

1    bisexual, I'm not just a person who feels extremely

2    a feminine.  I'm someone who sees themselves as --

3    as a girl and is a girl, and there's no other

4    definition for it.  And I've done a lot of research

5    into non-binary, gender queer, and none of them fit

6    me and make me feel complete.

7  Q  So you always knew you were different; is that what

8    you said?

9  A  Yes.

10  Q  Okay.  What do you mean by you always knew you were

11    different?

12  A  I always knew I was a girl.  I used to wear my

13    sister's clothing.  I snuck into my mom's makeup,

14    but I lived in a very Pentecostal house and that

15    was absolutely a no-no.  I always liked boys.  I

16    also liked girls, but I always wanted to be in a

17    relationship.  I wanted to kiss girls and boys at a

18    very young age, and they were like ewww.  But I

19    always hung out with girls.  My friends were almost

20    always girls, because they understood me on a level

21    that was just naturally innate to girls hanging out

22    with girls.

23  Q  Any other reasons?

24  A  Just every time I looked at myself in the mirror

25    growing up, I only ever saw myself as a girl.

1    Well, until I had to look anywhere that -- in my

2    genitalia area, then I -- I'd have to see the fact

3    that my body wasn't what it should be.

4  Q  I hate to ask obvious questions, but when you say

5    you looked at your body, what were you looking at?

6  A  Well, you've got to change your clothes on -- when

7    you're growing up, and you've got to go to gym and

8    -- and when I was growing up, gym was taking

9    showers in school.  I don't know if that's still

10   the case amongst others.  I noticed that I had a

11   penis and I -- it just felt wrong.  My sister lived

12   in my room and changed often, so I knew what I had

13   was not what she had.

14  Q  You said you always liked boys and girls?

15  A  Yes.

16  Q  And you wanted to kiss boys and girls at a very

17   young age?

18  A  Yes.

19  Q  Why does that mean you're transgender as opposed to

20   just bisexual?

21  A  Bisexual?  It -- it doesn't.  It's just it was one

22   of the many telling things that on a whole list

23   that gave me the -- the understanding that I'm

24   transgender.  It was why I wanted to kiss girls,

25   why I wanted to kiss boys.  I wanted to be close to

```
 1        somebody.  I wanted to share my feelings, my hopes,
 2        my desires.
 3     Q  So it sounds like you just didn't have anyone you
 4        were close to growing up?
 5     A  Oh, I had plenty of people who I was close to.
 6        They weren't always close to me but I was close to
 7        them.
 8     Q  You mentioned sisters -- you would wear your
 9        sister's clothing?
10     A  Yes.
11     Q  And you would wear your mom's makeup?
12     A  Yeah.
13     Q  Why do those indicate to you that you're
14        transgender rather than you like cross dressing?
15     A  Well, I never found any sexual excitement over
16        wearing those clothes.  I just felt right.  And a
17        lot of cross dressers find it as a sexual turn on.
18        Most cross dressers are fetishes.
19     Q  So it feels right to wear -- to -- it felt right to
20        wear your sister's clothing and your mom's makeup?
21     A  Yes.
22     Q  Why doesn't that -- I mean, why is that an
23        indication you're transgender, though?  Why doesn't
24        that just mean you like wearing the opposite sex
25        clothes and make-up?
```

1   A   Because when I put on the clothes, I could for a

2       second realize the girl inside.  It wasn't wearing

3       it because I was like, oh, this will be neat.  It

4       was when I put it on for a moment or two I could be

5       like, hey, I'm that girl and not just I'm a guy

6       wearing girl clothes.

7   Q   So is it the case that putting on women's clothes

8       makes you feel like the woman you want to be?

9   A   Yes.

10  Q   Okay.  So is it the case that that's sufficient to

11      feel like the woman you want to be?

12  A   No, because even though I wear the clothes, it

13      doesn't take away what's between my legs.  I have

14      to go out of my way to attempt to cover that, and

15      you can't cover up the feeling of something like

16      that.

17  Q   If you could look at Exhibit 51, please.

18          (Exhibit 51.)

19          MS. PACTOR:  Could you give me the Bates,

20      please?

21          MR. CARLISLE:  Yes, that would help.  The

22      Bates is State 6185 --

23          MS. PACTOR:  Thank you.

24          MR. CARLISLE:  -- which would be the third

25      pack.

1    Q   Do you know what this document is?

2    A   I think I've seen it before.  I can't remember

3        specifically.

4    Q   Okay.  At the top you see it says "Gender

5        Dysphoria/Transgender Protocol Attachment 1"?

6    A   Is this from -- yes.  Is this from New Castle?  I

7        think it's from New Castle.

8    Q   You think it's from New Castle?

9    A   Yeah.  I think it was their intake of me whenever I

10       got into the facility.  They -- they did things

11       differently than they do here for tracking

12       transgenders in their facilities.

13   Q   Okay.  So you remember answering this document?

14   A   Yes.  Yes, I do.

15       MR. FALK:  Yeah, I was going to say I'm not

16       sure if you ever -- if she ever saw the document

17       but maybe --

18   A   No, but I remember some of these questions is all.

19   Q   Okay.  Yeah, my -- I want to clarify.  The

20       paragraphs at the bottom, for instance, State

21       6185 --

22   A   Yes.

23   Q   -- is that your -- are those your words?

24   A   May I take a second to read it?

25   Q   Yes.

1    A    I appreciate that.  Yes.  I do remember saying this

2         to him as he dictated it into the computer.  I

3         cannot vouch for every part of the wording, though,

4         because I said it and he typed it.  He may have not

5         typed exactly word for word what I said --

6    Q    Okay.  That's my question.

7    A    -- but it is close.

8    Q    So these responses within this document to the

9         questions are what someone dictated as your

10        answers?

11   A    Yes.

12   Q    And who dictated it; do you remember?

13   A    All I know is I think it was the PREA coordinator

14        at the time.  I don't remember his name.

15   Q    At New Castle?

16   A    Yes, I believe so.

17   Q    Okay.  Do you remember approximately when you would

18        have dictated these answers to the PREA

19        coordinator?

20   A    Well, the date on the paper says, but I don't

21        remember exactly when, but the date says 10-21.

22   Q    All right.  But you do recall?

23   A    Yes, I do recall having this -- a meeting and

24        someone dictating the words down.

25   Q    Okay.  Tell me about your ex-wife?  What's her

```
 1       name?
 2    A  Linda Mason.
 3    Q  How long were you married?
 4    A  Six months.
 5    Q  How did you meet?
 6    A  I was working in a telecommunications -- you know,
 7       where people call people up and ask them to buy
 8       stuff.  I had just quit.  I was collecting my last
 9       check, and she was just starting.  She was wearing
10       a purple pinstriped suit with black boots and red
11       hair.  We got to talking.  I was in my full Goth
12       garb, and we struck -- struck a -- a comradery.
13       And she asked me if I was dating anybody.  I said,
14       no, and she said would I like to go out.  I said,
15       absolutely.  She gave me her address, and I showed
16       up the next day for our date at her address.
17    Q  That was your first date?
18    A  Yes.  Yes, it was.  And only date.
19    Q  One and only date, what do you mean?
20    A  When I came over, she expected I had a car.  I
21       didn't.  Well, she didn't have a car either.  So
22       she asked me to hang out, so I did.  We sat there.
23       We ate and hung out, talked through the night
24       getting to know each other.  She explained she had
25       a child.  I was like, well, that's cool.  And her
```

```
 1    child was currently, I think, out at her
 2    grandparents or her parents being baby-sat while --
 3    for her date.  And I ended up spending the night
 4    with her.  We didn't do anything sexual the first
 5    night.  I just cuddled up to her, and we just spent
 6    time talking even in bed.
 7         The next morning I went to Hardee's and got us
 8    a biscuits and gravy, brought it back.  We ate it
 9    in bed.  We did have sex then.  And then I was
10    like, well, I guess I should get home and she's
11    like or you don't have to go home, you could just
12    stay here, move in, and I literally moved in.  A
13    very young foolish decision.
14  Q  So you had sex with her the morning following your
15    first date?
16  A  Yes.
17  Q  You were married for six months, you said?
18  A  Close to it, I believe.
19  Q  And how soon after your first date were you
20    married?
21  A  Well, three months.  Not very long.
22  Q  So your relationship with her lasted approximately
23    nine months?
24  A  Yes.
25  Q  Did you and Linda have sex during your
```

```
 1      relationship?

 2   A  Yes.  Yes, we did.

 3   Q  How often?

 4   A  Maybe six, seven times.  Maybe a little more.  It

 5      was never my preferred thing to do.  That's a big

 6      part of why our relationship spiraled downward.

 7   Q  You had sex with her six or seven times because you

 8      didn't like having sex with her; is that your

 9      testimony?

10   A  I didn't like that she needed me as a man to insert

11      myself into her.  That's what she needed, was a

12      husband and a boyfriend, and I -- I couldn't be

13      that.

14   Q  Was sex pleasurable to you?

15   A  Only as much as doing the dishes is.  In other

16      words, no.  She could get me off as you could if

17      you constantly touch something, but I didn't find

18      any real arousal from on my own part.  I found more

19      enjoyment with our time of cuddling and with my

20      time exploring her body.

21   Q  You let Linda pleasure you sexually?

22   A  Yes.  She was usually more the man in the

23      situation.  She didn't do anything to me as a man

24      would to a woman, but what I mean is that she was

25      more the one on top, more the one to take charge.
```

1  Q  And so obviously that involved your penis?

2  A  Yes, unfortunately.

3  Q  Do you think your issues you're describing with

4     Linda was just because you weren't sexually

5     attracted to her?

6  A  Absolutely not.  She was one of the most beautiful

7     women I ever met.

8  Q  Then why was it difficult to have sex with her?

9  A  Because I had to use my penis, and I -- I have

10    never wanted to use my penis.  I don't find

11    masturbation enjoyable and, in fact, I stopped

12    12 years ago.  It's just not for me.  It's like

13    touching a stranger.  But it's attached to you and

14    so it just feels so weird and wrong.  It's very

15    gross.

16 Q  So while you were married to Linda, it's your

17    testimony that you did not like to orgasm?

18 A  I don't mind orgasming.  I just didn't like the

19    medium of how I had to orgasm.

20 Q  Did you ever obtain sexual pleasure with your penis

21    apart from Linda while you were married to her?

22 A  No.

23 Q  Never?

24 A  There was men in my bookstore, so I'd like to

25    correct that, who called me like, well, you're a

```
 1        pretty girl because when I was there, I acted more
 2        feminine and so I let them touch me.  And I usually
 3        though was the one, though, on my knees.  Yeah, I
 4        believe that answers that.
 5    Q   Men in bookstore.  What bookstore are you talking
 6        about?
 7    A   I worked in an adult bookstore.  It was an easy job
 8        to get for my little -- I had education but only a
 9        GED, and it paid good.  And we needed the funds to
10        survive, pay rent, take care of Faith.  I worked
11        late hours, and my job was a janitor, to clean up
12        the back rooms where they have sex videos.  And so
13        I'd clean up all the -- the sperm off of walls and
14        so forth, and so that place tends to attract a lot
15        of deviants who, because I was young, thought it
16        would make passes and so forth.
17    Q   And so in that back room above the adult bookstore
18        you had sex with men?
19    A   Yes, never using my penis.  It was al- -- always me
20        pleasuring them.
21    Q   So you were never sexually aroused during those
22        encounters?
23    A   No.
24    Q   Did you get any sort of sexual pleasure when you
25        had sex with men in the bookstore?
```

```
 1   A   I mean, I -- I -- my time with my father made it so

 2       that I felt I was only a woman when a man used me.

 3       It was the only acceptable time to be a woman.  So

 4       it brought me a certain amount of satisfaction that

 5       I was pleasuring a man like a woman would and I got

 6       to express who I was, but it also shamed me because

 7       I was being used.

 8   Q   Did you ever have any sexual satisfaction having

 9       sex with men in the bookstore?

10   A   No.

11   Q   Did you tell Linda you were transgender?

12   A   No.

13   Q   Did you ever talk about your gender identity with

14       Linda?

15   A   No.

16   Q   Did you ever wear her clothes?

17   A   When she wasn't around, numerous times.  I had

18       already learned not to express my want of

19       expressing myself as a woman to being who I am to

20       others.

21   Q   Did you ever wear her makeup?

22   A   Yes.

23   Q   Did she ever see you wear her makeup?

24   A   Yes, but because she met me as Gothic, it wasn't so

25       much as a questioning thing.  She just figured it
```

1    as me being Gothic.  One of the excuses I did to be

2    Gothic was I could wear makeup.

3    Q   Okay.  But when you wore her clothes, she was not

4        around?

5    A   Yeah.

6    Q   Did she ever catch you wearing her clothes?

7    A   Nope, one of the benefits to doing laundry.

8    Q   Were you in love with Linda?

9            MR. FALK:  You know, I -- this is a

10       deposition.  You can go far afield.  But come on,

11       we're dealing with something in, I think, the year

12       2000.  That's not relevant to the fact that

13       Ms. Cordellioné is transgender.  So I'm going to

14       object, but obviously you can answer.

15   A   Yes.  I loved Linda very much, though I have failed

16       her obviously in the regard of Faith.

17   Q   You loved Linda, but you never told her you were

18       identifying as the opposite sex?

19   A   I didn't know the terms for what I was.  Every time

20       I had tried to be open except with Autumn, it had

21       always been met with ridicule, abuse, so I didn't

22       know how to open up even to her.  I was so afraid

23       it would all fall apart if she knew who I really

24       was.

25   Q   So you told your high school girlfriend that you

```
 1        identified as a girl but not your wife?
 2    A   Because she had always been there as a friend.  We
 3        were friends first.  My wife was a wife after three
 4        months.
 5    Q   If you could look at Exhibit 51, the second page,
 6        State 6186, please.
 7    A   I'm sorry.  Could you repeat the -- repeat the
 8        exhibit.
 9    Q   Exhibit 51.
10    A   Thank you.
11    Q   Second page.
12    A   Okay.
13    Q   6186.  Are you there?
14    A   Yes.  Yes, I am.
15    Q   Okay.  In the -- that first full paragraph at the
16        bottom, do you see where it says she caught me
17        wearing her clothing, right in the middle toward
18        the end?
19    A   Yes, I did.  I do see it.
20    Q   Okay.  So did she catch you wearing her -- your --
21        her clothing?
22    A   That's actually a good point.  Actually, I think
23        she did.  I don't remember specifically.  I don't
24        know if he miss-typecast this.  But if I put it
25        down on here, maybe, but I believe this is what he
```

```
 1        wrote, and I think that I wasn't specifically
 2        talking of her.  I remember talking about getting
 3        caught by my mother and my sister.  Are you sure he
 4        didn't miss-type?
 5    Q   Well, it sounds like you're saying now that she
 6        did --
 7    A   No.
 8    Q   -- catch you wearing her clothing?
 9    A   I said it might have been a possibility.  That was
10        a very long time ago for me.  I don't have perfect
11        memory, but I would say that no, she never caught
12        me.  It is written here but not by me.
13    Q   Did you ever have a conversation about her that you
14        would wear her clothes?
15    A   No.  She wore some of my clothes.
16    Q   Apart from your high school girlfriend, before
17        prison did you tell anyone about your transgender
18        identity?
19            MR. FALK:  Okay.  I'm going to object just
20        because I think the witness has said that she
21        doesn't -- she did not describe it as transgender
22        because she didn't know the terms, but I -- with
23        that understanding.
24    A   I'm sorry.  Could you repeat that part?
25            MR. FALK:  I'm sorry.
```

1   Q  Before prison, did you tell anyone about your

2      transgender identity besides your high school

3      girlfriend?

4   A  Not in the words of transgender.  I mean, I openly

5      expressed myself as a girl with my father when he

6      abused me.  I openly expressed myself as a girl in

7      the privacy of my own area -- house, and I may have

8      had friends that I casually mentioned liking the

9      things that girls like and liking boys.  When I was

10     growing up, anything that wasn't straight was gay.

11  Q  So you told your father and maybe some friends

12     before prison about your identity?

13  A  He knew I liked to be a girl and he used it against

14     me.

15  Q  How many friends did you tell about your identity

16     before prison?

17  A  Again, it was a very long time ago.  I couldn't

18     specifically say a name or who.  I'm just giving

19     you the broad sense that in my whole life I likely

20     said to somebody who was my friend that I was a

21     girl.

22  Q  And you did not tell Linda that you felt like you

23     were a girl?

24  A  No, I did not.  We were both living trying to be

25     what the other person wanted.

1    Q    Before prison, did you ever visit any mental health

2         professionals?

3    A    Yes.  My entire childhood was mental health

4         professionals.  I came as an adoption from family

5         abuse, so I -- I've never not seen a day where I

6         haven't had to see psych doctors except for later

7         on in my life now.  Now, I don't have to see them.

8         I've progressed significantly, most of it through

9         my own work and effort, but I still suffer a lot,

10        but it's just I've grown very well at coping, but

11        that doesn't take away the pain I'm still dealing

12        with.

13   Q    Before prison, did you have any psychiatric

14        diagnoses?

15   A    As a child, I was never told my diagnosises [sic].

16        They would have talked to my parents, not me.

17   Q    So you don't know?

18   A    No, I don't know what I specifically -- my

19        diagnosises I would have had at the -- that young

20        age.  All I knew is I was given pills, psych pills.

21        I don't even know what type they were.  I was just

22        told to take them.

23   Q    If you can look at Exhibit 62, please.

24             (Exhibit 62.)

25   A    Okay.  All right.

1    MR. CARLISLE: And 62 should be the back flap.

2    MR. FALK: Thank you.

3  Q  Bates stamped State 592.

4    (A discussion was held off the record.)

5  A  Sorry, because this seems to stop at 61. There's

6    this but it's not labeled. Is this it?

7  Q  What's the stamp say? Yeah, that's 62.

8  A  Okay. It's just got stamped. Oh, very bottom. I

9    apologize. There we are.

10 Q  Okay. Looking at 62, this appears to be the

11   medical record from 7-22-19. Do you see that?

12 A  Yes, I do.

13 Q  And at this time you were housed at Correctional

14   Industrial Facility?

15 A  Yeah. It's listed as CIC, but they're also known

16   as CIF, Correctional Industrial Facility.

17 Q  Okay. And the last page states, 595, it looks like

18   Dr. Richard Gale saw you during this visit?

19 A  Yes, he did.

20 Q  Are you familiar with Dr. Gale?

21 A  Yes. Dr. Gale was one of the few psychologists I

22   felt I could be open with.

23 Q  Okay. If you can go to the page marked State 593,

24   please.

25 A  Okay. Here we are. I'm on that page.

1   Q   Okay.  Under the Subjective Information heading, do

2       you see that the note reads Offender seen for

3       scheduled follow-up therapy.  He came in with a

4       healthcare request in hand, #127630 --

5   A   Uh-huh.

6   Q   -- dated today but not screened by nursing because

7       it had not turned -- been turned in.  He says "I

8       would like to request estrogen treatments for my

9       transgender needs."  He claims that he has felt for

10      a long time as if he is not in the right body.  Do

11      you see that?

12  A   Yes, I do.

13  Q   Is this the first time you told someone at DOC

14      about your transgender needs?

15  A   Yes.

16  Q   Okay.  And is that note as I read accurate to your

17      recollection?

18  A   Yes.  Yes, it is.

19  Q   Why did you announce your transgender identity on

20      July 22nd, 2018?

21  A   We had a transgender who was in our camp.  Her name

22      was Pearl.  She had been on estrogen treatments on

23      the street, and she had feminized quite a bit.

24      Well, I met her in the kitchen, and she got to know

25      me and said, hey, do you know what a transgender