```
 1    is, and I was like I've been hearing about it.  And
 2    she was like, well, that's what I am.  And I was
 3    like, well, that's cool.  And she basically started
 4    telling me all about what transgenders were.  And I
 5    said, well, I've always felt this way and this way.
 6    So she gave me some literature, little pamphlets
 7    from California state prisons that mentioned -- and
 8    she was like I take hormones.  I'm like they let
 9    you do that in prison?  And she was like yes.  I'm
10    like, well, I've actually for a few years been
11    wanting to do that.  I just figured I'd have to
12    wait till the streets to obtain hormone therapy.
13    And she was like, well, no, if you petition now,
14    you might be able to get on it if they feel that
15    you actually have a need.  So I put in for it.
16 Q  So at the time you spoke with Pearl, did you just
17    say you had wanted to take hormones for a few
18    years?
19 A  Yes.  I had seen it on TV.  We have nothing to do
20    in prison but watch TV.
21 Q  But you als- --
22 A  And -- sorry.
23 Q  Excuse me.  You also stated at the time you spoke
24    with Pearl you had not heard of transgenderism?
25 A  I hadn't heard specifically what a transgender was.
```

```
1         I had only heard that there was people who were
2         taking hormones to change their physical body.
3    Q    And you didn't realize that when that
4         transgender told you that?
5    A    Not really.  I don't have access to look things up
6         in prison.
7    Q    What did Pearl tell you about getting hormones?
8    A    I'm sorry?
9    Q    What did Pearl tell you about getting hormones?
10   A    Just that she was on them and if I felt like it
11        would make my life better, she recommended me
12        talking to my psych doctor.  So I did so.
13   Q    What did she recommend you say to your doctor?
14   A    She didn't recommend me to say anything to my
15        doctor.  She just told me to tell them that -- how
16        I felt, who I was.  And since I now had a firm term
17        for what I felt inside, that I was a girl, that I
18        am a girl, so I went and told my psych doctor.
19   Q    In the California literature you mentioned from
20        Pearl --
21   A    Uh-huh.
22   Q    -- did that describe to you how to talk about your
23        identity?
24   A    No, it did not.  It only mentioned possible legal
25        recourses if you were denied.
```

1  Q  Why did you request estrogen specifically on

2     July 22nd, 2019?

3  A  Because that was what Pearl was on.  I figured if

4     that's what Pearl was on to get to be who she was

5     on the inside, that's what I wanted to be on so I

6     could also reach that same goal.

7  Q  How long did you think about asking for estrogen

8     before you asked for it?

9  A  Um, I'd say maybe a few months after having the

10    conversation with Pearl.

11 Q  Did you talk with anyone else about your

12    transgender identity between the time you talked

13    with Pearl and July 22nd, 2019?

14 A  No, because it's -- it wasn't safe to express who

15    you are.  It's still not safe.  I just have grown

16    very comfortable being me, and now I don't let

17    people force me to not be who I am.  So I -- I hid

18    talking to anyone.  You -- I had enough targets on

19    my back.  When you're in prison with the case that

20    I have mentioning, hey, I'm also transgender, a

21    girl, go ahead and use and abuse me, that's kind of

22    like a red flag here.  People immediately think

23    that you're weak and able to be used for whatever

24    they want, especially once you start saying you're

25    a girl.  It's not easier admitting I'm transgender,

```
 1      it's harder.
 2   Q  Did you have any other accommodations or treatments
 3      in mind besides estrogen on July 22nd, 2019?
 4   A  No.  At that point, I didn't even realize
 5      everything I might be able to obtain.  For me, it
 6      was I can feminize.  I can feel comfortable in my
 7      body.  I didn't know that Estrogen at the time was
 8      not a miracle drug and wouldn't just solve all of
 9      my problems.  So at the time, no, I did not.
10   Q  When you met with Dr. Gale on July 22nd, 2019, to
11      announce your transgender identity, did you have
12      any doubt or ambivalence?
13   A  No.  This -- this absolutely seemed the right
14      choice to make.  In fact, it wasn't even a choice
15      for me.  It was like finally shining a light on --
16      on who I was.
17   Q  If you could look at State 593 again.
18   A  Uh-huh.
19   Q  The next long paragraph below where we just were --
20   A  Uh-huh.
21   Q  -- the explanation note writes "He pointed to his
22      tattoos of women around his face and arms, saying
23      that this is evidence of his feminine identity."
24      Is that accurate?
25   A  No, it is not.  The problem when psych doctors take
```

| | | |
|---|---|---|
| 1 | | notes is they shorten everything; otherwise, he'd |
| 2 | | have, you know, a couple pages of my interview. |
| 3 | | For this, he's actually simply mentioning that I |
| 4 | | said it was evidence of my feminine identity, |
| 5 | | because every tattoo on me, almost every one, |
| 6 | | 90 percent, is of a female figure.  It was the only |
| 7 | | way I felt to express my feminine inside on the |
| 8 | | outside in a safe way that no one would judge or -- |
| 9 | | or abuse me for.  If you look, they're all girls. |
| 10 | Q | Okay.  Just let me clarify that because you're |
| 11 | | saying this note may not be accurate, but are you |
| 12 | | saying that your tattoos -- |
| 13 | A | I -- |
| 14 | Q | -- of women do reflect your transgender identity? |
| 15 | A | It was the way that I could express my transgender |
| 16 | | identity at the time and in the past.  I could |
| 17 | | express I was a girl through girl tattoos on me |
| 18 | | because it was like drawing a picture of yourself |
| 19 | | except I'm putting it on my body.  It's hiding in |
| 20 | | plain sight.  I'm able to express who I am without |
| 21 | | telling everyone. |
| 22 | Q | Did people understand the reason for you putting |
| 23 | | tattoos on your body was because you identified as |
| 24 | | a girl? |
| 25 | A | Absolutely not. |

1   Q   Did you tell anyone that?

2   A   I told Dr. Gale, and then I've told --

3   Q   Is this note accurate then?

4   A   It is not.  It is not completely accurate.  What

5       he's saying here is that it's evidence of my

6       feminine identity but doesn't explain why it's

7       evidence of my feminine identity.  I just wanted to

8       make sure that was well noted, so it doesn't seem

9       like I've got tattoos, I'm a girl.  No.  I got

10      tattoos to express I am a girl.

11  Q   A couple sentences later, Dr. Gale writes "Although

12      his initial report was unclear regarding when he

13      first began to identify as a transwoman, he

14      indicates that it goes back some time."  Do you

15      recall what you told Dr. Gale about when you first

16      began to identify as trans?

17  A   Only that I was vague in my understanding of

18      exactly when I knew exactly that I was transgender.

19      I always knew I was a girl, didn't know that term

20      applied, because until I talked to Pearl, I didn't

21      even really know transgender was the name for it.

22      I was hearing at the time that it was

23      transsexualism, is what I was hearing, and that

24      didn't seem to fit me because it was apparently

25      people that like to wear girl clothes to have sex.

1    It was weird.  We only get stuff like taboo and

2    weird sex, and that's where I started hearing stuff

3    like that.  It wasn't very informative.

4  Q  On this date, what was your goal with identifying

5    yourself as transgender?

6  A  To begin to have my body on the outside represent

7    who I was on the inside.

8  Q  What did a full transition look -- or what did you

9    conceive a full transition to be on this date?

10 A  Oh, I actually did not know at the time that I

11   could -- that I would eventually be able to receive

12   anything more than estrogen.

13      I -- when I requested at CIF to have the

14   bottom surgery, I thought I was pioneering new

15   ground.  I didn't know IDOC actually had a policy.

16   I was just making an argument so that if I had to,

17   I would be able to prove that I was actually

18   working towards being me.  I wanted to be able to

19   show that I was doing extra work for grievances and

20   so forth whenever, oh, well we don't see you doing

21   any of your own work on these grievances or showing

22   that you have a need for this.  A lot of times IDOC

23   won't give you anything unless you actually need

24   it.  They don't -- they're not a want facility.

25 Q  So are you saying you filed a grievance for surgery

1      not because you wanted it but just to make a record

2      of something?

3   A  I didn't file a grievance for -- for surgery.    I

4      said I was preparing evidence if I needed to for a

5      grievance.

6   Q  But you didn't really want surgery at that time?

7   A  At the time, no, I didn't even know that it was a

8      possibility, but I wanted it as soon as I hit the

9      street at the earliest.

10  Q  So when you are released from prison, you want

11     surgery?

12  A  I want sur- --

13         MR. FALK:  Objection.  That's not -- that's

14     not what he said.  You're asking about what he was

15     thinking about back in 2019, I believe.

16         MR. CARLISLE:  Well, let me clarify.

17  Q  When did you first file a grievance related to this

18     case?

19  A  I first filed a grievance whenever I was actually

20     told that Indiana Department of Corrections would

21     no longer be providing surgeries with

22     Dr. Faluzia (phonetic), Falazia (phonetic) then,

23     because up till then I had been told in progressive

24     ways that it was moving forward.  So I had no need

25     to file a grievance because it would have been

1   thrown out immediately anyways because they were

2   trying to get me towards more -- even though they

3   were completely stonewalling me, they were still

4   moving slowly forward.

5   Q   So at the time you filed your grievance, you

6       understood that surgery was not an imminent

7       possibility?

8   A   No.  I actually thought that I would be able to

9       make quite a bit of headway on it if I was

10      consistent.  Because every day spent suffering is

11      horrible, and I thought that if I was just patient

12      and showed patience, then I'd be able to get to

13      where I need to be so I'm not hurting.

14  Q   So you filed your grievance to make a record, not

15      because you actually wanted the surgery?  Is that

16      your testimony?

17          MR. FALK:  That is not -- that is not her

18      testimony, so I'll object to that, that

19      characterization.  You can -- you can testify on

20      your own, but that is -- that is not what she said.

21  Q   Yeah, I'm asking you to clarify.  The question is,

22      is that your testimony?

23  A   I filed a grievance once I was told that everything

24      I had been working towards stopped right then and

25      there.  I filed it because they were making me

```
 1        still suffer and I felt that was wrong.  It wasn't
 2        their right to choose to deny me some kind of
 3        relief from the pain I felt, from the pain I
 4        constantly feel.
 5   Q    At the time you filed that grievance, you were
 6        still receiving hormones?
 7   A    Hormones, yes, which help a little bit but they
 8        don't solve the problem.
 9   Q    And you were still receiving psychotherapy?
10   A    My psychotherapy has become my own personal work
11        through meditation and spirituality.  Psychology in
12        prison does not offer any kind of real help.  They
13        give you pat answers and try to push medication
14        upon you.  I didn't want that.  I wanted to be a
15        better person on the inside, so I had to seek all
16        my own solutions.
17   Q    Are you denying your psychotherapists in DOC have
18        helped you?
19   A    No.  I'm denying that ultimately they can't help me
20        as much in IDOC because of restrictions than they
21        could on the streets.
22              MR. FALK:  And I'm going to object to the
23        characterization of psychotherapy.  I don't think
24        -- I don't think she's been receiving
25        psychotherapy.  She has -- the medical records
```

1  reflect that counseling she's received, but I don't
2  think any of it can actually be described as
3  psychotherapy.
4  A  I apologize.  Yes.  I thought psychotherapy was
5  counseling, so yes, like -- Mr. Falk is correct.  I
6  had counseling.  I haven't actually received, as
7  far as I'm aware, psychotherapy, the -- but
8  counseling I received about every 90 days.  More
9  consistent with Dr. Gale being I requested it.
10 Q  When did you learn what the diagnostic criteria for
11    gender dysphoria was?
12 A  Whenever I printed off and looked at the WPATH
13    standards for care, which I got printed off in this
14    facility a couple months ago.
15 Q  Are you referring to WPATH?
16 A  WPATH SOC8.
17 Q  And before Branchville gave you a copy of --
18 A  Oh -- I'm sorry.
19 Q  -- WPATH, you didn't know what the diagnostic
20    criteria for gender dysphoria was?
21        MR. FALK:  And I'm just going to object to the
22    question just because I think she's going to tell
23    you Branchville did not give it to her, that that's
24    what she was trying to say.
25 Q  Before you received a copy of WPATH while at

```
 1        Branchville, you did not know what the diagnostic
 2        criteria for gender dysphoria was?
 3    A   I did not.  I like to be knowledgeable on my own
 4        personal problems.  And since I'm suffering from
 5        this, I'm constantly trying to understand how best
 6        to relieve my suffering.
 7    Q   Do you understand gender dysphoria as a mental
 8        illness?
 9    A   I understand that it is labeled as a mental health
10        issue, yes.
11    Q   Do you agree with that?
12    A   I believe that it causes me no amount of suffering
13        and -- but whereas most mental health issues have
14        no cure, with gender dysphoria, once I'm fully able
15        to express on the outside being a girl, I believe
16        I'll be cured.  And so, yes, technically it is a
17        mental health issue and I can see that, but I see
18        an end to my suffering, not a continuation or a
19        dumbing down of my problem.
20    Q   Why do you -- you mentioned the cure.  Why do you
21        believe anything will cure your gender dysphoria?
22    A   Because when this body is not right, when -- when
23        you're forced to have something between your legs
24        that is just gross and wrong, it -- you understand
25        that once that's gone and it's no longer there
```

```
1     constantly having to feel it between your legs,
2     constantly having to see it, no matter how much I
3     try to cover it and -- but you know that once it
4     changes into what you see when you close your eyes
5     and momentarily pretend it's not there and that
6     relief that floods you, then you understand that
7     you -- everything that I suffer from stems from
8     this (indicating).
9          I could have no breast enhancements.  I could
10    have absolutely no other feminization, but the fact
11    that I have this thing between my legs, it's not
12    right.  It's wrong.  God doesn't make mistakes, but
13    I felt he made one of this.
14  Q  Besides what you're describing as your -- your
15    feelings and your own understanding, is there
16    anything else that informs your belief that there
17    -- something can cure your gender dysphoria?
18  A  Yes, because everything can be fixed.  Everything
19    can be broken, but if you put enough time and
20    effort and you actually try hard enough, everything
21    can be fixed.
22  Q  Let me just sort of ask it one more time.  So --
23    and I'll try to be clearer.  Is there any other
24    source or person, literature, article you read that
25    influences your belief that something can cure
```

1    gender dysphoria?

2  A  No.  It is just a personal belief.

3         MR. CARLISLE:  Can we take a break?  Let's go

4    off the record.

5         VIDEOGRAPHER:  We're going off the record at

6    10:43 a.m.

7         (A brief recess was taken.)

8         VIDEOGRAPHER:  And we are back on the record

9    at 10:56 a.m.

10  Q  Who -- what is Pearl's real name?

11  A  That, I have no idea.  I respected her name.

12  Q  Any identifying information you can give me about

13    Pearl?

14  A  Just that she was transgender and her name was

15    Pearl.

16  Q  What did she look like?

17  A  Well, 5 foot 10, cornrows.

18  Q  What race?

19  A  She is African-American.

20  Q  Did you know any other transgender prisoners at any

21    facility before Branchville?

22  A  No.

23  Q  Just Pearl?

24  A  Just Pearl.

25  Q  If you'd go back to Exhibit 51 real fast, please.

1   A   Uh-huh.

2   Q   The first page is State 6185.  And if you go to the

3       second page, State 6186.

4   A   Yep.

5   Q   You see the last sentence of the first full

6       paragraph, it says "She was mad when she caught me

7       wearing her clothing."  I believe that's referring

8       to your wife.  Do you see that?

9   A   I see that.

10  Q   Was Linda mad when she caught you wearing her

11      clothing?

12  A   Again, I don't actually recall her ever catching me

13      wearing her clothing.  I -- I stated earlier that.

14  Q   So this sentence is inaccurate?

15  A   Yes.

16  Q   Do you always tell the truth when you talk to

17      mental health professionals or PREA coordinators?

18  A   No.

19  Q   When do you lie?

20  A   Whenever it is in the best interest of my personal

21      and mental safety.

22  Q   Did you lie here on State 6186 by saying Linda was

23      mad when she caught me wearing her clothing?

24          MR. FALK:  Objection, asked and answered.

25  Q   Did you say that?

1   A   No.

2   Q   So that's just an entire fabri- -- that's an entire

3       fabrication?

4   A   I don't think it --

5           MR. FALK:  Again, I'm going to object.  I

6       think the witness previously testified that the

7       person transcribing it could have put together

8       other things that she was saying at the time in an

9       attempt to impress the notes.

10          MR. CARLISLE:  Well, I don't know she put it

11      quite like that, but let's move on to Exhibit 55.

12          (Exhibit 55.)

13  Q   The first page is State 1596.  It would be Tab 7 in

14      the binders.  And if you could go to page 1748,

15      please.

16  A   I'm there.

17  Q   This is a record of a Gender Dysphoria Evaluation;

18      do you see that?

19  A   Yes, I do.

20  Q   And the date of this document is 4-2-2020?

21  A   Yes.

22  Q   And this document was written by Dr. Corissa

23      Dionisio, M.D.?

24  A   Yes.

25  Q   Are you familiar with Dr. Dionisio?

```
1    A   I only remember that she was the person who I had
2        to see about receiving hormones.
3    Q   How many times did you meet with Dr. Dionisio?
4    A   Once that I'm aware of.
5    Q   Did you tell her the truth when you met with her?
6    A   I told her everything that I could when she asked
7        me questions.  And it was the truth, yes.
8    Q   Do you trust your psych doctors?
9            MR. FALK:  Again, I'm going to -- just for the
10       record, you need to be more specific.  I mean,
11       there's -- when you say psych doctors, are you
12       talking about a counselor who isn't a doctor, are
13       you talking about a psychologist who's a Ph.D., are
14       you talking about a psychiatrist?
15           MR. CARLISLE:  Well, I mean --
16           MR. FALK:  I mean to me mental health staff,
17       that's fine, too, but I just want to make sure that
18       the witness understands what the question is.
19   Q   Do you trust your doctors?
20   A   Some and some not.
21   Q   Did you trust Dr. Dionisio?
22   A   No.
23   Q   Why not?
24   A   Because Dr. Dionisio attempted to get me to say
25       things that I did not feel comfortable with saying
```

1      without getting to know me first.

2   Q  All right.  Let's look at the first page,

3      State 1748.  Are you there?

4   A  Yes.

5   Q  Okay.  Do you see down at the bottom, second full

6      paragraph, the last sentence states "Expresses

7      distrust of psych doctors"?  Do you see that?

8   A  Yes.

9   Q  So is that an accurate statement?

10  A  As definition of psych doctors to me means a lot of

11     different things, but yes, I did say that to her,

12     those words.

13  Q  But it sounds like you discussed the issue of

14     trusting your doctors with Dr. Dionisio?

15  A  Yes.

16  Q  Do you recall what you told her?

17  A  I might have given her reasons for distrusting my

18     psych doctors.  It was awhile ago.

19  Q  What reasons were those?

20  A  That it takes a long time to build up a comfortable

21     repertoire with your psych doctor.  You have to

22     trust your psych doctor to open up to your psych

23     doctor.

24  Q  Does it take more than two hours to do that?

25  A  No.  It depends upon the person who's asking and in

```
 1        what way they're asking you, like what the context

 2        is.

 3   Q    What do you mean by that?

 4   A    Okay.  So if I'm meeting a psych doctor for the

 5        first time and they're asking me to explain to them

 6        how I felt about my father raping me, I might need

 7        time to get comfortable with that individual.  And

 8        so I might see it as an invasion of my privacy from

 9        a psychiatric doctor that attempts that.  But if I

10        meet a psych doctor who tells me I need -- they

11        need to know statistics such as how long have I

12        been not eating, that's comfortable questions

13        easily able to be answered and able to be trusted

14        in that record.  If you get extremely personal and

15        try to delve in my deep parts of my life without

16        taking the time to know me, it hurts.

17   Q    And so someone could delve into the details of your

18        life in under two hours?

19   A    No.

20   Q    If you could look at State 1750, please.

21   A    Here we are.

22   Q    Are you there?

23   A    Yes.

24   Q    Okay.  Toward the top, I want to point your

25        attention to the third paragraph toward the end.
```

1  A  Okay.

2  Q  The sentence starting "Denies AVH," do you see

3     that?

4  A  I'm looking for it.  I apologize.  Yes, I found it.

5     Denies current SI/HI or --

6  Q  Yes.

7  A  Denies AVH, found it.

8  Q  Denies AVH.  And do you understand that to mean

9     audiovisual hallucinations?

10  A  I didn't know that's what AVH was, but I know what

11     audiovisual hallucinations are.

12  Q  Does that make sense in the context of one of

13     your --

14  A  Yes.

15  Q  Do you manipulate doctors to get things?

16  A  Yes.  Whenever I would attempt suicide, I had

17     obtained a medication in large quantities, and so I

18     had to convince them that I needed it in order to

19     kill myself.  I told psych doctors this, that I can

20     be manipulative.

21  Q  Do you see the following sentence states Reports

22     lying about having AH- -- excuse me, AVH in the

23     past to get on medications like Thorazine,

24     Tegretol; recognizes she has a level of

25     manipulative behavior?  Was that accurate?

1   A   Oh, yes.  As I said, I have told psych doctors that

2       I can be manipulative.  You can't build trust if

3       you're not willing to be honest.

4   Q   Is being manipulative honest?

5   A   There is positive and negative manipulations.  I

6       told them as precursors to what kind of things

7       might -- I might do to manipulate the system, so

8       that they could err in what they provide me based

9       off that.  If I know I cheat at cards and I don't

10      want to cheat at cards, I would tell the guy I'm

11      playing cards with I'm known to cheat at cards.  So

12      if you see me doing something fishy, look into it.

13      I wanted honest help without the possibility of me

14      manipulating the situation for my own benefits.

15  Q   If you could look at State 1750 down in the section

16      starting past psych history.  Do you see that?

17  A   Yes.

18  Q   Okay.  And then paragraph starting Dx, which I'll

19      represent means diagnosis, has a list including

20      MDD, polysubstance dependence, borderline

21      personality disorder, paranoid schizophrenia,

22      antisocial personality disorder.  It goes on to say

23      "She reports PTSD, emotional handicap, megalomania,

24      narcissism, manic depressive, schizophrenia.

25      Disagrees with all diagnoses."  Let me ask you

```
 1        first is the sentence "Disagrees with all

 2        diagnoses" an accurate statement of something

 3        you've said?

 4    A   Oh, you're asking if I said disagrees with all

 5        diagnoses?

 6    Q   Uh-huh.  Yes.

 7    A   Yes.

 8    Q   Okay.  And so are there any diagnoses within that

 9        paragraph that you agree with?

10    A   I believe that I have PTSD.  I believe I'm

11        emotionally handicapped.  I also have manic

12        depressive, and yes, I can tend to be narcissistic.

13        And I also tend to be a bit of a megalomaniac when

14        it comes to things like D&D.  I'm the best at it.

15        Nobody else can beat me.

16    Q   So you disagree with your borderline personality

17        disorder diagnosis?

18    A   Absolutely.  I actually worked to obtain that so I

19        could get on high enough doses of amitriptyline so

20        that I could overdose on it.  I was in a coma for

21        20 days because of it.

22    Q   Do you dispute that borderline personality disorder

23        still shows up in your medical records?

24    A   No.

25    Q   You disagree with your antisocial personality
```

1    disorder diagnosis?

2  A  Yes.

3  Q  Why?

4  A  You've got to talk to me.  I'm actually very

5    likeable.

6  Q  Any other reason?

7  A  I don't tend to have social problems with people.

8    The only thing I tend to have a problem with people

9    is whenever they don't respect me as being female

10    and try to force a guy upon me, then I tend to lash

11    out.

12  Q  Trying to force what?  I'm sorry.

13  A  Me being a guy.  I'm not a guy, but they try to

14    make me into a guy.

15  Q  If you would look at the previous page, State 1749.

16  A  Uh-huh.

17  Q  Right in the middle, it says the "First mention of

18    transgender state in records."  Do you see that?

19  A  Yes.

20  Q  In July 2019.  So that's accurate, right?

21  A  Uh-huh.

22  Q  The next sentence, "Note expressions of sexual

23    fantasies with underage girls in therapy records."

24    Do you see that?

25  A  Uh-huh.

1   Q   Is that accurate?

2   A   It is accurate in the point that I brought up the

3       fact that I had had sex with underage girls

4       whenever I was underage.  My father used to make me

5       have sex with other girls underage.  I also brought

6       up the fact that I had fantasies of -- not

7       fantasies but basically memories where I remember

8       being a child having sex with an adult.  It doesn't

9       mean I want to.  It just means that I remember

10      these things, and they bothered me that I had these

11      thoughts going around in my head.

12  Q   So if I were to read your medical records, there

13      should be no other mention of you having sexual

14      fantasies with underage girls?

15          MR. FALK:  Objection.  He has no -- she has no

16      -- excuse me.  She has no idea what's in her

17      medical records.

18  Q   Have you ever told a doctor that you have sexual

19      fantasies with underage girls?

20  A   Not in those specific words, no.

21  Q   Did you ever tell a doctor you have unhealthy

22      sexual fantasies involving underage girls?

23  A   No.

24  Q   Okay.  I have got one copy of this.  I'm sorry,

25      it's last minute, so I'm going to show it to

```
 1        counsel first before I show it to the witness.
 2   A   No problem.
 3           (Exhibit 63.)
 4   Q   I'm going to show you what's been marked as
 5        Exhibit 63.
 6   A   Okay.  Thank you.
 7           MR. FALK:  What's the Bates stamp on that?
 8           THE WITNESS:  Four twenty- -- 4-22?
 9   Q   Can you read the Bates stamp on the bottom right?
10   A   Oh.  000685.
11           MR. FALK:  Thank you.
12   Q   And it starts with State, correct?
13   A   Yes.
14   Q   And at the top, can you tell us the date?
15   A   4-24-2019, 3:02 p.m.
16   Q   And if you could go to page 686, please.
17   A   I am now there.
18   Q   Do you see the Subjective Information?
19   A   Yes.
20   Q   The last sentence of that paragraph, does it state
21        "He also shared information about his 'unhealthy
22        sexual fantasies' involving underage girls"?
23   A   I see that.
24   Q   Is that accurate?
25   A   No, it's not.  Again, the context is wrong.
```

1   Q  Going back to Exhibit 55, please.

2   A  Would you like this back?

3   Q  (Mr. Carlisle shakes head from side to side.)

4       State 1749.  Are you there?

5   A  I'm getting there.  Hang on.  Yes, I'm there.

6   Q  If you could look at the third full paragraph

7       starting "While incarcerated."

8   A  Uh-huh.

9   Q  The third sentence states "Reports she has tried to

10      commit suicide in the past due to not being able to

11      express female gender identity."

12   A  Yes.

13   Q  Is that an accurate statement?

14   A  Yes, it is.

15   Q  When have you tried to commit suicide in the past

16      due to not being able to express your female gender

17      identity?

18   A  Every time I've ever tried no commit suicide.

19   Q  Every time ever?

20   A  Yes.

21   Q  Did you receive medical attention after your

22      suicide attempts?

23   A  I'm in prison, so yes.

24   Q  Did you ever tell a medical professional that the

25      reason you tried to kill yourself was not being

1      able to express female gender identity?

2   A  No.

3   Q  Why not?

4   A  Because all I knew is I hated my body and I didn't

5      have terms for that back then.  And telling a psych

6      doctor you hate their [sic] body and that's why you

7      tried to kill yourself is going to end you up in a

8      suicide cell and on more medication.

9   Q  Have you ever been placed in a suicide cell?

10  A  Yes, numerous times.  I've had very bad experiences

11     in there.

12  Q  So it sounds like even if you don't tell a doctor

13     that you tried to kill yourself for not being able

14     to express your gender identity, you could still

15     end up in a suicide cell?

16  A  Yes.  It's very fickle.  I could end up in there

17     for any numerous amount of reasons not under my

18     control.

19  Q  How many times have you tried to commit suicide

20     because you were not able to express your female

21     gender identity?

22  A  Six plus times.

23  Q  Were those all in prison?

24  A  No.  I attempted a few times on the street.  I also

25     attempted in prison as well.

1   Q   Okay.  Let's break that down.  The times on the
2       street --
3   A   Uh-huh.
4   Q   -- can you give me an approximation of when those
5       were?
6   A   The one that I remember most, so I'll start with
7       that one, I was placed in the Mulberry Center after
8       attempting to cut my wrist with a pair of scissor
9       blades.
10  Q   How old were you?
11  A   Middle school, somewhere in my early -- 12, 13.
12  Q   Any other time on the street?
13  A   No, not -- no.
14  Q   And then focusing after your incarceration, when
15      did you try to commit suicide?
16  A   So start with specific ones and move on?
17  Q   Yeah, if you -- if you could try to do it earliest
18      till --
19  A   Chronologically?
20  Q   Chronologically, if you could try, yes.
21  A   Okay.  I first attempted suicide in Pendleton.  I
22      tried hanging myself in the bars.  That one wasn't
23      found out.  Another offender came along and got me
24      down from it and told me I shouldn't be trying to
25      kill myself.

```
 1            The next time was when I overdosed on
 2    medication.  That would be the estra- -- not --
 3    sorry.  I apologize.  The amitriptyline is also
 4    called Elavil.  That put me in a coma.
 5  Q Okay.  Can you have an approximate date -- do you
 6    have position dates for the Pendleton and then the
 7    next one, the medication?
 8  A I -- early 2000s?  It's hard for me to remember.
 9    It all blends together after so long.
10  Q That's fine.  Go ahead.
11  A Then I also attempted to overdose on Tegre- -- no,
12    that's later.  I boiled my fingers off on my hot
13    pot and let them sit in an attempt to get
14    gangrenous.  That was two separate occasions, one
15    finger one time, another finger another time.
16            Then there was the time that I overdosed on
17    Tegretol.  This is no longer in Pendleton, by the
18    way.  Oh, I missed one.  I lit my cell on fire in
19    Pendleton.  That one predates the Tegretol
20    overdose.
21  Q Okay.  And then --
22  A Tegretol overdose in CIF.  I attempted that three
23    different times.  Once I was actually like found
24    unconscious and resuscitated by staff.  The other
25    two times I came to, covered in my own puke in my
```

```
 1    cell, as my body vomited.
 2  Q  And this is a different facility, in Pendleton at
 3     this point?
 4  A  Wabash.  My bad.  I said CIF.  Wabash.
 5  Q  Wabash?
 6  A  Yeah.
 7  Q  In approximately what year are we talking about?
 8  A  2006, '7.  I had just been released from the SHU.
 9  Q  Which is?
10  A  Uh --
11  Q  Solitary Housing Unit?
12  A  Solitary, yeah, Housing.
13  Q  And after the Tegretol about three times in '06 or
14     '07, any more attempts?
15  A  I also tried in CIF to open up a vein in my wrist.
16     I never got through the tendon.  I never reported
17     it.  I let it heal and got a scar from it.
18  Q  Any other attempts?
19  A  Not that I can remember --
20  Q  Okay.  The -- the vein in your wrist incident --
21  A  Yeah.
22  Q  -- approximate year?
23  A  2013.  There was a lot of self-harm, but I don't
24     remember any more suicide attempts.
25  Q  That's the next place I'm going.  If you could look
```

```
 1        at State 1749, please.
 2    A   Still there.
 3    Q   Down toward the bottom do you see the
 4        ^ sex ^ section titled "What if expectations are
 5        not met"?
 6    A   Yes, I see that.
 7    Q   And the note states "If she didn't reach
 8        expectations, would hopefully be able to reach out
 9        to mental health providers."  Do you see that?
10    A   Yes, I do.
11    Q   Do you understand the expectations there referring
12        to your treatment for gender dysphoria?
13    A   Yes.
14    Q   And then the note goes on to say "Would also try to
15        avoid self-harm as this has been her coping tool.
16        For past 10 years, hasn't had lots of self-harm or
17        suicide attempt.  Cites this is due to 'getting to'
18        know myself' - 'to know yourself is to love
19        yourself.'"
20    A   Uh-huh.
21    Q   Is that an accurate statement there?
22    A   No.
23    Q   Is it true that if your expectations are not met
24        regarding your gender dysphoria, you will avoid
25        self-harm?
```

```
 1   A   No.   I cannot guarantee that.

 2   Q   Is it a true statement that in recent years you

 3       have stopped trying to kill or harm yourself?

 4   A   Kill.   Still harm from time to time.

 5   Q   So it's true you've stopped trying to kill

 6       yourself?

 7   A   I have stopped focusing on it, yes.   I still have

 8       the thoughts and the urges and I struggle every day

 9       not to do it.

10   Q   But no attempts?

11   A   No more attempts.

12   Q   All right.   Explain to me why it's not true that --

13       regarding self-harm.

14   A   Because I have never felt safe in prison expressing

15       my urges to self-harm because of the way I feel and

16       how much I suffer.   Because of what I have to deal

17       with, suicide cells, heavy medications I have been

18       told that if I go back to being suicidal, they

19       would remedicate me, and that fear makes me unable

20       to let them know how I really feel in prison.

21   Q   Let me ask you a better question.   Do you intend to

22       self-harm?

23   A   I never want to self-harm, but I cannot control if

24       my suffering gets so bad that I don't resort to

25       such methods.
```

1    Q    Have you had any self-harm attempts in the past few

2         years?

3    A    Yes.

4    Q    Okay.  Describe those to me.

5    A    Cutting.  Well, cutting is my go-to.  Physical

6         abuse by punching myself.  Those are my self-harm.

7    Q    Anything else?

8    A    No.  I mean -- yeah.  No.  Ligation.  I attempted

9         to put rubberbands around my genitals on multiple

10        occasions.  I can't -- it gets so painful, I

11        eventually can't tolerate it.

12   Q    Let's start with cutting.  In the past year, how

13        often have you cut yourself?

14   A    Six times.

15   Q    And where on your body do you cut yourself?

16   A    Arms and legs, inner thighs, places I can hide it.

17   Q    I'm sorry?

18   A    Places I can hide it.

19   Q    Do you ever seek medical treatment after you cut

20        yourself?

21   A    No.

22   Q    Why not?

23   A    Because the medical treatment they would offer

24        would not help me.  More medication is not the

25        solution.

```
 1   Q  So you don't want medical treatment for your habit
 2      of cutting yourself?
 3   A  Oh, I want medical treatment.  I just don't want
 4      what they're offering here which is psychotropic
 5      medications.
 6   Q  How often in the past year have you punched
 7      yourself?
 8   A  Three times.
 9   Q  And where in your body do you punch yourself?
10   A  In the stomach, in the groin.
11   Q  And when were those times?
12   A  Specific dates, hard to give you.  I can give you
13      months.
14   Q  Okay.
15   A  Last month, January of this year.  October of last
16      year and July of last year.
17   Q  What were you thinking when you punched yourself
18      those three times?
19   A  How much I hate my body and how much I just want it
20      to be changed, how much I want to no longer have a
21      penis.
22   Q  So you have that thought every single time you've
23      punched yourself in the past year?
24   A  Yes.
25   Q  Why would you punch yourself in the stomach if
```

1      that's your thought?

2   A  Because punching yourself down below is extremely

3      painful, and sometimes it's -- I can't bring myself

4      to that amount of pain.  Sometimes I can and I do

5      punch myself in the genitalia, as I mentioned.

6   Q  Of those three times you mentioned, which times did

7      you punch yourself in the stomach versus the groin?

8   A  Once in the stomach, twice in the groin.

9   Q  Which one was the groin?

10  A  That would have been in January and that would have

11     been July.

12  Q  January and July were in the groin?

13  A  January of 2023 -- sorry, of 2024 and July of 2023.

14  Q  Did you seek medical attention after you punched

15     yourself?

16  A  No.

17  Q  And is that for the same reason you did not seek

18     medical attention after you cut yourself?

19  A  Yes.

20  Q  All right.  Let's talk about ligation.  When did

21     you attempt ligation?

22  A  I attempted it in November of last year.  I --

23  Q  What happened?

24  A  The rubberbands aren't quite effective in the sense

25     that you would think.  I can get them wrapped

```
 1        around, and it can cut off blood flow, which
 2        becomes extremely painful, but not enough to
 3        actually sever it or get it to die.
 4    Q   Wrapped -- you -- so, okay, walk me through this.
 5        You wrapped rubberbands around what?
 6    A   My testicles and my -- my -- my penis.
 7    Q   And why do you do that?
 8    A   I cannot stand it being there.  I know I'm working
 9        towards getting it removed.
10    Q   And so you -- you've done this with rubberbands
11        just the one time in November of 2023?
12    A   No.  That was the most recent.  I thought you
13        wanted me to start with the most recent.
14    Q   When else have you done this?
15    A   I did it in 2021 and I did it in 2015.
16    Q   Did you receive any medical attention after you did
17        this on any of these three occasions?
18    A   No.
19    Q   And is that for the same reason that you did not
20        seek medical attention after you cut yourself?
21    A   Yes.
22    Q   You mentioned something about the rubberbands not
23        being effective?
24    A   Uh-huh.
25    Q   And can you explain that a little bit more.
```

| | | |
|---|---|---|
| 1 | A | It's hard to get enough -- it tight enough to cut |
| 2 | | off all blood flow so that it necrotizes and falls |
| 3 | | off.  It requires you to stop all blood flow to |
| 4 | | accomplish that.  I can get it to the point of |
| 5 | | turning purple, swelling and getting extremely |
| 6 | | painful but not to fall off. |
| 7 | Q | You want your testicles to fall off; is that what |
| 8 | | I'm hearing? |
| 9 | A | Sometimes it is more difficult to have them, and |
| 10 | | sometimes it doesn't feel like I will ever be rid |
| 11 | | of them.  And I fail as a person and subject myself |
| 12 | | to try and remove them myself because I sometimes |
| 13 | | don't think it will get better. |
| 14 | Q | Okay.  I'm just trying to understand.  If you know |
| 15 | | the rubberband method is not effective to make your |
| 16 | | testicles fall off, why do you do it? |
| 17 | A | Sometimes I hope just enough of it will cause |
| 18 | | enough damage that it will have to be removed. |
| 19 | Q | Have you ever harmed your genitals in any other |
| 20 | | way? |
| 21 | A | I have cut my genitals with a razor blade. |
| 22 | Q | When did you do that? |
| 23 | A | Sometime in 2008.  I only did it once.  It bled way |
| 24 | | too much before I got any really deep into it, and |
| 25 | | I was afraid that they would find out and stop me |

1      or lock me up in a suicide cell.

2   Q  You were bleeding that time?

3   A  Yeah.

4   Q  Did you receive medical attention for that?

5   A  No, I didn't.

6   Q  Did you tell anyone you were bleeding?

7   A  No.

8   Q  Did anyone see you?  I guess no one saw you?

9   A  I had a -- I had a single cell at the time.

10  Q  Okay.  If you could go back to State 1749 in

11     Exhibit 55, please.

12  A  Yeah, I'm still there.  Thank you.

13  Q  Do you see the paragraph starting "Dropped out of

14     high school" --

15  A  Um --

16  Q  -- toward the top?

17  A  Oh, 17555, right, is what you said?

18  Q  1749 in Exhibit 55.

19  A  Oh, okay.

20        MR. FALK:  It's the third paragraph.

21  A  Here we are.

22  Q  If you can look toward the end starting with

23     "Currently incarcerated," do you see that?

24  A  Yes.

25  Q  All right.  The record states "Currently

| | | |
|---|---|---|
| 1 | | incarcerated for murder of stepdaughter.  She feels |
| 2 | | she caused the death of her stepdaughter due to not |
| 3 | | being able to express herself (anger, sadness). |
| 4 | | Was abusive and caused death of child in her care. |
| 5 | | She reports part of her decision making in murder |
| 6 | | were due to anger of not being able to express |
| 7 | | herself."  Does -- does that -- did you tell |
| 8 | | Dr. Dionisio that part of the reason you murdered |
| 9 | | your stepdaughter was because you couldn't express |
| 10 | | your gender identity? |
| 11 | A | I do not remember if it was Dr. Dionisio.  I |
| 12 | | remember telling Dr. Gale this.  I -- he asked me |
| 13 | | if I thought my inability to express myself came |
| 14 | | from -- ended up resulting in Faith's death.  And I |
| 15 | | told him that I had had a long time to think about |
| 16 | | it and that I felt that because I couldn't express |
| 17 | | myself, I let it build in me like a venom until I |
| 18 | | hated myself so much.  Because I was weak and |
| 19 | | didn't take it out on myself, I instead took it out |
| 20 | | on somebody who couldn't defend themself.  And |
| 21 | | that's inexcusable. |
| 22 | Q | So I'm just trying to understand.  Did you express |
| 23 | | to a medical professional that part of the |
| 24 | | motivation for that action was due to you not being |
| 25 | | able to express your gender identity? |

1    A   Yes.

2    Q   Have you ever considered that your transgender

3        identity is just --

4    A   Can I --

5            MS. PACTOR:  Can we take a break, please?

6            MR. FALK:  Can we take a break?

7            MR. CARLISLE:  Let's go off the record.

8            MR. FALK:  Let's go off the record.

9            VIDEOGRAPHER:  We're going off the record at

10       11:30 a.m.

11           (A brief recess was taken.)

12           VIDEOGRAPHER:  We are back on the record at

13       11:31 a.m.

14   Q   Have you ever considered that your transgender

15       identity is an attempt to explain away your actions

16       toward your stepdaughter?

17   A   I actually thought about that, is this just some

18       excuse to make myself feel better.  No.  I know why

19       I suffered.  I know why I blew up, and there's no

20       excuse for why she -- she died.  I failed.  I

21       failed as a human being and as a parent.  Me being

22       transgender and me not being able to express myself

23       was a factor, but that doesn't make that the

24       excuse, not in the slightest.

25   Q   Let's go to page State 1726 of Exhibit 55, please.

1   A   I'm there.

2   Q   One moment.  Sorry.  Okay.  State 1726 of

3       Exhibit 55 is part of a -- a record where you were

4       formally diagnosed with gender dysphoria.  Do you

5       see that?

6   A   Yes.

7   Q   And the date here on the previous page is 6-17-20?

8   A   Yes.

9   Q   So in June 2020 you were formally diagnosed with

10      gender dysphoria?

11  A   Yes, I believe so.

12  Q   On or about that date?

13  A   Yeah.

14  Q   And at State 1726 are some of the notes from the

15      committee conference, and I'm going to draw your

16      attention to the second full paragraph.  Are you

17      there?

18  A   Yes.

19  Q   The text reads "Primary among the concerns that

20      were raised were Richardson's history of self-harm,

21      self-mutilation, and drastic changes in physical

22      appearance.  Richardson's arms are covered in

23      self-inflicted burn scars, she is missing joints

24      from fingers from intentionally cooking them in a

25      prison hot pot, and her head and face have been

1  decorated with extensive tattooing.  There was some

2  concern that hormone treatment and the

3  gender-affirming surgery that Richardson says she

4  would eventually like to pursue may represent steps

5  in the evolution over time of self-mutilating

6  behavior."  Do you think it was -- do you think

7  that is a reasonable concern of the medical

8  professionals to have?

9  A  No.

10 Q  Why not?

11 A  Because it's like apples and oranges.  They're

12    trying to say that because I'm a girl and I want my

13    body to reflect that I'm a girl, that that's a way

14    of hurting myself.  If it was a way of hurting

15    myself, I would stay a guy.  Like staying like

16    this, most self-hurting way I could possibly live

17    my life.

18 Q  Psychologically speaking?

19 A  Psychologically, physically, and emotionally.

20 Q  But do you have a -- an urge to feel physical harm

21    on your body?

22 A  No.  It is a way that I can sometimes control my

23    overwhelming emotions.

24 Q  So sometimes pain -- physical pain for you is a

25    method of control?

1    A    Sometimes it seems like the only thing I can

2         control in my life is the pain I inflict on myself.

3    Q    When you inflict pain on yourself, is it cathartic

4         or relieving in some manner?

5    A    A little bit.

6    Q    If you could go to page 1693 of Exhibit 55.

7    A    What number was that again?

8    Q    1693.

9    A    Oh, I was going to seventeen ninety- -- I was like

10        -- I'm there.

11   Q    Page 1693 is a medical record dated 8-27-20,

12        correct?

13   A    Yes.

14   Q    And this is a couple months after you were

15        diagnosed with gender dysphoria, right?

16   A    Yes, I believe so.

17   Q    And it looks like this is a psychotherapy visit.

18        Do you see at the top of 1693?

19   A    Yes.

20   Q    If you could go to the next page, 1694, where the

21        Subjective Information note is.  Are you there?

22   A    Yes, I am.

23   Q    In that note is stated "She reports that she is

24        encouraged to notice some breast tissue development

25        already since being on hormone therapy a relatively

1       short time."  Do you see that?

2    A  Yes.

3    Q  Okay.  So it sounds like DOC, within two months of

4       your official diagnosis, had started you on hormone

5       therapy?

6    A  Um, I mean, I guess.  Again, I don't know

7       specifically the date, but if that's what it says,

8       maybe.

9    Q  You have no reason to dispute that, right?

10   A  No.

11   Q  And it sounds like the effects of the hormone

12      therapy were already being realized?

13   A  Yes.

14   Q  Are you satisfied with -- let me ask you this:  At

15      -- on -- at this date, 8-2020, were you satisfied

16      with the appearance of your breasts?

17   A  No.

18   Q  Are you satisfied with the appearance of your

19      breasts today?

20   A  I feel more complete but not whole.

21   Q  Has there ever been a point since June 2020 where

22      you've been satisfied completely with the

23      appearance of your breasts?

24   A  It hasn't been entirely on my mind recently.

25   Q  Anytime since June 2020?

1    A   Oh.  So no.  Not completely satisfied, no.

2    Q   What will make you completely satisfied with the

3        appearance of your breasts?

4            MR. FALK:  Okay.  I'm going to -- again, you

5        can ask, but I'm going to object.  This isn't --

6        this case, we're not asking for top surgery, and

7        these questions are irrelevant to the point of this

8        lawsuit and certainly irrelevant to the litigation

9        challenge and the statute, but you can go ahead and

10       answer.

11   A   I think at some point after I have achieved the

12       fundamental thing of being a woman, a vagina, I

13       will have a chance to put more thought into that.

14       I haven't had a chance yet to really think about

15       what I want my breasts to fully be until I really

16       know what I'm going to fully be.

17   Q   Okay.  Can you go to Exhibit 52, please, it should

18       be Tab 4 in the binders.  It starts with State

19       2937.

20           (Exhibit 52.)

21   A   I'm there.

22   Q   All right.  This exhibit is titled Medication

23       Administration Record.  Do you see that?

24           MR. FALK:  I'm sorry, Alex.  What's the number

25       on the exhibit just for my notes?

1            MR. CARLISLE:  52.

2            MR. FALK:  Thank you.

3    A   And what were you asking?

4    Q   The title at the top of 2937 is Medication

5        Administration Record?

6    A   Yes.

7    Q   And if you look, it looks like this is a record of

8        your hormone regimen?

9    A   Yes.

10   Q   And it looks like you receive estradiol?

11   A   Yes.

12   Q   Did I pronounce that right?

13   A   I believe so.

14   Q   Okay.  And spironolactone otherwise known as spiro?

15   A   Yes.

16   Q   And this first page is for August 2022, and it

17       looks like you received those two things about

18       daily; is that accurate?

19   A   I take -- I took my medication every day, yes.

20   Q   Okay.  And estradiol is an estrogen supplement,

21       correct?

22   A   Yes.

23   Q   And spiro is a testosterone suppressant; is that

24       accurate?

25   A   I believe an antiandrogen, testosterone blocker.

```
 1   Q   Okay.  And so I'll represent to you that the rest
 2       of these pages are other months of your medication
 3       administration record.  Do you see that?
 4   A   Yes.
 5   Q   And it looks like you've been receiving hormones
 6       consistently for many months; is that accurate?
 7   A   Yes.
 8   Q   Have you been receiving hormones since around
 9       August 2020, thereabouts?
10   A   Yes.
11   Q   And your hormone regimen has been regulated and
12       monitored?
13   A   No.
14   Q   It hasn't?
15   A   No.
16   Q   Has your hormone regimen ever been changed in any
17       way?
18   A   It has, but under my request and a lot of times I
19       have to request blood draws as well, they don't do
20       consistent blood draws either to check my levels.
21       They're supposed to occur every 90 days.
22   Q   Has your hormone regimen resulted in you being
23       hormonally reassigned?
24   A   I mean, I believe -- I believe that my levels are
25       within the female's level ranges.  Is that what you
```

1    mean?

2   Q  Yeah.  So do you agree you have the same

3    circulating sex hormones as a female?

4   A  Yes.

5   Q  In addition to hormone therapy, how else has DOC

6    addressed your gender dysphoria?

7   A  They have allowed me to purchase undergarments.

8    They have allowed me makeup until makeup was

9    removed from commissary.  They have allowed me to

10    use my pronouns.  They don't always use them, but I

11    can generally ask an officer to respect it.  And

12    they usually let me wear tighter clothing than most

13    people, but that's usually my choice and they just

14    don't give me an issue about it.

15   Q  What about ongoing therapy?

16   A  Not really.

17   Q  You haven't received therapy?

18   A  I mean, I have had counselors ask me how I'm doing,

19    and Dr. Gale gave me a few times asking about how I

20    was doing on my medication, but -- and Dr.

21    Martinez, too, but that was all CIF.  But not

22    really.  They don't inquire how is my transitioning

23    going.  They don't inquire how I'm feeling

24    concerning my -- my transition or how am I -- I'm

25    dealing with -- in coping with the problems in a

| | | |
|---|---|---|
| 1 | | male prison and not being fully transitioned.  None |
| 2 | | of that is discussed. |
| 3 | Q | You're not disputing you meet regularly with mental |
| 4 | | health professionals, are you? |
| 5 | A | Yes, I am. |
| 6 | Q | You are? |
| 7 | A | I have seen mental health professionals here since |
| 8 | | last year of -- '05, like -- you know, January, |
| 9 | | February, March, April, May.  I've seen them three, |
| 10 | | four times.  That's not even the 90 days -- every |
| 11 | | 90 days that my health code requires. |
| 12 | Q | Are you contesting in this litigation that your |
| 13 | | mental health treatment has been insufficient? |
| 14 | A | I'm contesting -- well, I'm not really contesting |
| 15 | | anything.  I'm just simply stating that they don't |
| 16 | | give me the care that they're claiming, I guess. |
| 17 | Q | What is a transgender access card? |
| 18 | A | It is simply a card that tells what things I'm |
| 19 | | allowed as a transgender.  Undergarments, though |
| 20 | | anyone can buy undergarments off commissary, not |
| 21 | | just us transgenders, and pronouns, which again, |
| 22 | | I'm not allowed to enforce.  They just are taken as |
| 23 | | a recommendation for officer behavior.  Officers |
| 24 | | can still call me he, him, Mr. Richardson if that's |
| 25 | | how they feel. |

1    Q   And you have one of these transgender access cards?

2    A   Yes, I do.

3    Q   Do other prisoners use your preferred pronouns?

4    A   Those who care about me.  The ones who don't like

5        me rub it in my face, the other pronouns, go out of

6        their way.

7    Q   You mentioned this doctor earlier.  Are you

8        familiar with Dr. Farjellah, I think his name is?

9    A   I met him twice in a videoconference, so --

10   Q   And he's a psychologist?

11   A   I did not know what his specific title was.

12   Q   Do you have any reason to doubt he's a

13       psychologist?

14   A   Oh, no.  I just was saying I just didn't know.

15   Q   You saw him twice, you said?

16   A   Twice, yeah.

17   Q   Since being transferred to Branchville?

18   A   Yeah.  Yeah.  Maybe -- wait.  It might have been

19       three times because I believe he called me down

20       about my grievances.  Three at the most.

21   Q   If you could look at Exhibit 54, please.  It starts

22       State 1022.

23           (Exhibit 54.)

24   A   Yes, I'm there.

25   Q   If you could turn to page 1132 in Exhibit 54.

1    A   Okay.  Well, I've got a rubberband, so hold on.

2        Did I grab yours?

3    Q   No.

4    A   Thanks.  It's a little hard missing fingers.  You

5        said 11- -- 1034 or 1134?

6            MS. PACTOR:  1132, I believe.

7    Q   Is that what I said?  1132.

8    A   All right.  Okay.  I'm there.

9    Q   Okay.  At the top it looks like this is an

10       individual psychotherapy visit from May 8th, 2023?

11   A   Okay.

12   Q   Can you go to the next page, 1133?

13   A   I'm there.

14   Q   The -- Dr. Farjellah writes Patient recently

15       transferred from NCF.  She identifies as

16       transgender.  She has been incarcerated for murder

17       in 2001 in which she admitted that All I know is I

18       killed the little F'ing b-i-t-c-h, in quotations,

19       and the coroner stated that asphyxiation was the

20       cause of death of her infant daughter.  Is that an

21       accurate summary?

22   A   No.  I -- I never stated that.  It was stated in my

23       case, so he might have looked it up, saw that was

24       stated, and put it in there, but I never have ever

25       told anyone that.  I still dispute it even from the