```
 1      criminal case.
 2   Q  And then a few sentences later, do you see where it
 3      says, quote, I'm used to disappointments.  I used
 4      to self-harm and have attempted suicide, but I'm at
 5      peace now?  Do you see that?
 6   A  Yes, I see that.
 7   Q  Do you agree that you used to attempt self-harm and
 8      suicide but no longer do?
 9   A  No.
10   Q  Did you tell the doctor that?
11   A  Yes.
12   Q  Was that a truthful statement you told the doctor?
13   A  No.
14   Q  Why did you lie to the doctor about that?
15   A  Because of fear of repercussions about telling him
16      how I really feel.
17   Q  Do you agree that you have peace with yourself now?
18   A  I have more peace, but I'm not completely at peace.
19   Q  Have you had more peace since you started being
20      treated for gender dysphoria?
21   A  Yes.  I have achieved an amount of peace but not
22      completely.
23   Q  Are you at peace right now and generally --
24      generally right now?
25   A  No.  This entire thing that we have done has
```

```
 1        wakened a lot of pain and exacerbated what I'm
 2        already going through every day, but it needed to
 3        be done.
 4   Q    So the reason you're not at peace right now is
 5        because this deposition has brought up past issues?
 6   A    No, because I'm taking a risk in being truthful
 7        about the fact of not hiding my -- about still
 8        having suicide attempts, because as far as I know,
 9        you guys will tell psych and I'll be in a suicide
10        cell before the day is out.  But as I said, it
11        needed to be said.
12   Q    Okay.  So you don't feel at peace because of your
13        having to talk about past suicide?
14   A    No, because I had to admit that I tell them every
15        day I'm smily, I'm okay, just so I don't have to be
16        drugged to the nines where I can't even think for
17        myself and locked in a suicide cell, and now I have
18        to lay that bare because I'm not going to sit here
19        and just lie to you.
20   Q    Let me ask a better question.  Are you at peace
21        with your gender identity now?
22   A    My bad.  I am more okay but I am not complete, and
23        I suffer daily because of that.
24   Q    On the same page, 1133, if you look at the
25        Impressions paragraph.  Are you there?
```

1   A   Yeah.  33, yes.  Impressions, I've got that.

2   Q   The note says, starting at the second paragraph,

3       "She appears to be articulate, engaging, and

4       forward looking, and has come to terms with her

5       identity to a great extent."  Do you agree that

6       you're forward looking?

7   A   Yes.

8   Q   Do you have plans for the future outside of prison?

9   A   I try to focus on the future, so I try to make

10      plans for the future, yes.

11  Q   Do you intend to live as a woman outside of prison?

12  A   100 percent.

13  Q   Does that give you hope for the future?

14  A   It sometimes helps.  Most days doesn't.

15  Q   Two sentences later, the notes says "Likes to

16      engage in psychotherapy to try and better herself."

17      Do you see that?

18  A   Yes.

19  Q   Do you agree with that?

20  A   Yes.

21  Q   So you do like psychotherapy?

22  A   The terminology of psychotherapy -- I believe I

23      said psych and he assumed it was psychotherapy.  I

24      can't attest -- I'm not a psychologist or if that's

25      even correct what I'm saying.

1          MR. FALK:  That is correct.  You're not a

2      psychologist.

3          THE WITNESS:  Right.

4   Q  Has psychotherapy been beneficial to your mental

5      health?

6   A  I wouldn't know if I've received psychotherapy or

7      just counseling.  I don't know.

8   Q  Has counseling been beneficial to your mental

9      health?

10  A  Yes.  I believe that it has helped a little bit,

11     but the counseling I receive here can never really

12     be counseling because I have to hold back.

13  Q  If you could go to page 1130, please.

14  A  I'm there.

15  Q  Okay.  Do you see the paragraph starting "Clinical

16     Impressions"?

17  A  Yes.

18  Q  Okay.  Let me back up.  This is a -- a note from

19     Dr. Farjellah on 5-21-23.  Do you see that?

20  A  Yes.

21  Q  And in the Clinical Impressions paragraph he writes

22     "Patient has active diagnosis of borderline

23     personality disorder.  Given the gruesome history

24     of murder, 20 years of incarceration, extensive

25     history of suicidality (remote), numerous

```
 1        allegation/incidents of sexual abuse while
 2        incarcerated, extreme appearance, and active
 3        diagnosis of borderline personality disorder, it
 4        appears she meets criteria for BPD.  Writer does
 5        not recommend moving forward with surgery.
 6        Regional Leadership made aware of representation."
 7        Do you see that paragraph?
 8   A    Yes.
 9   Q    It sounds like Dr. Farjellah did not recommend that
10        you receive surgery?
11   A    Okay.
12   Q    Do you dispute that?
13   A    Absolutely.
14   Q    You dispute that he did not recommend you for
15        surgery?
16   A    Oh.  Well, he never told me he didn't recommend me.
17        I was just saying I dispute that he should -- has
18        any decision in that.
19   Q    Oh, I understand that, but --
20   A    Okay.  My bad.
21   Q    -- do you agree that part of Dr. Farjellah's
22        decision appears to be your borderline personality
23        diagnosis?
24   A    That appears to be why he made that decision, but I
25        wouldn't know, I'm not him.
```

```
 1   Q   Has any medical professional you've seen
 2       recommended that you receive gender-confirmation
 3       surgery?
 4   A   There must have been somebody to push me forward to
 5       the evaluation stage, but I don't get --
 6   Q   Who was that?
 7   A   I don't know.  I don't get to check people's
 8       diagnosis.  This stuff right here is all
 9       confidential.  I'm not allowed to look at it
10       usually.
11   Q   So you're saying a medical professional pushed you
12       forward to evaluation for --
13           MR. FALK:  Okay.  He said he assumes that.  He
14       doesn't know.
15   Q   Oh, you assume?
16           MR. FALK:  She doesn't know.  I'm sorry.  I
17       apologize.
18   Q   You assume that?
19           MR. FALK:  Sorry.
20           THE WITNESS:  You're fine.
21   Q   So let me just clear this up.  To your knowledge,
22       has any medical professional recommended that you
23       receive gender-confirmation surgery?
24   A   Not to my knowledge.
25   Q   If you could go to page 1097 of Exhibit 54.
```

1           (A discussion was held off the record.)

2   A   1097, I am there.

3   Q   This is a note from Dr. Farjellah on 6-19-23.  Do

4       you see that?

5   A   Yes.

6   Q   In the Interventions/Methods Provided section, the

7       doctor writes Patient describes that she met a

8       19-year-old woman through a friend in prison

9       several years ago.  She said that the woman found a

10      surrogate to get pregnant but the II would be the

11      father.  II stands for incarcerated individual,

12      right?

13  A   Yeah.  This facility does that.  None of the other

14      ones do, but yes.

15  Q   So did you tell Dr. Farjellah that you intended to

16      be the father of your friend's child?

17  A   No, I did not.

18  Q   What did you tell Dr. Farjellah about this topic?

19  A   I said that I would be co-raising the child and I'd

20      just be another mother.  I didn't specify mother.

21      I just think he assumed that I meant father.

22  Q   Who is this friend that you -- that is mentioned

23      here?

24  A   Her name was Kaitlyn McClarren.

25  Q   Why did you agree to be the -- a parent figure to

```
 1       Kaitlyn's child?
 2   A   Because Kaitlyn asked me.  Kaitlyn said would I
 3       share the experience with her.  I told her that I
 4       would.
 5   Q   Do you have any biological kids of your own?
 6   A   No, I do not.
 7   Q   In the Impressions paragraph on page 1097, doctor
 8       writes Complex case because of the loss of this
 9       child may remind or haunt patient of the loss of
10       her own child whom she brutally murdered in the
11       early 2000s.  When it's referring to a loss of a
12       child, is he referring to a loss of Kaitlyn's
13       child?
14   A   Could you repeat that?  I'm sorry.
15   Q   Yeah.  Let me back up.  In the previous paragraph,
16       do you see the second -- third sentence "However,
17       she recently had a miscarriage"?
18   A   Yes.
19   Q   And so in the Impressions paragraph when the doctor
20       is talking about the loss of this child may remind
21       or haunt patient of loss of her own child, he's
22       referring to a loss of Kaitlyn's child --
23   A   Yes.
24   Q   -- from miscarriage?
25   A   Yes.
```

1    Q   And do you agree with that impression there?

2    A   What would you -- not entirely, no.

3    Q   Why not?

4    A   She lost her child because of nature.  Faith passed

5        away because of me.

6    Q   All right.  Let's go to Exhibit 61.  It is Tab 8 in

7        the binder.  It starts with State 6194.

8            (Exhibit 61.)

9    A   I've got it.

10   Q   Okay.  I'd represent to you these are some PREA

11       documents.  Do you know what PREA is?

12   A   Yes.

13   Q   What's your understanding of PREA?

14   A   Prison-rape-elimination-act.

15   Q   Okay.  Since July -- strike that.  Since you came

16       out to DOC as transgender, have you been sexually

17       assaulted?

18   A   No.

19   Q   And if you can go to State 6197, please.

20   A   Here we are.  I'm there.

21   Q   Okay.  At the top, it states on 10-19-22, I Allison

22       Yancey was talking to 127630 Jonathan Richardson

23       about his request to transfer to a female facility.

24       I asked him if he had ever documented abuse at any

25       of his facilities and he stated no.

1    A    Yes.

2    Q    Is that accurate?

3    A    Yes.  As of the time of this, yes.

4    Q    So as of 10-19-2022, you had not reported any

5         sexual abuse?

6    A    Yes.

7    Q    But then it sounds like on this date you revealed

8         three instances about sexual abuse occurring in the

9         past?

10   A    Yes.  The three that I were most comfortable with

11        revealing, yes.

12   Q    And it looks like those occurred in 2005, 2008, and

13        2016?

14   A    Yes.

15   Q    Do you know of any transgender gangs within DOC?

16   A    The only -- no.  I know of a gay gang within the

17        IDOC.

18   Q    A gay gang?

19   A    Yeah, GBGs, Gay Boy Gangsters.

20   Q    Gay Boy Gangsters?  Are there any transgender

21        individuals in that gang?

22   A    Actually, I think that there was, but they don't

23        tend to like transgenders.  They believe if you're

24        part of it, you should just be gay.

25   Q    Are there any gangs like that at Branchville?

1    A    I believe they tried to get something started here,

2         and the other organizations beat on them for it.

3    Q    How do you know that?

4    A    I keep my ear to the ground.  It's safer that way,

5         to always know what's going on.

6    Q    How do you know that someone tried to get an

7         organization like that in here?

8    A    Well, because I was asked to -- to affiliate.

9    Q    Who asked you to affiliate?

10            MR. FALK:  Okay.  I'm concerned about -- I

11        realize this is confidential, but I'm concerned

12        about this getting out.  So is there some way that

13        we can make sure this is extra confidential?  Do

14        you know what I'm saying?

15            MR. CARLISLE:  Well, let's agree to mark this

16        portion of the transcript as top secret -- no, as

17        confidential.

18            MR. FALK:  Yeah.  Are you okay -- are you

19        okay?

20            THE WITNESS:  If that's what you guys say,

21        sure.  I've got to answer the question.

22            MR. CARLISLE:  Can we go off the record?

23            MS. PACTOR:  Yes.

24            VIDEOGRAPHER:  Going off the record at

25        12:03 p.m.

```
 1              (A discussion was held off the record.)
 2              VIDEOGRAPHER:  We are back on the record at
 3       12:05 p.m.
 4   Q   All right.  We've agreed that if an answer solicits
 5       you to identify any specific prisoner, please use
 6       initials.
 7   A   Understood.
 8   Q   And later if counsel needs to know the identity of
 9       those initials, you can discuss with your counsel
10       who will inform us.
11   A   Understood.
12              MR. FALK:  Thank you.
13              MR. CARLISLE:  Yes.  Thanks.
14   Q   Who told you about someone or some people trying to
15       form a gang at Branchville?
16   A   N and D.  Oh, and L.
17   Q   And are these individuals members of GBB [sic] or
18       different --
19   A   Yes.
20   Q   -- similar type gang?
21   A   Of -- they've changed to now GB because of the last
22       -- G was forced to be dropped because the Vice
23       Lords know that the GD's didn't want them to have
24       that last number.
25   Q   And did they invite you to join their organization?
```

```
 1    A   Yes.

 2    Q   What did you say?

 3    A   No.

 4    Q   And so are you -- or have you ever been a member of

 5        an organization like GB or GBB?

 6    A   No.

 7    Q   Do you associate or have you associated with any

 8        members of an organization like GB or GBB?

 9    A   Yes.

10    Q   And were any of those individuals transgender?

11    A   Two.

12    Q   And what are their initials?

13    A   D and B.

14    Q   Did you ever discuss your gender dysphoria with D

15        and B -- or B?

16    A   Yes.

17    Q   Did you ever discuss seeking treatment for gender

18        dysphoria from D or B?

19    A   No.

20    Q   Did you ever discuss taking legal action in

21        relation to your gender dysphoria with D or B?

22    A   No.

23    Q   Did D or B ever give you advice related to your

24        gender dysphoria?

25    A   No.  They asked advice, but they never gave it.
```

1    Q   What kind of advice did they ask from you?

2    A   How I look so girl.  I'm fish by the term, as they

3        put it.

4    Q   What does fish mean?

5    A   I blend in.  I'm so close to being female, I don't

6        have to fake it to make it.

7    Q   Are there -- do you associate with any LGBT

8        identified prisoners at Branchville?

9    A   Yes.

10   Q   Who are they?

11   A   One's name is Nick.  The other one is -- well,

12       these are people who are open about being LGBTQ,

13       right, not in the closet?

14   Q   That you know --

15   A   Right.

16   Q   -- as being LGBT.

17   A   That's what I was just clarifying.  That would be

18       Nick and Rah-Rah.  I think his real name is

19       Rasheen.

20   Q   Do you hang out with them a lot?

21   A   Yeah, at least a couple times each day.

22   Q   You're close with them?

23   A   Well, not really.

24   Q   Have you ever discussed this lawsuit or your gender

25       dysphoria with Nick or Rah-Rah?

```
 1   A   Yes.

 2   Q   What have you discussed with Nick or Rah-Rah?

 3   A   How frustrated I am that the State can't see that

 4       I'm a girl and understand that and help me with all

 5       my pain and all my -- my problems.  I talk to them

 6       about, hey, I'm going to my deposition today, and

 7       they're like good luck.

 8   Q   Anything else?

 9   A   I mean, I just tell them how I feel about the

10       ongoing legal.  I don't really discuss like hard

11       facts.  Most inmates aren't interested in book

12       facts.

13   Q   It seems like we're outside the initial scope, so

14       do you have last names of Nick or Rah-Rah?

15   A   No.  All I just know is Rasheen, but I don't know

16       if that's his last name or first.

17   Q   Do you know how to spell Rasheen?

18   A   R-a-s-h-e-e-n, I think.

19   Q   Do you know KS?  Am I allowed to use the full name

20       for that?

21           MR. FALK:  Sure.

22           MS. PACTOR:  Sure.

23   Q   Do you know Kelly Stillwell?

24   A   I met her once when I got to this facility and --

25   Q   And did you just interact with her that one time?
```

1    A    Yeah.  It was in the law library.  She was doing

2         legal work.

3    Q    What did you guys talk about?

4    A    She asked me, hey, I hear you're the new trans

5         girl.  I said, yeah.  And she's like, well, you're

6         looking pretty rockin'.  I said, well, you're

7         looking pretty nice yourself.  And she -- I was

8         like well, what are you working on?  She was like,

9         oh, I'm battling the system.  And I was like, well,

10        that's cool.  She was like, well, I leave soon, so

11        most of my stuff is going to be moved when I leave.

12        I said, oh, all right.  And she says, well,

13        hopefully I get to see you on the outside.  I said,

14        that would be nice, and that was basically about

15        it.

16   Q    Do you ever get legal advice from other prisoners?

17   A    Oh, no.  Everyone asks me legal advice.  I'm the

18        prison legal person.

19   Q    Do you provide the advice when they ask it?

20   A    I advise -- I advise them with -- as much as I can,

21        but I tell them they have to do their own research.

22   Q    Do you ever advise other prisoners about gender

23        identity issues or dysphoria?

24   A    No.

25   Q    No?

```
 1   A   No.
 2   Q   I'm going to ask you some questions about sexual
 3       history and practices --
 4   A   Okay.
 5   Q   -- because it's relevant --
 6   A   Do I leave this still open or --
 7   Q   You don't need that exhibit.
 8   A   Thank you.  Because it's relevant to this lawsuit.
 9           MS. PACTOR:  I object to the statement that
10       it's relevant to this lawsuit but --
11           MR. CARLISLE:  Okay.  Noted.
12           MR. FALK:  I just want to make a formal
13       objection.
14           MS. PACTOR:  I noticed you were just sitting
15       there silently.
16   Q   You expressed that you identify as bisexual?
17   A   Yes.
18   Q   Do you identify yourself as a sexual person?
19   A   Sensual, not sexual.
20   Q   What's the difference between sensual and sexual?
21   A   I exude sexuality, but I don't actually just have
22       sex all the time.
23   Q   How do you express your sexuality?
24   A   I don't really.
25   Q   Never?
```

1   A   I have some people hit on me.  I have got down with

2       a few people in prison.  I've sexually satisfied

3       them.  I never really get any reciprocation.

4       That's kind of a non-starter for me as long as I'm

5       stuck with this (indicating).

6   Q   When's the last time you experienced sexual

7       pleasure?

8           MR. FALK:  I guess I -- I'm going to object

9       now just because I don't think it's at all relevant

10      to the litigation.  You can answer, but we have an

11      objection over -- over the relevancy of this.

12  A   I suppose 12 years ago, about the time I stopped

13      having any involvement with what was between my

14      legs.  It got to the point I just couldn't stand

15      even looking at it, much less touching it.

16  Q   And when you say 12 years ago, what happened

17      12 years ago?

18  A   It had reached the point that I couldn't even

19      fantasize about being a woman with a man or with a

20      girl and finding any sense of completion because I

21      knew I was touching something that was wrong.

22  Q   Let me clarify the question.  The last time you --

23      you had sexual pleasure was 12 years ago?

24  A   Yes.

25  Q   And was that masturbation or partner sex?

```
 1   A   Masturbation.

 2   Q   And did you have an orgasm?

 3   A   No.  That last time is the reason I stopped.  It --

 4       an hour and a half of trying.

 5   Q   And since that event 12 years ago, you haven't had

 6       any sexual pleasure?

 7   A   Not pleasure, no.

 8   Q   Have you ejaculated in the past 12 years?

 9   A   No.

10   Q   Have you had an orgasm within the past 12 years?

11   A   No.  Maybe in my sleep, but not -- never waking.

12   Q   Has there been any point in time in the past

13       12 years where you've wanted to have sexual

14       pleasure?

15   A   I mean, all the time.  I'm very sexually repressed

16       in prison, but I can't do it while I have this.

17           MR. FALK:  And just for the record, by this,

18       do you mean your penis?

19           THE WITNESS:  Yes, I do.

20           MR. FALK:  Okay.

21           THE WITNESS:  Sorry.  It's just him saying

22       penis is ugh.

23           MR. FALK:  I know.  I'm sorry.  I -- I can say

24       it.

25           THE WITNESS:  It's just wrong.
```

1    Q   So in the past 12 years, it's your testimony you

2        haven't used your penis for sexual pleasure?

3    A   No.

4    Q   If you could go to Exhibit 24, please.  It's in the

5        -- the front flap of the binders.

6            (Exhibit 24.)

7            (A discussion was held off the record.)

8    Q   Right here (indicating).

9    A   Oh, thank you.

10   Q   Showing you Exhibit 24, it is an article written by

11       Miriam Hadj-Moussa called "Feminizing Genital

12       Gender-Confirmation Surgery."  Do you see that in

13       front of you?

14   A   Yes.

15   Q   What do you know about the complications and risks

16       of genital confirmation surgery -- excuse me,

17       gender-confirmation surgery?

18   A   Thank you.  Well, you can have rejection of the

19       tissue.  You can have necroti- -- necrotiz- -- nec-

20       -- the tissue rotting away and decaying.  You can

21       have heavy infection.  You can have a closing of

22       the new transplant.  You can have pain that might

23       be temporary to lingering, numbness.  That's about

24       it.

25   Q   Where did you learn about these things?

```
 1   A   Once I get started on something, I make it my issue

 2       to learn.  So I read the WPATH SOC8 which talks

 3       about some of this.  I read pamphlets, and I watch

 4       everything I can get ahold of that might talk about

 5       it.

 6   Q   Has any medical professional discussed the

 7       complications or risks of gender-confirmation

 8       surgery with you?

 9   A   No, but I -- I assume my surgeon will when the time

10       comes.

11   Q   Do you agree that gender-confirmation surgery is

12       irreversible?

13   A   Yes.

14   Q   Do you know anything about the frequency or rate of

15       any of these complications after

16       gender-confirmation surgery?

17   A   Again, I don't know the specific numbers.

18   Q   Okay.  If you could look at page 7 of Exhibit 24.

19   A   I'm there.

20   Q   All right.  Do you see the "Table 3.  Relative

21       frequency of vaginoplasty complications," the title

22       at the top?

23   A   Yes.  Yes, I do.

24   Q   And looking down through this table, you agree that

25       this lists a -- a large number of complications
```

1       related to gender-confirmation surgery, correct?

2    A  I agree there's a large number, but the frequency

3       seems vastly low.

4    Q  If you look at -- do you see where it says "Genital

5       complications"?

6    A  Yes, I'm there.

7    Q  All right.  Do you see introital stenosis, the

8       frequency is up to 15 percent?

9    A  Uh-huh.  Yes, I do.  Sorry.

10   Q  Do you think -- do you think that is a high rate of

11      complications?

12   A  Yes, I do -- I -- my bad.  No, I do not believe

13      15 percent is that great of a number.

14   Q  No?

15   A  No.

16   Q  If you could go down to Urinary complications --

17   A  I'm there.

18   Q  -- do you see where it says misdirected urinary

19      stream up to 40 percent frequency?

20   A  Yes.

21   Q  Do you think that's a high rate of complication?

22   A  Yes, I do, but I also see that the notes state that

23      it could be treated.

24   Q  Where does it say that?

25   A  Over in notes, tend to spray upward, treat with

```
 1        ventral meatoplasty.
 2   Q    Do you know what --
 3   A    Meatoplasty?  That just doesn't -- like it's a real
 4        word?
 5   Q    I take it you don't know what ventral meatoplasty
 6        means?
 7   A    No idea, but it apparently can be treated.
 8   Q    Do you see the next line is LUTS?
 9   A    Yes, LUTS.
10   Q    And that stands for lower urinary tract symptoms?
11   A    Yes.
12   Q    And that is -- has a frequency rate of up to
13        20 percent.  Do you think that's a high rate of
14        complication?
15   A    No, not really, plus I've got a small bladder
16        anyways.
17   Q    All right.
18             MR. FALK:  I guess -- and I'm just going to
19        interpose an objection.  Obviously, she is not a
20        doctor.  She has never seen this.  She doesn't know
21        what the rates are.  She did say she would discuss
22        this with a surgeon.  You can ask all you want
23        about whether it's high or low, but I don't know
24        what good it does to ask someone who's not a
25        surgeon, but go for it.
```

1           MR. CARLISLE:   This is highly relevant.

2    Q   Urinary incontinence has a frequency rate of up to

3        20 percent.   Do you see that?

4    A   Yes.

5    Q   And the previous 20 percent rate you said was --

6        did not seem high to you.   But as to urinary

7        incontinence, do you think 20 percent is a high

8        frequency rate?

9    A   No.

10   Q   If you could jump down to the Wound complications

11       section, do you see wound healing disorders?

12   A   Yes, I do.

13   Q   Up to 30 percent complication frequency?

14   A   Yes.

15   Q   Do you think that's a high rate of complication?

16   A   I believe that it is a moderate percentage rate.

17   Q   Do you know anything about the suicide rate of

18       patients who had gender-confirmation surgery after

19       surgery?

20   A   That, I do not.

21   Q   Do you know anything about the mental health of

22       patients who undergo gender-confirmation surgery

23       post surgery?

24   A   That, I do not.

25           MR. CARLISLE:   Can we take a short break?

```
 1            MR. FALK:  Uh-huh.
 2            MR. CARLISLE:  Let's go off the record.
 3            VIDEOGRAPHER:  Going off the record at
 4      12:52 p.m.
 5            (A brief recess was taken.)
 6            VIDEOGRAPHER:  And we are back on the record
 7      at 12:35 p.m.
 8   Q  All right.  You filed a lawsuit in the Southern
 9      District related to your religion, correct --
10   A  Yes.
11   Q  -- against Tony Gray?
12   A  Yes, I did.
13   Q  And if you can go to Exhibit 50, please.
14            (Exhibit 50.)
15   A  Okay.
16   Q  Do you see what is titled a Motion to Correct
17      Deficiency?
18   A  Correct.
19   Q  And you filed this?
20   A  Yes, I did.
21   Q  And the case number is 323-cv-212-RLY-CSW?
22   A  Yes.
23   Q  And it looks like it's a copy of your trust fund
24      account, right?
25   A  Yes, it is.
```

1   Q   And if you can go to page 14.

2   A   I'm there.

3   Q   And it looks like on December 17th, 2023, you had a

4       trust fund balance of about $667.92.  Do you see

5       that?

6   A   What day, again?

7   Q   December 17th, 2023.

8   A   Ah, yes.  And no, that's not a trust account fund

9       balance.

10  Q   Okay.  What is this balance?

11  A   That's re-entry.  I can't access it.  It's

12      15 percent of anything I have that comes in over

13      all the years put away for my getting out of

14      prison.

15  Q   Okay.  All right.  Then if you could go to

16      Exhibit 60.

17  A   Okay.

18          (Exhibit 60.)

19  Q   It starts with Plaintiff 47?

20  A   Yes.

21  Q   Okay.  These are documents you produced in

22      discovery in this case.  Do you see that?

23  A   Yes.

24  Q   And it has here the plaintiff's Bates stamp down at

25      the bottom right?

```
 1    A  Yes, it does.
 2           MR. FALK:  Where is it?
 3           MR. CARLISLE:  It's the last exhibit in the
 4       binder rings.
 5    Q  If you could go to Plaintiff 53.
 6    A  I'm there.
 7    Q  All right.  Is this your handwriting?
 8    A  Yes, it is.
 9    Q  At the top you write "Live stream/podcast ideas"?
10    A  Yes.
11    Q  So what is this document?
12    A  So I want to do some kind of positive change
13       whenever I get to the street.  And social media is
14       a very big thing, and so I figured if I can express
15       some of how my life has been in prison, some of the
16       life lessons I've learned, and there might be
17       someone else suffering like I am, that I can help
18       relieve some of their suffering.  At least, even if
19       I can't relieve it, let them know that they're not
20       alone.
21    Q  Okay.  So this document, it sounds like, is a list
22       of ideas of what you want to talk about on that
23       podcast?
24    A  Yes.  Of course, I don't think they're called
25       podcasts anymore.
```

1        MR. FALK:  Don't look at me.

2  Q  I'll let you have that.  I -- if you could go to

3     Plaintiff 55.

4  A  I'm there.

5  Q  You wrote this as well?

6  A  Yes, I did.

7  Q  What is this document?

8  A  Well, it looks like just a basic rant that I

9     sometimes write just to get something that's been

10    bothering my head off on paper.  It's not really a

11    journal because I don't keep it consistently, but

12    some days it just bounces around and I need to get

13    it out.

14  Q  So this is -- when do you feel the need to write

15    down, as you say, rants like this?

16  A  When the stuff I want to say here is what I want to

17    say to other offenders, but that might likely lead

18    me into fights, which I'm trying to stay away from.

19  Q  Okay.  And if you could read this document and let

20    me know when you've had a chance to read it.

21  A  Oh, I know it.

22  Q  Okay.  So you know -- so in what context -- let me

23    ask you this:  What prompted you to write this?

24  A  Well, I wrote it because of ways some guys were

25    treating me in the dorm at the time.  They were

```
1        basically trying to mis-gender me, treat me like
2        they understood what my -- my sexuality has
3        anything to do.  They keep trying to make it -- I
4        said I like girls.  They're like, well, but you --
5        you say you're a transgender.  Yes, girls like
6        girls, girls can like guys.  It's not one specific.
7        So that's kind of I just got fed up with them and I
8        felt like ranting.
9    Q   All right.  In the first line when you say
10       sexuality is very palpable when I deal with others,
11       what do you mean?
12   A   Well, I'm basically simply saying that my -- I -- I
13       believe there is a -- oh, sexuality is very
14       palpable when I deal with others.  I apologize.  I
15       exude sexuality.  People equate me to being like a
16       cat.  I move like a cat does.  I constantly am
17       flirty.  Even though I don't plan on doing anything
18       with that flirtiness, but I'm constantly flirty,
19       and so I exude being sexual even though I don't
20       have sex with people.  That's the best way I can
21       put it, I guess.
22   Q   If you could go to page 57.
23   A   I'm there.
24   Q   Did you write this?
25   A   Yes, I did.
```

1    Q   And it says at the top "Surgeries to reach my ideal

2        self"?

3    A   Yes.

4    Q   When did you write this?

5    A   I wrote that a few months ago.

6    Q   Why?

7    A   Well, I had acquired the WPATH, and they listed all

8        the different gender surgeries that might be able

9        to be obtained after -- well, I mean, that just

10       might be able to be obtained.  And so I made a

11       bucket -- not -- a shopping list, a kind of idea

12       of, hey, I would love to have this, but it's not

13       like I have to have this, except for the vagina.

14       The vagina for me, without it, there's no point.

15       Life's not right without it.

16    Q   So this is a list of surgeries you want; is that --

17       do I understand you?

18    A   Yeah, that I would like to have, though, again, I

19       haven't yet to talk to any form of a doctor to have

20       firm discussions about this.

21    Q   When you say your ideal self, what do you mean?

22    A   Well, that's hard to put it.  I am ever evolving,

23       ever growing.  I really don't have that perfect

24       image yet.  It's just things that I think can help

25       me move towards it.  Are we -- most girls are never

```
 1        completely happy with their body.
 2    Q   Why do you want gender-confirmation surgery,
 3        generally speaking?
 4    A   So I can stop suffering.  So that every month of my
 5        day is not constantly spent being reminded of the
 6        fact that my body is not who I am.
 7    Q   What is the cause of your alleged suffering?
 8    A   Every day what I'm wearing is suited to fit who I
 9        -- who I am.  You wear a suit.  I'm sure it's
10        tailored to fit your size.  But every day for me
11        I'm walking around in something that is not the
12        right size; too big, too clumsy, to oafish, too
13        mannish, ungrateful -- graceful.  This -- this is
14        -- it's like constantly wearing two -- three sizes
15        too big clothes all the time and then expecting to
16        go out and do ballet.  You can't.  And it makes my
17        life like that.  My life is ballet.  The clothes is
18        this body and how it's wrong, and I can't do ballet
19        in this.  I can't live my life like this.  It's so
20        painful that it makes me want to cry and I do
21        often.
22    Q   So the cause of your alleged suffering is your
23        clothes don't fit, I mean, metaphorically speaking?
24        I -- can you --
25    A   Okay.  I'll put it down to non-metaphorical.  I
```

| | |
|---|---|
| 1 | apologize.  My body is wrong, and I will never be |
| 2 | able to find any kind of peace or relief with a |
| 3 | penis still attached to this body because I'm the |
| 4 | one who has to look at it every day.  I'm the one |
| 5 | who has to deal with it every day.  And that's what |
| 6 | I have to live with, and none of that staying the |
| 7 | way it is makes my life tolerable or bearable. |
| 8 | Yes, my life is not the worst thing in existence, |
| 9 | but continuing -- I'm 40 something, like almost 41. |
| 10 | My life -- actually I think I'm 41 now.  It's so |
| 11 | hard to keep track with no birthdays.  I'm not 22 |
| 12 | or 19.  My life has trickled by, and it's because |
| 13 | of my bad decisions of why I'm in here, and so I'm |
| 14 | not saying I'm blaming anybody, but I am saying |
| 15 | that being stuck longer and longer with this is |
| 16 | agony.  Could you not understand that?  I'm sorry, |
| 17 | I asked you a question.  That's not what I meant to |
| 18 | do. |
| 19 | Q  I'm not going to answer it.  Don't worry. |
| 20 | A  I get it.  I apologize, though.  I just -- having a |
| 21 | penis and continuing to have a penis has been an |
| 22 | accumulation of pain.  This isn't just today's |
| 23 | pain.  This is my whole life's pain building and |
| 24 | building and never going away. |
| 25 | Q  You said your body is wrong and having a penis |

```
 1        causes you pain?
 2   A    Yes.
 3   Q    And is it because when you look at that penis, is
 4        that when you feel pain?
 5   A    Because I feel it.  I don't have to look at it.  I
 6        don't have to observe it.  I go out of my way to
 7        tuck and mask it.  Everyone else is like, oh, my,
 8        God, it doesn't even look like you have anything,
 9        but I know I do.  It's one of the most agonizing
10        things I've ever been through.  And I've been
11        raped, beaten.
12   Q    Let's talk about your list of surgeries here.  The
13        first one is vagina.  What do you mean by writing
14        vagina?
15   A    Well, I mean I wasn't making it
16        scientific/technical.  To have the vaginoplasty is
17        my number one priority.  No other changes to my
18        body are going to bring me any sort of peace or
19        sense of self like having my vagina.  It will --
20        it's not going to solve my problems.  It will just
21        relieve some of this burden that I have to deal
22        with all the time, and lessering -- lessening my
23        suffering is all I'm looking for.
24   Q    What won't solve your problems?
25   A    Getting a vagina won't solve my problems, but they
```

1    will lessen my problems so I don't have to suffer

2    as much.  If you give a guy a prosthetic, does that

3    mean he shouldn't have a prosthetic because, you

4    know, he's still missing the arm?  But it makes his

5    life more tolerable, and I'm pretty sure people

6    would see that as a necessity.

7    Q  Do you think vaginoplasty is medically necessary?

8    A  Yes, I do.

9    Q  Why?

10   A  Because if I don't lessen my pain, if I don't bring

11   myself back down to a level of comfort- --

12   comfortable with myself and I continue the way I'm

13   going, I'm just going to eventually commit the

14   suicide that I've failed on so many times in the

15   past.  This isn't a threat.  I'm not making a

16   promise.  I just know myself, and I'm not someone

17   who -- who halves suicide attempts.  I don't want

18   to commit suicide.  I want to live, but pain can

19   make you do stupid things.

20   Q  You write "one cup size bigger than my current size

21   (breast implant)" on page Plaintiff 57.  Why do you

22   want one cup size bigger?

23   A  That's kind of a what-if.  If when I leave my total

24   breast size is adequate, then great, but like I

25   said, it's not something that I can say is correct

```
1       until it's there.  And I may never be happy with my
2       breasts.  Us women are very -- very fickle with our
3       -- our boobs.
4    Q  I think earlier you told me you haven't had a
5       chance to think about what your breasts will fully
6       be.
7    A  Exactly.  That's why I made that statement I just
8       did to you.
9    Q  Doesn't this indicate that you have thought about
10      what your breasts will fully be?
11   A  Not really because they're my current size.  If --
12      breast surgery is not guaranteed at all in prison.
13      So if I'm on the streets and I'm still alive and
14      I'm on the streets and I get a breast implant, what
15      size will I be?  Will I be a C cup when I leave?
16      Will I be a D cup?  So I don't know the full
17      aspects of what my breasts will be.  I may not even
18      get the implant if my breasts have reached a --
19      what makes me happy that -- that helps me.
20   Q  Do your current breasts as -- do your current
21      breasts cause you distress?
22   A  Not greatly.
23   Q  But a little bit?
24   A  A little bit of uncom- -- uncom- -- not uncomfort.
25      A little bit of like not -- not happy that they're
```

```
 1        not as perky or as big, but they're not like the
 2        worst boobs in existence.
 3    Q   Would having a breast augmentation lessen your
 4        sense of discomfort that you just described?
 5    A   I really don't know because, again, until I've had
 6        a chance to talk to a doctor, I won't even know
 7        what they will look like, how they will be.  Like I
 8        said, it's -- it's -- it's an unknown variable on
 9        that one thing.
10    Q   It's possible it could lessen your distress?
11    A   Yes.  I'm sure any feminizing surgeries can lessen
12        the distress that I feel.
13    Q   Does that mean all these surgeries you've listed
14        are medically necessary?
15    A   If they help relieve my suffering, then ultimately
16        I would say that they are.
17    Q   And in this lawsuit, what surgeries are you asking
18        for?
19    A   I'm just ask- -- well, I believe there's a whole
20        little slew, but ultimately the vag- --
21        vagioplasty [sic].  They're -- they do something
22        else before that, but just the vaginoplasty as the
23        end result.  I'm not looking for a breast implant,
24        a brow lift or reduction or a uterus transplant.
25        I'm looking to have the one thing that bothers me,
```

1    the one thing that causes me to hurt the most to be

2    fixed.

3  Q  If these other surgeries could be medically

4    necessary, why aren't you asking for them?

5  A  Because they're not the ones that make me want to

6    kill myself.

7  Q  What is a BBL?

8  A  Brazilian booty lift.  Butt lift.  That's where

9    they take fat, inject it into your butt and then

10    cut and do a butt lift.

11  Q  Is that a medically necessary surgery?

12  A  If it brought me some relieving of my suffering,

13    but, again, for me that's -- that's not the main

14    issue that I have.

15  Q  A gluteus transplant, what is that?

16  A  A gluteus implant.

17  Q  Gluteus implant?

18  A  It's where they put an implant into your butt to

19    give it more feminine shape.  Rounded, so forth.

20  Q  Is that a medically necessary procedure?

21  A  All of feminizing treatments listed in the WPATH I

22    would agree would be necessary medical treatments

23    if they relieve my suffering.

24  Q  How do you distinguish between a medically

25    necessary treatment and a cosmetic one?

1    A    A cosmetic is to be done just to have done so other

2         people look at you and give you a thumbs up or you

3         can sit there and say you're the best looking

4         person or I -- I decide I want to be two inches

5         taller.  It doesn't bother me that I'm not two

6         inches taller, it's just I think it would look

7         cool.  You know, that's cosmetic.  That -- that's

8         getting it done because -- not because you're like

9         I can't live with this, I just think it would be

10        cool or I'd look better with this.  I could live

11        the rest of my life that way without it, but, you

12        know, I really want it because that's what I want.

13             Necessary is my life is horrible.  My life is

14        pain, daily unrelenting suffering and pain, and

15        having this will help me get back to normal.

16   Q    How do you know that any pain you're experiencing

17        is not caused by other mental health issues?

18   A    That's a very good question.  Because I have had

19        40 years to analyze myself, work on myself, to

20        realize what -- where my pain stems from.  I'm not

21        some child deciding to get this done rashly.  I

22        need it because I've had time to say is it coming

23        from this, is it coming from that and to single

24        them out to work on those things and realizing that

25        that suffering I go through every day hasn't

```
 1        lessened.
 2   Q    You still have a borderline personality diagnosis,
 3        correct?
 4   A    I do.
 5   Q    Do you have any other mental health diagnoses to
 6        your knowledge?
 7   A    Not that I'm aware of, but they change it up every
 8        single time that someone new sees me.
 9            MR. FALK:  And I'm just going to object or
10        interject.  Obviously gender dysphoria is a
11        diagnosis.  I don't know if you're classifying it
12        as mental health.
13            THE WITNESS:  I -- my bad.  I apolo- -- yes.
14        I do know that they have me as gender dysphoria
15        listed.  I didn't -- I don't think of it like you
16        -- the question you asked as a mental health
17        problem for me.  I see it is by what it is, but for
18        me I see it more as a description of my pain.
19   Q    Plaintiff 57, you also write down "Tummy tuck
20        (liposuction)"?
21   A    Yes.
22   Q    And hair removal on your body and face?
23   A    Yes.
24   Q    Are those medically necessary procedures?
25   A    Again, if they help relieve some of the suffering
```

1     that I'm going through, I do believe that they are

2     medically necessary.

3  Q  The last line you write "Wiggs (so many!!!)."

4  A  I'm bald, like bald, bald.  I shave my head only

5     because I have a few little places that hair grows,

6     so I would like to have wigs.  But being bald,

7     bald's still beautiful.

8  Q  Are wigs medically necessary?

9  A  Oh, no, because, again, I can live bald.  It

10    doesn't cause me pain every day.  It doesn't cause

11    me pain really at all.  I'm just sitting there like

12    ah, I guess I can rock this.

13 Q  So it's not medically necessary, but you include it

14    on a list of surgeries to reach your ideal self; is

15    that correct?

16 A  Well, wigs aren't surgery either.

17 Q  Then why did you include it here?

18 A  It was just an afterthought.  I didn't intend it as

19    surgery and I didn't think I was writing this as a

20    master list for other people to review.

21 Q  If you do not receive all of the things on this

22    list, will you ever reach your ideal self?

23 A  I don't know if any of us reaches our ideal self.

24    But as far as me, I don't think even with all these

25    surgeries I'll reach my ideal self, but my

```
 1        suffering will be a lot less.
 2   Q    So are you saying these procedures would not cure
 3        your gender dysphoria?
 4   A    Well, I didn't say that.  I said that as far as
 5        having the vagina, I believe it will be lessened
 6        significantly.
 7   Q    But not completely?
 8   A    Nothing is ever completely fixed and goes away.
 9             MR. CARLISLE:  All right.  That's all the
10        questions I have.  Thank you.
11             THE WITNESS:  Thank you, sir.
12             MR. FALK:  Thank you.  Give us a minute here.
13             MR. CARLISLE:  Off the record?
14             VIDEOGRAPHER:  Go off the record?
15             MS. PACTOR:  Yes.
16             VIDEOGRAPHER:  Going off the record at
17        12:58 p.m.
18             (A brief recess was taken.)
19             VIDEOGRAPHER:  We're back on the record at
20        1:05 p.m.
21   EXAMINATION
22   QUESTIONS BY MR. FALK
23   Q    At the beginning of the deposition you were asked
24        by Mr. Carlisle if you'd ever been approached by
25        any STGs, any security threat group.  Do you
```

1    remember that question?

2  A  Yes, I do.

3  Q  And you said no, I believe?

4  A  Yeah, that's what I said.

5  Q  And then towards the end of the deposition we were

6     talking about the GBG, the Gay Boy Gang?

7  A  Oh, yeah.  They're made up mainly of sex offenders,

8     so no one sees them as a legitimate STG

9     organization.  Like none of the STG actually even

10    respect them.  So I didn't really think about them

11    as an organization, much less a gang.

12         MR. FALK:  Okay.  I have no further questions.

13         MR. CARLISLE:  I can't ask anything on that,

14    so I think we're done.

15         VIDEOGRAPHER:  This concludes the deposition.

16    We are off the record at 1:06 p.m.

17         MR. FALK:  I did not -- I did not tell you

18    this.  You have the right to review this, the

19    transcript, and then -- and then sign it.  You can

20    waive signature.  I always suggest that people

21    review the transcript.  We will get a copy.  We

22    will go over it with you.

23         THE WITNESS:  I would like to go over the

24    copy, yeah.

25         (A discussion was held off the record.)

1       COURT REPORTER:  Mr. Falk, is it okay if I

2   send it to you then --

3       MR. FALK:  Please do.

4       COURT REPORTER:  -- and you get it to him?

5       MR. FALK:  Please do.

6       COURT REPORTER:  Okay.  Absolutely.  We can do

7   that.

8       MR. CARLISLE:  We'll have a copy of the

9   transcript and the video.

10      COURT REPORTER:  Okay.

11      MR. FALK:  And I just need a transcript.  We

12  don't need a copy of the video.

13      (Deposition concludes at 1:08 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF INDIANA
 2                 EVANSVILLE DIVISION


 3

     JONATHAN RICHARDSON a.k.a.    )
 4   AUTUMN CORDELLIONÉ,           )
                                   )
 5             Plaintiff,          )
                                   )   Case No.
 6        -v-                      )   3:23-cv-135-RLY-CSW
                                   )
 7   COMMISSIONER, INDIANA         )
     DEPARTMENT OF CORRECTION,     )
 8   in her official capacity,     )
                                   )
 9             Defendant.          )

10
                    Job No. 187434
11

12

            I, JONATHAN RICHARDSON a.k.a.
13   AUTUMN CORDELLIONÉ, state that I have read the foregoing
     transcript of the testimony given by me at my deposition
14   on February 8, 2024, and that said transcript
     constitutes a true and correct record of the testimony
15   given by me at said deposition except as I have so
     indicated on the errata sheets provided herein.

16

17   _____

18   JONATHAN RICHARDSON a.k.a. AUTUMN CORDELLIONÉ

19

20

21

22

23          STEWART RICHARDSON & ASSOCIATES
            Registered Professional Reporters
            One Indiana Square, Suite 2425
24             Indianapolis, IN  46204
                    (800)869-0873
25
```

```
 1  STATE OF INDIANA      )
                          )
 2  COUNTY OF WARRICK     )

 3

 4          I, Sherry D. Lenn, RPR, and Notary Public in

 5      and for said county and state, do hereby certify

 6      that the deponent herein was by me first duly sworn

 7      to tell the truth, the whole truth, and nothing but

 8      the truth in the aforementioned matter;

 9          That the foregoing deposition was taken on

10      behalf of the Defendant; that said deposition was

11      taken at the time and place heretofore mentioned

12      between 9:24 a.m. and 1:08 p.m.;

13          That said deposition was taken down in

14      stenograph notes and afterwards reduced to

15      typewriting under my direction; and that the

16      typewritten transcript is a true record of the

17      testimony given by said deponent;

18          And thereafter presented to said witness for

19      signature; that this certificate does not purport

20      to acknowledge or verify the signature hereto of

21      the deponent.

22          I do further certify that I am a disinterested

23      person in this cause of action; that I am not a

24      relative of the attorneys for any of the parties.

25
```

1          IN WITNESS WHEREOF, I have hereunto set my

2     hand and affixed my notarial seal this 23rd day

3     of February, 2024.

4

5                    _Sherry D. Lenn_

6                    Sherry D. Lenn
                     NOTARY PUBLIC SEAL
7                    STATE OF INDIANA
                     Commission No. NF0656553
                     My Commission Expires Aug. 2, 2024

8

9

10

11    Job No. 187434

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Index: #127630..2016

**Exhibits**

**Prev Marked Ex 24**  4:3 120:4,6, 10 121:18

**Autumn Cordellione Ex 50**
3:8 125:13,14

**Autumn Cordellione Ex 51**
3:10 34:17,18 44:5,9 63:25

**Autumn Cordellione Ex 52**
3:11 94:17,20

**Autumn Cordellione Ex 53**
3:12

**Autumn Cordellione Ex 54**
3:13 99:21,23,25 106:25

**Autumn Cordellione Ex 55**
3:14 65:11,12 75:1 87:11,18 89:25 90:3 92:6

**Autumn Cordellione Ex 56**
3:15

**Autumn Cordellione Ex 57**
3:16 13:22,23

**Autumn Cordellione Ex 58**
3:18

**Autumn Cordellione Ex 59**
3:19 12:19,20

**Autumn Cordellione Ex 60**
3:20 126:16,18

**Autumn Cordellione Ex 61**
3:21 109:6,8

**Autumn Cordellione Ex 62**
3:22 47:23,24

**Autumn Cordellione Ex 63**
3:23 74:3,5

**#**

**#127630**  49:4

**$**

**$667.92**  126:4

**0**

**000685**  74:10

**05**  98:8
**06**  79:13
**07**  79:14

**1**

**1**  35:5
**10**  63:17 80:16
**10-19-2022**  110:4
**10-19-22**  109:21
**10-21**  36:21
**100**  103:12
**1022**  3:13 99:22
**1031**  2:5
**1034**  100:5
**109**  3:21
**1097**  106:25 107:2 108:7
**10:43**  63:6
**10:56**  63:9
**11-**  100:5
**11-month-old**  27:1 28:22
**1124**  6:23
**1130**  104:13
**1132**  99:25 100:6,7
**1133**  100:12 102:24
**1134**  100:5
**11:30**  89:10
**11:31**  89:13
**12**  3:19 12:22 40:12 77:11 118:12, 16,17,23 119:5,8,10,13 120:1
**120**  4:3
**125**  3:8
**126**  3:20
**127630**  6:20 109:22
**12:03**  111:25
**12:05**  112:3
**12:35**  125:7
**12:52**  125:4

**12:58**  141:17
**13**  3:16 77:11
**1312**  3:13
**14**  126:1
**141**  3:4
**15**  122:8,13 126:12
**150**  10:6
**1596**  3:14 65:13
**1693**  92:6,8,11,18
**1694**  92:20
**1726**  89:25 90:2,14
**1748**  65:14 67:3
**1749**  72:15 75:4 80:1 87:10,18
**1750**  68:20 70:15
**17555**  87:17
**1777**  3:14
**17th**  126:3,7
**19**  132:12
**19-year-old**  107:8
**1982**  21:11 22:4
**1:05**  141:20
**1:06**  142:16

**2**

**20**  71:21 104:24 123:13 124:3,5,7
**2000**  43:12
**2000s**  78:8 108:11
**2001**  26:24,25 100:17
**2002**  26:23,24
**2004**  24:14
**2005**  110:12
**2006**  79:8
**2008**  86:23 110:12
**2013**  79:23
**2015**  85:15
**2016**  110:13

**2018** 49:20

**2019** 52:2,13 53:3,10 57:15 72:20

**2020** 90:9 93:21,25 96:9

**2021** 85:15

**2022** 95:16

**2023** 84:13 85:11 100:10 126:3,7

**2024** 5:3 84:13

**2027** 27:11

**21390** 5:3

**22** 132:11

**22nd** 49:20 52:2,13 53:3,10

**23** 14:18

**24** 4:3 120:4,6,10 121:18

**2937** 3:11 94:19 95:4

**2974** 3:11

---

**3**

**3** 121:20

**30** 124:13

**302** 2:11

**31st** 27:11

**323-cv-212-rly-csw** 125:21

**33** 103:1

**34** 3:10

**34-28-2-1.5** 13:20

**37** 5:4

**38** 15:5

**3:02** 74:15

**3:23-cv-00212-rly-csw** 3:9

**3:23-cv-135-rly-mjd** 5:9

---

**4**

**4** 94:18

**4-2-2020** 65:20

**4-22** 74:8

**4-24-2019** 74:15

**40** 15:11 122:19 132:9 138:19

**41** 132:9,10

**46202** 2:5

**46204** 2:11

**47** 3:22 126:19

**48CO1-2208-MI-278** 13:8

---

**5**

**5** 24:14 63:17

**5-21-23** 104:19

**50** 3:8 125:13,14

**51** 3:10 34:17,18 44:5,9 63:25

**52** 3:11 94:17,20 95:1

**53** 3:12 127:5

**54** 3:13 99:21,23,25 106:25

**55** 3:14 27:8 65:11,12 75:1 87:11, 18 89:25 90:3 92:6 128:3

**56** 3:15

**57** 3:16 13:22,23 14:3 129:22 134:21 139:19

**58** 3:18

**59** 3:19 12:19,20

**592** 3:22 48:3

**593** 48:23 53:17

**595** 3:22 48:17

**5th** 2:10 29:19

---

**6**

**6** 3:3 30:16

**6-17-20** 90:7

**6-19-23** 107:3

**60** 3:20 126:16,18

**61** 3:21 48:5 109:6,8

**6185** 34:22 35:21 64:2

**6186** 3:10 44:6,13 64:3,22

**6188** 3:10

**6194** 3:21 109:7

**6197** 109:19

**6198** 3:21

**62** 3:22 47:23,24 48:1,7,10

**62CO1-2309-MI-493** 14:22

**63** 3:23 74:3,5

**65** 3:14

**685** 3:23

**686** 74:16

**687** 3:23

**69** 3:20

---

**7**

**7** 65:13 79:8 121:18

**7-22-19** 48:11

**74** 3:23

---

**8**

**8** 109:6

**8-2020** 93:15

**8-27-20** 92:11

**8th** 5:3 100:10

---

**9**

**90** 54:6 60:8 96:21 98:10,11

**94** 3:11

**99** 3:13

**9:24** 5:2

**9:54** 28:16

**9:56** 28:20

---

**A**

**A-U-T-U-M-N** 6:17

**a.m.** 5:2 28:16,20 63:6,9 89:10,13

**able** 29:1,2 50:14 52:23 53:5 54:20 56:11,17,18 58:8,12 61:14 68:13 75:10,16 76:1,13,20 80:8 88:3,6,25 89:22 130:8,10 132:2

**about** 8:14 9:2,7 16:10 17:1,16 20:15 21:2 22:20 25:1 28:21 30:22 36:25 41:6 42:13 45:2,13, 17 46:1,12,15 49:14 50:1,4 51:7, 9,22 52:7,11 55:15 57:14,15 60:8 63:12 66:2,12,13,14 68:6 69:22 74:21 79:7,13 84:20 85:22 88:15 89:17 90:12 94:14 95:17 97:14, 15,19 99:4,20 101:14,15 102:7,13 107:18 108:20 109:23 110:8 111:10,12 112:14 114:12 115:6,9 116:3,14,22 117:2 118:12,19 120:15,23,25 121:3,4,14 123:23 124:17,21 126:4 127:22 130:20 133:12 135:5,9 142:6,10

**above** 9:19 20:17 41:17

**absolutely** 17:24 22:11 25:14 31:15 37:15 40:6 53:13 54:25 62:10 71:18 105:13

**abstract** 26:25

**abuse** 43:21 47:5 52:21 54:9 82:6 105:1 109:24 110:5,8

**abused** 46:6

**abusive** 21:15 88:4

**acceptable** 42:3

**accepted** 18:17 19:8,25

**access** 3:16,17 15:8 16:24 51:5 98:17 99:1 126:11

**accommodations** 53:2

**accomplish** 86:4

**account** 125:24 126:8

**accumulation** 132:22

**accurate** 22:4 49:16 53:24 54:11 55:3,4 67:9 69:25 71:2 72:20 73:1,2 74:24 75:13 80:21 95:18, 24 96:6 100:21 110:2

**achieved** 94:11 101:21

**ACLU** 2:4

**acquired** 130:7

**acted** 41:1

**acting** 20:19 21:7

**action** 88:24 113:20

**actions** 89:15

**active** 104:22 105:2

**actress** 20:18

**actual** 12:23

**actually** 12:4 14:11 18:8 21:12 22:17 25:5 44:22 50:10,15 54:3 56:10,15,17,23 57:19 58:8,15 60:2,6 62:20 64:12 71:18 72:4 78:23 85:3 89:17 110:22 117:21 132:10 142:9

**added** 28:1

**addition** 97:5

**address** 37:15,16

**addressed** 97:6

**adequate** 134:24

**administration** 94:23 95:5 96:3

**admit** 102:14

**admitted** 100:17

**admitting** 52:25

**adopted** 22:23

**adoption** 47:4

**Adriana** 12:5

**Adrienne** 12:8

**adult** 41:7,17 73:8

**advantage** 25:22

**advice** 113:23,25 114:1 116:16, 17,19

**advise** 116:20,22

**affect** 29:6

**affiliate** 111:8,9

**affiliated** 26:9,11

**affiliation** 25:15,19

**afield** 43:10

**afraid** 43:22 86:25

**African-american** 63:19

**after** 28:12 38:19 44:3 52:9 75:21 77:7,14 78:9 79:13 82:19 84:14, 18 85:16,20 92:14 94:11 121:15 124:18 130:9

**afterthought** 140:18

**again** 26:16 46:17 53:17 64:12 65:6 66:9 74:25 92:7 93:6 94:4 98:21 121:17 126:6 130:18 136:5

137:13 139:25 140:9

**against** 28:10 46:13 125:11

**age** 21:25 22:1 30:16 31:18 32:17 47:20

**ago** 18:16 40:12 45:10 46:17 60:14 67:18 107:9 118:12,16,17, 23 119:5 130:5

**agonizing** 133:9

**agony** 132:16

**agree** 61:11 71:9 97:2 101:7,17 103:5,19 105:21 107:25 109:1 111:15 121:11,24 122:2 137:22

**agreed** 112:4

**ah** 20:16,23 22:13 126:8 140:12

**AH-** 69:22

**ahead** 52:21 78:10 94:9

**ahold** 121:4

**aka** 6:1

**al-** 41:19

**Alex** 5:18 6:10 94:24

**Alexander** 2:9

**alexander.carlisle@atg.in.gov** 2:12

**alive** 135:13

**all** 9:21 12:11 13:4 16:7 17:9 19:2 20:17 21:3 22:12 24:4 28:6 35:18 36:13,22 41:13 43:23 47:20,25 50:4 53:8 54:9 59:15 67:2 70:25 71:1,4 76:4,23 78:9 81:12 84:20 86:2,3 87:25 94:22 97:21 100:8, 17 106:8 109:6 112:4 115:4,5,15 116:12 117:22 118:9 119:15 121:20 122:7 123:17,22 125:8 126:13,15 127:7 129:9 130:7 131:15 133:22,23 135:12 136:13 137:21 140:11,21,24 141:9

**allegation/incidents** 105:1

**alleged** 28:4 131:7,22

**Allison** 109:21

**allowed** 97:7,8,9 98:19,22 106:9 115:19

**almost** 8:23 10:6 29:25 31:19 54:5 132:9

**alone** 127:20

**along** 77:23

**already** 42:18 92:25 93:12 102:2

**als-** 50:21

**also** 5:14 8:16 9:15,21 10:13 20:19 22:9 23:25 31:16 42:6 48:15 50:23 52:6,20 71:11,13 73:5 74:21 76:24 78:3,11 79:15 80:14 122:22 139:19

**Although** 55:11

**always** 16:8 17:10,25 19:16 20:13 23:15 29:25 30:16,17 31:7, 10,12,15,16,19,20 32:14 33:6 41:19 43:21 44:2 50:5 55:19 64:16 97:10 111:5 142:20

**am** 6:22 8:4 11:11 15:6 17:25 22:5 26:22 29:10 30:23 42:19 44:14 50:2 51:18 52:17 54:20 55:10 74:17 92:22 97:24 98:5 102:22 107:2 115:3,19 127:17 129:16 130:22 131:6,9 132:14

**ambivalence** 53:12

**amend** 14:8

**amitriptyline** 71:19 78:3

**among** 90:19

**amongst** 32:10

**amount** 42:4 61:12 76:17 84:4 101:21

**an** 5:22 8:15 17:4 18:21 20:13,24 21:4,24 23:4 25:25 26:7,8,10,13 33:22 41:7 47:4 56:16 58:6 61:18 65:2,8 67:9 68:8 71:2 73:8 75:13 77:4 78:5,13 80:21 89:15 91:20 95:20,25 97:11,14 100:9,20 101:21 111:6 112:4 113:5,8 118:10 119:2,4,10 120:10 123:19 132:21 136:8 137:18 140:18 142:11

**analyze** 138:19

**anatomy** 19:17

**and** 5:16,20,21 6:3,16 7:1 8:4,10, 11 9:5,16,17,21 10:5,13,25 11:7, 15,18,21,25 12:2,4,6,12,16,18 13:10,16,19 14:4,7,17,24 15:1,7, 10,16 16:4,6,15,25 17:3,6,12,13, 15,16,25 18:1,2,9,10,17,18 19:12, 14,15,20 20:1,12,19 21:1,4,5,7,

15,17,18,21,25 22:2,9,15,23 23:7 24:4,10,17,23,24 25:2,21,22 26:10,11,14 27:17,19,20 28:6,7,9, 11,12,17,19 29:24 30:7,12,13,18, 22 31:3,4,5,6,14,17,18 32:7,8,11, 12,14,16 33:11,16,20,25 34:5,14 36:4,12,23 37:7,9,10,12,13,14,15, 18,19,23,25 38:3,5,7,8,9,10,12, 19,25 39:12,19 40:1,9,11,13,14 41:2,9,11,12,13,14,16,17 42:5 45:1,3 46:7,9,11,13,22 47:9 48:1, 13,17 49:16,23,24,25 50:1,2,3,4, 5,7,9,13,22 51:3,10,16,18 52:13, 16,21,23 53:8,22 54:16 55:2,23 56:1,2,19 58:11,12,24 59:1,9,11, 13,22 60:12,17,21 61:4,13,16,17, 24,25 62:3,5,15,19,20,23 63:8,14 64:2,21,24 65:14,20,22 66:7,20 67:25 68:5,7,13,14,17 69:8,17 70:5,9,18 71:8,12,13 72:10 73:10 74:12,14,16 76:4,5,6,8 77:14,16, 23,24 78:6,13,21,24 79:2,13,17 80:7,14 81:8,15,19 82:15,16 83:9, 11,16,19 84:3,4,10,12,13,17 85:1, 6,7,10,15,19,25 86:2,5,9,11,12, 24,25 88:4,14,16,18,20 89:19,21, 22 90:7,14,15,21,25 91:2,11,12, 19 92:14,17 93:11 94:6,8,9 95:3, 7,10,14,16,20,23 96:1,5,11,18 97:11,13,19,20 98:1,21 99:1,10 100:19,24 101:2,4,7,23 102:1,9, 17,19,22 103:3,4,16,23 104:21 105:2 107:19 108:19 109:1,19,25 110:12 111:2 112:8,16,17,25 113:4,10,12,13,15 114:18 115:4, 5,6,24,25 116:5,7,9,12,14 117:3, 20 118:16,20,25 119:2,4,5,17 120:15,20 121:3,24 123:10,12,18 124:5 125:6,13,19,21,23 126:1,3, 8,24 127:13,14,16 128:12,19 129:7,19 130:1,7,10 131:15,16, 18,20 132:1,5,6,12,13,15,21,23, 24,25 133:3,7,10,22 134:5,12,16 135:1,13,14 136:17 137:9,10,25 138:2,3,14,23,24 139:9,22 140:19 141:8 142:3,5,19

**Andrew** 27:19 28:7,8

**Angelina** 20:24 21:2 22:7

**anger** 88:3,6

**announce** 49:19 53:11

**another** 8:25 14:4 26:3 77:23 78:15 107:20

**answer** 7:2,13,19 8:2,11 28:25 43:14 94:10 111:21 112:4 118:10 132:19

**answered** 64:24 68:13

**answering** 35:13

**answers** 36:10,18 41:4 59:13

**antiandrogen** 95:25

**antisocial** 70:22 71:25

**any** 7:22 10:7 11:9 16:9,23 17:18 23:9,11,13 24:10 25:14,19,20 26:11 27:13,25 28:1 30:9 31:23 33:15 39:18 41:24 42:8 47:1,13 53:2,12 56:21 59:12 60:2 62:23 63:12,20 71:8 72:6 76:17 77:12 79:14,18,24 82:1 85:16,17 86:19, 24 96:16 99:12 105:18 106:1,22 108:5 109:24 110:4,15,20,25 112:5 113:7,10 114:7 118:3,13,20 119:6,12 121:6,15 130:19 132:2 133:18 136:11 138:16 139:5 140:23 141:25

**anybody** 37:13 132:14

**anymore** 5:24 127:25

**anyone** 8:13 24:15 25:23 33:3 45:17 46:1 52:11,18 55:1 87:6,8 98:20 100:25

**anything** 11:4 17:20 19:15,17,18 20:3 26:14 28:2 29:2 38:4 39:23 46:10 51:14 56:12,23 61:21 62:16 82:7 98:15 115:8 121:14 124:17, 21 126:12 129:3,17 133:8 142:13

**Anytime** 93:25

**anyways** 25:17 58:1 123:16

**anywhere** 32:1

**apart** 18:4 40:21 43:23 45:16

**apolo-** 139:13

**apologize** 5:21 14:9 16:18 48:9 60:4 69:4 78:3 106:17 129:14 132:1,20

**apparently** 22:2 55:24 123:7

**appearance** 90:22 93:16,18,23 94:3 105:2

**appearances** 2:1 5:16

**appears** 48:10 103:3 105:4,22,24

**apples** 91:11