**applied** 55:20

**appreciate** 36:1

**approached** 141:24

**approximate** 78:5 79:22

**approximately** 36:17 38:22 79:7

**approximation** 21:25 77:4

**April** 98:9

**are** 5:1,24 6:8,21 7:8,11 9:10 10:2,5 11:9 14:3 15:22,25 22:20 25:21 26:8,11,12 29:4,9,14 33:18 35:23 36:9 41:5 44:13 45:3 48:9, 20,25 52:15 54:11 56:25 57:10 59:17 60:15 63:8 65:25 66:11,12, 13 67:3 68:21,22 69:11 71:8 75:4 79:7 80:4,23 82:6 87:21 89:12 90:14,16,22 92:21 93:14,18 94:7 96:2,24 98:4,6,12,22 99:7 101:23 102:20,25 109:10,20 110:20,25 111:18 112:2,17 113:4,12 114:7, 10,12 116:8 123:21 125:6 126:21 130:25 133:18 135:2 136:14,16, 17 139:24 140:1,8 141:2 142:16

**area** 32:2 46:7

**aren't** 84:24 115:11 137:4 140:16

**argue** 17:16

**argues** 15:16

**argument** 56:16

**arm** 134:4

**arms** 53:22 82:16 90:22

**around** 20:9 24:16 42:17 43:4 53:22 73:11 82:9 85:1,5 96:8 128:12 131:11

**arousal** 39:18

**aroused** 41:21

**arrived** 24:22

**article** 17:6,7,12 62:24 120:10

**articles** 16:10,17,19,23

**articulate** 103:3

**arts** 29:10,18

**as** 5:6 6:2,3 7:9 10:17 11:2,23,24 15:1 16:13 18:14,21 19:18 20:13 21:16,17 22:9 23:21 24:1 25:20 26:3,8 29:25 30:2,17 31:2,3,25 32:19 33:17 36:2,9 39:10,15,16,

23 42:19,24,25 43:1,18 44:1,2 45:21 46:5,6 47:4,15 48:15,16 49:10,16 54:23 55:13,16 56:5 57:8 59:20 60:2,6,7 61:7,9 62:14 67:10 68:8,11 70:1,6 72:9 74:4 76:25 79:1 80:15 84:5 86:11 89:21 95:14 96:19 97:3 98:19,22 100:15 102:8,10 103:11 109:16 110:3,4 111:16 114:2,16 116:20 117:16,18 118:4 124:6 128:5,15 134:2,6 135:20 136:1,22 139:12, 14,16,18 140:18,19,24 141:4 142:8,11

**ask** 7:1,16,17,23 8:5 24:15 32:4 37:7 62:22 70:25 81:21 93:14 94:5 97:11,18 102:20 114:1 116:19 117:2 123:22,24 128:23 142:13

**ask-** 136:19

**asked** 8:10 11:12 15:23 21:17 37:13,22 52:8 64:24 66:6 88:12 108:2 109:24 111:8,9 113:25 116:4 132:17 139:16 141:23

**asking** 52:7 57:14 58:21 67:25 68:1,5 71:4 94:6 95:3 97:19 136:17 137:4

**asks** 116:17

**aspects** 135:17

**asphyxiation** 100:19

**assaulted** 109:17

**associate** 113:7 114:7

**associated** 113:7

**association** 5:13,14

**assume** 7:19 22:6 106:15,18 121:9

**assumed** 103:23 107:21

**assumes** 106:13

**at** 5:2 7:22 12:20 13:7,23 14:21 15:10,19 19:4 22:3 24:22 25:4 26:5 27:13 28:15,19 29:9 30:4,7, 12,16 31:17,24 32:5,16 34:17 35:4,20 36:14,15 37:16 38:1 44:5, 15 47:10,19,23 48:5,10,13 49:13 50:16,23 53:4,7,9,17 54:16 55:22 56:10,13 57:6,7,9 58:5 59:5 60:12,25 63:5,9,20 65:8 67:2,5 68:20 70:9,10,11,15 71:14 72:15 74:14 75:6 79:2 80:1 87:9 89:9,12

90:14 92:18 93:14,15 94:11 95:4 99:20,21 100:9 101:4,18,23 102:4,12,20,24 103:2 106:9 109:21,24 110:25 111:24 112:2, 15 114:8,21 118:9,15 121:18,22 122:4 125:3,7 126:24 127:9,18 128:1,25 130:1 132:4 133:3,5 135:12 138:2 140:11 141:16,19, 23 142:16

**ate** 37:23 38:8

**attached** 40:13 132:3

**Attachment** 35:5

**attempt** 34:14 65:9 69:16 78:13 80:17 84:21 89:15 101:7

**attempted** 66:24 76:24,25 77:21 78:11,22 82:8 84:22 101:4

**attempting** 77:8

**attempts** 68:9 75:22 79:14,18,24 81:10,11 82:1 102:8 134:17

**attention** 16:12 17:4,22 68:25 75:21 84:14,18 85:16,20 87:4 90:16

**attest** 103:24

**Attorney** 2:10 6:11

**attorneys** 7:11 8:9,13

**attract** 41:14

**attracted** 40:5

**audiovisual** 69:9,11

**augmentation** 136:3

**August** 95:16 96:9

**Autumn** 5:5,10,21 6:1,17 18:5, 11,22,23 20:12 43:20

**AVH** 69:2,7,8,10,22

**avid** 21:4

**avoid** 80:15,24

**aware** 16:6 60:7 66:4 105:6 139:7

**away** 18:19 34:13 47:11 89:15 109:5 120:20 126:13 128:18 132:24 141:8

**awhile** 30:24 67:18

Index: b-i-t-c-h..blade

**B**

**b-i-t-c-h** 100:18

**baby** 21:20,21

**baby-sat** 38:2

**back** 24:22 28:19 30:17 38:8
41:12,17 48:1 52:19 55:14 57:15
63:8,25 75:1,2 76:5 81:18 87:10
89:12 104:12,18 108:15 112:2
125:6 134:11 138:15 141:19

**bad** 6:9 8:3 10:24 13:2 24:20
76:10 79:4 81:24 102:22 105:20
122:12 132:13 139:13

**baker** 29:25 30:2

**balance** 126:4,9,10

**bald** 140:4,6,9

**bald's** 140:7

**ballet** 131:16,17,18

**bare** 102:18

**bars** 77:22

**based** 70:8

**basic** 128:8

**basically** 19:12 30:11 50:3 73:7
116:14 129:1,12

**basketball** 24:1

**Bates** 14:18 15:2 34:19,22 48:3
74:7,9 126:24

**battling** 116:9

**BBL** 137:7

**BCF** 30:7

**be** 8:10 9:5 10:10 13:25 15:17
16:8 20:22,25 21:12 29:1,2,7
30:24 31:16 32:3,25 34:3,4,8,11,
24 39:12 42:3 43:1,20 46:13,24
48:1,10,22 50:14 52:4,5,17,23
53:5 54:11 56:9,11,17,18 57:21
58:8,12,13 59:14 60:2 61:3,16
62:18,19,21,23 65:13 66:10 68:13
69:20 70:2,3 71:12,13 73:13
77:24 78:2 80:8 83:20 86:10,18
94:15,16,18 102:3,9,11,15 103:3
104:12 105:22,24 107:10,16,19,
20,25 110:24 112:22 114:17
116:11,14 120:23 122:23 123:7
127:16 130:8,9,10 132:1 135:1,6,
10,15,16,17 136:7 137:1,3,22
138:1,4,9 141:1,5

**bear** 29:5

**bearable** 132:7

**beat** 71:15 111:2

**beaten** 133:11

**beautiful** 20:14 22:7,8 40:6
140:7

**became** 30:21

**because** 12:14,16 14:12 15:17
16:12 20:12,17,21 22:1,19 23:23
26:16 31:20 34:1,3,12 36:4 39:7
40:4,9 41:1,15 42:6,24 44:2
45:20,22 48:5 49:6 52:3,14 54:5,
10,18,23 55:20,24 57:1,23,25
58:1,10,15,25 59:20 60:22 61:22
62:18 66:24 71:21 76:4,20 81:14,
15,16 82:23 84:2 86:12 88:9,16,
18 91:11,12 99:19 101:15 102:5,
6,8,12,14,18,23 104:12 108:2,8
109:4,5 111:8 112:21,22 117:5,8
118:9,20 128:11,24 132:3,12
133:3,5 134:3,10 135:11 136:5
137:5 138:8,12,18,22 140:5,9

**become** 17:25 18:2 59:10

**becomes** 85:2

**bed** 38:6,9

**been** 6:2,24 7:7 8:22 10:9 17:25
18:16 19:19 20:16 22:2 25:25
26:24 29:17 43:21 44:2 45:9 49:7,
22 50:1,10 57:23,25 58:24 59:24
68:12 74:4 76:9 79:8 80:15 81:17
84:10,11 90:25 93:21,22,24 96:5,
8,11,16 98:13 99:18 100:16
104:4,8 106:4 109:16 113:4
119:12 127:15 128:9 132:21
133:10 141:24

**before** 6:24 7:24 13:25 15:23
21:3 22:23 29:21 35:2 45:16 46:1,
12,16 47:1,13 52:8 60:17,25
63:21 74:1 86:24 102:10 136:22

**began** 15:24 55:13,16

**begin** 20:17,21 56:6

**beginning** 10:13,15 141:23

**behavior** 69:25 91:6 98:23

**being** 12:18 21:9,22 26:7 38:2

42:7,19 43:1 52:16 56:18 60:9
61:15 70:4 72:9,13 73:8 75:10,16,
25 76:13 81:18 85:8,23 88:3,6,24
89:21,22 92:25 93:12 94:12 96:22
98:1 99:17 101:19 102:6 114:5,
12,16 118:19 129:15,19 131:5
132:15 140:6

**belief** 62:16,25 63:2

**believe** 24:14 26:24 28:7 29:11
36:16 38:18 41:4 44:25 57:15
61:12,15,21 64:7 71:10 90:11
92:16 95:13,25 96:24 99:19 100:6
103:22 104:10 110:23 111:1
122:12 124:16 129:13 136:19
140:1 141:5 142:3

**below** 53:19 84:2

**beneficial** 104:4,8

**benefits** 43:7 70:14

**besides** 8:13 46:2 53:3 62:14

**best** 8:4 19:13 61:5 64:20 71:14
129:20 138:3

**better** 22:19 51:11 59:15 81:21
86:13 89:18 102:20 103:16
138:10

**between** 34:13 52:12 61:23 62:1,
11 117:20 118:13 137:24

**big** 11:7 39:5 127:14 131:12,15
136:1

**bigger** 134:20,22

**binder** 109:7 127:4

**binders** 65:14 94:18 120:5

**biological** 108:5

**birth** 22:4,25 23:3

**birthday** 21:12,13 22:1

**birthdays** 132:11

**biscuits** 38:8

**bisexual** 31:1 32:20,21 117:16

**bit** 15:20 17:19 20:2 25:5 26:17
49:23 58:9 59:7 71:13 85:25 92:5
104:10 135:23,24,25

**black** 19:3 37:10

**bladder** 123:15

**blade** 86:21

Index: blades..can't

**blades** 77:9

**blaming** 132:14

**bled** 86:23

**bleeding** 87:2,6

**blend** 114:5

**blends** 78:9

**blew** 89:19

**blocker** 95:25

**blood** 9:14,15 10:2 85:1 86:2,3 96:19,20

**Blood's** 9:13

**bodies** 30:19

**body** 24:10 27:13 28:1,5 30:19 32:3,5 39:20 49:10 51:2 53:7 54:19,23 56:6 61:22 76:4,6 79:1 82:15 83:9,19 91:13,21 131:1,6, 18 132:1,3,25 133:18 139:22

**boiled** 78:12

**boobs** 135:3 136:2

**book** 115:11

**books** 29:16

**bookstore** 40:24 41:5,7,17,25 42:9

**boots** 37:10

**booty** 137:8

**borderline** 70:20 71:16,22 104:22 105:3,22 139:2

**born** 16:8 21:10 22:2

**both** 13:16 19:1 46:24

**bother** 138:5

**bothered** 73:10

**bothering** 128:10

**bothers** 136:25

**bottom** 15:3 35:20 44:16 48:8 56:14 67:5 74:9 80:3 126:25

**bounces** 128:12

**Boy** 110:19,20 142:6

**boyfriend** 39:12

**boys** 19:12 31:15,17 32:14,16,25 46:9

**BPD** 105:4

**brakes** 30:12

**Branchville** 5:4 6:22 29:9 60:17, 23 61:1 63:21 99:17 110:25 112:15 114:8

**Brazilian** 137:8

**break** 7:22,25 63:3 77:1 89:5,6 124:25

**breast** 62:9 92:24 134:21,24 135:12,14 136:3,23

**breasts** 93:16,19,23 94:3,15 135:2,5,10,17,18,20,21

**brief** 28:17 63:7 89:11 125:5 141:18

**bring** 84:3 133:18 134:10

**broad** 46:19

**broadcasts** 16:6

**broken** 62:19

**brought** 16:12 17:4,23 21:20 27:20 28:6 38:8 42:4 73:2,5 102:5 137:12

**brow** 136:24

**brutally** 108:10

**bucket** 130:11

**build** 67:20 70:2 88:17

**building** 132:23,24

**bunky** 9:17

**burden** 133:21

**burn** 90:23

**but** 8:16 9:11 12:10,14,23 15:23 17:8,25 18:1 20:3,7,18,20 22:18 23:10 25:3 26:3 28:24 29:5 30:20 31:14,16,18 32:4 33:6 35:17,18 36:7,20,21,22 39:17,24 40:13 41:8 42:6,24 43:3,10,14,17 44:1, 24,25 45:11,12,22 47:9,10 48:6, 15 49:6 50:20,21 54:11 55:6 57:1, 6,8 58:20 59:7 60:1,7 61:13,17 62:3,10,12,19 65:11 66:17 67:11, 13 68:9 69:10 72:13 73:7 79:23 81:10,23 85:2 86:6 89:23 91:20 93:7,20 94:5,9 96:18 97:10,13,20, 21 100:24 101:4,8,18,21 102:2, 10,22 104:11 105:19,24 106:5 107:10,14 110:7,22 111:11

113:25 115:15 116:21 117:10,21 118:10 119:11,16 121:9 122:2,22 123:7,23,25 124:6 128:11,17 129:4,18 130:12 131:10 132:9,14 133:9,25 134:4,18,24 135:23 136:1,20,22 137:13 138:11 139:7, 17 140:6,13,24,25 141:7

**butt** 137:8,9,10,18

**Buttrum** 27:19 28:7,8

**buy** 37:7 98:20

**by** 3:3,4 6:2,5 10:9 12:5 15:2 16:4 17:4 23:9 24:2,24 25:18,22 26:17 31:10 45:3,12 49:6 64:22 65:22 68:3 78:17,24 82:6 114:2 119:17 120:10 132:12 133:13 138:17 139:17 141:22,24

---

**C**

**C-O-R-D-I-L-L-I-O-N-E** 6:18

**cable** 16:25 17:3,12

**California** 50:7 51:19

**call** 23:21 24:1 37:7 98:24

**called** 6:2 23:7,24,25 24:3 40:25 78:4 99:19 120:11 127:24

**Calvin** 22:20,25

**came** 19:15 21:15,20 24:17,24 30:20 37:20 47:4 49:3 77:23 78:25 88:13 109:15

**camp** 49:21

**can** 6:15 9:21,25 19:14 21:14 25:18 26:8 28:25 30:17 43:10,14 47:23 48:23 53:6 58:19 60:2 61:17 62:17,18,19,21,25 63:3,12 69:19 70:2 71:12,15 74:9,14 77:4 78:5 79:19 82:16,18 83:12 84:4, 25 85:1,25 86:4 87:22 89:4,5,6 91:22 92:1 94:5,9,17 97:11 98:20, 24 100:12 104:11 109:19 111:13, 22 112:9 116:20 118:10 119:23 120:18,19,20,21,22 121:4 123:7, 22 124:25 125:13 126:1 127:14, 17 129:6,20 130:24 131:4,24 134:18,25 136:11 138:3 140:9,12 142:19

**can't** 21:12 34:15 35:2 59:19 70:2 82:10,11 84:3 102:16 103:24 115:3 119:16 126:11 127:19

131:16,18,19 138:9 142:13

**cannot** 36:3 81:1,23 85:8

**caption** 5:23

**car** 37:20,21

**card** 98:17,18

**cards** 70:9,10,11 99:1

**care** 21:19,21 41:10 60:13 88:4 98:16 99:4

**Carlisle** 2:9 3:3 5:18 6:5,10 12:22 13:25 28:14 34:21,24 48:1 57:16 63:3 65:10 66:15 75:3 89:7 95:1 111:15,22 112:13 117:11 124:1, 25 125:2 127:3 141:9,13,24 142:13

**Carolina** 9:16 10:2

**carve** 27:25

**carving** 28:2

**case** 3:8,19 5:6 6:12 12:9 13:6,7 14:14,21 15:7,17 28:24 32:10 34:7,10 52:19 57:18 94:6 100:23 101:1 108:8 125:21 126:22

**Castle** 8:25 12:17 35:6,7,8 36:15

**casually** 46:8

**cat** 129:16

**catch** 43:6 44:20 45:8

**catching** 64:12

**cathartic** 92:3

**caught** 11:17 44:16 45:3,11 64:6, 10,23

**cause** 5:9 10:18 13:19 86:17 100:20 131:7,22 135:21 140:10

**caused** 88:2,4 138:17

**causes** 61:12 133:1 137:1

**cell** 8:17 23:23 24:7,15,17,19,25 28:9 76:8,9,15 78:18 79:1 87:1,9 102:10,17

**cells** 81:17

**Center** 2:10 77:7

**Central** 5:2 18:15

**certain** 42:4

**certainly** 94:8

**certificate** 23:4

**challenge** 94:9

**chance** 94:13,14 128:20 135:5 136:6

**change** 12:12,14 13:16,17 14:11, 16 29:1 32:6 51:2 127:12 139:7

**changed** 12:3 22:18,24 32:12 83:20 96:16 112:21

**changes** 62:4 90:21 133:17

**characterization** 58:19 59:23

**charge** 25:14,18,24 28:11,12 39:25

**Charles** 24:3

**cheat** 70:9,10,11

**check** 11:8 37:9 96:20 106:7

**child** 21:6,9,16 25:20,24 26:19 37:25 38:1 47:15 73:8 88:4 107:16,19 108:1,9,10,12,13,20, 21,22 109:4 138:21

**childhood** 47:3

**choice** 26:16 53:14 97:13

**choose** 59:2

**chose** 20:12

**Chronologically** 77:19,20

**CIC** 48:15

**CIF** 30:6,12 48:16 56:13 78:22 79:4,15 97:21

**circulating** 97:3

**Cites** 80:17

**claimed** 27:15

**claiming** 98:16

**claims** 49:9

**clarification** 7:17

**clarify** 35:19 54:10 57:16 58:21 118:22

**clarifying** 114:17

**class** 29:10

**classifying** 139:11

**clean** 30:11 41:11,13

**cleaning** 30:14

**clear** 106:21

**clearer** 62:23

**Clinical** 104:15,21

**close** 32:25 33:4,5,6 36:7 38:18 62:4 114:5,22

**closet** 114:13

**closing** 120:21

**clothes** 32:6 33:16,25 34:1,6,7, 12 42:16 43:3,6 45:14,15 55:25 131:15,17,23

**clothing** 31:13 33:9,20 44:17,21 45:8 64:7,11,13,23 97:12

**clumsy** 131:12

**co-raising** 107:19

**code** 98:11

**cognitive** 11:10

**collecting** 37:8

**coma** 71:20 78:4

**come** 18:10 22:12 43:10 103:4

**comes** 71:14 121:10 126:12

**comfort-** 134:11

**comfortable** 52:16 53:6 66:25 67:20 68:7,12 110:10 134:12

**coming** 138:22,23

**commissary** 97:9 98:20

**commissioner** 5:10,19 6:12 12:9

**commit** 75:10,15,18 76:19 77:15 134:13,18

**committee** 90:15

**complaint** 10:20

**complete** 31:6 93:20 102:22

**completely** 55:4 58:3 93:22 94:1,2 101:18,22 131:1 141:7,8

**completion** 118:20

**Complex** 108:8

**complication** 122:21 123:14 124:13,15

**complications** 120:15 121:7,15, 21,25 122:5,11,16 124:10

**computer** 36:2

**comradery** 37:12

**conceive** 56:9

**concern** 91:2,7

**concerned** 111:10,11

**concerning** 97:24

**concerns** 90:19

**concludes** 142:15

**conference** 90:15

**confidential** 26:5 106:9 111:11, 13,17

**confirmation** 120:16

**conform** 19:21

**confusing** 7:16

**considered** 89:2,14

**consistent** 58:10 60:9 96:20

**consistently** 96:6 128:11

**constantly** 39:17 59:4 61:5 62:1, 2 129:16,18 131:5,14

**contact** 12:16 18:20

**contesting** 98:12,14

**context** 68:1 69:12 74:25 128:22

**continuation** 61:18

**continue** 134:12

**continuing** 132:9,21

**control** 26:12 76:18 81:23 91:22, 25 92:2

**conversation** 45:13 52:10

**convicted** 26:23 27:1

**conviction** 26:18

**convince** 69:18

**cook** 30:1,3

**cooking** 30:14 90:24

**cool** 37:25 50:3 116:10 138:7,10

**Cooper** 24:3

**coordinator** 36:13,19

**coordinators** 64:17

**coping** 47:10 80:15 97:25

**copy** 60:17,25 73:24 125:23 142:21,24

**Cordell** 22:15,20 23:1

**Cordellione** 22:18

**Cordellioné** 5:5,10,21 6:1,17 18:5,8 22:12,17,18 43:13

**Corissa** 65:22

**corner** 15:3

**cornrows** 63:17

**coroner** 100:19

**correct** 12:13 13:13,17,20 14:5, 19 15:3 18:8 22:16 26:19 40:25 60:5 74:12 92:12 95:21 103:25 104:1 122:1 125:9,16,18 134:25 139:3 140:15

**Correction** 5:19

**Correctional** 6:22 8:25 30:6 48:13,16

**Corrections** 5:11 57:20

**correctly** 18:7

**cosmetic** 137:25 138:1,7

**could** 10:10 12:20 13:10,23 15:5 24:10 27:16 34:1,4,17,19 38:11 39:16 43:2 44:5,7 45:24 48:22 52:6 53:17 54:15,16 56:11 59:21 62:9 65:7,14 66:6 68:17,20 70:8, 15 71:19,20 74:16 75:6 76:14,16 77:17,20 79:25 87:10 91:16 92:6, 20 99:21,25 104:13 106:25 108:14 120:4 121:18 122:16,23 124:10 126:15 127:5 128:2,19 129:22 132:16 136:10 137:3 138:10

**couldn't** 39:12 46:17 88:9,16,20 118:14,18

**counsel** 5:15 12:8,22 14:1 74:1 112:8,9

**counseling** 60:1,5,6,8 104:7,8, 11,12

**counselor** 66:12

**counselors** 97:18

**County** 3:19 12:11 13:6 14:5,14 15:17 27:6

**couple** 54:2 55:11 60:14 92:14 114:21

**course** 12:21 15:20 127:24

**court** 3:17 5:7,13 8:6 12:17 13:5, 19 21:24

**court-appointed** 21:11,25

**courtesy** 8:5

**courts** 23:2

**cover** 34:14,15 62:3

**covered** 78:25 90:22

**CPS** 21:15

**credit** 27:10

**cried** 17:19

**crimes** 25:21

**criminal** 26:18 101:1

**criteria** 60:10,20 61:2 105:4

**cross** 14:12 33:14,17,18

**cry** 131:20

**CSW** 5:24

**cuddled** 38:5

**cuddling** 39:19

**culinary** 29:10,17

**cup** 134:20,22 135:15,16

**cure** 61:14,20,21 62:17,25 141:2

**cured** 61:16

**current** 69:5 134:20 135:11,20

**currently** 10:3 11:22 29:9 38:1 87:23,25

**Curtis** 22:24

**cut** 77:8 82:13,15,19 84:18 85:1, 20 86:1,21 137:10

**cutting** 28:2 82:5,12 83:2

---

**D**

---

**D&d** 71:14

**daily** 95:18 102:23 138:14

**damage** 86:18

**Dang** 9:11,13

**date** 5:2 19:14 27:11 36:20,21 37:16,17,18,19 38:3,15,19 56:4,9 65:20 74:14 78:5 90:7,12 93:7,15

Index: dated..disqualifies

110:7

**dated** 18:16,22 20:2 49:6 92:11

**dates** 12:17 78:6 83:12

**dating** 8:22 37:13

**daughter** 100:20

**day** 37:16 47:5 58:10 81:8 95:19 102:2,10,15 114:21 126:6 131:5, 8,10 132:4,5 138:25 140:10

**days** 60:8 71:21 96:21 98:10,11 103:14 128:12

**deal** 9:3 81:16 129:10,14 132:5 133:21

**dealing** 43:11 47:11 97:25

**death** 88:2,4,14 100:20

**decaying** 120:20

**December** 27:11 126:3,7

**decide** 138:4

**deciding** 138:21

**decision** 38:13 88:5 105:18,22, 24

**decisions** 29:5 132:13

**decorated** 91:1

**deep** 68:15 86:24

**defend** 88:20

**Defendant** 2:8 6:2,12

**Deficiency** 125:17

**definitely** 21:6

**definition** 31:4 67:10

**delve** 68:15,17

**denial** 12:16

**denied** 12:5,14 51:25

**denies** 13:16 69:2,5,7,8

**deny** 59:2

**denying** 13:13 59:17,19

**Department** 5:11,19 57:20

**dependence** 70:20

**depends** 67:25

**deposed** 6:24

**deposition** 5:5 7:1,8 8:8,14,18 9:2,8 10:8,12,13 11:19 16:1 28:18 43:10 102:5 115:6 141:23 142:5, 15

**depressive** 70:24 71:12

**Deputy** 6:10

**describe** 45:21 51:22 82:4

**described** 60:2 136:4

**describes** 107:7

**describing** 40:3 62:14

**description** 3:7 4:2 139:18

**desires** 33:2

**detail** 30:11

**details** 68:17

**development** 92:24

**deviants** 41:15

**diagnosed** 90:4,9 92:15

**diagnoses** 47:14 70:25 71:2,5,8 139:5

**diagnosis** 70:19 71:17 72:1 93:4 104:22 105:3,23 106:8 139:2,11

**diagnosises** 47:15,19

**diagnostic** 60:10,19 61:1

**dictated** 36:2,9,12,18

**dictating** 36:24

**did** 8:8,13,24 9:2 10:7,11,25 14:6, 25 15:4,9,12 17:3,22 18:7,20 19:11,18 20:9 21:16 22:12 24:15 27:13,15,22,24,25 28:8,10 30:15, 19 35:10 37:5,22 38:9,25 39:2 40:17,20 41:24 42:8,11,13,16,21, 23 43:1,6 44:19,20,23 45:6,13,17, 21 46:1,15,22,24 47:1,13 48:19 49:19 50:16 51:7,9,12,13,22,24 52:1,7,11 53:2,9,11 54:22 55:1 56:8,10 57:17 60:10,23 61:1,3 63:16,20 64:22,25 66:3,5,21,25 67:11 73:21 75:21,24 77:15 84:6, 14,17,20 85:15,16,19 86:22,23 87:4,6,8 88:7,22 95:12 99:11 100:2 101:10,14 105:9,14 107:15, 17,18,25 112:25 113:2,14,17,20, 23 114:1 115:25 116:3 119:2 120:25 123:21 124:6 125:12,20 128:6 129:24,25 130:4 135:8 140:17 142:17

**didn't** 17:13 18:13 20:7,20 25:1,3 30:18,19 33:3 37:21 38:4 39:8,10, 17,23 40:18 43:19,21 45:4,22 51:3,14 53:4,7 55:19,20,24 56:15 57:3,6,7 59:14 60:19 69:10 76:4 80:7 87:5 88:19 99:14 105:16 107:20 112:23 139:15 140:18,19 141:4 142:10

**die** 25:3 85:3

**died** 24:11 89:20

**difference** 117:20

**different** 30:16 31:7,11 67:11 78:23 79:2 112:18 130:8

**differently** 35:11

**difficult** 40:8 86:9

**Dionisio** 65:23,25 66:3,21,24 67:14 88:8,11

**direct** 7:13

**disagree** 71:16,25

**disagrees** 70:25 71:1,4

**disappear** 27:17

**disappointments** 101:3

**disclosure** 15:18

**discomfort** 136:4

**discovery** 15:1 126:22

**discuss** 112:9 113:14,17,20 115:10 123:21

**discussed** 67:13 98:2 114:24 115:2 121:6

**discussion** 48:4 107:1 112:1 120:7 142:25

**discussions** 130:20

**dishes** 39:15

**dismisses** 13:19

**disorder** 70:21,22 71:17,22 72:1 104:23 105:3

**disorders** 124:11

**dispute** 71:22 93:9 100:25 105:12,14,17

**disputing** 98:3

**disqualifies** 25:14,19

**distinguish** 137:24

**distress** 135:21 136:10,12

**District** 5:7,8 16:1 125:9

**distrust** 67:7

**distrusting** 67:17

**Division** 5:8

**do** 6:13,14 7:2,3,4,6,7,10,14,15 10:16,22 11:6,7 12:8 13:1,7,9 14:21 16:4,24 17:22 18:6 19:18 21:2 22:7,10 23:13,21 26:2,4,6,13 27:17 28:4,21,24 29:2,12 31:10 33:13 35:1,11,14 36:1,12,17,22, 23 37:19 38:4 39:5,23 40:3 44:16, 19 48:11,12 49:1,10,12,25 50:9, 11,19 54:14 55:14 61:7,11,20 64:8,16,19 65:18,19 66:8,19 67:5, 7,16,24 68:3 69:2,8,15,21 70:7,16 71:22 72:18,24 74:18 77:17 78:5 80:3,9,10,11 81:9,21 82:15,19 83:9 84:4 85:7 86:16,22 87:13,23 88:11 90:4 91:6,20 92:18 93:1 94:23 96:3,19 97:2 99:2,3,12 101:2,5,7,8,17 103:5,8,11,17,19, 21 104:15,19 105:7,12,21 107:3, 14 108:5,6,16 109:1,11 110:15 111:3,6,13 113:7 114:7,20 115:14,17,19,23 116:16,19,21,22 117:6,18,23 119:16,18,19 120:12, 15 121:11,14,20,23 122:4,7,9,10, 12,18,21,22 123:2,8,13 124:3,7, 11,12,15,17,20,21,24 125:16 126:4,22 127:12 128:14 129:3,11 130:17,21 131:2,16,18,20 132:18 133:9,13 134:7,8,19,21 135:20 136:21 137:10,24 138:16 139:4,5, 14 140:1,21 141:25 142:2

**DOC** 6:19 49:13 59:17 93:3 97:5 109:16 110:15

**doctor** 25:4 51:12,13,15,18 66:12 67:21,22,23 68:4,9,10 73:18,21 76:6,12 99:7 101:10,12,14 107:7 108:7,19 123:20 130:19 136:6

**doctors** 47:6 53:25 66:8,11,19 67:7,10,14,18 69:15,19 70:1

**document** 10:18 35:1,13,16 36:8 65:20,22 127:11,21 128:7,19

**documented** 109:24

**documents** 3:8 10:7,11 15:1 109:11 126:21

**does** 13:18,21 18:10 32:19 59:12 67:24 69:12 74:20 88:7 103:13 105:4 107:13 114:4 122:24 123:24 127:1 129:16 134:2 136:13

**doesn't** 32:21 33:22,23 34:13 45:21 47:11 55:6,8 62:12 73:8 86:10 89:23 103:14 106:14,16 123:3,20 133:8 135:9 138:5 140:10

**doing** 11:19 39:15 43:7 56:19,20 70:12 97:18,20 116:1 129:17

**don't** 9:13,18,20 18:19 21:22 25:1 26:4 32:9 36:14,20 38:11 40:10,18 44:23 45:10 47:7,17,18, 21 51:5 52:16 56:20,24 59:8,23, 24 60:1 64:12 65:4,10 70:9 72:7,9 76:12 79:23 81:24 83:1,3 86:13 93:6 96:19 97:10,14,22,23 98:15 99:4 102:12,15 104:7 106:5,7 110:22 114:5 115:10,15 117:7,21, 24 118:9 121:17 123:5,23 127:24 128:1,11 129:17,19 130:23 131:23 132:19 133:5,6 134:1,10, 17 135:16 136:5 139:11,15 140:23,24

**done** 31:4 85:10,14 101:25 102:3 138:1,8,21 142:14

**dorm** 6:23 9:22 10:4,5 17:5 30:11 128:25

**doses** 71:19

**doubt** 53:12 99:12

**down** 36:24 44:25 61:19 67:5 70:15 77:1,24 80:3 84:2 99:19 118:1 121:24 122:16 124:10 126:24 128:15 131:25 134:11 139:19

**downward** 39:6

**Dr** 10:12,13,23 48:18,20,21 53:10 55:2,11,15 57:22 60:9 65:22,25 66:3,21,24 67:14 88:8,11,12 97:19,20 99:8 100:14 104:19 105:9,21 107:3,15,18

**drastic** 90:21

**draw** 90:15

**drawing** 54:18

**draws** 96:19,20

**dressers** 33:17,18

**dressing** 33:14

**dropped** 28:12 87:13 112:22

**drug** 53:8

**drugged** 102:16

**drugs** 11:9

**due** 75:10,16 80:17 88:2,6,24

**duly** 6:3

**dumbing** 61:19

**during** 27:21 30:21 38:25 41:21 48:18

**duties** 29:14

**Dx** 70:18

**dysphoria** 60:11,20 61:2,7,14,21 62:17 63:1 65:17 80:12,24 90:4, 10 92:15 97:6 101:20 113:14,18, 21,24 114:25 116:23 139:10,14 141:3

**Dysphoria/transgender** 35:5

---

E

**each** 37:24 114:21

**ear** 111:4

**earlier** 64:13 99:7 135:4

**earliest** 27:10 57:9 77:17

**early** 77:11 78:8 108:11

**easier** 52:25

**easily** 68:13

**easy** 41:7

**eating** 68:12

**education** 41:8

**effective** 84:24 85:23 86:15

**effects** 93:11

**effort** 47:9 62:20

**either** 10:2 37:21 96:20 140:16

**ejaculated** 119:8

**elaboration** 25:3

**Elavil** 78:4

**else** 8:14 11:4 17:20 20:9,11 52:11 62:16 71:15 82:7 85:14

97:5 115:8 127:17 133:7 136:22

**emotional** 70:23

**emotionally** 71:11 91:19

**emotions** 91:23

**employed** 29:9,17,24,25

**encounters** 41:22

**encouraged** 92:24

**end** 12:24 44:18 61:18 68:25 76:7,15,16 87:22 136:23 142:5

**ended** 38:3 88:14

**enforce** 98:22

**enforcer** 24:2 25:9

**engage** 103:16

**engaging** 19:17 103:3

**enhancements** 62:9

**enjoyable** 40:11

**enjoyment** 39:19

**enough** 52:18 62:19,20 71:19 85:2 86:1,17,18

**entire** 11:1 15:21 23:17 47:3 65:2 101:25

**entirely** 93:24 109:2

**equate** 129:15

**err** 70:8

**especially** 52:24

**Esq** 2:3,4,9

**essentially** 15:16

**estra-** 78:2

**estradiol** 95:10,20

**estrogen** 49:8,22 52:1,7 53:3,7 56:12 95:20

**Ettner's** 10:13

**Eva** 20:22

**evaluation** 65:17 106:5,12

**Evangelina** 20:18

**Evangeline** 18:5,9 20:15,16,21, 23

**Evansville** 5:8

**even** 21:22 25:2 26:10 30:22 34:12 38:6 43:22 47:21 53:4,14 55:21 57:7 58:2 76:12 98:10 100:25 102:16 103:25 118:15,18 127:18 129:17,19 133:8 135:17 136:6 140:24 142:9

**event** 119:5

**eventually** 56:11 82:11 91:4 134:13

**ever** 6:24 15:23 18:12 19:18 24:15 26:14 29:6 31:25 35:16 40:7,20 42:8,13,16,21,23 43:6 45:13 47:1 64:12 73:18,21 75:18, 19,24 76:9 82:19 86:10,19 89:2, 14 93:21 96:16 100:24 109:24 113:4,14,17,20,23 114:24 116:16, 22 130:22,23 133:10 140:22 141:8,24

**every** 31:24 36:3 43:19 54:5 58:10 60:8 75:18,19 81:8 83:22 95:19 96:21 98:10 102:2,14 131:4,8,10 132:4,5 138:25 139:7 140:10

**Everybody** 24:3

**everyone** 21:18 29:6 54:21 116:17 133:7

**everything** 10:9 21:4 53:5 54:1 58:23 62:7,18,20 66:6 121:4

**evidence** 53:23 54:4 55:5,7 57:4

**evolution** 91:5

**evolving** 130:22

**ewww** 31:18

**ex-wife** 36:25

**exacerbated** 102:1

**exact** 20:7

**exactly** 19:7 21:18 36:5,21 55:18 135:7

**EXAMINATION** 3:1,2 6:4 141:21

**examined** 6:3

**except** 43:20 47:6 54:19 130:13

**excitement** 33:15

**excuse** 50:23 69:22 73:16 89:18, 20,24 120:16

**excuses** 43:1

**exhibit** 3:8,10,11,12,13,14,15,16, 18,19,20,21,22,23 4:3 12:19,20 13:22,23 14:18 34:17,18 44:5,8,9 47:23,24 63:25 65:11,12 74:3,5 75:1 87:11,18 89:25 90:3 92:6 94:17,20,22,25 99:21,23,25 106:25 109:6,8 117:7 120:4,6,10 121:18 125:13,14 126:16,18 127:3

**EXHIBITS** 3:6 4:1

**existence** 132:8 136:2

**expectations** 80:4,8,11,23

**expected** 37:20

**expecting** 131:15

**experience** 108:3

**experienced** 118:6

**experiences** 76:10

**experiencing** 138:16

**explain** 21:14 25:18 55:6 68:5 81:12 85:25 89:15

**explained** 24:25 37:24

**explanation** 53:21

**exploring** 39:20

**express** 42:6,18 52:14 54:7,15, 17,20 55:10 61:15 75:11,16 76:1, 14,20 88:3,6,9,13,16,22,25 89:22 117:23 127:14

**expressed** 20:8 46:5,6 117:16

**Expresses** 67:6

**expressing** 42:19 81:14

**expressions** 72:22

**extend** 8:5

**extensive** 91:1 104:24

**extent** 103:5

**extra** 56:19 111:13

**extreme** 105:2

**extremely** 31:1 68:14 84:2 85:2 86:5

**exude** 117:21 129:15,19

**eyes** 62:4

## F

**F'ING** 100:18

**F-L-E-S-S-A-S** 8:21

**fabri-** 65:2

**fabrication** 65:3

**face** 53:22 90:25 99:5 139:22

**facilities** 30:2,5 35:12 109:25

**facility** 6:22 9:1 24:23 30:7 35:10 48:14,16 56:24 60:14 63:21 79:2 107:13 109:23 115:24

**fact** 32:2 40:11 43:12 53:14 62:10 73:3,6 102:7 131:6

**factor** 89:23

**facts** 115:11,12

**fail** 86:11

**failed** 43:15 89:20,21 134:14

**Faith** 27:3,4,13,22,25 28:1,4 41:10 43:16 109:4

**Faith's** 88:14

**fake** 114:6

**Falazia** 57:22

**Falk** 2:3 3:4 5:20 12:25 28:23 35:15 43:9 45:19,25 48:2 57:13 58:17 59:22 60:5,21 64:24 65:5 66:9,16 73:15 74:7,11 87:20 89:6, 8 94:4,24 95:2 104:1 106:13,16, 19 111:10,18 112:12 115:21 117:12 118:8 119:17,20,23 123:18 125:1 127:2 128:1 139:9 141:12,22 142:12,17

**fall** 43:23 86:6,7,16

**falls** 86:2

**Faluzia** 57:22

**familiar** 48:20 65:25 99:8

**family** 21:18 47:4

**family's** 22:13

**fantasies** 72:23 73:6,7,14,19,22

**fantasies'** 74:22

**fantasize** 118:19

**far** 11:2 23:21 26:3 30:17 43:10

60:7 102:8 140:24 141:4

**Farjellah** 99:8 100:14 104:19 105:9 107:3,15,18

**Farjellah's** 105:21

**fast** 63:25

**fat** 137:9

**father** 42:1 46:5,11 68:6 73:4 107:11,16,21

**father's** 22:14

**fear** 15:18 81:19 101:15

**February** 5:3 29:19 98:9

**fed** 129:7

**feel** 28:21 31:6 34:8,11 50:14 53:6 59:4 62:1 66:25 81:15,20 86:10 89:18 91:20 93:20 98:25 101:16 102:12 115:9 128:14 133:4,5 136:12

**feeling** 34:15 97:23

**feelings** 33:1 62:15

**feels** 31:1 33:19 40:14 88:1

**felt** 17:13 32:11 33:16,19 42:2 46:22 48:22 49:9 50:5 51:10,16, 17 54:7 59:1,3 62:13 68:6 81:14 88:16 129:8

**female** 54:6 72:9 75:11,16 76:1, 20 97:3 109:23 114:5

**female's** 96:25

**feminine** 11:24 31:2 41:2 53:23 54:4,7 55:6,7 137:19

**feminization** 62:10

**feminize** 53:6

**feminized** 49:23

**feminizing** 120:11 136:11 137:21

**fetishes** 33:18

**few** 8:16 48:21 50:10,17 52:9 76:24 82:1 97:19 101:2 118:2 130:5 140:5

**fickle** 76:16 135:2

**fights** 128:18

**figure** 54:6 107:25

**figured** 11:18 42:25 50:11 52:3 127:14

**file** 57:3,17,25

**filed** 5:7 10:17 12:11 14:4,11,24 15:7,10,13 56:25 57:19 58:5,14, 23,25 59:5 125:8,19

**filing** 10:14,15 16:5

**finally** 24:22 53:15

**find** 27:16 33:17 39:17 40:10 86:25 132:2

**finding** 118:20

**fine** 7:23 8:1 20:1 66:17 78:10 106:20

**finger** 78:15

**fingers** 78:12 90:24 100:4

**fingertips** 24:20

**finish** 7:24

**fire** 23:24 24:7,16,17,25 78:18

**firm** 51:16 130:20

**first** 6:2 10:17 14:17 18:12 20:5,7 23:5 30:15 37:17 38:4,15,19 44:3, 15 49:13 55:13,15 57:17,19 64:2, 5 65:13 67:1,2 68:5 71:1 72:17 74:1 77:21 95:16 115:16 129:9 133:13

**fish** 114:2,4

**fishy** 70:12

**fit** 21:6 31:5 55:24 131:8,10,23

**fixed** 62:18,21 137:2 141:8

**flag** 26:8 52:22

**flagged** 26:2,6,10

**flap** 48:1 120:5

**flesh** 24:20

**Flessas** 8:20

**flirtiness** 129:18

**flirty** 129:17,18

**floods** 62:6

**Floor** 2:10

**flow** 85:1 86:2,3

**fluctuates** 10:6

**focus** 103:9

**focusing** 77:14 81:7

**follow-up** 49:3

**following** 38:14 69:21

**follows** 6:3

**food** 29:16

**foolish** 38:13

**foot** 63:17

**for** 2:2,8 5:16,19,20 6:11 7:17 8:6, 8,23 10:7,14,15 12:6,9 14:2,15 15:23 17:24 18:2,13,18 19:15 20:2 21:5 22:4 23:24,25 25:14,19 26:3,6,21,25 28:11,23 29:3,5,7,13 30:13,24 31:4 34:1,4 35:11,20 36:3,5 37:16 38:3,17 40:12 41:8 43:19 45:10 47:6 49:2,8,9 50:10, 15,17 51:17 52:7,8,23 53:5,15 54:3,9,22 55:21 56:19,22,25 57:3, 4 60:10,13,20 61:2 66:9 67:17 68:4 69:4 70:14 71:20 76:5,13,17 78:6,8 80:12,16 83:1 84:17 85:19 87:4 88:1,24 89:20 91:24 94:6,25 95:16 96:6 98:23 100:16 101:20 102:16 103:8,10,13 105:4,14 106:12 107:11 111:2 113:17 115:20 118:4 119:17 120:2 123:10,25 126:13 130:13,14 131:10 133:23 136:18,23 137:4, 13 139:17 140:20

**force** 52:17 72:10,12

**forced** 61:23 112:22

**form** 14:13 15:13 27:25 28:2 112:15 130:19

**formal** 117:12

**formally** 90:4,9

**forth** 41:14,16 56:20 137:19

**forward** 13:1 57:24 58:4 103:4,6 105:5 106:4,12

**found** 21:16 23:3 33:15 39:18 69:4,7 77:23 78:23 107:9

**four** 74:8 98:10

**Fox** 16:13,15

**frequency** 121:14,21 122:2,8,19 123:12 124:2,8,13

**friend** 19:13 27:19 44:2 46:20 107:8,22

**friend's** 107:16

**friends** 8:17 9:7,10 20:3 31:19 44:3 46:8,11,15

**from** 3:19 13:6 15:8,13 18:4,10 21:3,15 22:12,13 24:19 28:11 30:16 35:6,7,8 39:18 40:21 45:16 47:4 48:11 50:7 51:19 57:10 59:3 61:4 62:7 68:8 75:3 77:24 79:8,17 81:4 88:14 90:14,24 97:9 100:10, 15,25 104:18 107:3 108:24 113:18 114:1 116:16 128:18 138:20,23

**front** 7:9 120:5,13

**frustrated** 115:3

**full** 37:11 44:15 56:8,9 64:5 67:5 75:6 90:16 115:19 135:16

**fully** 61:14 94:15,16 98:1 135:5, 10

**function** 11:10

**fund** 125:23 126:4,8

**fundamental** 94:12

**funds** 41:9

**further** 142:12

**future** 103:8,9,10,13

**G**

**Gale** 48:18,20,21 53:10 55:2,11, 15 60:9 88:12 97:19

**gang** 110:16,18,21 112:15,20 142:6,11

**gangrenous** 78:14

**gangs** 110:15,25

**Gangsters** 110:19,20

**garb** 37:12

**gave** 21:24,25 32:23 37:15 50:6 60:17 97:19 113:25

**gay** 30:25 46:10 110:16,18,19,20, 24 142:6

**GB** 112:21 113:5,8

**GBB** 112:17 113:5,8

**GBG** 142:6

**GBGS** 110:19

**GD's** 112:23

**GED** 41:9

**gender** 11:21 12:2,12,15 13:17 14:4,11,15 31:5 35:4 42:13 60:11, 20 61:2,7,14,21 62:17 63:1 65:17 75:11,16 76:1,14,21 80:12,24 88:10,25 90:4,10 92:15 97:6 101:20 102:21 113:14,17,21,24 114:24 116:22 130:8 139:10,14 141:3

**gender-affirming** 91:3

**gender-confirmation** 106:2,23 120:12,17 121:7,11,16 122:1 124:18,22 131:2

**General** 2:10 6:11

**generally** 97:11 101:23,24 131:3

**generation** 21:6

**genital** 120:11,16 122:4

**genitalia** 32:2 84:5

**genitals** 82:9 86:19,21

**get** 9:18 12:2,12 26:5 38:10 39:16 41:8,24 50:14 52:4 56:1 58:2,12 66:24 68:7,14 69:15,23 71:19 78:13 84:25 85:3 86:1,4,13 106:5, 7 107:10 111:1,6 116:13,16 118:3 121:1,4 127:13 128:9,12 132:20 135:14,18 138:15,21 142:21

**gets** 81:24 82:10

**getting** 17:9 37:24 45:2 51:7,9 67:1 75:5 80:17 85:9 86:5 111:12 126:13 133:25 138:8

**girl** 18:13,18 19:8,11,24 20:8 30:18 31:3,12,25 34:2,5,6 41:1 44:1 46:5,6,13,21,23 51:17,18 52:21,25 54:17,24 55:9,10,19,25 61:15 91:12,13 114:2 115:4 116:5 118:20

**girlfriend** 8:15,19 18:12 43:25 45:16 46:3

**girlfriends** 19:20

**girls** 20:1 31:16,17,19,20,21,22 32:14,16,24 46:9 54:9 72:23 73:3, 5,14,19,22 74:22 129:4,5,6 130:25

**girls'** 30:19

**give** 34:19 56:23 59:13 60:23

Index: given..hasn't

63:12 77:4 83:12 97:14 98:16 103:13 113:23 134:2 137:19 138:2 141:12

**given** 5:22 11:2 23:2 24:2 47:20 67:17 104:23

**gives** 9:23

**giving** 46:18

**gloves** 24:20

**gluteus** 137:15,16,17

**go** 13:1,10 15:5 19:6 25:3 28:14 32:7 34:14 37:14 38:11 43:10 48:23 52:21 63:3,25 64:2 65:14 74:16 78:10 81:18 87:10 89:7,8, 25 92:6,20 94:9,17 99:5 100:12 104:13 106:25 109:6,19 111:22 120:4 122:16 123:25 125:2,13 126:1,15 127:5 128:2 129:22 131:16 133:6 138:25 141:14 142:22,23

**go-to** 82:5

**goal** 52:6 56:4

**GOAT** 23:25 24:1,4 25:9,10

**God** 62:12 133:8

**goes** 55:14 70:22 80:14 141:8

**going** 5:1 8:4 9:5 17:9,14 28:15, 23 29:7 35:15 43:13 45:19 59:22 60:21,22 63:5 65:5 66:9 73:11,25 74:4 75:1 76:7 79:25 89:9 90:15 92:9 94:4,5,16 97:23 102:2,18 111:5,24 115:6 116:11 117:2 118:8 123:18 125:3 132:19,24 133:18,20 134:13 139:9 140:1 141:16

**gone** 23:9 24:18 61:25

**good** 5:18 6:6,7 16:14 41:9 44:22 115:7 123:24 138:18

**got** 24:17 32:6,7 35:10 37:11 38:7 42:5 48:8 49:24 55:9 60:13 72:4 73:24 77:23 79:16,17 86:24 100:1 103:1 109:9 111:21 115:24 118:1, 14 123:15 129:7

**Goth** 19:1 37:11

**gothic** 18:17 19:2 42:24 43:1,2

**Govenment** 2:10

**grab** 100:2

**graceful** 131:13

**grandparents** 38:2

**gravy** 38:8

**Gray** 125:11

**great** 21:7 103:5 122:13 134:24

**Greatest** 24:4

**greatly** 135:22

**grievance** 56:25 57:3,5,17,19,25 58:5,14,23 59:5

**grievances** 56:19,21 99:20

**groin** 83:10 84:7,8,9,12

**gross** 40:15 61:24

**ground** 56:15 111:4

**group** 141:25

**growing** 31:25 32:7,8 33:4 46:10 130:23

**grown** 47:10 52:15

**grows** 140:5

**gruesome** 104:23

**guarantee** 81:1

**guaranteed** 135:12

**guess** 20:21,25 38:10 87:8 93:6 98:16 118:8 123:18 129:21 140:12

**guilt** 29:4

**guilty** 28:21

**Gutfeld** 16:13,15

**guy** 34:5 70:10 72:10,13,14 91:15 134:2

**guys** 102:9 111:20 116:3 128:24 129:6

**gym** 32:7,8

---

**H**

**H-O-R-S-T-I-N-G** 10:1

**habit** 83:1

**Hackers** 21:3,8

**hacking** 21:5

**had** 8:15 14:12 18:12 19:20 20:5

23:15,19 26:14 27:18 28:4,7 29:21 30:9,11 32:1,10,12,13 33:5 37:8,20,24 38:14 39:7 40:9,19 41:8,18,25 42:17 43:20 44:2 46:8 47:6,19 49:7,21,22,23 50:17,19, 24 51:1,16 52:18 56:15,16 57:23, 24 58:24 59:15 60:6 66:1 69:16, 18 73:3,6,10 76:10 79:8 80:16 82:1 87:9 88:15 93:4 94:14 97:18 101:19 102:14 108:17 109:24 110:4 118:18,23 119:5,10 124:18 126:3 128:20 130:7 135:4 136:5 138:18,22

**Hadj-moussa** 120:11

**hadn't** 22:2 50:25

**hair** 37:11 139:22 140:5

**half** 119:4

**hallucinations** 69:9,11

**halves** 134:17

**hand** 49:4

**handicap** 70:23

**handicapped** 71:11

**handwriting** 127:7

**hang** 37:22 75:5 114:20

**hanging** 24:19 26:9 31:21 77:22

**happen** 7:16

**happened** 84:23 118:16

**happy** 131:1 135:1,19,25

**hard** 25:6 62:20 78:8 83:12 86:1 100:4 115:10 130:22 132:11

**Hardee's** 38:7

**harder** 53:1

**harm** 15:19 25:20 81:3,4 91:20

**harmed** 86:19

**has** 16:4 17:10,23 28:24 45:20 49:9 59:10,25 69:24 70:19 73:15, 16 75:9 80:15 93:21 96:11,16,18, 22 97:5 98:13 100:16 101:25 102:5 103:4 104:4,8,10,22 105:17 106:1,22 119:12 121:6 123:12,20 124:2 126:24 127:15 129:2 132:4, 5,12,21

**hasn't** 80:16 93:24 96:14 138:25

**hate** 32:4 76:6 83:19

**hated** 76:4 88:18

**haunt** 108:9,21

**Haute** 18:15

**have** 5:22 6:24 7:5,11,12 8:16,22 9:3,17 16:9,23,24 17:25 18:13,16 19:19,20 20:16 23:9,13,15 24:11 25:2,23 26:2,6,14,24 27:16 29:12, 17,19,23 30:2,9,11 32:2 33:3 34:13 36:4,18 37:21 38:9,11,25 40:8,9 41:12 42:8 43:15 45:9,10, 13 46:7 47:7,13,16,19 50:11,15, 19 51:5 52:15,20 53:2,11 54:2 55:25 56:6,13,22 57:25 59:17 61:13,23 62:9,10,11 63:11 65:7 67:17,21 68:11 70:7 71:10,11 72:7,8 73:5,18,21,24 75:15 76:5, 9,19 78:5,6 81:3,7,14,16,17 82:1, 13 83:6,20,22 84:10 85:14 86:9, 18,19,21 89:2,14 90:25 91:8,20 93:9 94:11,13 96:8,19 97:2,7,8,9, 18 98:7 99:1,12,18 100:23,24 101:4,17,18,19,21,25 102:15,17 103:8 104:12 106:4 108:5 109:16 112:23 113:4,7 114:6,24 115:2,14 116:21 117:21 118:1,10 119:2,8, 10,13,16 120:18,19,21,22 126:12 128:2 129:20 130:12,13,18,19,23 132:6,21 133:5,6,8,16,21 134:1,3 135:9,18 136:25 137:14 138:1,18 139:2,5,14 140:5,6 141:10 142:12,18

**haven't** 47:6 60:6 94:14 97:17 119:5 120:2 130:19 135:4

**having** 6:2 36:23 39:8 42:8 52:9 62:1,2 69:22 73:8,13 102:8,13 118:13 132:20,25 133:19 136:3 138:15 141:5

**he** 9:18 24:4 28:10,11 36:2,4 44:24,25 45:3 46:5,13 48:19 49:3, 7,9,10 53:21 55:12,13 57:14 62:13 73:15 74:21 88:12 98:24 99:19 100:23 103:23 104:21 105:14,16,17,24 106:13 107:21 108:12 109:24,25 134:3

**he'd** 54:1

**he's** 54:3 55:5 99:10,12 108:21 134:4

**head** 73:11 75:3 90:25 128:10 140:4

**heading** 8:18 49:1

**headway** 58:9

**heal** 79:17

**healing** 124:11

**health** 11:8 47:1,3 61:9,13,17 64:17 66:16 80:9 98:4,7,11,13 104:5,9 124:21 138:17 139:5,12, 16

**healthcare** 49:4

**hear** 116:4

**heard** 17:8 18:19 50:24,25 51:1

**hearing** 50:1 55:22,23 56:2 86:8

**heart** 22:8

**heavy** 81:17 120:21

**heinous** 25:21

**held** 48:4 107:1 112:1 120:7 142:25

**help** 34:21 59:7,12,19 70:13 82:24 115:4 127:17 130:24 136:15 138:15 139:25

**helped** 59:18 104:10

**helps** 103:14 135:19

**her** 8:20,24 9:2,3 12:1 18:21,23 19:11,19,23 20:13,19,20 21:3,7, 20 22:8,10 27:3 29:7 36:25 37:15, 16,25 38:1,2,3,4,5,14,22 39:7,8, 11,20 40:5,8,21 42:16,21,23 43:3, 6,16,17,22 44:17,20,21 45:2,8,13, 14 49:21,24 58:17 60:23 63:11,14 64:7,10,12,13,23 66:5,6 67:11,16, 17 73:16 80:15 88:2,4,5 90:25 100:20 103:4 107:24 108:3,10,21 109:4 115:24,25

**here** 7:11 13:1,2,12 29:18,21 30:7 35:11 38:12 44:25 45:12 48:25 52:22 55:5 64:22 68:21 83:4 87:21 90:7 98:7 102:18 104:11 106:8 107:23 109:20 111:1,7 120:8 126:24 128:16 132:13 133:12 140:17 141:12

**heroes** 21:1

**herself** 88:3,7 103:16

**hey** 34:5 49:25 52:20 115:6 116:4 130:12

**hid** 52:17

**hide** 82:16,18

**hiding** 54:19 102:7

**high** 18:14,15,22,23 20:4 43:25 45:16 46:2 71:19 87:14 122:10,21 123:13,23 124:6,7,15

**highly** 124:1

**him** 24:3,25 28:9 36:2 88:15 98:24 99:9,15 101:15 105:25 109:24 119:21

**his** 9:15,17,20 10:24,25 11:1 27:19 28:12 36:14 53:21,22,23 55:12 74:21 99:8,11 109:23,25 114:18 115:16 134:4

**history** 70:16 90:20 104:23,25 117:3

**hit** 57:8 118:1

**hold** 100:1 104:12

**homage** 18:21 20:13,24

**home** 38:10,11

**honest** 70:3,4,13

**hope** 86:17 103:13

**hopefully** 80:8 116:13

**hopes** 33:1

**hormonally** 96:23

**hormone** 50:12 91:2 92:25 93:4, 11 95:8 96:11,16,22 97:5

**hormones** 50:8,17 51:2,7,9 59:6, 7 66:2 96:5,8 97:3

**horrible** 58:11 138:13

**Horsting** 9:22

**hospital** 22:2 24:21 28:11

**hot** 19:6 78:12 90:25

**hour** 119:4

**hours** 41:11 67:24 68:18

**house** 8:17 31:14 46:7

**housed** 6:21,22 48:13

**Housing** 79:11,12

**how** 6:8 8:8,22 10:5 17:3 19:11 29:17 30:2 37:3,5 38:19 39:3 40:19 43:22 46:15 51:15,22 52:7 61:5 62:2 66:3 68:6,11 76:19 77:10 81:16,20 82:12 83:6,19,20

97:5,18,19,22,23,24 98:25 101:16 111:3,6 114:2 115:3,9,17 117:23 127:15 131:18 136:7 137:24 138:16

**However** 108:16

**hugged** 19:25

**human** 89:21

**hung** 26:14 31:19 37:23

**hurt** 137:1

**hurting** 58:13 91:14

**hurts** 68:16

**husband** 39:12

---

**I**

**I'D** 8:5 24:18 32:2 40:24 41:13 50:11 52:9 58:12 107:19 109:10 138:10

**I'LL** 7:19 14:2 58:18 61:16 62:23 70:18 77:6 96:1 102:9 128:2 131:25 140:25

**I'M** 6:10 8:17 9:12,16 10:3 12:6, 22 17:8 19:13 26:4 28:23 30:25 31:1,2 32:23 34:5 35:15 43:13 44:7 45:19,24,25 46:18 47:11 48:25 50:8,9 51:8 52:20,25 54:19, 20 55:9 58:13,21 59:19,22 60:7, 18,21 61:4,5,14 65:5,16 66:4,9 68:4 69:4 70:10,11 71:10,14 72:4, 12,13 73:24,25 74:4 75:5,23 79:25 82:17 85:8 86:8,14 87:12 88:22 90:1,15 91:12,13 92:10 94:4,5,16,21,24 97:18,23,24 98:14,15,18,22 99:24 100:8,13 101:3,4,18 102:1,6,15,18 103:24, 25 104:14 105:25 106:9,16 108:14 109:20 111:10,11,14 114:2,5 115:4,6 116:9,17 117:2 118:4,8 119:15,23 121:19 122:6, 17 123:18 126:2 127:6 128:4,18 129:12,18,23 131:8,9,11 132:3,4, 9,10,11,13,14,16,19 133:23 134:5,12,13,15,16 135:13,14 136:11,19,23,25 138:5,20 139:7,9 140:1,4,11

**I'VE** 31:4 35:2 47:5,8,10 50:1,5, 10 55:2,9 75:18 76:10 98:9 100:1 103:1 104:6 109:9 111:21 118:2 123:15 127:16 133:10 134:14 136:5 138:22

**IC** 13:20

**ICR** 30:8

**idea** 9:17 63:11 73:16 123:7 130:11

**ideal** 130:1,21 140:14,22,23,25

**ideas** 127:9,22

**identified** 44:1 54:23 114:8

**identifies** 100:15

**identify** 11:23,24 55:13,16 112:5 117:16,18

**identifying** 43:18 56:4 63:12

**identities** 23:11

**identity** 15:18 42:13 45:18 46:2, 12,15 49:19 51:23 52:12 53:11,23 54:4,14,16 55:6,7 75:11,17 76:1, 14,21 88:10,25 89:3,15 102:21 103:5 112:8 116:23

**IDOC** 56:15,22 59:20 110:17

**if** 7:9,16,19,22 12:20 13:10,23 14:17 15:5 18:20 22:15 24:11 26:2,10,13 32:9 34:17 35:16 37:13 39:16 43:23 44:5,24 47:23 48:23 49:10 50:13,14 51:10,25 52:3 53:17 54:9 56:16 57:4 58:9, 11 62:19 63:25 64:2 65:14 68:4,9, 14,20 70:2,9,12,15 71:4 72:15 73:12 74:16 75:6 76:12 77:17,20 79:25 80:4,7,23 81:18,23 83:25 86:14 87:10,22 88:11,13 91:14 92:6,20 93:7 95:7 98:24 99:21,25 102:24 103:24 104:6,13 106:25 109:19,24 110:23 111:20 112:4,8 115:16 120:4 121:18 122:4,16 124:10 125:13 126:1,15 127:5,14, 18 128:2,19 129:22 134:2,10,23 135:11,13,18 136:15 137:3,12,23 139:11,25 140:21,23 141:24

**II** 107:10,11

**illegal** 9:11

**illness** 61:8

**image** 130:24

**immediately** 52:22 58:1

**imminent** 58:6

**impair** 11:10

**implant** 134:21 135:14,18 136:23 137:16,17,18

**impress** 65:9

**impression** 109:1

**Impressions** 102:25 103:1 104:16,21 108:7,19

**in** 2:5,11 5:7,9,12,14,17 6:12,22 7:8,9 8:17,25 9:4,6,22 10:3,5,7 11:8 12:11 13:1 14:2,5 15:1,11,25 16:21,22 17:5,25 18:1,14,22,23 19:17,19 20:4 21:1,8,15,18,20 22:2,8 23:10,21 24:1,23 25:11,12, 21 26:23 27:6,14,18,22,25 28:1 29:2,7,10,14,17,24 30:7,12 31:14, 16,24 32:1,9,12 35:12 37:6,11 38:6,9,12 39:15,22 40:11,24 41:5, 7,17,25 42:9 43:8,11,16 44:15,17 46:4,6,19 47:7 49:3,4,7,10,21,24 50:9,15,20 51:6,19 52:19 53:3,6, 14 54:8,16,19 55:17 57:15,23 59:11,17,20 60:13 64:20 65:8,13 67:25 68:14,15,18 69:12,17,18,22 70:8,15 71:20,23 72:17,18,20,23 73:2,11,16,20 75:10,15,23 76:7,9, 11,15,16,23,25 77:7,11,21,22 78:4,13,17,18,22,25 79:2,7,13,15, 20 81:2,14,20 82:1,12 83:6,9,10, 23,25 84:5,7,8,10,12,22,24 85:11, 15 86:19,23 87:1,10,18 88:4,5,14, 17 89:24 90:9,21,22,24 91:5 92:2, 4,23 94:18 96:16,22 97:5,25 98:12 99:5,9,25 100:17,18,22,24 102:6,9,17 103:16 104:21 105:18 107:6,8 108:7,10,15,19 109:6 110:8,12,21 111:7 113:20 114:5, 13 115:11 116:1 118:2 119:8,11, 12,16 120:1,4,12 122:25 125:8 126:12,21,22 127:3,15 128:22,25 129:9 131:11,19 132:8,13 134:14 135:12 136:2,17 137:21

**inability** 88:13

**inaccurate** 64:14

**incarcerated** 26:1 30:10 75:7 87:23 88:1 100:16 105:2 107:11

**incarceration** 30:21 77:14 104:24

**inches** 138:4,6

**incident** 23:23 79:20

**include** 140:13,17

**including** 70:19

**incontinence** 124:2,7

Index: INDEX..it

**INDEX** 3:1,6 4:1

**Indiana** 2:4,10 5:4,8,10,19 6:11 12:12 15:13,15 57:20

**Indianapolis** 2:5,11 16:11

**indicate** 33:13 135:9

**indicated** 15:2

**indicates** 55:14

**indicating** 13:3,12 62:8 118:5 120:8

**indication** 33:23

**individual** 68:7 100:10 107:11

**individuals** 26:10,15 110:21 112:17 113:10

**Industrial** 48:14,16

**Indy** 17:6

**inexcusable** 88:21

**infant** 100:20

**infection** 120:21

**inflict** 92:2,3

**influences** 62:25

**inform** 112:10

**information** 49:1 63:12 74:18,21 92:21

**informative** 56:3

**informs** 62:16

**initial** 55:12 115:13

**initials** 5:23 112:6,9 113:12

**inject** 137:9

**ink** 27:22

**inmates** 115:11

**innate** 31:21

**inner** 82:16

**inquire** 97:22,23

**inquired** 24:24

**insert** 39:10

**inside** 34:2 51:17 52:5 54:7 56:7 59:15

**instance** 35:20

**instances** 110:8

**instead** 88:19

**insufficient** 98:13

**intake** 35:9

**intend** 81:21 103:11 140:18

**intended** 107:15

**intentionally** 90:24

**interact** 115:25

**interest** 64:20

**interested** 115:11

**interject** 139:10

**internet** 16:7

**interpose** 123:19

**Interventions/methods** 107:6

**interview** 54:2

**into** 12:15 17:15 22:15 24:18 25:3 27:25 28:9 31:5,13 35:10 36:2 39:11 62:4 68:17 70:12 72:14 86:24 94:13 128:18 137:9,18

**introital** 122:7

**invasion** 68:8

**invite** 112:25

**involved** 40:1

**involvement** 118:13

**involving** 73:22 74:22

**irrelevant** 94:7,8

**irreversible** 121:12

**is** 5:2,3,4,7,9,12,14 6:10,17 7:1, 23,25 8:19,20,21 9:24 11:7,19,21 12:8,12 13:1,5,7,13 14:14,18,20, 21 15:7,13 16:6 17:6 19:8 20:24 21:11 22:4,7,8 25:20 27:11,12 28:6 30:6,14,17 31:3,7 33:22 34:7,10,22 35:1,6,18,23 36:7,13 39:8,15,24 43:9,13 44:25 45:12 47:20 48:6 49:10,13,16,18 50:1 53:23,24,25 54:1,6 55:3,4,5,23 58:10,15,17,20,21,22 60:5 61:9, 16,22,24 62:15,23 63:2,10,19 64:2,14,20 65:13,17,20 66:18 67:9 68:2 70:4,5 71:1 72:9 73:1,2 74:24,25 75:13,14 76:4,7 78:3,17 79:2,9 80:17,18,21,23 81:2 82:5,

24 83:4 84:2,17 85:19 86:7,9,15 87:17 89:3,15,17 90:3,7,23 91:7, 22,24 92:2,3,11,14,17,21,23 94:22 95:4,7,16,18,20,23 96:6,25 97:22 98:2,17,18 99:8 100:7,9,17, 20 102:4,10 104:1,18 106:8 107:3,22 108:12,20 109:6,11 110:2 111:11,12,13 114:11,18 115:15 116:11 119:3,22 120:10 121:11 122:8,10,13 123:8,12,19 124:1,7,16 125:16,21,25 126:10 127:2,7,8,11,13,21 128:7,14,16 129:10,13 130:16 131:5,6,7,8,11, 13,17,22 132:1,7,8,15,23,25 133:3,7,13,16,23 134:7,24,25 135:12 137:7,11,15,20 138:1,13, 17,22,23 139:10,17 140:14 141:8

**isn't** 17:10 66:12 94:5 132:22 134:15

**ISR** 30:8

**issue** 61:10,17 67:13 97:14 121:1 137:14

**issues** 40:3 61:13 102:5 116:23 138:17

**it** 9:11,13 10:6 11:8 12:10 13:1,18, 19,21,25 14:12,20 16:6,12,25 17:4,21 18:13,15,18 19:2,15 20:1, 14,25 21:5,12 22:15,16,17,18,19 23:4 24:2,20 26:24 27:7,12,15,18 28:6,7,24,25 29:13,19 30:21,22, 24 31:4 32:3,11,21,24 33:3,17,19 34:2,3,4,7,10,12 35:2,4,9,24 36:2, 4,7,12,13 37:18 38:8,18 39:4 40:8,14 41:7,9,15,19 42:1,3,4,6, 24,25 43:20,23 44:16,19,24 45:5, 9,12,21 46:13,17 47:8 48:6,17 49:7,18 50:1,14,15,19 51:10,24 52:8,14 53:5,14,15,25 54:4,6,15, 18,19 55:4,8,14,21,22,24 56:1,3, 24 57:1,7,8,24,25 58:9,25 59:1 60:2,9,23 61:9,12,16,24 62:1,2,3, 22 63:2 64:6,20 65:4,7,10,13 66:7 67:13,18,20,24,25 68:8,16 69:4,7, 18 70:12,22 71:14,20,21 72:17 73:2,8,9,25 74:1,12,20 75:14 76:12 77:17,24 78:9 79:17 80:23 81:2,7,9 82:10,11,16,18 83:19 84:22 85:1,3,8,9,15 86:1,2,3,4,9, 10,13,16,17,18,23,24 88:11,16, 17,19 91:6,14,22 92:1,3,17 93:3, 7,11,24 94:17,18 95:7,10,16 96:5, 14,18 97:11,14 98:18 99:5,18,21 100:9,22,23,24,25 101:2 102:2,10

103:14,23 104:10 105:3,9 106:9 109:6,7,9,21 110:7,12,24 111:2 113:25 114:3,6 115:13 116:1,15, 19 118:14,15,18 119:3,16,24 120:10,24 121:1,5 122:4,18,23,24 123:5,7,24,25 124:16 125:23,25 126:3,11,19,24 127:1,2,8,19,21 128:8,11,12,13,20,21,24 129:3,21 130:1,14,15,22,25 131:16,20,25 132:4,5,7,19,20 133:3,5,6,7,8,15, 19,20 134:4 136:10 137:9,12,19 138:5,6,8,9,11,12,22,23 139:7,11, 15,17,18 140:9,10,13,17,18 141:5 142:19,22

**it's** 7:8 12:22,23 16:7 18:1 25:5, 12 26:10 29:5,10 30:8 32:21 35:7, 8 40:12,13,14,16 47:10 48:6,8,15 52:14,15,25 53:1 54:19 55:5,6 61:25 62:5,11,12 73:25 74:25 76:16 78:8 81:5,12 84:3 86:1 87:20 91:11 100:4 108:11 111:4 117:5,8,10 118:9 119:21,25 120:1,4 123:3,23 125:23 126:11 127:3 128:10 129:6 130:12,24 131:9,14,18,19 132:10,12 133:9, 20 134:25 135:1 136:8,10 137:18 138:6 140:13

**items** 26:12

---

## J

**J-A-N-N-E-L-L-E** 8:21

**J-O-N-A-T-H-A-N** 6:16

**janitor** 41:11

**Jannelle** 8:20,21,22

**January** 83:15 84:10,12,13 98:8

**job** 29:12,13,15,21 41:7,11

**jobs** 29:21 30:9,11,14

**join** 112:25

**joins** 28:18

**joints** 90:23

**Jolie** 20:19,24 21:2 22:7

**Jonathan** 5:6 6:1 11:13 22:24 23:7 109:22

**journal** 128:11

**journey** 17:24

---

**judge** 7:9 18:3 54:8

**July** 49:20 52:2,13 53:3,10 72:20 83:16 84:11,12,13 109:15

**jump** 124:10

**June** 90:9 93:21,25

**jury** 7:9

**just** 7:17,23 8:5 9:18 10:10,24 12:18 13:1,6 14:8,12 17:4,15 19:21 24:11 25:2 27:17 28:23 29:19 30:25 31:1,21,24 32:11,20, 21 33:3,16,24 34:5 37:8,9 38:5,11 40:4,12,14,18 42:25 45:19 46:18 47:10,21 48:8 50:11,16 51:10,15 52:15 53:8,19 54:10 55:7 56:16 57:1 58:11 60:21,22 61:24 62:22 63:2,14,23,24 65:2 66:9,17 73:9 79:8 83:3,19 85:11 86:14,17 88:22 89:3,17 94:25 97:13 98:15, 21,22 99:14 102:15,19 104:7 105:17 106:21 107:20,21 110:24 114:17 115:9,15,25 117:12,14,21 118:9,14 119:17,21,25 123:3,18 128:8,9,12 129:7 130:9,24 132:20,22 133:20 134:13,16 135:7 136:4,19,22 138:1,6,9 139:9 140:11,18

---

## K

**Kaitlyn** 107:24 108:2

**Kaitlyn's** 108:1,12,22

**Katherine** 2:9

**katherine.meltzer@atg.in.gov** 2:12

**keep** 14:2 24:11 111:4 128:11 129:3 132:11

**keeping** 11:8

**Kelly** 115:23

**Kenneth** 2:3

**Kent** 5:20

**kept** 15:17

**kfalk@aclu-in.org** 2:6

**kids** 108:5

**kill** 25:7 69:19 75:25 76:7,13 77:25 81:3,4,5 137:6

---

**killed** 100:18

**kind** 17:14 25:6 52:21 59:2,12 70:6 114:1 118:4 127:12 129:7 130:11 132:2 134:23

**kiss** 31:17 32:16,24,25

**kitchen** 29:21,24 49:24

**knees** 41:3

**knew** 30:16,17 31:7,10,12 32:12 43:23 46:13 47:20 55:18,19 76:4 118:21

**Knight** 24:2 25:9

**Knights** 25:13

**know** 7:23 9:11,13,18,20 10:4 12:8 16:8 17:13,14 18:13,20 20:18 21:16 25:1 26:2,3,13 28:4, 6,10 32:9 35:1 36:13 37:6,24 43:9,19,22 44:24 45:22 47:17,18, 21 49:24,25 53:7 54:2 55:19,21 56:10,15 57:7 60:19 61:1 62:3 63:20 65:10 67:1 68:11,16 69:10 70:9 80:18 81:20 85:8 86:14 89:18,19 93:6 94:16 98:8 99:11, 14 100:17 102:8 104:6,7 105:25 106:7,14,16 109:11 110:15,16 111:3,5,6,14 112:8,23 114:14 115:15,17,19,23 119:23 120:15 121:14,17 123:2,5,20,23 124:17, 21 127:19 128:20,21,22 133:9 134:4,16 135:16 136:5,6 138:7, 12,16 139:11,14 140:23

**knowledge** 106:21,24 139:6

**knowledgeable** 61:3

**known** 5:6 48:15 70:11 95:14

**KS** 115:19

---

## L

**labeled** 48:6 61:9

**large** 69:17 121:25 122:2

**lash** 72:10

**last** 5:23 13:10 18:19 37:8 48:17 64:5 67:6 73:25 74:20 83:15,16 84:22 98:8 112:21,24 115:14,16 118:6,22 119:3 127:3 140:3

**lasted** 38:22

**late** 41:11

**later** 19:19 23:7 47:6 55:11 78:12 101:2 103:15 112:8

**laundry** 43:7

**law** 116:1

**lawsuit** 15:21,25 16:5 17:23 94:8 114:24 117:8,10 125:8 136:17

**lawyer** 10:10

**lawyers** 27:20

**lay** 102:18

**lead** 128:17

**Leadership** 105:6

**learn** 60:10 120:25 121:2

**learned** 10:24 42:18 127:16

**least** 22:13 30:4,16 114:21 127:18

**leave** 116:10,11 117:6 134:23 135:15

**legal** 11:17,18,21 15:13,15 18:1,4 51:24 113:20 115:10 116:2,16,17, 18

**legitimate** 9:12 142:8

**legs** 34:13 61:23 62:1,11 82:16 118:14

**Lenn** 5:14

**less** 118:15 141:1 142:11

**lessen** 134:1,10 136:3,10,11

**lessened** 139:1 141:5

**lessening** 133:22

**lessering** 133:22

**lessons** 127:16

**let** 7:23 39:21 41:2 50:8 52:16 54:10 57:16 62:22 70:25 78:13 79:17 81:20,21 88:17 93:14 97:12 102:20 104:18 106:21 108:15 118:22 127:19 128:2,19,22

**let's** 18:10 24:6 28:14 63:3 65:11 67:2 77:1 82:12 84:20 89:7,8,25 109:6 111:15 125:2 133:12

**Letner** 10:22

**Letner's** 10:12

**level** 31:20 69:24 96:25 134:11

**levels** 96:20,24

**Levine** 10:23,24

**LGBT** 15:15 114:7,16

**LGBTQ** 114:12

**library** 116:1

**lie** 64:19,22 101:14 102:19

**life** 19:19 21:1 23:17 29:2,7 46:19 47:7 51:11 68:15,18 91:17 92:2 127:15,16 131:17,19 132:7,8,10, 12 134:5 138:11,13

**life's** 130:15 132:23

**lifestyle** 19:2

**lift** 136:24 137:8,10

**ligation** 82:8 84:20,21

**light** 53:15

**lighting** 23:23

**like** 11:20 14:8 16:25 17:13,22 19:13,14 20:1,3,23 21:2,23 22:10, 19 24:1,20 28:3 30:23,25 31:18 33:3,14,24 34:3,5,8,11,15 37:14, 25 38:10,11 39:8,10 40:12,17,18, 24,25 42:5 45:5 46:9,22 48:17 49:8 50:1,2,3,8,9,10,13 51:10 52:22 53:15 54:18 55:9,25 56:1,3 60:5 61:3 63:16 65:11 67:13 68:1 69:23 71:14 75:2 76:12 78:23 86:10 88:17 91:4,11,15 92:1,9,17 93:3,11 95:7,10,17 96:5 98:8 99:4 100:9 103:21 105:9 110:7,12,23, 25 111:7 113:5,8 115:7,10,13 116:5,8,9,10 123:3 125:23 126:3 127:17,21 128:8,15 129:1,4,5,6,8, 15,16 130:13,18 131:14,17,19 132:9 133:7,8,19 134:24 135:25 136:1,7 138:8 139:15 140:4,6,11 142:9,23

**likeable** 72:5

**liked** 21:7 31:15,16 32:14 46:13

**likely** 9:4 46:19 128:17

**Likes** 103:15

**liking** 46:8,9

**Linda** 37:2 38:25 39:21 40:4,16, 21 42:11,14 43:8,15,17 46:22 64:10,22

**line** 7:24 123:8 129:9 140:3

**lingering** 120:23

**liposuction** 139:20

**list** 32:22 70:19 127:21 130:11,16 133:12 140:14,20,22

**listed** 48:15 130:7 136:13 137:21 139:15

**lists** 121:25

**lit** 24:6,15,24 78:18

**literally** 38:12

**literature** 50:6 51:19 62:24

**litigation** 94:8 98:12 118:10

**little** 11:5 15:20 17:19 20:2 39:4 41:8 50:6 59:7 85:25 92:5 100:4, 18 104:10 135:23,24,25 136:20 140:5

**live** 91:16 103:11 127:9 131:19 132:6 134:18 138:9,10 140:9

**lived** 31:14 32:11

**lives** 29:8

**living** 25:11 46:24

**local** 16:11

**location** 5:3

**lock** 87:1

**locked** 102:17

**long** 8:22 18:16 29:17 37:3 38:21 45:10 46:17 49:10 52:7 53:19 67:20 68:11 78:9 88:15 118:4

**longer** 24:10 57:21 61:25 78:17 83:20 101:8 132:15

**longest** 23:25 24:1

**look** 12:20 13:23 21:22 22:5,10 26:5 32:1 34:17 44:5 47:23 51:5 53:17 54:9 56:8 63:16 67:2 68:20 70:12,15 72:15 75:6 79:25 87:22 95:7 99:21 102:24 106:9 114:2 121:18 122:4 128:1 132:4 133:3, 5,8 136:7 138:2,6,10

**looked** 22:15 31:24 32:5 60:12 100:23

**looking** 32:5 48:10 69:4 103:4,6 116:6,7 118:15 121:24 133:23 136:23,25 138:3

**looks** 48:17 92:17 95:7,10,17

96:5 100:9 110:12 125:23 126:3 128:8

**Lords** 112:23

**loss** 108:8,9,11,12,20,21,22

**lost** 18:20 109:4

**lot** 10:6 11:6 21:22 23:10 26:15 31:4 33:17 41:14 47:9 56:22 67:10 79:23 96:18 102:1 114:20 141:1

**lots** 80:16

**love** 20:17,19 43:8 80:18 130:12

**loved** 18:18 20:19 43:15,17

**low** 122:3 123:23

**lower** 123:10

**luck** 115:7

**LUTS** 123:8,9

**lying** 69:22

**M**

**M-C-C-R-E-E-R-Y** 18:25

**M.D.** 65:23

**ma'am** 6:6 13:5

**mad** 64:6,10,23

**made** 20:4 29:5 42:1 62:13 105:6, 24 130:10 135:7 142:7

**Madison** 3:19 12:11 13:6

**main** 137:13

**mainly** 142:7

**majority** 30:14

**make** 17:15,16 29:3,16 31:6 41:16 51:11 53:14 55:8 57:1 58:9, 14 62:12 66:17 69:12 72:14 73:4 86:15 89:18,23 94:2 103:9 111:13 114:6 117:12 121:1 129:3 134:19 137:5

**make-up** 33:25

**makes** 34:8 81:19 131:16,20 132:7 134:4 135:19

**makeup** 19:5,12 31:13 33:11,20 42:21,23 43:2 97:8

**making** 56:16 58:25 88:5 133:15

134:15

**male** 11:21 16:8 19:17 98:1

**man** 39:10,22,23 42:2,5 118:19

**manic** 70:24 71:11

**manipulate** 69:15 70:7

**manipulating** 70:14

**manipulations** 70:5

**manipulative** 69:20,25 70:2,4

**manner** 92:4

**mannish** 131:13

**many** 10:5 17:3 30:2 32:22 46:15 66:3 76:19 96:6 134:14 140:3

**March** 98:9

**mark** 111:15

**marked** 4:1 48:23 74:4

**marker** 11:21 12:2,15 14:11,16, 17

**married** 19:20 37:3 38:17,20 40:16,21

**Martinez** 97:21

**mask** 133:7

**Mason** 37:2

**master** 140:20

**masturbation** 40:11 118:25 119:1

**match** 30:19

**matter** 5:9 62:2

**may** 5:15,16 7:11 8:10 35:24 36:4 46:7 54:11 91:4 98:9 100:10 108:9,20 135:1,17

**maybe** 30:13 35:17 39:4 44:25 46:11 52:9 93:8 99:18 119:11

**Mcclarren** 107:24

**Mccreery** 18:23,24 20:5

**Mccreery's** 19:23

**MDD** 70:20

**me** 7:23 8:5,9,10 9:4,6,19,23 10:9 11:3,17,20 12:14,18 16:13 17:13, 15,24 18:18 19:25 21:16,17,19, 24,25 22:5 23:3,24 24:18,21,23 25:14 26:3 28:9,10 29:13 30:24

31:6,20 32:23 33:6 34:19 35:9 36:25 37:13,15,22 39:10,16,23 40:12,25 41:2,19 42:2,4,6,24 43:1 44:16 45:10,12 46:6,14 47:16 49:25 50:4,6,23 51:11,14,15 52:16,17,21 53:5,15 54:5,9,10,17 55:24 56:18 57:16 58:2,3,25 59:2, 19 61:12 62:22 63:12 64:6,12,23 66:7,16,24 67:1,10 68:5,6,10,16 69:22 70:8,12,13,25 71:15 72:4,9, 10,13,14 73:4,10,16 77:4,23,24 78:4,8 81:12,19,21 82:4,24 85:4, 13 86:25 87:1 88:12,17 89:21,22 93:14 97:7,8,9,12,14,18,19 98:16, 24 99:4,5,19 102:20 104:18 105:16 106:4,21 108:2,15 109:5 115:4 116:4,17 118:1,4,22 120:16 128:1,18,20,22,25 129:1,15 130:14,25 131:10,20 133:18 135:4,19 136:25 137:1,5,12,13 138:5,15 139:8,14,17,18 140:10, 11,24

**mean** 10:16,22 16:4 25:18 31:10 32:19 33:22,24 37:19 39:24 42:1 46:4 66:10,15,16 68:3 69:8 73:9 82:8 93:6 96:24 97:1,18 114:4 115:9 119:15,18 129:11 130:9,21 131:23 133:13,15 134:3 136:13

**means** 67:10 70:19 73:9 123:6

**meant** 10:19 107:21 132:17

**meatoplasty** 123:1,3,5

**media** 16:6,9 127:13

**medical** 48:11 59:25 71:23 73:12,17 75:21,24 82:19,23 83:1, 3 84:14,18 85:16,20 87:4 88:23 91:7 92:11 106:1,11,22 121:6 137:22

**medically** 134:7 136:14 137:3, 11,20,24 139:24 140:2,8,13

**medication** 25:5 59:13 69:17 76:8 78:2,7 82:24 94:22 95:4,19 96:2 97:20

**medications** 69:23 81:17 83:5

**Medicine** 4:3

**meditate** 11:6

**meditation** 11:5 59:11

**medium** 40:19

**meet** 8:24 37:5 66:3 68:10 98:3

**meeting** 36:23 68:4

**meets** 105:4

**megalomania** 70:23

**megalomaniac** 71:13

**Meltzer** 2:9 28:17

**member** 25:13,25 26:7,9 113:4

**members** 112:17 113:8

**memo** 15:16

**memorandum** 15:10

**memories** 73:7

**memory** 18:21 45:11

**men** 40:24 41:5,18,25 42:9

**mental** 11:8 47:1,3 61:7,9,13,17 64:17,21 66:16 80:9 98:3,7,13 104:4,8 124:21 138:17 139:5,12, 16

**mentally** 10:10

**mention** 72:17 73:13

**mentioned** 8:15 9:7 10:22 13:6 16:9 26:18 33:8 46:8 50:7 51:19, 24 61:20 84:5,6 85:22 99:7 107:22

**mentioning** 52:20 54:3

**met** 40:7 42:24 43:21 49:24 53:10 66:5 80:5,23 99:9 107:7 115:24

**metaphorically** 131:23

**method** 86:15 91:25

**methods** 81:25

**middle** 44:17 72:17 77:11

**might** 18:16 25:2 26:24 45:9 50:14 53:5 67:17 68:6,8 70:7 99:18 100:23 120:22 121:4 127:16 128:17 130:8,10

**mind** 40:18 53:3 93:24

**mine** 29:5

**minute** 73:25 141:12

**miracle** 53:8

**Miriam** 120:11

**mirror** 31:24

**mis-gender** 129:1

**miscarriage** 108:17,24

**misdirected** 122:18

**miss-type** 45:4

**miss-typecast** 44:24

**missed** 12:17 78:18

**missing** 90:23 100:4 134:4

**mistakes** 62:12

**MJD** 5:24

**moderate** 124:16

**mom's** 31:13 33:11,20

**moment** 9:13 34:4 90:2

**momentarily** 62:5

**monitored** 96:12

**month** 29:20 83:15 131:4

**months** 30:13 37:4 38:17,21,23 44:4 52:9 60:14 83:13 92:14 93:3 96:2,6 130:5

**moral** 9:6 20:25

**more** 19:15 20:2 30:21,22 39:4, 18,22,25 41:1 56:12 58:2 60:8 62:22 66:10 67:24 76:8 79:14,24 81:11 82:24 85:25 86:9 93:20 94:13 101:18,19 102:22 134:5 137:19 139:18

**morning** 5:18 6:6,7 38:7,14

**most** 25:21 33:18 40:6 47:8 61:13 77:6 85:12,13 91:16 97:12 99:20 103:14 110:10 115:11 116:11 130:25 133:9 137:1

**mother** 21:20,22 45:3 107:20

**Motion** 125:16

**motivation** 88:24

**move** 38:12 65:11 77:16 129:16 130:25

**moved** 38:12 116:11

**movie** 21:3,8

**moving** 57:24 58:4 105:5

**mr** 3:3,4 5:18,20 6:5 12:22,25 13:25 28:14,23 34:21,24 35:15 43:9 45:19,25 48:1,2 57:13,16 58:17 59:22 60:5,21 63:3 64:24 65:5,10 66:9,15,16 73:15 74:7,11

75:3 87:20 89:6,7,8 94:4,24 95:1, 2 98:24 104:1 106:13,16,19 111:10,15,18,22 112:12,13 115:21 117:11,12 118:8 119:17, 20,23 123:18 124:1,25 125:1,2 127:2,3 128:1 139:9 141:9,12,13, 22,24 142:12,13,17

**Ms** 19:23 20:5 28:17 34:19,23 43:13 89:5 100:6 111:23 115:22 117:9,14 141:15

**much** 7:18 13:4 22:5 39:15 42:25 43:15 59:20 62:2 81:16 83:19,20 86:24 88:18 116:20 118:15 134:2 142:11

**Mulberry** 77:7

**multiple** 82:9

**murder** 25:24 26:21,23 88:1,5 100:16 104:24

**murdered** 88:8 108:10

**murdering** 27:1 28:21

**must** 5:22 106:4

**my** 6:10 7:12 8:3,4,9,15 9:4,17, 21,23 10:9,13,24 11:7,18 13:2 16:12 17:4 18:14 19:13,17,19 20:4,21 21:6,12,15,18,21,23 22:13,15,23,24 23:23 24:10,17, 19,24 25:14 26:16,25 27:18,20 28:1 29:2,13 30:14,18,21 31:12, 13,19 32:1,3,11,12 33:1,2 34:13, 14 35:19 36:6 37:8,11 39:5,18,19 40:9,10,24 41:3,8,11,19 42:1,18 44:3 45:3,15 46:5,7,19,20 47:3,7, 9,15,16,18 49:8 51:11,12,14,18 52:19 53:6,9 54:2,4,7,15,19 55:5, 7,17 56:6 59:10,16 61:3,6,18,19 62:11 64:20 67:17 68:6,8,15 70:14 73:4,11 76:4,17 77:8,11 78:12,18,25 79:1,4,15 81:15,24 82:5,6,9 83:19 85:6 86:21 88:13 91:12,17,22 92:2 93:24 94:15,25 95:19 96:18,20,24 97:10,13,20, 22,24 98:11 99:5,20 100:22 102:7,22 105:20 106:24 111:4 115:5,6 116:11 118:13 119:11 121:1,9 122:12 126:13 127:15 128:10 129:2,12 130:1 131:4,6, 16,17,19 132:1,7,8,10,12,13,23 133:6,7,17,19,20,22,25 134:1,10, 20,23 135:1,11,17,18 136:15 137:12,23 138:11,13,20 139:13, 18 140:4,25

**myself** 20:20 31:24,25 39:11
42:19 46:5,6 69:19 77:22,25 82:6
84:3,5 86:11,12 88:13,17,18,19
89:18,22 91:14,15 92:2 102:17
134:11,12,16 137:6 138:19

**myself'** 80:18

---

## N

**name** 6:10,15 8:20 9:12,13,17,20,
25 10:24 11:12,17,18,19 12:2,12,
14 13:16 14:4,12 18:4,10,23
20:12,14,17,20 22:13,14,17,20,
23,24 23:2,4,5 27:3,13,22,25 28:1
36:14 37:1 46:18 49:21 55:21
63:10,11,14 99:8 107:24 114:11,
18 115:16,19

**named** 10:22 20:16 22:25 25:9

**names** 9:11 20:18 23:9,10
115:14

**narcissism** 70:24

**narcissistic** 71:12

**naturally** 31:21

**nature** 109:4

**NCF** 100:15

**neat** 34:3

**nec-** 120:19

**necessary** 134:7 136:14 137:4,
11,20,22,25 138:13 139:24 140:2,
8,13

**necessity** 134:6

**necroti-** 120:19

**necrotiz-** 120:19

**necrotizes** 86:2

**need** 7:22 9:11 50:15 56:22,23
57:24 58:13 66:10 68:6,10,11
117:7 128:12,14 138:22

**needed** 39:10,11 41:9 57:4 69:18
102:2,11

**needs** 49:9,14 112:8

**negative** 19:16 70:5

**never** 21:21 23:19 25:23,25 28:1
29:1 33:15 39:5 40:10,23 41:19,
21 43:17 45:11 47:5,15 79:16
81:14,23 100:22,24 104:11

**new** 8:25 12:17 35:6,7,8 36:15
56:14 116:4 120:22 139:8

**news** 16:6,9,13,15,25 17:3,10,12

**newspaper** 16:19 17:7,11

**newspapers** 16:11

**newsworthy** 30:22

**next** 17:15 37:16 38:7 53:19
72:22 78:1,7 79:25 92:20 100:12
123:8

**nice** 9:24 116:7,14

**Nick** 114:11,18,25 115:2,14

**nickname** 9:15 20:22

**nicknames** 23:10,22

**night** 17:19 37:23 38:3,5

**nine** 38:23

**nines** 102:16

**nineties** 21:6,9

**ninety-** 92:9

**no** 6:25 7:6 8:3 9:17,21 10:3 11:5,
11 12:23 14:8 16:18,24 20:11,22
23:3,10,12,14,20 26:2 27:15,24
31:3 34:12 35:18 37:14 39:16
40:22 41:23 42:10,12,15 45:7,11,
15 46:24 47:18 50:13 51:24 52:14
53:4,9,13,25 54:8 55:9 57:7,21,24
58:8 59:19 61:12,14,25 62:2,9,10
63:2,11,22 64:18 65:1 66:22
67:25 68:19 71:24 73:13,15,16,
20,23 74:2,25 75:18 76:2,24
77:13 78:11,17 80:22 81:1,10,11
82:8,21 83:20 84:16 85:12,18
87:5,7,8 89:18,19 91:9,22 93:9,
10,17 94:1 96:13,15 99:14 100:3,
22 101:8,9,13,25 102:6,14 107:17
108:6 109:2,18,25 110:16 111:16
113:3,6,19,22,25 115:15 116:17,
24,25 117:1 119:3,7,9,11 120:3
121:9 122:12,14,15 123:7,15
124:9 126:8 130:14 132:11
133:17 140:9 142:3,8,12

**no-no** 31:15

**Nobody** 71:15

**noes** 8:2

**non-binary** 31:5

**non-metaphorical** 131:25

**non-starter** 118:4

**none** 31:5 98:1 107:13 132:6
142:9

**Nope** 43:7

**nor** 29:2

**normal** 138:15

**not** 3:12,15,18 5:24 6:9 7:13 8:4,
16 9:4,16 11:5,11 12:5,10,15
16:24 17:24 19:19 21:16 22:3,6,
11 24:10 25:14,17 26:2,4,13,16
27:15,16,17,24 28:10 30:24,25
31:1 32:13 34:5 35:15 36:4 38:21
40:6,12,17 42:18 43:3,12 44:1
45:12,21 46:4,22,24 47:5,16 48:6
49:6,7,10 50:24 51:5,24 52:15,17,
25 53:8,9,25 54:11,25 55:4 56:10,
24 57:1,13,14 58:6,13,14,17,20
59:12 60:23 61:1,3,18,22 62:5,11
66:20,23,25 68:12 70:3 72:13
73:6,20 74:25 75:10,16,25 76:3,
13,17,20 77:13 78:2 79:19 80:5,
23 81:9,12 82:22,24 84:17 85:2,
19,22 86:6,15 88:2,6,11,24 89:22,
24 91:10 93:20 94:1,6 97:16,21
98:1,3,10,14,20,22 99:11 101:18,
21 102:4,7,18,22 103:24 104:1
105:5,9,14,25 106:9,24 107:17
108:6 109:2,3 110:4 114:13,23
117:19 119:7,11 122:12 123:15,
19,24 124:6,20,24 126:8 127:19
128:10 129:6 130:11,12,15 131:5,
6,11 132:8,11,14,16,17,19 133:20
134:15,16,25 135:11,12,17,22,24,
25 136:1,23 137:5,13 138:5,8,17,
20 139:7 140:13,21 141:2,7
142:17

**note** 49:2,16 53:21 54:11 55:3
72:22 80:7,14 92:21,23 103:2
104:18 107:3

**noted** 55:8 117:11

**notes** 54:1 65:9 90:14 94:25
103:15 122:22,25

**nothing** 28:24 50:19 141:8

**notice** 92:24

**noticed** 32:10 117:14

**November** 84:22 85:11

**now** 5:15 12:2,7 13:23 15:6 16:2 18:1 45:5 47:7 50:13 51:16 52:16 74:17 101:5,17,23,24 102:4,17,21 112:21 118:9 132:10

**NUM** 3:7 4:2

**number** 5:9 6:19 10:18 13:7 14:21 22:1 92:7 94:24 112:24 121:25 122:2,13 125:21 133:17

**numbers** 15:2 121:17

**numbness** 120:23

**numerous** 12:17 42:17 76:10,17 104:25

**nursing** 49:6

---

O

**oafish** 131:12

**oath** 7:2,4,8

**object** 28:23 43:14 45:19 58:18 59:22 60:21 65:5 94:5 117:9 118:8 139:9

**objected** 12:6

**objection** 57:13 64:24 73:15 117:13 118:11 123:19

**objections** 7:12

**observe** 133:6

**obtain** 40:20 50:12 53:5 71:18

**obtained** 69:17 130:9,10

**obvious** 32:4

**obviously** 28:25 40:1 43:14,16 123:19 139:10

**occasions** 78:14 82:10 85:17

**occur** 96:21

**occurred** 110:12

**occurring** 110:8

**October** 83:15

**of** 2:4,10 3:1,6 4:1 5:5,8,10,11,19 6:11 7:1,9,24 8:9,11 9:23 10:2,4 11:7 12:8,14,21 13:5,10 14:17 15:11,15,19,20 16:6 17:14 19:2 20:13 21:9,19,21,25 22:4,16 23:10,23 24:4,19 25:5,6,13,21,22, 25 26:12,15,16,23 27:1,18 29:7, 19 30:14 31:4,5 32:22 33:5,17

34:14,15 35:9,18 36:3 39:6,19 40:6,19 41:10,13,15,24 42:4,18 43:1,7,16 45:2,15 46:4,7 47:8 48:21 50:24 52:21 53:8,22,23 54:2,4,6,14,18 55:5,7,17 56:21,22 57:2,20 58:9 59:2,12,20,23 60:2, 17,25 61:12,19 62:13,22 64:5,20 65:17,20 66:4 67:7,10,13 68:8,15, 17 69:12,24 70:6,13 71:2,13,19, 21 72:17,22 73:6,13,24 74:20 76:17 77:4,8 79:23 80:16 81:15, 16 83:2,15,16 84:4,6,13,22 85:11, 17 86:4,11,17 87:13 88:1,2,4,5,6, 8,23 89:25 90:2,3,14,20 91:5,7, 14,25 92:6,18 93:3,11,16,18,23 94:3,7,12 95:4,7 96:2,18 98:2,8 99:1,5 100:20 101:15,21 102:1,7, 12,23 103:8,11,22 104:22,24,25 105:1,3,6,21 106:25 107:13,16 108:5,8,9,11,12,20,21 109:4,5, 13,25 110:3,4,15,16,24 111:16 112:8,17,21 113:4,8,10 114:1 115:14 116:11 118:4,11,20 119:4 120:5,13,16,18,21 121:3,4,7,14, 15,18,21,25 122:10,13,21 123:12, 13 124:2,15,17,21 125:23 126:4, 12,13 127:12,15,18,22,24 128:24 129:7 130:11,12,16,19 131:4,5,7, 22 132:2,6,13,22 133:6,9,12,18, 19,21 134:11,23 135:17,24,25 136:4 137:12,21 138:11 139:7,15, 18,25 140:14,21,23 141:23 142:5, 7,9

**off** 28:14,15 39:16 41:13 48:4 60:12,13 63:4,5 70:9 78:12 85:1 86:2,3,6,7,16 89:7,8,9 98:20 107:1 111:22,24 112:1 120:7 125:2,3 128:10 141:13,14,16 142:16,25

**offender** 8:25 26:11,14 49:2 77:23

**offenders** 16:12 25:22 128:17 142:7

**offense** 25:23

**offer** 59:12 82:23

**offered** 9:6

**offering** 83:4

**OFFICE** 2:10

**officer** 17:5 97:11 98:23

**Officers** 98:23

**official** 93:4

**often** 9:18 32:12 39:3 82:13 83:6 131:21

**oh** 9:21 10:3 11:16 13:2 14:3 29:14 33:5 34:3 48:8 56:10,20 60:18 70:1 71:4 74:10 78:18 83:3 87:17,19 92:9 94:1 99:14 105:16, 19 106:15 112:16 116:9,12,17 120:9 128:21 129:13 133:7 140:9 142:7

**okay** 6:10 7:25 8:6 11:4 12:20,25 13:10,23,24 15:22 16:4 22:22 24:6 25:16 30:9,25 31:10 34:10 35:4,13,19 36:6,17,25 43:3 44:12, 15,20 45:19 47:25 48:8,10,17,23, 25 49:1,16 54:10 67:5 68:4,24 69:1 70:18 71:8 73:24 74:6 77:1, 21 78:5,21 79:20 82:4 83:14 85:4 86:14 87:10,19 90:2 93:3 94:4,17 95:14,20 96:1 100:1,8,9,11 102:12,15,22 104:15,18 105:11, 20 106:13 109:10,15,21 111:10, 18,19 117:4,11 119:20 121:18 125:15 126:10,15,17,21 127:21 128:19,22 131:25 142:12

**old** 5:22 77:10

**on** 3:16,17 5:1,23 8:10 11:9 12:6, 8 14:13 15:2 16:1,18 17:3,9,17 19:19 23:24 24:7,15,17,25 25:5 27:13,22 28:5,19 29:19 31:20 32:6,22 33:17 34:1,4,7 36:20 39:18,25 41:3 43:10 44:25 47:7 48:25 49:19,22 50:14,19 51:10 52:1,3,4,5,18 53:3,10,15,16 54:5, 7,17,19,23 56:4,6,7,9,21 58:9,19 59:15,21 61:3,15 63:8 64:22 65:11 69:23 70:22 71:19,20 74:7, 9 75:5 76:8,24 77:1,12,16 78:1, 11,12,16,18 80:14 81:7 82:9,15 85:17 88:19,20 89:12 90:7,12 91:21 92:2,3,25 93:4,15,24 94:25 97:20 100:1 102:24 103:9 104:19 107:3 108:7 109:21 110:7 111:2,5 112:2 116:8,13 118:1 121:1 125:6 126:3 127:22 128:10 129:17 134:14,21 135:13,14 136:8 138:19,24 139:22 140:14,21 141:19 142:13

**once** 52:24 58:23 61:14,25 62:3 66:4 78:23 84:8 86:23 115:24 121:1

**one** 13:25 17:4 20:11 23:15 26:3

32:21 37:19 39:25 40:6 41:3 43:1, 7 48:21 54:5,8 62:13,22 69:12 73:24 77:6,7,22 78:7,14,15,18,19 84:9 85:11 87:8 90:2 99:1 114:11 115:25 129:6 132:4 133:9,13,17 134:20,22 136:9,25 137:1,25 142:8

**One's** 114:11

**ones** 17:8 77:16 99:4 107:14 137:5

**ongoing** 97:15 115:10

**online** 16:17,23,24

**only** 7:23 10:3 14:11,14 16:11 17:6 31:25 37:18,19 39:15 41:8 42:2,3 51:1,24 54:6 55:17 56:1 66:1 72:8 86:23 92:1 110:16 140:4

**open** 43:20,22 48:22 67:22 79:15 114:12 117:6

**openly** 20:8 46:4,6

**opinion** 11:1

**opposed** 32:19

**opposite** 33:24 43:18

**or** 7:9 8:2 10:2 11:9 13:1 18:15 24:14 25:23 26:3,12,13 28:2 29:25 30:2,8,14,23,25 34:4 38:2, 11 39:7 46:18 53:2,12 54:8,9 56:8,21 61:18 62:24 64:17 69:5 79:13 80:16 81:3 85:3 87:1 90:12 92:4 97:24 100:5 103:24 104:6 108:9,21 112:14,17 113:4,5,7,8, 15,18,21,23 114:24,25 115:2,14, 16 116:23 117:6 118:19,25 121:7, 14 123:23 132:2,7,12 133:18 136:1,24 138:2,4,10 139:9

**oranges** 91:11

**order** 3:16 13:13 14:2 69:18

**organization** 111:7 112:25 113:5,8 142:9,11

**organizations** 26:17 111:2

**orgasm** 40:17,19 119:2,10

**orgasming** 40:18

**original** 22:13,23

**originally** 10:17 15:23

**other** 9:23 16:12 17:8,18 18:2 19:20 23:9,10,11,13 25:22 26:9

29:21 30:9,19 31:3,23 37:24 39:15 46:25 53:2 62:10,23 63:20 65:8 72:6 73:5,13 77:12 78:24 79:18 86:19 96:2 99:3,5 107:13 111:2 114:11 116:16,22 128:17 133:17 137:3 138:1,17 139:5 140:20

**others** 32:10 42:20 129:10,14

**otherwise** 5:6 54:1 95:14

**our** 22:14 37:16 39:6,19 49:21 135:2,3 140:23

**out** 14:12 24:18 26:9,15 31:19,21 34:14 37:14,22,23 38:1 58:1 72:11 77:23 80:8 86:25 87:13 88:19 99:5 102:10 109:16 111:12 114:20 126:13 128:13 131:16 133:6 138:24

**outside** 30:6 54:8 56:6 61:15 103:8,11 115:13 116:13

**over** 8:4 10:9 12:17 16:7 33:15 37:20 91:5 118:11 122:25 126:12 142:22,23

**overdose** 71:20 78:11,20,22

**overdosed** 78:1,16

**overwhelming** 91:23

**own** 9:23 17:16 39:18 46:7 47:9 56:21 58:20 59:10,16 61:3 62:15 70:14 78:25 108:5,10,21 116:21

---

**P**

---

**p.m.** 74:15 111:25 112:3 125:4,7 141:17,20 142:16

**pack** 34:25

**Pactor** 2:4 5:20 34:19,23 89:5 100:6 111:23 115:22 117:9,14 141:15

**page** 3:1,7 4:2 13:10 14:17 44:5, 11 48:17,23,25 64:2,3 65:13,14 67:2 72:15 74:16 89:25 90:7 92:6, 11,20 95:16 99:25 100:12 102:24 104:13 106:25 108:7 121:18 126:1 129:22 134:21

**pages** 54:2 96:2

**paid** 41:9

**pain** 25:5 47:11 59:3 84:4 91:24 92:2,3 102:1 115:5 120:22

132:22,23 133:1,4 134:10,18 138:14,16,20 139:18 140:10,11

**painful** 82:10 84:3 85:2 86:6 131:20

**pair** 77:8

**palpable** 129:10,14

**pamphlets** 50:6 121:3

**paper** 36:20 128:10

**paragraph** 44:15 53:19 64:6 67:6 68:25 70:18 71:9 74:20 75:6 87:13,20 90:16 102:25 103:2 104:15,21 105:7 108:7,15,19

**paragraphs** 35:20

**paranoid** 70:21

**parent** 89:21 107:25

**parents** 21:16 22:25 38:2 47:16

**part** 11:7 14:12 36:3 39:6,18 45:24 88:5,8,23 90:3 105:21 110:24

**partner** 118:25

**parts** 68:15

**passed** 18:19 109:4

**passes** 41:16

**past** 54:16 69:23 70:16 75:10,15 80:16 82:1,12 83:6,23 102:5,13 110:9 119:8,10,12 120:1 134:15

**pat** 59:13

**patience** 58:12

**patient** 58:11 100:14 104:22 107:7 108:9,21

**patients** 124:18,22

**Paul** 22:20,25

**pay** 29:13,14 41:10

**peace** 101:5,17,18,19,21,23 102:4,12,20 132:2 133:18

**Pearl** 49:22 50:16,24 51:7,9,20 52:3,4,10,13 55:20 63:13,15,23, 24

**Pearl's** 63:10

**Pendleton** 30:6,8 77:21 78:6,17, 19 79:2

Index: penis..problem

**penis** 32:11 40:1,9,10,20 41:19 83:21 85:6 119:18,22 120:2 132:3,21,25 133:3

**Pentecostal** 31:14

**people** 9:4,18 10:6 16:7 18:2 19:21 22:5 30:22 33:5 37:7 51:1 52:17,22 54:22 55:25 72:7,8 97:13 112:14 114:12 118:1,2 129:15,20 134:5 138:2 140:20 142:20

**people's** 106:7

**percent** 54:6 103:12 122:8,13,19 123:13 124:3,5,7,13 126:12

**percentage** 124:16

**perfect** 45:10 130:23

**perfectly** 7:22 27:20

**perky** 136:1

**permanent** 27:23

**Perry** 14:5,14 15:16

**person** 18:12 20:5,7 21:5 22:9 31:1 46:25 59:15 62:24 65:7 66:1 67:25 86:11 116:18 117:18 138:4

**personal** 17:24 59:10 61:4 63:2 64:20 68:14

**personalities** 23:13

**personality** 23:15,19 70:21,22 71:16,22,25 104:23 105:3,22 139:2

**petition** 12:11 13:14,16 14:5 15:7,11 50:13

**Ph.d.** 66:13

**phone** 12:17

**phonetic** 57:22

**photos** 27:16

**physical** 18:1 19:17 51:2 82:5 90:21 91:20,24

**physically** 91:19

**picture** 54:18

**pills** 47:20

**pinstriped** 37:10

**pioneering** 56:14

**place** 41:14 79:25

**placed** 28:9 76:9 77:7

**places** 82:16,18 140:5

**plain** 54:20

**plaintiff** 2:2 14:18 15:2,5,11 126:19 127:5 128:3 134:21 139:19

**plaintiff's** 126:24

**plan** 129:17

**plans** 103:8,10

**playing** 70:11

**please** 8:2 34:17,20 44:6 47:23 48:24 63:25 65:15 68:20 74:16 75:1 80:1 87:11 89:5,25 94:17 99:21 104:13 109:19 112:5 120:4 125:13

**pleasurable** 39:14

**pleasure** 39:21 40:20 41:24 118:7,23 119:6,7,14 120:2

**pleasuring** 41:20 42:5

**plenty** 33:5

**Pltf_47** 3:20

**plus** 25:11 76:22 123:15

**podcast** 127:23

**podcasts** 127:25

**point** 9:23 27:14 44:22 53:4 68:24 73:2 79:3 86:4 93:21 94:7,11 118:14,18 119:12 130:14

**pointed** 53:21

**policy** 56:15

**political** 17:17

**polysubstance** 70:20

**Pope** 12:5,8

**portion** 111:16

**position** 78:6

**positive** 70:5 127:12

**possession** 26:12

**possibility** 45:9 57:8 58:7 70:13

**possible** 8:9 27:10 51:24 136:10

**possibly** 91:16

**post** 124:23

**pot** 78:13 90:25

**practices** 117:3

**PREA** 36:13,18 64:17 109:10,11,13

**precursors** 70:6

**predates** 78:19

**prefer** 18:4

**preferred** 11:25 39:5 99:3

**pregnant** 21:22 107:10

**preparation** 10:7

**prepare** 8:8

**prepared** 7:7 8:10 10:10

**preparing** 57:4

**presented** 11:2

**pretend** 62:5

**pretty** 9:16 16:14 41:1 116:6,7 134:5

**previous** 72:15 90:7 108:15 124:5

**previously** 4:1 65:6

**Primary** 90:19

**print** 16:21,22

**printed** 60:12,13

**priority** 133:17

**prison** 23:10,21 25:12,21 45:17 46:1,12,16 47:1,13 50:9,20 51:6 52:19 57:10 59:12 75:23 76:23,25 81:14,20 90:25 98:1 103:8,11 107:8 116:18 118:2 119:16 126:14 127:15 135:12

**Prison-rape-elimination-act** 109:14

**prisoner** 112:5

**prisoners** 63:20 99:3 114:8 116:16,22

**prisons** 50:7

**privacy** 46:7 68:8

**probably** 22:6

**problem** 53:25 59:8 61:19 72:8 74:2 139:17

Index: problems..realizing

**problems** 53:9 61:4 72:7 97:25 115:5 133:20,24,25 134:1

**procedure** 137:20

**procedures** 139:24 141:2

**produced** 126:21

**professional** 75:24 88:23 106:1, 11,22 121:6

**professionals** 47:2,4 64:17 91:8 98:4,7

**program** 25:12 29:18

**progressed** 47:8

**progressive** 57:23

**Prohibit** 3:16

**Project** 15:15

**promise** 134:16

**prompted** 128:23

**pronounce** 18:7 95:12

**pronouns** 9:5 11:25 97:10 98:21 99:3,5

**proper** 9:4

**prosthetic** 134:2,3

**Protocol** 35:5

**prove** 56:17

**provide** 70:8 116:19

**Provided** 107:6

**providers** 80:9

**providing** 57:21

**psych** 25:4 47:6,20 51:12,18 53:25 66:8,11 67:7,10,18,21,22 68:4,10 69:19 70:1,16 76:5 102:9 103:23

**psychiatric** 47:13 68:9

**psychiatrist** 66:14

**Psychologically** 91:18,19

**psychologist** 24:24 66:13 99:10,13 103:24 104:2

**psychologists** 48:21

**Psychology** 59:11

**psychotherapists** 59:17

**psychotherapy** 59:9,10,23,25 60:3,4,7 92:17 100:10 103:16,21, 22,23 104:4,6

**psychotropic** 83:4

**PTSD** 70:23 71:10

**public** 3:16 15:8,18

**puke** 78:25

**punch** 83:9,25 84:5,7

**punched** 83:6,17,23 84:14

**punching** 82:6 84:2

**purchase** 97:7

**purple** 37:10 86:5

**purpose** 7:1

**Purposeful** 25:11

**purposes** 8:6

**pursuant** 3:16 13:20

**pursue** 91:4

**push** 59:13 106:4

**pushed** 106:11

**put** 15:19 24:23 34:1,4 44:24 50:15 62:19 65:7,10 78:4 82:9 94:13 100:24 114:3 126:13 129:21 130:22 131:25 137:18

**putting** 34:7 54:19,22

**Q**

**quantities** 69:17

**queer** 31:5

**question** 7:13,16,20 36:6 58:21 60:22 66:18 81:21 102:20 111:21 118:22 132:17 138:18 139:16 142:1

**questioning** 7:24 42:25

**questions** 3:3,4 6:5 7:1,12 8:9 32:4 35:18 36:9 66:7 68:12 94:7 117:2 141:10,22 142:12

**quit** 37:8

**quite** 25:5 26:16 49:23 58:9 65:11 84:24

**quotations** 100:18

**quote** 101:3

**R**

**R-A-S-H-E-E-N** 115:18

**R-I-C-H-A-R-D-S-O-N** 6:16

**race** 63:18

**Rah-rah** 114:18,25 115:2,14

**raised** 27:18 90:20

**ranges** 96:25

**rant** 128:8

**ranting** 129:8

**rants** 128:15

**raped** 26:16 133:11

**raping** 68:6

**Rasheen** 114:19 115:15,17

**rashly** 138:21

**rate** 121:14 122:10,21 123:12,13 124:2,5,8,15,16,17

**rates** 123:21

**rather** 33:14

**razor** 86:21

**re-entry** 126:11

**reach** 52:6 80:7,8 130:1 140:14, 22,25

**reached** 118:18 135:18

**reaches** 140:23

**reaction** 17:11 19:23

**reactions** 17:18

**read** 10:9 16:9 17:7 29:16 35:24 49:16 62:24 73:12 74:9 121:2,3 128:19,20

**reading** 17:11

**reads** 49:2 90:19

**real** 9:13,17 21:13 39:18 59:12 63:10,25 114:18 123:3

**realize** 30:15 34:2 51:3 53:4 111:11 138:20

**realized** 93:12

**realizing** 138:24

**really** 11:5 20:3 24:20 26:4 43:23 51:5 55:21 57:6 81:20 86:24 94:14,15 97:16,22 98:14 101:16 104:11 114:23 115:10 117:24 118:3 123:15 128:10 130:23 135:11 136:5 138:12 140:11 142:10

**reamed** 16:13

**reason** 26:3,6 54:22 72:6 75:25 84:17 85:19 88:8 93:9 99:12 102:4 119:3

**reasonable** 91:7

**reasons** 10:14,15 31:23 67:17,19 76:17

**reassigned** 96:23

**recall** 36:22,23 55:15 64:12 67:16

**receive** 56:11 75:21 85:16 87:4 95:10 104:11 105:10 106:2,23 140:21

**received** 15:1 60:1,6,8,25 95:17 97:17 104:6

**receiving** 59:6,9,24 66:2 96:5,8

**recent** 81:2 85:12,13

**recently** 93:24 100:14 108:17

**recess** 28:17 63:7 89:11 125:5 141:18

**reciprocation** 118:3

**recognizes** 69:24

**recollection** 49:17

**recommend** 51:13,14 105:5,9, 14,16

**recommendation** 98:23

**recommended** 51:11 106:2,22

**record** 5:1,16 12:8 28:14,15,19, 24 48:4,11 57:1 58:14 63:4,5,8 65:17 66:10 68:14 87:25 89:7,8,9, 12 90:3 92:11 94:23 95:5,7 96:3 107:1 111:22,24 112:1,2 119:17 120:7 125:2,3,6 141:13,14,16,19 142:16,25

**records** 3:17,19 13:5 26:5 59:25 71:23 72:18,23 73:12,17

**recourses** 51:25

**red** 37:10 52:22

**reduction** 136:24

**referenced** 13:13

**REFERRED** 3:12,15,18

**referring** 9:4 15:22,25 60:15 64:7 80:11 108:11,12,22

**reflect** 54:14 60:1 91:13

**regard** 9:6 43:16

**regarding** 55:12 80:24 81:13

**regimen** 95:8 96:11,16,22

**Regional** 105:6

**regularly** 98:3

**regulated** 96:11

**rejection** 120:18

**related** 3:8 14:14 21:19 26:13,19 57:17 113:23 122:1 125:9

**relation** 113:21

**relationship** 31:17 38:22 39:1,6

**Relative** 121:20

**relatively** 92:25

**release** 27:10

**released** 57:10 79:8

**relevancy** 118:11

**relevant** 43:12 117:5,8,10 118:9 124:1

**relief** 59:3 62:6 132:2

**relieve** 61:6 127:18,19 133:21 136:15 137:23 139:25

**relieving** 92:4 137:12

**religion** 125:9

**remedicate** 81:19

**remember** 21:3 25:4,6 30:17 35:2,13,18 36:1,12,14,17,21 44:23 45:2 66:1 73:7,9 77:6 78:8 79:19,24 88:11,12 142:1

**remembered** 21:21

**remembrance** 20:13

**remind** 108:9,20

**reminded** 131:5

**remote** 104:25

**removal** 139:22

**remove** 86:12

**removed** 24:18 85:9 86:18 97:9

**rent** 41:10

**repeat** 44:7 45:24 108:14

**repercussions** 101:15

**repertoire** 67:21

**report** 10:25 11:1 16:13,15 55:12

**reported** 22:3 79:16 110:4

**reporter** 5:14,16

**reporter's** 8:6

**reporting** 26:12

**reports** 69:21 70:23 75:9 88:5 92:23

**represent** 6:12 56:6 70:19 91:4 96:1 109:10

**representation** 105:6

**repressed** 119:15

**request** 3:16 13:17 14:15 49:4,8 52:1 96:18,19 109:23

**requested** 56:13 60:9

**requires** 86:3 98:11

**research** 22:16 31:4 116:21

**resort** 81:24

**respect** 72:9 97:11 142:10

**respected** 63:11

**responses** 36:8

**rest** 29:7 96:1 138:11

**restrictions** 59:20

**result** 136:23

**resulted** 96:22

**resulting** 88:14

**resuscitated** 78:24

**revealed** 110:7

**revealing** 110:11

**review** 10:7,11,25 140:20 142:18, 21

**reviewed** 11:1 27:16

Index: Reviews..sent

Reviews 4:3
revolution 21:5
Richard 48:18
Richardson 5:6,13,15 6:1 11:13 22:24 23:7 91:3 98:24 109:22
Richardson's 90:20,22
rid 86:10
ridicule 43:21
right 9:8 12:3,11 13:4,12 15:3 16:1 22:12 29:22 33:16,19 36:22 44:17 47:25 49:10 53:13 58:24 59:2 61:22 62:12 67:2 72:17,20 74:9 81:12 84:20 87:17,25 92:15 93:9 94:22 95:12 100:8 101:23,24 102:4 104:3 106:8 107:12 109:6 112:4 114:13,15 116:12 120:8 121:20 122:7 123:17 125:8,24 126:15,25 127:7 129:9 130:15 131:12 141:9 142:18
rings 127:4
risk 15:19 102:6
risks 120:15 121:7
Road 5:4
rock 140:12
rockin' 116:6
room 32:12 41:17
rooms 41:12
rotting 120:20
Rounded 137:19
rub 99:5
rubberband 86:15 100:1
rubberbands 82:9 84:24 85:5,10,22
ruled 12:18
Rules 3:16

S

sadness 88:3
safe 52:14,15 54:8 81:14
safer 111:4
safety 64:21

said 11:12 14:8 19:9,18 20:3 24:4 25:2,9 26:14,25 28:6,8 31:8 32:14 36:4,5 37:13,14 38:17 45:9,20 46:20 49:25 50:5 54:4 57:4,14 58:20 70:1 71:3,4 79:4 87:17 99:15 100:5,7 102:10,11 103:23 106:13 107:9,19 108:2 116:5,6,12,13 124:5 129:4 132:25 134:25 136:8 141:4 142:3,4
sailed 15:20 16:4
same 7:9 8:5 52:6 84:17 85:19 97:2 102:24
sanitize 30:12
sat 37:22
satisfaction 42:4,8
satisfied 93:14,15,18,22 94:1,2 118:2
saw 12:4 17:1 31:25 35:16 48:18 87:8 99:15 100:23
Saxon 24:2 25:9,13
say 10:5,15 17:10 32:4 35:15 45:11 46:18 48:7 50:17 51:13,14 52:9 60:24 64:25 66:11,24 67:11 70:22 80:14 91:12 111:20 113:2 118:16 119:23 122:24 123:21 128:15,16,17 129:5,9 130:21 134:25 136:16 138:3,22 141:4
saying 26:11 36:1 45:5 52:24 53:22 54:11,12 55:5 56:25 64:22 65:8 66:25 99:14 103:25 105:17 106:11 111:14 119:21 129:12 132:14 141:2
says 35:4 36:20,21 44:16 49:7 64:6 72:17 91:3 93:7 101:3 103:2,15 116:12 122:4,18 130:1
scar 79:17
scars 90:23
scheduled 49:3
Schetner's 10:12
schizophrenia 70:21,24
school 18:14,22,23 20:4 32:9 43:25 45:16 46:2 77:11 87:14
scientific/technical 133:16
scissor 77:8
scope 115:13

screened 49:6
seal 14:24 15:7,11,17
second 34:2 35:24 44:5,11 64:3 67:5 90:16 103:2 108:16
secret 111:16
section 70:15 80:4 107:6 124:11
security 22:1 141:25
see 7:7 13:7 14:17,21 17:3,9 20:16 32:2 35:4 42:23 44:16,19 47:6,7 48:11 49:2,11 56:20 61:17 62:2,4 64:5,8,9 65:18 66:2 67:5,7 68:8 69:2,21 70:12,16 72:18,24 74:18,23 80:3,6,9 87:8,13,23 90:5 92:18 93:1 94:23 96:3 101:2,5,6 103:17 104:15,19 105:7 107:4 108:16 115:3 116:13 120:12 121:20 122:4,7,18,22 123:8 124:3,11 125:16 126:4,22 134:6 139:17,18
seeing 17:12
seek 59:15 82:19 84:14,17 85:20
seeking 113:17
seem 55:8,24 124:6
seemed 53:13
seems 48:5 92:1 115:13 122:3
seen 16:19,23 35:2 47:5 49:2 50:19 98:7,9 106:1 123:20
sees 31:2 139:8 142:8
self 130:2,21 133:19 140:14,22,23,25
self-harm 79:23 80:15,16,25 81:13,15,22,23 82:1,6 90:20 101:4,7
self-hurting 91:16
self-inflicted 90:23
self-mutilating 91:5
self-mutilation 90:21
sensational 17:16
sense 18:1 46:19 69:12 84:24 118:20 133:19 136:4
sensual 19:16,18 117:19,20
sent 10:9

**sentence** 26:21 64:5,14 67:6 69:2,21 71:1 72:22 74:20 75:9 108:16

**sentenced** 27:8

**sentences** 55:11 101:2 103:15

**sentencing** 26:25

**separate** 78:14

**sergeant** 9:22

**Served** 25:12

**service** 16:24

**Services** 15:14,15

**serving** 26:21

**set** 13:11

**seven** 39:4,7

**seventeen** 92:9

**seventy-six** 6:20

**sever** 85:3

**several** 107:9

**sex** 25:23 33:24 38:9,14,25 39:7, 8,14 40:8 41:12,18,25 42:9 43:18 55:25 56:2 73:3,5,8 80:4 97:3 117:22 118:25 129:20 142:7

**sexual** 4:3 33:15,17 38:4 40:20 41:24 42:8 72:22 73:13,18,22 74:22 105:1 110:5,8 117:2,18,19, 20 118:6,23 119:6,13 120:2 129:19

**sexuality** 117:21,23 129:2,10,13, 15

**sexually** 39:21 40:4 41:21 109:16 118:2 119:15

**sexy** 22:9

**shakes** 75:3

**shamed** 42:6

**shape** 137:19

**share** 33:1 108:3

**shared** 19:12 74:21

**shave** 140:4

**Shawn** 2:15 5:12

**she** 9:5,22 12:1,5 18:14,17 19:8, 12,14,25 20:4 21:7,19,21 22:8

32:13 35:16 37:9,13,14,15,20,21, 22,24 39:10,11,16,22,23,24 40:6 42:17,23,24,25 43:3,6,23 44:2,16, 20,23 45:5,11,15,20,21,22 49:22, 23,24 50:2,3,6,8,9,13 51:10,11, 13,14,15 52:4 58:20 59:25 60:24 63:14,16,19 64:6,10,23 65:8,10 66:1,6 69:24 70:23 73:15,16 75:9 80:7 88:1,2,5 89:20 90:23 91:3 92:23 100:15,16,17 103:3 105:4 106:16 107:7,9 108:10,17 109:4 116:1,4,7,8,10,12 123:19,20,21

**she'd** 18:19

**she's** 20:1 22:9 38:10 59:24 60:1, 22 116:5

**Sherry** 5:14

**shining** 53:15

**ship** 15:20 16:4

**shock** 24:18

**shop** 19:4 30:12

**shopping** 130:11

**short** 93:1 124:25

**shorten** 54:1

**shortening** 22:16

**should** 8:11 15:17 32:3 38:10 48:1 73:13 94:17 105:17 110:24

**shouldn't** 77:24 134:3

**show** 56:19 73:25 74:1,4

**showed** 37:15 58:12

**showers** 32:9

**showing** 56:21 120:10

**shows** 71:23

**SHU** 79:8

**SI/HI** 69:5

**siblings** 21:15,23

**sic** 6:18 12:5 20:18 47:15 76:6 112:17 136:21

**side** 75:3

**sight** 54:20

**sign** 142:19

**signature** 142:20

**significantly** 47:8 141:6

**silently** 117:15

**similar** 112:20

**simply** 9:3 54:3 98:15,18 129:12

**since** 11:18 23:3 51:16 61:4 92:25 93:21,25 96:8 98:7 99:17 101:19 109:15 119:5

**single** 83:22 87:9 138:23 139:8

**sir** 6:9 28:3 141:11

**sister** 21:19 32:11 45:3

**sister's** 31:13 33:9,20

**sisters** 33:8

**sit** 78:13 102:18 138:3

**sitting** 117:14 140:11

**situation** 39:23 70:14

**six** 30:13 37:4 38:17 39:4,7 76:22 82:14

**size** 131:10,12 134:20,22,24 135:11,15

**sizes** 131:14

**skin** 24:19

**sleep** 119:11

**sleeps** 9:18

**slew** 136:20

**slightest** 89:24

**slowly** 58:4

**small** 123:15

**smily** 102:15

**snuck** 31:13

**so** 7:18 9:12,18 10:10,24 12:6,18 13:1,4 14:14 15:22,25 16:7,19 18:16,20,22 20:2,5,12,19,22,24 21:5,7,12,24 22:6,15,25 23:5 24:18 25:5,25 26:13 31:7 32:12 33:3,19 34:7,10 35:13 36:8,16 37:21,22 38:14,22 40:1,14,16,24 41:2,12,14,16,17,21 42:1,3,24 43:13,21,22,25 44:20 46:11 47:5, 17 50:6,15,16 51:12,18 52:5,17 53:9 55:8 56:16,20,25 57:10,24 58:5,13,14,18 59:15 60:5 61:16 62:22 64:14 65:2 67:9 68:4,8,17 69:17 70:7,11 71:8,16,18,19

72:20 73:12,25 75:23 76:12 77:6,
16 78:9 81:5,24 82:10 83:1,22
85:4,10 86:2 88:18,22 90:9,11
91:24 92:16 93:3 94:1 95:13 96:1
97:2 99:9 100:1,23 102:4,12,15
103:9,21 106:11,21 107:15
108:19 110:4 111:12 113:4 114:2,
5 115:13 116:10 120:1 121:2
127:11,12,14,21 128:14,22 129:7,
19 130:10,16 131:4,19,22 132:10,
13 134:1,14 135:13,16 137:19
138:1 140:3,6,13 141:2 142:8,10,
14

**SOC8**  60:16 121:2

**social**  22:1 72:7 127:13

**solicits**  112:4

**Solitary**  79:11,12

**solution**  82:25

**solutions**  59:16

**solve**  53:8 59:8 133:20,24,25

**some**  9:7 13:5 16:11 18:2 35:18
45:15 46:11 50:6 55:14 59:2
66:20 89:17 90:14 91:1 92:4,24
94:11 109:10 111:12 112:14
117:2 118:1 121:3 127:12,15,18
128:12,24 133:21 137:12 138:21
139:25

**somebody**  33:1 46:20 88:20
106:4

**someone**  10:22 26:6,10 31:2
36:9,24 49:13 68:17 111:6 112:14
123:24 127:17 134:16 139:8

**something**  34:15 39:17 43:11
57:2 61:23 62:17,25 70:12 71:2
85:22 111:1 118:21 121:1 128:9
131:11 132:9 134:25 136:21

**Sometime**  86:23

**sometimes**  84:3,4 86:9,10,12,17
91:22,24 92:1 103:14 128:9

**somewhere**  77:11

**soon**  38:19 57:8 116:10

**sorry**  7:6 12:23 44:7 45:24,25
48:5 50:22 51:8 60:18 72:12
73:24 78:3 82:17 84:13 90:2
94:24 106:16,19 108:14 119:21,
23 122:9 132:16

**sort**  41:24 62:22 133:18

**sounds**  16:25 33:3 45:5 67:13
76:12 93:3,11 105:9 110:7 127:21

**source**  62:24

**South**  2:10 18:16

**Southern**  5:8 15:25 125:8

**spactor@aclu-in.org**  2:6

**Spanish**  22:17

**speak**  8:13

**speaking**  21:9 91:18 131:3,23

**special**  20:4

**specific**  66:10 73:20 77:16 83:12
99:11 112:5 121:17 129:6

**specifically**  35:3 44:23 45:1
46:18 47:18 50:25 52:1 93:7

**specifics**  8:16

**specify**  107:20

**spell**  6:15 9:25 11:12 115:17

**spelled**  11:13

**spending**  38:3

**spent**  38:5 58:10 131:5

**sperm**  41:13

**spiraled**  39:6

**spirituality**  11:7 59:11

**spiro**  95:14,23

**spironolactone**  95:14

**split**  23:19

**spoke**  8:9 9:7,16,21 50:16,23

**spray**  122:25

**staff**  26:11,13 66:16 78:24

**stage**  106:5

**stamp**  14:18 48:7 74:7,9 126:24

**stamped**  48:3,8

**stand**  24:10 85:8 118:14

**standards**  60:13

**stands**  107:11 123:10

**Star**  16:11 17:6

**stars**  24:2

**start**  10:18 11:20 18:10 24:6

52:24 77:6,16 82:12 85:13

**started**  29:19 50:3 56:2 93:4
101:19 111:1 121:1

**starting**  37:9 69:2 70:16,18 75:7
87:13,22 103:2 104:15

**starts**  74:12 94:18 99:21 109:7
126:19

**state**  3:10,11,13,14,21,22,23 5:3,
15 6:11 12:6 28:6,12 34:22 35:20
44:6 48:3,23 50:7 53:17 64:2,3,22
65:13 67:3 68:20 70:15 72:15,18
74:12,20 75:4 80:1 87:10 89:25
90:2,14 94:18 99:22 109:7,19
115:3 122:22

**stated**  50:23 64:13 92:23 100:19,
22,24 109:25

**statement**  67:9 71:2 75:13 80:21
81:2 101:12 117:9 135:7

**states**  5:7 48:17 67:6 69:21 75:9
80:7 87:25 109:21

**stating**  98:15

**statistics**  68:11

**statute**  94:9

**stay**  38:12 91:15 128:18

**staying**  91:15 132:6

**stems**  62:7 138:20

**stenosis**  122:7

**stepdaughter**  27:2 28:22 88:1,2,
9 89:16

**steps**  91:4

**Stevie**  2:4 5:20

**Stewart**  5:13,15

**STG**  25:15,19,25 26:7,8,9,13
142:8,9

**STG-AFFILIATED**  26:15

**STGS**  141:25

**still**  7:12 27:19 29:4 32:9 47:9,11
52:15 58:3 59:1,6,9 71:23 76:14
80:2 81:4,7 87:12 98:24 100:25
102:7 117:6 132:3 134:4 135:13
139:2 140:7

**Stillwell**  115:23

**stomach**  83:10,25 84:7,8

**stonewalling** 58:3

**stop** 48:5 86:3,25 131:4

**stopped** 40:11 58:24 81:3,5,7 118:12 119:3

**stories** 17:3

**story** 17:1

**straight** 46:10

**stranger** 40:13

**stream** 122:19

**stream/podcast** 127:9

**street** 2:5,11 49:23 57:9 76:24 77:2,12 127:13

**streets** 50:12 59:21 135:13,14

**stressed** 9:5

**strike** 109:15

**struck** 37:12

**struggle** 81:8

**stuck** 118:5 132:15

**stuff** 37:8 56:1,2 106:8 116:11 128:16

**stupid** 134:19

**subject** 86:11

**Subjective** 49:1 74:18 92:21

**substances** 11:9

**such** 68:11 81:25

**suffer** 47:9 59:1 62:7 81:16 102:23 134:1

**suffered** 89:19

**suffering** 17:14 24:12 58:10 61:4,6,12,18 81:24 127:17,18 131:4,7,22 133:23 136:15 137:12, 23 138:14,25 139:25 141:1

**sufficient** 34:10

**suggest** 142:20

**suicidal** 81:18

**suicidality** 104:25

**suicide** 24:23 28:9 69:16 75:10, 15,18,22 76:8,9,15,19 77:15,21 79:24 80:17 81:17 87:1 101:4,8 102:8,9,13,17 124:17 134:14,17, 18

**suit** 37:10 131:9

**suited** 131:8

**summary** 100:21

**supplement** 95:20

**support** 9:6 15:11 21:1

**suppose** 23:4 118:12

**supposed** 96:21

**suppressant** 95:23

**supremacist** 26:17

**sur-** 57:12

**sure** 9:16 19:14 35:16 45:3 55:8 66:17 111:13,21 115:21,22 131:9 134:5 136:11

**surgeon** 121:9 123:22,25

**surgeries** 21:4 57:21 130:1,8,16 133:12 136:11,13,17 137:3 140:14,25

**surgery** 56:14,25 57:3,6,11 58:6, 15 91:3 94:6 105:5,10,15 106:3, 23 120:12,16,17 121:8,11,16 122:1 124:18,19,22,23 131:2 135:12 137:11 140:16,19

**surprising** 12:10

**surrogate** 107:10

**survive** 41:10

**swear** 5:17

**swelling** 86:5

**sworn** 6:3

**symptoms** 123:10

**system** 70:7 116:9

---

**T**

**Tab** 12:22 65:13 94:18 109:6

**table** 121:20,24

**taboo** 56:1

**tabs** 12:23

**tailored** 131:10

**take** 20:25 21:20 29:16 34:13 35:24 39:25 41:10 47:11,22 50:8, 17 53:25 63:3 67:24 88:19 89:5,6 95:19 123:5 124:25 137:9

**taken** 25:22 28:17 63:7 89:11 98:22 125:5 141:18

**takes** 67:20

**taking** 9:12 16:1 21:19 32:8 51:2 68:16 102:6 113:20

**talk** 8:4 42:13 51:22 52:11 64:16 72:4 84:20 102:13 115:5 116:3 121:4 127:22 130:19 133:12 136:6

**talked** 19:12 30:22 37:23 47:16 52:12 55:20

**talking** 22:20 25:1 37:11 38:6 41:5 45:2 51:12 52:18 66:12,13, 14 79:7 108:20 109:22 142:6

**talks** 121:2

**taller** 138:5,6

**targets** 52:18

**tattoo** 27:13,17,18,19 54:5

**tattooed** 28:4

**tattooing** 91:1

**tattoos** 27:17 53:22 54:12,17,23 55:9,10

**technically** 21:11 61:16

**Tegre-** 78:11

**Tegretol** 69:24 78:17,19,22 79:13

**telecommunications** 37:6

**tell** 7:5 9:2 19:11 20:9 22:5 36:25 42:11 45:17 46:1,15,22 51:7,9,15 55:1 60:22 64:16 66:5 70:10 73:21 74:14 75:24 76:12 87:6 88:7 101:10 102:9,14 107:15,18 115:9 116:21 142:17

**telling** 32:22 50:4 54:21 76:5 88:12 101:15

**tells** 68:10 98:18

**temporary** 120:23

**tend** 71:12,13 72:7,8,10 110:23 122:25

**tendon** 79:16

**tends** 41:14

**term** 51:16 55:19 114:2

**terminology** 103:22

**terms** 18:13 43:19 45:22 76:5 103:4

**Terre** 18:14

**testicles** 85:6 86:7,16

**testified** 6:3 65:6

**testify** 58:19

**testifying** 28:10

**testimony** 28:13 39:9 40:17 58:16,18,22 120:1

**testosterone** 95:23,25

**tests** 29:16

**Texas** 21:15

**text** 90:19

**than** 9:23 20:3 22:5 33:14 35:11 56:12 59:20 67:24 97:12 134:20

**thank** 7:18 11:17 12:21 13:4 18:9 34:23 44:10 48:2 74:6,11 87:12 95:2 112:12 117:8 120:9,18 141:10,11,12

**Thanks** 100:4 112:13

**that** 6:13 7:2,4,8,19,24,25 8:5,10, 15,17 9:3,6,25 10:4 11:2,7,9,19 12:6,12 13:19,25 14:18 15:10,16, 18,20 16:1,4,8,18 17:6,19,21,22 18:7,10,13,18,21 19:8,25 20:8,17, 24 21:11,14,17,19 22:8,12,14,23 23:5 24:11,16,22,25 25:4,17 26:8, 12 27:15,18,22 28:3,4,6,8,10,12, 24 29:2,3,4,5,6,14 30:18 31:7,14, 21 32:1,3,10,19,22,23 33:13,22, 24 34:5,7,10,14,16,21 35:23 36:1 37:17 39:8,10,13,24 40:1,17,25 41:4,14,17 42:2,4 43:12,25 44:15 45:1,5,9,11,13,20,23,24 46:8,9, 10,19,20,22 47:11,19 48:11,25 49:2,9,11,16 50:7,9,11,14 51:1,3, 4,10,15,17,22 52:3,6,19,23 53:4, 7,23,24 54:3,8,10,12,15 55:1,5,8, 14,17,18,19,22,23,25 56:3,10,11, 16,17,19,22 57:6,7,20,24 58:6,8, 11,15,17,18,20,22,23 59:1,5,14, 19 60:1,23 61:9,11,12,17,24,25 62:3,5,6,7,11,16,24,25 63:11,14 64:8,9,13,25 65:6,8,11,18 66:1,4, 6,17,25 67:7,9,11,20,24 68:3,7,9, 14 69:3,8,12,18,19,25 70:1,8,9,16 71:8,9,10,18,20,22 72:18,24 73:1,

2,3,6,9,10,18 74:7,20,23,24 75:13,24 76:5,13 77:1,6,7,22 78:2,4,14,16,19,22 79:19 80:6,9, 21,23 81:1,2,12,18,19,24 83:22 84:4,10,17,25 85:7,12,19,25 86:2, 4,7,18,22,25 87:2,4,23 88:7,8,15, 16,23,24 89:2,14,17,23 90:5,12, 19 91:2,3,7,12,13,22 92:7,23 93:1,9 94:13,23 95:12,18,23 96:1, 3,6,24,25 97:21 98:2,11,12,15,16, 18 100:7,17,19,20,22,23,25 101:5,6,7,10,12,14,17,25 102:14, 18,23 103:1,5,13,17,19 104:1,10, 19 105:7,9,12,14,17,18,19,21,24 106:2,6,13,18,22 107:4,7,9,13,15, 19,21,22 108:3,14 109:1,15 110:2,10,21,22,25 111:3,4,6,7,12 112:4,23,24 114:14,17 115:3,4, 20,25 116:14 117:7,9,16 118:18, 21,25 119:3,5 120:12,22 121:4, 11,24 122:10,13,22,24 123:3,10, 12 124:3,16,20,24 126:5,12,22 127:17,19,22 128:2,8,17 129:12, 18 130:5,8,9,16,18,23,24 131:4,6, 11,17,20 132:6,15,16 133:3,4,21 134:2,6,14,25 135:7,9,19,25 136:4,9,12,13,16,22,25 137:1,5, 11,14,15,20 138:5,7,11,16,23,24, 25 139:7,8,14 140:1,5,15 141:4 142:1,13,20

**that's** 7:22 8:1 9:12,15,16,21 10:9,18 11:15,17,18 13:2 17:21 18:20 23:2 29:13 30:13 32:9 34:10 36:6 37:25 39:5,11 43:12 44:22 48:7 50:2,3 52:4,5,21 56:2 57:13 60:23 61:25 64:7 65:2 66:17 68:12 69:10 72:20 76:6 78:10,12 79:25 84:1 88:21 91:13 93:7 97:13 98:10,24 103:24 111:20 114:17 115:16 116:10 118:4 120:23 122:21 123:13 124:15 126:8,11 128:9 129:7,20 130:22 132:5,17 134:23 135:7 137:8,13 138:7,12,18 141:9 142:4

**the** 2:2,8,10 5:1,3,4,6,7,9,12,13, 16,17,21,23 6:2,11,12,16 7:1,5,8, 13,19,23 8:5,6,10,11,17 9:22 10:3,17,18,20 11:19 12:6,9,14,15, 23 13:5,6,7,10,13,16,17,19 14:12, 13,14,17,18,21 15:2,7,15,25 16:6, 7,11,13,15 17:5,6,9,10,11,12,15, 22 18:4,9,12,19 20:5,7,12,18 21:3,4,8,21,24 22:3,16,20 23:2, 23,24,25 24:19,21 25:3,4,13,20 27:13,16,22,25 28:1,6,12,14,15,

18,19,23,24 29:7,17,19,21,24,25 30:12,14 31:24 32:2,10,22,23 33:24 34:1,2,7,8,10,11,12,15,19, 21,24 35:4,10,16,19,20 36:2,3,8, 13,14,18,20,21,24 37:16,23 38:3, 4,7,14 39:15,22,25 40:6,18 41:3, 9,12,13,17,25 42:3,9 43:1,7,11, 12,16,18,19 44:5,7,15,17,18 45:20,22 46:4,7,8,19,25 47:11,19 48:1,4,7,10,17,21,23 49:1,2,10, 13,23,24 50:12,16,23 51:19 52:5, 9,12,19 53:7,9,13,19,21,25 54:6, 7,15,16,22 55:21,22 56:6,7,10,13 57:7,8,9 58:5,15,21 59:3,5,8,15, 21,22,25 60:7,10,12,19,21 61:1, 15,20 62:10 63:4,5,8 64:2,5,16,20 65:6,8,9,13,14,20 66:1,5,7,9,18 67:2,5,6,13,25 68:1,4,16,17,24,25 69:2,12,21,22 70:7,10,13,14,15 71:1,14 72:8,15,17,22 73:2,6 74:1,7,8,9,14,18,20,25 75:6,9,10, 15,24 76:24 77:1,6,7,12,22 78:1, 2,3,6,7,16,17,19,24 79:8,13,16, 20,25 80:3,7,11,14 81:8,15 82:1, 12,23,24 83:6,10,23,25 84:5,7,8, 9,12,17,24 85:11,12,13,19,22 86:4,15 87:9,13,16,20,22,25 88:2, 8,23 89:7,8,9,12,23,24 90:7,14, 16,19 91:2,5,7 92:1,2,18,20 93:7, 11,16,18,22 94:2,7,8,9,11,18,24, 25 95:4 96:1,25 97:2,25 98:10,16 99:4,5,20 100:9,12,14,18,19,25 101:10,12,14 102:4,7,10,16,24 103:2,8,9,10,13,15,22 104:3,11, 15,21,23 106:5,20 107:1,6,9,10, 13,16,19,25 108:3,7,8,9,10,15,16, 19,20 109:7,21 110:3,8,10,16 111:2,4,16,20,21,22,24 112:1,2,8, 21,22,23 114:2,11,13 115:3,9,13, 19 116:1,4,9,13,17,19 117:9,20, 22 118:6,10,11,12,14,18,22 119:3,8,10,12,15,17,19,21,25 120:1,4,5,7,15,18,20,22 121:2,6, 9,14,17,20,21,22 122:2,7,22 123:8,21 124:5,10,17,21 125:2,3, 6,8,21 126:13,24,25 127:3,9,13, 15 128:14,16,25 129:9,20 130:1, 7,8,13,14 131:5,7,11,15,17,22 132:3,4,6,8 133:9,12,16,22 134:4, 12,13,14 135:13,14,16,18 136:1, 12,20,22,25 137:1,5,13,21 138:3, 11 139:13,16,25 140:3,21 141:5, 9,11,13,14,16,19,23 142:5,6,9,15, 16,18,21,23,25

**theft** 28:11

Index: their..time

**their** 5:15 9:11 17:16 29:7 35:9, 12 51:2 59:2 76:6 99:6 112:25 113:12 116:21 127:18 131:1

**them** 7:2 8:17 10:2 12:16 27:16 31:5 33:7 37:7 41:2,20 47:7,22 51:10,15 68:5 69:18 70:6 78:13 81:20 84:25 86:9,11,12 90:24 97:10 98:9 102:14 111:2 112:23 114:20,22 115:5,9 116:20,21 118:3 127:19 129:7 137:4 138:24 142:8,10

**themself** 88:20

**themselves** 31:2

**then** 5:17 16:25 19:15 23:7,25 24:11 30:23 32:2 38:9 40:8 55:2,3 57:22,23 58:12,24 62:6 70:18 72:10 76:5 77:14 78:6,11,16,21 80:14 101:2 110:7 126:15 131:15 134:24 136:15 137:9 140:17 142:5,19

**therapy** 49:3 50:12 72:23 92:25 93:5,12 97:5,15,17

**there** 12:18 13:7 14:2 15:6 17:8 21:16,17 23:3 26:8 27:20 37:22 40:24 41:1 44:2,13 48:9 51:1 58:25 61:25 62:5,15,16,23 65:16 67:3 68:22 70:5 71:8 73:12 74:17 75:4,5 76:11,16 78:16 79:23 80:2, 11,21 85:8 87:12 90:1,17 91:1 92:10,21 93:21 94:21 99:24 100:8,13,24 102:25 104:14 106:4 107:2 109:1,20 110:20,22,25 111:12 114:7 117:15 119:12 121:19 122:6,17 126:2 127:6,16 128:4 129:13,23 135:1 138:3 140:11

**there's** 12:23 31:3 48:5 66:11 89:19 122:2 130:14 136:19

**thereabouts** 96:9

**these** 15:1 35:18 36:8,18 56:21 73:10 85:17 94:7 96:2 99:1 109:10 112:17 114:12 120:25 121:15 126:21 136:13 137:3 140:24 141:2

**they** 7:11,13 12:14,18 17:13,15 21:24 22:24 23:3,21 24:1,17,18, 21,23 25:23 26:2,4 27:15 28:8,9 29:13,14 30:5 31:18,20 33:6 35:10,11 41:12 47:16,21 50:8,14 52:24 54:1 56:24 58:1,2,3,25 59:7,12,19,20 68:10 70:8 72:9,13

73:10 81:18 82:23 86:25 96:19 97:7,8,9,10,12,13,22,23 98:15,22, 25 110:22,23 111:1 112:25 113:25 114:1,2,10 116:19,21 128:25 129:2,3 130:7 133:25 136:7,15,16,21 137:9,18,23 139:7,14,25 140:1

**they're** 5:24 25:1 48:15 54:9 56:24 68:1,5 83:4 91:11 96:21 98:16 115:7 127:19,24 129:4 135:11,25 136:1,21 137:5 142:7

**they've** 112:21

**thighs** 82:16

**thing** 7:23 11:2 17:16 18:2 39:5 42:25 62:11 72:8 92:1 94:12 101:25 127:14 132:8 136:9,25 137:1

**things** 26:8 32:22 35:10 46:9 51:5 65:8 66:25 67:11 69:15 70:6 71:14 73:10 95:17 98:18 120:25 130:24 133:10 134:19 138:24 140:21

**think** 18:15 20:2 22:7,8,9,17 25:2 26:6 30:8,13 35:2,7,8,9 36:13 38:1 40:3 43:11 44:22 45:1,20 52:7,22 59:23,24 60:2,22 65:4,6 84:25 86:13 88:15 91:6 94:11,14 99:8 102:16 107:21 110:22 114:18 115:18 118:9 122:10,21 123:13 124:7,11 127:24 130:24 132:10 134:7 135:4,5 138:6,9 139:15 140:19,24 142:10,14

**thinking** 57:15 83:17

**third** 34:24 68:25 75:6,9 87:20 108:16

**thirty** 6:20

**this** 5:4 6:12 8:8,14 9:2,7 12:9 13:5,10,13,16,19 14:2,17,24 15:7, 13,16,21,23 16:5 17:22,24 20:10 24:13 27:6,21 29:20 30:7 34:3 35:1,6,13 36:1,8,23 43:9 44:24,25 48:5,6,10,13,18 49:13 50:5 53:13, 23 54:3,11 55:3 56:4,9,22 57:17 60:13 61:5,22 62:8,11,13 64:14 65:17,20,22 69:19 73:24 75:2 78:17 79:2,3 80:15,17 83:15 85:4, 10,14,17 88:12 89:17 91:16 92:14,17 93:14,15 94:5,6,7,22 95:7,16 98:12 99:7 100:9 101:25 102:5 104:18 106:8,21 107:3,13, 18,22 108:8,20 110:3,7 111:11,

12,13,15 114:24 115:24 117:6,8, 10 118:5,11 119:16,17 121:3,24, 25 123:20,22 124:1 125:19 126:10,22 127:7,11,21 128:5,7, 14,15,19,23 129:24 130:4,12,13, 16,20 131:13,18,19 132:3,15,22, 23 133:21 134:15 135:9 136:17 138:9,10,15,21,23 140:12,19,21 142:15,18

**Thorazine** 69:23

**those** 9:10 16:17 20:7 33:13,16 35:23 41:21 67:12,19 73:20 76:23 77:4 82:4,6 83:11,18 84:6 95:17 99:4 110:12 112:9 113:10 138:24 139:24

**though** 21:11 33:23 34:12 36:3 41:3 43:15 58:2 98:19 129:17,19 130:18 132:20

**thought** 19:21 20:14 21:7 24:10 41:15 56:14 58:8,11 60:4 83:22 84:1 85:12 88:13 89:17 94:13 135:9

**thoughts** 73:11 81:8

**threat** 134:15 141:25

**three** 26:8 30:4 38:21 44:3 78:22 79:13 83:8,18 84:6 85:17 98:9 99:19,20 110:8,10 131:14

**through** 3:10,11,13,14,20,21,22, 23 8:25 17:14 29:4 37:23 47:8 54:17 59:11 79:16 85:4 102:2 107:8 121:24 133:10 138:25 140:1

**thrown** 12:15 58:1

**thumbs** 138:2

**tight** 86:1

**tighter** 97:12

**till** 50:12 57:23 77:18

**time** 5:2 7:22 17:9 19:15 20:4,10 22:3 24:5,16 25:4 27:10,14 31:24 36:14 38:6 39:19,20 42:1,3 43:19 45:10 46:17 48:13 49:10,13 50:16,23 52:12 53:7,9 54:16 55:14,22 56:10 57:6,7 58:5 59:5 62:19,22 65:8 67:20 68:5,7,16 75:18,19 77:12 78:1,15,16 81:4 83:22 85:11 87:2,9 88:15 91:5 93:1 110:3 115:25 117:22 118:6, 12,22 119:3,12,15 121:9 128:25 131:15 133:22 138:22 139:8

Index: times..true

**times** 26:15 39:4,7 42:17 56:22 66:3 76:10,19,22,24 77:1 78:23, 25 79:13 82:14 83:8,11,18 84:6 96:18 97:19 98:10 99:19 114:21 134:14

**tissue** 92:24 120:19,20

**title** 95:4 99:11 121:21

**titled** 80:4 94:22 125:16

**to** 3:8,12,15,16,17,18 5:21 7:1,5, 12,13 8:4,15,18 9:3,4,5,7,16,18, 21 10:9,18 11:3,12,20 12:2,12,16 13:10,20 14:2,8,12,14 15:5,7,11, 18,22,25 16:8,12,24 17:4,9,10,11, 15,16,25 18:2,12,21 19:6,21 20:16,20,21,24 21:20 22:10,18,24 24:11,21,24,25 25:2,6,7,17,20 26:5,6,19 27:8 28:1,23,24 29:1,2, 5,7,16 30:20,24 31:12,16,17,21 32:1,2,4,6,7,16,19,24,25 33:1,4,5, 6,13,19 34:8,10,11,14 35:15,19, 24 36:2,8,18 37:7,11,14,22,24 38:5,7,11,18 39:5,10,14,23,24,25 40:5,8,9,10,13,16,17,19,21,24 41:8,9,11,14 42:3,6,18,19 43:1,7, 12,13,20,22 45:19 46:13,20,24 47:6,7,16,22 48:5,10,23 49:8,16, 24 50:11,12,14,17,19 51:2,5,12, 13,14,15,22 52:4,5,14,17,18,23 53:5,10,14,21 54:7,20 55:7,10,13, 16,20,24,25 56:6,9,11,13,16,17, 18 57:1,4,17,25 58:2,8,12,13,14, 18,21 59:2,13,14,15,22 60:15,21, 22,23,24 61:3,5,6,15,18,23 62:1, 2,3,23 63:25 64:2,8,16 65:5,9,11, 14 66:2,9,10,16,17,24 67:1,10,11, 20,21,22,24 68:5,7,11,13,15,16, 24,25 69:8,15,18,23 70:3,6,7,10, 11,22 71:12,13,14,18 72:4,7,8,10, 12,13 73:4,9,12,25 74:1,4,16 75:1,3,9,10,15,16,25 76:1,7,13, 14,19,20 77:8,15,17,24 78:8,11, 13,25 79:15 80:8,9,12,14,17,18 81:3,4,5,9,12,15,16,18,20,21,23, 24 82:4,9 83:12,20 84:4 85:2,3,13 86:1,3,4,6,7,9,12,14,15,18 87:10 88:2,3,6,13,15,22,23,24,25 89:15, 18,22,25 90:15,16 91:4,8,12,13, 20 92:6,9,20,24 93:9 94:4,5,7,8, 13,14,15,16,17 96:1,19,20,21 97:5,7,9,11 98:22 99:12,17,25 100:12 101:3,4,7,14 102:2,11,13, 14,15,16,18,19 103:3,4,5,9,11,15, 16 104:4,8,12,13 105:22,24 106:4,7,9,12,21,24,25 107:10,15,

25 108:11,12,22 109:6,10,16,19, 22,23 110:23 111:1,4,5,6,8,9,15, 21 112:5,8,14,21,22,23,25 113:21,23 114:5,6 115:5,6,17,19, 24 116:11,13,21 117:2,8,9,10,12 118:8,10,14 119:13 120:4,23 121:2 122:1,8,16,19,25 123:12, 18,24 124:2,6,10,13 125:9,13,16 126:1,15 127:5,12,13,22 128:2,9, 12,14,16,17,18,20,23 129:1,3,15, 22 130:1,9,10,12,13,18,19,22 131:8,10,12,15,20,25 132:2,3,4,5, 6,11,17,19,21 133:6,16,17,18, 20,21 134:1,11,13,18 135:5,8 136:6,25 137:1,5,18 138:1,4,15, 19,21,22,23,24 139:5,9 140:6,14, 20 142:18,23

**today** 7:11 8:18 49:6 93:19 115:6

**today's** 5:2 132:22

**together** 25:11 65:7 78:9

**told** 8:17 9:3 19:23,25 20:5 21:20 22:14 43:17,25 46:11 47:15,22 49:13 51:4,15,18 55:2,15 57:20, 23 58:23 66:6 67:16 69:19 70:1,6 73:18 77:24 81:18 88:15 100:25 101:12 105:16 108:3 112:14 135:4

**tolerable** 132:7 134:5

**tolerate** 82:11

**Tony** 125:11

**too** 20:1 66:17 86:24 97:21 131:12,15

**took** 21:15,17,24 24:21 27:16 30:24 88:19 95:19

**tool** 80:15

**top** 13:7 14:21 35:4 39:25 68:24 74:14 87:16 92:18 94:6 95:4 100:9 109:21 111:16 121:22 127:9 130:1

**topic** 19:6 107:18

**Torch** 23:24 24:6

**total** 134:23

**touch** 39:17 41:2

**touching** 40:13 118:15,21

**toward** 12:23 44:17 68:24,25 80:3 87:16,22 89:16

**towards** 19:16 56:18 58:2,21 85:9 130:25 142:5

**track** 132:11

**tracking** 35:11

**tract** 123:10

**trans** 15:18 55:16 116:4

**transcribing** 65:7

**transcript** 111:16 142:19,21

**transfer** 109:23

**transferred** 99:17 100:15

**transgender** 10:2,3 11:24 18:14 20:6,9 30:15,20,23,24 32:19,24 33:14,23 42:11 43:13 45:17,21 46:2,4 49:9,14,19,21,25 50:25 51:4 52:12,20,25 53:11 54:14,15 55:18,21 56:5 63:14,20 72:18 89:2,14,22 98:17,19 99:1 100:16 109:16 110:15,20 113:10 129:5

**transgenderism** 50:24

**transgenders** 35:12 50:4 98:21 110:23

**transition** 56:8,9 97:24

**transitioned** 98:1

**transitioning** 97:22

**transplant** 120:22 136:24 137:15

**transsexualism** 55:23

**transwoman** 55:13

**treat** 122:25 129:1

**treated** 101:20 122:23 123:7

**treating** 128:25

**treatment** 80:12 82:19,23 83:1,3 91:2 98:13 113:17 137:25

**treatments** 49:8,22 53:2 137:21, 22

**trial** 27:18,21

**trickled** 132:12

**tried** 12:2 19:21 43:20 75:9,15, 18,25 76:7,13,19 77:22 79:15 111:1,6

**Trooper** 24:4

**true** 18:20 80:23 81:2,5,12

trust  66:8,19,21 67:22 70:2
125:23 126:4,8

trusted  68:13

trusting  67:14

truth  7:5 17:10 64:16 66:5,7

truthful  101:12 102:6

truthfully  21:12

try  8:4 14:2 59:13 62:3,20,23
68:15 72:10,13 77:15,17,20 80:14
86:12 103:9,16

trying  25:7 46:24 58:2 60:24 61:5
72:12 77:24 81:3,5 86:14 88:22
91:12 112:14 119:4 128:18 129:1,
3

tuck  133:7 139:19

Tuesday  12:4

Tummy  139:19

turn  33:17 99:25

turned  49:7

turning  86:5

TV  16:18 50:19,20

Twelve  6:20

twenty-  74:8

twice  84:8 99:9,15,16

two  13:25 34:4 67:24 68:18
78:14,25 93:3 95:17 103:15
113:11 131:14 138:4,5

type  8:11 19:2 47:21 112:20

typed  36:4,5

typo  14:13

─────────── U ───────────

ugh  20:22 119:22

Uh  79:10

Uh-huh  7:6 11:14 18:25 49:5
51:24 53:18,20 64:1 71:6 72:16,
21,25 75:8 77:3 80:20 85:24
122:9 125:1

ultimately  28:8 59:19 136:15,20

Um  52:9 87:15 93:6

um-hums  7:6

unable  12:16 81:19

unclear  55:12

uncom-  135:24

uncomfort  135:24

unconscious  78:24

under  7:2,4,8 13:1 14:24 15:17
49:1 68:18 76:17 96:18

underage  72:23 73:3,4,5,14,19,
22 74:22

undergarments  97:7 98:19,20

undergo  124:22

understand  6:13 7:2,4,7,14
14:4,24 15:10 30:18,20 54:22
61:5,7,9,24 62:6 69:8 80:11 86:14
88:22 105:19 115:4 130:17
132:16

understanding  32:23 45:23
55:17 62:15 109:13

understands  66:18

understood  7:19,21 31:20 58:6
112:7,11 129:2

unexpected  12:10

unfortunately  29:6 40:2

ungrateful  131:13

unhealthy  73:21 74:21

Unit  25:12 79:11

United  5:7

unknown  136:8

unless  7:13 56:23

unofficial  23:4

unrelenting  138:14

until  32:1 55:20 88:17 94:15 97:8
135:1 136:5

up  13:7 27:21 28:6,11 29:3 31:25
32:7,8 33:4 34:15 37:7,16 38:3,5
41:11,13 43:22 46:10 51:5 57:23
67:20,22 71:23 73:2,6 76:7,15,16
79:15 87:1 88:14 89:19 100:23
102:5 104:18 106:21 108:15
122:8,19 123:12 124:2,13 129:7
138:2 139:7 142:7

upcoming  8:16

upon  59:14 67:25 72:10

upward  122:25

urge  91:20

urges  81:8,15

urinary  122:16,18 123:10 124:2,
6

us  38:7 74:14 98:21 112:10 135:2
140:23 141:12

use  8:12 20:7 40:9,10 52:21
97:10 99:3 112:5 115:19

used  16:8 31:12 42:2,7 46:13
52:23 73:4 101:3,7 120:2

using  41:19

usually  25:22 30:13 39:22 41:2
97:12,13 106:10

uterus  136:24

─────────── V ───────────

vag-  136:20

vagina  94:12 130:13,14 133:13,
14,19,25 141:5

vaginoplasty  121:21 133:16
134:7 136:22

vagioplasty  136:21

vague  55:17

Vanderburgh  27:6

variable  136:8

vastly  122:3

vein  79:15,20

venom  88:17

ventral  123:1,5

vernacular  8:3,11

versus  5:10 84:7

very  10:17 19:16 22:8 31:14,18
32:16 38:13,21 40:14 43:15 45:10
46:17 47:10 48:8 52:16 56:3 72:4
76:10,16 119:15 127:14 129:10,
13 135:2 138:18

Vice  112:22

Index: video-recorded..what

video-recorded 5:5

videoconference 99:9

videographer 2:14 5:1,12,22 28:15,19 63:5,8 89:9,12 111:24 112:2 125:3,6 141:14,16,19 142:15

videos 41:12

view 9:23

viewable 27:20

viewed 25:20

views 17:17

visit 12:4 47:1 48:18 92:17 100:10

vocation 29:11

vomited 79:1

vouch 36:3

W

Wabash 79:4,5

wait 50:12 99:18

waiting 12:6

waive 142:20

wakened 102:1

waking 119:11

walk 85:4

walking 131:11

walls 41:13

want 20:20 22:10 25:2,17 26:4 34:8,11 35:19 42:18 52:24 56:24 57:6,10,12 59:14 66:17 68:24 70:10 73:9 81:23 83:1,3,19,20 86:7 91:12 94:15 112:23 117:12 123:22 127:12,22 128:16 130:16 131:2,20 134:17,18,22 137:5 138:4,12

wanted 17:15 19:22 31:16,17 32:16,24,25 33:1 40:10 46:25 50:17 52:5 55:7 56:18 57:1,8 58:15 59:14 70:13 85:13 119:13

wanting 50:11

was 6:3 9:5 10:17 11:2 12:4,10, 15,16 14:12 16:18 17:4,8,11,14,

24 18:12,13,14,15,17,18,23 19:2, 13,14,16,23 20:1,5,8,14,22 21:4, 7,17,18,19 22:2,14,16,17,23 23:2, 3,4,5,24,25 24:2,4,13,17,19,20 25:4 26:16,24 27:3,6,7,9,15,19 28:7,10,11,17 29:6,25 30:16,18, 20,23 31:12,15,21 32:8,13,21,24 33:5,6 34:3,4 35:9,15 36:13 37:6, 8,9,11,13,17,18,25 38:1,9 39:5, 11,14,22,24 40:4,6,8,24 41:1,3,7, 11,15,19 42:2,3,5,6,7 43:2,3,19, 22,24 44:3 45:9 46:9,10,17,20 47:3,15,20,21 48:4,21 49:21,22 50:1,2,8,9,13,25 51:1,10,16,17 52:3,4 53:6,7,15,16 54:4,6,15,17, 18,23 55:8,12,17,18,19,21,22,23, 24 56:1,4,7,14,16,17,19 57:4,7, 14,19,24 58:6,9,11,23 59:1 60:4, 11,20,24 61:2 63:7,14 64:6,10,22 65:8,22 66:1,7 67:18 69:10,25 71:20 73:4 75:25 77:7 78:1,14,16, 23 79:23 84:9 85:12 86:25 88:4,9, 11,18,24 89:11,23 91:1,6,14 92:7, 9 97:8,20,21 99:11,14 100:19,22, 23 101:12 103:23 105:17 106:6 107:1,24 109:22 110:22 111:8 112:1,22 114:17 116:1,7,8,9,10, 14 118:13,21,23,25 120:7 124:5 125:5 140:18,19 141:18 142:25

Washington 2:5,11

wasn't 27:23 32:3 34:2 42:17,24 45:1 46:10 52:14 53:14 56:3 59:1 77:22 133:15

watch 18:2 24:23 50:20 121:3

watched 16:25

way 8:10 18:1 34:14 50:5 54:7,8, 15 68:1 78:18 81:15 86:20,23 91:13,14,16,22 96:17 99:6 111:4, 12 129:20 132:7 133:6 134:12 138:11

ways 57:24 128:24

we 7:8,24 14:2 15:1 18:16,20 19:12,14 20:2 25:11,21 37:11,12, 22,23 38:4,5,8,9 39:2 41:9 44:2 46:24 48:9,25 49:21 50:19 53:19 56:1,20 63:3,8 68:21 79:7 87:21 89:5,6,12 101:25 109:20 111:13, 22 112:2 118:10 124:25 125:6 130:25 142:5,16,21

we're 5:1 28:19 43:11 63:5 89:9 94:6 115:13 141:19 142:14

We've 112:4

weak 52:23 88:18

wear 31:12 33:8,11,19,20 34:12 42:16,21,23 43:2 45:14 55:25 97:12 131:9

wearing 33:16,24 34:2,6 37:9 43:6 44:17,20 45:8 64:7,10,13,23 131:8,14

weird 40:14 56:1,2

well 7:7 16:7,13 17:19 19:14,25 21:17 22:5,13 23:23 30:23 32:1,6 33:15 36:20 37:21,25 38:10,21 40:25 45:5 47:10 49:24 50:2,3,5, 10,13 55:8 56:20 57:16 63:17 65:10 66:15 76:25 82:5 96:19 98:14 100:1 105:16 111:8,15 112:16 116:5,6,8,9,10,12 120:18 128:5,8,24 129:4,12 130:7,9,22 133:15 136:19 140:16 141:4

went 38:7 51:18

were 7:9 16:17 19:1,8,11,24 20:2, 6,9 21:9 23:2,7 25:7,11,13 26:23 27:1,8 29:24 30:5,15 31:7,10,18, 19 32:5 33:4 37:3 38:17,19 40:16, 21 41:21 42:11 43:8,17 44:3 46:23,24 47:21 48:13 50:4 51:1, 25 53:19 58:1,3,25 59:5,9 67:19 73:12 76:20,23 77:5,10 83:11,17 84:12 87:2,6 88:6 90:3,9,20 92:14 93:12,15 95:3 110:10 113:10 117:14 128:24,25 141:23 142:5

weren't 33:6 40:4

Weyerbacher 2:15 5:12

what 9:2 10:16,17,18 11:2,23 14:8 16:4 17:9,11,14 19:8,21,23 20:15,21 21:2 22:14 23:21 24:1 25:1,18 26:4 29:14 30:19,20 31:7, 10 32:3,5,12,13 35:1 36:5,9 37:19 39:11,24 41:5 43:19 44:25 46:25 47:18,21 49:25 50:2,4,25 51:7,9, 13,17 52:3,4,5 55:4,15,23 56:4,8 57:14 58:20 60:10,19,24 61:1 62:4,14 63:10,16,18 66:18 67:16, 19 68:1,3 69:10 70:6,8 72:12 79:7 80:4 81:16 83:4,17 84:23 85:5 86:7 87:17 92:7 93:7 94:2,15,16 95:3 96:25 97:15 98:17,18 99:11 100:7 102:1 103:25 107:18 109:2, 11 111:14,20 113:2,12 114:1,4,17 115:2 116:3,8 118:13,16 120:15

Index: what's..write

123:2,5,21,24 125:16 126:6,10 127:11,22 128:7,16,22,23 129:2, 11 130:21 131:7,8 132:5,17 133:13,24 135:5,10,14,17,19 136:7,17 137:7,15 138:12,20 139:17 142:4

**what's** 6:19 17:9 34:13 36:25 48:7 73:16 74:4,7 94:24 109:13 111:5 117:20

**what-if** 134:23

**whatever** 52:23

**whatsoever** 25:20

**when** 7:4 10:15 11:12 19:15,23 21:9,24 23:2 24:13,17 30:15 32:4, 6,8 34:1,4 36:17,21 37:20 41:1,24 42:2,17 43:3 46:5,9 51:3 52:19 53:10,25 55:12,15,18 56:13 57:10,17 60:10 61:22 62:4 64:6, 10,16,19,23 66:5,6,11 71:13 75:15 77:4,14 78:1 83:11,17 84:20 85:14 86:22 92:3 108:11,19 115:24 116:11,19 118:16 121:9 128:14,16,20 129:9,10,14 130:4, 21 133:3,4 134:23 135:15

**When's** 118:6

**whenever** 24:22 35:9 56:20 57:19 60:12 64:20 69:16 72:9 73:4 127:13

**where** 6:21 8:24 18:10 22:12 29:24 30:11 37:7 41:12 44:16 47:5 53:19 56:2 58:13 73:7 82:15 83:9 90:3 92:20 93:21 101:2 102:16 119:13 120:25 122:4,18, 24 127:2 137:8,18 138:20

**whereas** 61:13

**whether** 28:2 123:23

**which** 7:16 9:23 10:11 30:5,6 34:24 59:7 60:13 70:18 79:9 83:4 84:6,9 85:1 98:21 100:17 121:2 128:18

**while** 25:25 30:9 38:2 40:16,21 60:25 75:7 105:1 119:16

**white** 19:5 26:17

**who** 8:19 9:10 17:25 18:12 20:9 21:18 28:4,7 31:1,2 33:5 36:12 40:25 41:15 42:6,19 43:23 46:18, 20 49:21 51:1,16 52:4,14,17 53:16 54:20 56:7 63:10 66:1,12 68:10 88:20 99:4 106:6 107:22

**who's** 66:13 67:25 123:24

**whole** 12:15 32:22 46:19 93:20 132:23 136:19

**whom** 108:10

**why** 9:12 24:9,15,24 30:18 32:19, 24,25 33:13,22,23 39:6 40:8 49:19 52:1 55:6 61:20 66:23 72:3 76:3,6 81:12 82:22 83:25 85:7 86:16 89:18,19,20 91:10 101:14 105:24 107:25 109:3 130:6 131:2 132:13 134:9,21 135:7 137:4 140:17

**wife** 44:1,3 64:8

**Wiggs** 140:3

**wigs** 140:6,8,16

**will** 7:16 8:7 13:25 16:8 29:1,2,6 34:3 61:21 80:24 86:10,13,17,18 94:2,13 102:9 112:10 121:9 132:1 133:19,20 134:1 135:5,10,15,16, 17 136:7 138:15 140:22 141:1,5 142:21,22

**willing** 70:3

**with** 5:13,14 8:2,9,13 9:3 11:20 15:20 18:11 19:17,19 20:17,21 23:24 24:6 25:3,23 26:9,15 27:10 28:9,24 31:19,22 37:10 38:4,14, 22 39:7,8,19 40:3,8,20 41:18,25 42:1,9,13 43:8,11,20,21 45:22 46:5 47:12 48:20,22 49:3 50:16, 24 52:10,11,13,19 53:10 56:4 57:21 60:9 61:11,14 65:25 66:3,5, 25 67:14,21 68:7 70:11,25 71:1,4, 9,16,25 72:7,8,23 73:3,5,8,14,19 74:12 77:6,8,16 81:17 82:12 85:10,13 86:21 87:22 90:4,9 91:1 92:15 93:14,16,18,22 94:2,18 97:25 98:3 99:8 101:17 102:21 103:4,19 105:5 108:3 109:1,7 110:10 112:9 113:7,14,21 114:7, 20,22,25 115:2,4,25 116:20 118:1,5,13,19 121:8 122:25 123:22 126:19 129:7,10,14,18,20 131:1 132:2,5,6,11,15 133:22 134:12 135:1,2 138:9,10 140:24 142:22

**within** 36:8 71:8 93:3 96:25 110:15,16 119:10

**without** 12:18 54:20 67:1 68:15 70:13 130:14,15 138:11

**witness** 5:17 6:2 45:20 65:6 66:18 74:1,8 104:3 106:20 111:20 119:19,21,25 139:13 141:11 142:23

**woman** 11:24 34:8,11 39:24 42:2,3,5,19 94:12 103:11 107:8,9 118:19

**women** 40:7 53:22 54:14 135:2

**women's** 34:7

**won't** 56:23 133:24,25 136:6

**word** 36:5 123:4

**wording** 36:3

**words** 20:7 35:23 36:24 39:16 46:4 67:12 73:20

**wore** 43:3 45:15

**work** 47:9 56:19,21 59:10 116:2 138:19,24

**worked** 30:2,12 41:7,10 71:18

**working** 29:4 37:6 56:18 58:24 85:8 116:8

**worry** 132:19

**worst** 132:8 136:2

**would** 9:3 10:5 11:9,19 14:8 15:19 20:16,22,25 22:6 25:17,23 29:19 33:8,11 34:21,24 36:17 37:14 39:24 41:16 42:5 43:23 45:11,14 47:16,19 49:8 51:11 54:8 56:11,17 57:20,25 58:8 65:13 69:16 70:10 72:15 75:2 78:2 80:8,14 81:19 82:23,24 83:25 84:10,25 86:25 91:4,15 107:10,19 108:2,4 109:2 114:17 116:14 123:21 130:12,18 134:6 136:3,16 137:22 138:6,9 140:6 141:2 142:23

**wouldn't** 24:11 53:8 104:6 105:25

**wound** 124:10,11

**WPATH** 60:12,15,16,19,25 121:2 130:7 137:21

**wrapped** 84:25 85:4,5

**wrist** 77:8 79:15,20

**write** 27:22 127:9 128:9,14,23

129:24 130:4 134:20 139:19 140:3

**Writer** 105:4

**writes** 53:21 55:11 100:14 104:21 107:7 108:8

**writing** 28:2 133:13 140:19

**written** 45:12 65:22 120:10

**wrong** 32:11 40:14 59:1 61:24 62:12 74:25 118:21 119:25 131:18 132:1,25

**wrote** 13:19 45:1 128:5,24 130:5

─────────

**Y**

─────────

**Yancey** 109:22

**yeah** 9:15 14:10 18:8 19:2 25:11 27:7 33:12 35:9,15,19 41:3 43:5 48:7,15 58:21 77:17 79:6,12,21 82:8 87:3,12 90:13 97:2 99:16,18 103:1 107:13 108:15 110:19 111:18 114:21 116:1,5 130:18 142:4,7,24

**year** 8:23 22:4 43:11 79:7,22 82:12 83:6,15,16,23 84:22 98:8

**years** 27:8 40:12 50:10,18 80:16 81:2 82:2 104:24 107:9 118:12, 16,17,23 119:5,8,10,13 120:1 126:13 138:19

**Yep** 8:1 22:21 27:5 64:4

**yeps** 8:3

**yes** 6:14 7:3,6,10,15 8:7 9:9 10:21 11:16,22 12:4,10,14 13:9, 15,18,21 14:6,16,20,23,25 15:4,9, 12,15,20 16:3,16,20 17:2,8 18:6,8 19:10 20:25 23:6,8,16,18 24:8 25:8 26:20,22 27:3,9,12 29:1,5, 10,23 31:9 32:15,18 33:10,21 34:9,21 35:6,14,22,25 36:1,11,16, 23 37:18 38:16,24 39:2,22 40:2 41:19 42:22,24 43:15 44:14,19 47:3 48:12,19,21 49:12,15,18 50:9,19 59:7 60:4,5 61:10,16 62:18 64:15 65:19,21,24 66:7 67:4,8,11,15 68:23 69:4,6,14,16 70:1,17 71:6,7,12 72:2,19 74:13, 19 75:5,12,14,20,23 76:10,16 77:20 80:6,10,13 81:7 82:3 83:24 84:19 85:21 87:24 89:1 90:6,8,11, 18 92:13,16,19,22 93:2,13 95:6,9,

11,15,19,22 96:4,7,10 97:4 98:5 99:2,24 101:6,11,21 103:1,7,10, 18,20 104:10,17,20 105:8 107:5, 14 108:18,23,25 109:12 110:1,3, 6,10,11,14 111:23 112:13,19 113:1,9,16 114:9 115:1 117:17 118:24 119:19 120:14 121:13,23 122:6,9,12,20,22 123:9,11 124:4, 12,14 125:10,12,20,22,25 126:8, 20,23 127:1,8,10,24 128:6 129:5, 25 130:3 132:8 133:2 134:8 136:11 139:13,21,23 141:15 142:2

**yeses** 8:2

**yet** 94:14 130:19,24

**you** 5:22 6:8,13,15,21,24 7:2,4,7, 9,12,13,14,18,19,22 8:4,5,8,13, 22,24 9:2,7,11,20,25 10:5,7,11, 15,16,22,25 11:6,9,12,13,17,19, 23 12:8,11,20,21 13:4,6,7,10,13, 23 14:2,4,17,21,24 15:4,5,7,10, 13,17,19,22,25 16:4,9,10,23 17:1, 3,7,22 18:4,9,22 19:1,8,11,18,23, 24 20:5,6,9,12,18,25 21:2,9,14 22:7,10,20,25 23:7,9,13,15,21 24:6,15 25:7,9,13,18,19 26:6,8, 11,18,23 27:1,8,13,22,25 28:4,21, 25 29:4,9,12,14,17,24 30:2,9,15 31:7,8,10 32:4,5,14,16 33:3,8,11, 13,14,24 34:8,11,15,17,19,23 35:1,4,8,13,16 36:12,17,22 37:3, 5,6,19 38:11,14,17,19,25 39:7,14, 16,17,21 40:3,4,13,16,17,20,21 41:5,18,21,24 42:8,11,13,16,21, 23 43:3,6,8,9,10,14,17,25 44:5,7, 10,13,16,20 45:3,8,13,17,24 46:1, 11,15,19,22 47:1,13,17,23 48:2, 11,13,18,20,23 49:2,11,13,19,25 50:9,13,14,15,16,17,21,23,24 51:3,4,7,9,13,19,22,25 52:1,7,8, 11,12,15,18,24 53:2,10,11,17 54:2,9,11,22,23 55:1,14,15 56:8, 20,22,23,25 57:1,6,10,17 58:5,14, 15,19,21 59:5,9,13,14,17,18 60:10,15,17,19,23,25 61:1,7,11, 20,24 62:3,4,6,7,19,20,24 63:12, 20 64:2,5,8,10,16,19,22,25 65:14, 18,25 66:3,5,8,10,11,13,14,19,21 67:3,5,7,13,16,21 68:1,3,14,20,22 69:2,8,15,21 70:2,12,15,16,25 71:9,16,22,25 72:15,18,24 73:13, 18,21 74:4,6,9,11,14,16,18 75:2, 4,6,15,21,24,25 76:6,7,9,12,13, 14,19,20 77:4,10,15,17,20 78:5

79:25 80:3,9,11,24 81:2,21 82:1, 13,15,19 83:1,6,9,12,17,22,25 84:6,7,14,17,18,21,25 85:4,5,7, 10,12,14,16,19,20,22,25 86:3,7, 14,16,19,22 87:2,4,6,8,10,12,13, 17,22,23 88:7,8,9,22,24 89:2,14 90:3,4,9,16 91:6,20,24 92:3,6,14, 18,20,21 93:1,4,9,14,15,18 94:2, 4,9,17,23 95:2,3,7,10,17 96:1,3,8, 22,25 97:2,17 98:3,4,6,8,12 99:1, 7,12,15,21,25 100:4,12 101:2,5,7, 10,12,14,17,19,23 102:9,12,19, 20,24,25 103:5,8,11,13,17,19,21 104:13,15,19 105:7,10,12,14,21 106:2,11,15,18,22,25 107:4,15, 18,22,25 108:5,14,16 109:1,2,10, 11,15,16,19 110:4,7,15,24 111:3, 6,9,14,18,20 112:5,9,12,14,25 113:2,4,7,14,17,20,23 114:1,7,14, 20,24 115:2,14,17,19,23,25 116:3,8,13,16,19,22 117:2,7,8,14, 16,18,23 118:6,10,16,22,23 119:2,5,8,10,18 120:1,4,9,10,12, 13,15,18,19,20,21,22,25 121:8, 11,14,18,20,24 122:4,7,10,16,18, 21 123:2,5,8,13,22 124:3,5,6,7, 10,11,15,17,21 125:8,13,16,19 126:1,3,4,15,21,22 127:5,9,22 128:2,5,14,15,19,22,23 129:4,5,9, 11,22,24 130:4,16,17,21 131:2,9, 16,24 132:16,17,25 133:1,3,4,8, 13 134:2,3,7,19,20,21 135:4,8,9, 21 136:4,17 137:4,24 138:2,7,11, 16 139:2,5,15,16,19 140:3,13,17, 21,22 141:2,10,11,12,23,25 142:3,17,18,19,22

**you'd** 19:4 63:25 141:24

**you're** 7:4 11:18 16:1 18:8 19:13 26:21 32:7,19 33:13,23 40:3,25 45:5 52:19,23,24 54:10 57:14 61:23 62:14 70:3 71:4 98:3 102:4 103:6 104:1 106:11,20 110:23 114:22 116:4,5,6 129:5 138:3,8, 16 139:11

**you've** 7:7 12:2 16:19,25 25:25 29:21 32:6,7 71:3 72:4 81:5 83:22 85:10 93:22 96:5 106:1 119:13 128:20 136:13

**young** 31:18 32:17 38:13 41:15 47:19

**younger** 22:5

**your** 6:15,19 7:11 8:13,19 10:5,8, 15 11:10,12,15,17,21,25 12:2

13:14 14:14 15:11,16,18 17:11
18:4 20:25 21:1 22:4,25 23:5,17
24:7,15 25:18 26:18 27:1,10,13
28:5,21 29:14 32:5,6 33:8,11,20
35:23 36:9,25 37:17 38:14,19,22,
25 39:8 40:1,3,16,20 42:13 43:25
44:1,20 45:16,17 46:1,2,11,12,15
49:14,16,19 51:13,22 52:11 53:11
54:12,14,23 56:4,21 58:5,14,16,
20,22 59:17 61:21,23 62:1,4,14,
15,16,17,25 64:8 66:8,19 67:14,
21,22 68:17,24 69:13 71:16,23,25
73:12 75:16,21 76:14,20 77:14
79:20 80:12,23,24 82:15 83:1,9
84:1 86:7,15,19 88:9,10,25 89:2,
14,15,16 90:15 91:21 93:4,16,18,
23 94:3 95:8 96:2,11,16,22 97:6
98:12 99:3 102:12,21 104:4,8
105:22 106:21 107:16 108:5
109:13 112:9 113:14,21,23
114:24 117:23 119:18 120:1,2
125:9,23 127:7 130:21 131:7,10,
22 132:25 133:12,24 135:5,10,20
136:3,10 137:9,18 139:6,22
140:14,22 141:3

**yours** 100:2

**yourself** 25:7 54:18 56:5 75:25
76:7,13 80:18 81:3,6 82:13,15,20
83:2,7,9,17,23,25 84:2,7,15,18
85:20 92:3 101:17 116:7 117:18

**yourself.'** 80:19

—————————————————————

## Z
—————————————————————

**Zoom** 12:4