DEPARTMENT OF CORRECTION

SITE: WVD
COMPLETED BY: Mary Sims, PhD     04/01/2014 3:01 PM

_____

PATIENT:              JONATHAN RICHARDSON
IDOC#                 127630
DATE OF BIRTH:        [REDACTED]
DATE:                 04/01/2014 3:01 PM
VISIT TYPE:           Individual Therapy

_____

**History of Present Illness**
This 31 year old male presents with:
1. **BH - Individual Therapy**

**Chronic Problems**
<u>Axis</u>   <u>Description</u>
Axis I   Polysubstance Dependence
Axis I   Major Depressive Disorder, Severe, Psychotic Featu
Axis II  Borderline personality disorder
Axis III Asthma
Axis III Nonspecific reaction to tuberculin skin test witho

**Medical/Surgical History**
Reviewed, no changes.

**Allergies**
Allergy Comments: PCN
Ibuprofen
Fish

**Significant Life Events**
Risk Issues: Risk factors include medical condition, history of self injury, history of serious suicide attempt(s), hx of non-compliance with treatment and hx of substance abuse.

**Progress Note**
**Comments:** Pt had obvious new tattoo covering most of his face. He spoke of it being related to Wicca and express himself. His mood appeared somewhat high and a bit giddy. He described his mood as upbeat and boyant. He spoke of finishing up building maintenance and getting transferred to another facility because his level has dropped. He spoke of speaking with sister on the phone about how she will help him when he gets out and his fear of believing that she will be able to maintain for that long given her past betrayal of promises because of her drug use.

NAME: RICHARDSON, JONATHAN
D.O.B.: [REDACTED]

STATE002428

Exhibit 82

**Mental Status**

Patient's appearance is appropriate.

Patient is oriented to person, place, time and situation.

Behavior is described as unremarkable.

Psychomotor behaviors are unremarkable.

Speech is appropriate.

Patient's affect is appropriate.

Patient's mood is elevated.

Memory is intact.

Sensorium is clear consciousness.

Patient's intellect is average.

Attitude is cooperative.

Attention is gained and maintained.

Reasoning is fair.

Impulse control is fair.

Judgment is fair.

Insight is fair.

Patient's self-perception is realistic.

Thought processes are logical.

Thought content is unremarkable.

The patient does not express suicidal ideation.

The patient does not express homicidal ideation.

Patient is able to understand and agrees to refrain from harmful action.

**Clinical Assessment**

**Axis I and Axis II:**

Axis I  Major Depressive Disorder, Severe, Psychotic Featu (296.24)

Axis I  Polysubstance Dependence (304.80)

Axis II Borderline personality disorder (301.83)


**Axis III (module):**
Asthma, Epilepsy.
**Axis III (reported by patient):**
Finger loss due to self-injury, Heartburn.
**Axis IV:** Moderate
Problems related to:
    education
    housing
    legal system/crime
    social environment
**Axis V:**
Current GAF: 60 on 04/01/2014.

NAME: RICHARDSON, JONATHAN
D.O.B.:

STATE002429

Exhibit 82

**Orders/Plan**

**Medications**

| Medication Name | Sig Desc | Stop Date |
|---|---|---|
| Albuterol 90 mcg/Actuation Aerosol Inhaler | Use two puffs by mouth four times per day | 09/08/2014 |
| ALBUTEROL NEBU 0.083% Inhalation SOLUTION | 1 unit dose 1-2 times daily as needed | 09/08/2014 |

**Specific Plan Instructions**
Continue treatment plan as prescribed. Please see description below.

**Treatment Plan**

| | |
|---|---|
| **Problem 1:** | Lack of Understanding of Need for Treatment: Other non-compliance problem |
| **Goal:** | Participates in assigned therapies |
| **Target Date:** | 04/02/2013 |
| **Resolved Date:** | 02/12/2013 |

Objective 1
Client will attend therapy sessions.
| Intervention: | Individual Therapy | | |
|---|---|---|---|
| Date: | 06/30/2012 | Frequency: monthly | Staff: Psychologist |

Objective 2
Demonstrates knowledge and understanding of mental illness including signs, symptoms and treatment
| Intervention: | Individual Therapy | | |
|---|---|---|---|
| Date: | 06/20/2012 | Frequency: monthly | Staff: Psychologist |

| | |
|---|---|
| **Problem 2:** | Hx of Serious Suicide Attempts and Self-Injury |
| **Goal:** | No self injurious behavior or suicidal ideation |
| **Target Date:** | 10/01/2014 |

Objective 1
Develops coping skills to manage emotions efficiently
| Intervention: | Individual Therapy | | |
|---|---|---|---|
| Date: | 06/30/2012 | Frequency: monthly | Staff: Psychologist |

| | |
|---|---|
| **Problem 3:** | Depression |
| **Goal:** | Alleviate depressive symptoms |
| **Target Date:** | 10/01/2014 |

Objective 1
Identifies negative thinking supporting depression
| Intervention: | Individual Therapy | | |
|---|---|---|---|
| Date: | 06/30/2012 | Frequency: q 2-3 weeks | Staff: Psychologist |

Objective 2
Verbalizes increased feelings of self worth
| Intervention: | Individual Therapy | | |
|---|---|---|---|
| Date: | 06/30/2012 | Frequency: monthly | Staff: Psychologist |

| | |
|---|---|
| **Problem 4:** | Chemical Dependence: Denial that chemical use is a problem |
| **Goal:** | Accepts chemical dependence as a problem |
| **Target Date:** | 04/02/2013 |
| **Resolved Date:** | 03/26/2013 |

Objective 1

NAME: RICHARDSON, JONATHAN
D.O.B.: ▇▇▇▇▇

STATE002430

Exhibit 82

Identifies precipitants to relapse
Intervention:        Individual Therapy
Date:                09/12/2012           Frequency: prn        Staff: Psychologist

<u>Objective 2</u>

Identifies negative consequences of substance use
Intervention:        Individual Therapy
Date:                09/12/2012           Frequency: prn        Staff: Psychologist

**Provider: Mary Ruth Sims PhD  04/01/2014 4:29 PM**

**Document generated by: Mary Sims, PhD  04/01/2014**

NAME: RICHARDSON, JONATHAN
NUMBER: 127630
D.O.B.: ▮▮▮▮

NAME: RICHARDSON, JONATHAN
D.O.B.: ▮▮▮▮