UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| AUTUMN CORDELLIONÉ, also known as JONATHAN RICHARDSON, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, in her official capacity, <br><br> Defendant. | No. 3:23-cv-00135-RLY-CSW |

### MOTION TO PARTIALLY EXCLUDE
### TESTIMONY OF DR. STEPHEN B. LEVINE

**COMES NOW** Plaintiff, by her counsel, and respectfully moves this Court to partially exclude the testimony of Dr. Stephen B. Levine as set forth more fully below and in the memorandum of law accompanying this Motion. The plaintiff further states as follows:

1. On September 5, 2023, the plaintiff filed her Motion for Preliminary Injunction (Dkt. 10) in this cause. Following an attorneys' conference with the Magistrate Judge, this Court issued a scheduling order that, as is relevant here, required the defendant to make expert witness disclosures on or before January 22, 2024. (Dkt. 22 at 2).

2. Consistent with the Court's scheduling order, the defendant timely designated Dr. Stephen B. Levine as her lone expert witness in opposition to the plaintiff's preliminary-injunction request. A true and correct copy of Dr. Levine's expert report is attached and incorporated herein as Exhibit 1. This report was also filed by the defendant in conjunction with her opposition to the plaintiff's preliminary-injunction motion. (*See* Dkt. 54-19).

3. To the extent that Dr. Levine offers his own clinical assessment of the plaintiff, the plaintiff does not presently challenge the admissibility of his opinions but instead will

contend that his opinions should not be credited. In all other respects, however, Dr. Levine's opinions fail to satisfy the standards established by *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and Rule 702 of the Federal Rules of Evidence, and should be excluded.

    4.    In further support of this Motion, the plaintiff further attaches the following materials:

- Exhibit 2:    The Deposition of Dr. Levine, with selected exhibits

- Exhibit 3:    Thomas W. Gaither, et al., *Postoperative Complications following Primary Penile Inversion Vaginoplasty among 330 Male-to-Female Transgender Patients* (2018) (with is cited by Dr. Levine in support of his opinions)

- Exhibit 4:    Luca Ongaro, et al., *Vaginoplasty in Male to Female transgenders: single center experience and a narrative review* (2020) (which is also cited by Dr. Levine in support of his opinions

These materials are incorporated herein by reference. In conjunction with this Motion, the plaintiff is also filing her supporting memorandum of law, which is likewise incorporated herein by reference.

    **WHEREFORE,** the plaintiff respectfully moves this Court to partially exclude the testimony of Dr. Stephen B. Levine as set forth more fully above and in the memorandum of law accompanying this Motion, and requests all other proper relief.

Gavin M. Rose
Kenneth J. Falk
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

Attorneys for Plaintiff