UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JONATHAN RICHARDSON, a.k.a. AUTUMN CORDELLIONÉ, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, in her official capacity, <br><br> Defendant. | ) ) ) ) ) ) ) No. 3:23-cv-135-RLY-CSW ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1) and Federal Rule of Appellate Procedure 3, notice is hereby given that Defendant Commissioner, Indiana Department of Correction, in her official capacity, appeals to the U.S. Court of Appeals for the Seventh Circuit the District Court's Order Granting Motion for Preliminary Injunction, Dkt. 96, and Preliminary Injunction, Dkt. 97.

Respectfully submitted,

Theodore E. Rokita
Indiana Attorney General

Dated: October 16, 2024

By:   /s/ Alexander R. Carlisle
Adrienne N. Pope
Section Chief
Government Litigation

Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 234-6667
Fax: (317) 232-7979
Email: alexander.carlisle@atg.in.gov

Alexander R. Carlisle
Assistant Section Chief
Government Litigation

Katherine A. Meltzer
Rebekah P. Durham
Bradley S. Davis
Deputy Attorneys General

*Counsel for Defendant*

1