UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| AUTUMN CORDELLIONE, also known as JONATHAN RICHARDSON, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER, INDIANA DEPARTMENT )<br>OF CORRECTION, in her official capacity, )<br>)<br>Defendant. ) | No. 3:23-cv-00135-RLY-CSW |

**Unopposed Motion for Extension of Time to File Notice**

The plaintiff, by counsel, says that:

1. Per this Court's prior order (Dkt. 29), within 30 days of this Court's decision regarding the Plaintiff's Motion for Preliminary Injunction, the parties "should notify the magistrate judge of probability of appeal and/or need for re-scheduling an initial pretrial conference."

2. A preliminary injunction was issued on September 17, 2024 (Dkt. 97), ordering the defendant to "take all reasonable actions to secure plaintiff gender-affirming surgery at the earliest opportunity."

3. The notice ordered by the Court is therefore due on today's date.

4. The defendant filed her notice of appeal on October 16, 2024. (Dkt. 98).

5.      In its preliminary injunction, the Court ordered the defendant to file, within 30 days, a status report "as to all actions taken and the timetable for surgery."  (Dkt. 97). That status report is therefore due today.

6.      The plaintiff anticipates that the contents of that status report will impact the plaintiff's position regarding the rescheduling of an initial pretrial conference.  The plaintiff therefore requests a 14-day extension of time within which to file her notice regarding any initial pretrial conference.

7.      Undersigned counsel conferred with Alexander Carlisle, counsel for the defendant, who indicated the defendant does not oppose the requested extension of time.

WHEREFORE, the Plaintiff requests that she be permitted through October 31, 2024 to file her notice regarding the need for a rescheduled initial pretrial conference.

Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
spactor@aclu-in.org

Attorney for Plaintiff