UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| AUTUMN CORDELLIONE, also known as JONATHAN RICHARDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER, INDIANA DEPARTMENT ) OF CORRECTION, in her official capacity, )<br>)<br>Defendant. ) | No. 3:23-cv-00135-RLY-CSW |

**ORDER**

The plaintiff, having submitted her Unopposed Motion for Extension of Time to File Notice, and the Court having read the motion and being duly advised find that good cause exists to grant it, and,

IT IS THEREFORE ORDERED that the plaintiff have through October 31, 2024 to file her notice in response to this Court's order at Docket 29.

To:　　All ECF-registered counsel of record

[1]